**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| COINTERRA, INC., | ) | Case No. _____ |
| | ) | Chapter 7 |
| Debtor. | ) | |

### CORPORATE OWNERSHIP STATEMENT

Cointerra, Inc. ("Debtor"), pursuant to Federal Rules of Bankruptcy Procedure 1007 and 7007.1, states that there are no entities to report under Rule 7007.1.

By: ___/s/ Sunny Kalara_____
Sunny Kalara
Authorized Representative of the Debtor.

HOU:3518218.1