Cointerra Creditor Matrix 1 24 15 (5).txt

101049658 SK Ltd.
518 Queen St
SASKATOON, SK , CANADA, S7K OM5

2026860 Ontario Inc.
606-77 Avenue Rd
TORONTO, ON , CANADA, M5R 3R8

682501 Alberta Ltd.
26 Wellington St E
Suite 920
TORONTO, ON, CANADA, M5E 1S2

Abraham Ambar
Christoph Merian-Ring
29AREINACH
BASEL-LAND, SWITZERLAND 4153

ACD
1250 American Pkwy
Richardson, TX 75081

Adam Atlas
5585 Monkland Ave.
Suite 150
MONTREAL, QUEBEC, CANADA H4A 1E1

Adam Gobeil
128 Canso St
AIR RONGE, SK, CANADA SOJ 3GO

AFP Corrugated, Inc
933 South A W Grimes Boulevard
Pflugerville, TX 78660

Afzal Ahmed
66A Robert Ford Road
Watertown, MA 02472

Alan Witte
2432 Acorn Drive
Atco, NJ 08004

Albert Azzolini
104 Carl Avn.
THUNDER BAY, ON, CANADA P7B 4Z5

Alex Levin
97 Hmpden Drive1-B
Norwood, MA 02062

Alexander Fitenko
601 Surf Avenue
Apt #10N
Brooklyn, NY 11224

Alexander Niazi
15 Bordeston Court
The Ham, Brentford
MIDDLESEX, GREAT BRITAIN TW8 8HW

Alexander Strizhakov
Pr. Prosvescheniya 66, 96
SAINT-PETERSBURG,RUSSIA, RUSSIA 194292

Cointerra Creditor Matrix 1 24 15 (5).txt

Alvaro Alcala
Carrizal #4
QUERETARO, CORREGIDORA, MEXICO 76905

An Yi Chng
Blk 645 Pasir Ris Drive 10 #12-14
SINGAPORE, SINGAPORE 510645

Ander Elosegi
Legazpi 10 4A
IRUN, GIPUZKOA, SPAIN 203024

Andre Stechert
375 6th Avenue
Brooklyn, NY 11215

Andreas Engel
Goethestr. 136
MAINTAL, GERMANY 63477

Andreas Holzmann
Pfarrle 7C
AUGSBURG, GERMANY 86152

Andreas Textor
Saarbrucker Strasse 5
COTTBUS, GERMANY 3048

Andrei Kournikov
18, Allee De La Pagerie
RUEIL-MALMAISON, FRANCE 92500

Andrej Andrienko
Ulica Hrunicheva, Dom 27, Kv.2
STAHANOV,LUGANSKAJA OBLAST,UKRAINE 94013

Andrew Waldorf
4747 Whitehall Drive
Englewood, CO 80111

Andrews Kurth, LLP
600 Travis Street
Suite 4200
Houston, TX 77002

Andrey Balakirev
Sofii Kovalevskoy St.
H.14, Corp.1, Apt.63
ST. PETERSBURG, , RUSSIA 195256

Anita Berkis
26 Wellington Street East
Suite 910
TORONTO, ON , CANADA, M5E 1S2

Anthony Santoni
6220 Murray Drive
Apt 26-E
Hanahan, SC 29410

Aofa Lan
Beijing Haidianqu Huayuan Road No.35
BEIJING, CN2, CHINA 100191

Cointerra Creditor Matrix 1 24 15 (5).txt

Arelis Duriettz
11603 State Street
Lynwood, CA 90262

Arpad Szijgyarto
Bolcsode Utca 2/A
40563
VERESEGYHAZ, HUNGARY 2112

Arrow
7459 S. Lima Street
Englewood, CO 80112-3879

Arsen Zyka
408 Bridgeway Court
Oak Brook, IL 60523

Artur Kr ger
Weizenweg 6
BARBING, GERMANY 93092

Azrul Tebi
No1, Jalan Prima Saujana 1/4D
Taman Prima Saujana
KAJANG, SGR, MALAYSIA 43000

Bank of America
Attn Alan Kramer
515 Congress Ave11th Floor
Austin, TX 78701

Baris Polatli
100. Yil Cad.
Suleyman Kilit
Apt. No:29/4
ANTALYA, TUR, TURKEY 7050

Bart R McDonough
c/o Certifiable Solutions
201 David L Boren Boulevard
Suite 250
Norman, OK 73072

BDO
330 North Wabash
Suite 3200
Chicago, IL 60611

Ben Henneman
1 The Courtyard
Gas Street, Birmingham
WEST MIDLANDS, GREAT BRITAIN B1 2JT

Benjamin Ambar
Christop-Merian Ring 29A
REINACH, SWITZERLAND 4153

Bernd Morstedt
Thamsbrucker Landstrasse 15C
BAD LANGENSALZA, GERMANY 99947

Cointerra Creditor Matrix 1 24 15 (5).txt

Bill Chepal
8042 Cooperhawk Court
SURREY, BC, CANADA V3W 0V1

Bill Chow
19745 Colima Road
Ste #1-128
Rowland Heights, CA 91748

Bo Yang
6 Valerie Avenue
Jericho, NY 11753

Bogdan Bivolaru
Traian Popovici, Nr 89
Block B10, 6Th Floor, Apt 38
BUCHAREST, ROMANIA 31422

Boris Gurvich
14005 Se Steele Street
Portland, OR 97236

Boudewijn Jespers
Linus Paulingweg 12
ROTTERDAM, NETHERLANDS 3069NM

Brad White
3 May St
TORONTO, ON , CANADA, M4W 2X9

Brandon Bohn
3133 S Acoma Street
Englewood, CO 80110

Brandon Obrien
1233 Deer Trail Lane
Solvang, CA 93463

Brendan Murray
11 Bridge St
HAMILTON, NSW, AUSTRALIA 2303

Brett Green
Braxted, Warren Road,
PURLEY, SURREY, GREAT BRITAIN CR8 1AE

Brett Hansmeier
100 Old River Road
Suite 100
Andover, MA 01810

Brian Chase
445 Auldon Court, Se
Smyrna, GA 30082

Brian Gibbs
PO BOX 29004 111-1715 Preston Ave N
111-1715 Preston Ave
SASKATOON, SK , CANADA, S7N 4V2

Brian Huddleston
203 Rock Hound Ln
Liberty Hill, TX 78642

Cointerra Creditor Matrix 1 24 15 (5).txt

Brian Smith
2511 Scanlan Place
Santa Clara, CA 95050

Brian Wengerter
66 Orange Street
Apartment 407
New Haven, CT 06510

Bruce Belanger
19 Rue De Calais
BLAINVILLE, QC, CANADA J7C 5C4

Bruno Hatajima
Rua Joaquim Capela Sobrinho, 54
SAO PAULO, SP, BRAZIL 4144090

Bryan Wyatt
4917 NE 8th Street
Renton, WA 98059

Byron Sin
3 Shum Wan Road
Flat F, Floor 13, Blk1, South Wave Court
WONG CHUK HANG, HONG KONG, HONG KONG

C7 Data Centers
14944 Pony Express Drive
Bluffdale, UT 84065

C7 Data Centers, Inc.
357 South 670 West
Suite 100
Lindon, UT 84042

Cadence Design Systems
2655 Seely Avenue
San Jose, CA 95134

Cameron Iati
118 17Th Ave North
Jacksonville Beach, FL 32250

Carlos Alvarez Fernandez
Paseo Del Pintor Rosales 30 5 C
MADRID, M, SPAIN 28008

Carlos Muelas
Avda Del Camino De Santiago
45 Portal B 2C
MADRID, M, SPAIN 28050

CenturyLink
220 N 5th St
Bismarck, ND 58501

CenturyLink Technology Solutions
1801 California Street
#900
Denver, CO 80202

Chad Eller
1910 Lomita Drive
San Leandro, CA 94578

Cointerra Creditor Matrix 1 24 15 (5).txt

Chakrit Sakunkrit
23F M Thai Tower
87 Wireless Road
BANGKOK, TH-10, THAILAND 10330

Chris Verdev
Talstr.49
GREVENBROICH, GERMANY 41516

Christian Speichert
Haabageilen 28
SANDNES, NORWAY 4325

Christian Spracjc
Niederloericker Str 62
MEERBUSCH, GERMANY 40667

Christopher Snook
25457 Se 42Nd Place
Issaquah, WA 98029

Chunliu Shen
56 Ffordd Dryden, Killay
SWANSEA, WALES, GREAT BRITAIN SA2 8PP

Clarence LP
c/o Wicklow Capital, Inc
53 W. Jackson Boulevard
Suite 1204
Chicago, IL 60604

CoolIT Systems
2928 Sunridge Way NE
#10
Calgary, AB CANADA T1Y 7H9

Cothrons Safe and Locks
225 Tech Park Drive
Rochester, NY 14623

Cothrons Security Solutions
8120 Exchange Drive
Ste 100
Austin, TX 78754

Dan Seliger
23403 East Mission Avenue #118
Liberty Lake, WA 99019

Dana Gilman
c/o Fidelity Clearing Canada
200-483 Bay St
South Tower
TORONTO, ON, CANADA, M5G 2N7

Daniel Mester
Allenby 9
HAIFA, ISRAEL 34678

Darrell Benjamin
P.O. Box 1546
8 Dixie Ct
Round Mountain, NV 89045

Cointerra Creditor Matrix 1 24 15 (5).txt

Darren Dittmer or Ellen Shong Leong
308 Hidden Ranch Circle NW
CALGARY, AB, CANADA, T3A 5R2

David Brown
5 Elston Street
Somerville, MA 02144

David G P Allan
90 Winchester St T
TORONTO, ON, CANADA, M4X 1B2

David Gargaro
9 Hyland Ave
ETOBICOKE, ON , CANADA, M8X 1P8

David Garza
6016 Windsor Drive
Fairway, KS 66205

David Morris
539 5Th Avenue
San Francisco, CA 94118

David Rowe
42 Arkwright Road
LONDON, GREAT BRITAIN NW3 6BH

Dell Jensen
516 E. Main Street
Nyssa, OR 97913

Dennis Spreen
Max-Eyth-Str. 55
ERBACH, GERMANY 89155

Derek Anderson
6179 Iris Way
Arvada, CO 80004

Diego Eskenazi
Camino Centenario Y Diagonal 92
CITY BELL, BS. AS. , ARGENTINA 1896

Diego Visconti
Suite B.29
Harley Street
LONDON, GREAT BRITAIN W1G 9QR

Diran Yousoufian
Moreno 1183
4To A
ROSARIO, SANTA FE, ARGENTINA 2000

Dirk Calles
Gr nstr.
6
HERZOGENRATH, GERMANY 52134

Dmitry Ermolaev
Volgogradskiy Prospekt
26A-12
MOSCOW, RUSSIA 109316

Cointerra Creditor Matrix 1 24 15 (5).txt

Donald Crock
204 Overlook Drive
Kent, OH 44240

Donald S McFarlane
26 Wellington Street East
Suite 900
TORONTO, ON , CANADA, M5E 1S2

Dorothy Platzer
401 Dalhousie Cres
SASKATOON, SK , CANADA, S7H 3S3

Douglas Wall
3 Rollesby Street, Hoon Hay
CHRISTCHURCH, CT, NEW ZEALAND 8025

Dr. James McHattie Medical Prof. Corp
1821 Rose Street
REGINA, SK, CANADA S4P 1Z7

Ed Buenviaje
1501 W Horatio Street
109
Tampa, FL 33606

Edward M. Mullins
Astigarraga Davis Mullins
1001 Brickell Drive
9th Floor
Miami, FL 33131

Edwin Valentine
40 Cobbler Cres
TORONTO, ON, CANADA M3N 2Y7

Eliran Itzhaki
5 Landau
Apt. 7
RAMAT GAN, ISRAEL 52282

Emir Mansouri
EM, Al Waab, Salwa Road
DOHA, QATAR, QATAR 3459

Emmanuel Amamoo-Otchere
Wanke City, Banxuegang Road,Bantian
Longgang, Dingxiang Apartment Number 623
SHENZHEN, CN2O, CHINA 518129

Eric Conkle
915 S. Daley
Mesa, AZ 85204

Eric Nydegger
Torry 5
GRANGES-PACCOT, FR, SWITZERLAND 1763

Eric Peterson
37 W 72Nd Street
Apt 7D
New York, NY 10023

Cointerra Creditor Matrix 1 24 15 (5).txt

Erick Argueta
7601 E Treasure Drive
1107
North Bay Village, FL 33141

Erik Olson
Marshall Olson & Hill
Ten Exchange Place, Ste 350
Salt Lake City, UT 84111

Fabian Ziegler
Herztal 135
OBERKIRCH, GERMANY 77704

Fedexoffice
Three Galleria Tower
13155 Noel Road, Suite 1600
Dallas, TX 75240

Felcom Capital Corp
26 Wellington Street East
Suite 910
TORONTO,ON, CANADA, M5E 1S2

Fortis Advisors
Attn Rick Fink
4225 Executive Square
Ste. 1040
La Jolla, CA 92037

Frank Douglas
Box 580332
Minneapolis, MN 55458

Freddy El Turk
Armstrong Road
Littlemore Park
LITTLEMORE, OXON, GREAT BRITAIN OX4 4FY

Future Electronics
11451 Katy Freeway
#201
Houston, TX 77079

Fuxi Xie
74 Braidwood Drive
AUSTRALIND, WA, AUSTRALIA 6233

Gabriel Politzer
491 Arvida Parkway
Miami, FL 33156

Garet Anderson
500 W Middlefield Road
#185
Mountain View, CA 94043

George Helsby
601 Tulane Avenue
Melbourne, FL 32901

Cointerra Creditor Matrix 1 24 15 (5).txt

German Torres
925 Hamilton Street
Gold exchange Inc
Allentown, PA 18101

Gisela Wsaibel
1385 Crestwell Rd
WEST VANCOUVER, BC, CANADA, V7V 3N6

Glyn Lewis
26320 Grant Ave
MAPLE RIDGE, BC, CANADA V2W 1H2

Grant Thornton LLP
700 Milam Street
Ste 300
Houston, TX 77002

Gregory Pech
217 Magellan Drive
Sarasota, FL 34243

Grzegorz Saganski
Muchoborska 8
WROCLAW, POLAND 54-424

Guilherme Perdigao De Oliveira
Rua Almirante Guilobel 110 408
RIO DE JANEIRO, RJ, BRAZIL 22471150

Gustavo Perez
907 Nw 97Th Avenue
303
Miami, FL 33172

Hannacott SA
c/o Steve Skarnulis
Cain & Scarnulis
400 W. 15th St.
Ste 900
Austin, TX 78701

Hanson Aboagye
Flat 7 St. James Court, Edison Road
LONDON, LONDON, GREAT BRITAIN BR2 OEZ

Heiko Juch
Am Zollstock 16
OBERSUELZEN, GERMANY 67271

Helen Dittmer
78 Sunset Way SE
CALGARY, AB , CANADA, T2X 3C1

Hendrik Bickel
Suhler Str. 25A
SCHMALKALDEN, GERMANY 98574

Hendrik Reinhardt
Barfuberstrasse 24
MARBURG, GERMANY 35037

Cointerra Creditor Matrix 1 24 15 (5).txt

Henry Chance
631 D Street Nw
Apt 334
Washington, DC 20004

Hing Chan
No 38 21/F Russell Street
Soundwill Plaza
CAUSEWAY BAY, HONG KONG, HONG KONG 2134

Hui Songwang
300 Gongnong Street, Kaida Cell, Unita
Building Eight, Apartement #701
SHIJIAZHUANG, HEBEI, CN4, CHINA 50000

Hung-Chung Hou
Taishun St.
1F., No.24, Ln. 79
SHULIN DIST, NEW TAIPEI CITY, TAIWAN 238

Igor D'Alessio
38, Circular Road
Flat 9, Pricess Court
MANCHESTER, GREAT BRITAIN M2O 3LP

Ilgar Roust
Emirates Golf Club Villa 62
DUBAI,DUBAI, UNITED ARAB EMIRATES 942545

Ilya Oleynik
Engelsa 25A -4
PETROZAVODSK, RUSSIA, RUSSIA 185035

Incorp
P.O. Box 94438
Las Vegas, NV 89193-4438

Indium Corporation
34 Robinson Rd
Clinton, NY 13323

Industrial Alliance Securities, Inc.
Attn: John McMahan
26 Wellington St. E,
Ste 900
TORONTO, ON CANADA M5E 1S2

Infiniti Investor
Shiva Dhnapal
3050 Autumn Hill Trail
New Albany, IN 47111

Internal Revenue Service
Special Procedures Staff-Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

Irman Ishak
Parit 3 Kampung Baru Mardi Padang Kangar
PARIT, PRK, MALAYSIA 32800

Irmantas Mikavicius
Naujoji28-84
ALYTUS, ALYTUS, LITHUANIA 63257

Cointerra Creditor Matrix 1 24 15 (5).txt

Itay Kidron
Morad Hagay 41\3 P.O.B 11495
KARMIEL, ISRAEL 2181201

J David Bunston
46 Bernard Ave
TORONTO, ON , CANADA, M5R 1R2

J nos Richter
Raumerstr. 38
BERLIN, GERMANY 10437

JA Developments
14689 Bathurst St.
AURORA, ON , CANADA, L4G 7A4

JA Developments
17 Autumn Way
AURORA, ON, CANADA, L4G 4P2

Jakub Hodan
Vreskovice 78
VRESKOVICE, CZECH REPUBLIC 33401

James Cox
88/367 Narathiswas Road
BANGKOK, TH-10, THAILAND 10120

James Ward Timothy Witzel
932 Victoria Street
NORTH KITCHENER,ON , CANADA, N2B 1W4

Jan Endre Troayen
Haugesgate 88A
201B
Dallas, TX 75211

Jan Turza
Beethovenova 10
NITRA, SLOVAK REPUBLIC 94911

Jane Day
36 Rosedale Rd
TORONTO, ON , CANADA, M4W 2P6

Jane Snyder
3300 Ne 16Th Court
Fort Lauderdale, FL 33305

Jason Boren
Ballard Spahr LLP
201 S. Main Street
Ste 800
Salt Lake City, UT 84111

Jason Friedlander
5721 Babbitt Avenue
Encino, CA 91316

Jason Kusuma
2315 Eastridge Avenue #714
Menlo Park, CA 94025

Cointerra Creditor Matrix 1 24 15 (5).txt

Jason Mann
199 Bay Street Suite 4500
Commerce Court West Box 368
TORONTO, ON, CANADA, M5L 1G2

Jason Mcguirk
3875 Lakeshore Avenue
Oakland, CA 94610

Jason Pruett
4547 E Yale Avenue
112
Denver, CO 80222

Jasper Friend
18474 Highway 19
Steelville, MO 65565

Jeff Leclair
33032 John Mogg Road
Grayslake, IL 60030

Jeffrey Keller
Keller Grover LLP
1965 Market St.
San Francisco, CA 94103

Jerome Loo
China Jiangsu
CHANGZHOU, CN11, CHINA 213000

Jerrod Eoff
2710 Walsh-Tarlton Lane
Suite 201
Austin, TX 78746

Jessica Leraci
Piazza Sant' Ambrogio 6
MISINTO, MISINTO, ITALY 20826

Jian Lu
2625 Glengyle Drive
Vienna, VA 22181

Jianming Yang
King County Metro, Labor Road
Room 3101 1 A,
Tianning, Changzhou
CHANGZHOU, CN12, CHINA 213100

Jianming Yang
79 Jiangsu, Changzhou Rose Toothpick Ltd
Wujin District Cross Town
CHANGZHOU, CN11, CHINA 213000

Jim Johnston
133 Kennedy Crescent
FORT MCMURRAY, AB, CANADA T9K 1M8

Jiri Peterka
Tyrsova 5
BRNO, CZECH REPUBLIC 61200

Cointerra Creditor Matrix 1 24 15 (5).txt

Joanna Eyles
590 S 15Th Street
Apt 408
Arlington, VA 22202

Joao Cordeiro
177 Owen Sound St.
DUNDALK, ON, CANADA NOC 1BO

Johan Botha
Lindequeweg 76
Meyersdal
ALBERTON, GP, SOUTH AFRICA 1448

Johannes Jansen
Asingaborg 4
STADSKANAAL, NETHERLANDS 9502WC

John Durcan
GO9.A Power Road Studios
114 Power Road
CHISWICK, LONDON, GREAT BRITAIN W4 5PY

John Kelly
1101 Ne 109 Street
Miami, FL 33161

John McMahan
IA Securities
26 Wellington St. E,
Ste 900
TORONTO, ON CANADA MSE 152

John Schubert
Linnaeuskade 2
AMSTERDAM, NETHERLANDS 1098BC

John Schwarzschild
3809 Manchaca Road
Apt F
Austin, TX 78704

John Taylor
1 Postern View,Ashbourne Road
BELPER, GREAT BRITAIN DE56 2LH

Jorn Topnes
Karl Staaffs Vei 69
Leilighet 40
OSLO, CANADA 665

Joseph Conway
49 Nanton Ave
TORONTO, ON, CANADA, M4W 2Y8

Josh Hicks
333 Bush Street
Fl 19
San Francisco, CA 94104

Cointerra Creditor Matrix 1 24 15 (5).txt

Joshua Jong
6 Dunnock Place
Wideopen
TYNE AND WEAR, GREAT BRITAIN NE13 6LE

Joston Pinto
1921 California Street
Apt 18
Mountain View, CA 94040

Karim Zerhouni
1112 Pine Street
Apt. 3R
Philadelphia, PA 19107

Karl Edwards
8 Wetherby Court
HILLSIDE, VIC, AUSTRALIA 3037

Kelley Britenbaker
701 Boulder Blf
San Marcos, TX 78666-8347

Ken Clever
306 Nw D Street
Grants Pass, OR 97526

Ken Cox
11756 Borman Drive
Saint Louis, MO 63146

Kenneth Dawson
6838 E 5Th Street
Scottsdale, AZ 85251

Kent Stapleton
21218 Saint Andrews Blvd
Suite 231
C&K Grocery
Boca Raton, FL 33433

Kevin Schmitz
Salweidenbecke 21
BOCHUM, GERMANY 44894

Kevin Thompson
414 Victor Place
SASKATOON, SK , CANADA, S7T 0E2

Kit Hui
16912 Ne 107Th Street
Redmond, WA 98052

Kobe Nys
Kortrijksesteenweg 614A
GENT, BELGIUM 9000

Konstantin Apsalyamov
Bogatkova 230 27
NOVOSIBIRSK, NOVOSIBIRSK, RUSSIA 630089

Cointerra Creditor Matrix 1 24 15 (5).txt

Konstantin Frolenko
Institutskays St. 142-52
BRYANSK, BRYANSK, RUSSIA 241012

Kostin Oleg
Ratnikova Str 18/8
DONETSK, DONETSKAYA, UKRAINE 83003

Kyle Askine
13804 Clarkwood Lane
Laurel, MD 20707

Laszlo Tukacs
Rim U 3
BUDAPEST, BU, HUNGARY 1183

Lawrence Caplan, PA
1375 Gateway Blvd.
Ste. 39
Boynton Beach, FL 33426

Lee Fan
Dadong Distric
Zhulin Road, No. 352
SHENYANG, CN7, CHINA 110043

Leonardo Colucci
36 Field Rise
SWINDON,WILTSHIRE,GREAT BRITAIN SN1 4HP

Leonid Farutin
Astradamskaya
9B-13
MOSCOW, MOSCOW, RUSSIA 127206

Lin Cheng Hui
Rm2016 No.1 Tian He Road
GUANGZHOU, CN20, CHINA 510000

Lorne Waldman
281 Eglinton Ave E.
TORONTO, ON , CANADA, M4P 1L3

Luca Gissi
8, Dal Toso Rd
SANDRIGO, VI, ITALY 36066

Luke Xin Zhao
4330 53 Road Avenue Ne
Seattle, WA 98105

Ma Guoyuan
Freelance,Furongi, 9#
903 Haidan District
BEIJING, CN2, CHINA 100871

Maik Oberwittler
Kavalleriestr. 13
BIELEFELD, GERMANY 33602

Maksym Svistunov
Geroev Stalingrada 43B, App 73
KIEV, UKRAINE, UKRAINE 4210

Cointerra Creditor Matrix 1 24 15 (5).txt

Malasha Sharma
1351 West Bartlett Way
Chandler, AZ 85248

Manfred Effelsberg
Grimmgasse 105 B
BONN, GERMANY 53123

Marcerella Mosies
Zwartsluisstraat 83
DEN HAAG, NETHERLANDS 2541CV

Marcus Delgado
1199 Saint Ives Drive
Sevierville, TN 38762

Marek Stepien
Kraszewskiego
42
WLOCLAWEK, POLAND 87-800

Mark Kim
3427 Ridge Road
Lansing, IL 60438

Mark McGinness
32818 Walker Road
Ste 248
Avon Lake, OH 44012

Mark Odermann
15325 Redmond Way
C215
Redmond, WA 98052

Mark Roach
7 Oldbury Close
IGHTHAM, KENT, GREAT BRITAIN TN15 9DJ

Mark Wayne
155 Waterloo Dr SW
CALGARY, AB , CANADA, T3C 3G4

Martin Nachev
Defence Close
Flat 57 Hill House
LONDON, LONDON, GREAT BRITAIN SE28 ONQ

Masasuke Yasumoto
406 Chez Louis,
Naka 1-8-13
KUNITACHI, TOKYO, JAPAN 1860004

Mathias Svensson
Radmandsgade 40C
1, 81
KOBENHAVN N, DENMARK 2200

Matthew Knight
9 Harrison Close
Branston
STAFFORDSHIRE, GREAT BRITAIN DE14 3EF

Cointerra Creditor Matrix 1 24 15 (5).txt

Matthew Lee
11105 SW 129th Court
Miami, FL 33186

Matthew Puterio
15 Newport Avenue
Apt 2
Newport, RI 02840

Mattia Baldinger
Zunzgerstrasse 24
SISSACH, SCHWEIZ, SWITZERLAND 4450

Maureen Prindle Mollan R. O. Silva
Rua Leme, 81 -Vila Mariana
SAO PAULO, SP, BRAZIL 4007050

Maxillo-Care Inc
2891 Ridge Road West
RR # 2 RPO
SHANTY BAY, ON ,CANADA, LOL 2LO

Maximin Techer
25 Chemin Miel Vert, Ilet Furcy
LA RIVIERE, REUNION 97421

Medhat Mohammed
Ramallah Main Street
RAMALLAH, WEST BANK, PALESTINE TERR 970

Mehdi Soleimankhani
1249 15Th. Street
Los Osos, CA 93402

Mel Glickman Architect
378A Beresford Ave
TORONTO, ON ,CANADA, M6S 3B5

Michael Delgado
11755 Sw 18Th Street
Apt 407
Miami, FL 33175

Michael Denham
402 Highland Avenue
Po Box 420
West Milton, PA 17886

Michael Diemer
25 W Perry Street
Willard, OH 44890

Michael Peacock
14D Parliament St
LOWER HUTT, NEW ZEALAND 5010

Michael Poolman
18 Hampton Close
Cadbury Heath
BRISTOL, AVON, GREAT BRITAIN BS30 8EY

Cointerra Creditor Matrix 1 24 15 (5).txt

Michael Rauchman
c/o Hedgehod Advisors
1584 Dawn Court
Long Grover, IL 60047

Michael Shannon
2860 Hill Park Rd
MONTREAL, QC , CANADA, H3H 1T1

Michael Stortz
Drinken Biddle & Reath
50 Fremont St.,
20th Floor
San Francisco, CA 94105

Michael Trujillo
301 6th Street
Fowler, CO 81039

Michael Vick
1512 S. Battery Street
Little Rock, AR 72202

Miguel Angel Arizmendi
Muelle Viejo 11 Apeam
PALMA DE MALLORCA, PM, SPAIN 7012

Miklos Gaebler
9600 Great Hills Trail Suite 150W
Austin, Tx, TX 78701

Miklos Gaebler
Wagnerstrasse 6666
POTSDAM, GERMANY 14480

Mikulas Kiss
Durcanskeho 1
NITRA, SLOVAK REPUBLIC 94901

Miquel Axel Estelrich Rullan
C Sebastia Rubi 3A
MANACOR, PM, SPAIN 7500

Mohsien El Hajjaj
Zoutlaan 84
OUDENBOSCH, NETHERLANDS 4731MK

Mouser
1000 North Main Street
Mansfield, TX 76063

MRI Network
1801 Market Street
13th Floor
Philadelphia, PA 19103

Myran E. Kimball
43055 Bowen Road
Ste. 141-A
Arlington, TX 76016

Cointerra Creditor Matrix 1 24 15 (5).txt

Nampil Chousein
I. Staikou 2
AGRINIO, AITOLOAKARNANIA, GREECE 30100

Naohide Kako
4-15 Hanamachi, Atuta-Ku
NAGOYA-SHI, JP23, JAPAN 4560011

Natalie Prihodko
Elisabeth-Selbert-Str. 2
FULDA, GERMANY 36041

Nathan Davis
8919 Burt Street
Apt 105
Omaha, NE 68114

Nathan Davis
7514 Sherman Drive
Lincoln, NE 68134

Navjot Singh
2 Parkwood Drive
Apt U
South Amboy, NJ 08879

NCA
2908 National Dr.
Suite 100
Garland, TX 75041

Neeraj Narula
25 Bayshore Boulevard
Goose Creek, SC 29445

Neil Spenta
33 Ewing Avenue
BULL CREEK, WA, AUSTRALIA 6149

Nelson Diaz
3330 Oliphant Street
San Diego, CA 92106

Nelson Tomas
38 Muir Ave
TORONTO,ONTARIO, CANADA M6H 1E8

Nicholas Kaminski
1337 17Th Street
Manhattan Beach, CA 90266

Normunds Kalnberzins
Avenue Du Lignon 10
LE LIGNON, SWITZERLAND 1219

Office of the Attorney General
PO Box 12598
Austin, TX 78711

Oleg Davydov
Moskovskiy Zaulok 38
RYAZAN,RYAZANSKAYA OBLAST, RUSSIA 390020

Cointerra Creditor Matrix 1 24 15 (5).txt

Oleg Onufrienko
Academician Koroleva Street 98/1
ODESSA, UKRAINE 65089

Oleksandr Ieremeev
Bocharov Str., 24/26, Ap. 84
ODESSA, ODESSA, UKRAINE 65111

Omni Logistics
15912 International Plaza Drive
Houston, TX 77032

Open-Silicon
490 N. McCarthy Blvd.
Suite 220
Milpitas, CA 95035

Paburuge Ruwan Chandana Fernando
Viale Ignazio Silone 18735A
ROME, RM, ITALY 143

Paloduro Investments
1560 -505 Burrard St.
VANCOUVER, BC, CANADA, V7X 1M5

Panos Skaltsas
Alikarnassou 24
NEA SMYRNI, ATTICA, GREECE 17122

Patricio Grez
Las Golondrinas 1225
Re aca
VINA, VINA, CHILE 2540047

Paul Kjaer
Gronnegade 33-3
COPENHAGEN, DENMARK 1107

Pavel Henrykhsen
Sharangovicha St. 5541
MINSK, MINSK, BELARUS 220019

Per Sundberg
Ekraveien 52B
OSLO, OSLO, NORWAY 756

Pero Jevtic
Wehlistrasse 55/4/10
Apartment
WIEN, AUSTRIA 1200

Peter Avery
146 Bathurst St.
AURORA, ON , CANADA, L4G 7A4

Philip Armstrong
PH77 Avenue Rd
TORONTO, ON , CANADA, M5R 3R8

Phillip McDonough
923 E. Highland Road
Oak Leaf, TX 75154

Cointerra Creditor Matrix 1 24 15 (5).txt

Pietro Brivio
Via Iv Novembre, 51 Scala
AMERATE, LOMBARDIA, ITALY 23807

Poul Holm
92 Franklin Road
P380
AUCKLAND, NEW ZEALAND 1011

Power-One, Inc.
152 North 3rd St.
Suite 805
San Jose, CA 95112

Pr Newswire Association
350 Hudson Street
Suite 300
New York, NY 10014-4504

Purling Holdings
9 Wakefield Cres
SCARBOROUGH, ON , CANADA, M1W 2C1

Quail Electronics
2171 Research Drive
Livermore, CA 94550

Quentin Gomez Jr.
4254 Derby Drive
Davie, FL 33330

Radek Maciaszek
55A Ranelagh Road
LONDON, LONDON, GREAT BRITAIN W5 5RP

RAIN Innovations Partners, LLC
The Corporation Trust Company
Oroporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Ralph Weisener
Testorfer Strasse 25
LUETTOW OT SCHADELAND, GERMANY 19246

Ramakanth Gouru
12881 Deer Park Lane
Alpharetta, GA 30004

Randy Saxton
4614 S. Los Feliz Drive
Tempe, AZ 85282

RBC Investor Sevices Trust-Marquest 501
Attn: Rebecca Cage 416-955-3191
155 Wellington St. 2nd Floor
TORONTO, ON, CANADA, M5J 2S1

Cointerra Creditor Matrix 1 24 15 (5).txt

RBC Investor Sevices Trust-Marquest 571
Attn: Rebecca Cage 416-955-3191
155 Wellington St. 2nd Floor
TORONTO, ON, CANADA, M5J 2S1

Regal Research
1200 East Plano Parkway
Plano, TX 75074

Richard Chang
323 Forest Avenue
Glen Ridge, NJ 07028

Richard Tsao
227 Bellevue Way Ne #889
Bellevue, WA 98004

Rob Pendley
2417 Nw 51St Street
Oklahoma City, OK 73112

Rob Sellick
5 Lisa Place
GRANGE, SA, AUSTRALIA 5022

Robert Allen
14 Cypress Wood Drive North
Digital EmpirePalm Coast, FL 32137

Robert Biles
1465 Ne 121 Street
#305
North Miami, FL 33161

Robert Hannah
26 Wellington St E
Suite 900
TORONTO, ON , CANADA, M5E 1S2

Robert Ormond
2723 N. Maple Grove Road
Mobile Vet Boise Llc
Boise, ID 83704

Robert Palmer
Fox Rothcild LLP
5420 LBT Freeway
Ste. 1200
Dallas, TX 75240

Robin Axelsson
Regnbagsgatan 15B
GAVLE, SWEDEN 80276

Rodney Koch
PO BOX 151
EDENWOLD, SK, CANADA, SOG 1KO

Roger Banks
Dry-It-Out Limited, Dingle Cottage
Churchstoke, Montgomery
POWYS, UNITED KINGDOM SY15 6TJ

Cointerra Creditor Matrix 1 24 15 (5).txt

Rudra Maharaj
39 Bexhill Ave
SCARBOROUGH, ON, CANADA M1L 3B5

Rupesh Brahmbhatt
7264 Tara Boulevard
Jonesboro, GA 30236

Ryan Jauregui
14272 Cameron Lane
Santa Ana, CA 92705

Samer Boshra
19409 132Nd Place Ne
Woodinville, WA 98072

Sammy Eng
7265 Village Meadows Drive
Fountain, CO 80817

Sandor Nyako
218 Village At Vanderbilt
218
Nashville, TN 37212

Scott Boynton
1692 W. University Heights Drive N
Flagstaff, AZ 86005

Sean Bradbury
105 Hidden Lake Cr
CARP, ON, CANADA K0A

Sean Sadel-Stevens
4885 Burde St
PORT ALBERNI, BC, CANADA V9Y 3J7

Sebastian Tarach
Mila 11
DZIEKANOW LESNY, POLAND 05-092

Serenity Investments LLC
830 North Boulevard
Oak Park, IL 60301

Sergey Khaykov
75A K. Levitskogo Str, App.#28
LVIV, LVIV, UKRAINE 79017

Shane Butler
1609 Clark Drive
Wenatchee, WA 98801

Shane Ramos
1030 Robinson Avenue
Unit 210
San Diego, CA 92103

Sharon Boone
37543 England Way
221
RED DEER COUNTY, AB, CANADA T4S 2C3

Cointerra Creditor Matrix 1 24 15 (5).txt

Shu Dong
120 Havenuen Bluff
Alpharetta, GA 30022

Siegfried Katzenmayer
Edlingerstr 13A
SCHEYERN, GERMANY 85298

Spring Surprise, Ltd.
c/o Gail Child, Abnubstrator Suite V
Tower Hill House
P.O. 263 Le Bordage St.
PETER PORT, GUERNSEY, GY1 3QT

Stanley Wing Hong Leung
448 Prince Edward Road West
Prince Ritz, 10/F, Block C
HONG KONG,KOWLOON, HONG KONG

Steedco
796217 Grey Rd
BLUE MOUNTAINS, ON , CANADA, L9Y OR1

Stefan Hoermann
Bahnhofweg 23
ALDRANS, AUSTRIA 6071

Steffen Preis
Gertrud-B umer-Str. 8
MUNCHEN, GERMANY 80637

Stephen Brown
Avian Crescent 32
LANE COVE NORTH, NSW, AUSTRALIA 2066

Steve Walker
2 Willandra Place
KOONAWARRA, NSW, AUSTRALIA 2530

Stuart Caborn
5 Knightsbridge Drive
Headley, Thatcham
HAMPSHIRE, GREAT BRITAIN RG19 8JZ

Stuart Jeffrey
4 Priory Way
GREENFIELDS, WA, AUSTRALIA 6210

Synopsys Tools
700 East Middlefield Road
Mountain View, CA 94043

T&J Building Ltd
3027 North Lamar Boulevard
Austin, TX 78705

Cointerra Creditor Matrix 1 24 15 (5).txt

T. Thiessen M.D.Surgical Prof Corp
247 Lakeshore Pl
SASKATOON, SK, CANADA S7J 3T7

Tekhne, LLC
21725 SW 187 Ave
Miami, FL 33170

Texas Comptroller of Public Accounts
Revenue Accounting Division-Bankruptcy
P.O. Box 13528
Capitol Station
Austin, TX 78711

Texas Workforce Commission
TWC Building-Regulatory Integrity Division
101 East 15th Street
Austin, TX 78711

Theresa Flanagan
34 Milton Street
PALMERSTON NORTH, MW, NEW ZEALAND 4414

Thijs Van Den Berg
Johannes Worpstraat
49 Iii
AMSTERDAM, NETHERLANDS 1076BG

Thomas J Rice
342 Country Club Blvd.
WINNIPEG, MB , CANADA, R3K 1X6

Tierpoint
23403 East Mission Avenue
Liberty Lake, WA 99019

Tierpoint Texas, LLC
3004 Irving Blvd.
Dallas, TX 75427

Tom Belanger
515 Du Parc Industriel
LONGEUIL, QC, CANADA J4H 3V7

Tom Kritsch
504-10 Bay St
ETHORNBURY, ON, CANADA, NOH 2PO

Tommy Chen
168 Meadow Lane
Stateline, NV 89449

Tony Nagih
24 El Sakakeny St, El Daher
CAIRO, CA, EGYPT 61111

Tony Scott7545 S. Eisenman Road
Boise, ID 83716

Torsten Rathmann
Berliner Str. 17
HERFORD, GERMANY 320052

Cointerra Creditor Matrix 1 24 15 (5).txt

Toshiya Matsumoto
Asahi-Cho 5-19-2-2
KANAGAWAATSUGI-CITY,JP14, JAPAN 243-0014

Travis Webb
701 Colonial Avenue
Apt 1
Norfolk, VA 23507

Tuur Demester
110 Bridge Street
Drexel Hill, PA 19026

Tyler Bye
2466 Stonehaven Loop
Lehi, UT 84043

Tyler Tillson
747 Leland Court
Redding, CA 96001

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

United States Trustee
903 San Jacinto
Suite 230
Austin, TX 78701

UPS -Shipper
55 Glenlake Parkway NE
Atlanta, GA 30328

Valentin Denkov
Janne Bouwensstraat
18 C
ROTTERDAM, NETHERLANDS 3074PM

Vasiliy Mishura
Lva Yashina 12-59
TOGLIATTY, SAMARA, RUSSIA 445047

Venugopal Badaravada
360 Bell Street South
Unit: 515
OTTAWA, ON, CANADA K1S 5E8

Via Systems
101 South Hanley Road
Suite 1800
St. Louis, MO 63105

Viktor Vaschaev
The Second Town
14 / A, Flat 2
IRKUTSK,IRKUTSK REGION, RUSSIA 664037

Vladimir Zdorov
3762 Firpointe Street
San Ramon, CA 94582

Cointerra Creditor Matrix 1 24 15 (5).txt

Walter Thamm
Albrechstrasse 1
ISNY, GERMANY 88316

Ward Seymour
81 Stainway Blvd
ETOBICOKE, ON, CANADA, M9W 6H6

Wei Cao
Lane 300, Wu Ning Road
Room 403, No 21
SHANGHAI, CN10, CHINA 200063

Wells Fargo Bank
Attn Annalea Reegan
111 Congress Ave
Suite 2200
Austin, TX 78701

William Daly
9 W. Amherst Street
East Brunswick, NJ 08816

William Gaskins
734 15Th Street Nw
Suite 1200
Washington, DC 20005

Wilson Sonsini Goodrich and Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Wu Zhiyuan
3-1011 Zijinshuma Yuan, Zhichun Road
BEIJING, HAIDAN, CN2, CHINA 100190

Xianhui Fu
1711 Cudaback Avenue Pmb 914834
Niagara Falls, NY 14303

Xiaohong Wu
King County Metro, Labor Road
Room 3101 1 A,
Tianning
CHANGZHOU, CN11, CHINA 213101

Xiaoming Pu
Gongshu Mingzhengong Community 3-2-502
HANGZHOU, CN12, CHINA 310011

Yaroslav Yurkov
Balashenkova Elena Vladimirovna St.
Flotskaya H. 37 Ap. 42
MOSCOW, MOSCOW, RUSSIA 125413

Yewulsew Amare
8328 Tribute Lane
Las Vegas, NV 89147

Yimin Wang
Qingtiejiayuan, Qinglongchang
Room 51, Unit 4 Of Building 8
CHENGDU, CHENGHUA, CN24, CHINA 610066

Cointerra Creditor Matrix 1 24 15 (5).txt

Yuriy Kilichenko
Filatova Street 52
Flat 39
ODESSA, ODESSKAYA OBL, UKRAINE 65074

Yuriy KozlovUlitsa
70 Let Oktyabrya 6-164
TOGLIATTI,SAMARA REGION, RUSSIA 445047

Zachary Cullen
8268 Man O War Road
Palm Beach Gardens, FL 33418

Zachary Wilcox
5637 Beach Drive Sw
Seattle, WA 98136

Zheng Junwei
Changchunshichaoyangqu Xikanglu 1188
Chujian Cafe
CHANGCHUN, CN8, CHINA 130000

Zhenhua Zhang
Yikang Huayuan
Room901 Unit2 Building13
ZHENHUA ZHANG
CHANGZHOU CITY,CN11, CHINA 213000

Zhenxing Liu
LonghuqiangLonggang
Room 302, No 17
GUANGZHOU,CN20, CHINA 510030

Zhonghan Li
19 Xinyin Street
Ganjingzi District
DALIAN,CN7, CHINA 116039

Zoe Lam
10H Hoi Sing Mansion
10 Taikoo Shing Road
TAI KOO SHING, HONG KONG, HONG KONG