| B9B (Official Form 9B) (Chapter 7 Corporation/Partnership No Asset Case) (12/12) | Case Number **15–10109–hcm** |
|---|---|

| UNITED STATES BANKRUPTCY COURT |
|---|
| Western District of Texas |

# Order Combined With Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor Corporation listed below was filed on 1/24/15 .

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court. See Reverse Side For Important Explanations.**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Cointerra, Inc.
11130 Jollyville Rd.
Suite 303
Austin, TX 78759

| Case Number: 15–10109–hcm | Last four digits of Social Security or Individual Taxpayer ID (ITIN) No(s)./Complete EIN: 36–4761416 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Timothy A. Davidson II<br>Andrews & Kurth L.L.P.<br>600 Travis, Suite 4200<br>Houston, TX 77002<br>Telephone number: 713 220 3810 | Bankruptcy Trustee Appointed By U.S. Trustee On 01/24/2015 (name and address) :<br>Randolph N Osherow<br>342 W Woodlawn, Suite 100<br>San Antonio, TX 78212<br>Telephone number: (210) 738–3001 |

## Meeting of Creditors:

Date: **February 27, 2015**   Time: **10:00 AM**
Location: **Austin Room 118, Homer Thornberry Bldg., 903 San Jacinto, Austin, TX 78701**

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>United States Bankruptcy Court<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701–0<br><br>Telephone number: (512) 916–5237 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Yvette M. Taylor<br><br>*Yvette M Taylor* |
|---|---|
| Hours Open: Monday – Friday   8:00 AM – 4:00 PM | Date:   1/26/15 |

**EXPLANATIONS**             **B9B (Official Form 9B) (12/12)**

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor or debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. At the meeting, the creditors may elect a trustee other than the one named on this notice, examine the debtor, and transact such other business as may properly come before the meeting. The meeting may be continued and concluded at a later date specified in a notice filed with the court. **FAILURE OF THE DEBTOR OR HIS ATTORNEY TO APPEAR AT THE SECTION 341(a) MEETING OR TO TIMELY FILE SCHEDULES AND STATEMENT OF AFFAIRS MAY RESULT IN DISMISSAL, DENIAL OF THE DEBTOR'S DISCHARGE, OR OTHER APPROPRIATE RELIEF.** |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. Registered electronic users should file through our *Case Management/Electronic Case Files (CM/ECF)* Internet site (https://ecf.txwb.uscourts.gov/). You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office or via the Internet if you have a *CM/ECF PACER subscription*. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## –– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Western District of Texas

In re: Case No. 15-10109-hcm
Cointerra, Inc. Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0542-1      User: beniteze      Page 1 of 7      Date Rcvd: Jan 26, 2015
                        Form ID: B9B      Total Noticed: 402

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2015.

```
db             +Cointerra, Inc.,    11130 Jollyville Rd.,    Suite 303,    Austin, TX 78759-5593
16347275        101049658 SK Ltd.,    518 Queen St,    SASKATOON, SK , CANADA, S7K 0M5
16347276        2026860 Ontario Inc.,    606-77 Avenue Rd,    TORONTO, ON , CANADA, M5R 3R8
16347277        682501 Alberta Ltd.,    26 Wellington St E,    Suite 920,    TORONTO, ON, CANADA, M5E 1S2
16347279       +ACD,    1250 American Pkwy,    Richardson, TX 75081-2931
16347282        AFP Corrugated, Inc,    933 South A W Grimes Boulevard,    Pflugerville, TX 78660
16347278        Abraham Ambar,    Christoph Merian-Ring,    29AREINACH,    BASEL-LAND, SWITZERLAND 4153
16347280        Adam Atlas,    5585 Monkland Ave.,    Suite 150,    MONTREAL, QUEBEC, CANADA H4A 1E1
16347281        Adam Gobeil,    128 Canso St,    AIR RONGE, SK, CANADA S0J 3G0
16347283       +Afzal Ahmed,    66A Robert Ford Road,    Watertown, MA 02472-3011
16347284       +Alan Witte,    2432 Acorn Drive,    Atco, NJ 08004-1138
16347285        Albert Azzolini,    104 Carl Avn.,    THUNDER BAY, ON, CANADA P7B 4Z5
16347286       #+Alex Levin,    97 Hmpden Drive1-B,    Norwood, MA 02062-5420
16347287       +Alexander Fitenko,    601 Surf Avenue,    Apt #10N,    Brooklyn, NY 11224-3435
16347288        Alexander Niazi,    15 Bordeston Court,    The Ham, Brentford,    MIDDLESEX, GREAT BRITAIN TW8 8HW
16347289        Alexander Strizhakov,    Pr. Prosvescheniya 66, 96,    SAINT-PETERSBURG,RUSSIA, RUSSIA 194292
16347290        Alvaro Alcala,    Carrizal #4,    QUERETARO, CORREGIDORA, MEXICO 76905
16347291        An Yi Chng,    Blk 645 Pasir Ris Drive 10 #12-14,    SINGAPORE, SINGAPORE 510645
16347292        Ander Elosegi,    Legazpi 10 4A,    IRUN, GIPUZKOA, SPAIN 203024
16347293       +Andre Stechert,    375 6th Avenue,    Brooklyn, NY 11215-3331
16347294        Andreas Engel,    Goethestr. 136,    MAINTAL, GERMANY 63477
16347295        Andreas Holzmann,    Pfarrle 7C,    AUGSBURG, GERMANY 86152
16347296        Andreas Textor,    Saarbrucker Strasse 5,    COTTBUS, GERMANY 3048
16347297        Andrei Kournikov,    18, Allee De La Pagerie,    RUEIL-MALMAISON, FRANCE 92500
16347298        Andrej Andrienko,    Ulica Hrunicheva, Dom 27, Kv.2,    STAHANOV,LUGANSKAJA OBLAST,UKRAINE 94013
16347299       +Andrew Waldorf,    4747 Whitehall Drive,    Englewood, CO 80111-1139
16347300       +Andrews Kurth, LLP,    600 Travis Street,    Suite 4200,    Houston, TX 77002-2929
16347301        Andrey Balakirev,    Sofii Kovalevskoy St.,    H.14, Corp.1, Apt.63,
                 ST. PETERSBURG, , RUSSIA 195256
16347302        Anita Berkis,    26 Wellington Street East,    Suite 910,    TORONTO, ON , CANADA, M5E 1S2
16347303       +Anthony Santoni,    6220 Murray Drive,    Apt 26-E,    Hanahan, SC 29410-2140
16347304        Aofa Lan,    Beijing Haidianqu Huayuan Road No.35,    BEIJING, CN2, CHINA 100191
16347305       +Arelis Duriettz,    11603 State Street,    Lynwood, CA 90262-4124
16347306        Arpad Szijgyarto,    Bolcsode Utca 2/A,    40563,    VERESEGYHAZ, HUNGARY 2112
16347307        Arrow,    7459 S. Lima Street,    Englewood, CO 80112-3879
16347308       +Arsen Zyka,    408 Bridgeway Court,    Oak Brook, IL 60523-2578
16347309        Artur Kr ger,    Weizenweg 6,    BARBING, GERMANY 93092
16347310        Azrul Tebi,    No1, Jalan Prima Saujana 1/4D,    Taman Prima Saujana,
                 KAJANG, SGR, MALAYSIA 43000
16347314       +BDO,    330 North Wabash,    Suite 3200,    Chicago, IL 60611-7610
16347311        Bank of America,    Attn Alan Kramer,    515 Congress Ave11th Floor,    Austin, TX 78701
16347312        Baris Polatli,    100. Yil Cad.,    Suleyman Kilit,    Apt. No:29/4,    ANTALYA, TUR, TURKEY 7050
16347313       +Bart R McDonough,    c/o Certifiable Solutions,    201 David L Boren Boulevard,    Suite 250,
                 Norman, OK 73072-7338
16347315        Ben Henneman,    1 The Courtyard,    Gas Street, Birmingham,
                 WEST MIDLANDS, GREAT BRITAIN B1 2JT
16347316        Benjamin Ambar,    Christop-Merian Ring 29A,    REINACH, SWITZERLAND 4153
16347317        Bernd Morstedt,    Thamsbrucker Landstrasse 15C,    BAD LANGENSALZA, GERMANY 99947
16347318        Bill Chepal,    8042 Cooperhawk Court,    SURREY, BC, CANADA V3W 0V1
16347319       +Bill Chow,    19745 Colima Road,    Ste #1-128,    Rowland Heights, CA 91748-3219
16347320       +Bo Yang,    6 Valerie Avenue,    Jericho, NY 11753-2412
16347321        Bogdan Bivolaru,    Traian Popovici, Nr 89,    Block B10, 6Th Floor, Apt 38,
                 BUCHAREST, ROMANIA 31422
16347322       #+Boris Gurvich,    14005 Se Steele Street,    Portland, OR 97236-4046
16347323        Boudewijn Jespers,    Linus Paulingweg 12,    ROTTERDAM, NETHERLANDS 3069NM
16347324        Brad White,    3 May St,    TORONTO, ON , CANADA, M4W 2X9
16347325       +Brandon Bohn,    3133 S Acoma Street,    Englewood, CO 80110-2411
16347326       +Brandon Obrien,    1233 Deer Trail Lane,    Solvang, CA 93463-9503
16347327        Brendan Murray,    11 Bridge St,    HAMILTON, NSW, AUSTRALIA 2303
16347328        Brett Green,    Braxted, Warren Road,,    PURLEY, SURREY, GREAT BRITAIN CR8 1AE
16347329       +Brett Hansmeier,    100 Old River Road,    Suite 100,    Andover, MA 01810-1030
16347330       +Brian Chase,    445 Auldon Court, Se,    Smyrna, GA 30082-3103
16347331        Brian Gibbs,    PO BOX 29004 111-1715 Preston Ave N,    111-1715 Preston Ave,
                 SASKATOON, SK , CANADA, S7N 4V2
16347332       +Brian Huddleston,    203 Rock Hound Ln,    Liberty Hill, TX 78642-4367
16347333       +Brian Smith,    2511 Scanlan Place,    Santa Clara, CA 95050-5540
16347334       +Brian Wengerter,    66 Orange Street,    Apartment 407,    New Haven, CT 06510-3143
16347335        Bruce Belanger,    19 Rue De Calais,    BLAINVILLE, QC, CANADA J7C 5C4
16347336        Bruno Hatajima,    Rua Joaquim Capela Sobrinho, 54,    SAO PAULO, SP, BRAZIL 4144090
16347337       +Bryan Wyatt,    4917 NE 8th Street,    Renton, WA 98059-7745
16347338        Byron Sin,    3 Shum Wan Road,    Flat F, Floor 13, Blk1, South Wave Court,
                 WONG CHUK HANG, HONG KONG, HONG KONG
16347339       +C7 Data Centers,    14944 Pony Express Drive,    Bluffdale, UT 84065-4801
16347340       +C7 Data Centers, Inc.,    357 South 670 West,    Suite 100,    Lindon, UT 84042-2094
```

```
District/off: 0542-1          User: beniteze              Page 2 of 7             Date Rcvd: Jan 26, 2015
                              Form ID: B9B                Total Noticed: 402


16347341       +Cadence Design Systems,    2655 Seely Avenue,    San Jose, CA 95134-1931
16347342       +Cameron Iati,    118 17Th Ave North,    Jacksonville Beach, FL 32250-7438
16347343        Carlos Alvarez Fernandez,    Paseo Del Pintor Rosales 30 5 C,    MADRID, M, SPAIN 28008
16347344        Carlos Muelas,    Avda Del Camino De Santiago,    45 Portal B 2C,    MADRID, M, SPAIN 28050
16347345       +CenturyLink,    220 N 5th St,   Bismarck, ND 58501-4027
16347346       +CenturyLink Technology Solutions,     1801 California Street,    #900,    Denver, CO 80202-2609
16347347       +Chad Eller,    1910 Lomita Drive,    San Leandro, CA 94578-1218
16347348        Chakrit Sakunkrit,    23F M Thai Tower,    87 Wireless Road,    BANGKOK, TH-10, THAILAND 10330
16347349        Chris Verdev,    Talstr.49,   GREVENBROICH, GERMANY 41516
16347350        Christian Speichert,    Haabageilen 28,    SANDNES, NORWAY 4325
16347351        Christian Spracjc,    Niederloericker Str 62,    MEERBUSCH, GERMANY 40667
16347352       +Christopher Snook,    25457 Se 42Nd Place,    Issaquah, WA 98029-7779
16347353        Chunliu Shen,    56 Ffordd Dryden, Killay,    SWANSEA, WALES, GREAT BRITAIN SA2 8PP
16347354       +Clarence LP,    c/o Wicklow Capital, Inc,    53 W. Jackson Boulevard,    Suite 1204,
                 Chicago, IL 60604-3621
16347355        CoolIT Systems,    2928 Sunridge Way NE,    #10,    Calgary, AB CANADA T1Y 7H9
16347356       +Cothrons Safe and Locks,    225 Tech Park Drive,    Rochester, NY 14623-2444
16347357       +Cothrons Security Solutions,    8120 Exchange Drive,    Ste 100,    Austin, TX 78754-5234
16347358       +Dan Seliger,    23403 East Mission Avenue #118,    Liberty Lake, WA 99019-7624
16347359        Dana Gilman,    c/o Fidelity Clearing Canada,    200-483 Bay St,    South Tower,
                 TORONTO, ON, CANADA, M5G 2N7
16347360        Daniel Mester,    Allenby 9,   HAIFA, ISRAEL 34678
16347361       +Darrell Benjamin,    P.O. Box 1546,    8 Dixie Ct,    Round Mountain, NV 89045-1546
16347362        Darren Dittmer or Ellen Shong Leong,    308 Hidden Ranch Circle NW,
                 CALGARY, AB, CANADA, T3A 5R2
16347363       +David Brown,    5 Elston Street,   Somerville, MA 02144-3111
16347364        David G P Allan,    90 Winchester St T,    TORONTO, ON, CANADA, M4X 1B2
16347365        David Gargaro,    9 Hyland Ave,    ETOBICOKE, ON , CANADA, M8X 1P8
16347366       +David Garza,    6016 Windsor Drive,    Fairway, KS 66205-3347
16347367       +David Morris,    539 5Th Avenue,    San Francisco, CA 94118-3928
16347368        David Rowe,    42 Arkwright Road,    LONDON, GREAT BRITAIN NW3 6BH
16347369       +Dell Jensen,    516 E. Main Street,    Nyssa, OR 97913-3564
16347370        Dennis Spreen,    Max-Eyth-Str. 55,    ERBACH, GERMANY 89155
16347371       +Derek Anderson,    6179 Iris Way,    Arvada, CO 80004-5154
16347372        Diego Eskenazi,    Camino Centenario Y Diagonal 92,    CITY BELL, BS. AS. , ARGENTINA 1896
16347373        Diego Visconti,    Suite B.29,    Harley Street,    LONDON, GREAT BRITAIN W1G 9QR
16347374        Diran Yousoufian,    Moreno 1183,    4To A,   ROSARIO, SANTA FE, ARGENTINA 2000
16347375        Dirk Calles,    Gr nstr.,   6,   HERZOGENRATH, GERMANY 52134
16347376        Dmitry Ermolaev,    Volgogradskiy Prospekt,    26A-12,    MOSCOW, RUSSIA 109316
16347377       +Donald Crock,    204 Overlook Drive,    Kent, OH 44240-2828
16347378        Donald S McFarlane,    26 Wellington Street East,    Suite 900,    TORONTO, ON , CANADA, M5E 1S2
16347379        Dorothy Platzer,    401 Dalhousie Cres,    SASKATOON, SK , CANADA, S7H 3S3
16347380        Douglas Wall,    3 Rollesby Street, Hoon Hay,    CHRISTCHURCH, CT, NEW ZEALAND 8025
16347381        Dr. James McHattie Medical Prof. Corp,     1821 Rose Street,    REGINA, SK, CANADA S4P 1Z7
16347382       +Ed Buenviaje,    1501 W Horatio Street,    109,    Tampa, FL 33606-2109
16347383        Edward M. Mullins,    Astigarraga Davis Mullins,    1001 Brickell Drive,    9th Floor,
                 Miami, FL 33131
16347384        Edwin Valentine,    40 Cobbler Cres,    TORONTO, ON, CANADA M3N 2Y7
16347385        Eliran Itzhaki,    5 Landau,   Apt. 7,    RAMAT GAN, ISRAEL 52282
16347386        Emir Mansouri,    EM, Al Waab, Salwa Road,    DOHA, QATAR, QATAR 3459
16347387        Emmanuel Amamoo-Otchere,    Wanke City, Banxuegang Road,Bantian,
                 Longgang, Dingxiang Apartment Number 623,    SHENZHEN, CN20, CHINA 518129
16347388       +Eric Conkle,    915 S. Daley,   Mesa, AZ 85204-4307
16347389        Eric Nydegger,    Torry 5,   GRANGES-PACCOT, FR, SWITZERLAND 1763
16347390       #+Eric Peterson,    37 W 72Nd Street,    Apt 7D,    New York, NY 10023-3489
16347391       #+Erick Argueta,    7601 E Treasure Drive,    1107,    North Bay Village, FL 33141-4362
16347392       +Erik Olson,    Marshall Olson & Hill,    Ten Exchange Place, Ste 350,
                 Salt Lake City, UT 84111-2871
16347393        Fabian Ziegler,    Herztal 135,    OBERKIRCH, GERMANY 77704
16347394       +Fedexoffice,    Three Galleria Tower,    13155 Noel Road, Suite 1600,    Dallas, TX 75240-5032
16347395        Felcom Capital Corp,    26 Wellington Street East,    Suite 910,    TORONTO,ON, CANADA, M5E 1S2
16347396       +Fortis Advisors,    Attn Rick Fink,    4225 Executive Square,    Ste. 1040,
                 La Jolla, CA 92037-1486
16347397       +Frank Douglas,    Box 580332,   Minneapolis, MN 55458-0332
16347398        Freddy El Turk,    Armstrong Road,    Littlemore Park,    LITTLEMORE, OXON, GREAT BRITAIN OX4 4FY
16347399       +Future Electronics,    11451 Katy Freeway,    #201,    Houston, TX 77079-2009
16347401       +Gabriel Politzer,    491 Arvida Parkway,    Miami, FL 33156-2318
16347402       +Garet Anderson,    500 W Middlefield Road,    #185,    Mountain View, CA 94043-3439
16347403       +George Helsby,    601 Tulane Avenue,    Melbourne, FL 32901-7714
16347404       +German Torres,    925 Hamilton Street,    Gold exchange Inc,    Allentown, PA 18101-1138
16347405        Gisela Wsaibel,    1385 Crestwell Rd,    WEST VANCOUVER, BC, CANADA, V7V 3N6
16347406        Glyn Lewis,    26320 Grant Ave,    MAPLE RIDGE, BC, CANADA V2W 1H2
16347407       +Grant Thornton LLP,    700 Milam Street,    Ste 300,    Houston, TX 77002-2848
16347408       +Gregory Pech,    217 Magellan Drive,    Sarasota, FL 34243-1028
16347409        Grzegorz Saganski,    Muchoborska 8,    WROCLAW, POLAND 54-424
16347410        Guilherme Perdigao De Oliveira,    Rua Almirante Guilobel 110 408,
                 RIO DE JANEIRO, RJ, BRAZIL 22471150
16347411       +Gustavo Perez,    907 Nw 97Th Avenue,    303,    Miami, FL 33172-2361
16347413        Hanson Aboagye,    Flat 7 St. James Court, Edison Road,    LONDON, LONDON, GREAT BRITAIN BR2 0EZ
16347414        Heiko Juch,    Am Zollstock 16,    OBERSUELZEN, GERMANY 67271
```

```
District/off: 0542-1           User: beniteze            Page 3 of 7             Date Rcvd: Jan 26, 2015
                               Form ID: B9B              Total Noticed: 402


16347415       Helen Dittmer,    78 Sunset Way SE,    CALGARY, AB , CANADA, T2X 3C1
16347416       Hendrik Bickel,    Suhler Str. 25A,    SCHMALKALDEN, GERMANY 98574
16347417       Hendrik Reinhardt,    Barfuberstrasse 24,    MARBURG, GERMANY 35037
16347418      +Henry Chance,    631 D Street Nw,    Apt 334,    Washington, DC 20004-2931
16347419       Hing Chan,    No 38 21/F Russell Street,    Soundwill Plaza,
                 CAUSEWAY BAY, HONG KONG, HONG KONG 2134
16347420       Hui Songwang,    300 Gongnong Street, Kaida Cell, Unita,    Building Eight, Apartement #701,
                 SHIJIAZHUANG, HEBEI, CN4, CHINA 50000
16347421       Hung-Chung Hou,    Taishun St.,    1F., No.24, Ln. 79,    SHULIN DIST, NEW TAIPEI CITY, TAIWAN 238
16347422       Igor D'Alessio,    38, Circular Road,    Flat 9, Pricess Court,
                 MANCHESTER, GREAT BRITAIN M20 3LP
16347423       Ilgar Roust,    Emirates Golf Club Villa 62,    DUBAI,DUBAI, UNITED ARAB EMIRATES 942545
16347424       Ilya Oleynik,    Engelsa 25A -4,    PETROZAVODSK, RUSSIA, RUSSIA 185035
16347425       Incorp,    P.O. Box 94438,    Las Vegas, NV 89193-4438
16347426      +Indium Corporation,    34 Robinson Rd,    Clinton, NY 13323-1419
16347427       Industrial Alliance Securities, Inc.,    Attn: John McMahan,    26 Wellington St. E,,    Ste 900,
                 TORONTO, ON CANADA MSE 152
16347428      +Infiniti Investor,    Shiva Dhnapal,    3050 Autumn Hill Trail,    New Albany, IN 47150-9468
16347430       Irman Ishak,    Parit 3 Kampung Baru Mardi Padang Kangar,    PARIT, PRK, MALAYSIA 32800
16347431       Irmantas Mikavicius,    Naujoji28-84,    ALYTUS, ALYTUS, LITHUANIA 63257
16347432       Itay Kidron,    Morad Hagay 41/3 P.O.B 11495,    KARMIEL, ISRAEL 2181201
16347433       J David Bunston,    46 Bernard Ave,    TORONTO, ON , CANADA, M5R 1R2
16347434       J nos Richter,    Raumerstr. 38,    BERLIN, GERMANY 10437
16347436       JA Developments,    17 Autumn Way,    AURORA, ON, CANADA, L4G 4P2
16347435       JA Developments,    14689 Bathurst St.,    AURORA, ON , CANADA, L4G 7A4
16347437       Jakub Hodan,    Vreskovice 78,    VRESKOVICE, CZECH REPUBLIC 33401
16347438       James Cox,    88/367 Narathiswas Road,    BANGKOK, TH-10, THAILAND 10120
16347439       James Ward Timothy Witzel,    932 Victoria Street,    NORTH KITCHENER,ON , CANADA, N2B 1W4
16347440       Jan Endre Troayen,    Haugesgate 88A,    201B,    Dallas, TX 75211
16347441       Jan Turza,    Beethovenova 10,    NITRA, SLOVAK REPUBLIC 94911
16347442       Jane Day,    36 Rosedale Rd,    TORONTO, ON , CANADA, M4W 2P6
16347443      +Jane Snyder,    3300 Ne 16Th Court,    Fort Lauderdale, FL 33305-3715
16347444      +Jason Boren,    Ballard Spahr LLP,    201 S. Main Street,    Ste 800,
                 Salt Lake City, UT 84111-2221
16347445      +Jason Friedlander,    5721 Babbitt Avenue,    Encino, CA 91316-1427
16347446      +Jason Kusuma,    2315 Eastridge Avenue #714,    Menlo Park, CA 94025-6744
16347447       Jason Mann,    199 Bay Street Suite 4500,    Commerce Court West Box 368,
                 TORONTO, ON, CANADA, M5L 1G2
16347448      +Jason Mcguirk,    3875 Lakeshore Avenue,    Oakland, CA 94610-1146
16347449      +Jason Pruett,    4547 E Yale Avenue,    112,    Denver, CO 80222-6544
16347450      +Jasper Friend,    18474 Highway 19,    Steelville, MO 65565-6020
16347451      +Jeff Leclair,    33032 John Mogg Road,    Grayslake, IL 60030-2131
16347452      +Jeffrey Keller,    Keller Grover LLP,    1965 Market St.,    San Francisco, CA 94103-1085
16347453       Jerome Loo,    China Jiangsu,    CHANGZHOU, CN11, CHINA 213000
16347454      +Jerrod Eoff,    2710 Walsh-Tarlton Lane,    Suite 201,    Austin, TX 78746-8017
16347455       Jessica Leraci,    Piazza Sant' Ambrogio 6,    MISINTO, MISINTO, ITALY 20826
16347456      +Jian Lu,    2625 Glengyle Drive,    Vienna, VA 22181-5570
16347457       Jianming Yang,    King County Metro, Labor Road,    Room 3101 1 A,,    Tianning, Changzhou,
                 CHANGZHOU, CN12, CHINA 213100
16347458       Jianming Yang,    79 Jiangsu, Changzhou Rose Toothpick Ltd,    Wujin District Cross Town,
                 CHANGZHOU, CN11, CHINA 213000
16347459       Jim Johnston,    133 Kennedy Crescent,    FORT MCMURRAY, AB, CANADA T9K 1M8
16347460       Jiri Peterka,    Tyrsova 5,    BRNO, CZECH REPUBLIC 61200
16347461      +Joanna Eyles,    590 S 15Th Street,    Apt 408,    Arlington, VA 22202-2880
16347462       Joao Cordeiro,    177 Owen Sound St.,    DUNDALK, ON, CANADA N0C 1B0
16347463       Johan Botha,    Lindequeweg 76,    Meyersdal,    ALBERTON, GP, SOUTH AFRICA 1448
16347464       Johannes Jansen,    Asingaborg 4,    STADSKANAAL, NETHERLANDS 9502WC
16347465       John Durcan,    G09.A Power Road Studios,    114 Power Road,
                 CHISWICK, LONDON, GREAT BRITAIN W4 5PY
16347466      +John Kelly,    1101 Ne 109 Street,    Miami, FL 33161-7320
16347467       John McMahan,    IA Securities,    26 Wellington St. E,,    Ste 900,    TORONTO, ON CANADA MSE 152
16347468       John Schubert,    Linnaeuskade 2,    AMSTERDAM, NETHERLANDS 1098BC
16347469      +John Schwarzschild,    3809 Manchaca Road,    Apt F,    Austin, TX 78704-6727
16347470       John Taylor,    1 Postern View,Ashbourne Road,    BELPER, GREAT BRITAIN DE56 2LH
16347471       Jorn Topnes,    Karl Staaffs Vei 69,    Leilighet 40,    OSLO, CANADA 665
16347472       Joseph Conway,    49 Nanton Ave,    TORONTO, ON, CANADA, M4W 2Y8
16347473      +Josh Hicks,    333 Bush Street,    Fl 19,    San Francisco, CA 94104-2860
16347474       Joshua Jong,    6 Dunnock Place,    Wideopen,    TYNE AND WEAR, GREAT BRITAIN NE13 6LE
16347475      +Joston Pinto,    1921 California Street,    Apt 18,    Mountain View, CA 94040-2042
16347476      +Karim Zerhouni,    1112 Pine Street,    Apt. 3R,    Philadelphia, PA 19107-6011
16347477       Karl Edwards,    8 Wetherby Court,    HILLSIDE, VIC, AUSTRALIA 3037
16347478       Kelley Britenbaker,    701 Boulder Blf,    San Marcos, TX 78666-8347
16347479      +Ken Clever,    306 Nw D Street,    Grants Pass, OR 97526-2044
16347480      +Ken Cox,    11756 Borman Drive,    Saint Louis, MO 63146-4133
16347481      +Kenneth Dawson,    6838 E 5Th Street,    Scottsdale, AZ 85251-5526
16347482      +Kent Stapleton,    21218 Saint Andrews Blvd,    Suite 231,    C&K Grocery,
                 Boca Raton, FL 33433-2435
16347483       Kevin Schmitz,    Salweidenbecke 21,    BOCHUM, GERMANY 44894
16347484       Kevin Thompson,    414 Victor Place,    SASKATOON, SK , CANADA, S7T 0E2
16347485      +Kit Hui,    16912 Ne 107Th Street,    Redmond, WA 98052-2709
```

```
District/off: 0542-1           User: beniteze              Page 4 of 7            Date Rcvd: Jan 26, 2015
                               Form ID: B9B               Total Noticed: 402

16347486        Kobe Nys,    Kortrijksesteenweg 614A,    GENT, BELGIUM 9000
16347487        Konstantin Apsalyamov,    Bogatkova 230 27,    NOVOSIBIRSK, NOVOSIBIRSK, RUSSIA 630089
16347488        Konstantin Frolenko,    Institutskays St. 142-52,    BRYANSK, BRYANSK, RUSSIA 241012
16347489        Kostin Oleg,    Ratnikova Str 18/8,    DONETSK, DONETSKAYA, UKRAINE 83003
16347490       +Kyle Askine,    13804 Clarkwood Lane,    Laurel, MD 20707-9270
16347491        Laszlo Tukacs,    Rim U 3,    BUDAPEST, BU, HUNGARY 1183
16347492       +Lawrence Caplan, PA,    1375 Gateway Blvd.,    Ste. 39,    Boynton Beach, FL 33426-8304
16347493        Lee Fan,    Dadong Distric,    Zhulin Road, No. 352,    SHENYANG, CN7, CHINA 110043
16347494        Leonardo Colucci,    36 Field Rise,    SWINDON,WILTSHIRE,GREAT BRITAIN SN1 4HP
16347495        Leonid Farutin,    Astradamskaya,    9B-13,    MOSCOW, MOSCOW, RUSSIA 127206
16347496        Lin Cheng Hui,    Rm2016 No.1 Tian He Road,    GUANGZHOU, CN20, CHINA 510000
16347497        Lorne Waldman,    281 Eglinton Ave E.,    TORONTO, ON , CANADA, M4P 1L3
16347498        Luca Gissi,    8, Dal Toso Rd,    SANDRIGO, VI, ITALY 36066
16347499        Luke Xin Zhao,    4330 53 Road Avenue Ne,    Seattle, WA 98105
16347543       +MRI Network,    1801 Market Street,    13th Floor,    Philadelphia, PA 19103-1607
16347500        Ma Guoyuan,    Freelance,Furongi, 9#,    903 Haidan District,    BEIJING, CN2, CHINA 100871
16347501        Maik Oberwittler,    Kavalleriestr. 13,    BIELEFELD, GERMANY 33602
16347502        Maksym Svistunov,    Geroev Stalingrada 43B, App 73,    KIEV, UKRAINE, UKRAINE 4210
16347503       +Malasha Sharma,    1351 West Bartlett Way,    Chandler, AZ 85248-5507
16347504        Manfred Effelsberg,    Grimmgasse 105 B,    BONN, GERMANY 53123
16347505        Marcerella Mosies,    Zwartsluisstraat 83,    DEN HAAG, NETHERLANDS 2541CV
16347506       +Marcus Delgado,    1199 Saint Ives Drive,    Sevierville, TN 37862-6924
16347507        Marek Stepien,    Kraszewskiego,    42,    WLOCLAWEK, POLAND 87-800
16347508       +Mark Kim,    3427 Ridge Road,    Lansing, IL 60438-3101
16347509       +Mark McGinness,    32818 Walker Road,    Ste 248,    Avon Lake, OH 44012-1473
16347510       +Mark Odermann,    15325 Redmond Way,    C215,    Redmond, WA 98052-4267
16347512        Mark Wayne,    155 Waterloo Dr SW,    CALGARY, AB , CANADA, T3C 3G4
16347513        Martin Nachev,    Defence Close,    Flat 57 Hill House,    LONDON, LONDON, GREAT BRITAIN SE28 0NQ
16347514        Masasuke Yasumoto,    406 Chez Louis,,    Naka 1-8-13,    KUNITACHI, TOKYO, JAPAN 1860004
16347515        Mathias Svensson,    Radmandsgade 40C,    1, 81,    KOBENHAVN N, DENMARK 2200
16347516        Matthew Knight,    9 Harrison Close,    Branston,    STAFFORDSHIRE, GREAT BRITAIN DE14 3EF
16347517       +Matthew Lee,    11105 SW 129th Court,    Miami, FL 33186-4713
16347518       +Matthew Puterio,    15 Newport Avenue,    Apt 2,    Newport, RI 02840-2115
16347519        Mattia Baldinger,    Zunzgerstrasse 24,    SISSACH, SCHWEIZ, SWITZERLAND 4450
16347520        Maureen Prindle Mollan R. O. Silva,    Rua Leme, 81 -Vila Mariana,
                 SAO PAULO, SP, BRAZIL 4007050
16347521        Maxillo-Care Inc,    2891 Ridge Road West,    RR # 2 RPO,    SHANTY BAY, ON ,CANADA, L0L 2L0
16347524       +Mehdi Soleimankhani,    1249 15Th. Street,    Los Osos, CA 93402-1415
16347525        Mel Glickman Architect,    378A Beresford Ave,    TORONTO, ON ,CANADA, M6S 3B5
16347526       +Michael Delgado,    11755 Sw 18Th Street,    Apt 407,    Miami, FL 33175-8735
16347527       +Michael Denham,    402 Highland Avenue,    Po Box 420,    West Milton, PA 17886-0420
16347528       +Michael Diemer,    25 W Perry Street,    Willard, OH 44890-1602
16347529        Michael Peacock,    14D Parliament St,    LOWER HUTT, NEW ZEALAND 5010
16347530        Michael Poolman,    18 Hampton Close,    Cadbury Heath,    BRISTOL, AVON, GREAT BRITAIN BS30 8EY
16347531       +Michael Rauchman,    c/o Hedgehod Advisors,    1584 Dawn Court,    Long Grover, IL 60047-5137
16347532        Michael Shannon,    2860 Hill Park Rd,    MONTREAL, QC , CANADA, H3H 1T1
16347533       +Michael Stortz,    Drinken Biddle & Reath,    50 Fremont St.,,    20th Floor,
                 San Francisco, CA 94105-2235
16347534       +Michael Trujillo,    301 6th Street,    Fowler, CO 81039-1105
16347535       +Michael Vick,    1512 S. Battery Street,    Little Rock, AR 72202-5813
16347538        Miklos Gaebler,    Wagnerstrasse 6666,    POTSDAM, GERMANY 14480
16347537       +Miklos Gaebler,    9600 Great Hills Trail Suite 150W,    Austin, Tx, TX 78759-6303
16347539        Mikulas Kiss,    Durcanskeho 1,    NITRA, SLOVAK REPUBLIC 94901
16347540        Miquel Axel Estelrich Rullan,    C Sebastia Rubi 3A,    MANACOR, PM, SPAIN 7500
16347541        Mohsien El Hajjaj,    Zoutlaan 84,    OUDENBOSCH, NETHERLANDS 4731MK
16347542       +Mouser,    1000 North Main Street,    Mansfield, TX 76063-1514
16347544        Myran E. Kimball,    43055 Bowen Road,    Ste. 141-A,    Arlington, TX 76016
16347551       +NCA,    2908 National Dr.,    Suite 100,    Garland, TX 75041-2337
16347545        Nampil Chousein,    I. Staikou 2,    AGRINIO, AITOLOAKARNANIA, GREECE 30100
16347546        Naohide Kako,    4-15 Hanamachi, Atuta-Ku,    NAGOYA-SHI, JP23, JAPAN 4560011
16347547        Natalie Prihodko,    Elisabeth-Selbert-Str. 2,    FULDA, GERMANY 36041
16347549       +Nathan Davis,    7514 Sherman Drive,    Lincoln, NE 68506
16347548       +Nathan Davis,    8919 Burt Street,    Apt 105,    Omaha, NE 68114-2771
16347550       +Navjot Singh,    2 Parkwood Drive,    Apt U,    South Amboy, NJ 08879-2333
16347552       +Neeraj Narula,    25 Bayshore Boulevard,    Goose Creek, SC 29445-4629
16347554       +Nelson Diaz,    3330 Oliphant Street,    San Diego, CA 92106-1801
16347555        Nelson Tomas,    38 Muir Ave,    TORONTO,ONTARIO, CANADA M6H 1E8
16347556       #+Nicholas Kaminski,    1337 17Th Street,    Manhattan Beach, CA 90266-4001
16347557        Normunds Kalnberzins,    Avenue Du Lignon 10,    LE LIGNON, SWITZERLAND 1219
16347558        Office of the Attorney General,    PO Box 12598,    Austin, TX 78711
16347559        Oleg Davydov,    Moskovskiy Zaulok 38,    RYAZAN,RYAZANSKAYA OBLAST, RUSSIA 390020
16347560        Oleg Onufrienko,    Academician Koroleva Street 98/1,    ODESSA, UKRAINE 65089
16347561        Oleksandr Ieremeev,    Bocharov Str., 24/26, Ap. 84,    ODESSA, ODESSA, UKRAINE 65111
16347562       +Omni Logistics,    15912 International Plaza Drive,    Houston, TX 77032-2439
16347563       +Open-Silicon,    490 N. McCarthy Blvd.,    Suite 220,    Milpitas, CA 95035-5118
16347564        Paburuge Ruwan Chandana Fernando,    Viale Ignazio Silone 18735A,    ROME, RM, ITALY 143
16347565        Paloduro Investments,    1560 -505 Burrard St.,    VANCOUVER, BC, CANADA, V7X 1M5
16347566        Panos Skaltsas,    Alikarnassou 24,    NEA SMYRNI, ATTICA, GREECE 17122
16347567        Patricio Grez,    Las Golondrinas 1225,    Re aca,    VINA, VINA, CHILE 2540047
16347568        Paul Kjaer,    Gronnegade 33-3,    COPENHAGEN, DENMARK 1107
```

```
District/off: 0542-1          User: beniteze            Page 5 of 7            Date Rcvd: Jan 26, 2015
                              Form ID: B9B              Total Noticed: 402

16347570       Per Sundberg,   Ekraveien 52B,    OSLO, OSLO, NORWAY 756
16347571       Pero Jevtic,   Wehlistrasse 55/4/10,    Apartment,    WIEN, AUSTRIA 1200
16347572       Peter Avery,   146 Bathurst St.,    AURORA, ON , CANADA, L4G 7A4
16347573       Philip Armstrong,    PH77 Avenue Rd,    TORONTO, ON , CANADA, M5R 3R8
16347574      +Phillip McDonough,    923 E. Highland Road,    Oak Leaf, TX 75154-5829
16347575       Pietro Brivio,   Via Iv Novembre, 51 Scala,     AMERATE, LOMBARDIA, ITALY 23807
16347576       Poul Holm,   92 Franklin Road,    P380,   AUCKLAND, NEW ZEALAND 1011
16347577      +Power-One, Inc.,    152 North 3rd St.,    Suite 805,    San Jose, CA 95112-5557
16347579       Purling Holdings,    9 Wakefield Cres,    SCARBOROUGH, ON , CANADA, M1W 2C1
16347581      +Quentin Gomez Jr.,    4254 Derby Drive,    Davie, FL 33330-4336
16347583      +RAIN Innovations Partners, LLC,     The Corporation Trust Company,    Oroporation Trust Center,
                1209 Orange Street,    Wilmington, DE 19801-1196
16347587       RBC Investor Sevices Trust-Marquest 501,     Attn: Rebecca Cage 416-955-3191,
                155 Wellington St. 2nd Floor,    TORONTO, ON, CANADA, M5J 2S1
16347588       RBC Investor Sevices Trust-Marquest 571,     Attn: Rebecca Cage 416-955-3191,
                155 Wellington St. 2nd Floor,    TORONTO, ON, CANADA, M5J 2S1
16347582       Radek Maciaszek,    55A Ranelagh Road,    LONDON, LONDON, GREAT BRITAIN W5 5RP
16347584       Ralph Weisener,    Testorfer Strasse 25,    LUETTOW OT SCHADELAND, GERMANY 19246
16347585      +Ramakanth Gouru,    12881 Deer Park Lane,    Alpharetta, GA 30004-8986
16347586      +Randy Saxton,   4614 S. Los Feliz Drive,    Tempe, AZ 85282-7350
16347589      +Regal Research,    1200 East Plano Parkway,    Plano, TX 75074-8522
16347590      +Richard Chang,    323 Forest Avenue,    Glen Ridge, NJ 07028-1818
16347591      +Richard Tsao,    227 Bellevue Way Ne #889,    Bellevue, WA 98004-5721
16347592      +Rob Pendley,    2417 Nw 51St Street,    Oklahoma City, OK 73112-8051
16347593       Rob Sellick,   5 Lisa Place,    GRANGE, SA, AUSTRALIA 5022
16347594      +Robert Allen,   14 Cypress Wood Drive North,     Digital EmpirePalm Coast, FL 32137-3360
16347595      +Robert Biles,   1465 Ne 121 Street,    #305,   North Miami, FL 33161-6550
16347596       Robert Hannah,    26 Wellington St E,    Suite 900,    TORONTO, ON , CANADA, M5E 1S2
16347597      +Robert Ormond,    2723 N. Maple Grove Road,    Mobile Vet Boise Llc,    Boise, ID 83704-5667
16347598       Robert Palmer,    Fox Rothcild LLP,    5420 LBT Freeway,    Ste. 1200,    Dallas, TX 75240
16347599       Robin Axelsson,    Regnbagsgatan 15B,    GAVLE, SWEDEN 80276
16347600       Rodney Koch,   PO BOX 151,    EDENWOLD, SK, CANADA, S0G 1K0
16347601       Roger Banks,   Dry-It-Out Limited, Dingle Cottage,     Churchstoke, Montgomery,
                POWYS, UNITED KINGDOM SY15 6TJ
16347602       Rudra Maharaj,    39 Bexhill Ave,    SCARBOROUGH, ON, CANADA M1L 3B5
16347603      +Rupesh Brahmbhatt,    7264 Tara Boulevard,    Jonesboro, GA 30236-1902
16347604      +Ryan Jauregui,    14272 Cameron Lane,    Santa Ana, CA 92705-3213
16347605      +Samer Boshra,    19409 132Nd Place Ne,    Woodinville, WA 98072-8774
16347606      +Sammy Eng,    7265 Village Meadows Drive,    Fountain, CO 80817-4027
16347607      +Sandor Nyako,    218 Village At Vanderbilt,    218,    Nashville, TN 37212-3104
16347608      +Scott Boynton,    1692 W. University Heights Drive N,     Flagstaff, AZ 86005-8916
16347609       Sean Bradbury,    105 Hidden Lake Cr,    CARP, ON, CANADA K0A
16347610       Sean Sadel-Stevens,    4885 Burde St,    PORT ALBERNI, BC, CANADA V9Y 3J7
16347611       Sebastian Tarach,    Mila 11,   DZIEKANOW LESNY, POLAND 05-092
16347612      +Serenity Investments LLC,     830 North Boulevard,    Oak Park, IL 60301-1354
16347613       Sergey Khaykov,    75A K. Levitskogo Str, App.#28,     LVIV, LVIV, UKRAINE 79017
16347614      +Shane Butler,    1609 Clark Drive,    Wenatchee, WA 98801-1484
16347615     #+Shane Ramos,    1030 Robinson Avenue,    Unit 210,    San Diego, CA 92103-4456
16347616       Sharon Boone,    37543 England Way,    221,   RED DEER COUNTY, AB, CANADA T4S 2C3
16347617      +Shu Dong,    120 Havenuen Bluff,    Alpharetta, GA 30022-6448
16347618       Siegfried Katzenmayer,    Edlingerstr 13A,    SCHEYERN, GERMANY 85298
16347620       Stanley Wing Hong Leung,    448 Prince Edward Road West,     Prince Ritz, 10/F, Block C,
                HONG KONG,KOWLOON, HONG KONG
16347621       Steedco,    796217 Grey Rd,    BLUE MOUNTAINS, ON , CANADA, L9Y 0R1
16347622       Stefan Hoermann,    Bahnhofweg 23,    ALDRANS, AUSTRIA 6071
16347623       Steffen Preis,    Gertrud-B umer-Str. 8,    MUNCHEN, GERMANY 80637
16347624      +Stephen Brown,    Avian Crescent 32,    LANE COVE NORTH, NSW, AUSTRALIA 2066
16347625       Steve Walker,    2 Willandra Place,    KOONAWARRA, NSW, AUSTRALIA 2530
16347626       Stuart Caborn,    5 Knightsbridge Drive,    Headley, Thatcham,
                HAMPSHIRE, GREAT BRITAIN RG19 8JZ
16347628      +Synopsys Tools,    700 East Middlefield Road,    Mountain View, CA 94043-4033
16347629      +T&J Building Ltd,    3027 North Lamar Boulevard,    Austin, TX 78705-2034
16347630       T.Thiessen M.D.Surgical Prof Corp,     247 Lakeshore Pl,    SASKATOON, SK, CANADA S7J 3T7
16347631      +Tekhne, LLC,    21725 SW 187 Ave,    Miami, FL 33170-1401
16347634       Theresa Flanagan,    34 Milton Street,    PALMERSTON NORTH, MW, NEW ZEALAND 4414
16347635       Thijs Van Den Berg,    Johannes Worpstraat,    49 Iii,    AMSTERDAM, NETHERLANDS 1076BG
16347636       Thomas J Rice,    342 Country Club Blvd.,    WINNIPEG, MB , CANADA, R3K 1X6
16347637      +Tierpoint,    23403 East Mission Avenue,    Liberty Lake, WA 99019-7553
16347638      +Tierpoint Texas, LLC,     3004 Irving Blvd.,    Dallas, TX 75247-6213
16347639       Tom Belanger,    515 Du Parc Industriel,    LONGEUIL, QC, CANADA J4H 3V7
16347640       Tom Kritsch,    504-10 Bay St,    ETHORNBURY, ON, CANADA, N0H 2P0
16347641       Tommy Chen,    168 Meadow Lane,    Stateline, NV 89449
16347642       Tony Nagih,    24 El Sakakeny St, El Daher,    CAIRO, CA, EGYPT 61111
16347643       Tony Scott7545 S. Eisenman Road,    Boise, ID 83716
16347644       Torsten Rathmann,    Berliner Str. 17,    HERFORD, GERMANY 320052
16347645       Toshiya Matsumoto,    Asahi-Cho 5-19-2-2,    KANAGAWAATSUGI-CITY,JP14, JAPAN 243-0014
16347646     #+Travis Webb,    701 Colonial Avenue,    Apt 1,    Norfolk, VA 23507-1885
16347647      +Tuur Demester,    110 Bridge Street,    Drexel Hill, PA 19026-2747
16347648      +Tyler Bye,    2466 Stonehaven Loop,    Lehi, UT 84043-4894
16347649      +Tyler Tillson,    747 Leland Court,    Redding, CA 96001-3369
```

```
District/off: 0542-1           User: beniteze           Page 6 of 7            Date Rcvd: Jan 26, 2015
                               Form ID: B9B             Total Noticed: 402


16347652      +UPS -Shipper,    55 Glenlake Parkway NE,    Atlanta, GA 30328-3474
16347653       Valentin Denkov,    Janne Bouwensstraat,    18 C,    ROTTERDAM, NETHERLANDS 3074PM
16347654       Vasiliy Mishura,    Lva Yashina 12-59,    TOGLIATTY, SAMARA, RUSSIA 445047
16347655       Venugopal Badaravada,    360 Bell Street South,    Unit: 515,    OTTAWA, ON, CANADA K1S 5E8
16347656      +Via Systems,    101 South Hanley Road,    Suite 1800,    St. Louis, MO 63105-3488
16347657       Viktor Vaschaev,    The Second Town,    14 / A, Flat 2,    IRKUTSK,IRKUTSK REGION, RUSSIA 664037
16347658      +Vladimir Zdorov,    3762 Firpointe Street,    San Ramon, CA 94582-5826
16347659       Walter Thamm,    Albrechtstrasse 1,    ISNY, GERMANY 88316
16347660       Ward Seymour,    81 Stainway Blvd,    ETOBICOKE, ON, CANADA, M9W 6H6
16347661       Wei Cao,    Lane 300, Wu Ning Road,    Room 403, No 21,    SHANGHAI, CN10, CHINA 200063
16347662      +Wells Fargo Bank,    Attn Annalea Reegan,    111 Congress Ave,    Suite 2200,
                Austin, TX 78701-4060
16347663      +William Daly,    9 W. Amherst Street,    East Brunswick, NJ 08816-2123
16347664      +William Gaskins,    734 15Th Street Nw,    Suite 1200,    Washington, DC 20005-1024
16347665       Wilson Sonsini Goodrich and Rosati,    650 Page Mill Road,    Palo Alto, CA 94304-1050
16347666       Wu Zhiyuan,    3-1011 Zijinshuma Yuan, Zhichun Road,    BEIJING, HAIDAN, CN2, CHINA 100190
16347667      +Xianhui Fu,    1711 Cudaback Avenue Pmb 914834,    Niagara Falls, NY 14303-1709
16347668       Xiaohong Wu,    King County Metro, Labor Road,    Room 3101 1 A,,    Tianning,
                CHANGZHOU, CN11, CHINA 213101
16347669       Xiaoming Pu,    Gongshu Mingzhengong Community 3-2-502,    HANGZHOU, CN12, CHINA 310011
16347670       Yaroslav Yurkov,    Balashenkova Elena Vladimirovna St.,    Flotskaya H. 37 Ap. 42,
                MOSCOW, MOSCOW, RUSSIA 125413
16347671      +Yewulsew Amare,    8328 Tribute Lane,    Las Vegas, NV 89147-6100
16347672       Yimin Wang,    Qingtiejiayuan, Qinglongchang,    Room 51, Unit 4 Of Building 8,
                CHENGDU, CHENGHUA, CN24, CHINA 610066
16347673       Yuriy Kilichenko,    Filatova Street 52,    Flat 39,    ODESSA, ODESSKAYA OBL, UKRAINE 65074
16347674       Yuriy KozlovUlitsa,    70 Let Oktyabrya 6-164,    TOGLIATTI,SAMARA REGION, RUSSIA 445047
16347675      +Zachary Cullen,    8268 Man O War Road,    Palm Beach Gardens, FL 33418-7719
16347676      +Zachary Wilcox,    5637 Beach Drive Sw,    Seattle, WA 98136-1345
16347677       Zheng Junwei,    Changchunshichaoyangqu Xikanglu 1188,    Chujian Cafe,
                CHANGCHUN, CN8, CHINA 130000
16347678       Zhenhua Zhang,    Yikang Huayuan,    Room901 Unit2 Building13,    ZHENHUA ZHANG,
                CHANGZHOU CITY,CN11, CHINA 213000
16347679       Zhenxing Liu,    LonghuqiangLonggang,    Room 302, No 17,    GUANGZHOU,CN20, CHINA 510030
16347680       Zhonghan Li,    19 Xinyin Street,    Ganjingzi District,    DALIAN,CN7, CHINA 116039
16347681       Zoe Lam,    10H Hoi Sing Mansion,    10 Taikoo Shing Road,    TAI KOO SHING, HONG KONG, HONG KONG
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: tdavidson@akllp.com Jan 27 2015 00:26:53      Timothy A. Davidson, II,
                Andrews & Kurth L.L.P.,    600 Travis, Suite 4200,    Houston, TX  77002
tr            +EDI: QRNOSHEROW.COM Jan 27 2015 00:03:00      Randolph N Osherow,    342 W Woodlawn, Suite 100,
                San Antonio, TX 78212-3314
ust           +E-mail/Text: ustpregion07.au.ecf@usdoj.gov Jan 27 2015 00:28:11
                United States Trustee - AU12,    United States Trustee,    903 San Jacinto Blvd, Suite 230,
                Austin, TX 78701-2450
16347412       E-mail/Text: SKARNULIS@CSTRIAL.COM Jan 27 2015 00:29:44      Hannacott SA,    c/o Steve Skarnulis,
                Cain & Scarnulis,    400 W. 15th St.,    Ste 900,    Austin, TX 78701-1659
16347429       EDI: IRS.COM Jan 27 2015 00:03:00      Internal Revenue Service,
                Special Procedures Staff-Insolvency,    P.O. Box 7346,    Philadelphia, PA 19101-7346
16347578      +E-mail/Text: jay.gerber@prnewswire.com Jan 27 2015 00:29:20      Pr Newswire Association,
                350 Hudson Street,    Suite 300,    New York, NY 10014-5827
16347580      +E-mail/Text: finance@quail.com Jan 27 2015 00:28:40      Quail Electronics,
                2171 Research Drive,    Livermore, CA 94550-3805
16347632       E-mail/Text: pacer@cpa.state.tx.us Jan 27 2015 00:29:18      Texas Comptroller of Public Accounts,
                Revenue Accounting Division-Bankruptcy,    P.O. Box 13528,    Capitol Station,    Austin, TX 78711
16347633      +E-mail/Text: ridpacer@twc.state.tx.us Jan 27 2015 00:29:21      Texas Workforce Commission,
                TWC Building-Regulatory Integrity Divisi,    101 East 15th Street,    Austin, TX 78701-1442
16347650      +E-mail/Text: ulinecollections@uline.com Jan 27 2015 00:29:10      Uline,    12575 Uline Drive,
                Pleasant Prairie, WI 53158-3686
16347651      +E-mail/Text: ustpregion07.au.ecf@usdoj.gov Jan 27 2015 00:28:11      United States Trustee,
                903 San Jacinto,    Suite 230,    Austin, TX 78701-2450
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16347400       Fuxi Xie,    74 Braidwood Drive,    AUSTRALIND, WA, AUSTRALIA 6233
16347511       Mark Roach,    7 Oldbury Close,    IGHTHAM, KENT, GREAT BRITAIN TN15 9DJ
16347522       Maximin Techer,    25 Chemin Miel Vert, Ilet Furcy,    LA RIVIERE, REUNION 97421
16347523       Medhat Mohammed,    Ramallah Main Street,    RAMALLAH, WEST BANK, PALESTINE TERR 970
16347536       Miguel Angel Arizmendi,    Muelle Viejo 11 Apeam,    PALMA DE MALLORCA, PM, SPAIN 7012
16347553       Neil Spenta,    33 Ewing Avenue,    BULL CREEK, WA, AUSTRALIA 6149
16347569       Pavel Henrykhsen,    Sharangovicha St. 5541,    MINSK, MINSK, BELARUS 220019
16347619       Spring Surprise, Ltd.,    c/o Gail Child, Abnubstrator Suite V,    Tower Hill House,
                P.O. 263 Le Bordage St.,    PETER PORT, GUERNSEY, GY1 3QT
16347627       Stuart Jeffrey,    4 Priory Way,    GREENFIELDS, WA, AUSTRALIA 6210
                                                                                         TOTALS: 9, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0542-1           User: beniteze              Page 7 of 7                  Date Rcvd: Jan 26, 2015
                               Form ID: B9B                Total Noticed: 402
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2015 at the address(es) listed below:
              Randolph N Osherow    rosherow@hotmail.com, rosherow@ecf.epiqsystems.com
              Timothy A. Davidson, II   on behalf of Debtor   Cointerra, Inc. tdavidson@akllp.com
              United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
                                                                                                TOTAL: 3