**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **COINTERRA, INC.** | § | Case No. 15-10109-hcm |
| Debtor | § | (Chapter 7) |

## ENTRY OF APPEARANCE, REQUEST FOR SERVICE
## OF PAPERS, AND RESERVATION OF RIGHTS

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Future Electronics Corp., a creditor and party in interest and, pursuant to Bankruptcy Rules 2002, 9007 and 9010 *inter alia*, requests that all notices given or required to be given in this bankruptcy case, and all papers served or required to be served in this bankruptcy case, be given to and served upon:

**Lynn E. Saarinen**
**BARRON & NEWBURGER, P.C.**
**1212 Guadalupe, Suite 104**
**Austin, Texas 78701**
**LSaarinen@bn-lawyers.com**
**(512) 476-9103 ext. 231 (voice)**
**(512) 476-9253 (fax)**

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, or otherwise (1) that affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this bankruptcy case, including Future Electronics Corp., Inc. with respect to: (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in possession, custody, or control of others that the debtor may seek

1

to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or other conduct by Future Electronics Corp..

PLEASE TAKE FURTHER NOTICE that Future Electronics Corp. intends that neither this entry of appearance nor any later appearance, pleading, claim, or suit shall waive (1) the right of Future Electronics Corp. to trial by jury in any proceeding so triable in this bankruptcy case or any case, controversy, or proceeding related to this bankruptcy case, or (2) any other rights, claims, actions, defenses, set-offs, or recoupments to which Future Electronics Corp., is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Respectfully submitted,

**BARRON & NEWBURGER, P.C.**

By: /s/ *Lynn E. Saarinen*
Lynn E. Saarinen, SBN: 17498900
1212 Guadalupe, Suite 104
Austin, Texas 78701
Tel: 512-476-9103 x 231 /Facsimile: 512-476-9253
LSaarinen@bn-lawyers.com

**ATTORNEY FOR CREDITOR,
FUTURE ELECTRONICS CORP.**

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a copy of foregoing *Entry of Appearance, Request for Service of Papers, and Reservation of Rights* has been served on February 3, 2015, by first class mail, postage prepaid or by the Court's ECF Noticing System to the following:

Debtor: Cointerra, 11130 Jollyville, Rd., Suite 303, Austin, TX 78759
Debtor's Attorney: Tadd Davidson, 600 Travis, Suite 4200, Houston, TX 77002
Chapter 7 Trustee: Randy Osherow, 342 W. Woodlawn, Suite 100, San Antonio, TX 78212
U.S. Trustee: Office of the U.S. Trustee, 903 San Jacinto Blvd., Room 230, Austin, TX 78701

/s/ *Lynn E. Saarinen*
Lynn E. Saarinen