**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **COINTERRA, INC.** | § | **Case No. 15-10109-hcm** |
| Debtor | § | **(Chapter 7)** |
| _____ | § | |
| | § | |
| **FUTURE ELECTRONICS CORP.,** | § | |
| Movant | § | |
| | § | |
| **v.** | § | |
| | § | |
| **COINTERRA, INC. and** | § | |
| **RANDY OSHEROW, TRUSTEE,** | § | |
| Respondents | § | |

**AMENDED MOTION OF FUTURE ELECTRONICS CORP.**
**FOR RELIEF FROM THE AUTOMATIC STAY**

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 14 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

COMES NOW, FUTURE ELECTRONICS CORP. ("Future" or "Movant"), a secured creditor in the above captioned and numbered case, and files this Amended Motion for Relief from Automatic Stay and in support thereof, would respectfully show as follows:

**Jurisdiction**

1. This Court has jurisdiction over this matter under 28 U.S.C. §§ 1334 and 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The basis for the relief requested herein is grounded in 11 U.S.C. 362(d).

## Background

3.      On January 24, 2015 ("Petition Date"), Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

4.      On March 3, 2014, the Debtor entered into a purchase money Security Agreement with Movant in consideration for the extension of credit for collateral purchased by Debtor from Movant.  Attached is the affidavit of Joe Prudente with a copy of the Security Agreement (the "Agreement") attached thereto as Exhibit "A" and the UCC Financing Statement evidencing Movant's perfected security interest attached thereto as Exhibit "B".

5.      As of the Petition Date, Debtor owed Movant $1,961,580.46.

## Grounds for Relief

6.      The Court should lift the automatic stay pursuant to 11 U.S.C. §362(d)(2).

7.      Debtor retains no equity in the collateral and Debtor is not reorganizing. Therefore, under 11 U.S.C.  §362(d)(2(A) and (B), the Automatic Stay should be lifted and Movant should be allowed to foreclose its security interest in the collateral.

8.      Upon information and belief, Automated Circuit Design ("ACD"), and/or its affiliated brokers or agents, are holding approximately $1,119,778.00 worth of Movant's collateral purchased by Debtor.  A list of Movant's collateral in the possession of ACD is attached to the affidavit of Joe Prudente as Exhibit "C".

9.      The remainder of Movant's collateral is located within servers at various locations.  This Motion to Lift Stay pertains only to the collateral held by ACD and/or its affiliated brokers or agents.

WHEREFORE, PREMISES CONSIDERED, FUTURE ELECTRONICS CORP. prays that the Court lift the automatic stay to permit it to take possession of and foreclose its security

interest in the collateral which was purchased from Future Electronics Corp. by Debtor,

Cointerra, Inc., and is in the possession of Automated Circuit Design and/or its affiliated brokers

or agents, and exercise its remedies under applicable non-bankruptcy law, and for such other and

further relief, at law and in equity, to which it may be entitled.

Respectfully Submitted,

**BARRON & NEWBURGER, P.C.**
1212 Guadalupe, Suite 104
Austin, Texas 78701
(512) 476-9103 x 231 / (512) 476-9253 Facsimile

By:      */s/ Lynn Saarinen*
         Lynn Saarinen, SBN  17498900

**ATTORNEYS FOR FUTURE ELECTRONICS CORP.**


**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Motion was served on February 5, 2015, to the parties listed below by the Court's ECF noticing System or by First Class Mail, postage prepaid  and that Movant has complied with Local Rule 9013(c).

| | |
|---|---|
| Cointerra, Inc. | Office of the U.S. Trustee |
| 11130 Jollyville Road, Suite 303 | 903 San Jacinto Blvd., Room 230 |
| Austin, TX  78759 | Austin, TX  78701 |
| | |
| Timothy Davidson | Automated Circuit Design |
| 600 Travis, Suite 4200 | 1250 American Pkwy. |
| Houston, TX  77002 | Richardson, TX 75081 |
| | |
| Randolph Osherow | |
| 342 W. Woodlawn, Suite 100 | |
| San Antonio, TX  78212 | |

*/s/ Lynn Saarinen*
Lynn Saarinen

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
|     **COINTERRA, INC.** | § | **Case No. 15-10109-hcm** |
|     **Debtor** | § | **(Chapter 7)** |
| | § | |
| **FUTURE ELECTRONICS CORP.,** | § | |
|     **Movant** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **COINTERRA, INC. and** | § | |
| **RANDY OSHEROW, TRUSTEE,** | § | |
|     **Respondents** | § | |

**AFFIDAVIT IN SUPPORT OF AMENDED MOTION OF**
**FUTURE ELECTRONICS CORP. FOR RELIEF FROM THE AUTOMATIC STAY**

| | |
|---|---|
| STATE OF MASSACHUSETTS | § |
| | § |
| COUNTY OF WORCESTER | § |

BEFORE ME, the undersigned authority, on this day personally appeared Affiant, who being by me first duly sworn, upon his oath deposed and stated as follows:

"My name is Joe Prudente. I am over the age of eighteen years, of sound mind, capable of making this affidavit, and personally acquainted with the facts stated herein.

"At all times material to the transactions between Future Electronics Corp. (hereinafter "Future Electronics") and Cointerra, Inc. (hereinafter "Debtor"), I have been the Vice President of Worldwide Credit for Future Electronics, with personal knowledge of the matters concerning the security agreement executed by Debtor and Future Electronics on March 3, 2014, (hereinafter "Security Agreement"), and the UCC Financing Statement filed on behalf of Future Electronics in the office of the Delaware Secretary of State relating to the Security Agreement.

"I am a custodian of the records of Future Electronics. I have knowledge of the facts and circumstances contained in this affidavit as a result of my position with Future Electronics, my personal involvement with the transactions between Future Electronics and the Debtor, my review of the corporate records of Future Electronics and information given to me by others, all of which I believe to be true and correct.

"Attached hereto marked as Exhibit "A" is the Security Agreement from Future Electronics' records. Attached hereto marked as Exhibit "B" is the UCC Financing Statement from Future Electronics' records. Attached hereto marked as Exhibit "C" is a list of Future Electronics'

collateral in the possession of Automated Circuit Design ("ACD"). These records are kept by Future Electronics in the regular course of business, and it was the regular course of business for an employee or representative with knowledge of the act, event, condition or opinion recorded to make the record or to transmit the information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the exact duplicates of the originals.

"The Security Agreement was given by Debtor to Future Electronics in consideration for the extension of credit to Debtor by Future Electronics. Debtor purchased collateral from Future Electronics and at the time Debtor filed its bankruptcy petition it owed Future Electronics $1,961,580.46.

"Future Electronics has been in contact with "ACD", another customer of Future Electronics, regarding collateral purchased by Debtor from Future Electronics and currently in ACD's possession. Exhibit "C" attached hereto is a list of Future Electronics' collateral in ACD's possession. The remainder of Future Electronics' collateral is located within servers at various locations. The Motion to Lift Stay pertains only to the collateral in the possession of ACD.

"Future Electronics is unaware of any other party asserting an interest in the collateral.

"I have read the above and foregoing affidavit, and every statement contained therein and herein is within my personal knowledge and is true and correct."

"Further, Affiant sayeth naught."

FUTURE ELECTRONICS CORP.

By: _____
Joe Prudente
Vice President of Worldwide Credit

SUBSCRIBED AND SWORN TO BEFORE ME on the 5 day of February, 2015, to certify which witness my hand and official seal.

_____
Notary Public

TRACEY MARINUCCI KOHOUT
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
July 2, 2021

## SECURITY AGREEMENT

This Security Agreement, made and entered in this __3rd__ day of __MARCH__, 20__14__, by and between *FUTURE ELECTRONICS CORP*, located at *41 MAIN ST, BOLTON MA 01740* (hereinafter "Secured Party") and *COINTERRA, INC.*, with chief executive offices located at *SUITE 303, 11130 JOLLYVILLE RD, AUSTIN TX 78759* and if registered, incorporated in the state of __DELAWARE__ (hereinafter "Debtor").

## I    CREATION OF SECURITY INTEREST

In consideration for the extension of credit, Debtor hereby grants a purchase money security interest in and assigns to the Secured Party the Collateral described in paragraph II below to secure payment and performance of the Obligations (defined below).

## II    COLLATERAL

To secure payment and performance of the Obligations Debtor hereby grants to Secured Party a continuing purchase money security interest in all inventory, equipment, and goods including all embedded and non-embedded software manufactured by or distributed by Secured Party, whenever sold, consigned or delivered, directly or indirectly, to or for the benefit of Debtor by Secured Party, wherever located, now owned and hereafter acquired including but not limited to all *various electronic components*, and all accessions and products, and accessories, supplies and parts including repossessions and returns; and all proceeds from the sale thereof; all documents including books and records; and all existing or subsequently arising, accounts and accounts receivable, and supporting obligations which may from time to time hereafter come into existence during the term of this Security Agreement. Secured Party's purchase money security interest is explicitly limited to outstanding obligations between Secured Party and Debtor.

The term "Obligations" as used in this Agreement shall mean and include all indebtedness, liabilities and obligations, liabilities and obligations of any nature, however arising whether monetary or otherwise, now existing or hereafter arising in favor of Secured Party, including any attorney's fees and expenses to which Secured Party may be entitled as further provided in this Agreement.

## III    DEBTOR'S OBLIGATIONS

A.    The Collateral will not be misused or abused, wasted or allowed to deteriorate, except for the ordinary wear and tear of its intended primary use.
B.    The Collateral will be insured until this security agreement is terminated against all expected risks to which it is exposed.
C.    The Collateral will be kept at the Debtor's place(s) of business set forth herein (unless sold in the ordinary course of Debtor's business pursuant to clause E below), where Secured Party may inspect it at any time upon reasonable notice.
D.    Debtor warrants and covenants: That the Collateral will be held for use, sale or lease in and for Debtor's business and will be kept only at the principal place of business set forth herein (and Debtor's additional address(es) set forth with its signature, if any). [Note: Deleted text covered in G below]
E.    The Collateral will not be sold, transferred, disposed, or made subject to any paid charge, including taxes of any subsequent interest of a third party created or suffered by Debtor, voluntary or involuntary, unless Secured Party consents in writing to such charge, transfer or disposition; *provided that*, notwithstanding the foregoing, Debtor may sale, transfer, or dispose of inventory in the ordinary course of business without the prior written consent of Secured Party whether or not such inventory, or any part thereof, is Collateral.
F.    Debtor will reimburse Secured Party for any action to remedy a default under this agreement.
G.    Debtor will notify Secured Party in writing 30 days prior of: its opening of any new places of business, or the closing of any existing places of business, or the change of name or nature of the entity including changes to state of incorporation or state of chief executive offices.
H.    Where Collateral is in the possession of a third party, Debtor will join with Secured Party in notifying the third party of Secured Party's interest and obtaining an acknowledgement from the third party that its is holding the Collateral for the benefit of Secured Party.

## IV    DEFAULT

The following shall constitute a default by Debtor:
*non-payment*        Failure to pay the principal or any installment of principal or of interest on the Obligations when due. In addition, Debtor shall be in default if bankruptcy or insolvency proceedings are instituted by or against the Debtor or if Debtor makes any assignment for the benefit of creditors.
*misrepresentation*        Misrepresentation or misstatement in connection with, noncompliance with or nonperformance of any of Debtor's obligations or agreements under paragraphs III and VII shall constitute default under this Security Agreement

## V    SECURED PARTY'S RIGHTS AND REMEDIES

A.    Secured Party may assign this security agreement, and...
    (1)    If Secured Party does assign this security agreement, the assignee shall be entitled, upon notifying the Debtor, to performance of all Debtor's obligations and agreements under paragraphs III and VII, and assignee shall be entitled to all of the rights and remedies of Secured Party under this paragraph V, and...
    (2)    Debtor will assert no claims or defenses he may have against Secured Party or against its assignee except those granted in this security agreement, and...

**EXHIBIT A**

B.     Upon Debtor's default, Secured Party, shall have all rights set forth under the Uniform Commercial Code, including, but not limited to Article 9, and may exercise his rights of enforcement under the Uniform Commercial Code in force in the State where the Collateral is located or where the UCC Financing Statement is filed and in conjunction with, in addition to or substitution for those rights, at Secured Party's discretion, may

     (1)     Declare all unpaid balances due and payable, notwithstanding otherwise stated maturities; and/or,

     (2)     Require Debtor to assemble the Collateral and make it available at a place Secured Party designates in writing which is mutually convenient, to allow Secured Party to take possessions or dispose of the Collateral and

     (3)     Enter upon Debtor's premises to take possession of, assemble and collect the Collateral or to render it unusable, and

     (4)     Waive any default or remedy any default in any reasonable manner without any or all Accounts or other collateral or proceeds, or to sell, transfer, compromise, waiving the default remedied and without waiving any other prior or subsequent default.

## VI     RIGHTS AND REMEDIES OF DEBTOR

Debtor shall have all the rights and remedies before or after default provided in Article 9 of the Uniform Commercial Code in force in the State of where the Collateral is located or where the UCC Financing Statement is filed.

## VII     ADDITIONAL AGREEMENTS AND AFFIRMATIONS

A.     Debtor Agrees and Affirms

     (1)     That information supplied and statements made by him in any financial or credit statement or application for credit prior to this security agreement are true and correct and,

     (2)     That no financing statement covering the Collateral or its proceeds is on file in any public office and that, except for the purchase money security interest granted in this security agreement, there is no adverse lien, security interest or encumbrance in or on the Collateral, and

     (3)     Debtor warrants and covenants that it will keep and maintain its business as presently constituted and will advise Secured Party immediately of any change in the name or nature or location thereof and of any fact or occurrence which does, or with lapse of time could, impair Debtor's ability to perform hereunder. Debtor warrants that all locations of collateral and all corporate, partnership, doing business, trade and individual names are listed below the signature line (hereon) are absolutely accurate and complete and that it will give Secured Party at least thirty (30) days prior written notice of any change thereof, addition thereto or deletion therefrom.

     (4)     That if Debtor is also buyer of the Collateral, there are no express warranties unless they appear in writing signed by the seller and there are no implied warranties of merchantability or fitness for a particular purpose in connection with the sale of the Collateral.

B.     Mutual Agreements

     (1)     "Debtor" and "Secured Party" as used in this security agreement include the heirs, executors or administrators, successors or assigns of those parties.

     (2)     The law governing this secured transaction shall be that of the State where the Collateral is located or where the UCC Financing Statement is filed.

     (3)     If more than one Debtor executes the security agreement, their obligations hereunder shall be joint and several.

     (4)     This agreement doesn't waive Secured Party's rights under any other agreement that Debtor has signed with the Secured Party.

     (5)     Debtor authorizes Secured Party to file a UCC Financing Statement describing the collateral and appoints Secured Party as Debtor's agent and grants Secured Party limited Power of Attorney to sign UCC forms for the purpose of protecting Secured Party's interest.

C.     Form of Debtor's Business

     (1)     Debtors business is (circle one);

            ✓**a. Registered Organization**      **b. Unregistered Organization**      **c. Individual**

            (a) If a. Registered Organization:   State where Incorporation/Formed   _DELAWARE_.

            (b) If b. Unregistered Organization: Location of Business (state) or if more than one place of business, "chief executive office" _____.

            (c) If c. Individual: State or States of Residence (include all states) _____, _____, _____, _____.

> - Registered Organizations include: Includes corporations, limited liability corporations and limited partnerships.
> - Unregistered Organizations include: Partnerships.
> - Individuals Include: Sole Proprietorships

D.     Further Assurances.

     (1)     Debtor agrees to execute any further documents, and to take any further actions, reasonably requested by Secured Party to evidence or perfect the purchase money security interest granted herein or to effectuate the rights granted to the Secured Party herein.

     (2)     Exact legal name is set forth in the first paragraph of this Security Agreement.

## VIII     PARTIAL INVALIDITY

invalid, illegal, or unenforceable in any respect, such invalidity, illegality, or unenforceability shall not affect any other provision hereof, and this Security Agreement shall be construed as if such invalid, illegal or unenforceable provision had not been contained herein.

IX.    Release of Security Interest

(a) If there are no outstanding Obligations hereunder or (b) if Debtor has entered into one or more working capital credit facility secured by all or a portion of Debtor's assets, then Secured Party shall, at Debtor's request, execute and deliver to Debtor all instruments and other documents as may be necessary or proper to release the lien on and security interest in the Collateral that has been granted hereunder and file UCC Termination Statements required to terminate any UCC Financing Statements filed in connection with this Agreement.

IN WITNESS WHEREOF, Debtor has executed this Security Agreement as of the date indicated above.

DEBTOR NAME

BY: _____           BY: _____
       (Signature and Title)                                          (Signature and Title)

RAVI IYENGAR, CED

ACCEPTED at AUSTIN TX this 3rd day of MARCH , 20 14 .

SECURED PARTY NAME   Future Electronics Corp

BY:  Charles R. Dinovo, Regional Credit Manager
       (Signature and Title)
Charles L. Dinovo

| Additional corporate, partnership, doing business, trade and individual names. (Attach if more than 2) | Additional Locations of Collateral (Attach if more than 4) | | |
|---|---|---|---|
| NATIONAL CIRCUIT ASSEMBLY (Contract Mfr) | SUITE 500, 5812 TRADE CENTER DR | | |
| | 1. Address | | |
| | AUSTIN | TX | 78744 |
| | City, | State, | Zip |
| AUTOMATED CIRCUIT DESIGN (Contract Mfr) | 1250 AMERICAN PKWY | | |
| | 2. Address | | |
| | RICHARDSON | TX | 75081 |
| | City, | State, | Zip |
| | 3. Address | | |
| | City, | State, | Zip |
| | 4. Address | | |
| | City, | State, | Zip |

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
(800) 826-5256 UCC Division

B. E-MAIL CONTACT AT FILER (optional)
ucc@ncscredit.com DE SOS

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

NCS UCC Services Group
PO Box 24101
Cleveland, OH 44124
USA
(800) 826-5256

Delaware Secretary of State
File Number: 20140899773
File Date: 03/07/2014 03:06 PM
(This document was electronically filed)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Cointerra, Inc. | | | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 11130 Jollyville Road, Suite 303 | Austin | TX | 78759 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Iyengar | Ravi | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 11130 Jollyville Road, Suite 303 | Austin | TX | 78759 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Future Electronics Corp. | | | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 41 Main Street | Bolton | MA | 01740 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

To secure payment and performance of the Obligations Debtor hereby grants to Secured Party a continuing purchase money security interest in all inventory, equipment, and goods including all embedded and non-embedded software manufactured by or distributed by Secured Party, whenever sold, consigned or delivered, directly or indirectly, to or for the benefit of Debtor by Secured Party, wherever located, now owned and hereafter acquired including but not limited to all various electronic components, and all accessions and products, and accessories, supplies and parts including repossessions and returns; and all proceeds from the sale thereof; all documents including books and records; and all existing or subsequently arising, accounts and accounts receivable, and supporting obligations which may from time to time hereafter come into existence during

Please see attached Addendum Form(s) for Additional Collateral

EXHIBIT
B

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, Item 17 and Instructions) ☐ being adm...                    ...entative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and ...
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
UCC# U150144

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME |
|---|
| Cointerra, Inc. |

OR

| 9b. INDIVIDUAL'S SURNAME |
|---|
| |
| FIRST PERSONAL NAME |
| |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**10. DEBTOR'S NAME:** Provide (10a or 10b) only _one_ additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME |
|---|

OR

| 10b. INDIVIDUAL'S SURNAME |
|---|
| INDIVIDUAL'S FIRST PERSONAL NAME |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME _or_ ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only _one_ name (11a or 11b)

| 11a. ORGANIZATION'S NAME |
|---|

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
the term of this Security Agreement. Secured Party™s purchase money security interest is explicitly limited to outstanding obligations between Secured Party and Debtor.

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14. This FINANCING STATEMENT:**
☐ covers timber to be cut  ☐ covers as-extracted collateral  ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**

**FILING OFFICE COPY** — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)
International Association of Commercial Administrators (IACA)

| PN | InvDescription | on hand | Mpn | Mfr Name | Last Resale*(US$) | Total |
|---|---|---|---|---|---|---|
| COIN-400-057 | Liquid Cooling Assembly | 11,037 | | | | 0 |
| COIN-600-061 | INDUCTOR POWER .47UH 62A SMD | 311,730 | IHLP6767 GZERR47 M01 | VISHAY - DALE | 1.750000 | 545527.5 |
| COIN-600-002 | AC/DC power supply, option #1 | 3,900 | | | | 0 |
| COIN-600-054 | FAN | 28,000 | | | | 0 |
| COIN-700-113 | CABLE ASSY, USB EMBD UART TO 6-PIN | 5,210 | | | | 0 |
| COIN-700-224 | CABLE ASSY, LED/RESET TO BBB_A AND GSAs | 4,300 | | | | 0 |
| COIN-600-075 | CSD17510Q5A | 241,000 | CSD1751 0Q5A | TEXAS INSTRUM ENTS | 0.365000 | 87965 |
| COIN-600-360 | CAP CER 0.1UF 50V 10% X7R 0603 | 8,468,000 | CL10B10 4KB8NNN C | SAMSUN G PASSIVE S | 0.001200 | 10161.6 |
| COIN-600-176 | CONN, SHROUDED HDR, 2x5, 0.050, SMT | 42,804 | | | | 0 |
| COIN-400-239 | COINTERRA CHASSIS ASSEMBLY, BLOCK2, REV.B | 372 | | | | 0 |
| COIN-600-366 | CAP TANT 470UF 2.5V 20% 2917 | 83,620 | | | | 0 |
| COIN-700-117 | CABLE ASSY, POWER SUPPL2 TO GSA2 | 2,040 | | | | 0 |
| COIN-400-055 | FAN GUARDS | 117,020 | | | | 0 |
| COIN-600-107 | BEAGLE BONE BLACK | 759 | | | | 0 |
| COIN-700-116 | CABLE ASSY, POWER SUPPL1 TO GSA1 | 3,527 | | | | 0 |
| COIN-400-233 | Kit, Packaging | 57 | | | | 0 |
| COIN-600-376 | Ind, 270nH, 15%, 0.29mohms ¿½7%, 37A | 62,800 | | | | 0 |
| COIN-600-045 | Cap, 22uF, 1206, 25V, X5R, 10% | 416,000 | GRM31C R61E226 KE15L | MURATA | 0.145000 | 60320 |
| COIN-600-066 | RING LUGS AWG 6/4-18 0.25 AND Sets of HEX HEAD CAP screw and | 70,500 | | | | 0 |
| COIN-400-467 | 99.99IN HSD .005 ON TAPE, 158091 | | | | | 0 |
| COIN-600-166 | CAP CER 0.1UF 16V 10% X7R 0402 | 3,960,192 | CC0402K RX7R7BB 104 | YAGEO AMERICA CORPOR ATION | 0.001150 | 4554.221 |
| COIN-400-134 | WASHER 8 | 593,682 | | | | 0 |
| COIN-600-028 | IC, Temp Monitor, 24-Pin QSOP T/R | 21,290 | ADT7476 AARQZ-R | ON SEMI | 0.850000 | 18096.5 |
| COIN-600-170 | CAP TANT 330UF 16V 20% 2824 | 7,200 | 594D337X 0016R2T | VISHAY - SPRAGU E | 2.880000 | 20736 |
| COIN-700-225 | 2-Port USB Hub | 2,716 | 29525 | KITTING | 7.000000 | 19012 |
| COIN-701-025 | Ethernet Bulkhead | 2,900 | | | | 0 |
| COIN-600-060 | N CHANNEL, MOSFET, 25V, 61A, DIRECTFET L6 | 11,760 | IRF6718L 2TRPBF | INTERNA TIONAL RECTIFIE R | 1.650000 | 19404 |
| COIN-600-362 | CAP 0.22uF 10% 16V X7R 0603 | 721,509 | CL21A47 5KOFNN NE | SAMSUN G PASSIVE S | 0.009000 | 6493.581 |
| COIN-700-109 | Universal reversible USB 2.0 R/A A-Male to A-Female ext. cab | 7,700 | UR024- 18N-RA | KITTING | 6.500000 | 50050 |
| COIN-700-105 | 1ft Cat5e Non-Booted Unshielded (UTP) Network Patch Cable - | 10,500 | 25482 | KITTING | 2.000000 | 21000 |
| COIN-600-268 | IC ADC 24-BIT 2KSPS 16-TSSOP | 29,600 | ADS1220I PWR | TEXAS INSTRUM ENTS | 3.700000 | 109520 |
| COIN-600-365 | CAP CER 10UF 16V 10% X7R 1206 | 904,600 | CL31B10 8KOHNN NE | SAMSUN G PASSIVE S | 0.019000 | 17187.4 |
| COIN-600-090 | CAP CER 4.7UF 10V 10% X7R 0805 | 123,000 | GRM21B R71A475 KA73K | MURATA | 0.045000 | 5535 |
| COIN-701-053 | USB Adapter B-A | 3,500 | | | | 0 |
| COIN-600-093 | CONV DC/DC 4.95W 36VIN 3.3VOUT | 3,524 | OKI-78SR- 3.3/1.5- W36-C | MURATA POWER SOLUTIO NS | 2.980000 | 10501.52 |
| COIN-600-411 | IC, Driver / MOSFETs, 60A, 6x6 | 7,835 | IR3550MT RPBF | INTERNA TIONAL RECTIFIE R | 1.800000 | 14103 |

EXHIBIT

C

| Part No | Description | Qty | MPN | Manufacturer | Price | Ext |
|---|---|---|---|---|---|---|
| COIN-600-363 | CAP 4.7uF 10% 16V X5R 0805 | 1,221,000 | CL10B224KO8NNNC | SAMSUNG PASSIVES | 0.003000 | 3663 |
| COIN-701-459-6A | 6ft PREMIUM UNIVERSAL POWER CORD (14AWG) | 25,500 | | | | 0 |
| COIN-400-121 | BUMPER, W/THREADED STUD, 10-24 | 8,750 | | | | 0 |
| COIN-400-421 | HANDLE, AL BACK, 3 CTR-TO-CTR, 1-5/16 PROJ | 6,000 | | | | 0 |
| COIN-700-104 | Deluxe USB Cable Type A - B Cable, 0.3m | 51,000 | | | | 0 |
| COIN-400-266 | WASHER, NO 8 | 0 | | | | 0 |
| COIN-400-263 | AIR DEFLECTOR | 3,000 | TPS40140RHHR | TEXAS INSTRUMENTS | 1.970000 | 5910 |
| COIN-600-073 | IC, DC DC Cntrlr Dual-OUT Sync Buck 1V to 40V Input 36-Pin V | 24,139 | | | | 0 |
| COIN-600-075A | CSD16342Q5A | 1,740 | | | | 0 |
| COIN-700-101 | CABLE ASSY, 5V Power | 25,999 | | | | 0 |
| COIN-600-213 | CONN HEADER VERT SGL 2x5POS GOLD | 95,800 | TL431AIDBVR | TEXAS INSTRUMENTS | 0.080000 | 7664 |
| COIN-600-259 | IC VREF SHUNT PREC ADJ SOT23-5 | 50 | | | | 0 |
| COIN-600-450 | PET1300-12-054NA | 766,800 | RC0402FR-07301RL | YAGEO LOGISTICS | 0.001200 | 920.16 |
| COIN-600-387 | MPN# RC0402FR-07031RL | 4,821 | | | | 0 |
| COIN-400-300 | gasket fab/foam 5.1x457.2mm | 3,540 | | | | 0 |
| COIN-400-301 | gasket fab/foam 6.4x457.2mm | 342,647 | | | | 0 |
| COIN-400-136 | SCREW, PAN 8-32X2.0 | 14,280 | | | | 0 |
| COIN-400-231 | Label, Security | 2,728 | | | | 0 |
| COIN-600-466 | IC NOT PROGRAMMED | 3,840 | IR3891MTRPBF | INTERNATIONAL RECTIFIER | 1.500000 | 5760 |
| COIN-600-412 | IC, Sw Reg, Dual, Wide Vin, Synchronous, 4A | 10,916 | | | | 0 |
| COIN-600-205 | SWITCH TACTILE SPST-NO 0.05A 12V | 2,276,800 | | | | 0 |
| COIN-600-364 | CAP CER 1000PF 50V 10% X7R 0603 | 21,282 | | | | 0 |
| COIN-400-141 | GROMMET, PUSH-IN | 281,579 | | | | 0 |
| COIN-400-133 | SCREW, PAN 6-32X.19 +WASHER | 42,692 | SN74LVC244APWR | TEXAS INSTRUMENTS | 0.110000 | 4696.12 |
| COIN-600-214 | IC BUFF/DVR TRI-ST DUAL 20TSSOP | 23,939 | 47053-1000 | MOLEX | 0.138000 | 3303.582 |
| COIN-600-067 | 1x4 pin, 0.1, keyed friction lock header | 4,854 | TPL0102-100PWR | TEXAS INSTRUMENTS | 0.820000 | 3980.28 |
| COIN-600-074 | IC, 256 Taps Dual Channel Digital Potentiometer with I2C Int | 11,750 | | | | 0 |
| COIN-400-132 | STANDOFF, THREADED HEX, 6-32X2.0 | 79,700 | | | | 0 |
| COIN-400-181 | CABLE TIE, 6 INCH | 6,379 | ASFL1-50.000MHZ-EK-T | ABRACON | 0.750000 | 4784.25 |
| COIN-600-030 | OSCILLATOR 50.000MHZ 3.3V SMD | 1,500 | | | | 0 |
| COIN-700-285 | CABLE ASSY, I2C PWR TO GSA | 649,600 | | | | 0 |
| COIN-600-390 | RES, 1.00K OHM 1/10W 1% 0603 SMD; MFR# RC0603FR-071KL | 3,024 | 83905AGLFT | INTEGRATED DEVICE TECHNOLOGY | 1.050000 | 3175.2 |
| COIN-600-031 | IC CLK BUFFER 1:6 100MHZ 16TSSOP | 371,600 | | | | 0 |
| COIN-600-373 | CAP CER 0.022UF 50V 10% X7R 0603 | 12,000 | CDRH6D28NP-5R0NC | SUMIDA | 0.245000 | 2940 |
| COIN-600-439 | POWER INDUCTOR 5.0UH 2.4A SMD | 10,430 | 22-03-2081 | MOLEX | 0.280000 | 2920.4 |
| COIN-600-083 | CONN HEADER 8POS .100 VERT TIN | 8,200 | | | | 0 |
| COIN-600-377 | P770.102NLT | 3,000 | | | | 0 |
| COIN-700-444 | 3FT CAT5E NON-BOOTED UNSHIELDED NETWORK CA | 695,000 | RC0603FR-075K62L | YAGEO AMERICA CORPORATION | 0.001000 | 695 |
| COIN-600-388 | MFR# RC0603FR-075K62L | 29,830 | HSMF-C155 | AVAGO | 0.090600 | 2702.598 |
| COIN-600-195 | LED BICOLOR GN/HER DIFF SMD | 48,800 | NCP18XH103J03RB | MURATA | 0.027500 | 1342 |
| COIN-600-380 | THERMISTOR 10K OHM NTC 0603 SMD | | | | | |

| Part # | Description | Qty | Mfr Part # | Mfr | Price | Ext |
|---|---|---|---|---|---|---|
| COIN-600-085 | MOSFET N-CH 20V SOT-23 | 41,724 | SI2302CDS-T1-E3 | VISHAY - SILICONIX | 0.061000 | 2545.164 |
| COIN-600-378 | INDUCTOR PWR 4.7UH SMD | 3,000 | | | | 0 |
| COIN-600-370 | CAP CER 1UF 25V 10% X5R 0805 | 100,600 | | | | 0 |
| COIN-400-144 | SCREW, PAN 6-32X.25 +WASHER | 124,284 | | | | 0 |
| COIN-400-143 | WASHER 6 | 62,138 | | | | 0 |
| COIN-600-379 | Ind 3.3uH, 7.1A, 14mohms, SMT, 7.5x7.5x6 | 2,575 | | | | 0 |
| COIN-600-086 | RES .0003 OHM 3W 1% 3921 SMD | 5,561 | WSL3921L3000FEA | VISHAY - DALE | 0.375000 | 2085.375 |
| COIN-600-226 | CAP CER 1000PF 50V 5% NP0 0402 | 346,824 | GRM1555C1H102JA01D | MURATA | 0.006000 | 2080.944 |
| COIN-400-130 | SCREW, PAN 4-40X.25 | 384,429 | | | | 0 |
| COIN-400-139 | SCREW, PAN 4-40X.31 | 186,550 | | | | 0 |
| COIN-600-146 | RES 10.0K OHM 1/16W 1% 0402 SMD | 1,284,653 | CRCW04 0210K0F KED | VISHAY - BCC | 0.001400 | 1798.514 |
| COIN-600-169 | CAP CER 47UF 25V 20% X5R 1206 | 6,696 | C3216X5R1E476M160AC | TDK | 0.265000 | 1774.44 |
| COIN-600-275 | CONN HEADER 4POS .100 VERT TIN | 17,858 | 22-03-2041 | MOLEX | 0.083000 | 1482.214 |
| COIN-600-092 | IC SINGLE USB PORT TVS SOT-23-6 | 6,878 | SN65220DBVR | TEXAS INSTRUMENTS | 0.250000 | 1719.5 |
| COIN-600-094 | Crystal, 16MHz, 8PF, SMT 5.0x3.2mm | 5,893 | | | | 0 |
| COIN-600-389 | RES, 4.99K OHM 1/10W 1% 0603 SMD | 418,505 | | | | 0 |
| COIN-600-359 | RES. 06031A271JAT2A | 43,260 | 06031A271JAT2A | AVX | 0.006000 | 259.56 |
| COIN-600-076 | IC MCU 32BIT 256KB FLASH 144LQFP | 325 | | | | 0 |
| COIN-400-254 | LABEL, SERIAL | 3,900 | | | | 0 |
| COIN-400-302 | gasket fab/foam 12.7x457.2mm | 280 | | | | 0 |
| COIN-600-171 | ASSYMINIPAK HDL25S10PRARECPTSC | 405 | 2-1926739-5 | TE CONNECTIVITY | 3.370000 | 1364.85 |
| COIN-600-079 | LED SMARTLED YELLOW 587NM 0603 | 18,191 | TLMY1000-GS08 | VISHAY - OPTO | 0.075000 | 1364.325 |
| COIN-600-415 | THERMISTOR 47K OHM NTC 0603 SMD | 48,800 | | | | 0 |
| COIN-400-140 | WASHER, NYLON, 8, OFF-WHITE | 23,400 | | | | 0 |
| COIN-600-392 | MFR# RC0603FR-0754R9L | 304,400 | | | | 0 |
| COIN-600-151 | RES 10.0 OHM 1/16W 1% 0402 SMD | 669,613 | RC0402FR-0710RL | YAGEO LOGISTICS | 0.001100 | 736.5743 |
| COIN-600-081 | CONN HEADER 6POS .100 VERT TIN | 8,686 | 22-03-2061 | MOLEX | 0.135000 | 1172.61 |
| COIN-400-106 | FOAM, EPDM | 311 | | | | 0 |
| COIN-600-080 | FERRITE CHIP 600 OHM 0402 | 96,928 | BLM15AX601SN1D | MURATA | 0.011500 | 1114.672 |
| COIN-600-404 | RES 0.0 OHM 1/10W JUMP 0603 SMD; MFR# RC0603JR-070RL | 844,000 | | | | 0 |
| COIN-600-165 | CAP CER 0.047UF 25V 10% X7R 0402 | 252,322 | GRM155R71E473KA88D | MURATA | 0.004300 | 1084.985 |
| COIN-400-255 | SCREW, PAN 6-32X.625 | 99,735 | | | | 0 |
| COIN-600-359A | CAP CER 270PF 100V 5-PCT NP0 0603 | 16,000 | | | | 0 |
| FTSH-105-01-L-DV-TR-ND | CONN, SHROUDED HDR, 2x5, 0.050, SMT | 575 | | | | 0 |
| COIN-600-410 | IR3563B 8 Phase Digital Controller | 459 | IR3563BMTRPBF | INTERNATIONAL RECTIFIER | 2.457000 | 1127.763 |
| COIN-600-078 | LED SMARTLED 630NM RED 0603 SMD | 10,666 | TLMS1000-GS08 | VISHAY - OPTO | 0.095000 | 1013.27 |
| COIN-600-087 | SWITCH TACTILE SPST-NO 0.05A 12V | 8,374 | PTS645SH50SMTR92LFS | C & K COMPONENTS | 0.105000 | 879.27 |
| COIN-600-384 | CHIP RESISTOR | 209,200 | CRCW060313K0FKEA | VISHAY - BCC | 0.001400 | 292.88 |
| COIN-701-201 | CONN SOCKET 16POS 2MM IDC | 1,780 | 16KR-6H-P | JST | 0.310000 | 551.8 |
| COIN-600-077 | DIODE SCHOTTKY 30V 0.2A SOD323 | 36,765 | BAT54HT1G | ON SEMI | 0.022000 | 808.83 |
| COIN-600-082 | CONN HEADER 3POS .100 VERT TIN | 9,150 | 22-03-2031 | MOLEX | 0.087000 | 796.05 |

| Part Number | Description | Quantity | Mfr Part# | Manufacturer | Unit Price | Ext |
|---|---|---|---|---|---|---|
| COIN-600-148 | RES 1.00K OHM 1/16W 1% 0402 SMD | 423,342 | CRCW04021K00F KED | VISHAY - BCC | 0.001850 | 783.1827 |
| COIN-701-118 | CONN RECEPT 7POS 26AWG MTA100 | 4,000 | 3-643815-7 | TE CONNECTIVITY | 0.130000 | 520 |
| COIN-600-084 | CONN HEADER MTA friction lock VERT 7POS .100 TIN | 9,955 | 640456-7 | TE CONNECTIVITY | 0.075500 | 751.6025 |
| COIN-600-398 | RES 4.75K OHM 1/10W 1% 0603 SMD;  MFR# RC0603FR-074K75L | 105,600 | | | | 0 |
| COIN-400-131 | NUT, JAM, 6-32 | 91,456 | | | | 0 |
| COIN-600-200 | CONN HEADER VERT SGL 2POS GOLD | 11,934 | | | | 0 |
| COIN-600-194 | FERRITE CHIP 220 OHM 450MA 0603 | 53,600 | BLM18BB221SN1D | MURATA | 0.013000 | 696.8 |
| COIN-600-199 | OPTOCOUPLER PHOTOTRANS OUT 4-SMD | 8,046 | FOD8173S | FAIRCHILD | 0.084000 | 675.864 |
| COIN-600-089 | CAP CER 1UF 25V 10% X7R 0603 | 112,000 | GRM188R71E105KA12D | MURATA | 0.032500 | 3640 |
| COIN-600-443 | VENDOR P/N 0022232041; DESC. 0022232041 | 9,900 | | | | 0 |
| COIN-600-064 | Conn USB Type B RCP 4 POS 2.5mm Solder RA Thru-Hole 4 Termin | 1,496 | 61729-0010BLF | FCI | 0.380000 | 568.48 |
| COIN-400-138 | NUT, 4-40 | 76,050 | | | | 0 |
| COIN-701-110 | CONN HOUSING 6POS .100 CRIMP | 2,500 | | | | 0 |
| COIN-600-091 | CAP CER 220PF 50V 5% NP0 0402 | 152,456 | GRM1555C1H221JA01D | MURATA | 0.003300 | 503.1048 |
| COIN-600-068 | 1x3 pin, 0.1, friction lock header | 9,348 | 22-27-2031 | MOLEX | 0.053000 | 495.444 |
| COIN-701-108 | CONN RCPT 2POS 22AWG .100 RED | 8,000 | 3-640440-2 | TE CONNECTIVITY | 0.053000 | 424 |
| COIN-400-179 | 4-40X1/4 FLT TORX SS M/S | 940 | | | | 0 |
| COIN-600-413 | CAT24C02YI-GT3A | 7,880 | CAT24C02YI-GT3 | ON SEMI | 0.058000 | 457.04 |
| COIN-600-432 | IC REG BST FLYBK SEPIC 16WQFN | 150 | | | | 0 |
| COIN-600-269 | CAP CER 1UF 16V 10% X5R 0402 | 47,450 | C1005X5R1C105K050BC | TDK | 0.008900 | 422.305 |
| COIN-600-381 | 2.61K OHM 1%; MFR. CR0603-FX-2611ELF | 104,600 | CRCW06032K61F KEA | VISHAY - BCC | 0.002000 | 209.2 |
| COIN-600-367 | CAP CER 2200PF 50V 10% X7R 0603 | 139,200 | | | | 0 |
| COIN-600-160 | RES ZERO OHM 1.5Amax 0.02 Ohm,max 0402 SMD | 576,423 | RC0402JR-070RL | YAGEO LOGISTICS | 0.000720 | 415.0246 |
| COIN-600-414 | HEADER, 4-POS | 6,439 | | | | 0 |
| COIN-600-400 | 6.34K OHM 1%; MFG P/N CRO603-FX-6341ELF | 57,400 | | | | 0 |
| COIN-600-401 | 499 OHM 1% ;  MFR P/N CRO603-FX-4990ELF | 56,200 | | | | 0 |
| COIN-400-256 | WASHER, LOCK 6 | 36,200 | | | | 0 |
| COIN-600-406 | 39.2K OHM 1%; MFR. P/N CRO603-FX-3922ELF | 45,600 | | | | 0 |
| COIN-600-232 | Cord, Power, 120V | 107 | 312003-01 | QUALTEK | 2.700000 | 288.9 |
| COIN-600-167 | CAP CER 10000PF 10V 10% X7R 0402 | 173,504 | 0402ZC103KAT2A | AVX | 0.001600 | 277.6064 |
| COIN-600-405 | 15k 1% 1/10W; MFR. P/N CR0603-FX-1502ELF | 46,200 | | | | 0 |
| COIN-600-371 | CAP CER 2.2UF 16V 20% X7R 0805 | 8,100 | | | | 0 |
| COIN-600-386 | 7.50K OHM 1%; MFR. P/N CR0603-FX-7501ELF | 54,800 | RC0603FR-077K5L | YAGEO AMERICA CORPORATION | 0.001000 | 54.8 |
| COIN-600-175 | CAP CER 10PF 50V 5% NP0 0402 | 26,792 | 04025A100JAT2A | AVX | 0.010000 | 267.92 |
| COIN-600-431 | 2A SCHOTTKY RECTIFIER SMA | 4,698 | B220A-13-F | DIODES | 0.057000 | 267.786 |
| COIN-600-158 | Thick Film Resistors 402K OHM 1% 0402 | 110,000 | RC0402FR-07402KL | YAGEO AMERICA CORPORATION | 0.001700 | 187 |
| COIN-600-383 | RES. 4.99 OHM, 1%, 0.1W | 49,491 | RC0603FR-074R99L | YAGEO AMERICA CORPORATION | 0.001100 | 54.4401 |

| Part Number | Description | Qty | Mfr Part # | Manufacturer | Price | Value |
|---|---|---|---|---|---|---|
| COIN-501-049 | PWB, Power Breakout Board | 156 | | | | 0 |
| COIN-600-382 | 3.24K OHM 1% ; MFR. CR0603-FX-3241ELF | 54,800 | RC0603FR-073K24L | YAGEO AMERICA CORPORATION | 0.001000 | 54.8 |
| COIN-701-267 | SHUNT JUMPER .1 BLACK GOLD | 7,250 | | | | 0 |
| COIN-600-361 | CAP CER 3300PF 50V 10% X7R 0603 | 52,800 | 06035C332KAT2A | AVX | 0.001990 | 105.072 |
| COIN-600-368 | CAP CER 0.015UF 50V 10% X7R 0603 | 39,600 | | | | 0 |
| COIN-600-374 | CONN HEADER VERT SGL 2POS | 6,860 | | | | 0 |
| COIN-600-172 | CONN HEADER RTANG 2POS .100 TINM HIGH CUR | 1,244 | 2-644803-2 | TE CONNECTIVITY | 0.130000 | 161.72 |
| COIN-600-197 | RES 105 OHM 1/10W 1% 0402 SMD | 50,050 | ERJ-2RKF1050X | PANASONIC | 0.002860 | 143.143 |
| COIN-600-438 | IFSC-1515AH-01 4.7 20% ER E3 MFR.IFSC1515AHER4R7MO1 | 813 | | | | 0 |
| COIN-400-416 | #8X1/2 PHIL/PAN IN PLASTITE | 65,000 | | | | 0 |
| COIN-600-372 | 50 VOLTS 430pF 5%; MFG. PN. 06035A431JAT2A | 7,600 | | | | 0 |
| COIN-600-371A | CAP CER 2.2UF 16V 20-PCT X7R 0805 | 4,000 | | | | 0 |
| COIN-600-159 | RES 15.4K OHM 1/16W 1% 0402 SMD | 112,420 | RC0402FR-0715K4L | YAGEO AMERICA CORPORATION | 0.001100 | 123.662 |
| COIN-600-407 | 110K 1% 1/10W;  MFG. P/N CR0603-FX-1103ELF | 20,000 | | | | 0 |
| COIN-600-446 | IC SMT TSV632AIST | 300 | | | | 0 |
| COIN-400-135 | WASHER, LOCK 8 | 19,677 | | | | 0 |
| COIN-600-402 | RES 182 OHM 1/10W 1% 0603 SMD | 21,200 | | | | 0 |
| COIN-600-164 | CAP CER 30PF 50V 5% NP0 0402 | 70,842 | CC0402JRNPO9BN300 | YAGEO AMERICA CORPORATION | 0.001350 | 95.6367 |
| COIN-600-397 | 3.48K OHM 1%;  MFG. P/N CR0603-FX-3481ELF | 15,600 | | | | 0 |
| COIN-600-149 | RES 30.9 OHM 1/16W 1% 0402 SMD | 57,068 | CRCW040230R9FKED | VISHAY - BCC | 0.001800 | 102.7224 |
| COIN-600-394 | 1.78K 1% 1/10W; MFR. P/N CR0603FX-1781ELF | 17,719 | | | | 0 |
| COIN-600-147 | RES 75.0K OHM 1/16W 1% 0402 SMD | 79,008 | CRCW0402750KF0KED | VISHAY - BCC | 0.001800 | 142.2144 |
| COIN-600-228 | RES 510 OHM 1/16W 1% 0402 SMD | 82,438 | RC0402FR-07510RL | YAGEO AMERICA CORPORATION | 0.001000 | 82.438 |
| COIN-600-409 | Res, 1.13k ohms, 1%, 100mW, 0603 | 16,100 | | | | 0 |
| COIN-600-174 | RES 1K OHM 1/10W 5% 0603 SMD | 53,197 | ERJ-3GEYJ102V | PANASONIC | 0.001200 | 63.8364 |
| COIN-600-161 | RES 100 OHM 1/16W 1% 0402 SMD | 51,794 | CRCW040202100RFKED | VISHAY - BCC | 0.001400 | 72.5116 |
| COIN-600-227 | CAP CER 100PF 50V 5% NP0 0402 | 23,126 | 04025A101JAT2A | AVX | 0.003030 | 70.07178 |
| COIN-400-180 | SILICONE SEALANT, RTV103, 2.8-OZ TUBE, BLACK | 951 | | | | 0 |
| COIN-600-276 | RES 2.7K OHM 1/10W 5% 0603 SMD | 42,520 | | | | 0 |
| COIN-600-155 | RES 750 OHM 1/16W 1% 0402 SMD | 56,581 | CRCW040202750RFKED | VISHAY - BCC | 0.001800 | 101.8458 |
| COIN-600-436 | CAP, CER 680PF 25V 5% NP0 0402; MFR# GRM155C1E681JA0ID | 4,445 | | | | 0 |
| COIN-600-156 | RES 274 OHM 1/16W 1% 0402 SMD | 44,819 | RC0402FR-07274RL | YAGEO AMERICA CORPORATION | 0.001200 | 53.7828 |
| COIN-600-395 | Res, 2.32k ohms, 1%, 100mW, 0603 | 10,500 | RC0603FR-072K32L | YAGEO AMERICA CORPORATION | 0.001200 | 12.6 |
| COIN-600-235 | RES 16.5K OHM 1/16W 1% 0402 SMD | 10,000 | | | | 0 |

| Part Number | Description | Qty | Mfr P/N | Mfr | Price | Ext |
|---|---|---|---|---|---|---|
| COIN-600-430 | CAP CER 10UF 10V 20% X5R 1206 | 1,335 | C3216X5R1A106M160AB | TDK | 0.033000 | 44.055 |
| COIN-600-457 | Res, 13.0k ohms, 1%, 63mW, 0402 | 21,800 | CRCW040213K0FKED | VISHAY - BCC | 0.001800 | 39.24 |
| COIN-400-427 | SCREW, FLAT PHILLIPS 8-32 X 3/8 LONG | 12,500 | | | | 0 |
| COIN-600-396 | 2.87K OHM 1%; MFR. P/N CR0603-FX-2871ELF | 7,100 | | | | 0 |
| COIN-600-403 | 1.74K 1% 1/10W; MFG. P/N CR0603-FX-1741ELF | 7,100 | | | | 0 |
| COIN-400-426 | NUT, QUICK INSTALL M4 | 7,000 | | | | 0 |
| COIN-600-437 | CAP CER 4.7UF 10V 10% X5R 0805 | 1,800 | | | | 0 |
| COIN-600-261 | RES 69.8K OHM 1/16W 1% 0402 SMD | 29,352 | RC0402FR-0769K8L | YAGEO LOGISTICS | 0.001000 | 29.352 |
| COIN-600-168 | CAP CER 3.3UF 6.3V 20% X5R 0603 | 12,392 | C1608X5R0J335M080AB | TDK | 0.002200 | 27.2624 |
| COIN-600-402A | RES 1.13K OHM 1/10W 1% 0603 | 5,000 | | | | 0 |
| COIN-600-435 | CAP CER 0.022UF 16V 10% X5R 0402  MFR# GRM155R61C223KA01D | 4,445 | | | | 0 |
| COIN-701-264 | CONN HEADER 12POS .100 STR 30AU | 82 | 68602-112HLF | FCI | 0.572800 | 46.9696 |
| COIN-600-234 | RES 432K OHM 1/16W 1% 0402 SMD | 10,162 | CRCW0402432KFKED | VISHAY - BCC | 0.002300 | 23.3726 |
| COIN-600-154 | Res Thick Film 0402 158 Ohm 1% 1/16W | 10,000 | RC0402FR-07158RL | YAGEO AMERICA CORPORATION | 0.002300 | 23 |
| COIN-600-391 | RES, 845 OHM 1/10w 1% 0603  SMD | 10,600 | | | | 0 |
| COIN-600-408 | RES 1.18K OHM 1/10W 1% 0603 SMD; MFR# RC0603FR-071K18L | 10,600 | CRCW06031K18FKEA | VISHAY - BCC | 0.001700 | 18.02 |
| COIN-600-399 | Res, 5.49k ohms, 1%, 100mW, 0603 | 10,500 | CRCW06035K49FKEA | VISHAY - BCC | 0.001400 | 14.7 |
| COIN-600-153 | RES 40.2K OHM 1/16W 1% 0402 SMD | 10,000 | CRCW040240K2FKED | VISHAY - BCC | 0.001800 | 18 |
| COIN-600-157 | RES 475 OHM 1/16W 1% 0402 SMD | 8,380 | CRCW040247R5FKED | VISHAY - BCC | 0.001800 | 15.084 |
| COIN-400-425 | RETAINING WASHER #8 | 7,000 | | | | 0 |
| COIN-600-440 | RES, 931 OHM 1/16W 1% 0402 SMD;  MFR# CRCW0402931RFKED | 4,445 | | | | 0 |
| COIN-600-441 | RES 30.9K OHM 1/16W 1% 0402 SMD | 4,445 | CRCW040230K9FKED | VISHAY - BCC | 0.001600 | 7.112 |
| COIN-600-442 | RES 73.2K OHM 1/16W 1% 0402 SMD | 4,445 | CRCW040273K2FKED | VISHAY - BCC | 0.001600 | 7.112 |
| COIN-600-152 | RES 115K OHM 1/16W 1% 0402 SMD | 2,412 | CRCW040211 5KFKED | VISHAY - BCC | 0.001800 | 4.3416 |
| COIN-400-215 | THERMAL COMPOUND | 23 | | | | 0 |
| COIN-400-230 | TAPE, DOUBLE SIDED | 1 | | | | 0 |
| COIN-600-448 | Cap Aluminum 270uF 16V 20% (8 X 11.9mm) SMD 0.016 Ohm 4070mA | 835 | | | | 0 |
| COIN-600-270 | N-Channel NexFET, TI MOSFET | 100 | | | | 0 |
| COIN-400-142 | SCREW, PAN 6-32X.25 | 15,560 | | | | 0 |
| COIN-501-296 | COINT-22948-0XFAB, GSA IR, C2 | 5,976 | | | | 0 |
| COIN-600-385 | RES, 75 OHM, 1%, 100Mw, 0603 | 49,400 | RC0603FR-0775RL | YAGEO AMERICA CORPORATION | 0.001000 | 49.4 |
| COIN-600-393 | Thick Film Resistors - SMD 1.33K 1% 1/10W | 5,700 | RC0603FR-071K33L | YAGEO AMERICA CORPORATION | 0.001200 | 6.84 |
| COIN-600-445 | Res, 4.32k ohms, 1%, 100mW, 0603 | 226,400 | CRCW06034K42FKEA | VISHAY - BCC | 0.001500 | 339.6 |
| COIN-600-458 | Inductor Power Semi-Shielded Wirewound 4.7uH 30% 100KHz Ferr | 9,000 | | | | 0 |
| COIN-701-202 | CONN HOUSING 12POS .100 DUAL | 18,000 | 90142-0012 | MOLEX | 0.280000 | 5040 |

1119778