## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **COINTERRA, INC.** | § | Case No. 15-10109-hcm |
|     Debtor | § | (Chapter 7) |
| _____ | § | |
| | § | |
| **FUTURE ELECTRONICS CORP.,** | § | |
|     Movant | § | |
| | § | |
| **v.** | § | |
| | § | |
| **COINTERRA, INC. and** | § | |
| **RANDY OSHEROW, TRUSTEE,** | § | |
|     Respondents | § | |

### AMENDED ORDER LIFTING STAY AS TO FUTURE ELECTRONICS CORP.

Came on for consideration the Amended Motion for Relief From Stay ("Motion") filed by Future Electronics Corp. ("Movant") and the Court after determining that it had jurisdiction over the parties and that proper notice had been given to all parties of interest and noting no objection to the

Motion, finds that cause exists for lifting the automatic stay as to Future Electronics Corp. as to the collateral in the possession of Automated Circuit Design and/or its affiliated brokers or agents. It is therefore,

ORDERED that the Automatic Stay is hereby terminated as to Future Electronics Corp. as to the collateral purchased from Future Electronics Corp. by Debtor, Cointerra, Inc., and in the possession of Automated Circuit Design and/or its affiliated brokers or agents. It is further,

ORDERED that Future Electronics Corp. is authorized to pursue any and all available remedies under state and federal law with regard to the collateral. It is further

ORDERED that this Order is effective immediately and the 14 day stay of order set forth in Bankruptcy Rule 4001(a)(3) is hereby waived.

### # # #

Prepared by:

Lynn Saarinen
BARRON & NEWBURGER, P.C.
1212 Guadalupe, Suite 104
Austin, Texas 78701
(512) 476-9103 x 231