

**Motion moot as Amended Motion filed.**

## SO ORDERED.

## SIGNED this 06th day of February, 2015.

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **COINTERRA, INC.** | § | **Case No. 15-10109-hcm** |
|     **Debtor** | § | **(Chapter 7)** |
| | § | |
| | § | |
| _____ | § | |
| | § | |
| **FUTURE ELECTRONICS CORP.,** | § | |
|     **Movant** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **COINTERRA, INC. and** | § | |
| **RANDY OSHEROW, TRUSTEE,** | § | |
|     **Respondents** | § | |

### ORDER LIFTING STAY AS TO FUTURE ELECTRONICS CORP.

Came on for consideration the Motion for Relief From Stay ( "Motion")   filed   by   Future

Electronics Corp. ("Movant") and the Court after determining that it had jurisdiction over the parties

and that proper notice had been given to all parties of interest and noting no objection to the Motion, finds that cause exists for lifting the automatic stay as to Future Electronics Corp. as to the collateral being held by Automated Circuit Design and/or its affiliated brokers or agents. It is therefore,

ORDERED that the Automatic Stay is hereby terminated as to Future Electronics Corp. as to the collateral purchased from Future Electronics Corp. by Debtor, Cointerra, Inc., and being held by Automated Circuit Design and/or its affiliated brokers or agents. It is further,

ORDERED that Future Electronics Corp. is authorized to pursue any and all available remedies under state and federal law with regard to the collateral. It is further

ORDERED that this Order is effective immediately and the 14 day stay of order set forth in Bankruptcy Rule 4001(a)(3) is hereby waived.

# # #



Prepared by:

Lynn Saarinen
BARRON & NEWBURGER, P.C.
1212 Guadalupe, Suite 104
Austin, Texas 78701
(512) 476-9103 x 231