**Motion moot as Amended Motion filed.**

**SO ORDERED.**

**SIGNED this 06th day of February, 2015.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| In re: § | |
| § | |
| **COINTERRA, INC.** § | **Case No. 15-10109-hcm** |
| Debtor § | **(Chapter 7)** |
| § | |
| _____ § | |
| § | |
| **FUTURE ELECTRONICS CORP.,** § | |
| Movant § | |
| § | |
| v. § | |
| § | |
| **COINTERRA, INC. and** § | |
| **RANDY OSHEROW, TRUSTEE,** § | |
| Respondents § | |

**ORDER LIFTING STAY AS TO FUTURE ELECTRONICS CORP.**

Came on for consideration the Motion for Relief From Stay ( "Motion") filed by Future Electronics Corp. ("Movant") and the Court after determining that it had jurisdiction over the parties

and that proper notice had been given to all parties of interest and noting no objection to the Motion, finds that cause exists for lifting the automatic stay as to Future Electronics Corp. as to the collateral being held by Automated Circuit Design and/or its affiliated brokers or agents. It is therefore,

ORDERED that the Automatic Stay is hereby terminated as to Future Electronics Corp. as to the collateral purchased from Future Electronics Corp. by Debtor, Cointerra, Inc., and being held by Automated Circuit Design and/or its affiliated brokers or agents. It is further,

ORDERED that Future Electronics Corp. is authorized to pursue any and all available remedies under state and federal law with regard to the collateral. It is further

ORDERED that this Order is effective immediately and the 14 day stay of order set forth in Bankruptcy Rule 4001(a)(3) is hereby waived.

# # #

Prepared by:

Lynn Saarinen
BARRON & NEWBURGER, P.C.
1212 Guadalupe, Suite 104
Austin, Texas 78701
(512) 476-9103 x 231

United States Bankruptcy Court
Western District of Texas

In re:  
Cointerra, Inc.  
    Debtor

Case No. 15-10109-hcm  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0542-1     User: beniteze     Page 1 of 1     Date Rcvd: Feb 06, 2015  
                          Form ID: pdfintp    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2015.  
db         +Cointerra, Inc.,   11130 Jollyville Rd.,   Suite 303,   Austin, TX 78759-5593

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2015                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2015 at the address(es) listed below:  
        Joseph P. Rovira   on behalf of Debtor   Cointerra, Inc. josephrovira@andrewskurth.com, josephrovira@andrewskurth.com  
        Lynn   Saarinen   on behalf of Creditor   Future Electronics Corp. lsaarinen@bn-lawyers.com, ahewes@bn-lawyers.com;saugusta@bn-lawyers.com;cbeyer@bn-lawyers.com  
        Randolph N Osherow   rosherow@hotmail.com, rosherow@ecf.epiqsystems.com  
        Timothy A. Davidson, II   on behalf of Debtor   Cointerra, Inc. tdavidson@akllp.com  
        United States Trustee - AU12   ustpregion07.au.ecf@usdoj.gov  
        TOTAL: 5