Address: Walter Thamm
Albrechtstrasse 1
88316 Isny im Allgaeu, Germany
Email: w.thamm@gmx.net
Tel: +49 178 133 32 73

February 4, 2015

By AIRMAIL

United States Bankruptcy Court
Clerk of the Bankruptcy Court: Yvette M. Taylor
903 SAN JACINTO, SUITE 322
AUSTIN, TX 78701-0

**FILED FEB 13 2015 U.S. BANKRUPTCY COURT BY_____ DEPUTY**

## Case Number: 5-10109-hcm

Dear Mrs Taylor,

Yesterday on February 4, 2015 I received a mail "B9B (Official Form 9B)" from the UNITED STATES BANKRUPTCY COURT, Western District of Texas. The mail belongs to the debtor Cointerra, Inc. and I am one of the creditors.

The reason of my writing is that there will be a meeting of the creditors on February 27 in 903 San Jacinto, Austin, TX 78701 and I cannot take part of it. But I don't want to be forgotten!

I STILL HAVE ALL EMAILS INCLUDING THE CONFIRMATION OF EACH PAYMENT I DID!!!
*this will be my proof of claim*

I'm telling you this because I read in the news that only secured customers will be ensured.

Feel free to contact me via email for necessary information!

Sincerely

*[signature: Walter Thamm]*