IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **COINTERRA, INC.,** | § | **Case No. 15-10109-HCM-7** |
| | § | |
| **Debtor.** | § | |

## NOTICE OF APPEARANCE

**COMES NOW**, E. P. Keiffer, of Wright Ginsberg Brusilow P.C., who files this Notice of Appearance on behalf of **Fortis Advisors LLC, as Collateral Agent for the ratable benefit of the Lenders under certain Transaction Documents as defined in the Cointerra, Inc. Security and Pledge Agreement**[1] ("**Collateral Agent**") pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, requesting that all notices given or required to be given in these proceedings and all papers served, or required to be served, in these proceedings, be served upon the undersigned as follows:

E. P. Keiffer
**WRIGHT GINSBERG BRUSILOW P.C.**
325 North St. Paul Street, Suite 4150
Dallas, Texas 75201
Telephone: (214) 651-6500
Facsimile: (214) 744-2615
Email: pkeiffer@wgblawfirm.com

**PLEASE TAKE FURTHER NOTICE** that this request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally, without limitation, payments,

---

[1] Any capitalized terms not defined herein are as defined in the Cointerra, Inc. Security and Pledge Agreement, the Collateral Agent Agreement and multiple Secured Convertible Notes all dated August 1, 2014.

notices of any application, complaint, demand, hearing, motion, order, pleading, or other request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

The Collateral Agent additionally request that the Debtor and the Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

Respectfully submitted by:

/s/ *E. P. Keiffer*
E. P. Keiffer (TX Bar No. 11181700)
**WRIGHT GINSBERG BRUSILOW P.C.**
325 North St. Paul Street, Suite 4150
Dallas, Texas 75201
Telephone: (214) 651-6500
Facsimile: (214) 744-2615
Email: pkeiffer@wgblawfirm.com

**ATTORNEYS FOR FORTIS ADVISORS LLC, COLLATERAL AGENT**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served via electronic means pursuant to the Court's ECF noticing system on the 20th day of February, 2015.

/s/ *E. P. Keiffer*
E. P. Keiffer