UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109-HCM |
| | § | |
| COINTERRA, INC. | § | CHAPTER 7 |
| | § | |
| DEBTOR. | § | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned has been retained by and appears as Counsel for C7 Data Centers, Inc. in the above-entitled proceeding and requests that all notices given or required to be served in this case, be given to and served upon the following:

R. Adam Swick
Reid Collins & Tsai LLP
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
T: (512) 647-6100
F: (512) 647-6129

PLEASE TAKE FURTHER NOTICE that all notices may be served upon the undersigned by electronic means to aswick@rctlegal.com, and all papers may be deemed served upon the undersigned upon electronic filing where the filing receipt indicates that electronic notice was sent to the above e-mail address.

| | |
|---|---|
| Dated: Austin, Texas<br>February 26, 2015 | Respectfully submitted,<br><br>*/s/ R. Adam Swick*<br>R. Adam Swick<br><br>REID COLLINS & TSAI LLP<br>1301 S. Capital of Texas Hwy<br>Building C, Suite 300<br>Austin, Texas 78746<br>T: (512) 647-6100<br>F: (512) 647-6129<br>aswick@rctlegal.com<br><br>*Counsel for C7 Data Centers, Inc.* |

### CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a copy of the foregoing *Notice of Appearance and Request for Service of Notices and Pleadings* has been served on February 26, 2015, by first class mail, postage prepaid or by the Court's ECF Noticing System to the following:

| | |
|---|---|
| Debtor: | Cointerra, Inc., 11130 Jollyville Rd., Suite 303, Austin, TX 78759 |
| Debtor's Attorneys: | Timothy A. Davidson, II and Joseph P. Rovira, ANDREWS & KURTH LLP, 600 Travis, Suite 4200, Houston, TX 77002 |
| Chapter 7 Trustee: | Randy N. Osherow, 342 W. Woodlawn, Suite 100, San Antonio, TX 78212 |
| U.S. Trustee: | Office of U.S. Trustee, 903 San Jacinto Blvd., Room 230, Austin, TX 78701 |

*/s/ R. Adam Swick*
R. Adam Swick