# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 15−10109−hcm
Chapter No.: 7
Judge: H. Christopher Mott

IN RE: **Cointerra, Inc.** , Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**5/27/15** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

*Those filers who do not have access to the internet may obtain an official B10 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:*

MAIL ORIGINAL PROOF OF CLAIM TO:             MAIL COPY OF PROOF OF CLAIM TO:

U. S. BANKRUPTCY COURT                       *Randolph N Osherow*
903 SAN JACINTO, SUITE 322                   *342 W Woodlawn, Suite 100*
AUSTIN, TX 78701−0                           *San Antonio, TX 78212*

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

*****ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.*

Dated: 2/25/15

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

**[Set Bar Date Notice/Order]** [Ntcosbrdtapac]

```
                        United States Bankruptcy Court
                          Western District of Texas
In re:                                                             Case No. 15-10109-hcm
Cointerra, Inc.                                                    Chapter 7
        Debtor                      CERTIFICATE OF NOTICE
District/off: 0542-1           User: boydl                 Page 1 of 7                  Date Rcvd: Feb 25, 2015
                               Form ID: 148                Total Noticed: 403


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2015.
db           +Cointerra, Inc.,    11130 Jollyville Rd.,    Suite 303,    Austin, TX 78759-5593
16347275      101049658 SK Ltd.,    518 Queen St,    SASKATOON, SK , CANADA, S7K 0M5
16347276      2026860 Ontario Inc.,    606-77 Avenue Rd,    TORONTO, ON , CANADA, M5R 3R8
16347277      682501 Alberta Ltd.,    26 Wellington St E,    Suite 920,    TORONTO, ON, CANADA, M5E 1S2
16347279     +ACD,    1250 American Pkwy,    Richardson, TX 75081-2931
16347282      AFP Corrugated, Inc,    933 South A W Grimes Boulevard,    Pflugerville, TX 78660
16347278      Abraham Ambar,    Christoph Merian-Ring,    29AREINACH,    BASEL-LAND, SWITZERLAND 4153
16347280      Adam Atlas,    5585 Monkland Ave.,    Suite 150,    MONTREAL, QUEBEC, CANADA H4A 1E1
16347281      Adam Gobeil,    128 Canso St,    AIR RONGE, SK, CANADA S0J 3G0
16347283     +Afzal Ahmed,    66A Robert Ford Road,    Watertown, MA 02472-3011
16347284     +Alan Witte,    2432 Acorn Drive,    Atco, NJ 08004-1138
16347285      Albert Azzolini,    104 Carl Avn.,    THUNDER BAY, ON, CANADA P7B 4Z5
16347286    #+Alex Levin,    97 Hmpden Drive1-B,    Norwood, MA 02062-5420
16347287     +Alexander Fitenko,    601 Surf Avenue,    Apt #10N,    Brooklyn, NY 11224-3435
16347288      Alexander Niazi,    15 Bordeston Court,    The Ham, Brentford,    MIDDLESEX, GREAT BRITAIN TW8 8HW
16347289      Alexander Strizhakov,    Pr. Prosvescheniya 66, 96,    SAINT-PETERSBURG,RUSSIA, RUSSIA 194292
16347290      Alvaro Alcala,    Carrizal #4,    QUERETARO, CORREGIDORA, MEXICO 76905
16347291      An Yi Chng,    Blk 645 Pasir Ris Drive 10 #12-14,    SINGAPORE, SINGAPORE 510645
16347292      Ander Elosegi,    Legazpi 10 4A,    IRUN, GIPUZKOA, SPAIN 203024
16347293     +Andre Stechert,    375 6th Avenue,    Brooklyn, NY 11215-3331
16347294      Andreas Engel,    Goethestr. 136,    MAINTAL, GERMANY 63477
16347295      Andreas Holzmann,    Pfarrle 7C,    AUGSBURG, GERMANY 86152
16347296      Andreas Textor,    Saarbrucker Strasse 5,    COTTBUS, GERMANY 3048
16347297      Andrei Kournikov,    18, Allee De La Pagerie,    RUEIL-MALMAISON, FRANCE 92500
16347298      Andrej Andrienko,    Ulica Hrunicheva, Dom 27, Kv.2,    STAHANOV,LUGANSKAJA OBLAST,UKRAINE 94013
16347299     +Andrew Waldorf,    4747 Whitehall Drive,    Englewood, CO 80111-1139
16347300     +Andrews Kurth, LLP,    600 Travis Street,    Suite 4200,    Houston, TX 77002-2929
16347301      Andrey Balakirev,    Sofii Kovalevskoy St.,    H.14, Corp.1, Apt.63,
               ST. PETERSBURG, , RUSSIA 195256
16347302      Anita Berkis,    26 Wellington Street East,    Suite 910,    TORONTO, ON , CANADA, M5E 1S2
16347303     +Anthony Santoni,    6220 Murray Drive,    Apt 26-E,    Hanahan, SC 29410-2140
16347304      Aofa Lan,    Beijing Haidianqu Huayuan Road No.35,    BEIJING, CN2, CHINA 100191
16347305     +Arelis Duriettz,    11603 State Street,    Lynwood, CA 90262-4124
16347306      Arpad Szijgyarto,    Bolcsode Utca 2/A,    40563,    VERESEGYHAZ, HUNGARY 2112
16347307      Arrow,    7459 S. Lima Street,    Englewood, CO 80112-3879
16347308     +Arsen Zyka,    408 Bridgeway Court,    Oak Brook, IL 60523-2578
16347309      Artur Kr ger,    Weizenweg 6,    BARBING, GERMANY 93092
16347310      Azrul Tebi,    No1, Jalan Prima Saujana 1/4D,    Taman Prima Saujana,
               KAJANG, SGR, MALAYSIA 43000
16351350      BCF LLP,    1100 RENE LEVESQUE BLVD WEST,    25th FLOOR,    MONTREAL QUEBEC, CA H3B-5C9
16347314     +BDO,    330 North Wabash,    Suite 3200,    Chicago, IL 60611-7610
16353000     +BDO USA LLP,    Attn: Laurence W. Goldberg,    4135 Mendenhall Oak Pkwy #140,
               High Point NC 27265-8051
16347311      Bank of America,    Attn Alan Kramer,    515 Congress Ave11th Floor,    Austin, TX 78701
16347312      Baris Polatli,    100. Yil Cad.,    Suleyman Kilit,    Apt. No:29/4,    ANTALYA, TUR, TURKEY 7050
16347313     +Bart R McDonough,    c/o Certifiable Solutions,    201 David L Boren Boulevard,    Suite 250,
               Norman, OK 73072-7338
16347315      Ben Henneman,    1 The Courtyard,    Gas Street, Birmingham,
               WEST MIDLANDS, GREAT BRITAIN B1 2JT
16347316      Benjamin Ambar,    Christop-Merian Ring 29A,    REINACH, SWITZERLAND 4153
16347317      Bernd Morstedt,    Thamsbrucker Landstrasse 15C,    BAD LANGENSALZA, GERMANY 99947
16347318      Bill Chepal,    8042 Cooperhawk Court,    SURREY, BC, CANADA V3W 0V1
16347319     +Bill Chow,    19745 Colima Road,    Ste #1-128,    Rowland Heights, CA 91748-3219
16347320     +Bo Yang,    6 Valerie Avenue,    Jericho, NY 11753-2412
16347321      Bogdan Bivolaru,    Traian Popovici, Nr 89,    Block B10, 6Th Floor, Apt 38,
               BUCHAREST, ROMANIA 31422
16347322    #+Boris Gurvich,    14005 Se Steele Street,    Portland, OR 97236-4046
16347323      Boudewijn Jespers,    Linus Paulingweg 12,    ROTTERDAM, NETHERLANDS 3069NM
16347324      Brad White,    3 May St,    TORONTO, ON , CANADA, M4W 2X9
16347325     +Brandon Bohn,    3133 S Acoma Street,    Englewood, CO 80110-2411
16347326     +Brandon Obrien,    1233 Deer Trail Lane,    Solvang, CA 93463-9503
16347327      Brendan Murray,    11 Bridge St,    HAMILTON, NSW, AUSTRALIA 2303
16347328      Brett Green,    Braxted, Warren Road,,    PURLEY, SURREY, GREAT BRITAIN CR8 1AE
16347329     +Brett Hansmeier,    100 Old River Road,    Suite 100,    Andover, MA 01810-1030
16347330     +Brian Chase,    445 Auldon Court, Se,    Smyrna, GA 30082-3103
16347331      Brian Gibbs,    PO BOX 29004 111-1715 Preston Ave N,    111-1715 Preston Ave,
               SASKATOON, SK , CANADA, S7N 4V2
16347332     +Brian Huddleston,    203 Rock Hound Ln,    Liberty Hill, TX 78642-4367
16347333     +Brian Smith,    2511 Scanlan Place,    Santa Clara, CA 95050-5540
16347334     +Brian Wengerter,    66 Orange Street,    Apartment 407,    New Haven, CT 06510-3143
16347335      Bruce Belanger,    19 Rue De Calais,    BLAINVILLE, QC, CANADA J7C 5C4
16347336      Bruno Hatajima,    Rua Joaquim Capela Sobrinho, 54,    SAO PAULO, SP, BRAZIL 4144090
16347337     +Bryan Wyatt,    4917 NE 8th Street,    Renton, WA 98059-7745
```

```
District/off: 0542-1           User: boydl                Page 2 of 7                 Date Rcvd: Feb 25, 2015
                               Form ID: 148               Total Noticed: 403

16347338         Byron Sin,    3 Shum Wan Road,    Flat F, Floor 13, Blk1, South Wave Court,
                   WONG CHUK HANG, HONG KONG, HONG KONG
16347339        +C7 Data Centers,    14944 Pony Express Drive,    Bluffdale, UT 84065-4801
16347340        +C7 Data Centers, Inc.,    357 South 670 West,    Suite 100,    Lindon, UT 84042-2094
16347341        +Cadence Design Systems,    2655 Seely Avenue,    San Jose, CA 95134-1931
16347342        +Cameron Iati,    118 17Th Ave North,    Jacksonville Beach, FL 32250-7438
16347343         Carlos Alvarez Fernandez,    Paseo Del Pintor Rosales 30 5 C,    MADRID, M, SPAIN 28008
16347344         Carlos Muelas,    Avda Del Camino De Santiago,    45 Portal B 2C,    MADRID, M, SPAIN 28050
16347345        +CenturyLink,    220 N 5th St,    Bismarck, ND 58501-4027
16347346        +CenturyLink Technology Solutions,    1801 California Street,    #900,    Denver, CO 80202-2609
16347347        +Chad Eller,    1910 Lomita Drive,    San Leandro, CA 94578-1218
16347348         Chakrit Sakunkrit,    23F M Thai Tower,    87 Wireless Road,    BANGKOK, TH-10, THAILAND 10330
16347349         Chris Verdev,    Talstr.49,    GREVENBROICH, GERMANY 41516
16347350         Christian Speichert,    Haabageilen 28,    SANDNES, NORWAY 4325
16347351         Christian Spracjc,    Niederloericker Str 62,    MEERBUSCH, GERMANY 40667
16347352        +Christopher Snook,    25457 Se 42Nd Place,    Issaquah, WA 98029-7779
16347353         Chunliu Shen,    56 Ffordd Dryden, Killay,    SWANSEA, WALES, GREAT BRITAIN SA2 8PP
16347354        +Clarence LP,    c/o Wicklow Capital, Inc,    53 W. Jackson Boulevard,    Suite 1204,
                   Chicago, IL 60604-3621
16347355         CoolIT Systems,    2928 Sunridge Way NE,    #10,    Calgary, AB CANADA T1Y 7H9
16347356        +Cothrons Safe and Locks,    225 Tech Park Drive,    Rochester, NY 14623-2444
16347357        +Cothrons Security Solutions,    8120 Exchange Drive,    Ste 100,    Austin, TX 78754-5234
16347358        +Dan Seliger,    23403 East Mission Avenue #118,    Liberty Lake, WA 99019-7624
16347359         Dana Gilman,    c/o Fidelity Clearing Canada,    200-483 Bay St,    South Tower,
                   TORONTO, ON, CANADA, M5G 2N7
16347360         Daniel Mester,    Allenby 9,    HAIFA, ISRAEL 34678
16347361        +Darrell Benjamin,    P.O. Box 1546,    8 Dixie Ct,    Round Mountain, NV 89045-1546
16347362         Darren Dittmer or Ellen Shong Leong,    308 Hidden Ranch Circle NW,
                   CALGARY, AB, CANADA, T3A 5R2
16347363        +David Brown,    5 Elston Street,    Somerville, MA 02144-3111
16347364         David G P Allan,    90 Winchester St T,    TORONTO, ON, CANADA, M4X 1B2
16347365         David Gargaro,    9 Hyland Ave,    ETOBICOKE, ON , CANADA, M8X 1P8
16347366        +David Garza,    6016 Windsor Drive,    Fairway, KS 66205-3347
16347367        +David Morris,    539 5Th Avenue,    San Francisco, CA 94118-3928
16347368         David Rowe,    42 Arkwright Road,    LONDON, GREAT BRITAIN NW3 6BH
16347369        +Dell Jensen,    516 E. Main Street,    Nyssa, OR 97913-3564
16347370         Dennis Spreen,    Max-Eyth-Str. 55,    ERBACH, GERMANY 89155
16347371        +Derek Anderson,    6179 Iris Way,    Arvada, CO 80004-5154
16347372         Diego Eskenazi,    Camino Centenario Y Diagonal 92,    CITY BELL, BS. AS. , ARGENTINA 1896
16347373         Diego Visconti,    Suite B.29,    Harley Street,    LONDON, GREAT BRITAIN W1G 9QR
16347374         Diran Yousoufian,    Moreno 1183,    4To A,    ROSARIO, SANTA FE, ARGENTINA 2000
16347375         Dirk Calles,    Gr nstr.,    6,    HERZOGENRATH, GERMANY 52134
16347376         Dmitry Ermolaev,    Volgogradskiy Prospekt,    26A-12,    MOSCOW, RUSSIA 109316
16347377        +Donald Crock,    204 Overlook Drive,    Kent, OH 44240-2828
16347378         Donald S McFarlane,    26 Wellington Street East,    Suite 900,    TORONTO, ON , CANADA, M5E 1S2
16347379         Dorothy Platzer,    401 Dalhousie Cres,    SASKATOON, SK , CANADA, S7H 3S3
16347380         Douglas Wall,    3 Rollesby Street, Hoon Hay,    CHRISTCHURCH, CT, NEW ZEALAND 8025
16347381         Dr. James McHattie Medical Prof. Corp,    1821 Rose Street,    REGINA, SK, CANADA S4P 1Z7
16347382        +Ed Buenviaje,    1501 W Horatio Street,    109,    Tampa, FL 33606-2109
16347383         Edward M. Mullins,    Astigarraga Davis Mullins,    1001 Brickell Drive,    9th Floor,
                   Miami, FL 33131
16347384         Edwin Valentine,    40 Cobbler Cres,    TORONTO, ON, CANADA M3N 2Y7
16347385         Eliran Itzhaki,    5 Landau,    Apt. 7,    RAMAT GAN, ISRAEL 52282
16347386         Emir Mansouri,    EM, Al Waab, Salwa Road,    DOHA, QATAR, QATAR 3459
16347387         Emmanuel Amamoo-Otchere,    Wanke City, Banxuegang Rd,Bantian,    Longgang, Dingxiang Apt #623,
                   SHENZHEN, CN20, CHINA 518129
16347388        +Eric Conkle,    915 S. Daley,    Mesa, AZ 85204-4307
16347389         Eric Nydegger,    Torry 5,    GRANGES-PACCOT, FR, SWITZERLAND 1763
16347390       #+Eric Peterson,    37 W 72Nd Street,    Apt 7D,    New York, NY 10023-3489
16347391       #+Erick Argueta,    7601 E Treasure Drive,    1107,    North Bay Village, FL 33141-4362
16347392        +Erik Olson,    Marshall Olson & Hill,    Ten Exchange Place, Ste 350,
                   Salt Lake City, UT 84111-2871
16347393         Fabian Ziegler,    Herztal 135,    OBERKIRCH, GERMANY 77704
16347394        +Fedexoffice,    Three Galleria Tower,    13155 Noel Road, Suite 1600,    Dallas, TX 75240-5032
16347395         Felcom Capital Corp,    26 Wellington Street East,    Suite 910,    TORONTO,ON, CANADA, M5E 1S2
16347396       #+Fortis Advisors,    Attn Rick Fink,    4225 Executive Square,    Ste. 1040,
                   La Jolla, CA 92037-1486
16370568        +Fortis Advisors, LLC, Collateral Agent,    c/o E. P. Keiffer,    WRIGHT GINSBERG BRUSILOW P.C.,
                   325 North St. Paul Street, Suite 4150,    Dallas, TX 75201-3861
16347397        +Frank Douglas,    Box 580332,    Minneapolis, MN 55458-0332
16347398         Freddy El Turk,    Armstrong Road,    Littlemore Park,    LITTLEMORE, OXON, GREAT BRITAIN OX4 4FY
16347399        +Future Electronics,    11451 Katy Freeway,    #201,    Houston, TX 77079-2009
16358295        +Future Electronics Corp.,    c/o Barron & Newburger, PC,    Attn: Lynn Saarinen,
                   1212 Guadalupe, Suite 104,    Austin, TX 78701-1801
16347401        +Gabriel Politzer,    491 Arvida Parkway,    Miami, FL 33156-2318
16347402        +Garet Anderson,    500 W Middlefield Road,    #185,    Mountain View, CA 94043-3439
16347403        +George Helsby,    601 Tulane Avenue,    Melbourne, FL 32901-7714
16347404        +German Torres,    925 Hamilton Street,    Gold exchange Inc,    Allentown, PA 18101-1138
16347405         Gisela Wsaibel,    1385 Crestwell Rd,    WEST VANCOUVER, BC, CANADA, V7V 3N6
16347406         Glyn Lewis,    26320 Grant Ave,    MAPLE RIDGE, BC, CANADA V2W 1H2
```

```
District/off: 0542-1          User: boydl              Page 3 of 7              Date Rcvd: Feb 25, 2015
                              Form ID: 148             Total Noticed: 403

16347407      +Grant Thornton LLP,    700 Milam Street,    Ste 300,    Houston, TX 77002-2848
16347408      +Gregory Pech,    217 Magellan Drive,    Sarasota, FL 34243-1028
16347409       Grzegorz Saganski,    Muchoborska 8,    WROCLAW, POLAND 54-424
16347410       Guilherme Perdigao De Oliveira,    Rua Almirante Guilobel 110 408,
                RIO DE JANEIRO, RJ, BRAZIL 22471150
16347411      +Gustavo Perez,    907 Nw 97Th Avenue,    303,    Miami, FL 33172-2361
16347412      +Hannacott SA,    c/o Steve Skarnulis,    Cain & Scarnulis,    400 W. 15th St.,    Ste 900,
                Austin, TX 78701-1659
16347413       Hanson Aboagye,    Flat 7 St. James Court, Edison Road,    LONDON, LONDON, GREAT BRITAIN BR2 0EZ
16347414       Heiko Juch,    Am Zollstock 16,    OBERSUELZEN, GERMANY 67271
16347415       Helen Dittmer,    78 Sunset Way SE,    CALGARY, AB , CANADA, T2X 3C1
16347416       Hendrik Bickel,    Suhler Str. 25A,    SCHMALKALDEN, GERMANY 98574
16347417       Hendrik Reinhardt,    Barfuberstrasse 24,    MARBURG, GERMANY 35037
16347418      +Henry Chance,    631 D Street Nw,    Apt 334,    Washington, DC 20004-2931
16347419       Hing Chan,    No 38 21/F Russell Street,    Soundwill Plaza,
                CAUSEWAY BAY, HONG KONG, HONG KONG 2134
16347420       Hui Songwang,    300 Gongnong Street, Kaida Cell, Unita,    Building Eight, Apartement #701,
                SHIJIAZHUANG, HEBEI, CN4, CHINA 50000
16347421       Hung-Chung Hou,    Taishun St.,    1F., No.24, Ln. 79,    SHULIN DIST, NEW TAIPEI CITY, TAIWAN 238
16347422       Igor D'Alessio,    38, Circular Road,    Flat 9, Pricess Court,
                MANCHESTER, GREAT BRITAIN M20 3LP
16347423       Ilgar Roust,    Emirates Golf Club Villa 62,    DUBAI,DUBAI, UNITED ARAB EMIRATES 942545
16347424       Ilya Oleynik,    Engelsa 25A -4,    PETROZAVODSK, RUSSIA, RUSSIA 185035
16347425       Incorp,    P.O. Box 94438,    Las Vegas, NV 89193-4438
16347426      +Indium Corporation,    34 Robinson Rd,    Clinton, NY 13323-1419
16347427       Industrial Alliance Securities, Inc.,    Attn: John McMahan,    26 Wellington St. E,,    Ste 900,
                TORONTO, ON CANADA MSE 152
16347428      +Infiniti Investor,    Shiva Dhnapal,    3050 Autumn Hill Trail,    New Albany, IN 47150-9468
16347430       Irman Ishak,    Parit 3 Kampung Baru Mardi Padang Kangar,    PARIT, PRK, MALAYSIA 32800
16347431       Irmantas Mikavicius,    Naujoji28-84,    ALYTUS, ALYTUS, LITHUANIA 63257
16347432       Itay Kidron,    Morad Hagay 41/3 P.O.B 11495,    KARMIEL, ISRAEL 2181201
16347433       J David Bunston,    46 Bernard Ave,    TORONTO, ON , CANADA, M5R 1R2
16347434       J nos Richter,    Raumerstr. 38,    BERLIN, GERMANY 10437
16347436       JA Developments,    17 Autumn Way,    AURORA, ON, CANADA, L4G 4P2
16347435       JA Developments,    14689 Bathurst St.,    AURORA, ON , CANADA, L4G 7A4
16347437       Jakub Hodan,    Vreskovice 78,    VRESKOVICE, CZECH REPUBLIC 33401
16347438       James Cox,    88/367 Narathiswas Road,    BANGKOK, TH-10, THAILAND 10120
16347439       James Ward Timothy Witzel,    932 Victoria Street,    NORTH KITCHENER,ON , CANADA, N2B 1W4
16347440       Jan Endre Troayen,    Haugesgate 88A,    201B,    Dallas, TX 75211
16347441       Jan Turza,    Beethovenova 10,    NITRA, SLOVAK REPUBLIC 94911
16347442       Jane Day,    36 Rosedale Rd,    TORONTO, ON , CANADA, M4W 2P6
16347443      +Jane Snyder,    3300 Ne 16Th Court,    Fort Lauderdale, FL 33305-3715
16347444      +Jason Boren,    Ballard Spahr LLP,    201 S. Main Street,    Ste 800,
                Salt Lake City, UT 84111-2221
16347445      +Jason Friedlander,    5721 Babbitt Avenue,    Encino, CA 91316-1427
16347446      +Jason Kusuma,    2315 Eastridge Avenue #714,    Menlo Park, CA 94025-6744
16347447       Jason Mann,    199 Bay Street Suite 4500,    Commerce Court West Box 368,
                TORONTO, ON, CANADA, M5L 1G2
16347448      +Jason Mcguirk,    3875 Lakeshore Avenue,    Oakland, CA 94610-1146
16347449      +Jason Pruett,    4547 E Yale Avenue,    112,    Denver, CO 80222-6544
16347450      +Jasper Friend,    18474 Highway 19,    Steelville, MO 65565-6020
16347451      +Jeff Leclair,    33032 John Mogg Road,    Grayslake, IL 60030-2131
16347452      +Jeffrey Keller,    Keller Grover LLP,    1965 Market St.,    San Francisco, CA 94103-1085
16347453       Jerome Loo,    China Jiangsu,    CHANGZHOU, CN11, CHINA 213000
16347454      +Jerrod Eoff,    2710 Walsh-Tarlton Lane,    Suite 201,    Austin, TX 78746-8017
16347455       Jessica Leraci,    Piazza Sant' Ambrogio 6,    MISINTO, MISINTO, ITALY 20826
16347456      +Jian Lu,    2625 Glengyle Drive,    Vienna, VA 22181-5570
16347457       Jianming Yang,    King County Metro, Labor Road,    Room 3101 1 A,,    Tianning, Changzhou,
                CHANGZHOU, CN12, CHINA 213100
16347458       Jianming Yang,    79 Jiangsu, Changzhou Rose Toothpick Ltd,    Wujin District Cross Town,
                CHANGZHOU, CN11, CHINA 213000
16347459       Jim Johnston,    133 Kennedy Crescent,    FORT MCMURRAY, AB, CANADA T9K 1M8
16347460       Jiri Peterka,    Tyrsova 5,    BRNO, CZECH REPUBLIC 61200
16347461      +Joanna Eyles,    590 S 15Th Street,    Apt 408,    Arlington, VA 22202-2880
16347462       Joao Cordeiro,    177 Owen Sound St.,    DUNDALK, ON, CANADA N0C 1B0
16347463       Johan Botha,    Lindequeweg 76,    Meyersdal,    ALBERTON, GP, SOUTH AFRICA 1448
16347464       Johannes Jansen,    Asingaborg 4,    STADSKANAAL, NETHERLANDS 9502WC
16347465       John Durcan,    G09.A Power Road Studios,    114 Power Road,
                CHISWICK, LONDON, GREAT BRITAIN W4 5PY
16347466      +John Kelly,    1101 Ne 109 Street,    Miami, FL 33161-7320
16347467       John McMahan,    IA Securities,    26 Wellington St. E,,    Ste 900,    TORONTO, ON CANADA MSE 152
16347468       John Schubert,    Linnaeuskade 2,    AMSTERDAM, NETHERLANDS 1098BC
16347469      +John Schwarzschild,    3809 Manchaca Road,    Apt F,    Austin, TX 78704-6727
16347470       John Taylor,    1 Postern View,Ashbourne Road,    BELPER, GREAT BRITAIN DE56 2LH
16347471       Jorn Topnes,    Karl Staaffs Vei 69,    Leilighet 40,    OSLO, CANADA 665
16347472       Joseph Conway,    49 Nanton Ave,    TORONTO, ON, CANADA, M4W 2Y8
16347473      +Josh Hicks,    333 Bush Street,    Fl 19,    San Francisco, CA 94104-2860
16347474       Joshua Jong,    6 Dunnock Place,    Wideopen,    TYNE AND WEAR, GREAT BRITAIN NE13 6LE
16347475      +Joston Pinto,    1921 California Street,    Apt 18,    Mountain View, CA 94040-2042
16347476      +Karim Zerhouni,    1112 Pine Street,    Apt. 3R,    Philadelphia, PA 19107-6011
```

```
District/off: 0542-1           User: boydl                  Page 4 of 7                  Date Rcvd: Feb 25, 2015
                               Form ID: 148                 Total Noticed: 403


16347477       Karl Edwards,    8 Wetherby Court,    HILLSIDE, VIC, AUSTRALIA 3037
16347478       Kelley Britenbaker,    701 Boulder Blf,    San Marcos, TX 78666-8347
16347479      +Ken Clever,    306 Nw D Street,    Grants Pass, OR 97526-2044
16347480      +Ken Cox,    11756 Borman Drive,    Saint Louis, MO 63146-4133
16347481      +Kenneth Dawson,    6838 E 5Th Street,    Scottsdale, AZ 85251-5526
16347482      +Kent Stapleton,    21218 Saint Andrews Blvd,    Suite 231,    C&K Grocery,
                Boca Raton, FL 33433-2435
16347483       Kevin Schmitz,    Salweidenbecke 21,    BOCHUM, GERMANY 44894
16347484       Kevin Thompson,    414 Victor Place,    SASKATOON, SK , CANADA, S7T 0E2
16347485      +Kit Hui,    16912 Ne 107Th Street,    Redmond, WA 98052-2709
16347486       Kobe Nys,    Kortrijksesteenweg 614A,    GENT, BELGIUM 9000
16347487       Konstantin Apsalyamov,    Bogatkova 230 27,    NOVOSIBIRSK, NOVOSIBIRSK, RUSSIA 630089
16347488       Konstantin Frolenko,    Institutskays St. 142-52,    BRYANSK, BRYANSK, RUSSIA 241012
16347489       Kostin Oleg,    Ratnikova Str 18/8,    DONETSK, DONETSKAYA, UKRAINE 83003
16347490      +Kyle Askine,    13804 Clarkwood Lane,    Laurel, MD 20707-9270
16347491       Laszlo Tukacs,    Rim U 3,    BUDAPEST, BU, HUNGARY 1183
16347492      +Lawrence Caplan, PA,    1375 Gateway Blvd.,    Ste. 39,    Boynton Beach, FL 33426-8304
16347493       Lee Fan,    Dadong Distric,    Zhulin Road, No. 352,    SHENYANG, CN7, CHINA 110043
16347494       Leonardo Colucci,    36 Field Rise,    SWINDON,WILTSHIRE,GREAT BRITAIN SN1 4HP
16347495       Leonid Farutin,    Astradamskaya,    9B-13,    MOSCOW, MOSCOW, RUSSIA 127206
16347496       Lin Cheng Hui,    Rm2016 No.1 Tian He Road,    GUANGZHOU, CN20, CHINA 510000
16347497       Lorne Waldman,    281 Eglinton Ave E.,    TORONTO, ON , CANADA, M4P 1L3
16347498       Luca Gissi,    8, Dal Toso Rd,    SANDRIGO, VI, ITALY 36066
16347499       Luke Xin Zhao,    4330 53 Road Avenue Ne,    Seattle, WA 98105
16347543      +MRI Network,    1801 Market Street,    13th Floor,    Philadelphia, PA 19103-1607
16347500       Ma Guoyuan,    Freelance,Furongi, 9#,    903 Haidan District,    BEIJING, CN2, CHINA 100871
16347501       Maik Oberwittler,    Kavalleriestr. 13,    BIELEFELD, GERMANY 33602
16347502       Maksym Svistunov,    Geroev Stalingrada 43B, App 73,    KIEV, UKRAINE, UKRAINE 4210
16347503      +Malasha Sharma,    1351 West Bartlett Way,    Chandler, AZ 85248-5507
16347504       Manfred Effelsberg,    Grimmgasse 105 B,    BONN, GERMANY 53123
16347505       Marcerella Mosies,    Zwartsluisstraat 83,    DEN HAAG, NETHERLANDS 2541CV
16347506      +Marcus Delgado,    1199 Saint Ives Drive,    Sevierville, TN 37862-6924
16347507       Marek Stepien,    Kraszewskiego,    42,    WLOCLAWEK, POLAND 87-800
16347508      +Mark Kim,    3427 Ridge Road,    Lansing, IL 60438-3101
16347509      +Mark McGinness,    32818 Walker Road,    Ste 248,    Avon Lake, OH 44012-1473
16347510      +Mark Odermann,    15325 Redmond Way,    C215,    Redmond, WA 98052-4267
16347512       Mark Wayne,    155 Waterloo Dr SW,    CALGARY, AB , CANADA, T3C 3G4
16347513       Martin Nachev,    Defence Close,    Flat 57 Hill House,    LONDON, LONDON, GREAT BRITAIN SE28 0NQ
16347514       Masasuke Yasumoto,    406 Chez Louis,,    Naka 1-8-13,    KUNITACHI, TOKYO, JAPAN 1860004
16347515       Mathias Svensson,    Radmandsgade 40C,    1, 81,    KOBENHAVN N, DENMARK 2200
16347516      +Matthew Knight,    9 Harrison Close,    Branston,    STAFFORDSHIRE, GREAT BRITAIN DE14 3EF
16347517      +Matthew Lee,    11105 SW 129th Court,    Miami, FL 33186-4713
16347518      +Matthew Puterio,    15 Newport Avenue,    Apt 2,    Newport, RI 02840-2115
16347519       Mattia Baldinger,    Zunzgerstrasse 24,    SISSACH, SCHWEIZ, SWITZERLAND 4450
16347520       Maureen Prindle Mollan R. O. Silva,    Rua Leme, 81 -Vila Mariana,
                SAO PAULO, SP, BRAZIL 4007050
16347521       Maxillo-Care Inc,    2891 Ridge Road West,    RR # 2 RPO,    SHANTY BAY, ON ,CANADA, L0L 2L0
16355206      +McGrath RentCorp dba TRS-RenTelco,    POB 619260,    DFW Airport, TX 75261-9260
16347524      +Mehdi Soleimankhani,    1249 15Th. Street,    Los Osos, CA 93402-1415
16347525       Mel Glickman Architect,    378A Beresford Ave,    TORONTO, ON ,CANADA, M6S 3B5
16347526      +Michael Delgado,    11755 Sw 18Th Street,    Apt 407,    Miami, FL 33175-8735
16347527      +Michael Denham,    402 Highland Avenue,    Po Box 420,    West Milton, PA 17886-0420
16347528      +Michael Diemer,    25 W Perry Street,    Willard, OH 44890-1602
16347529       Michael Peacock,    14D Parliament St,    LOWER HUTT, NEW ZEALAND 5010
16347530       Michael Poolman,    18 Hampton Close,    Cadbury Heath,    BRISTOL, AVON, GREAT BRITAIN BS30 8EY
16347531      +Michael Rauchman,    c/o Hedgehog Advisors,    1584 Dawn Court,    Long Grover, IL 60047-5137
16347532       Michael Shannon,    2860 Hill Park Rd,    MONTREAL, QC , CANADA, H3H 1T1
16347533      +Michael Stortz,    Drinken Biddle & Reath,    50 Fremont St.,,    20th Floor,
                San Francisco, CA 94105-2235
16347534      +Michael Trujillo,    301 6th Street,    Fowler, CO 81039-1105
16347535      +Michael Vick,    1512 S. Battery Street,    Little Rock, AR 72202-5813
16347538       Miklos Gaebler,    Wagnerstrasse 6666,    POTSDAM, GERMANY 14480
16347537      +Miklos Gaebler,    9600 Great Hills Trail Suite 150W,    Austin, Tx, TX 78759-6303
16347539       Mikulas Kiss,    Durcanskeho 1,    NITRA, SLOVAK REPUBLIC 94901
16347540       Miquel Axel Estelrich Rullan,    C Sebastia Rubi 3A,    MANACOR, PM, SPAIN 7500
16347541       Mohsien El Hajjaj,    Zoutlaan 84,    OUDENBOSCH, NETHERLANDS 4731MK
16347542      +Mouser,    1000 North Main Street,    Mansfield, TX 76063-1514
16347544       Myran E. Kimball,    43055 Bowen Road,    Ste. 141-A,    Arlington, TX 76016
16347551      +NCA,    2908 National Dr.,    Suite 100,    Garland, TX 75041-2337
16347545       Nampil Chousein,    I. Staikou 2,    AGRINIO, AITOLOAKARNANIA, GREECE 30100
16347546       Naohide Kako,    4-15 Hanamachi, Atuta-Ku,    NAGOYA-SHI, JP23, JAPAN 4560011
16347547       Natalie Prihodko,    Elisabeth-Selbert-Str. 2,    FULDA, GERMANY 36041
16347549      +Nathan Davis,    7514 Sherman Drive,    Lincoln, NE 68506
16347548      +Nathan Davis,    8919 Burt Street,    Apt 105,    Omaha, NE 68114-2771
16347550      +Navjot Singh,    2 Parkwood Drive,    Apt U,    South Amboy, NJ 08879-2333
16347552      +Neeraj Narula,    25 Bayshore Boulevard,    Goose Creek, SC 29445-4629
16347554      +Nelson Diaz,    3330 Oliphant Street,    San Diego, CA 92106-1801
16347555       Nelson Tomas,    38 Muir Ave,    TORONTO,ONTARIO, CANADA M6H 1E8
16347556     #+Nicholas Kaminski,    1337 17Th Street,    Manhattan Beach, CA 90266-4001
16347557       Normunds Kalnberzins,    Avenue Du Lignon 10,    LE LIGNON, SWITZERLAND 1219
```

```
District/off: 0542-1           User: boydl               Page 5 of 7                   Date Rcvd: Feb 25, 2015
                               Form ID: 148              Total Noticed: 403


16347558       Office of the Attorney General,   PO Box 12598,   Austin, TX 78711
16347559       Oleg Davydov,   Moskovskiy Zaulok 38,   RYAZAN,RYAZANSKAYA OBLAST, RUSSIA 390020
16347560       Oleg Onufrienko,   Academician Koroleva Street 98/1,   ODESSA, UKRAINE 65089
16347561       Oleksandr Ieremeev,   Bocharov Str., 24/26, Ap. 84,   ODESSA, ODESSA, UKRAINE 65111
16347562      +Omni Logistics,   15912 International Plaza Drive,   Houston, TX 77032-2439
16347563      +Open-Silicon,   490 N. McCarthy Blvd.,   Suite 220,   Milpitas, CA 95035-5118
16347564       Paburuge Ruwan Chandana Fernando,   Viale Ignazio Silone 18735A,   ROME, RM, ITALY 143
16347565       Paloduro Investments,   1560 -505 Burrard St.,   VANCOUVER, BC, CANADA, V7X 1M5
16347566       Panos Skaltsas,   Alikarnassou 24,   NEA SMYRNI, ATTICA, GREECE 17122
16347567       Patricio Grez,   Las Golondrinas 1225,   Re aca,   VINA, VINA, CHILE 2540047
16347568       Paul Kjaer,   Gronnegade 33-3,   COPENHAGEN, DENMARK 1107
16347570       Per Sundberg,   Ekraveien 52B,   OSLO, OSLO, NORWAY 756
16347571       Pero Jevtic,   Wehlistrasse 55/4/10,   Apartment,   WIEN, AUSTRIA 1200
16347572       Peter Avery,   146 Bathurst St.,   AURORA, ON , CANADA, L4G 7A4
16347573       Philip Armstrong,   PH77 Avenue Rd,   TORONTO, ON , CANADA, M5R 3R8
16347574      +Phillip McDonough,   923 E. Highland Road,   Oak Leaf, TX 75154-5829
16347575       Pietro Brivio,   Via Iv Novembre, 51 Scala,   AMERATE, LOMBARDIA, ITALY 23807
16347576       Poul Holm,   92 Franklin Road,   P380,   AUCKLAND, NEW ZEALAND 1011
16347577      +Power-One, Inc.,   152 North 3rd St.,   Suite 805,   San Jose, CA 95112-5557
16347579       Purling Holdings,   9 Wakefield Cres,   SCARBOROUGH, ON , CANADA, M1W 2C1
16347581      +Quentin Gomez Jr.,   4254 Derby Drive,   Davie, FL 33330-4336
16347583      +RAIN Innovations Partners, LLC,   The Corporation Trust Company,   Oroporation Trust Center,
                 1209 Orange Street,   Wilmington, DE 19801-1196
16347587       RBC Investor Svcs Trust-Marquest 501,   c/o Rebecca Cage 416-955-3191,
                 155 Wellington St. 2nd FL,   TORONTO, ON, CANADA, M5J 2S1
16347582       Radek Maciaszek,   55A Ranelagh Road,   LONDON, LONDON, GREAT BRITAIN W5 5RP
16347584       Ralph Weisener,   Testorfer Strasse 25,   LUETTOW OT SCHADELAND, GERMANY 19246
16347585      +Ramakanth Gouru,   12881 Deer Park Lane,   Alpharetta, GA 30004-8986
16347586      +Randy Saxton,   4614 S. Los Feliz Drive,   Tempe, AZ 85282-7350
16347589      +Regal Research,   1200 East Plano Parkway,   Plano, TX 75074-8522
16347590      +Richard Chang,   323 Forest Avenue,   Glen Ridge, NJ 07028-1818
16347591      +Richard Tsao,   227 Bellevue Way Ne #889,   Bellevue, WA 98004-5721
16347592      +Rob Pendley,   2417 Nw 51St Street,   Oklahoma City, OK 73112-8051
16347593       Rob Sellick,   5 Lisa Place,   GRANGE, SA, AUSTRALIA 5022
16347594      +Robert Allen,   14 Cypress Wood Drive North,   Digital EmpirePalm Coast, FL 32137-3360
16347595      +Robert Biles,   1465 Ne 121 Street,   #305,   North Miami, FL 33161-6550
16347596       Robert Hannah,   26 Wellington St E,   Suite 900,   TORONTO, ON , CANADA, M5E 1S2
16347597      +Robert Ormond,   2723 N. Maple Grove Road,   Mobile Vet Boise Llc,   Boise, ID 83704-5667
16347598       Robert Palmer,   Fox Rothcild LLP,   5420 LBT Freeway,   Ste. 1200,   Dallas, TX 75240
16347599       Robin Axelsson,   Regnbagsgatan 15B,   GAVLE, SWEDEN 80276
16347600       Rodney Koch,   PO BOX 151,   EDENWOLD, SK, CANADA, S0G 1K0
16347601       Roger Banks,   Dry-It-Out Limited, Dingle Cottage,   Churchstoke, Montgomery,
                 POWYS, UNITED KINGDOM SY15 6TJ
16347602       Rudra Maharaj,   39 Bexhill Ave,   SCARBOROUGH, ON, CANADA M1L 3B5
16347603      +Rupesh Brahmbhatt,   7264 Tara Boulevard,   Jonesboro, GA 30236-1902
16347604      +Ryan Jauregui,   14272 Cameron Lane,   Santa Ana, CA 92705-3213
16347605      +Samer Boshra,   19409 132Nd Place Ne,   Woodinville, WA 98072-8774
16347606      +Sammy Eng,   7265 Village Meadows Drive,   Fountain, CO 80817-4027
16347607      +Sandor Nyako,   218 Village At Vanderbilt,   218,   Nashville, TN 37212-3104
16347608      +Scott Boynton,   1692 W. University Heights Drive N,   Flagstaff, AZ 86005-8916
16347609       Sean Bradbury,   105 Hidden Lake Cr,   CARP, ON, CANADA K0A
16347610       Sean Sadel-Stevens,   4885 Burde St,   PORT ALBERNI, BC, CANADA V9Y 3J7
16347611       Sebastian Tarach,   Mila 11,   DZIEKANOW LESNY, POLAND 05-092
16347612      +Serenity Investments LLC,   830 North Boulevard,   Oak Park, IL 60301-1354
16347613       Sergey Khaykov,   75A K. Levitskogo Str, App.#28,   LVIV, LVIV, UKRAINE 79017
16347614      +Shane Butler,   1609 Clark Drive,   Wenatchee, WA 98801-1484
16347615     #+Shane Ramos,   1030 Robinson Avenue,   Unit 210,   San Diego, CA 92103-4456
16347616       Sharon Boone,   37543 England Way,   221,   RED DEER COUNTY, AB, CANADA T4S 2C3
16347617      +Shu Dong,   120 Havenuen Bluff,   Alpharetta, GA 30022-6448
16347618       Siegfried Katzenmayer,   Edlingerstr 13A,   SCHEYERN, GERMANY 85298
16347620       Stanley Wing Hong Leung,   448 Prince Edward Road West,   Prince Ritz, 10/F, Block C,
                 HONG KONG,KOWLOON, HONG KONG
16347621       Steedco,   796217 Grey Rd,   BLUE MOUNTAINS, ON , CANADA, L9Y 0R1
16347622       Stefan Hoermann,   Bahnhofweg 23,   ALDRANS, AUSTRIA 6071
16347623       Steffen Preis,   Gertrud-B umer-Str. 8,   MUNCHEN, GERMANY 80637
16347624       Stephen Brown,   Avian Crescent 32,   LANE COVE NORTH, NSW, AUSTRALIA 2066
16347625       Steve Walker,   2 Willandra Place,   KOONAWARRA, NSW, AUSTRALIA 2530
16347626       Stuart Caborn,   5 Knightsbridge Drive,   Headley, Thatcham,
                 HAMPSHIRE, GREAT BRITAIN RG19 8JZ
16347628      +Synopsys Tools,   700 East Middlefield Road,   Mountain View, CA 94043-4033
16347629      +T&J Building Ltd,   3027 North Lamar Boulevard,   Austin, TX 78705-2034
16347630       T.Thiessen M.D.Surgical Prof Corp,   247 Lakeshore Pl,   SASKATOON, SK, CANADA S7J 3T7
16347631      +Tekhne, LLC,   21725 SW 187 Ave,   Miami, FL 33170-1401
16347634       Theresa Flanagan,   34 Milton Street,   PALMERSTON NORTH, MW, NEW ZEALAND 4414
16347635       Thijs Van Den Berg,   Johannes Worpstraat,   49 Iii,   AMSTERDAM, NETHERLANDS 1076BG
16347636       Thomas J Rice,   342 Country Club Blvd.,   WINNIPEG, MB , CANADA, R3K 1X6
16347637      +Tierpoint,   23403 East Mission Avenue,   Liberty Lake, WA 99019-7553
16347638      +Tierpoint Texas, LLC,   3004 Irving Blvd.,   Dallas, TX 75247-6213
16347639       Tom Belanger,   515 Du Parc Industriel,   LONGEUIL, QC, CANADA J4H 3V7
16347640       Tom Kritsch,   504-10 Bay St,   ETHORNBURY, ON, CANADA, N0H 2P0
```

```
District/off: 0542-1           User: boydl                 Page 6 of 7                  Date Rcvd: Feb 25, 2015
                               Form ID: 148                Total Noticed: 403


16347641        Tommy Chen,    168 Meadow Lane,    Stateline, NV 89449
16347642        Tony Nagih,    24 El Sakakeny St, El Daher,     CAIRO, CA, EGYPT 61111
16347643        Tony Scott7545 S. Eisenman Road,    Boise, ID 83716
16347644        Torsten Rathmann,    Berliner Str. 17,    HERFORD, GERMANY 320052
16347645        Toshiya Matsumoto,    Asahi-Cho 5-19-2-2,    KANAGAWAATSUGI-CITY,JP14, JAPAN 243-0014
16347646     #+Travis Webb,    701 Colonial Avenue,    Apt 1,    Norfolk, VA 23507-1885
16347647      +Tuur Demester,    110 Bridge Street,    Drexel Hill, PA 19026-2747
16347648      +Tyler Bye,    2466 Stonehaven Loop,    Lehi, UT 84043-4894
16347649      +Tyler Tillson,    747 Leland Court,    Redding, CA 96001-3369
16347652      +UPS -Shipper,    55 Glenlake Parkway NE,    Atlanta, GA 30328-3474
16347653        Valentin Denkov,    Janne Bouwensstraat,    18 C,    ROTTERDAM, NETHERLANDS 3074PM
16347654        Vasiliy Mishura,    Lva Yashina 12-59,    TOGLIATTY, SAMARA, RUSSIA 445047
16347655        Venugopal Badaravada,    360 Bell Street South,    Unit: 515,    OTTAWA, ON, CANADA K1S 5E8
16347656      +Via Systems,    101 South Hanley Road,    Suite 1800,    St. Louis, MO 63105-3488
16347657        Viktor Vaschaev,    The Second Town,    14 / A, Flat 2,    IRKUTSK,IRKUTSK REGION, RUSSIA 664037
16347658      +Vladimir Zdorov,    3762 Firpointe Street,    San Ramon, CA 94582-5826
16347659        Walter Thamm,    Albrechtstrasse 1,    ISNY, GERMANY 88316
16347660        Ward Seymour,    81 Stainway Blvd,    ETOBICOKE, ON, CANADA, M9W 6H6
16347661        Wei Cao,    Lane 300, Wu Ning Road,    Room 403, No 21,    SHANGHAI, CN10, CHINA 200063
16347662      +Wells Fargo Bank,    Attn Annalea Reegan,    111 Congress Ave,    Suite 2200,
                 Austin, TX 78701-4060
16347663      +William Daly,    9 W. Amherst Street,    East Brunswick, NJ 08816-2123
16347664      +William Gaskins,    734 15Th Street Nw,    Suite 1200,    Washington, DC 20005-1024
16347665        Wilson Sonsini Goodrich and Rosati,    650 Page Mill Road,    Palo Alto, CA 94304-1050
16347666        Wu Zhiyuan,    3-1011 Zijinshuma Yuan, Zhichun Road,    BEIJING, HAIDAN, CN2, CHINA 100190
16347667      +Xianhui Fu,    1711 Cudaback Avenue Pmb 914834,    Niagara Falls, NY 14303-1709
16347668        Xiaohong Wu,    King County Metro, Labor Road,    Room 3101 1 A,,    Tianning,
                 CHANGZHOU, CN11, CHINA 213101
16347669        Xiaoming Pu,    Gongshu Mingzhengong Community 3-2-502,    HANGZHOU, CN12, CHINA 310011
16347670        Yaroslav Yurkov,    Balashenkova Elena Vladimirovna St.,    Flotskaya H. 37 Ap. 42,
                 MOSCOW, MOSCOW, RUSSIA 125413
16347671      +Yewulsew Amare,    8328 Tribute Lane,    Las Vegas, NV 89147-6100
16347672        Yimin Wang,    Qingtiejiayuan, Qinglongchang,    Room 51, Unit 4 Of Building 8,
                 CHENGDU, CHENGHUA, CN24, CHINA 610066
16347673        Yuriy Kilichenko,    Filatova Street 52,    Flat 39,    ODESSA, ODESSKAYA OBL, UKRAINE 65074
16347674        Yuriy KozlovUlitsa,    70 Let Oktyabrya 6-164,    TOGLIATTI,SAMARA REGION, RUSSIA 445047
16347675      +Zachary Cullen,    8268 Man O War Road,    Palm Beach Gardens, FL 33418-7719
16347676      +Zachary Wilcox,    5637 Beach Drive Sw,    Seattle, WA 98136-1345
16347677        Zheng Junwei,    Changchunshichaoyangqu Xikanglu 1188,    Chujian Cafe,
                 CHANGCHUN, CN8, CHINA 130000
16347678        Zhenhua Zhang,    Yikang Huayuan,    Room901 Unit2 Building13,    ZHENHUA ZHANG,
                 CHANGZHOU CITY,CN11, CHINA 213000
16347679        Zhenxing Liu,    LonghuqiangLonggang,    Room 302, No 17,    GUANGZHOU,CN20, CHINA 510030
16347680        Zhonghan Li,    19 Xinyin Street,    Ganjingzi District,    DALIAN,CN7, CHINA 116039
16347681        Zoe Lam,    10H Hoi Sing Mansion,    10 Taikoo Shing Road,    TAI KOO SHING, HONG KONG, HONG KONG
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16347429        E-mail/Text: cio.bncmail@irs.gov Feb 25 2015 23:47:28      Internal Revenue Service,
                 Special Procedures Staff-Insolvency,    P.O. Box 7346,    Philadelphia, PA 19101-7346
16347578       +E-mail/Text: jay.gerber@prnewswire.com Feb 25 2015 23:48:53      Pr Newswire Association,
                 350 Hudson Street,    Suite 300,    New York, NY 10014-5827
16347580       +E-mail/Text: finance@quail.com Feb 25 2015 23:48:23      Quail Electronics,
                 2171 Research Drive,    Livermore, CA 94550-3805
16347632        E-mail/Text: pacer@cpa.state.tx.us Feb 25 2015 23:48:43
                 Texas Comptroller of Public Accounts,    Revenue Accounting Division-Bankruptcy,
                 P.O. Box 13528,    Capitol Station,    Austin, TX 78711
16347633       +E-mail/Text: ridpacer@twc.state.tx.us Feb 25 2015 23:48:53      Texas Workforce Commission,
                 TWC Building-Regulatory Integrity Divisi,    101 East 15th Street,    Austin, TX 78701-1442
16347650       +E-mail/Text: ulinecollections@uline.com Feb 25 2015 23:48:38      Uline,    12575 Uline Drive,
                 Pleasant Prairie, WI 53158-3686
16347651       +E-mail/Text: ustpregion07.au.ecf@usdoj.gov Feb 25 2015 23:48:01      United States Trustee,
                 903 San Jacinto,    Suite 230,    Austin, TX 78701-2450
                                                                                              TOTAL: 7


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16347400        Fuxi Xie,    74 Braidwood Drive,    AUSTRALIND, WA, AUSTRALIA 6233
16347511        Mark Roach,    7 Oldbury Close,    IGHTHAM, KENT, GREAT BRITAIN TN15 9DJ
16347522        Maximin Techer,    25 Chemin Miel Vert, Ilet Furcy,    LA RIVIERE, REUNION 97421
16347523        Medhat Mohammed,    Ramallah Main Street,    RAMALLAH, WEST BANK, PALESTINE TERR 970
16347536        Miguel Angel Arizmendi,    Muelle Viejo 11 Apeam,    PALMA DE MALLORCA, PM, SPAIN 7012
16347553        Neil Spenta,    33 Ewing Avenue,    BULL CREEK, WA, AUSTRALIA 6149
16347569        Pavel Henrykhsen,    Sharangovicha St. 5541,    MINSK, MINSK, BELARUS 220019
16347619        Spring Surprise, Ltd.,    c/o Gail Child, Abnubstrator Suite V,    Tower Hill House,
                 P.O. 263 Le Bordage St.,    PETER PORT, GUERNSEY, GY1 3QT
16347627        Stuart Jeffrey,    4 Priory Way,    GREENFIELDS, WA, AUSTRALIA 6210
                                                                                              TOTALS: 9, * 0, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0542-1          User: boydl              Page 7 of 7             Date Rcvd: Feb 25, 2015
                              Form ID: 148             Total Noticed: 403
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2015 at the address(es) listed below:

```
          Edwin P. Keiffer    on behalf of Creditor    Fortis Advisors LLC, Collateral Agent
           pkeiffer@wgblawfirm.com,   bwallace@wgblawfirm.com
          Joseph P. Rovira    on behalf of Debtor    Cointerra, Inc. josephrovira@andrewskurth.com,
           josephrovira@andrewskurth.com
          Lynn  Saarinen    on behalf of Creditor    Future Electronics Corp. lsaarinen@bn-lawyers.com,
           ahewes@bn-lawyers.com;saugusta@bn-lawyers.com;cbeyer@bn-lawyers.com
          Randolph N Osherow    rosherow@hotmail.com,   rosherow@ecf.epiqsystems.com
          Timothy A. Davidson, II    on behalf of Debtor    Cointerra, Inc. tdavidson@akllp.com
          United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
                                                                                         TOTAL: 6
```