Hearing held 3/2/15.



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 06, 2015.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **COINTERRA, INC.** | § | **Case No. 15-10109-hcm** |
| Debtor | § | **(Chapter 7)** |
| _____ | § | |
| | § | |
| **FUTURE ELECTRONICS CORP.,** | § | |
| Movant | § | |
| | § | |
| v. | § | |
| | § | |
| **COINTERRA, INC. and** | § | |
| **RANDY OSHEROW, TRUSTEE,** | § | |
| Respondents | § | |

### AGREED ORDER LIFTING STAY AS TO FUTURE ELECTRONICS CORP.

Came on for consideration the Amended Motion for Relief From Stay ("**Motion**") filed by Future Electronics Corp. ("**Future**") and the Court after determining that it had jurisdiction over the parties and that proper notice had been given to all parties of interest and noting the limited objection to the Motion filed by Fortis Advisors and the agreement of the parties, finds that cause exists for lifting the automatic stay as to Future Electronics Corp. (a PMSI secured party) as to the

collateral in the possession of Automated Circuit Design, Inc. as described in the Motion (collectively the "**FEC/ACD PMSI Collateral**"). It is therefore,

ORDERED that the Automatic Stay is hereby terminated as to Future as to the FEC/ACD PMSI Collateral. It is further,

ORDERED that Future Electronics Corp. is authorized to pursue any and all available remedies under state and federal law with regard to securing the return and possession of the FEC/ACD PMSI Collateral. It is further

ORDERED that Future will credit any proof of claim it may file in this case by the amount that each item, actually received from Automated Circuit Design, Inc., is listed on Future's Return Merchandise Authorization ("RMA"), which has been provided to the Trustee and to counsel for Fortis Advisors, LLC (the junior lienholder as to the FEC/ACD PMSI Collateral) on March 4, 2015 by e-mail by Future's counsel. No notices will be required to be given by Future to the Trustee or Fortis Advisors under otherwise applicable state law regarding the acceptance of the FEC/ACD PMSI Collateral as partial satisfaction with regard to any proof of claim it may file. It is further

ORDERED that this Order is effective immediately and the 14 day stay of order set forth in Bankruptcy Rule 4001(a)(3) is hereby waived.

# # #

**AGREED:**

| | |
|---|---|
| */s/ Lynn Saarinen* | */s/ E. P. Keiffer* |
| Lynn Saarinen, SBN 17498900 | E. P. Keiffer, SBN 11181700 |
| BARRON & NEWBURGER, P.C. | WRIGHT GINSBERG BRUSILOW |
| 1212 Guadalupe, Suite 104 | 325 North St. Paul Street, Suite 4150 |
| Austin, Texas 78701 | Dallas, Texas 75201 |
| 512- 476-9103 x 231 / 512-476-9253 Fax | 214-651-6500 / Fax: 214-744-2615 |
| Email: LSaarinen@bn-lawyers.com | Email: pkeiffer@wgblawfirm.com |
| **ATTORNEYS FOR FUTURE ELECTRONICS CORP.** | **ATTORNEYS FOR FORTIS ADVISORS LLC, COLLATERAL AGENT** |