# PROPOSED ORDER

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **COINTERRA, INC.,** | § | Case No. 15-10109-HCM-7 |
| | § | |
| **Debtor.** | § | |

### ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Came on for consideration the *Motion for Relief From the Automatic Stay* ("**Motion**") filed by Fortis Advisors LLC, as Collateral Agent for the ratable benefit of the Lenders under certain Transaction Documents as defined in the Cointerra, Inc. Security and Pledge Agreement[1] and other applicable Transaction Documents ("**Collateral Agent**" or "**Movant**") and the Court after determining that it had jurisdiction over the parties and that proper notice had been given to all parties of interest and there being no objection to same, finds that cause exists for lifting the

---

[1] Any capitalized terms not defined herein are as defined in the Cointerra, Inc. Security and Pledge Agreement, the Collateral Agent Agreement and multiple Secured Convertible Notes all dated August 1, 2014.

**Order Granting Motion for Relief from the Automatic Stay**　　　　　　　　　　　　　　　**Page 1 of 2**

automatic stay as to the Collateral Agent regarding the collateral in the possession of the Debtor as described in the Motion ( "**Movant's Collateral**"). It is therefore,

**ORDERED** that the Automatic Stay is hereby terminated as to Movant's Collateral. It is further,

**ORDERED** that the Collateral Agent is authorized to pursue any and all available remedies under state and federal law with regard to securing the return and possession of Movant's Collateral. It is further

**ORDERED** that the Collateral Agent amend its proof of claim filed in this case to credit any net recovery as circumstances justify. It is further

**ORDERED** that this Order is effective immediately and the 14 day stay of order set forth in Bankruptcy Rule 4001(a)(3) is hereby waived.

# # # END OF ORDER # # #

**Submitted by:**

E. P. Keiffer (SBN 11181700)
Wright Ginsberg Brusilow P.C.
325 North St. Paul Street, Suite 4150
Dallas, TX  75201
Telephone:  (214) 651-6517
Facsimile:  (214) 744-2615
Email: pkeiffer@wgblawfirm.com

**ATTORNEYS FOR FORTIS ADVISORS LLC,**
**COLLATERAL AGENT**