# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 15–10109–hcm
Chapter No.: 7
Judge: H. Christopher Mott

IN RE: **Cointerra, Inc.** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   Austin Courtroom 2, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on   **4/13/15 at   09:30 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 28 Motion for Relief from Stay (14 Day Objection Language) ( Filing Fee: $ 176.00 ) filed by Edwin P. Keiffer for Creditor Fortis Advisors LLC, Collateral Agent)) Hearing Scheduled For 4/13/2015 at 09:30 AM at Austin Courtroom 2 (Farrar, Ronda) . The debtor must file a response within **14 DAYS** from the date of service of the above motion. If a response is **NOT** timely filed, **NO HEARING WILL BE HELD** and the relief requested in the motion will be granted after the expiration date. **A TIMELY–FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD**.....*IF TIME ESTIMATE FOR BOTH SIDES EXCEEDS 30 MINUTES, PLEASE E–MAIL THE COURTROOM DEPUTY AT RONDA_FARRAR@TXWB.USCOURTS.GOV FOR A SPECIAL SETTING; IF THIS MATTER SETTLES, YOU MAY APPEAR AT DOCKET CALL TO EITHER SUBMIT AN AGREED ORDER OR ANNOUNCEMENT 30 MINUTES BEFORE THE HEARING TIME.*

Dated: 3/20/15

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)–HCM]** [NtchrgBKhcmap]