# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 15−10109−hcm
Chapter No.: 7
Judge: H. Christopher Mott

IN RE: **Cointerra, Inc.** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   Austin Courtroom 2, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on   **4/13/15  at   09:30 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 28 Motion for Relief from Stay (14 Day Objection Language) ( Filing Fee: $ 176.00 ) filed by Edwin P. Keiffer for Creditor Fortis Advisors LLC, Collateral Agent)) Hearing Scheduled For 4/13/2015 at 09:30 AM at Austin Courtroom 2 (Farrar, Ronda) . The debtor must file a response within **14 DAYS** from the date of service of the above motion. If a response is **NOT** timely filed, **NO HEARING WILL BE HELD** and the relief requested in the motion will be granted after the expiration date. **A TIMELY−FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD**.....*IF TIME ESTIMATE FOR BOTH SIDES EXCEEDS 30 MINUTES, PLEASE E−MAIL THE COURTROOM DEPUTY AT RONDA_FARRAR@TXWB.USCOURTS.GOV FOR A SPECIAL SETTING; IF THIS MATTER SETTLES, YOU MAY APPEAR AT DOCKET CALL TO EITHER SUBMIT AN AGREED ORDER OR ANNOUNCEMENT 30 MINUTES BEFORE THE HEARING TIME.*

Dated:  3/20/15

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)−HCM] [NtchrgBKhcmap]

United States Bankruptcy Court
Western District of Texas

In re:                                                              Case No. 15-10109-hcm
Cointerra, Inc.                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0542-1        User: Farrarr         Page 1 of 1              Date Rcvd: Mar 20, 2015
                            Form ID: 510          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2015.
db            +Cointerra, Inc.,   11130 Jollyville Rd.,   Suite 303,   Austin, TX 78759-5593

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2015 at the address(es) listed below:
              Edwin P. Keiffer    on behalf of Creditor    Fortis Advisors LLC, Collateral Agent
               pkeiffer@wgblawfirm.com, bwallace@wgblawfirm.com
              Joseph P. Rovira    on behalf of Debtor    Cointerra, Inc. josephrovira@andrewskurth.com,
               josephrovira@andrewskurth.com
              Lynn Saarinen    on behalf of Creditor    Future Electronics Corp. lsaarinen@bn-lawyers.com,
               ahewes@bn-lawyers.com;saugusta@bn-lawyers.com;cbeyer@bn-lawyers.com
              R. Adam Swick    on behalf of Creditor    C7 Data Centers, Inc. aswick@rctlegal.com,
               mmyers@rctlegal.com;tstone@rctlegal.com;kvomacka@rctlegal.com
              Randolph N Osherow    rosherow@hotmail.com, rosherow@ecf.epiqsystems.com
              Steve Turner    on behalf of Trustee Randolph N Osherow wdecf@BDFGROUP.com, marshak@BDFGroup.com
              Timothy A. Davidson, II    on behalf of Debtor    Cointerra, Inc. tdavidson@akllp.com
              United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
                                                                                             TOTAL: 8