UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| COINTERRA, INC., | § | CASE NO. 15-10109 |
| | § | |
| DEBTOR | § | CHAPTER 7 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE AND PLEADINGS

The Texas Comptroller of Public Accounts ("Comptroller") hereby gives notice of its appearance in the case, pursuant to Bankruptcy Rule 9010, by and through the undersigned counsel:

Kimberly A. Walsh
Assistant Attorney General
bk-kwalsh@texasattorneygeneral.gov
c/o Sherri K. Simpson, Paralegal
sherri.simpson@texasattorneygeneral.gov
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

The Comptroller respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other reports, pleadings and notices filed by the Trustee or any other interested party in this case, in accordance with Bankruptcy Rules 2002, 3017 and 9013, and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division


/s/ Kimberly A. Walsh
Kimberly A. Walsh
Assistant Attorney General
bk-kwalsh@texasattorneygeneral.gov
Texas State Bar No. 24039230
c/o Sherri K. Simpson, Paralegal
sherri.simpson@texasattorneygeneral.gov
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
tel: (512) 475-4562
fax: (512) 936-1409

**COUNSEL FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS**

## CERTIFICATE OF SERVICE

I certify that on the 27th day of March, 2015, a true copy of the foregoing was served by the method and to the following parties as indicated:

**By Regular First Class Mail**:

Cointerra, Inc.
11130 Jollyville Rd., Suite 303
Austin, TX 78759

**By Electronic Means as listed on the Court's ECF Noticing System:**


Timothy A. Davidson    tdavidson@akllp.com

Edwin P. Keiffer    pkeiffer@wgblawfirm.com, bwallace@wgblawfirm.com

Randolph N Osherow    rosherow@hotmail.com, rosherow@ecf.epiqsystems.com

Joseph P. Rovira    josephrovira@andrewskurth.com, josephrovira@andrewskurth.com

Lynn Saarinen    lsaarinen@bn-lawyers.com, ahewes@bn-lawyers.com;saugusta@bn-lawyers.com;cbeyer@bn-lawyers.com

R. Adam Swick    aswick@rctlegal.com, mmyers@rctlegal.com;tstone@rctlegal.com;kvomacka@rctlegal.com

Steve Turner    wdecf@BDFGROUP.com, marshak@BDFGroup.com

United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov

    /s/ Sherri K. Simpson
    Sherri K. Simpson