**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 31, 2015.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CASE NO. 15-10109-HCM |
| COINTERRA, INC. | § | |
| | § | CHAPTER 7 |
| DEBTOR | § | |

### ORDER APPROVING TRUSTEE'S EMPLOYMENT
### OF BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP,
### AS GENERAL COUNSEL FOR THE ESTATE

On this date the Court considered the *Application of Trustee to Employ Barrett Daffin Frappier Turner & Engel, LLP, as General Counsel for the Estate* ("Application"), and the Court, being of the opinion that the Application is well taken, hereby approves same. It is therefore

ORDERED that the employment of Steve Turner and the law firm of Barrett Daffin Frappier Turner & Engel, LLP, 610 West 5th Street, Suite 602, Austin, Texas 78701, phone (512) 687-2500, fax (512) 477-1112, email: stevet@bdfgroup.com, as general counsel for the estate is approved.

###

**ORDER PREPARED BY:**

Steve Turner
Barrett Daffin Frappier Turner & Engel, LLP
610 West 5th Street, Suite 602
Austin, Texas 78701
(512) 687-2500