**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN  DIVISION**

IN RE:

COINTERRA, INC.

Case No: 15-10109

Chapter 7

**MOTION FOR ADMISSION PRO HAC VICE**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Willard Proctor, Jr.__ ("Applicant") moves this court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent __Michael Vick__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of)

   __Willard Proctor, Jr., P.A.__,

   with offices at

   Mailing address: __2100 Wolfe Street__

   City, State, Zip: __Little Rock, AR  72202-6258__

   Telephone: __501-378-7720__    Fax: __501325-4959__

   Email Address: __willard@wpjrlaw.com__

2. Since __1987__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __Arkansas__. Applicant's bar license number is __87136__.

3. Applicant has been admitted to practice before the following state and federal courts:

| Court: | Admission date: |
|---|---|
| Arkansas state courts | 1987 |
| Florida state courts | 1988 |
| US District Court Arkansas | 1987 |
| US Bankruptcy Court Arkansas | 2014 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:
   2010, removed from State Court Judgeship; 1999 cautioned; 2015 cautioned

6. Applicant is eligible to practice in the Bankruptcy Court.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set out therein.

8. (●) Applicant has not requested admission pro hac vice in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

or

( ) Applicant has filed the motions for admission pro hac vice in the preceding twelve months.

| Case Name/Number | Date Filed | Disposition of Motion |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Wherefore, Applicant prays that this Court enter an order permitting the admission of _____ Willard Proctor, Jr. _____ to the U.S. Bankruptcy Court Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

*/s/ Willard Proctor*
[Signature of Applicant]

Willard Proctor, Jr.
[Printed name of Applicant]

2100 Wolfe Street, Little Rock, AR 72202
[Address of Applicant]

(501) 378-7720
[Telephone of Applicant]

willard@wpjrlaw.com
[Email address of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 31st Day of March, 2015.

_____
[Signature of Applicant]

Willard Proctor, Jr.
[Printed name of Applicant]

2100 Wolfe Street, Little Rock, AR  72202
[Address of Applicant]

(501) 378-7720
[Telephone of Applicant]

willard@wpjrlaw.com
[Email address of Applicant]

###