**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 01, 2015.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: COINTERRA, INC.

          Debtor

Case No.: 15-10109-HCM
Chapter: 7

### AMENDED ORDER GRANTING PETITION FOR ADMISSION PRO HAC VICE

BE IT REMEMBERED that there was presented to the Court the motion for Admission *Pro Hac Vice* filed by Willard Proctor, Jr.,("Applicant") and the Court, having reviewed the motion, has decided it is meritorious. ACCORDINGLY,

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Michael Vick in the above case.

This order shall not be considered admission to practice generally before this Court or in the U.S. District Court for the Western District of Texas.

Willard Proctor, Jr.
2100 Wolfe Street
Little Rock, AR  72202
(501) 378-7720
willard@wpjrlaw.com

###