**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN            DIVISION**

IN RE:

CoinTerra, Inc.

Case No: _____15-10109-HCM_____

Chapter _7_____

**MOTION FOR ADMISSION PRO HAC VICE**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____Timothy R. Casey_____ ("Applicant") moves

this court to grant admission to the United States Bankruptcy Court for the Western

District of Texas *pro hac vice* to represent _____Open-Silicon, Inc._____ in this case,

and would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm (or practices under the

    name of)

    _____Drinker Biddle & Reath LLP_____,

    with offices at

    Mailing address: _191 North Wacker Drive, Suite 3700_

    City, State, Zip: _Chicago, Illinois 60606-1698_

    Telephone: _312-569-1201_    Fax: _312-569-3201_

    Email Address: _____Timothy.Casey@dbr.com_____

2.  Since _____November 5, 1981_____, Applicant has been and

    presently is a member of and in good standing with the Bar of the State of

    _Illinois_____. Applicant's bar license number is _6180828_____.

3.  Applicant has been admitted to practice before the following state and federal

    courts:

| Court: | Admission date: |
|---|---|
| Illinois Supreme Court | November 5, 1981 |
| U.S. District Court for N.D. Illinois | December 17, 1981 |
| U.S. 7th Circuit Court of Appeals | March 9, 2007 |
| | |

4.  Applicant is presently a member in good standing of the bars of the courts listed

    above, and is not currently suspended or disbarred in any other court, except as

    provided below (list any court named in the preceding paragraph before which

    Applicant is no longer admitted to practice):

    none

5.  Applicant has never been subject to grievance proceedings or involuntary removal

    proceedings while a member of the bar of any state or federal court, except

    as provided below:

    none

6.  Applicant is eligible to practice in the Bankruptcy Court.

7.  Applicant has read and is familiar with the Local Rules of the Western District of

    Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District

    Court of the Western District of Texas and will comply with the standards of practice

    set out therein.

8. ⊙  Applicant has not requested admission pro hac vice in the Bankruptcy

Court for the Western District of Texas in the preceding twelve months.

or

○  Applicant has filed the motions for admission pro hac vice in the

preceding twelve months.

| Case Name/Number | Date Filed | Disposition of Motion |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Wherefore, Applicant prays that this Court enter an order permitting the

admission of _____Timothy R. Casey_____ to the U.S. Bankruptcy

Court Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

____/s/ Timothy R. Casey_____
[Signature of Applicant]

_____Timothy R. Casey_____
[Printed name of Applicant]

_191 N. Wacker Dr., Chicago, IL 60606_
[Address of Applicant]

_312-569-1201_____
[Telephone of Applicant]

_____Timothy. Casey@dbr.com_____
[Email address of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion

upon each attorney of record and the original upon the Clerk of Court on this the _2nd_

Day of _April_____, _2015_____.

              ___/s/ Timothy R. Casey_____
              [Signature of Applicant]

              _____Timothy R. Casey_____
              [Printed name of Applicant]

              191 N. Wacker Dr., Chicago, IL 60606
              [Address of Applicant]

              312-569-1201
              [Telephone of Applicant]

              _____Timothy.Casey@dbr.com_____
              [Email address of Applicant]

###