IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **In re:** § | |
| § | **Chapter 7** |
| **CoinTerra, Inc.,** § | |
| § | **Case No. 15-10109-HCM** |
| **Debtor.** § | |
| § | |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

BE IT REMEMBERED that there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Timothy R. Casey ("Applicant") and the Court, having reviewed the motion, has decided it is meritorious. ACCORDINGLY,

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Open-Silicon, Inc. in the above case.

This order shall not be considered admission to practice generally before this Court or in the U.S. District Court for the Western District of Texas.

# # #

**Submitted by**:

DRINKER BIDDLE & REATH LLP
Timothy R. Casey
191 N. Wacker Drive, Suite 3700
Chicago, Illinois 60606-1698
Telephone: 312-569-1201
Facsimile: 312-569-3201
E-mail: Timothy.Casey@dbr.com

ATTORNEY for Open-Silicon, Inc.

79741686.1