**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 01, 2015.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: COINTERRA, INC.

                      Case No.: 15-10109-HCM
    Debtor                 Chapter: 7

### AMENDED ORDER GRANTING PETITION FOR ADMISSION PRO HAC VICE

BE IT REMEMBERED that there was presented to the Court the motion for Admission *Pro Hac Vice* filed by Willard Proctor, Jr.,("Applicant") and the Court, having reviewed the motion, has decided it is meritorious. ACCORDINGLY,

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Michael Vick in the above case.

This order shall not be considered admission to practice generally before this Court or in the U.S. District Court for the Western District of Texas.

Willard Proctor, Jr.
2100 Wolfe Street
Little Rock, AR 72202
(501) 378-7720
willard@wpjrlaw.com

                                      ###

```
                          United States Bankruptcy Court
                            Western District of Texas
In re:                                                         Case No. 15-10109-hcm
Cointerra, Inc.                                                Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0542-1          User: beniteze               Page 1 of 1          Date Rcvd: Apr 01, 2015
                              Form ID: pdfintp             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2015.
db             +Cointerra, Inc.,    11130 Jollyville Rd.,    Suite 303,    Austin, TX 78759-5593

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2015                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2015 at the address(es) listed below:
              Edwin P. Keiffer    on behalf of Creditor    Fortis Advisors LLC, Collateral Agent
               pkeiffer@wgblawfirm.com,    bwallace@wgblawfirm.com
              Joseph P. Rovira    on behalf of Debtor    Cointerra, Inc. josephrovira@andrewskurth.com,
               josephrovira@andrewskurth.com
              Kimberly A. Walsh    on behalf of Creditor    Texas Comptroller of Public Accounts
               bk-kwalsh@texasattorneygeneral.gov,    sherri.simpson@texasattorneygeneral.gov
              Lynn Saarinen    on behalf of Creditor    Future Electronics Corp. lsaarinen@bn-lawyers.com,
               ahewes@bn-lawyers.com;saugusta@bn-lawyers.com;cbeyer@bn-lawyers.com
              Lynn Saarinen    on behalf of Plaintiff    Future Electronics Corp. lsaarinen@bn-lawyers.com,
               ahewes@bn-lawyers.com;saugusta@bn-lawyers.com;cbeyer@bn-lawyers.com
              R. Adam Swick    on behalf of Creditor    C7 Data Centers, Inc. aswick@rctlegal.com,
               mmyers@rctlegal.com;tstone@rctlegal.com;kvomacka@rctlegal.com
              Randolph N Osherow    rosherow@hotmail.com,    rosherow@ecf.epiqsystems.com
              Steve Turner    on behalf of Trustee Randolph N Osherow wdecf@BDFGROUP.com,   marshak@BDFGroup.com
              Timothy A. Davidson, II    on behalf of Debtor    Cointerra, Inc. tdavidson@akllp.com
              United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
              Willard  Proctor, Jr.   on behalf of Creditor Michael  Vick willard@wpjrlaw.com
                                                                                                TOTAL: 11