Eric Peterson

156 Park Dr
Eastchester, NY 10709
eric.lee.peterson@gmail.com

March 29, 2015

Yvette M. Taylor, Clerk
United States Bankruptcy Court
903 San Jacinto, Suite 322
Austin, TX 78701-0

**FILED**

APR 0 2 2015

U.S. BANKRUPTCY
BY_____DEP.

Dear Yvette,

I am one of the creditors in Bankruptcy Case No. 15-10109-hcm, debtor Cointerra, Inc. I would like to update my mailing address for the court's records. My current address is:

> Eric Peterson
>
> 156 Park Dr
>
> Eastchester, NY 10709-5109

I moved to this address in July 2014; previously, my address was 37 W 72nd St, Apt 7D, New York NY 10023.

Thank you in advance for your assistance in this matter.

Eric Peterson