IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE § | |
| § | CASE NO. 15-10109-HCM |
| COINTERRA, INC. § | |
| § | CHAPTER 7 |
| DEBTOR § | |

### MOTION TO REJECT UNEXPIRED NON-RESIDENTIAL LEASES WITH INFINITI INVESTORS, LLC

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within twenty-one (21) days from the date of service, the relief requested herein may be granted without a hearing being held. A timely filed response is necessary for a hearing to be held.**

TO THE HONORABLE H. CHRISTOPHER MOTT, U. S. BANKRUPTCY JUDGE:

COMES NOW Randolph N. Osherow, Trustee in the above referenced proceeding ("Trustee"), and pursuant to 11 U.S.C. § 365, files this *Motion to Reject Unexpired Non-Residential Leases with Infiniti Investors, LLC*, and in support thereof would respectfully show the Court the following:

1. Debtor filed its voluntary petition for relief pursuant to Chapter 7 of Title 11 of the United States Code on January 24, 2015, at which time Randolph N. Osherow was appointed as trustee.

2. Trustee moves the Court to approve rejection of the Debtor's three (3) leases with Infiniti Investors, LLC ("Lessor" or "Landlord") effective January 24, 2015.

3. The leases are contracts for the lease of commercial real property located at 11130 Jollyville Road, Suites 100, 200, and 303, Austin, Texas 78759. It is Trustee's business judgment that rejection of these commercial leases is in the best interest of the estate in this case.

4. The Trustee has elected to file this Motion prior to the automatic rejection of the leases pursuant to 11 U.S.C § 365 in order to avoid the administrative claim of the Landlord for the period of time prior to the automatic rejection of the Lease. Based upon information and belief, the Debtor was not in default of any aspect of the Lease as of the date of filing. Specifically, the rent for all three leases has been paid through April 2015.

5. Immediately upon entry of an order approving rejection of the leases, Landlord may take such actions as are appropriate under the terms of the leases to terminate any sub-lease or take possession of the leasehold.

6. The bar date for filing proofs of claim in this case is May 27, 2015. Landlord shall file a Proof of Claim setting forth its lease rejection damages, if any.

WHEREFORE, Trustee asks that the Court approve rejection of the leases with Infiniti Investors, LLC, and for such other relief as he may show himself justly entitled.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


By: */s/ Steve Turner*
Steve Turner
State Bar No. 20341700
610 West 5th Street, Suite 602
Austin, Texas 78701
Phone: (512) 687-2500
Fax: (512) 477-1112
SteveT@BDFGroup.com

ATTORNEYS FOR RANDOLPH N. OSHEROW,
CHAPTER 7 TRUSTEE


CERTIFICATE OF SERVICE

By my signature below, I hereby certify that on the 7th day of April, 2015, a true and correct copy of the foregoing document was served upon the parties on the attached mailing matrix via electronic means as listed on the Court's ECF noticing system, by email (as indicated on the matrix) or by regular first class mail.

*/s/ Steve Turner*
Steve Turner

| | | |
|---|---|---|
| ERIC PETERSON<br>156 PARK DR<br>EASTCHESTER NY 10709-5109 | MICHAEL VICK<br>C/O WILLARD PROCTOR JR<br>ATTORNEY LAW LAW<br>2100 WOLFE ST<br>LITTLE ROCK AR 72202 | FUTURE ELECTRONICS CORP<br>C/O LYNN SAARINEN<br>BARRON & NEWBURGER PC<br>1212 GUADALUPE STE 104<br>AUSTIN TX 78701 |
| BDO USA LLP<br>ATTN  LAURENCE W GOLDBERG<br>DIRECTOR REVENUE MGMT<br>4135 MENDENHALL OAKS PKWY<br>STE 140<br>HIGH POINT NC 27265-8143 | WALTER THAMM<br>ALBRECHTSTRASSE 1<br>D-88316 ISNY IM ALLGAEU<br>GERMANY 88316<br>w.thamm@gmx.net | FORTIS ADVISORS LLC AS CA<br>C/O E P KEIFFER<br>WRIGHT GINSBERG BRUSILOW PC<br>325 N ST PAUL ST STE 4150<br>DALLAS TX 75201 |
| C7 DATA CENTERS INC<br>C/O R ADAM SWICK<br>REID COLLINS & TSAI LLP<br>1301 S CAPITAL OF TX HWY<br>BLDG C STE 300<br>AUSTIN TX 78746 | TEXAS COMPTROLLER<br>C/O KIMBERLY A WALSH AAG<br>C/O SHERRI K SIMPSON PARALEGAL<br>BANKRUPTCY & COLLECTIONS DIV<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | OPEN-SILICON INC<br>C/O TIMOTHY R CASEY<br>DRINKER BIDDLE & REATH LLP<br>191 N WACKER DR STE 3700<br>CHICAGO IL 60606-1698 |
| BCF LLP<br>1100 RENE LEVESQUE BLVD W<br>25TH FL<br>MONTREAL QUEBEC CA H3B-5C9<br>martine.samuel@bcf.ca | ZACHARY CULLEN<br>8268 MAN O WAR RD<br>PALM BEACH GARDENS FL 33418 | MCGRATH RENTCORP<br>DBA TRS-RENTELCO<br>PO BOX 619260<br>DFW AIRPORT TX 75261 |
| SEBASTIAN TARACH<br>MILA 11<br>DZIEKANOW LESNY<br>POLAND 05-092<br>sebastian.tarach@gmail.com | TEKHNE LLC<br>21725 SW 187 AVE<br>MIAMI FL 33170 | BRETT HANSMEIER<br>100 OLD RIVER RD STE 100<br>ANDOVER MA 01810 |
| FUTURE ELECTRONICS CORP<br>41 MAIN ST<br>BOLTON MA 01740 | JASON KUSUMA<br>2315 EASTRIDGE AVE APT 714<br>MENLO PARK CA 94025 | KIT HUI<br>16912 NE 107TH ST<br>REDMOND WA 98052 |
| MARK KIM<br>3427 RIDGE RD<br>LANSING IL 60438 | CHRISTOPHER SNOOK<br>25457 SE 42ND PL<br>ISSAQUAH WA 98029 | RYAN JAUREGUI<br>14272 CAMERON LN<br>SANTA ANA CA 92705 |
| YEWULSEW AMARE<br>8328 TRIBUTE LN<br>LAS VEGAS NV 89147 | AFZAL AHMED<br>66A ROBERT FORD RD<br>WATERTOWN MA 02472 | BEN HENNEMAN<br>1 THE COURTYARD<br>GAS STREET BIRMINGHAM<br>WEST MIDLANDS<br>GREAT BRITAIN B1 2JT<br>ben@stunn.co.uk |
| MATTHEW KNIGHT<br>9 HARRISON CLOSE<br>BRANSTON STAFFORDSHIRE<br>GREAT BRITAIN DE14 3EF<br>mattkn@hotmail.co.uk | JOHN DURCAN<br>G09 A POWER ROAD STUDIOS<br>114 POWER ROAD<br>CHISWICK LONDON<br>GREAT BRITAIN W4 5PY<br>john@hotcow.co.uk | ARROW ELECTRONICS INC<br>C/O NAC RISK RECOVERY<br>7459 S LIMA ST<br>ENGLEWOOD CO 80112 |
| VIRITON LLP<br>15070 E WAGONTRAIL PL<br>AURORA CO 80015 | AUSTIN FOAM PLASTICS INC<br>ATTN  GRETCHEN SHIPMAN<br>2933 A W GRIMES BLVD<br>PFLUGERVILLE TX 78660-5292 | JAN TURZA<br>BEETHOVENOVA 10<br>NITRA SLOVAK REPUBLIC 94911<br>jan.turza@gmail.com |

| | | |
|---|---|---|
| BRIAN CHASE<br>445 AULDON CT SE<br>SMYRNA GA 30082 | ELIRAN ITZHAKI<br>5 LANDAU APT 7<br>RAMAT GAN ISRAEL 52282<br>lalo.tfg@gmail.com | KEVIN SCHMITZ<br>SALWEIDENBECKE 21<br>BOCHUM GERMANY 44894<br>schmitz86@gmail.com |
| CADENCE DESIGN SYSTEMS INC<br>C/O COMMERCIAL COLLECTION CON<br>16830 VENTURA BLVD STE 620<br>ENCINO CA 91436 | ERICK ARGUETA<br>7601 E TREASURE DR APT 1107<br>NORTH BAY VILLAGE FL 33141 | CHUNLIU SHEN<br>56 FFORDD DRYDEN KILLAY<br>SWANSEA WALES<br>GREAT BRITIAN SA2 8PP<br>xandsuk@hotmail.com |
| WILLIAM GASKINS<br>734 – 15TH ST NW STE 1200<br>WASHINGTON DC 20005 | TOM BELANGER<br>515 DU PARC INDUSTRIEL<br>LONGEUIL QC CANADA J4H 3V7<br>tbelanger@saic.ca | SEAN SADEL-STEVENS<br>4885 BURDE ST<br>PORT ALBERNI BC CANADA V9Y 3J7<br>c6number2@gmail.com |
| GABRIEL POLITZER<br>491 ARVIDA PKWY<br>MIAMI FL 33156 | NAMPIL CHOUSEIN<br>I STAIKOU 2<br>AGRINIO AITOLOAKARNANIA<br>GREECE 30100<br>nabilhussein1@hotmail.com | BILL CHOW<br>19745 COLIMA RD STE 1-128<br>ROWLAND HEIGHTS CA 91748 |
| MIQUEL AXEL ESTELRICH RULLAN<br>C SEBASTIA RUBI 3A<br>MANACOR PM SPAIN 7500<br>saucraban@gmail.com | INDIUM CORPORATION OF AMERICA<br>ATTN   LINDA HILL<br>34 ROBINSON RD<br>CLINTON NY 13323 | KOURNIKOV ANDREI DAPFOR<br>18 ALLEE DE LA PAGERIE 92500<br>RUEIL MALMAISON FRANCE<br>akournikov@gmail.com |
| MARTIN NACHEV<br>DEFENCE CLOSE<br>FLAT 57 HILL HOUSE<br>LONDON LONDON<br>GREAT BRITIAN SE28 0NQ<br>mnachev1@gmail.com | RAMAKANTH GOURU<br>12881 DEER PARK LN<br>ALPHARETTA GA 30004 | WILSON SONSINI ET AL<br>650 PAGE MILL RD<br>PALO ALTO CA 94304-1050 |
| TEXAS WORKFORCE COMM<br>REGULATORY INTEGRITY DIV – SAU<br>101 E 15TH ST RM 556<br>AUSTIN TX 78778-0001 | P R C FERNANDO<br>VIALE IGNAZIO SILONE 187,35A<br>ROME ITALY 00143<br>ruwa777@gmail.com | ERIC NYDEGGER<br>TORRY 5<br>GRANGES-PACCOT FR<br>SWITZERLAND 1763<br>eric@nydegger.biz |
| GLYN LEWIS<br>26320 GRANT AVE<br>MAPLE RIDGE BC CANADA V2W 1H2<br>glyn@superlewis.com | STUART CABORN<br>5 KNIGHTSBRIDGE DR<br>HEADLEY THATCHAM<br>HAMPSHIRE GREAT BRITIAN RG19 8JZ<br>stuart.caborn@gmail.com | COINTERRA INC<br>MEHDI SOLEIMANKHANI<br>1249 – 15TH ST<br>LOS OSOS CA 93402 |
| ERIC CONKLE<br>915 S DALEY<br>MESA AZ 85204 | MICHAEL VICK<br>1512 S BATTERY ST<br>LITTLE ROCK AR 72202 | MIKULAS KISS<br>DURCANSKEHO 1<br>NITRA SLOVAK REPUBLIC 94901<br>mikulas.kiss@gmail.com |
| NATHAN DAVIS<br>7514 SHERMAN DR<br>LINCOLN NE 68134 | BRENDAN MURRAY<br>11 BRIDGE ST<br>HAMILTON NSW AUSTRALIA 2303<br>ecflux@gmail.com | STANLEY WING HONG LEUNG<br>448 PRINCE EDWARD RD WEST<br>PRINCE RITZ 10/F BLOCK C<br>HONG KONG KOWLOON HONG KONG<br>stanley.leung@fitflop.com |

| | | |
|---|---|---|
| LAUTARO CLINE<br>C/O DANIEL M COYLE<br>ASTIGARRAGA DAVIS ET AL<br>1001 BRICKELL BAY DR 9TH FL<br>MIAMI FL 33131 | JOSHUA JONG<br>6 DUNNOCK PL<br>WIDEOPEN NEWCASTLE UPON TYNE<br>TYNE AND WEAR NE13 6LE<br>UNITED KINGDOM<br>joshuajong@outlook.com | HEIKO JUCH<br>AM ZOLLSTOCK 16<br>OBERSUELZEN GERMANY 67271<br>hjuch@hotmail.com |
| MICHAEL POOLMAN<br>18 HAMPTON CLOSE<br>CADBURY HEATH<br>BRISTOL AVON<br>GREAT BRITAIN BS30 8EY<br>mpoolman@hotmail.com | MR BALBIR<br>AKA BILL CHEPAL<br>8042 COOPERHAWK COURT<br>SURREY BC CANADA V3W 0V1<br>b.d.chepal@shaw.ca | QUAIL ELECTRONICS<br>2171 RESEARCH DR<br>LIVERMORE CA 94550 |
| J NOS RICHTER<br>RAUMERSTR 38<br>BERLIN GERMANY 10437<br>janos.richter@me.com | MIKLOS GAEBLER<br>WAGNERSTRASSE 6666<br>POTSDAM GERMANY 14480<br>miklos.gaebler@gmx.net | DAVID G P ALLAN<br>90 WINCHESTER ST<br>TORONTO ON CANADA M4X 1B2<br>davidgpallan@gmail.com |
| JESSICA IERACI<br>PIAZZA SANT' AMBROGIO 06<br>MISINTO<br>MONZA E BRIANZA ITALY 20826<br>manuel.online1919@gmail.com | DIRAN MARTIN YOUSOUFIAN<br>MORENO 1183<br>4TO "A" CP 2000<br>ROSARIO SANTA FE ARGENTINA AK 1-1<br>dmy@areacocotrosario.com.ar | SHU DONG<br>120 HAVENUEN BLUFF<br>ALPHARETTA GA 30022 |
| MICHAEL PEACOCK<br>14D PARLIAMENT ST<br>LOWER HUTT<br>NEW ZEALAND 5010<br>michaelnz@msn.com | UNITED PARCEL SERVICE<br>C/O RECEIVABLE MGMT SERVICES<br>PO BOX 4396<br>TIMONIUM MD 21094 | COINTERRA INC<br>11130 JOLLYVILLE RD STE 303<br>AUSTIN TX 78759 |
| TIMOTHY A DAVIDSON II<br>ANDREWS KURTH LLP<br>600 TRAVIS STE 4200<br>HOUSTON TX 77002 | OFFICE OF THE U S TRUSTEE<br>903 SAN JACINTO BLVD STE 230<br>AUSTIN TX 78701 | RANDOLPH N OSHEROW<br>CHAPTER 7 TRUSTEE<br>342 W WOODLAWN STE 100<br>SAN ANTONIO TX 78212 |