**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 07, 2015.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re: | § |
| | § |
| COINTERRA, INC., | §  Case No. 15-10109-HCM-7 |
| | § |
| Debtor. | § |

**AGREED ORDER PARTIALLY GRANTING
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Came on for consideration a distinct portion of the *Motion for Relief From the Automatic Stay* ("**Motion**") filed by Fortis Advisors LLC, as Collateral Agent for the ratable benefit of the Lenders under certain Transaction Documents as defined in the Cointerra, Inc. Security and Pledge Agreement[1] and other applicable Transaction Documents ("**Collateral Agent**" or "**Movant**") [DKT # 28]. On April 2, 2015, Open Silicon, Inc. ("**OSI**") filed an objection to the

---

[1] Any capitalized terms not defined herein are as defined in the Cointerra, Inc. Security and Pledge Agreement, the Collateral Agent Agreement and multiple Secured Convertible Notes all dated August 1, 2014.

**Agreed Order Partially Granting Motion for Relief from the Automatic Stay**    **Page 1 of 4**

relief sought by the Collateral Agent [DKT #38]. On April 3, 2105 C7 Data Centers, Inc. ("**C7**") filed a limited objection to the relief sought by the Collateral Agent [DKT #39]. The Court has been informed that notwithstanding these objections and due to the circumstances of the case relative to the Debtor's Austin office locations, personal property located at those locations and the pre-payment of rent through April 30, 2015, that the Collateral Agent, OSI and C7, as well as the Trustee, who has not objected to the Motion, that an agreement granting a partial relief from the automatic stay had been reached amongst the parties that would allow for the Debtor's personal property located at the Austin offices to be auctioned by the Collateral Agent in accordance with otherwise applicable state law as a secured creditor per the conditions set forth in this Order. The Court after determining that it had jurisdiction over the parties and that proper notice had been given to all parties of interest and there being the objections filed are withdrawn only to the extent necessary to allow the Collateral Agent to cause an auction sale to occur as to the Austin offices' personal property (the "Austin Office Property"), while all other issues raised by OSI and C7 in their objections remaining to be considered by this Court at the hearing otherwise set for April 13, 2015 at 9:30 a.m. It is therefore,

**ORDERED** that the Automatic Stay is hereby modified as to the Austin Office Property to allow the Collateral Agent, as a secured creditor, to give notice of disposition and conduct an auction sale for a date or dates certain, as required under otherwise applicable state law. It is further,

**ORDERED** that the proceeds of the sale of the Austin Office Property on account of the Collateral Agent's notice of disposition, net of normal and customary costs of an auction conducted by a secured party under otherwise applicable law, shall be forwarded to the trust

account for counsel for the Collateral Agent to be held until this Court rules on the objection of OSI and enters an order or an agreed order resolving same is uploaded; It is further

**ORDERED** that this Order is effective immediately and the 14 day stay of order set forth in Bankruptcy Rule 4001(a)(3) solely as to the relief granted herein, is hereby waived; It is further

**ORDERED** that nothing contained in this Agreed Order affects any parties' remaining objections to the Motion, specifically including whether or not the Collateral Agent has a security interest in any of the Debtor's assets or the Collateral Agent's ability to defend against said objections.

# # # END OF ORDER # # #

**AGREED TO BY:**

**WRIGHT GINSBERG BRUSILOW P.C.**

By: */s/ E. P. Keiffer*
E. P. Keiffer (SBTN 11181700)
325 North St. Paul St., Suite 4150
Dallas, Texas 75201
Telephone: (214) 651-6500
Facsimile: (214) 744-2615
Email: pkeiffer@wgblawfirm.com

**ATTORNEYS FOR FORTIS ADVISORS LLC, COLLATERAL AGENT**

**REID COLLINS & TSAI LLP**

By: */s/ R. Adam Swick (by EPK by permission)*
R. Adam Swick (SBTN 24051794)
1301 S. Capital of Texas Hwy

**Agreed Order Partially Granting Motion for Relief from the Automatic Stay**　　　　　　Page 3 of 4

Building C, Suite 300
Austin, Texas 78746
T: (512) 647-6100
F: (512) 647-6129
aswick@rctlegal.com

**ATTORNEYS FOR C7 DATA CENTERS, INC.**

**DRINKER BIDDLE & REATH LLP**

By: */s/ Timothy R. Casey (by EPK by permission)*
Timothy R. Casey (*pro hac vice* motion pending)
191 N. Wacker Drive, Suite 3700
Chicago, Illinois 60606-1698
Telephone: 312-569-1201
Facsimile: 312-569-3201
E-mail: Timothy.Casey@dbr.com

**ATTORNEYS FOR OPEN-SILICON, INC.**

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**

By: */s/ Steve Turner (by EPK by permission)*
Steve Turner (SBTN 20341700)
610 West 5th Street, Suite 602
Austin, Texas 78701
Phone: (512) 687-2500
Fax: (512) 477-1112
SteveT@bdfgroup.com

**ATTORNEYS FOR RANDOLPH N. OSHEROW, CHAPTER 7 TRUSTEE**