# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 15-10109-HCM |
| COINTERRA, INC. | § | |
| | § | CHAPTER 7 |
| DEBTOR | § | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of April, 2015, a true and correct copy of the attached *Motion to Reject Unexpired Non-Residential Leases with Infiniti Investors, LLC* [Docket No. 43] was served upon the following additional parties via electronic means as listed on the Court's ECF noticing system or by regular first class mail, postage prepaid.

INFINITI INVESTORS LLC
ATTN SHIVA DHANAPAL
3050 AUTUMN HILL TR
NEW ALBANY IN 47111

INFINITI INVESTORS LLC
C/O ADAM PUGH
SLATER PUGH LTD LLP
8400 MOPAC EXPY STE 100
AUSTIN TX 78759

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

By: */s/ Steve Turner*
    Steve Turner
    Texas Bar No. 20341700
    610 West 5th Street, Suite 602
    Austin, Texas 78701
    Phone: (512) 687-2500
    Fax: (512) 477-1112
    stevet@bdfgroup.com

ATTORNEYS FOR RANDOLPH N.
OSHEROW, CHAPTER 7 TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CASE NO. 15-10109-HCM |
| COINTERRA, INC. | § | |
| | § | CHAPTER 7 |
| DEBTOR | § | |

### MOTION TO REJECT UNEXPIRED NON-RESIDENTIAL LEASES WITH INFINITI INVESTORS, LLC

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within twenty-one (21) days from the date of service, the relief requested herein may be granted without a hearing being held. A timely filed response is necessary for a hearing to be held.**

TO THE HONORABLE H. CHRISTOPHER MOTT, U. S. BANKRUPTCY JUDGE:

COMES NOW Randolph N. Osherow, Trustee in the above referenced proceeding ("Trustee"), and pursuant to 11 U.S.C. § 365, files this *Motion to Reject Unexpired Non-Residential Leases with Infiniti Investors, LLC*, and in support thereof would respectfully show the Court the following:

1. Debtor filed its voluntary petition for relief pursuant to Chapter 7 of Title 11 of the United States Code on January 24, 2015, at which time Randolph N. Osherow was appointed as trustee.

2. Trustee moves the Court to approve rejection of the Debtor's three (3) leases with Infiniti Investors, LLC ("Lessor" or "Landlord") effective January 24, 2015.

3. The leases are contracts for the lease of commercial real property located at 11130 Jollyville Road, Suites 100, 200, and 303, Austin, Texas 78759. It is Trustee's business judgment that rejection of these commercial leases is in the best interest of the estate in this case.

4. The Trustee has elected to file this Motion prior to the automatic rejection of the leases pursuant to 11 U.S.C § 365 in order to avoid the administrative claim of the Landlord for the period of time prior to the automatic rejection of the Lease. Based upon information and belief, the Debtor was not in default of any aspect of the Lease as of the date of filing. Specifically, the rent for all three leases has been paid through April 2015.

BDF 5114780                                    1

5. Immediately upon entry of an order approving rejection of the leases, Landlord may take such actions as are appropriate under the terms of the leases to terminate any sub-lease or take possession of the leasehold.

6. The bar date for filing proofs of claim in this case is May 27, 2015. Landlord shall file a Proof of Claim setting forth its lease rejection damages, if any.

WHEREFORE, Trustee asks that the Court approve rejection of the leases with Infiniti Investors, LLC, and for such other relief as he may show himself justly entitled.

> Respectfully submitted,
>
> BARRETT DAFFIN FRAPPIER
> TURNER & ENGEL, LLP
>
> By: */s/ Steve Turner*
> Steve Turner
> State Bar No. 20341700
> 610 West 5th Street, Suite 602
> Austin, Texas 78701
> Phone: (512) 687-2500
> Fax: (512) 477-1112
> SteveT@BDFGroup.com
>
> ATTORNEYS FOR RANDOLPH N. OSHEROW,
> CHAPTER 7 TRUSTEE

CERTIFICATE OF SERVICE

By my signature below, I hereby certify that on the 7th day of April, 2015, a true and correct copy of the foregoing document was served upon the parties on the attached mailing matrix via electronic means as listed on the Court's ECF noticing system, by email (as indicated on the matrix) or by regular first class mail.

> */s/ Steve Turner*
> Steve Turner

BDF 5114780          2

| | | |
|---|---|---|
| ERIC PETERSON<br>156 PARK DR<br>EASTCHESTER NY 10709-5109 | MICHAEL VICK<br>C/O WILLARD PROCTOR JR<br>ATTORNEY LAW LAW<br>2100 WOLFE ST<br>LITTLE ROCK AR 72202 | FUTURE ELECTRONICS CORP<br>C/O LYNN SAARINEN<br>BARRON & NEWBURGER PC<br>1212 GUADALUPE STE 104<br>AUSTIN TX 78701 |
| BDO USA LLP<br>ATTN  LAURENCE W GOLDBERG<br>DIRECTOR REVENUE MGMT<br>4135 MENDENHALL OAKS PKWY<br>STE 140<br>HIGH POINT NC 27265-8143 | WALTER THAMM<br>ALBRECHTSTRASSE 1<br>D-88316 ISNY IM ALLGAEU<br>GERMANY 88316<br>w.thamm@gmx.net | FORTIS ADVISORS LLC AS CA<br>C/O E P KEIFFER<br>WRIGHT GINSBERG BRUSILOW PC<br>325 N ST PAUL ST STE 4150<br>DALLAS TX 75201 |
| C7 DATA CENTERS INC<br>C/O R ADAM SWICK<br>REID COLLINS & TSAI LLP<br>1301 S CAPITAL OF TX HWY<br>BLDG C STE 300<br>AUSTIN TX 78746 | TEXAS COMPTROLLER<br>C/O KIMBERLY A WALSH AAG<br>C/O SHERRI K SIMPSON PARALEGAL<br>BANKRUPTCY & COLLECTIONS DIV<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | OPEN-SILICON INC<br>C/O TIMOTHY R CASEY<br>DRINKER BIDDLE & REATH LLP<br>191 N WACKER DR STE 3700<br>CHICAGO IL 60606-1698 |
| BCF LLP<br>1100 RENE LEVESQUE BLVD W<br>25TH FL<br>MONTREAL QUEBEC CA H3B-5C9<br>martine.samuel@bcf.ca | ZACHARY CULLEN<br>8268 MAN O WAR RD<br>PALM BEACH GARDENS FL 33418 | MCGRATH RENTCORP<br>DBA TRS-RENTELCO<br>PO BOX 619260<br>DFW AIRPORT TX 75261 |
| SEBASTIAN TARACH<br>MILA 11<br>DZIEKANOW LESNY<br>POLAND 05-092<br>sebastian.tarach@gmail.com | TEKHNE LLC<br>21725 SW 187 AVE<br>MIAMI FL 33170 | BRETT HANSMEIER<br>100 OLD RIVER RD STE 100<br>ANDOVER MA 01810 |
| FUTURE ELECTRONICS CORP<br>41 MAIN ST<br>BOLTON MA 01740 | JASON KUSUMA<br>2315 EASTRIDGE AVE APT 714<br>MENLO PARK CA 94025 | KIT HUI<br>16912 NE 107TH ST<br>REDMOND WA 98052 |
| MARK KIM<br>3427 RIDGE RD<br>LANSING IL 60438 | CHRISTOPHER SNOOK<br>25457 SE 42ND PL<br>ISSAQUAH WA 98029 | RYAN JAUREGUI<br>14272 CAMERON LN<br>SANTA ANA CA 92705 |
| YEWULSEW AMARE<br>8328 TRIBUTE LN<br>LAS VEGAS NV 89147 | AFZAL AHMED<br>66A ROBERT FORD RD<br>WATERTOWN MA 02472 | BEN HENNEMAN<br>1 THE COURTYARD<br>GAS STREET BIRMINGHAM<br>WEST MIDLANDS<br>GREAT BRITAIN B1 2JT<br>ben@stunn.co.uk |
| MATTHEW KNIGHT<br>9 HARRISON CLOSE<br>BRANSTON STAFFORDSHIRE<br>GREAT BRITAIN DE14 3EF<br>mattkn@hotmail.co.uk | JOHN DURCAN<br>G09 A POWER ROAD STUDIOS<br>114 POWER ROAD<br>CHISWICK LONDON<br>GREAT BRITAIN W4 5PY<br>john@hotcow.co.uk | ARROW ELECTRONICS INC<br>C/O NAC RISK RECOVERY<br>7459 S LIMA ST<br>ENGLEWOOD CO 80112 |
| VIRITON LLP<br>15070 E WAGONTRAIL PL<br>AURORA CO 80015 | AUSTIN FOAM PLASTICS INC<br>ATTN  GRETCHEN SHIPMAN<br>2933 A W GRIMES BLVD<br>PFLUGERVILLE TX 78660-5292 | JAN TURZA<br>BEETHOVENOVA 10<br>NITRA SLOVAK REPUBLIC 94911<br>jan.turza@gmail.com |

BRIAN CHASE
445 AULDON CT SE
SMYRNA GA 30082

ELIRAN ITZHAKI
5 LANDAU APT 7
RAMAT GAN ISRAEL 52282
lalo.tfg@gmail.com

KEVIN SCHMITZ
SALWEIDENBECKE 21
BOCHUM GERMANY 44894
schmitz86@gmail.com

CADENCE DESIGN SYSTEMS INC
C/O COMMERCIAL COLLECTION CON
16830 VENTURA BLVD STE 620
ENCINO CA 91436

ERICK ARGUETA
7601 E TREASURE DR APT 1107
NORTH BAY VILLAGE FL 33141

CHUNLIU SHEN
56 FFORDD DRYDEN KILLAY
SWANSEA WALES
GREAT BRITIAN SA2 8PP
xandsuk@hotmail.com

WILLIAM GASKINS
734 – 15TH ST NW STE 1200
WASHINGTON DC 20005

TOM BELANGER
515 DU PARC INDUSTRIEL
LONGEUIL QC CANADA J4H 3V7
tbelanger@saic.ca

SEAN SADEL-STEVENS
4885 BURDE ST
PORT ALBERNI BC CANADA V9Y 3J7
c6number2@gmail.com

GABRIEL POLITZER
491 ARVIDA PKWY
MIAMI FL 33156

NAMPIL CHOUSEIN
I STAIKOU 2
AGRINIO AITOLOAKARNANIA
GREECE 30100
nabilhussein1@hotmail.com

BILL CHOW
19745 COLIMA RD STE 1-128
ROWLAND HEIGHTS CA 91748

MIQUEL AXEL ESTELRICH RULLAN
C SEBASTIA RUBI 3A
MANACOR PM SPAIN 7500
saucraban@gmail.com

INDIUM CORPORATION OF AMERICA
ATTN   LINDA HILL
34 ROBINSON RD
CLINTON NY 13323

KOURNIKOV ANDREI DAPFOR
18 ALLEE DE LA PAGERIE 92500
RUEIL MALMAISON FRANCE
akournikov@gmail.com

MARTIN NACHEV
DEFENCE CLOSE
FLAT 57 HILL HOUSE
LONDON LONDON
GREAT BRITIAN SE28 0NQ
mnachev1@gmail.com

RAMAKANTH GOURU
12881 DEER PARK LN
ALPHARETTA GA 30004

WILSON SONSINI ET AL
650 PAGE MILL RD
PALO ALTO CA 94304-1050

TEXAS WORKFORCE COMM
REGULATORY INTEGRITY DIV – SAU
101 E 15TH ST RM 556
AUSTIN TX 78778-0001

P R C FERNANDO
VIALE IGNAZIO SILONE 187,35A
ROME ITALY 00143
ruwa777@gmail.com

ERIC NYDEGGER
TORRY 5
GRANGES-PACCOT FR
SWITZERLAND 1763
eric@nydegger.biz

GLYN LEWIS
26320 GRANT AVE
MAPLE RIDGE BC CANADA V2W 1H2
glyn@superlewis.com

STUART CABORN
5 KNIGHTSBRIDGE DR
HEADLEY THATCHAM
HAMPSHIRE GREAT BRITIAN RG19 8JZ
stuart.caborn@gmail.com

COINTERRA INC
MEHDI SOLEIMANKHANI
1249 – 15TH ST
LOS OSOS CA 93402

ERIC CONKLE
915 S DALEY
MESA AZ 85204

MICHAEL VICK
1512 S BATTERY ST
LITTLE ROCK AR 72202

MIKULAS KISS
DURCANSKEHO 1
NITRA SLOVAK REPUBLIC 94901
mikulas.kiss@gmail.com

NATHAN DAVIS
7514 SHERMAN DR
LINCOLN NE 68134

BRENDAN MURRAY
11 BRIDGE ST
HAMILTON NSW AUSTRALIA 2303
ecflux@gmail.com

STANLEY WING HONG LEUNG
448 PRINCE EDWARD RD WEST
PRINCE RITZ 10/F BLOCK C
HONG KONG KOWLOON HONG KONG
stanley.leung@fitflop.com

LAUTARO CLINE
C/O DANIEL M COYLE
ASTIGARRAGA DAVIS ET AL
1001 BRICKELL BAY DR 9TH FL
MIAMI FL 33131

JOSHUA JONG
6 DUNNOCK PL
WIDEOPEN NEWCASTLE UPON TYNE
TYNE AND WEAR NE13 6LE
UNITED KINGDOM
joshuajong@outlook.com

HEIKO JUCH
AM ZOLLSTOCK 16
OBERSUELZEN GERMANY 67271
hjuch@hotmail.com

MICHAEL POOLMAN
18 HAMPTON CLOSE
CADBURY HEATH
BRISTOL AVON
GREAT BRITAIN BS30 8EY
mpoolman@hotmail.com

MR BALBIR
AKA BILL CHEPAL
8042 COOPERHAWK COURT
SURREY BC CANADA V3W 0V1
b.d.chepal@shaw.ca

QUAIL ELECTRONICS
2171 RESEARCH DR
LIVERMORE CA 94550

J NOS RICHTER
RAUMERSTR 38
BERLIN GERMANY 10437
janos.richter@me.com

MIKLOS GAEBLER
WAGNERSTRASSE 6666
POTSDAM GERMANY 14480
miklos.gaebler@gmx.net

DAVID G P ALLAN
90 WINCHESTER ST
TORONTO ON CANADA M4X 1B2
davidgpallan@gmail.com

JESSICA IERACI
PIAZZA SANT' AMBROGIO 06
MISINTO
MONZA E BRIANZA ITALY 20826
manuel.online1919@gmail.com

DIRAN MARTIN YOUSOUFIAN
MORENO 1183
4TO "A"  CP 2000
ROSARIO SANTA FE ARGENTINA AK 1-1
dmy@areacocotrosario.com.ar

SHU DONG
120 HAVENUEN BLUFF
ALPHARETTA GA 30022

MICHAEL PEACOCK
14D PARLIAMENT ST
LOWER HUTT
NEW ZEALAND 5010
michaelnz@msn.com

UNITED PARCEL SERVICE
C/O RECEIVABLE MGMT SERVICES
PO BOX 4396
TIMONIUM MD 21094

COINTERRA INC
11130 JOLLYVILLE RD STE 303
AUSTIN TX 78759

TIMOTHY A DAVIDSON II
ANDREWS KURTH LLP
600 TRAVIS STE 4200
HOUSTON TX 77002

OFFICE OF THE U S TRUSTEE
903 SAN JACINTO BLVD STE 230
AUSTIN TX 78701

RANDOLPH N OSHEROW
CHAPTER 7 TRUSTEE
342 W WOODLAWN STE 100
SAN ANTONIO TX 78212

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CASE NO. 15-10109-HCM |
| COINTERRA, INC. | § | |
| | § | CHAPTER 7 |
| DEBTOR | § | |

## ORDER APPROVING MOTION TO REJECT UNEXPIRED LEASES WITH INFINITI INVESTOR

CAME ON THIS DAY FOR CONSIDERATION the *Motion to Reject Unexpired Non-Residential Leases with Infiniti Investors, LLC* ("Motion") filed in the above-captioned and numbered bankruptcy case by Randolph N. Osherow, Chapter 7 Trustee ("Trustee"). The Court, after reviewing the pleadings, is of the opinion that the Motion is meritorious and should be granted. It is therefore

**ORDERED, ADJUDGED** and **DECREED** that the three (3) commercial leases for offices located at 11130 Jollyville Road, Suites 100, 200, and 303, Austin, Texas 78759, between Debtor and Infiniti Investors, LLC ("Landlord") are hereby in all things REJECTED effective January 24, 2015, and Landlord is hereby authorized to retake possession of the premises without further order of any Court. It is further

BDF 5114780                             1

**ORDERED, ADJUDGED** and **DECREED** that in exchange for the foregoing, the Landlord shall have no administrative claim against the estate in this proceeding. This provision shall be without prejudice to the right of Landlord to assert a general unsecured claim should a proof of claim be timely filed with the clerk of this Court.

###

ORDER PREPARED BY:

Steve Turner
Barrett Daffin Frappier Turner & Engel, LLP
610 West 5th Street, Suite 602
Austin, Texas 78701
Telephone: (512) 687-2500
Facsimile: (512) 477-1112
stevet@bdfgroup.com