UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:

COINTERRA, INC.

Case No: 15-10109

Chapter 7

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now **Bernard C. Devieux** ("Applicant") moves this court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent **CenturyLink Technology Solutions** in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of)

   **Reed Smith LLP**,

   with offices at

   Mailing address: 1201 N. Market Street, Suite 1500

   City, State, Zip: Wilmington, Delaware 19801

   Telephone: 302-778-7500    Fax: 302-778-7575

   Email Address: bdevieux@reedsmith.com

2. Since **2012**, Applicant has been and presently is a member of and in good standing with the Bar of the State of **Delaware**. Applicant's bar license number is **005689**.

3. Applicant has been admitted to practice before the following state and federal courts:

| Court: | Admission date: |
|---|---|
| U.S. District Court, District of Delaware | 2013 |
| U.S. Court of Appeals, First Circuit | 2013 |
| | |
| | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

6. Applicant is eligible to practice in the Bankruptcy Court.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set out therein.

8. (●) Applicant has not requested admission pro hac vice in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

or

( ) Applicant has filed the motions for admission pro hac vice in the preceding twelve months.

| Case Name/Number | Date Filed | Disposition of Motion |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Wherefore, Applicant prays that this Court enter an order permitting the admission of _____Bernard C. Devieux_____ to the U.S. Bankruptcy Court Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

*Bernard C. Devieux*
[Signature of Applicant]

Bernard C. Devieux
[Printed name of Applicant]

1201 Market St., Wilmington, DE 19801
[Address of Applicant]

302-778-7500
[Telephone of Applicant]

bdevieux@reedsmith.com
[Email address of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 9th Day of April, 2015.

_[Signature of Applicant]_

Bernard C. Devieux
[Printed name of Applicant]

1201 Market St., Wilmington, DE 19801
[Address of Applicant]

302-778-7570
[Telephone of Applicant]

bdevieux@reedsmith.com
[Email address of Applicant]

###