**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 10, 2015.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:  COINTERRA, INC.

Case No.: 15-10109-HCM-7

Debtor.

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

BE IT REMEMBERED that there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Bernard C. Devieux (the "Applicant") and the Court, having reviewed the motion, has decided it is meritorious.  ACCORDINGLY,

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of CenturyLink Communications, LLC and Savvis Communications Corporation d/b/a CenturyLink TS, in the above case.

This order shall not be considered admission to practice generally before this Court or in the U.S. District Court for the Western District of Texas.

###

2

**Submitted by**:

David F. Brown
**EWELL | BROWN | BLANKE**
Ewell, Brown & Blanke LLP
111 Congress Avenue, 28th Floor
Austin, Texas 78701
Direct: 512.770.4077
Direct: 512.457.0233
Cell: 512.461.6107
Fax: 877.851.6384
Email: dbrown@ebblaw.com

Bernard C. Devieux
REED SMITH LLP
1201 N. Market Street, Suite 1500
Wilmington, Delaware 19801
Tel: (302)778-7570
Fax: (302) 778-7575
Email: bdevieux@reedsmith.com

Attorney for CenturyLink Communications, LLC and Savvis Communications Corporation d/b/a CenturyLink TS