**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 10, 2015.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109-HCM |
| | § | |
| COINTERRA, INC. | § | (Chapter 7) |
|     Debtor. | § | |

**ORDER REGARDING STATUS HEARING ON
MOTION FOR RELIEF FROM STAY FILED BY FORTIS ADVISORS LLC**

On April 10, 2015, the Court conducted a telephonic status hearing on the Motion for Relief From Automatic Stay ("Motion")(dkt# 28) filed by Fortis Advisors LLC, as Collateral Agent ("Fortis"). Respective counsel for Fortis, Open-Silicon Inc. ("OSI"), C7 Data Centers Inc. ("C7"), CenturyLink Technology Solutions, and the Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Cointerra, Inc. ("Debtor") appeared at the status hearing. After considering the Motion, the Objections thereto filed by OSI and C7, and the statements and agreements of counsel (including the waiver by Fortis of a hearing on the Motion within the time periods established by 11 U.S.C. §362(e)(1)), the Court finds that the following Order should be entered.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AND NOTICE** is hereby given as follows:

    1.    By April 23, 2015, Fortis shall file a Response to the Objections to the Motion filed by OSI and C7 ("Fortis Response"). Any Reply to the Fortis Response by OSI, C7, the Trustee or any other party in interest shall be filed by May 7, 2015. These pleading dates may be extended by the parties by written stipulation filed with the Court if the parties are attempting to resolve the Motion.

1

2. On <u>May 20, 2015 at 9:30 a.m. (CT)</u> in the U.S. Bankruptcy Court, Courtroom # 2, 903 San Jacinto Blvd, Austin, Texas, the Court will conduct a hearing on the Motion. This hearing on May 20, 2015 will be limited to consideration of whether Fortis holds debt or equity claims against the Debtor's estate in the context of the Motion. Depending upon the Court's ruling on this issue, the Court may set a second hearing on any remaining issues raised in the Motion, including whether the Debtor's estate has any equity in the property.

3. The hearing on the Motion currently set for April 13, 2015 at 9:30 a.m. is cancelled.

4. The automatic stay of 11 U.S.C. §362 shall remain in place with respect to Fortis until the Court rules on the Motion, except to the extent the automatic stay has already been modified pursuant to the Agreed Order Partially Granting the Motion entered on April 8, 2015 (dkt# 44) or as may be otherwise ordered by the Court.

###