**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 10, 2015.**

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109-HCM |
| | § | |
| COINTERRA, INC. | § | (Chapter 7) |
|     Debtor. | § | |

**ORDER REGARDING STATUS HEARING ON
MOTION FOR RELIEF FROM STAY FILED BY FORTIS ADVISORS LLC**

On April 10, 2015, the Court conducted a telephonic status hearing on the Motion for Relief From Automatic Stay ("Motion")(dkt# 28) filed by Fortis Advisors LLC, as Collateral Agent ("Fortis"). Respective counsel for Fortis, Open-Silicon Inc. ("OSI"), C7 Data Centers Inc. ("C7"), CenturyLink Technology Solutions, and the Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Cointerra, Inc. ("Debtor") appeared at the status hearing. After considering the Motion, the Objections thereto filed by OSI and C7, and the statements and agreements of counsel (including the waiver by Fortis of a hearing on the Motion within the time periods established by 11 U.S.C. §362(e)(1)), the Court finds that the following Order should be entered.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AND NOTICE** is hereby given as follows:

    1.    By April 23, 2015, Fortis shall file a Response to the Objections to the Motion filed by OSI and C7 ("Fortis Response"). Any Reply to the Fortis Response by OSI, C7, the Trustee or any other party in interest shall be filed by May 7, 2015. These pleading dates may be extended by the parties by written stipulation filed with the Court if the parties are attempting to resolve the Motion.

1

      2.    On <u>May 20, 2015 at 9:30 a.m. (CT)</u> in the U.S. Bankruptcy Court, Courtroom # 2, 903 San Jacinto Blvd, Austin, Texas, the Court will conduct a hearing on the Motion. This hearing on May 20, 2015 will be limited to consideration of whether Fortis holds debt or equity claims against the Debtor's estate in the context of the Motion. Depending upon the Court's ruling on this issue, the Court may set a second hearing on any remaining issues raised in the Motion, including whether the Debtor's estate has any equity in the property.

      3.    The hearing on the Motion currently set for April 13, 2015 at 9:30 a.m. is cancelled.

      4.    The automatic stay of 11 U.S.C. §362 shall remain in place with respect to Fortis until the Court rules on the Motion, except to the extent the automatic stay has already been modified pursuant to the Agreed Order Partially Granting the Motion entered on April 8, 2015 (dkt# 44) or as may be otherwise ordered by the Court.

###

United States Bankruptcy Court
Western District of Texas

In re:  Case No. 15-10109-hcm
Cointerra, Inc.  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0542-1  User: beniteze  Page 1 of 1  Date Rcvd: Apr 10, 2015
    Form ID: pdfintp  Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2015.
db     +Cointerra, Inc.,   11130 Jollyville Rd.,   Suite 303,   Austin, TX 78759-5593
cr     +Fortis Advisors LLC, Collateral Agent,   c/o E. P. Keiffer,   Wright Ginsberg Brusilow PC,
      325 N. St. Paul Street, Suite 4150,   Dallas, TX 75201-3861

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2015     Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2015 at the address(es) listed below:
    David F. Brown   on behalf of Creditor   CenturyLink Communications LLC dbrown@ebbr-law.com, dj3brown@yahoo.com
    Edwin P. Keiffer   on behalf of Creditor   Fortis Advisors LLC, Collateral Agent pkeiffer@wgblawfirm.com, bwallace@wgblawfirm.com
    Joseph P. Rovira   on behalf of Debtor   Cointerra, Inc. josephrovira@andrewskurth.com, josephrovira@andrewskurth.com
    Kimberly A. Walsh   on behalf of Creditor   Texas Comptroller of Public Accounts bk-kwalsh@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
    Lynn Saarinen   on behalf of Plaintiff   Future Electronics Corp. lsaarinen@bn-lawyers.com, ahewes@bn-lawyers.com;saugusta@bn-lawyers.com;cbeyer@bn-lawyers.com
    Lynn Saarinen   on behalf of Creditor   Future Electronics Corp. lsaarinen@bn-lawyers.com, ahewes@bn-lawyers.com;saugusta@bn-lawyers.com;cbeyer@bn-lawyers.com
    R. Adam Swick   on behalf of Creditor   C7 Data Centers, Inc. aswick@rctlegal.com, mmyers@rctlegal.com;tstone@rctlegal.com;kvomacka@rctlegal.com
    Randolph N Osherow   rosherow@hotmail.com, rosherow@ecf.epiqsystems.com
    Steve Turner   on behalf of Trustee Randolph N Osherow wdecf@BDFGROUP.com, marshak@BDFGroup.com
    Timothy A. Davidson, II   on behalf of Debtor   Cointerra, Inc. tdavidson@akllp.com
    Timothy R. Casey   on behalf of Creditor   Open-Silicon, Inc. timothy.casey@dbr.com, daniel.northrop@dbr.com
    United States Trustee - AU12   ustpregion07.au.ecf@usdoj.gov
    Willard Proctor, Jr.   on behalf of Creditor Michael Vick willard@wpjrlaw.com
    TOTAL: 13