IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| COINTERRA, INC. | § | CASE NO. 15-10109-HCM-7 |
| | § | |
| Debtor. | § | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF
CENTURYLINK COMMUNICATIONS, LLC D/B/A CENTURYLINK QCC AND
SAVVIS COMMUNICATIONS CORPORATION D/B/A CENTURYLINK TS
PURSUANT TO FED.R.BANKR.P. 2002 AND 9010(b)**

TO ALL PARTIES:

PLEASE TAKE NOTICE that Ewell, Brown & Blanke LLP and Reed Smith LLP enter their appearances as counsel for CenturyLink Communications, LLC d/b/a CenturyLink QCC and Savvis Communications Corporation d/b/a CenturyLink TS, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), and demand that all notices given or required to be given in this case and any consolidated cases, and all papers served or required to be served in this case, be given to and served upon the below-listed counsel at the following mailing or e-mail addresses or facsimile numbers:

REED SMITH LLP
Attn: Kurt F. Gwynne, Esq.
1201 N. Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 778-7550
(302) 778-7575 Facsimile
Email: kgwynne@reedsmith.com

EWELL, BROWN & BLANKE LLP
Attn: David F. Brown, Esq.
111 Congress Ave., 28th Floor
Austin, Texas 78701
(512) 770-4077
(877) 851-6384 Facsimile
Email: dbrown@ebblaw.com

CenturyLink Law Department
Attn: Mitchell W. Katz, Esq.
1801 California Street, 9th Floor
Denver, CO 80202
(303) 992-5878
(303) 383-8527 Facsimile
Email: mitchell.katz@centurylink.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and pleadings referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, a copy of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex, electronically or otherwise, which affect or seek to affect in any way the Debtor or its property and/or property of its estate.

DATED: April 13, 2015

                Respectfully submitted,

By: /s/ *David F. Brown*
David F. Brown
EWELL, BROWN & BLANKE LLP
111 Congress Ave., 28th Floor
Austin, Texas 78701
(512) 770-4077
(877) 851-6384 Facsimile
Email: dbrown@ebblaw.com

and

Kurt. F. Gwynne, Esq.
REED SMITH LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
(302) 778-7550
(302) 778-7575 Facsimile
Email: kgwynne@reedsmith.com

Attorneys for CenturyLink Communications, LLC and Savvis Communications Corporation d/b/a CenturyLink TS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| COINTERRA, INC. | § | CASE NO. 15-10109-HCM-7 |
| | § | |
| Debtor. | § | |

**CERTIFICATE OF SERVICE**

I certify that on April 13, 2015, the foregoing **ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF CENTURYLINK COMMUNICATIONS, LLC D/B/A CENTURYLINK QCC AND SAVVIS COMMUNICATIONS CORPORATION D/B/A CENTURYLINK TS PURSUANT TO FED.R.BANKR.P. 2002 AND 9010(b)** was served by electronic transmission (CM/ECF System) to the parties on the clerk's list who receive electronic notification of filings.

DATED: April 13, 2015

By: /s/ *David F. Brown*
David F. Brown
EWELL, BROWN & BLANKE LLP
111 Congress Ave., 28th Floor
Austin, Texas 78701
(512) 770-4077
(877) 851-6384 Facsimile
Email: dbrown@ebblaw.com

US_ACTIVE-112499031.1