IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 15-10109-HCM |
| COINTERRA, INC., | § | |
| | § | CHAPTER 7 |
| DEBTOR | § | |

**AGREED MOTION TO ABATE BRIEFING SCHEDULE AND HEARING ON FORTIS BENEFITS' MOTION FOR RELIEF FROM AUTOMATIC STAY**

TO THE HONORABLE H. CHRISTOPHER MOTT, U. S. BANKRUPTCY JUDGE:

COME NOW, Randolph Osherow, Chapter 7 Trustee ("**Trustee**") for Cointerra, Inc. ("**Debtor**"), Fortis Benefits, LLC, as Collateral Agent ("**Collateral Agent**"), C7 Data Centers, Inc. ("**C7**"), and Open Silicon, Inc. ("**OSI**") (collectively the "**Parties**") and file this *Agreed Motion to Abate Briefing Schedule and Hearing on Fortis Benefits' Motion for Relief From Automatic Stay* ("**Agreed Abatement Motion**") and in support thereof, would respectfully show as follows:

### Jurisdiction

1.  This Court has jurisdiction over this matter under 28 U.S.C. §§ 1334 and 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for relief are 11 U.S.C. § 362 and this Court's ability to control its docket.

### Background

2.  On January 24, 2015 ("**Petition Date**"), Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

3. The Collateral Agent, on March 19, 2015, filed a Motion for Relief from the Automatic Stay [DKT #28] (the "**CA MLS**") to enable it to proceed to foreclose on its asserted collateral as to its proof of claim filed on March 18, 2015 as Claim #44.

4. Objections to the CA MLS were filed by OSI [DKT # 38] and by C7 [DKT # 39]. Prior to the then set final hearing on the CA MLS, the Trustee, OSI, and C7 agreed to a partial lifting of the automatic stay to address the liquidation of the equipment and other items at the Debtor's office location in Austin, Texas, and how to hold the net proceeds after expenses of sale and the Bankruptcy Court entered an order approving that partial lifting of the automatic stay by agreement [DKT #44]. That online auction has been completed and accounting of the sales proceeds is expected soon.

5. Additionally, at a status conference set by the Court on April 10, 2015, at 9:30 a.m. this Court, after hearing from the parties, entered the Order Regarding Status Hearing on Motion for Relief from Stay Filed by Fortis Advisors LLC [DKT #50] ("**Status Order**") which set briefing deadlines for the CA and OSI/C7/Trustee that could be extended per the Status Order, as well as a hearing date on the CA MLS.

6. Discussions and negotiations have ensued and the brief extension provisions provided for in the Status Order have been utilized. Those discussions and negotiations appear to be bearing fruit (draft CSAs are being exchanged and reviewed) and are likely to result in resolutions in addition to those that would address the issues covered in the CA MLS. As such the Parties are requesting that the Court abate the briefing schedule and requirement to enable the Trustee to file multi-party or single party FRBP Rule 9019 motions to seek this Court's approval of compromises that the Parties sincerely believe will be presented to the Court in the very near future.

7. The Parties, as a part of this Agreed Abatement Motion, would also request that the Court hold the current setting on the CA MLS on May 20, 2015, at 9:30 a.m. to enable the Parties to hear any promptly filed multi-party or single-party FRBP Rule 9019 motions on that date, provided that they are filed consistent with minimum notice requirements to secure approval of same per local rules.

WHEREFORE, the Parties pray that this Court enter an order approving this Agreed Abatement Motion and for such other relief to which they may show themselves to be justly entitled.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

By: */s/ Steve Turner*
   Steve Turner
   State Bar No. 20341700
   610 West 5th Street, Suite 602
   Austin, Texas 78701
   Phone: (512) 687-2500
   Fax: (512) 477-1112
   SteveT@BDFGroup.com

ATTORNEYS FOR RANDOLPH N. OSHEROW,
CHAPTER 7 TRUSTEE

**AGREED TO BY:**

**WRIGHT GINSBERG BRUSILOW P.C.**

By: */s/ E. P. Keiffer*
    E. P. Keiffer (SBTN 11181700)
    325 North St. Paul St., Suite 4150
    Dallas, Texas 75201
    Telephone: (214) 651-6500
    Facsimile: (214) 744-2615
    Email: pkeiffer@wgblawfirm.com

**ATTORNEYS FOR FORTIS ADVISORS, LLC, COLLATERAL AGENT**

**REID COLLINS & TSAI LLP**

By: */s/ R. Adam Swick (by ST by permission)*
    R. Adam Swick (SBTN 24051794)
    1301 S. Capital of Texas Hwy
    Building C, Suite 300
    Austin, Texas 78746
    T: (512) 647-6100
    F: (512) 647-6129
    aswick@rctlegal.com

**ATTORNEYS FOR C7 DATA CENTERS, INC.**

**GARDERE**

By: */s/ Marcus A. Helt (by ST by permission)*
    Marcus A. Helt (SBTN. 24052187)
    Thanksgiving Tower, Suite 3000
    1601 Elm Street
    Dallas, Texas 75201-4761
    Telephone: (214) 999-3000
    Facsimile: (214) 999-4667
    E-mail: mhelt@gardere.com

**ATTORNEYS FOR OPEN-SILICON, INC.**

CERTIFICATE OF SERVICE

       By my signature below, I hereby certify that on the 28th day of April, 2015, a true and correct copy of the foregoing document was served upon the parties on the attached mailing matrix via electronic means as listed on the Court's ECF noticing system, by email (as indicated on the matrix) or by regular first class mail.

| | |
|---|---|
| Cointerra, Inc. | Timothy A. Davidson |
| 11130 Jollyville Road, Suite 303 | Andrews & Kurth, LLP |
| Austin, Texas 78759 | 600 Travis, Suite 4200 |
| DEBTOR | Houston, Texas 77002 |
| | ATTORNEYS FOR DEBTOR |
| Lynn Saarinen | |
| Barron & Newburger, P.C. | Automated Circuit Design |
| 1212 Guadalupe, Suite 104 | 1250 American Parkway |
| Austin, Texas 78701 | Richardson, Texas 75081 |
| | |
| Randolph N. Osherow | Office of the U. S. Trustee |
| Chapter 7 Trustee | 903 San Jacinto Boulevard, Room 230 |
| 342 West Woodlawn, Suite 100 | Austin, Texas 78701 |
| San Antonio, Texas 78212 | |

                            */s/ Steve Turner*
                            Steve Turner