#### IN THE UNITED STATES BANKRUPTCY COURT
#### WESTERN DISTRICT OF TEXAS
#### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 15-10109-HCM |
| COINTERRA, INC. | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 |
| | § | |

### ORDER GRANTING AGREED MOTION TO
### ABATE BRIEFING SCHEDULE AND HEARING ON
### FORTIS BENEFITS' MOTION FOR RELIEF FROM AUTOMATIC STAY

On this date came on to be considered the *Agreed Motion to Abate Briefing Schedule and Hearing on Fortis Benefits' Motion for Relief From Automatic Stay* ("**Agreed Abatement Motion**") filed by Randolph Osherow, Chapter 7 Trustee ("**Trustee**") for Cointerra, Inc. ("**Debtor**"), Fortis Benefits, LLC, as Collateral Agent ("**Collateral Agent**"), C7 Data Centers, Inc. ("**C7**"), and Open Silicon, Inc. ("**OSI**") (collectively the "**Parties**"). The Court is of the opinion that the motion is meritorious and should be granted. It is therefore

ORDERED that the briefing schedule set forth in the *Order Regarding Status Hearing on Motion for Relief From Stay Filed by Fortis Advisors, LLC*, entered on April 10, 2015 (DKT #50) is

hereby abated until further order of this Court. It is further

ORDERED that, in the event a motion to compromise and settle pursuant to FRBP Rule 9019 is filed within twenty-one (21) days prior to the Collateral Agent's Motion for Relief hearing currently set on May 20, 2015, at 9:30 a.m., by any party or parties to the Agreed Abatement Motion, the motion to compromise shall also be set and heard at the May 20, 2015, hearing.

###

**AGREED TO BY:**

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**

By: */s/ Steve Turner*
    Steve Turner
    Texas Bar No. 20341700
    610 West 5th Street, Suite 602
    Austin, Texas 78701
    Telephone: (512) 687-2500
    Facsimile: (512) 477-1112
    Email: stevet@bdfgroup.com

**ATTORNEYS FOR RANDOLPH N. OSHEROW, CHAPTER 7 TRUSTEE**

**WRIGHT GINSBERG BRUSILOW P.C.**

By: */s/ E. P. Keiffer*
    E. P. Keiffer (SBTN 11181700)
    325 North St. Paul St., Suite 4150
    Dallas, Texas 75201
    Telephone: (214) 651-6500
    Facsimile: (214) 744-2615
    Email: pkeiffer@wgblawfirm.com

**ATTORNEYS FOR FORTIS ADVISORS, LLC, COLLATERAL AGENT**

**REID COLLINS & TSAI LLP**

By: */s/ R. Adam Swick (by ST by permission)*
    R. Adam Swick (SBTN 24051794)
  1301 S. Capital of Texas Hwy
  Building C, Suite 300
  Austin, Texas 78746
  T: (512) 647-6100
  F: (512) 647-6129
  aswick@rctlegal.com

**ATTORNEYS FOR C7 DATA CENTERS, INC.**

**GARDERE**

By: */s/ Marcus A. Helt (by ST by permission)*
  Marcus A. Helt (SBTN. 24052187)
  Thanksgiving Tower, Suite 3000
  1601 Elm Street
  Dallas, Texas 75201-4761
  Telephone: (214) 999-3000
  Facsimile: (214) 999-4667
  E-mail: mhelt@gardere.com

**ATTORNEYS FOR OPEN-SILICON, INC.**