**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 29, 2015.**

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| | § | CASE NO. 15-10109-HCM |
| COINTERRA, INC. | § § | |
| DEBTOR | § § | CHAPTER 7 |

ORDER GRANTING AGREED MOTION TO
ABATE BRIEFING SCHEDULE AND HEARING ON
FORTIS BENEFITS' MOTION FOR RELIEF FROM AUTOMATIC STAY

On this date came on to be considered the *Agreed Motion to Abate Briefing Schedule and Hearing on Fortis Benefits' Motion for Relief From Automatic Stay* ("**Agreed Abatement Motion**") filed by Randolph Osherow, Chapter 7 Trustee ("**Trustee**") for Cointerra, Inc. ("**Debtor**"), Fortis Benefits, LLC, as Collateral Agent ("**Collateral Agent**"), C7 Data Centers, Inc. ("**C7**"), and Open Silicon, Inc. ("**OSI**") (collectively the "**Parties**"). The Court is of the opinion that the motion is meritorious and should be granted. It is therefore

ORDERED that the briefing schedule set forth in the *Order Regarding Status Hearing on Motion for Relief From Stay Filed by Fortis Advisors, LLC*, entered on April 10, 2015 (DKT #50) is

hereby abated until further order of this Court. It is further

ORDERED that, in the event a motion to compromise and settle pursuant to FRBP Rule 9019 is filed within twenty-one (21) days prior to the Collateral Agent's Motion for Relief hearing currently set on May 20, 2015, at 9:30 a.m., by any party or parties to the Agreed Abatement Motion, the motion to compromise shall also be set and heard at the May 20, 2015, hearing.

###

**AGREED TO BY:**

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**

By: */s/ Steve Turner*
   Steve Turner
   Texas Bar No. 20341700
   610 West 5th Street, Suite 602
   Austin, Texas 78701
   Telephone: (512) 687-2500
   Facsimile: (512) 477-1112
   Email: stevet@bdfgroup.com

**ATTORNEYS FOR RANDOLPH N. OSHEROW, CHAPTER 7 TRUSTEE**

**WRIGHT GINSBERG BRUSILOW P.C.**

By: */s/ E. P. Keiffer*
   E. P. Keiffer (SBTN 11181700)
   325 North St. Paul St., Suite 4150
   Dallas, Texas 75201
   Telephone: (214) 651-6500
   Facsimile: (214) 744-2615
   Email: pkeiffer@wgblawfirm.com

**ATTORNEYS FOR FORTIS ADVISORS, LLC, COLLATERAL AGENT**

**REID COLLINS & TSAI LLP**

By: */s/ R. Adam Swick (by ST by permission)*
     R. Adam Swick (SBTN 24051794)
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
T: (512) 647-6100
F: (512) 647-6129
aswick@rctlegal.com

**ATTORNEYS FOR C7 DATA CENTERS, INC.**

**GARDERE**

By: */s/ Marcus A. Helt (by ST by permission)*
  Marcus A. Helt (SBTN. 24052187)
Thanksgiving Tower, Suite 3000
1601 Elm Street
Dallas, Texas 75201-4761
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
E-mail: mhelt@gardere.com

**ATTORNEYS FOR OPEN-SILICON, INC.**

United States Bankruptcy Court
Western District of Texas

In re:  
Cointerra, Inc.  
     Debtor

Case No. 15-10109-hcm  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0542-1     User: beniteze     Page 1 of 1     Date Rcvd: Apr 29, 2015  
                             Form ID: pdfintp     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2015.  
db         +Cointerra, Inc.,   11130 Jollyville Rd.,   Suite 303,   Austin, TX 78759-5593  
            Marcus A. Helt,   Thanksgiving Tower, Ste 3000,   1601 Elm Street,   Dallas, TX 75201-4761

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2015                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2015 at the address(es) listed below:

      David F. Brown    on behalf of Creditor    CenturyLink Communications LLC dbrown@ebbr-law.com, dj3brown@yahoo.com  
      Edwin P. Keiffer    on behalf of Creditor    Fortis Advisors LLC, Collateral Agent pkeiffer@wgblawfirm.com, bwallace@wgblawfirm.com  
      Joseph P. Rovira    on behalf of Debtor    Cointerra, Inc. josephrovira@andrewskurth.com, josephrovira@andrewskurth.com  
      Kimberly A. Walsh    on behalf of Creditor    Texas Comptroller of Public Accounts bk-kwalsh@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov  
      Lynn Saarinen    on behalf of Plaintiff    Future Electronics Corp. lsaarinen@bn-lawyers.com, ahewes@bn-lawyers.com;saugusta@bn-lawyers.com;cbeyer@bn-lawyers.com  
      Lynn Saarinen    on behalf of Creditor    Future Electronics Corp. lsaarinen@bn-lawyers.com, ahewes@bn-lawyers.com;saugusta@bn-lawyers.com;cbeyer@bn-lawyers.com  
      R. Adam Swick    on behalf of Creditor    C7 Data Centers, Inc. aswick@rctlegal.com, mmyers@rctlegal.com;tstone@rctlegal.com;kvomacka@rctlegal.com  
      Randolph N Osherow    rosherow@hotmail.com, rosherow@ecf.epiqsystems.com  
      Steve Turner    on behalf of Trustee Randolph N Osherow wdecf@BDFGROUP.com, marshak@BDFGroup.com  
      Timothy A. Davidson, II    on behalf of Debtor    Cointerra, Inc. tdavidson@akllp.com  
      Timothy R. Casey    on behalf of Creditor    Open-Silicon, Inc. timothy.casey@dbr.com, daniel.northrop@dbr.com  
      United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov  
      Willard Proctor, Jr.    on behalf of Creditor Michael Vick willard@wpjrlaw.com  
                                                                                                    TOTAL: 13