**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 05, 2015.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CASE NO. 15-10109-HCM |
| COINTERRA, INC. | § | |
| | § | CHAPTER 7 |
| DEBTOR | § | |

**ORDER APPROVING MOTION TO REJECT UNEXPIRED LEASES
WITH INFINITI INVESTOR**

CAME ON THIS DAY FOR CONSIDERATION the *Motion to Reject Unexpired Non-Residential Leases with Infiniti Investors, LLC* ("Motion") filed in the above-captioned and numbered bankruptcy case by Randolph N. Osherow, Chapter 7 Trustee ("Trustee"). The Court, after reviewing the pleadings, is of the opinion that the Motion is meritorious and should be granted. It is therefore

**ORDERED, ADJUDGED** and **DECREED** that the three (3) commercial leases for offices located at 11130 Jollyville Road, Suites 100, 200, and 303, Austin, Texas 78759, between Debtor and Infiniti Investors, LLC ("Landlord") are hereby in all things REJECTED effective January 24, 2015, and Landlord is hereby authorized to retake possession of the premises without further order of any Court. It is further

**ORDERED, ADJUDGED** and **DECREED** that in exchange for the foregoing, the Landlord shall have no administrative claim against the estate in this proceeding. This provision shall be without prejudice to the right of Landlord to assert a general unsecured claim should a proof of claim be timely filed with the clerk of this Court.

###

ORDER PREPARED BY:

Steve Turner
Barrett Daffin Frappier Turner & Engel, LLP
610 West 5th Street, Suite 602
Austin, Texas 78701
Telephone: (512) 687-2500
Facsimile: (512) 477-1112
stevet@bdfgroup.com