Mark H. Ralston
State Bar No. 16489460
Fishman Jackson PLLC
13155 Noel Road, Suite 700
Dallas, TX 75240
(972) 419-5544
(972) 419-5501 (Fax)

ATTORNEY FOR APPLIED CIRCUIT TECHNOLOGY, INC.
d/b/a AUTOMATED CIRCUIT DESIGN

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| In re | § | |
| , | § | |
| COINTERRA, INC. | § | Case No. 15-10109-hcm |
| Debtor | § | (Chapter 7) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

PLEASE TAKE NOTICE that Fishman Jackson PLLC has been retained by Applied Circuit Technology, Inc. d/b/a Automated Circuit Design, and files this Notice of Appearance and Request for Service of Pleadings.

Pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned requests that notices of any actions taken, adversary proceedings, contested matters, or motions filed by any other party-in-interest, including the Debtor or Trustee, be served on it at the following address:

Mark H. Ralston, Esq.
Fishman Jackson PLLC
700 Three Galleria Tower
13155 Noel Road
Dallas, Texas  75240
Telephone:  972.419-5544
Facsimile:  972.419-5501
Email:  mralston@fishmanjackson.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b) and Rule 2002 of the Bankruptcy Rules, this request includes the notices and papers referred to in the rules specified above and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopy, telex or otherwise.

DATED:  May 6, 2015.

Respectfully submitted,

  /s/ *Mark H. Ralston*
Mark H. Ralston
Fishman Jackson PLLC
State Bar No. 16489460
13155 Noel Road, Suite 700
Dallas, TX 75240
(972) 419-5544
(972) 419-5501 (Fax)

ATTORNEY FOR APPLIED CIRCUIT
TECHNOLOGY, INC.  /b/a AUTOMATED
CIRCUIT DESIGN
.

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES AND OTHER DOCUMENTS**                                          Page 2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by the court ECF filing system on all parties who have entered their appearance electronically on May 6, 2015.

_/s/ Mark H. Ralston_