**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 05, 2015.**

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CASE NO. 15-10109-HCM |
| COINTERRA, INC. | § | |
| | § | CHAPTER 7 |
| DEBTOR | § | |

**ORDER APPROVING MOTION TO REJECT UNEXPIRED LEASES
WITH INFINITI INVESTOR**

CAME ON THIS DAY FOR CONSIDERATION the *Motion to Reject Unexpired Non-Residential Leases with Infiniti Investors, LLC* ("Motion") filed in the above-captioned and numbered bankruptcy case by Randolph N. Osherow, Chapter 7 Trustee ("Trustee"). The Court, after reviewing the pleadings, is of the opinion that the Motion is meritorious and should be granted. It is therefore

**ORDERED, ADJUDGED** and **DECREED** that the three (3) commercial leases for offices located at 11130 Jollyville Road, Suites 100, 200, and 303, Austin, Texas 78759, between Debtor and Infiniti Investors, LLC ("Landlord") are hereby in all things REJECTED effective January 24, 2015, and Landlord is hereby authorized to retake possession of the premises without further order of any Court. It is further

**ORDERED, ADJUDGED** and **DECREED** that in exchange for the foregoing, the Landlord shall have no administrative claim against the estate in this proceeding. This provision shall be without prejudice to the right of Landlord to assert a general unsecured claim should a proof of claim be timely filed with the clerk of this Court.

###

ORDER PREPARED BY:

Steve Turner
Barrett Daffin Frappier Turner & Engel, LLP
610 West 5th Street, Suite 602
Austin, Texas 78701
Telephone: (512) 687-2500
Facsimile: (512) 477-1112
stevet@bdfgroup.com

United States Bankruptcy Court
Western District of Texas

In re:  Case No. 15-10109-hcm
Cointerra, Inc.  Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0542-1     User: chapmana     Page 1 of 1     Date Rcvd: May 05, 2015
                        Form ID: pdfintp     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2015.
```
db         +Cointerra, Inc.,    11130 Jollyville Rd.,    Suite 303,    Austin, TX 78759-5593
aty        +Bernard C. Devieux,    Reed Smith LLP,    1201 N. Market St, Ste. 1500,
             Wilmington, DE 19801-1163
cr          C7 Data Centers, Inc.,    c/o R. Adam Swick,    Building C, Suite 300,    Austin, TX  78746
cr         +Fortis Advisors LLC, Collateral Agent,    c/o E. P. Keiffer,    Wright Ginsberg Brusilow PC,
             325 N. St. Paul Street, Suite 4150,    Dallas, TX 75201-3861
cr         +Future Electronics Corp.,    c/o Barron & Newburger, PC,    Attn: Lynn Saarinen,
             1212 Guadalupe, Suite 104,    Austin, TX 78701-1801
cr         +Michael Vick,    1512 S. Battery Street,    Little Rock, AR 72202-5813
cr          Texas Comptroller of Public Accounts,    Kimberly A. Walsh,    c/o Sherri K. Simpson, Paralegal,
             P.O. Box 12548,    Austin, TX  78711-2548
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/Text: bklaw2@centurylink.com May 05 2015 23:53:48     CenturyLink Communications LLC,
             1801 California Street,    Suite 900,    Denver, CO 80202-2609
                                                                                             TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             CenturyLink TS
cr             Open-Silicon, Inc.
                                                                                             TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2015                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2015 at the address(es) listed below:
```
          David F. Brown    on behalf of Creditor    CenturyLink Communications LLC dbrown@ebbr-law.com,
           dj3brown@yahoo.com
          Edwin P. Keiffer    on behalf of Creditor    Fortis Advisors LLC, Collateral Agent
           pkeiffer@wgblawfirm.com, bwallace@wgblawfirm.com
          Joseph P. Rovira    on behalf of Debtor    Cointerra, Inc. josephrovira@andrewskurth.com,
           josephrovira@andrewskurth.com
          Kimberly A. Walsh    on behalf of Creditor    Texas Comptroller of Public Accounts
           bk-kwalsh@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
          Lynn Saarinen    on behalf of Plaintiff    Future Electronics Corp. lsaarinen@bn-lawyers.com,
           ahewes@bn-lawyers.com;saugusta@bn-lawyers.com;cbeyer@bn-lawyers.com
          Lynn Saarinen    on behalf of Creditor    Future Electronics Corp. lsaarinen@bn-lawyers.com,
           ahewes@bn-lawyers.com;saugusta@bn-lawyers.com;cbeyer@bn-lawyers.com
          R. Adam Swick    on behalf of Creditor    C7 Data Centers, Inc. aswick@rctlegal.com,
           mmyers@rctlegal.com;tstone@rctlegal.com;kvomacka@rctlegal.com
          Randolph N Osherow    rosherow@hotmail.com, rosherow@ecf.epiqsystems.com
          Steve Turner    on behalf of Trustee Randolph N Osherow wdecf@BDFGROUP.com, marshak@BDFGroup.com
          Timothy A. Davidson, II    on behalf of Debtor    Cointerra, Inc. tdavidson@akllp.com
          Timothy R. Casey    on behalf of Creditor    Open-Silicon, Inc. timothy.casey@dbr.com,
           daniel.northrop@dbr.com
          United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
          Willard Proctor, Jr.    on behalf of Creditor Michael  Vick willard@wpjrlaw.com
                                                                                             TOTAL: 13
```