IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| COINTERRA, INC. | § | CASE NO. 15-10109-hcm |
| Debtor | § | Chapter 7 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that **DUNN, NEAL & GERGER, LLP**, as attorney for Omni Logistics, Inc., creditor and party in interest, hereby appears in the above-captioned case by its counsel, and such counsel hereby enters their appearance pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests that their name be added to the mailing list maintained by the Clerk of the Bankruptcy Court for this bankruptcy case, and that all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon the following persons at the addresses, telephone numbers, and facsimile numbers indicated:

**S. Loyd Neal, III**
**Alan S. Gerger**
DUNN, NEAL & GERGER, LLP
3006 Brazos Street
Houston, Texas 77006
Email: lneal@dnglegal.com
Telephone: (713) 403-7404
Facsimile: (713) 960-0204

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002 but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document (including, without limitation, statements of affairs and schedules of assets and liabilities) filed with, or otherwise brought before, this Court with respect to the above

referenced cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise.

This Notice of Appearance and Request for Service of Documents shall not be deemed or construed as a waiver of the rights (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the above-named entity is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted,

DUNN, NEAL & GERGER L.L.P.

By: /s/ S. Loyd Neal, III
S. Loyd Neal, III
Federal I.D. No. 9145
State Bar No.: 14839390
Alan S. Gerger
Federal I.D. No.: 2646
State Bar No.: 07816350
Dunn, Neal & Gerger, LLP
3006 Brazos Street
Houston, Texas 77056
Email: lneal@dnglegal.com
Telephone: 713-403-7404
Facsimile: 713-960-0204

ATTORNEYS FOR OMNI LOGISTICS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing *Notice of Appearance and Request for Service of Documents* was served on May 12, 2015 on the parties shown below, either electronically by the clerk of the Court or by United States first class mail, postage prepaid.

Debtor
Cointerra, Inc.
11130 Jollyville Rd.
Suite 303
Austin, TX 78759

Debtor's Counsel
Timothy A. Davidson, II
Joseph P. Rovira
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, TX 77002

Trustee
Randolph N. Osherow
342 W. Woodlawn, Suite 100
San Antonio, TX 78212

Trustee's Counsel
Steve Turner
Barrett Daffin Frappier Turner & Engel
610 West 5th Street, Suite 602
Austin, TX 78701

Parties Requesting Notice
Lynn E. Saarinen
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, Texas 78701

Parties Requesting Notice
E.P. Keiffer
Wright Ginsburg Brusilow P.C.
325 North St. Paul Street, Suite 4150
Dallas, TX 75201

R. Adam Swick
Reid Collins & Tsai LLP
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746

Kimberly A. Walsh
Assistant Attorney General
c/o Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

REED SMITH LLP
Attn: Kurt F. Gwynne, Esq.
1201 N. Market Street, Suite 1500
Wilmington, Delaware 19801

EWELL, BROWN & BLANKE LLP
Attn: David F. Brown, Esq.
111 Congress Ave., 28th Floor
Austin, Texas 78701

CenturyLink Law Department
Attn: Mitchell W. Katz, Esq.
1801 California Street, 9th Floor
Denver, CO 80202

Mark H. Ralston, Esq.
Fishman Jackson PLLC
700 Three Galleria Tower
13155 Noel Road
Dallas, Texas 75240

By: /s/ Alan S. Gerger
Alan S. Gerger