**Hearing set on 5/20/2015 on Motion For Relief From Stay (dkt# 28) is also cancelled.**



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 18, 2015.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **COINTERRA, INC.,** | § | Case No. 15-10109-HCM-7 |
| | § | |
| Debtor. | § | |

### ORDER GRANTING MOTION TO ABATE HEARING ON FORTIS BENEFITS' MOTION FOR RELIEF FROM AUTOMATIC STAY

On this date came on to be considered the *Motion to Abate Hearing on Fortis Benefits' Motion for Relief From Automatic Stay* ("**Motion**") filed by Fortis Benefits, LLC, as Collateral Agent ("**Collateral Agent**"). The Court is of the opinion that the motion is meritorious and should be granted. It is therefore

ORDERED that the hearing on the *Motion for Relief From Stay* [Dkt. #28] filed by Fortis Advisors, LLC, as Collateral Agent is hereby abated indefinitely.

Submitted by:

WRIGHT GINSBERG BRUSILOW P.C.

By: */s/ E. P. Keiffer*
      E. P. Keiffer (SBTN 11181700)
325 North St. Paul St., Suite 4150
Dallas, Texas 75201
Telephone: (214) 651-6500
Facsimile: (214) 744-2615
Email: pkeiffer@wgblawfirm.com

**ATTORNEYS FOR FORTIS ADVISORS, LLC,
COLLATERAL AGENT**