**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 02, 2015.**

_HCMott_

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109-HCM |
| | § | |
| COINTERRA, INC. | § | (Chapter 7) |
| Debtor. | § | |

### ORDER REGARDING TRUSTEE'S MOTION TO LIMIT NOTICE

The Court has reviewed the Motion to Limit Matrix to Those Parties Filing a Notice of Appearance and Requested Notice, and Those Parties Filing a Proof of Claim ("Motion")(dkt #26) filed by the Chapter 7 Trustee.  The Court finds that the Motion should be granted as set forth herein, and the following Order entered.

### IT IS THEREFORE ORDERED AS FOLLOWS:

1.      Effective with the date of entry of this Order, notice regarding matters and proceedings in this Chapter 7 case (other than the matters and proceedings referred to in Bankruptcy Rule 2002(a)(4), and (f)) shall be served on a Limited Matrix consisting of the following: (a) creditors that have filed Proofs of Claim in this case; (b) parties that file a notice of appearance or request for notice; (c) the U.S. Trustee; (d) the Chapter 7 Trustee; (e) the Chapter 7 Trustee's counsel; (f) Debtor; and (g) the Debtor's counsel.

2.      Within 14 days after entry of this Order, the Chapter 7 Trustee shall file a Limited Matrix with the foregoing names and addresses.

3.      Nothing contained in this Order shall expand or reduce the notice requirements under Local Bankruptcy Rule 9013(d)(1)(A) applicable to a Chapter 7 case.

### ###