**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 02, 2015.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109-HCM |
| | § | |
| COINTERRA, INC. | § | (Chapter 7) |
| Debtor. | § | |

**ORDER REGARDING TRUSTEE'S MOTION TO LIMIT NOTICE**

The Court has reviewed the Motion to Limit Matrix to Those Parties Filing a Notice of Appearance and Requested Notice, and Those Parties Filing a Proof of Claim ("Motion")(dkt #26) filed by the Chapter 7 Trustee. The Court finds that the Motion should be granted as set forth herein, and the following Order entered.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1. Effective with the date of entry of this Order, notice regarding matters and proceedings in this Chapter 7 case (other than the matters and proceedings referred to in Bankruptcy Rule 2002(a)(4), and (f)) shall be served on a Limited Matrix consisting of the following: (a) creditors that have filed Proofs of Claim in this case; (b) parties that file a notice of appearance or request for notice; (c) the U.S. Trustee; (d) the Chapter 7 Trustee; (e) the Chapter 7 Trustee's counsel; (f) Debtor; and (g) the Debtor's counsel.

2. Within 14 days after entry of this Order, the Chapter 7 Trustee shall file a Limited Matrix with the foregoing names and addresses.

3. Nothing contained in this Order shall expand or reduce the notice requirements under Local Bankruptcy Rule 9013(d)(1)(A) applicable to a Chapter 7 case.

###

United States Bankruptcy Court
Western District of Texas

In re:  
Cointerra, Inc.  
    Debtor

Case No. 15-10109-hcm  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0542-1     User: beniteze     Page 1 of 1     Date Rcvd: Jun 02, 2015  
                Form ID: pdfintp     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2015.  
db            +Cointerra, Inc., 11130 Jollyville Rd., Suite 303, Austin, TX 78759-5593

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2015                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2015 at the address(es) listed below:

         Alan S. Gerger     on behalf of Creditor     Omni Logistics Inc asgbkp@dnglegal.com, bkpfilings@dnglegal.com  
         David F. Brown     on behalf of Creditor     CenturyLink Communications LLC dbrown@ebbr-law.com, dj3brown@yahoo.com  
         Edwin P. Keiffer     on behalf of Creditor     Fortis Advisors LLC, Collateral Agent pkeiffer@wgblawfirm.com, bwallace@wgblawfirm.com  
         Joseph P. Rovira     on behalf of Debtor     Cointerra, Inc. josephrovira@andrewskurth.com, josephrovira@andrewskurth.com  
         Kimberly A. Walsh     on behalf of Creditor     Texas Comptroller of Public Accounts bk-kwalsh@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov  
         Lynn Saarinen     on behalf of Plaintiff     Future Electronics Corp. lsaarinen@bn-lawyers.com, ahewes@bn-lawyers.com;saugusta@bn-lawyers.com;cbeyer@bn-lawyers.com  
         Lynn Saarinen     on behalf of Creditor     Future Electronics Corp. lsaarinen@bn-lawyers.com, ahewes@bn-lawyers.com;saugusta@bn-lawyers.com;cbeyer@bn-lawyers.com  
         Mark H. Ralston     on behalf of Defendant     Applied Circuit Technology, Inc. d/b/a Automated Circuit Design mralston@fishmanjackson.com, amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com  
         Mark H. Ralston     on behalf of Creditor     Applied Circuit Technology d/b/a Automated Circuit Design mralston@fishmanjackson.com, amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com  
         R. Adam Swick     on behalf of Creditor     C7 Data Centers, Inc. aswick@rctlegal.com, mmyers@rctlegal.com;tstone@rctlegal.com;kvomacka@rctlegal.com  
         Randolph N Osherow     rosherow@hotmail.com, rosherow@ecf.epiqsystems.com  
         Steve Turner     on behalf of Trustee Randolph N Osherow wdecf@BDFGROUP.com, marshak@BDFGroup.com  
         Timothy A. Davidson, II     on behalf of Debtor     Cointerra, Inc. tdavidson@akllp.com  
         Timothy R. Casey     on behalf of Creditor     Open-Silicon, Inc. timothy.casey@dbr.com, daniel.northrop@dbr.com  
         United States Trustee - AU12     ustpregion07.au.ecf@usdoj.gov  
         Willard Proctor, Jr.     on behalf of Creditor Michael Vick willard@wpjrlaw.com  
                                                                                                        TOTAL: 16