UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
Austin Division

| | | |
|---|---|---|
| In re: | § § § | |
| COINTERRA, INC. | § § § § | |
| Debtor(s). | § | Case No. 15-10109-HCM-7 |

### CERTIFICATE OF LIMITED MAILING MATRIX

I certify that a copy of: Limited Mailing Matrix (the mailing matrix is the limited mailing matrix) was mailed to the below named persons, by first class mail, on this the 9th day of June, 2015.

Address(es):

U. S. TRUSTEE
903 SAN JACINTO BLVD., SUITE 230
AUSTIN, TX 78701-2450

DEBTOR
COINTERRA, INC.
11130 JOLLYVILLE RD.
SUITE 303
AUSTIN, TX 78759

ATTORNEY FOR DEBTOR
TIMOTHY A. DAVIDSON II
ANDREWS & KURTH L.L.P.
600 TRAVIS, SUITE 4200
HOUSTON, TX 77002

CREDITORS TO BE NOTIFIED ON LIMITED MAILING MATRIX, SEE ATTACHED

                                    Respectfully submitted by:

                                    /s/ RANDOLPH N. OSHEROW
                                    RANDOLPH N. OSHEROW, 7 Trustee
                                    342 West Woodlawn, Suite 100
                                    San Antonio, TX 78212
                                    (210) 738-3001

ERIC PETERSON
156 PARK DR
EASTCHESTER NY 10709-5109

MICHAEL VICK
C/O WILLARD PROCTOR JR
ATTORNEY LAW LAW
2100 WOLFE ST
LITTLE ROCK AR 72202

FUTURE ELECTRONICS CORP
C/O LYNN SAARINEN
BARRON & NEWBURGER PC
1212 GUADALUPE STE 104
AUSTIN TX 78701

BDO USA LLP
ATTN LAURENCE W GOLDBERG
DIRECTOR REVENUE MGMT
4135 MENDENHALL OAKS PKWY
STE 140
HIGH POINT NC 27265-8143

WALTER THAMM
ALBRECHTSTRASSE 1
D-88316 ISNY IM ALLGAEU
GERMANY 88316
w.thamm@gmx.net

FORTIS ADVISORS LLC AS CA
C/O E P KEIFFER
WRIGHT GINSBERG BRUSILOW PC
325 N ST PAUL ST STE 4150
DALLAS TX 75201

C7 DATA CENTERS INC
C/O R ADAM SWICK
REID COLLINS & TSAI LLP
1301 S CAPITAL OF TX HWY
BLDG C STE 300
AUSTIN TX 78746

TEXAS COMPTROLLER
C/O KIMBERLY A WALSH AAG
C/O SHERRI K SIMPSON PARALEGAL
BANKRUPTCY & COLLECTIONS DIV
PO BOX 12548
AUSTIN TX 78711-2548

OPEN-SILICON INC
C/O TIMOTHY R CASEY
DRINKER BIDDLE & REATH LLP
191 N WACKER DR STE 3700
CHICAGO IL 60606-1698

BCF LLP
1100 RENE LEVESQUE BLVD W
25TH FL
MONTREAL QUEBEC CA H3B-5C9
martine.samuel@bcf.ca

ZACHARY CULLEN
8268 MAN O WAR RD
PALM BEACH GARDENS FL 33418

MCGRATH RENTCORP
DBA TRS-RENTELCO
PO BOX 619260
DFW AIRPORT TX 75261

SEBASTIAN TARACH
MILA 11
DZIEKANOW LESNY
POLAND 05-092
sebastian.tarach@gmail.com

TEKHNE LLC
21725 SW 187 AVE
MIAMI FL 33170

BRETT HANSMEIER
100 OLD RIVER RD STE 100
ANDOVER MA 01810

FUTURE ELECTRONICS CORP
41 MAIN ST
BOLTON MA 01740

JASON KUSUMA
2315 EASTRIDGE AVE APT 714
MENLO PARK CA 94025

KIT HUI
16912 NE 107TH ST
REDMOND WA 98052

MARK KIM
3427 RIDGE RD
LANSING IL 60438

CHRISTOPHER SNOOK
25457 SE 42ND PL
ISSAQUAH WA 98029

RYAN JAUREGUI
14272 CAMERON LN
SANTA ANA CA 92705

YEWULSEW AMARE
8328 TRIBUTE LN
LAS VEGAS NV 89147

AFZAL AHMED
66A ROBERT FORD RD
WATERTOWN MA 02472

BEN HENNEMAN
1 THE COURTYARD
GAS STREET BIRMINGHAM
WEST MIDLANDS
GREAT BRITAIN B1 2JT
ben@stunn.co.uk

MATTHEW KNIGHT
9 HARRISON CLOSE
BRANSTON STAFFORDSHIRE
GREAT BRITAIN DE14 3EF
mattkn@hotmail.co.uk

JOHN DURCAN
G09 A POWER ROAD STUDIOS
114 POWER ROAD
CHISWICK LONDON
GREAT BRITAIN W4 5PY
john@hotcow.co.uk

ARROW ELECTRONICS INC
C/O NAC RISK RECOVERY
7459 S LIMA ST
ENGLEWOOD CO 80112

VIRITON LLP
15070 E WAGONTRAIL PL
AURORA CO 80015

AUSTIN FOAM PLASTICS INC
ATTN GRETCHEN SHIPMAN
2933 A W GRIMES BLVD
PFLUGERVILLE TX 78660-5292

JAN TURZA
BEETHOVENOVA 10
NITRA SLOVAK REPUBLIC 94911
jan.turza@gmail.com

| | | |
|---|---|---|
| BRIAN CHASE<br>445 AULDON CT SE<br>SMYRNA GA 30082 | ELIRAN ITZHAKI<br>5 LANDAU APT 7<br>RAMAT GAN ISRAEL 52282<br>lalo.tfg@gmail.com | KEVIN SCHMITZ<br>SALWEIDENBECKE 21<br>BOCHUM GERMANY 44894<br>schmitz86@gmail.com |
| CADENCE DESIGN SYSTEMS INC<br>C/O COMMERCIAL COLLECTION CON<br>16830 VENTURA BLVD STE 620<br>ENCINO CA 91436 | ERICK ARGUETA<br>7601 E TREASURE DR APT 1107<br>NORTH BAY VILLAGE FL 33141 | CHUNLIU SHEN<br>56 FFORDD DRYDEN KILLAY<br>SWANSEA WALES<br>GREAT BRITIAN SA2 8PP<br>xandsuk@hotmail.com |
| WILLIAM GASKINS<br>734 – 15TH ST NW STE 1200<br>WASHINGTON DC 20005 | TOM BELANGER<br>515 DU PARC INDUSTRIEL<br>LONGEUIL QC CANADA J4H 3V7<br>tbelanger@saic.ca | SEAN SADEL-STEVENS<br>4885 BURDE ST<br>PORT ALBERNI BC CANADA V9Y 3J7<br>c6number2@gmail.com |
| GABRIEL POLITZER<br>491 ARVIDA PKWY<br>MIAMI FL 33156 | NAMPIL CHOUSEIN<br>I STAIKOU 2<br>AGRINIO AITOLOAKARNANIA<br>GREECE 30100<br>nabilhussein1@hotmail.com | BILL CHOW<br>19745 COLIMA RD STE 1-128<br>ROWLAND HEIGHTS CA 91748 |
| MIQUEL AXEL ESTELRICH RULLAN<br>C SEBASTIA RUBI 3A<br>MANACOR PM SPAIN 7500<br>saucraban@gmail.com | INDIUM CORPORATION OF AMERICA<br>ATTN LINDA HILL<br>34 ROBINSON RD<br>CLINTON NY 13323 | KOURNIKOV ANDREI DAPFOR<br>18 ALLEE DE LA PAGERIE 92500<br>RUEIL MALMAISON FRANCE<br>akournikov@gmail.com |
| MARTIN NACHEV<br>DEFENCE CLOSE<br>FLAT 57 HILL HOUSE<br>LONDON LONDON<br>GREAT BRITIAN SE28 0NQ<br>mnachev1@gmail.com | RAMAKANTH GOURU<br>12881 DEER PARK LN<br>ALPHARETTA GA 30004 | WILSON SONSINI ET AL<br>650 PAGE MILL RD<br>PALO ALTO CA 94304-1050 |
| TEXAS WORKFORCE COMM<br>REGULATORY INTEGRITY DIV – SAU<br>101 E 15TH ST RM 556<br>AUSTIN TX 78778-0001 | P R C FERNANDO<br>VIALE IGNAZIO SILONE 187,35A<br>ROME ITALY 00143<br>ruwa777@gmail.com | ERIC NYDEGGER<br>TORRY 5<br>GRANGES-PACCOT FR<br>SWITZERLAND 1763<br>eric@nydegger.biz |
| GLYN LEWIS<br>26320 GRANT AVE<br>MAPLE RIDGE BC CANADA V2W 1H2<br>glyn@superlewis.com | STUART CABORN<br>5 KNIGHTSBRIDGE DR<br>HEADLEY THATCHAM<br>HAMPSHIRE GREAT BRITIAN RG19 8JZ<br>stuart.caborn@gmail.com | COINTERRA INC<br>MEHDI SOLEIMANKHANI<br>1249 – 15TH ST<br>LOS OSOS CA 93402 |
| ERIC CONKLE<br>915 S DALEY<br>MESA AZ 85204 | MICHAEL VICK<br>1512 S BATTERY ST<br>LITTLE ROCK AR 72202 | MIKULAS KISS<br>DURCANSKEHO 1<br>NITRA SLOVAK REPUBLIC 94901<br>mikulas.kiss@gmail.com |
| NATHAN DAVIS<br>7514 SHERMAN DR<br>LINCOLN NE 68134 | BRENDAN MURRAY<br>11 BRIDGE ST<br>HAMILTON NSW AUSTRALIA 2303<br>ecflux@gmail.com | STANLEY WING HONG LEUNG<br>448 PRINCE EDWARD RD WEST<br>PRINCE RITZ 10/F BLOCK C<br>HONG KONG KOWLOON HONG KONG<br>stanley.leung@fitflop.com |

LAUTARO CLINE
C/O DANIEL M COYLE
ASTIGARRAGA DAVIS ET AL
1001 BRICKELL BAY DR 9TH FL
MIAMI FL 33131

JOSHUA JONG
6 DUNNOCK PL
WIDEOPEN NEWCASTLE UPON TYNE
TYNE AND WEAR NE13 6LE
UNITED KINGDOM
joshuajong@outlook.com

HEIKO JUCH
AM ZOLLSTOCK 16
OBERSUELZEN GERMANY 67271
hjuch@hotmail.com

MICHAEL POOLMAN
18 HAMPTON CLOSE
CADBURY HEATH
BRISTOL AVON
GREAT BRITAIN BS30 8EY
mpoolman@hotmail.com

MR BALBIR
AKA BILL CHEPAL
8042 COOPERHAWK COURT
SURREY BC CANADA V3W 0V1
b.d.chepal@shaw.ca

QUAIL ELECTRONICS
2171 RESEARCH DR
LIVERMORE CA 94550

J NOS RICHTER
RAUMERSTR 38
BERLIN GERMANY 10437
janos.richter@me.com

MIKLOS GAEBLER
WAGNERSTRASSE 6666
POTSDAM GERMANY 14480
miklos.gaebler@gmx.net

DAVID G P ALLAN
90 WINCHESTER ST
TORONTO ON CANADA M4X 1B2
davidgpallan@gmail.com

JESSICA IERACI
PIAZZA SANT' AMBROGIO 06
MISINTO
MONZA E BRIANZA ITALY 20826
manuel.online1919@gmail.com

DIRAN MARTIN YOUSOUFIAN
MORENO 1183
4TO "A" CP 2000
ROSARIO SANTA FE ARGENTINA AK 1-1
dmy@areacocotrosario.com.ar

SHU DONG
120 HAVENUEN BLUFF
ALPHARETTA GA 30022

MICHAEL PEACOCK
14D PARLIAMENT ST
LOWER HUTT
NEW ZEALAND 5010
michaelnz@msn.com

UNITED PARCEL SERVICE
C/O RECEIVABLE MGMT SERVICES
PO BOX 4396
TIMONIUM MD 21094

COINTERRA INC
11130 JOLLYVILLE RD STE 303
AUSTIN TX 78759

TIMOTHY A DAVIDSON II
ANDREWS KURTH LLP
600 TRAVIS STE 4200
HOUSTON TX 77002

OFFICE OF THE U S TRUSTEE
903 SAN JACINTO BLVD STE 230
AUSTIN TX 78701

RANDOLPH N OSHEROW
CHAPTER 7 TRUSTEE
342 W WOODLAWN STE 100
SAN ANTONIO TX 78212

INFINITI INVESTORS LLC
ATTN SHIVA DHANAPAL
3050 AUTUMN HILL TR
NEW ALBANY IN 47111

INFINITI INVESTORS LLC
C/O ADAM PUGH
SLATER PUGH LTD LLP
8400 MOPAC EXPY STE 100
AUSTIN TX 78759

CENTURYLINK TECHNOLOGY SOLUTIONS
C/O KURT F GWYNNE
REED SMITH LLP
1201 N MARKET ST STE 1500
WILMINGTON DE 19801

CENTURYLINK COMMUNICATIONS LLC
C/O DAVID F BROWN
EWELL BROWN & BLANKE LLP
111 CONGRESS AVE 28TH FL
AUSTIN TX 78701

CENTURYLINK LAW DEPT
ATTN MITCHELL W KATZ
1801 CALIFORNIA ST 9TH FL
DENVER CO 80202

KASSITE LIMITED
LITTLEMORE PARK ARMSTRONG RD
OXFORD OX4 4FY
UNITED KINGDOM
info@kassite.co

KYLE ASKINE
13804 CLARKWOOD LN
LAUREL MD 20707

REGAL RESEARCH AND MFG CO LLC
C/O ROBERT PALMER
FOX ROTHSCHILD LLP
5420 LBJ FRWY STE 1200
DALLAS TX 75240

OPEN-SILICON INC
ATTN JAY VYAS SR VP AND CFO
490 N MCCARTNEY BLVD STE 220
MILPITAS CA 95035

DONALD CROCK
204 OVERLOOK DR
KENT OH 44240

GUILHERME CHERMAN PERDIGAO DE OLIVEIRA
RUA ALMIRANTE GUILOBEL 110 408
RIO DE JANEIRO RJ BRAZIL CEP 22471-150
RIO DE JANEIRO RI 22471-150
kiko@cherman.com.br

SHARON BOONE
37543 ENGLAND WAY 221
RED DEER COUNTY AB
CANADA T4W 2C3
sharonjboone@gmail.com

MICHAEL DENHAM
PO BOX 420
WEST MILTON PA 17886

LASZLO TUKACS
RIM U 3
BUDAPEST BU HUNGARY 1183
laszlo.tukacs@gmail.com

VLADIMIR ZDOROV
3762 FIRPOINTE ST
SAN RAMON CA 94582

MICHAEL DIEMER
25 W PERRY ST
WILLARD OH 44890

WILLIAM GASKINS
734 – 15TH ST NW STE 1200
WASHINGTON DC 20005

BO YANG
6 VALERIE AVE
JERICHO NY 11753

BOGDAN BIVOLARU
TRAIAN POPOVICI NR 89
BLOCK B10 6TH FL APT 38
BUCHAREST ROMANIA 31422
bogdan.bivolaru@gmail.com

OMNI LOGISTICS
15912 INTERNATIONAL PLAZA DR
HOUSTON TX 77032

QUENTIN GOMEZ JR
4254 DERBY DR
DAVIE FL 33330

IMPALA LTD
ROOM 1617-18 STAR HOUSE
3 SALISBURY RD
TST KOWLOON
HONG KONG
preukschat_alex@hotmail.com

ALI ABDULSATTAR AL BESHRI
C/O EMIR MANSOURI
PO BOX 3459
DOHA QATAR
rula.algazawl@gmail.com

JOHN KELLY
1101 NE 109TH ST
MIAMI FL 33161

B F T J JESPERS
LINUS PAULINGWEG 12
THE NETHERLANDS (HOLLAND)
ROTTERDAM AR 3069-NM
bftj.jespers@gmail.com

PIETRO BRIVIO
VIA IV NOVEMBRE 51 SCALA
AMERATE LOMBARDIA ITALY 23807
pedro.brivio@gmail.com

KELLEY BRITENBAKER
701 BOULDER BLVD
SAN MARCOS TX 78666-8347

FEDEX TECHCONNECT INC
ATTN REVENUE RECOVERY/BKY
3965 AIRWAYS BLVD MODULE G 3RD FL
MEMPHIS TN 38116

VENUGOPAL BADARAVADA
360 BELL ST SOUTH UNIT 515
OTTAWA ON CANADA K1S 5E8
bitcows@gmail.com

ANDREWS KURTH LLP
ATTN TIMOTHY A DAVIDSON II
600 TRAVIS STE 4200
HOUSTON TX 77002

UNITED PARCEL SERVICE INC
C/O ALSTON & BIRD LLP
ATTN BOWEN SHOEMAKER
1201 W PEACHTREE ST
ATLANTA GA 30309-3424

UPS SUPPLY CHAIN SOLUTIONS INC
C/O ALSTON & BIRD LLP
ATTN BOWEN SHOEMAKER
1201 W PEACHTREE ST
ATLANTA GA 30309-3424

GRZEGORZ SAGANSKI
MUCHOBORSKA 8
WROCLAW POLAND 54-424
grzegorz_saganski@fastmail.fm

YIMIN WANG
QINGTIEJIAYUAN QINGLONGCHANG
ROOM 51 UNIT 4 OF BLDG 8
CHENGDU CHENGHUA CN24
CHINA 610066
acsonic@163.com

DOUGLAS WALL
3 ROLLESBY ST HOON HAY
CHRISTCHURCH CT
NEW ZEALAND 8025
flamegrilledmonkey795@gmail.com

WEI CAO
LANE 300 WU NING RD
ROOM 403 NO 21
SHANGHAI CN10 CHINA 200063
15900959911@163.com

JOSTON PINTO
1921 CALIFORNIA ST APT 18
MOUNTAIN VIEW CA 94040

THIJS VAN DEN BERG
JOHANNES WORPSTRAAT 49 III
AMSTERDAM NETHERLANDS 1076BG
t.berg15@chello.nl

TUUR DIRK DEMEESTER
220 N ZAPATA HWY #11
PMB #851A
LAREDO TX 78043-4464
tuurdemeester@gmail.com

MARC DELGADO
C/O JASON M MEDLEY
LECLAIR RYAN PC
1233 WEST LOOP S STE 1000
HOUSTON TX 77027

SYNOPSYS INC
C/O PETRA M REINSCKE
SCHWARTZ & CERA LLP
201 CALIFORNIA ST STE 450
SAN FRANCISCO CA 94111

JAKUB HODAN
VRESKOVICE 78
VRESKOVICE CZECH REPUBLIC 33401
jakubhodan@seznam.cz

HANNACOTT SA
C/O STEVE SKARNULIS
CAIN & SCARNULIS
400 W 15TH ST STE 900
AUSTIN TX 78701

MATTIA BALDINGER
ZUNZGERSTRASSE 24
SISSACH SCHWEIZ
SWITZERLAND 4450
mattia.baldinger@gmail.com

APPLIED CIRCUIT TECHNOLOGY INC
C/O MARK RALSTON
FISHMAN JACKSON PLLC
THREE GALLERIA TOWER
13155 NOEL RD STE 700
DALLAS TX 75240

PANOS SKALTSAS
ALIKARNASSOU 24
NEA SMYRNI ATTICA GREECE 17122
pskalts@gmail.com

CHRISTIAN SPRAJC
NIEDERDONKER STR 34
GERMANY
DSSELDORF AK 40547
sprajc@powerfolder.com

MICHAEL DELGADO
11755 SW 18TH ST APT 407
MIAMI FL 33175

ANDREW WALDORF
6300 E HAMPDEN AVE APT 3230
DENVER CO 80222