IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 15-10109-HCM |
| **COINTERRA, INC.,** | § | |
| | § | Chapter 7 |
| Debtor. | § | |

**ORDER GRANTING MOTION TO APPROVE COMPROMISES WITH
FORTIS BENEFITS, LLC, AS COLLATERAL AGENT, C7 DATA CENTERS, INC.,
AND OPEN SILICON, INC., INCLUDING AUTOMATIC STAY MODIFICATIONS**

On this day came on for consideration the *Motion to Approve Compromises with Fortis Benefits, LLC, as Collateral Agent, C7 Data Centers, Inc,. and Open Silicon, Inc., Including Automatic Stay Modifications* (the "**Motion**") filed by Randolph N. Osherow, the Chapter 7 Trustee (the "**Trustee**") for CoinTerra, Inc., the Debtor herein. The Court, after considering the averments in the Motion and representation of counsel that notice of the Motion was properly served in compliance with Local Rule 9013, and no objections having been filed during the negative notice period, concludes that the Motion should be granted.

**IT IS THERFORE ORDERED** that the **Motion** is **GRANTED** as set forth herein and the settlement between the Trustee, Fortis Benefits, LLC, as Collateral Agent, C7 Data Centers,

Inc., and Open Silicon, Inc., including the automatic stay modifications as detailed in the Motion, are approved and all of the provisions of the Settlement Agreement are operative and binding upon the entry of this Order; it is further

**ORDERED** that the stay set forth in Rule 4001(a)(3) is determined by this to not be necessary and is thus not applicable to this Order. As such the Trustee and other parties thereto, are authorized to take all actions necessary to implement the Settlement Agreement attached to the Motion as Exhibit "A."

###

ORDER SUBMITTED BY:

Steve Turner
Barrett Daffin Frappier Turner & Engel, LLP
610 West 5th Street, Suite 602
Austin, Texas 78701
Telephone: (512) 687-2500
Facsimile: (512) 477-1112
stevet@bdfgroup.com