# IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

**Dated: July 06, 2015.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 15-10109-HCM |
| COINTERRA, INC., | § | |
| | § | Chapter 7 |
| Debtor. | § | |

**ORDER GRANTING MOTION TO APPROVE COMPROMISES WITH
FORTIS BENEFITS, LLC, AS COLLATERAL AGENT, C7 DATA CENTERS, INC.,
AND OPEN SILICON, INC., INCLUDING AUTOMATIC STAY MODIFICATIONS**

On this day came on for consideration the *Motion to Approve Compromises with Fortis Benefits, LLC, as Collateral Agent, C7 Data Centers, Inc,. and Open Silicon, Inc., Including Automatic Stay Modifications* (the "**Motion**") filed by Randolph N. Osherow, the Chapter 7 Trustee (the "**Trustee**") for CoinTerra, Inc., the Debtor herein. The Court, after considering the averments in the Motion and representation of counsel that notice of the Motion was properly served in compliance with Local Rule 9013, and no objections having been filed during the negative notice period, concludes that the Motion should be granted.

**IT IS THERFORE ORDERED** that the **Motion** is **GRANTED** as set forth herein and the settlement between the Trustee, Fortis Benefits, LLC, as Collateral Agent, C7 Data Centers,

Inc., and Open Silicon, Inc., including the automatic stay modifications as detailed in the Motion, are approved and all of the provisions of the Settlement Agreement are operative and binding upon the entry of this Order; it is further

**ORDERED** that the stay set forth in Rule 4001(a)(3) is determined by this to not be necessary and is thus not applicable to this Order. As such the Trustee and other parties thereto, are authorized to take all actions necessary to implement the Settlement Agreement attached to the Motion as Exhibit "A."

###

ORDER SUBMITTED BY:

Steve Turner
Barrett Daffin Frappier Turner & Engel, LLP
610 West 5th Street, Suite 602
Austin, Texas 78701
Telephone: (512) 687-2500
Facsimile: (512) 477-1112
stevet@bdfgroup.com

United States Bankruptcy Court
Western District of Texas

In re:  
Cointerra, Inc.  
    Debtor

Case No. 15-10109-hcm  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0542-1     User: boydl     Page 1 of 1     Date Rcvd: Jul 06, 2015  
                           Form ID: pdfintp     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2015.  
cr          +Fortis Advisors LLC, Collateral Agent,    c/o E. P. Keiffer,    Wright Ginsberg Brusilow PC,    325 N. St. Paul Street, Suite 4150,    Dallas, TX 75201-3861

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2015                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2015 at the address(es) listed below:
       Alan S. Gerger    on behalf of Creditor    Omni Logistics Inc asgbkp@dnglegal.com, bkpfilings@dnglegal.com  
       David F. Brown    on behalf of Creditor    CenturyLink Communications LLC dbrown@ebbr-law.com, dj3brown@yahoo.com  
       Edwin P. Keiffer    on behalf of Creditor    Fortis Advisors LLC, Collateral Agent pkeiffer@wgblawfirm.com, bwallace@wgblawfirm.com  
       Joseph P. Rovira    on behalf of Debtor    Cointerra, Inc. josephrovira@andrewskurth.com, josephrovira@andrewskurth.com  
       Kimberly A. Walsh    on behalf of Creditor    Texas Comptroller of Public Accounts bk-kwalsh@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov  
       Lynn Saarinen    on behalf of Plaintiff    Future Electronics Corp. lsaarinen@bn-lawyers.com, ahewes@bn-lawyers.com;saugusta@bn-lawyers.com;cbeyer@bn-lawyers.com  
       Lynn Saarinen    on behalf of Creditor    Future Electronics Corp. lsaarinen@bn-lawyers.com, ahewes@bn-lawyers.com;saugusta@bn-lawyers.com;cbeyer@bn-lawyers.com  
       Mark H. Ralston    on behalf of Defendant    Applied Circuit Technology, Inc. d/b/a Automated Circuit Design mralston@fishmanjackson.com, amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com  
       Mark H. Ralston    on behalf of Creditor    Applied Circuit Technology d/b/a Automated Circuit Design mralston@fishmanjackson.com, amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com  
       R. Adam Swick    on behalf of Creditor    C7 Data Centers, Inc. aswick@rctlegal.com, mmyers@rctlegal.com;tstone@rctlegal.com;kvomacka@rctlegal.com  
       Randolph N Osherow    rosherow@hotmail.com, rosherow@ecf.epiqsystems.com  
       Steve Turner    on behalf of Trustee Randolph N Osherow wdecf@BDFGROUP.com, marshak@BDFGroup.com  
       Timothy A. Davidson, II    on behalf of Debtor    Cointerra, Inc. tdavidson@akllp.com  
       Timothy R. Casey    on behalf of Creditor    Open-Silicon, Inc. timothy.casey@dbr.com, daniel.northrop@dbr.com  
       United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov  
       Willard Proctor, Jr.    on behalf of Creditor Michael Vick willard@wpjrlaw.com  
                                                                                                TOTAL: 16