# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 15–10109–hcm
Chapter No.: 7
Judge: H. Christopher Mott

IN RE: **Cointerra, Inc.** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    Austin Courtroom 2, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on   **9/14/15  at   09:30 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 74 Second Motion for Relief from Stay (14 Day Objection Language) ( Filing Fee: $ 176.00 ) filed by Lynn Saarinen for Creditor Future Electronics Corp. (Attachments: # 1 Proposed Order)) Hearing Scheduled For 9/14/2015 at 09:30 AM at Austin Courtroom 2 (Farrar, Ronda) . The debtor must file a response within **14 DAYS** from the date of service of the above motion. If a response is **NOT** timely filed, **NO HEARING WILL BE HELD** and the relief requested in the motion will be granted after the expiration date. **A TIMELY–FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD**.....*IF TIME ESTIMATE FOR BOTH SIDES EXCEEDS 30 MINUTES, PLEASE E–MAIL THE COURTROOM DEPUTY AT RONDA_FARRAR@TXWB.USCOURTS.GOV FOR A SPECIAL SETTING; IF THIS MATTER SETTLES, YOU MAY APPEAR AT DOCKET CALL TO EITHER SUBMIT AN AGREED ORDER OR ANNOUNCEMENT 30 MINUTES BEFORE THE HEARING TIME.*

Dated:  7/27/15

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)–HCM] [NtchrgBKhcmap]

United States Bankruptcy Court
Western District of Texas

In re:                                                              Case No. 15-10109-hcm
Cointerra, Inc.                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0542-1          User: Farrarr          Page 1 of 1          Date Rcvd: Jul 27, 2015
                              Form ID: 510           Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2015.
```
db          +Cointerra, Inc.,    11130 Jollyville Rd.,    Suite 303,    Austin, TX 78759-5593
aty         +Bernard C. Devieux,    Reed Smith LLP,    1201 N. Market St, Ste. 1500,
              Wilmington, DE 19801-1163
cr           C7 Data Centers, Inc.,    c/o R. Adam Swick,    Building C, Suite 300,    Austin, TX  78746
cr          +Fortis Advisors LLC, Collateral Agent,    c/o E. P. Keiffer,    Wright Ginsberg Brusilow PC,
              325 N. St. Paul Street, Suite 4150,    Dallas, TX 75201-3861
cr          +Future Electronics Corp.,    c/o Barron & Newburger, PC,    Attn: Lynn Saarinen,
              1212 Guadalupe, Suite 104,    Austin, TX 78701-1801
cr          +Michael Vick,    1512 S. Battery Street,    Little Rock, AR 72202-5813
cr          +Omni Logistics Inc,    c/o Alan Gerger and Loyd Neal,    3006 Brazos,    Houston, TX 77006-3418
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/Text: bklaw2@centurylink.com Jul 27 2015 23:33:24     CenturyLink Communications LLC,
              1801 California Street,    Suite 900,    Denver, CO 80202-2609
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Applied Circuit Technology d/b/a Automated Circuit
                                                                                   TOTALS: 1, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2015 at the address(es) listed below:
```
              Alan S. Gerger    on behalf of Creditor    Omni Logistics Inc asgbkp@dnglegal.com,
               bkpfilings@dnglegal.com
              David F. Brown    on behalf of Creditor    CenturyLink Communications LLC dbrown@ebbr-law.com,
               dj3brown@yahoo.com
              Edwin P. Keiffer    on behalf of Creditor    Fortis Advisors LLC, Collateral Agent
               pkeiffer@wgblawfirm.com, bwallace@wgblawfirm.com
              Joseph P. Rovira    on behalf of Debtor    Cointerra, Inc. josephrovira@andrewskurth.com,
               josephrovira@andrewskurth.com
              Kimberly A. Walsh    on behalf of Creditor    Texas Comptroller of Public Accounts
               bk-kwalsh@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
              Lynn Saarinen    on behalf of Plaintiff    Future Electronics Corp. lsaarinen@bn-lawyers.com,
               ahewes@bn-lawyers.com;saugusta@bn-lawyers.com;cbeyer@bn-lawyers.com
              Lynn Saarinen    on behalf of Creditor    Future Electronics Corp. lsaarinen@bn-lawyers.com,
               ahewes@bn-lawyers.com;saugusta@bn-lawyers.com;cbeyer@bn-lawyers.com
              Mark H. Ralston    on behalf of Defendant    Applied Circuit Technology, Inc. d/b/a Automated
               Circuit Design mralston@fishmanjackson.com,
               amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com
              Mark H. Ralston    on behalf of Creditor    Applied Circuit Technology d/b/a Automated Circuit
               Design mralston@fishmanjackson.com,
               amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com
              R. Adam Swick    on behalf of Creditor    C7 Data Centers, Inc. aswick@rctlegal.com,
               mmyers@rctlegal.com;tstone@rctlegal.com;kvomacka@rctlegal.com
              Randolph N Osherow    rosherow@hotmail.com, rosherow@ecf.epiqsystems.com
              Steve Turner    on behalf of Trustee Randolph N Osherow wdecf@BDFGROUP.com, marshak@BDFGroup.com
              Timothy A. Davidson, II    on behalf of Debtor    Cointerra, Inc. tdavidson@akllp.com
              Timothy R. Casey    on behalf of Creditor    Open-Silicon, Inc. timothy.casey@dbr.com,
               daniel.northrop@dbr.com
              United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
              Willard Proctor, Jr.    on behalf of Creditor Michael  Vick willard@wpjrlaw.com
                                                                                             TOTAL: 16
```