

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 19, 2015.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** | § § | |
| **COINTERRA, INC.** | § § | Case No. 15-10109-hcm |
| Debtor | § § | (Chapter 7) |
| _____ | § § | |
| **FUTURE ELECTRONICS CORP.,** | § § | |
| Movant | § § | |
| v. | § § | |
| **COINTERRA, INC. and RANDY OSHEROW, TRUSTEE,** | § § § | |
| Respondents | § | |

### ORDER LIFTING STAY AS TO FUTURE ELECTRONICS CORP.

Came on for consideration the Second Motion for Relief From Stay ("Motion") filed by Future Electronics Corp. ("Movant") and the Court after determining that it had jurisdiction over the parties and that proper notice had been given to all parties of interest and noting no objection to the

Order Lifting Stay As to Future Electronics
14544.0LS

1

Motion, finds that cause exists for lifting the automatic stay as to Future Electronics Corp. It is therefore,

ORDERED that the Automatic Stay is hereby terminated as to Future Electronics Corp. It is further,

ORDERED that Future Electronics Corp. is authorized to pursue any and all available remedies under state and federal law with regard to the collateral. It is further

ORDERED that this Order is effective immediately and the 14 day stay of order set forth in Bankruptcy Rule 4001(a)(3) is hereby waived.

### ###

Prepared by:

Lynn Saarinen
BARRON & NEWBURGER, P.C.
1212 Guadalupe, Suite 104
Austin, Texas 78701
(512) 476-9103 x 231