

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 19, 2015.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COINTERRA, INC. | § | Case No. 15-10109-hcm |
|    Debtor | § | (Chapter 7) |
| | § | |
| _____ | § | |
| | § | |
| FUTURE ELECTRONICS CORP., | § | |
|    Movant | § | |
| | § | |
| v. | § | |
| | § | |
| COINTERRA, INC. and | § | |
| RANDY OSHEROW, TRUSTEE, | § | |
|    Respondents | § | |

**ORDER LIFTING STAY AS TO FUTURE ELECTRONICS CORP.**

Came on for consideration the Second Motion for Relief From Stay ("Motion") filed by Future Electronics Corp. ("Movant") and the Court after determining that it had jurisdiction over the parties and that proper notice had been given to all parties of interest and noting no objection to the

Order Lifting Stay As to Future Electronics
14544.0LS

1

Motion, finds that cause exists for lifting the automatic stay as to Future Electronics Corp. It is therefore,

ORDERED that the Automatic Stay is hereby terminated as to Future Electronics Corp. It is further,

ORDERED that Future Electronics Corp. is authorized to pursue any and all available remedies under state and federal law with regard to the collateral. It is further

ORDERED that this Order is effective immediately and the 14 day stay of order set forth in Bankruptcy Rule 4001(a)(3) is hereby waived.

### ###

Prepared by:

Lynn Saarinen
BARRON & NEWBURGER, P.C.
1212 Guadalupe, Suite 104
Austin, Texas 78701
(512) 476-9103 x 231

Order Lifting Stay As to Future Electronics
14544.0LS

2

United States Bankruptcy Court
Western District of Texas

In re:  
Cointerra, Inc.  
      Debtor

Case No. 15-10109-hcm  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0542-1     User: miillers     Page 1 of 1     Date Rcvd: Aug 19, 2015  
                       Form ID: pdfintp     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2015.
```
db             +Cointerra, Inc.,    11130 Jollyville Rd.,    Suite 303,    Austin, TX 78759-5593
cr             +Future Electronics Corp.,    c/o Barron & Newburger, PC,    Attn: Lynn Saarinen,
                 1212 Guadalupe, Suite 104,    Austin, TX 78701-1801
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2015                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2015 at the address(es) listed below:
```
              Alan S. Gerger    on behalf of Creditor    Omni Logistics Inc asgbkp@dnglegal.com,
               bkpfilings@dnglegal.com
              David F. Brown    on behalf of Creditor    CenturyLink Communications LLC dbrown@ebbr-law.com,
               dj3brown@yahoo.com
              Edwin P. Keiffer    on behalf of Creditor    Fortis Advisors LLC, Collateral Agent
               pkeiffer@wgblawfirm.com,    bwallace@wgblawfirm.com
              Joseph P. Rovira    on behalf of Debtor    Cointerra, Inc. josephrovira@andrewskurth.com,
               josephrovira@andrewskurth.com
              Kimberly A. Walsh    on behalf of Creditor    Texas Comptroller of Public Accounts
               bk-kwalsh@texasattorneygeneral.gov,    sherri.simpson@texasattorneygeneral.gov
              Lynn Saarinen    on behalf of Plaintiff    Future Electronics Corp. lsaarinen@bn-lawyers.com,
               ahewes@bn-lawyers.com;saugusta@bn-lawyers.com;cbeyer@bn-lawyers.com
              Lynn Saarinen    on behalf of Creditor    Future Electronics Corp. lsaarinen@bn-lawyers.com,
               ahewes@bn-lawyers.com;saugusta@bn-lawyers.com;cbeyer@bn-lawyers.com
              Mark H. Ralston    on behalf of Creditor    Applied Circuit Technology d/b/a Automated Circuit
               Design mralston@fishmanjackson.com,
               amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com
              Mark H. Ralston    on behalf of Defendant    Applied Circuit Technology, Inc. d/b/a Automated
               Circuit Design mralston@fishmanjackson.com,
               amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com
              R. Adam Swick    on behalf of Creditor    C7 Data Centers, Inc. aswick@rctlegal.com,
               mmyers@rctlegal.com;tstone@rctlegal.com;kvomacka@rctlegal.com
              Randolph N Osherow    rosherow@hotmail.com,    rosherow@ecf.epiqsystems.com
              Steve Turner    on behalf of Trustee Randolph N Osherow wdecf@BDFGROUP.com,    marshak@BDFGroup.com
              Timothy A. Davidson, II    on behalf of Debtor    Cointerra, Inc. tdavidson@akllp.com
              Timothy R. Casey    on behalf of Creditor    Open-Silicon, Inc. timothy.casey@dbr.com,
               daniel.northrop@dbr.com
              United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
              Willard Proctor, Jr.    on behalf of Creditor Michael  Vick willard@wpjrlaw.com
                                                                                             TOTAL: 16
```