**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No.  15-10109-HCM** |
| **COINTERRA, INC,** | § | |
| | § | **Chapter 7** |
| Debtor. | § | |
| | § | |

### DISCLOSUIRE OF COMPENSATION UNDER 11 U.S.C. § 329
### AND BANKRUPTCY RULE 2016(b)

I certify that Kell C. Mercer and Kell C. Mercer, P.C.  (the "Firm") is the proposed Litigation Counsel for the Trustee and the bankruptcy estate in the above styled and numbered case and that the compensation paid or agreed to be paid for services rendered, or to be rendered, on behalf of the Trustee and the bankruptcy estate in connection with a case under Title 11 of the United States Code, such payment or agreement having been made subject to Bankruptcy Court approval, is as follows:

No retainer, compensation, or other payment has been received or requested by the Firm in connection with its employment by the Trustee in this case.

All fees and expenses to be paid to the Firm are subject to prior approval by the Court after notice as required by law.  The Firm's present hourly rates are as follows:

Kell C. Mercer - $400 per hour

My hourly rate will be reviewed and adjusted on an annual basis.  I will confer with the Trustee before any raise in my hourly rate will be effective.  Adjusted rates will be applicable to any work done after the effective date of the adjustment**.**

The Firm has not agreed to share this compensation with any other person or firm.

My contact information is as follows:

Kell C. Mercer, P.C.
1602 E. Cesar Chavez Street
Austin, Texas  78702
(512) 627-3512
(512)  597-0767 (Fax)
kell.mercer@mercer-law-pc.com

Dated:  February 10, 2016

/s/ Kell C. Mercer
Kell C. Mercer