| | | |
|---|---|---|
| ERIC PETERSON<br>156 PARK DR<br>EASTCHESTER NY 10709-5109 | MICHAEL VICK<br>C/O WILLARD PROCTOR JR<br>ATTORNEY LAW LAW<br>2100 WOLFE ST<br>LITTLE ROCK AR 72202 | FUTURE ELECTRONICS CORP<br>C/O LYNN SAARINEN<br>BARRON & NEWBURGER PC<br>1212 GUADALUPE STE 104<br>AUSTIN TX 78701 |
| BDO USA LLP<br>ATTN  LAURENCE W GOLDBERG<br>DIRECTOR REVENUE MGMT<br>4135 MENDENHALL OAKS PKWY<br>STE 140<br>HIGH POINT NC 27265-8143 | WALTER THAMM<br>ALBRECHTSTRASSE 1<br>D-88316 ISNY IM ALLGAEU<br>GERMANY 88316<br>w.thamm@gmx.net | FORTIS ADVISORS LLC AS CA<br>C/O E P KEIFFER<br>WRIGHT GINSBERG BRUSILOW PC<br>325 N ST PAUL ST STE 4150<br>DALLAS TX 75201 |
| C7 DATA CENTERS INC<br>C/O R ADAM SWICK<br>REID COLLINS & TSAI LLP<br>1301 S CAPITAL OF TX HWY<br>BLDG C STE 300<br>AUSTIN TX 78746 | TEXAS COMPTROLLER<br>C/O KIMBERLY A WALSH AAG<br>C/O SHERRI K SIMPSON PARALEGAL<br>BANKRUPTCY & COLLECTIONS DIV<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | OPEN-SILICON INC<br>C/O TIMOTHY R CASEY<br>DRINKER BIDDLE & REATH LLP<br>191 N WACKER DR STE 3700<br>CHICAGO IL 60606-1698 |
| BCF LLP<br>1100 RENE LEVESQUE BLVD W<br>25TH FL<br>MONTREAL QUEBEC CA H3B-5C9<br>martine.samuel@bcf.ca | ZACHARY CULLEN<br>8268 MAN O WAR RD<br>PALM BEACH GARDENS FL 33418 | MCGRATH RENTCORP<br>DBA TRS-RENTELCO<br>PO BOX 619260<br>DFW AIRPORT TX 75261 |
| SEBASTIAN TARACH<br>MILA 11<br>DZIEKANOW LESNY<br>POLAND 05-092<br>sebastian.tarach@gmail.com | TEKHNE LLC<br>21725 SW 187 AVE<br>MIAMI FL 33170 | BRETT HANSMEIER<br>100 OLD RIVER RD STE 100<br>ANDOVER MA 01810 |
| FUTURE ELECTRONICS CORP<br>41 MAIN ST<br>BOLTON MA 01740 | JASON KUSUMA<br>2315 EASTRIDGE AVE APT 714<br>MENLO PARK CA 94025 | KIT HUI<br>16912 NE 107TH ST<br>REDMOND WA 98052 |
| MARK KIM<br>3427 RIDGE RD<br>LANSING IL 60438 | CHRISTOPHER SNOOK<br>25457 SE 42ND PL<br>ISSAQUAH WA 98029 | RYAN JAUREGUI<br>14272 CAMERON LN<br>SANTA ANA CA 92705 |
| YEWULSEW AMARE<br>8328 TRIBUTE LN<br>LAS VEGAS NV 89147 | AFZAL AHMED<br>66A ROBERT FORD RD<br>WATERTOWN MA 02472 | BEN HENNEMAN<br>1 THE COURTYARD<br>GAS STREET BIRMINGHAM<br>WEST MIDLANDS<br>GREAT BRITAIN B1 2JT<br>ben@stunn.co.uk |
| MATTHEW KNIGHT<br>9 HARRISON CLOSE<br>BRANSTON STAFFORDSHIRE<br>GREAT BRITAIN DE14 3EF<br>mattkn@hotmail.co.uk | JOHN DURCAN<br>G09 A POWER ROAD STUDIOS<br>114 POWER ROAD<br>CHISWICK LONDON<br>GREAT BRITAIN W4 5PY<br>john@hotcow.co.uk | ARROW ELECTRONICS INC<br>C/O NAC RISK RECOVERY<br>7459 S LIMA ST<br>ENGLEWOOD CO 80112 |
| VIRITON LLP<br>15070 E WAGONTRAIL PL<br>AURORA CO 80015 | AUSTIN FOAM PLASTICS INC<br>ATTN  GRETCHEN SHIPMAN<br>2933 A W GRIMES BLVD<br>PFLUGERVILLE TX 78660-5292 | JAN TURZA<br>BEETHOVENOVA 10<br>NITRA SLOVAK REPUBLIC 94911<br>jan.turza@gmail.com |

BRIAN CHASE
445 AULDON CT SE
SMYRNA GA 30082

ELIRAN ITZHAKI
5 LANDAU APT 7
RAMAT GAN ISRAEL 52282
lalo.tfg@gmail.com

KEVIN SCHMITZ
SALWEIDENBECKE 21
BOCHUM GERMANY 44894
schmitz86@gmail.com

CADENCE DESIGN SYSTEMS INC
C/O COMMERCIAL COLLECTION CON
16830 VENTURA BLVD STE 620
ENCINO CA 91436

ERICK ARGUETA
7601 E TREASURE DR APT 1107
NORTH BAY VILLAGE FL 33141

CHUNLIU SHEN
56 FFORDD DRYDEN KILLAY
SWANSEA WALES
GREAT BRITIAN SA2 8PP
xandsuk@hotmail.com

WILLIAM GASKINS
734 – 15TH ST NW STE 1200
WASHINGTON DC 20005

TOM BELANGER
515 DU PARC INDUSTRIEL
LONGEUIL QC CANADA J4H 3V7
tbelanger@saic.ca

SEAN SADEL-STEVENS
4885 BURDE ST
PORT ALBERNI BC CANADA V9Y 3J7
c6number2@gmail.com

GABRIEL POLITZER
491 ARVIDA PKWY
MIAMI FL 33156

NAMPIL CHOUSEIN
I STAIKOU 2
AGRINIO AITOLOAKARNANIA
GREECE 30100
nabilhussein1@hotmail.com

BILL CHOW
19745 COLIMA RD STE 1-128
ROWLAND HEIGHTS CA 91748

MIQUEL AXEL ESTELRICH RULLAN
C SEBASTIA RUBI 3A
MANACOR PM SPAIN 7500
saucraban@gmail.com

INDIUM CORPORATION OF AMERICA
ATTN   LINDA HILL
34 ROBINSON RD
CLINTON NY 13323

KOURNIKOV ANDREI DAPFOR
18 ALLEE DE LA PAGERIE 92500
RUEIL MALMAISON FRANCE
akournikov@gmail.com

MARTIN NACHEV
DEFENCE CLOSE
FLAT 57 HILL HOUSE
LONDON LONDON
GREAT BRITIAN SE28 0NQ
mnachev1@gmail.com

RAMAKANTH GOURU
12881 DEER PARK LN
ALPHARETTA GA 30004

WILSON SONSINI ET AL
650 PAGE MILL RD
PALO ALTO CA 94304-1050

TEXAS WORKFORCE COMM
REGULATORY INTEGRITY DIV – SAU
101 E 15TH ST RM 556
AUSTIN TX 78778-0001

P R C FERNANDO
VIALE IGNAZIO SILONE 187,35A
ROME ITALY 00143
ruwa777@gmail.com

ERIC NYDEGGER
TORRY 5
GRANGES-PACCOT FR
SWITZERLAND 1763
eric@nydegger.biz

GLYN LEWIS
26320 GRANT AVE
MAPLE RIDGE BC CANADA V2W 1H2
glyn@superlewis.com

STUART CABORN
5 KNIGHTSBRIDGE DR
HEADLEY THATCHAM
HAMPSHIRE GREAT BRITIAN RG19 8JZ
stuart.caborn@gmail.com

COINTERRA INC
MEHDI SOLEIMANKHANI
1249 – 15TH ST
LOS OSOS CA 93402

ERIC CONKLE
915 S DALEY
MESA AZ 85204

MICHAEL VICK
1512 S BATTERY ST
LITTLE ROCK AR 72202

MIKULAS KISS
DURCANSKEHO 1
NITRA SLOVAK REPUBLIC 94901
mikulas.kiss@gmail.com

NATHAN DAVIS
7514 SHERMAN DR
LINCOLN NE 68134

BRENDAN MURRAY
11 BRIDGE ST
HAMILTON NSW AUSTRALIA 2303
ecflux@gmail.com

STANLEY WING HONG LEUNG
448 PRINCE EDWARD RD WEST
PRINCE RITZ 10/F BLOCK C
HONG KONG KOWLOON HONG KONG
stanley.leung@fitflop.com

| | | |
|---|---|---|
| LAUTARO CLINE<br>C/O DANIEL M COYLE<br>ASTIGARRAGA DAVIS ET AL<br>1001 BRICKELL BAY DR 9TH FL<br>MIAMI FL 33131 | JOSHUA JONG<br>6 DUNNOCK PL<br>WIDEOPEN NEWCASTLE UPON TYNE<br>TYNE AND WEAR NE13 6LE<br>UNITED KINGDOM<br>joshuajong@outlook.com | HEIKO JUCH<br>AM ZOLLSTOCK 16<br>OBERSUELZEN GERMANY 67271<br>hjuch@hotmail.com |
| MICHAEL POOLMAN<br>18 HAMPTON CLOSE<br>CADBURY HEATH<br>BRISTOL AVON<br>GREAT BRITAIN BS30 8EY<br>mpoolman@hotmail.com | MR BALBIR<br>AKA BILL CHEPAL<br>8042 COOPERHAWK COURT<br>SURREY BC CANADA V3W 0V1<br>b.d.chepal@shaw.ca | QUAIL ELECTRONICS<br>2171 RESEARCH DR<br>LIVERMORE CA 94550 |
| J NOS RICHTER<br>RAUMERSTR 38<br>BERLIN GERMANY 10437<br>janos.richter@me.com | MIKLOS GAEBLER<br>WAGNERSTRASSE 6666<br>POTSDAM GERMANY 14480<br>miklos.gaebler@gmx.net | DAVID G P ALLAN<br>90 WINCHESTER ST<br>TORONTO ON CANADA M4X 1B2<br>davidgpallan@gmail.com |
| JESSICA IERACI<br>PIAZZA SANT' AMBROGIO 06<br>MISINTO<br>MONZA E BRIANZA ITALY 20826<br>manuel.online1919@gmail.com | DIRAN MARTIN YOUSOUFIAN<br>MORENO 1183<br>4TO "A"  CP 2000<br>ROSARIO SANTA FE ARGENTINA AK 1-1<br>dmy@areacocotrosario.com.ar | SHU DONG<br>120 HAVENUEN BLUFF<br>ALPHARETTA GA 30022 |
| MICHAEL PEACOCK<br>14D PARLIAMENT ST<br>LOWER HUTT<br>NEW ZEALAND 5010<br>michaelnz@msn.com | UNITED PARCEL SERVICE<br>C/O RECEIVABLE MGMT SERVICES<br>PO BOX 4396<br>TIMONIUM MD 21094 | COINTERRA INC<br>11130 JOLLYVILLE RD STE 303<br>AUSTIN TX 78759<br>(RETURNED AS UNDELIVERABLE) |
| TIMOTHY A DAVIDSON II<br>ANDREWS KURTH LLP<br>600 TRAVIS STE 4200<br>HOUSTON TX 77002 | OFFICE OF THE U S TRUSTEE<br>903 SAN JACINTO BLVD STE 230<br>AUSTIN TX 78701 | RANDOLPH N OSHEROW<br>CHAPTER 7 TRUSTEE<br>342 W WOODLAWN STE 100<br>SAN ANTONIO TX 78212 |
| INFINITI INVESTORS LLC<br>ATTN  SHIVA DHANAPAL<br>3050 AUTUMN HILL TR<br>NEW ALBANY IN 47111 | INFINITI INVESTORS LLC<br>C/O ADAM PUGH<br>SLATER PUGH LTD LLP<br>8400 MOPAC EXPY STE 100<br>AUSTIN TX 78759 | CENTURYLINK TECHNOLOGY SOLUTIONS<br>C/O KURT F GWYNNE<br>REED SMITH LLP<br>1201 N MARKET ST STE 1500<br>WILMINGTON DE 19801 |
| CENTURYLINK COMMUNICATIONS LLC<br>C/O DAVID F BROWN<br>EWELL BROWN & BLANKE LLP<br>111 CONGRESS AVE 28TH FL<br>AUSTIN TX 78701 | CENTURYLINK LAW DEPT<br>ATTN  MITCHELL W KATZ<br>1801 CALIFORNIA ST 9TH FL<br>DENVER CO 80202 | KASSITE LIMITED<br>LITTLEMORE PARK ARMSTRONG RD<br>OXFORD OX4 4FY<br>UNITED KINGDOM<br>info@kassite.co |
| KYLE ASKINE<br>13804 CLARKWOOD LN<br>LAUREL MD 20707 | REGAL RESEARCH AND MFG CO LLC<br>C/O ROBERT PALMER<br>FOX ROTHSCHILD LLP<br>5420 LBJ FRWY STE 1200<br>DALLAS TX 75240 | OPEN-SILICON INC<br>ATTN  JAY VYAS SR VP AND CFO<br>490 N MCCARTNEY BLVD STE 220<br>MILPITAS CA 95035 |
| DONALD CROCK<br>204 OVERLOOK DR<br>KENT OH 44240 | GUILHERME CHERMAN PERDIGAO DE OLIVEIRA<br>RUA ALMIRANTE GUILOBEL 110 408<br>RIO DE JANEIRO RJ BRAZIL CEP 22471-150<br>RIO DE JANEIRO RI 22471-150<br>kiko@cherman.com.br | SHARON BOONE<br>37543 ENGLAND WAY 221<br>RED DEER COUNTY AB<br>CANADA T4W 2C3<br>sharonjboone@gmail.com |

| | | |
|---|---|---|
| MICHAEL DENHAM<br>PO BOX 420<br>WEST MILTON PA 17886 | LASZLO TUKACS<br>RIM U 3<br>BUDAPEST BU HUNGARY 1183<br>laszlo.tukacs@gmail.com | VLADIMIR ZDOROV<br>3762 FIRPOINTE ST<br>SAN RAMON CA 94582 |
| MICHAEL DIEMER<br>25 W PERRY ST<br>WILLARD OH 44890 | WILLIAM GASKINS<br>734 – 15TH ST NW STE 1200<br>WASHINGTON DC 20005 | BO YANG<br>6 VALERIE AVE<br>JERICHO NY 11753 |
| BOGDAN BIVOLARU<br>TRAIAN POPOVICI NR 89<br>BLOCK B10 6TH FL APT 38<br>BUCHAREST ROMANIA 31422<br>bogdan.bivolaru@gmail.com | OMNI LOGISTICS<br>15912 INTERNATIONAL PLAZA DR<br>HOUSTON TX 77032 | QUENTIN GOMEZ JR<br>4254 DERBY DR<br>DAVIE FL 33330 |
| IMPALA LTD<br>ROOM 1617-18 STAR HOUSE<br>3 SALISBURY RD<br>TST KOWLOON<br>HONG KONG<br>preukschat_alex@hotmail.com | ALI ABDULSATTAR AL BESHRI<br>C/O EMIR MANSOURI<br>PO BOX 3459<br>DOHA QATAR<br>rula.algazawl@gmail.com | JOHN KELLY<br>1101 NE 109TH ST<br>MIAMI FL 33161 |
| B F T J JESPERS<br>LINUS PAULINGWEG 12<br>THE NETHERLANDS (HOLLAND)<br>ROTTERDAM AR 3069-NM<br>bftj.jespers@gmail.com | PIETRO BRIVIO<br>VIA IV NOVEMBRE 51 SCALA<br>AMERATE LOMBARDIA ITALY 23807<br>pedro.brivio@gmail.com | KELLEY BRITENBAKER<br>701 BOULDER BLVD<br>SAN MARCOS TX 78666-8347 |
| FEDEX TECHCONNECT INC<br>ATTN  REVENUE RECOVERY/BKY<br>3965 AIRWAYS BLVD MODULE G 3RD FL<br>MEMPHIS TN 38116 | VENUGOPAL BADARAVADA<br>360 BELL ST SOUTH UNIT 515<br>OTTAWA ON CANADA K1S 5E8<br>bitcows@gmail.com | ANDREWS KURTH LLP<br>ATTN  TIMOTHY A DAVIDSON II<br>600 TRAVIS STE 4200<br>HOUSTON TX 77002 |
| UNITED PARCEL SERVICE INC<br>C/O ALSTON & BIRD LLP<br>ATTN  BOWEN SHOEMAKER<br>1201 W PEACHTREE ST<br>ATLANTA GA 30309-3424 | UPS SUPPLY CHAIN SOLUTIONS INC<br>C/O ALSTON & BIRD LLP<br>ATTN  BOWEN SHOEMAKER<br>1201 W PEACHTREE ST<br>ATLANTA GA 30309-3424 | GRZEGORZ SAGANSKI<br>MUCHOBORSKA 8<br>WROCLAW POLAND 54-424<br>grzegorz_saganski@fastmail.fm |
| YIMIN WANG<br>QINGTIEJIAYUAN QINGLONGCHANG<br>ROOM 51 UNIT 4 OF BLDG 8<br>CHENGDU CHENGHUA CN24<br>CHINA 610066<br>acsonic@163.com | DOUGLAS WALL<br>3 ROLLESBY ST HOON HAY<br>CHRISTCHURCH CT<br>NEW ZEALAND 8025<br>flamegrilledmonkey795@gmail.com | WEI CAO<br>LANE 300 WU NING RD<br>ROOM 403 NO 21<br>SHANGHAI CN10 CHINA 200063<br>15900959911@163.com |
| JOSTON PINTO<br>1921 CALIFORNIA ST APT 18<br>MOUNTAIN VIEW CA 94040 | THIJS VAN DEN BERG<br>JOHANNES WORPSTRAAT 49 III<br>AMSTERDAM NETHERLANDS 1076BG<br>t.berg15@chello.nl | TUUR DIRK DEMEESTER<br>220 N ZAPATA HWY #11<br>PMB #851A<br>LAREDO TX 78043-4464<br>tuurdemeester@gmail.com |
| MARC DELGADO<br>C/O JASON M MEDLEY<br>LECLAIR RYAN PC<br>1233 WEST LOOP S STE 1000<br>HOUSTON TX 77027 | SYNOPSYS INC<br>C/O PETRA M REINSCKE<br>SCHWARTZ & CERA LLP<br>201 CALIFORNIA ST STE 450<br>SAN FRANCISCO CA 94111 | JAKUB HODAN<br>VRESKOVICE 78<br>VRESKOVICE CZECH REPUBLIC 33401<br>jakubhodan@seznam.cz |

HANNACOTT SA
C/O STEVE SKARNULIS
CAIN & SCARNULIS
400 W 15TH ST STE 900
AUSTIN TX 78701

MATTIA BALDINGER
ZUNZGERSTRASSE 24
SISSACH SCHWEIZ
SWITZERLAND 4450
mattia.baldinger@gmail.com

APPLIED CIRCUIT TECHNOLOGY INC
C/O MARK RALSTON
FISHMAN JACKSON PLLC
THREE GALLERIA TOWER
13155 NOEL RD STE 700
DALLAS TX 75240

PANOS SKALTSAS
ALIKARNASSOU 24
NEA SMYRNI ATTICA GREECE 17122
pskalts@gmail.com

CHRISTIAN SPRAJC
NIEDERDONKER STR 34
GERMANY
DSSELDORF AK 40547
sprajc@powerfolder.com

MICHAEL DELGADO
11755 SW 18TH ST APT 407
MIAMI FL 33175

ANDREW WALDORF
6300 E HAMPDEN AVE APT 3230
DENVER CO 80222