IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 15-10109-HCM |
| COINTERRA, INC, | § | |
| | § | Chapter 7 |
| Debtor. | § | |
| | § | |

**ORDER AUTHORIZING EMPLOYMENT OF KELL C. MERCER
& KELL C. MERCER, P.C. AS LITIGATION COUNSEL TO
THE TRUSTEE PURSUANT TO 11 U.S.C. § 327(a)**

The Court has considered the Application for Authorization to Employ Kell C. Mercer & Kell C. Mercer, P.C. ("Mercer") as Litigation Counsel for the Trustee (the "Application"), the Verified Statement of Proposed Litigation Counsel, and the verified Attorney's Disclosure of Compensation, in support of the Application, and the evidence presented, and hereby finds that the relief requested in the Application is in the best interest of the estate and creditors.

The Court further finds that the compensation provided for in the Application and the Disclosure of Compensation thereto has been negotiated by the parties with the intent that Mercer's compensation hereunder is subject to review by the Bankruptcy Court as provided by

11 U.S.C. § 330 and shall be payable only in accordance with and subject to the applicable U.S. Trustee Guidelines, the requirements of the Bankruptcy Code and Rules.

IT IS THEREFORE ORDERED that the employment of Kell C. Mercer and Kell C. Mercer, P.C. as Litigation Counsel for the Trustee, is hereby APPROVED under 11 U.S.C. § 327(a) pursuant to the terms and conditions of the Application and the Disclosure of Compensation attached thereto.

### #

Order prepared and submitted by:

Kell C. Mercer
State Bar No. 24007668
kell.mercer@mercer-law-pc.com
Kell C. Mercer, P.C.
1602 E. Cesar Chavez Street
Austin, TX 78702
(512) 627-3512
(512) 597-0767 (fax)

ATTORNEY FOR RANDOLPH N. OSHEROW, THE CHAPTER 7 TRUSTEE