**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 07, 2016.**

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 15-10109-HCM |
| COINTERRA, INC, § | |
| § | Chapter 7 |
| Debtor. § | |
| § | |

**ORDER AUTHORIZING EMPLOYMENT OF KELL C. MERCER
& KELL C. MERCER, P.C. AS LITIGATION COUNSEL TO
THE TRUSTEE PURSUANT TO 11 U.S.C. § 327(a)**

The Court has considered the Application for Authorization to Employ Kell C. Mercer & Kell C. Mercer, P.C. ("Mercer") as Litigation Counsel for the Trustee (the "Application"), the Verified Statement of Proposed Litigation Counsel, and the verified Attorney's Disclosure of Compensation, in support of the Application, and the evidence presented, and hereby finds that the relief requested in the Application is in the best interest of the estate and creditors.

The Court further finds that the compensation provided for in the Application and the Disclosure of Compensation thereto has been negotiated by the parties with the intent that Mercer's compensation hereunder is subject to review by the Bankruptcy Court as provided by

AUS 6078764.1 6059578/2

11 U.S.C. § 330 and shall be payable only in accordance with and subject to the applicable U.S. Trustee Guidelines, the requirements of the Bankruptcy Code and Rules.

IT IS THEREFORE ORDERED that the employment of Kell C. Mercer and Kell C. Mercer, P.C. as Litigation Counsel for the Trustee, is hereby APPROVED under 11 U.S.C. § 327(a) pursuant to the terms and conditions of the Application and the Disclosure of Compensation attached thereto.

# # #

Order prepared and submitted by:

Kell C. Mercer
State Bar No. 24007668
kell.mercer@mercer-law-pc.com
Kell C. Mercer, P.C.
1602 E. Cesar Chavez Street
Austin, TX 78702
(512) 627-3512
(512) 597-0767 (fax)

ATTORNEY FOR RANDOLPH N. OSHEROW, THE CHAPTER 7 TRUSTEE

United States Bankruptcy Court
Western District of Texas

In re:                                                                                                  Case No. 15-10109-hcm
Cointerra, Inc.                                                                       Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0542-1           User: beniteze             Page 1 of 1                    Date Rcvd: Mar 07, 2016
                             Form ID: pdfintp          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2016.
db             +Cointerra, Inc.,    11130 Jollyville Rd.,    Suite 303,    Austin, TX 78759-5593
intp           +Kell Mercer,    Brown McCarroll, L.L.P.,    1602 E. Cesar Chavez Street,    Austin, TX 78702-4456

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                                      TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                       TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2016                                                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2016 at the address(es) listed below:
              Alan S. Gerger    on behalf of Creditor    Omni Logistics Inc asgerger@dnglegal.com,
               dngbkpfilings@gmail.com
              David F. Brown    on behalf of Creditor    CenturyLink Communications LLC dbrown@ebbr-law.com,
               dj3brown@yahoo.com
              Edwin P. Keiffer    on behalf of Creditor    Fortis Advisors LLC, Collateral Agent
               pkeiffer@coatsrose.com,    bwallace@coatsrose.com
              Joseph P. Rovira    on behalf of Debtor    Cointerra, Inc. josephrovira@andrewskurth.com,
               josephrovira@andrewskurth.com
              Kell C. Mercer    on behalf of Trustee Randolph N Osherow kell.mercer@mercer-law-pc.com
              Kimberly A. Walsh    on behalf of Creditor    Texas Comptroller of Public Accounts
               bk-kwalsh@texasattorneygeneral.gov,    sherri.simpson@texasattorneygeneral.gov
              Lynn Saarinen    on behalf of Plaintiff    Future Electronics Corp. lsaarinen@bn-lawyers.com,
               ahewes@bn-lawyers.com;saugusta@bn-lawyers.com;cbeyer@bn-lawyers.com
              Lynn Saarinen    on behalf of Creditor    Future Electronics Corp. lsaarinen@bn-lawyers.com,
               ahewes@bn-lawyers.com;saugusta@bn-lawyers.com;cbeyer@bn-lawyers.com
              Mark H. Ralston    on behalf of Creditor    Applied Circuit Technology d/b/a Automated Circuit
               Design mralston@fishmanjackson.com,
               amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com
              Mark H. Ralston    on behalf of Defendant    Applied Circuit Technology, Inc. d/b/a Automated
               Circuit Design mralston@fishmanjackson.com,
               amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com
              R. Adam Swick    on behalf of Creditor    C7 Data Centers, Inc. aswick@rctlegal.com,
               mmyers@rctlegal.com;tstone@rctlegal.com;kvomacka@rctlegal.com
              Randolph N Osherow    rosherow@hotmail.com,    rosherow@ecf.epiqsystems.com
              Steve Turner    on behalf of Trustee Randolph N Osherow wdecf@BDFGROUP.com,    marshak@BDFGroup.com
              Timothy A. Davidson, II    on behalf of Debtor    Cointerra, Inc. tdavidson@akllp.com
              Timothy R. Casey    on behalf of Creditor    Open-Silicon, Inc. timothy.casey@dbr.com,
               daniel.northrop@dbr.com
              United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
              Willard Proctor, Jr.    on behalf of Creditor Michael  Vick willard@wpjrlaw.com
                                                                                                                                                              TOTAL: 17