

**IT IS HEREBY ADJUDGED and DECREED that the
below described is SO ORDERED.**

**Dated: April 18, 2016.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

---

## UNITED STATES BANKRUPTCY COURT
### Western District of Texas
### Austin Division

IN RE: **Cointerra, Inc.** , Debtor(s)                    Case No.: 15–10109–hcm

Chapter No.: 7

### *ORDER DISMISSING PLEADING FOR LACK OF COMPLIANCE*
### *WITH LOCAL RULES FOR FORMAT OF PLEADINGS*

CAME ON for consideration the following pleading:

> Application of Open–Silicon, Inc, for Administrative Expense Claim Doc 82

Upon consideration thereof, the court notes that the pleading is deficient in the following respects:

☐  The pleading does not include the signer's mailing address, telephone number and area code.

☐  The filing is not accompanied by the requisite form of notice.

☐  The pleading lacks the appropriate certificate of service.

☐  The filing states an incorrect time for notice to file objections, see BK Local Rule 9014(a) revised 11/1/2013.

☐  The filing states an incorrect time for notice to file objections, see BK Local Rule 4001(a)(2) regarding motions for relief from stay as revised 11/1/2013.

☐  The pleading lacks the appropriate certificate of conference pursuant to Rules 9014(e) and 9014(f).

☑  The pleading lacks the proposed form of order attached as an exhibit to the motion, see L. Rule 9013 (b) revised 11/1/2013.

☑  The pleading lacks the separately uploaded proposed order, see L. Rule 9013 (b) revised 11/1/2013.

☐  The filing does not comply with the Official Bankruptcy Forms changes effective December 1, 2015. The new forms and conversion charts may be viewed at: TXWB web site .

☐ Other(describe):

The court concludes that the pleading should be dismissed without prejudice to its refiling. So **ORDERED**.

###