**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **Chapter 7** |
| **COINTERRA, INC.,** | § | |
| | § | **Case No. 15-10109-HCM** |
| **Debtor.** | § | |
| | § | |

**ORDER GRANTING APPLICATION OF OPEN-SILICON, INC. FOR**
**ADMINISTRATIVE EXPENSE CLAIM**

Upon the *Application of Open-Silicon, Inc. for Administrative Expense Claim* ("Application")[1] filed by Open-Silicon, Inc. ("OSI") on April 19, 2016; the Court having jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334; this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (B); it appearing that sufficient notice of the Application has been given, and that no other or further notice is required; and after due deliberation and consideration of the representations contained in the Application, the record before the Court on this matter, and the representations of counsel and sufficient cause appearing therefor, it is ORDERED AS FOLLOWS:

---

[1] Capitalized terms used but not defined herein have the meanings set forth in the Application.

1. The Application is granted, as set forth herein.

2. OSI is allowed an administrative expense priority claim under 11 U.S.C. § 503(b)(3)(D) in the amount of $_____.

###