**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 20, 2016.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109-HCM |
| | § | |
| COINTERRA, INC. | § | (Chapter 7) |
| Debtor. | § | |

**ORDER SETTING HEARING AND DEADLINES REGARDING
APPLICATION OF OPEN-SILICON INC. FOR ADMINISTRATIVE EXPENSE CLAIM**

On April 19, 2016, an Application For Administrative Expense Claim (dkt# 84)("Application") was filed by Open-Silicon, Inc. ("OSI"). The Court finds that the following Order should be entered with respect to the Application.

**THEREFORE, IT IS ORDERED AND NOTICE** is hereby given as follows:

1. By May 10, 2016, OSI shall file and serve a Supplement to the Application, which should set forth the dollar amount of the administrative expense claim sought by OSI in the Application and include supporting documentation.

2. By June 1, 2016, any objections and responses to the Application (and Supplement) shall be filed and served.

3. On June 23, 2016 at 10:00 a.m. (CT) in the U.S. Bankruptcy Court, Courtroom # 2, 903 San Jacinto Blvd, Austin, Texas, the Court will conduct a hearing on the Application with Supplement and any objections and responses thereto.

###