# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 15−10109−hcm
Chapter No.: 7
Judge: H. Christopher Mott

IN RE: **Cointerra, Inc.**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   Austin Courtroom 2, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on   **6/23/16 at   10:00 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 84 Application of Open−Silicon, Inc. For Administrative Expense Claim filed by Marcus A. Helt for Creditor Open−Silicon, Inc. (Attachments: # 1 Exhibit 1 − Proposed Order)) Hearing Scheduled For 6/23/2016 at 10:00 AM at Austin Courtroom 2 (Farrar, Ronda)

Dated: 4/20/16

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKap]