**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 18, 2016.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

### UNITED STATES BANKRUPTCY COURT
### Western District of Texas
### Austin Division

IN RE: **Cointerra, Inc.**, Debtor(s)   Case No.: 15−10109−hcm
                                        Chapter No.: 7

### ORDER DISMISSING PLEADING FOR LACK OF COMPLIANCE
### WITH LOCAL RULES FOR FORMAT OF PLEADINGS

CAME ON for consideration the following pleading:

Application of Open−Silicon, Inc, for Administrative Expense Claim Doc 82

Upon consideration thereof, the court notes that the pleading is deficient in the following respects:

☐ The pleading does not include the signer's mailing address, telephone number and area code.

☐ The filing is not accompanied by the requisite form of notice.

☐ The pleading lacks the appropriate certificate of service.

☐ The filing states an incorrect time for notice to file objections, see BK Local Rule 9014(a) revised 11/1/2013.

☐ The filing states an incorrect time for notice to file objections, see BK Local Rule 4001(a)(2) regarding motions for relief from stay as revised 11/1/2013.

☐ The pleading lacks the appropriate certificate of conference pursuant to Rules 9014(e) and 9014(f).

☑ The pleading lacks the proposed form of order attached as an exhibit to the motion, see L. Rule 9013 (b) revised 11/1/2013.

☑ The pleading lacks the separately uploaded proposed order, see L. Rule 9013 (b) revised 11/1/2013.

☐ The filing does not comply with the Official Bankruptcy Forms changes effective December 1, 2015. The new forms and conversion charts may be viewed at: TXWB web site .

☐ Other(describe):

The court concludes that the pleading should be dismissed without prejudice to its refiling. So **ORDERED**.

###

```
                          United States Bankruptcy Court
                             Western District of Texas
In re:                                                       Case No. 15-10109-hcm
Cointerra, Inc.                                              Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0542-1          User: beniteze              Page 1 of 1                  Date Rcvd: Apr 18, 2016
                              Form ID: pdfintp            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2016.
db          +Cointerra, Inc.,    11130 Jollyville Rd.,    Suite 303,    Austin, TX 78759-5593

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2016 at the address(es) listed below:
              Alan S. Gerger    on behalf of Creditor    Omni Logistics Inc asgerger@dnglegal.com,
               dngbkpfilings@gmail.com
              David F. Brown    on behalf of Creditor    CenturyLink Communications LLC dbrown@ebbr-law.com,
               dj3brown@yahoo.com
              Edwin P. Keiffer    on behalf of Creditor    Fortis Advisors LLC, Collateral Agent
               pkeiffer@coatsrose.com,  bwallace@coatsrose.com
              Joseph P. Rovira    on behalf of Debtor    Cointerra, Inc. josephrovira@andrewskurth.com,
               josephrovira@andrewskurth.com
              Kimberly A. Walsh    on behalf of Creditor    Texas Comptroller of Public Accounts
               bk-kwalsh@texasattorneygeneral.gov,   sherri.simpson@texasattorneygeneral.gov
              Lynn Saarinen    on behalf of Plaintiff    Future Electronics Corp. lsaarinen@bn-lawyers.com,
               ahewes@bn-lawyers.com;saugusta@bn-lawyers.com;cbeyer@bn-lawyers.com
              Lynn Saarinen    on behalf of Creditor    Future Electronics Corp. lsaarinen@bn-lawyers.com,
               ahewes@bn-lawyers.com;saugusta@bn-lawyers.com;cbeyer@bn-lawyers.com
              Marcus A. Helt    on behalf of Creditor    Open-Silicon, Inc. mhelt@gardere.com,
               koliver@gardere.com;acordero@gardere.com
              Mark H. Ralston    on behalf of Defendant    Applied Circuit Technology, Inc. d/b/a Automated
                Circuit Design mralston@fishmanjackson.com,
               amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com
              Mark H. Ralston    on behalf of Creditor    Applied Circuit Technology d/b/a Automated Circuit
                Design mralston@fishmanjackson.com,
               amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com
              R. Adam Swick    on behalf of Creditor    C7 Data Centers, Inc. aswick@rctlegal.com,
               mmyers@rctlegal.com;tstone@rctlegal.com;kvomacka@rctlegal.com
              Randolph N Osherow    rosherow@hotmail.com,  rosherow@ecf.epiqsystems.com
              Steve Turner    on behalf of Trustee Randolph N Osherow wdecf@BDFGROUP.com,   marshak@BDFGroup.com
              Timothy A. Davidson, II    on behalf of Debtor    Cointerra, Inc. tdavidson@akllp.com
              Timothy R. Casey    on behalf of Creditor    Open-Silicon, Inc. timothy.casey@dbr.com,
               daniel.northrop@dbr.com
              United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
              Willard Proctor, Jr.    on behalf of Creditor Michael  Vick willard@wpjrlaw.com
                                                                                              TOTAL: 17