# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 15−10109−hcm
Chapter No.: 7
Judge: H. Christopher Mott

IN RE: **Cointerra, Inc.** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   Austin Courtroom 2, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on   **6/23/16 at 10:00 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 84 Application of Open−Silicon, Inc. For Administrative Expense Claim filed by Marcus A. Helt for Creditor Open−Silicon, Inc. (Attachments: # 1 Exhibit 1 − Proposed Order)) Hearing Scheduled For 6/23/2016 at 10:00 AM at Austin Courtroom 2 (Farrar, Ronda)

Dated: 4/20/16

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKap]

United States Bankruptcy Court
Western District of Texas

In re:  
Cointerra, Inc.  
      Debtor

Case No. 15-10109-hcm  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0542-1      User: Farrarr      Page 1 of 1      Date Rcvd: Apr 20, 2016  
                           Form ID: 132      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2016.  
db          +Cointerra, Inc.,    11130 Jollyville Rd.,    Suite 303,    Austin, TX 78759-5593

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2016 at the address(es) listed below:

         Alan S. Gerger    on behalf of Creditor    Omni Logistics Inc asgerger@dnglegal.com, dngbkpfilings@gmail.com  
         David F. Brown    on behalf of Creditor    CenturyLink Communications LLC dbrown@ebbr-law.com, dj3brown@yahoo.com  
         Edwin P. Keiffer    on behalf of Creditor    Fortis Advisors LLC, Collateral Agent pkeiffer@coatsrose.com, bwallace@coatsrose.com  
         Joseph P. Rovira    on behalf of Debtor    Cointerra, Inc. josephrovira@andrewskurth.com, josephrovira@andrewskurth.com  
         Kimberly A. Walsh    on behalf of Creditor    Texas Comptroller of Public Accounts bk-kwalsh@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov  
         Lynn Saarinen    on behalf of Plaintiff    Future Electronics Corp. lsaarinen@bn-lawyers.com, ahewes@bn-lawyers.com;saugusta@bn-lawyers.com;cbeyer@bn-lawyers.com  
         Lynn Saarinen    on behalf of Creditor    Future Electronics Corp. lsaarinen@bn-lawyers.com, ahewes@bn-lawyers.com;saugusta@bn-lawyers.com;cbeyer@bn-lawyers.com  
         Marcus A. Helt    on behalf of Creditor    Open-Silicon, Inc. mhelt@gardere.com, koliver@gardere.com;acordero@gardere.com  
         Mark H. Ralston    on behalf of Defendant    Applied Circuit Technology, Inc. d/b/a Automated Circuit Design mralston@fishmanjackson.com, amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com  
         Mark H. Ralston    on behalf of Creditor    Applied Circuit Technology d/b/a Automated Circuit Design mralston@fishmanjackson.com, amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com  
         R. Adam Swick    on behalf of Creditor    C7 Data Centers, Inc. aswick@rctlegal.com, mmyers@rctlegal.com;tstone@rctlegal.com;kvomacka@rctlegal.com  
         Randolph N Osherow    rosherow@hotmail.com, rosherow@ecf.epiqsystems.com  
         Steve Turner    on behalf of Trustee Randolph N Osherow wdecf@BDFGROUP.com, marshak@BDFGroup.com  
         Timothy A. Davidson, II    on behalf of Debtor    Cointerra, Inc. tdavidson@akllp.com  
         Timothy R. Casey    on behalf of Creditor    Open-Silicon, Inc. timothy.casey@dbr.com, daniel.northrop@dbr.com  
         United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov  
         Willard Proctor, Jr.    on behalf of Creditor Michael Vick willard@wpjrlaw.com  
                                                                                                                                                              TOTAL: 17