**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 20, 2016.**

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109-HCM |
| | § | |
| COINTERRA, INC. | § | (Chapter 7) |
| Debtor. | § | |

### ORDER SETTING HEARING AND DEADLINES REGARDING
### APPLICATION OF OPEN-SILICON INC. FOR ADMINISTRATIVE EXPENSE CLAIM

On April 19, 2016, an Application For Administrative Expense Claim (dkt# 84)("Application") was filed by Open-Silicon, Inc. ("OSI"). The Court finds that the following Order should be entered with respect to the Application.

**THEREFORE, IT IS ORDERED AND NOTICE** is hereby given as follows:

1. By May 10, 2016, OSI shall file and serve a Supplement to the Application, which should set forth the dollar amount of the administrative expense claim sought by OSI in the Application and include supporting documentation.

2. By June 1, 2016, any objections and responses to the Application (and Supplement) shall be filed and served.

3. On June 23, 2016 at 10:00 a.m. (CT) in the U.S. Bankruptcy Court, Courtroom # 2, 903 San Jacinto Blvd, Austin, Texas, the Court will conduct a hearing on the Application with Supplement and any objections and responses thereto.

###

United States Bankruptcy Court
Western District of Texas

In re:                                                                    Case No. 15-10109-hcm
Cointerra, Inc.                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0542-1           User: miillers            Page 1 of 2                Date Rcvd: Apr 20, 2016
                               Form ID: pdfintp          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2016.
```
db         +Cointerra, Inc.,   11130 Jollyville Rd.,   Suite 303,   Austin, TX 78759-5593
aty        +Bernard C. Devieux,   Reed Smith LLP,   1201 N. Market St, Ste. 1500,
             Wilmington, DE 19801-1163
cr          C7 Data Centers, Inc.,   c/o R. Adam Swick,   Building C, Suite 300,   Austin, TX 78746
cr         +CenturyLink Communications LLC,   1801 California Street,   Suite 900,   Denver, CO 80202-2609
cr         +Fortis Advisors LLC, Collateral Agent,   c/o E. P. Keiffer,   Wright Ginsberg Brusilow PC,
             325 N. St. Paul Street, Suite 4150,   Dallas, TX 75201-3861
cr         +Future Electronics Corp.,   c/o Barron & Newburger, PC,   Attn: Lynn Saarinen,
             1212 Guadalupe, Suite 104,   Austin, TX 78701-1801
intp       +Kell Mercer,   Brown McCarroll, L.L.P.,   1602 E. Cesar Chavez Street,   Austin, TX 78702-4456
cr         +Michael Vick,   1512 S. Battery Street,   Little Rock, AR 72202-5813
cr         +Omni Logistics Inc,   c/o Alan Gerger and Loyd Neal,   3006 Brazos,   Houston, TX 77006-3418
cr          Texas Comptroller of Public Accounts,   Kimberly A. Walsh,   c/o Sherri K. Simpson, Paralegal,
             P.O. Box 12548,   Austin, TX 78711-2548
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Applied Circuit Technology d/b/a Automated Circuit
cr          CenturyLink TS
cr          Open-Silicon, Inc.
                                                                                   TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2016 at the address(es) listed below:
```
              Alan S. Gerger    on behalf of Creditor    Omni Logistics Inc asgerger@dnglegal.com,
               dngbkpfilings@gmail.com
              David F. Brown    on behalf of Creditor    CenturyLink Communications LLC dbrown@ebbr-law.com,
               dj3brown@yahoo.com
              Edwin P. Keiffer    on behalf of Creditor    Fortis Advisors LLC, Collateral Agent
               pkeiffer@coatsrose.com, bwallace@coatsrose.com
              Joseph P. Rovira    on behalf of Debtor    Cointerra, Inc. josephrovira@andrewskurth.com,
               josephrovira@andrewskurth.com
              Kimberly A. Walsh    on behalf of Creditor    Texas Comptroller of Public Accounts
               bk-kwalsh@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
              Lynn Saarinen    on behalf of Plaintiff    Future Electronics Corp. lsaarinen@bn-lawyers.com,
               ahewes@bn-lawyers.com;saugusta@bn-lawyers.com;cbeyer@bn-lawyers.com
              Lynn Saarinen    on behalf of Creditor    Future Electronics Corp. lsaarinen@bn-lawyers.com,
               ahewes@bn-lawyers.com;saugusta@bn-lawyers.com;cbeyer@bn-lawyers.com
              Marcus A. Helt    on behalf of Creditor    Open-Silicon, Inc. mhelt@gardere.com,
               koliver@gardere.com;acordero@gardere.com
              Mark H. Ralston    on behalf of Defendant    Applied Circuit Technology, Inc. d/b/a Automated
               Circuit Design mralston@fishmanjackson.com,
               amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com
              Mark H. Ralston    on behalf of Creditor    Applied Circuit Technology d/b/a Automated Circuit
               Design mralston@fishmanjackson.com,
               amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com
              R. Adam Swick    on behalf of Creditor    C7 Data Centers, Inc. aswick@rctlegal.com,
               mmyers@rctlegal.com;tstone@rctlegal.com;kvomacka@rctlegal.com
              Randolph N Osherow    rosherow@hotmail.com, rosherow@ecf.epiqsystems.com
              Steve Turner    on behalf of Trustee Randolph N Osherow wdecf@BDFGROUP.com, marshak@BDFGroup.com
              Timothy A. Davidson, II    on behalf of Debtor    Cointerra, Inc. tdavidson@akllp.com
```

```
District/off: 0542-1          User: miillers            Page 2 of 2               Date Rcvd: Apr 20, 2016
                              Form ID: pdfintp          Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Timothy R. Casey    on behalf of Creditor    Open-Silicon, Inc. timothy.casey@dbr.com, daniel.northrop@dbr.com
          United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
          Willard  Proctor, Jr.    on behalf of Creditor Michael  Vick willard@wpjrlaw.com
                                                                           TOTAL: 17