IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Chapter 7 |
| COINTERRA, INC., § | |
| § | Case No. 15-10109-HCM |
| Debtor. § | |

**SUPPLEMENT TO THE APPLICATION OF OPEN-SILICON, INC. FOR ADMINISTRATIVE EXPENSE CLAIM**

TO: THE HONORABLE H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE

COMES NOW, and as directed in the *Order Setting Hearing and Deadlines Regarding Application of Open-Silicon Inc. for Administrative Expense Claim* [Docket No. 85], Open-Silicon, Inc. ("OSI"), creditor and party-in-interest in the above-captioned chapter 7 case, by and through its undersigned counsel, hereby files this Supplement to the Application for Administrative Expense Claim ("Application"), and respectfully states as follows:

1. OSI requests reimbursement of $43,449.00 of fees and expenses incurred in benefitting the estate.

2. The amount sought is supported by the attached affidavit.

3. The affiant and the undersigned are available to discuss the amount requested.

[*Signature to Follow*]

Dated: May 10, 2016

Respectfully Submitted,

GARDERE WYNNE SEWELL LLP

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Telephone: 214-999-3000
Facsimile: 214-999-4667
mhelt@gardere.com

ATTORNEYS FOR OPEN-SILICON, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 10, 2016, a true and correct copy of the foregoing Supplement to the Application was served on the parties listed below via the methods of service noted herein.

                                                  */s/ Marcus A. Helt*
                                                  Marcus A. Helt

| | |
|---|---|
| Lynn Saarinen<br>Barron & Newburger, P.C.<br>1212 Guadalupe, Suite 104<br>Austin, Texas 78701<br>via CM/ECF | Randolf Osherow<br>342 W. Woodlawn, Suite 100<br>San Antonio, Texas 78212<br>via CM/ECF |
| Steve Turner<br>Barrett Daffin Frappier Turner & Engel, LLP<br>610 West 5th Street, Suite 602<br>Austin, Texas 78701<br>via CM/ECF | E. Paul Keiffer<br>Wright Ginsberg Brusilow P.C.<br>325 North St. Paul St., Suite 4150<br>Dallas, Texas 75201<br>via CM/ECF |
| Adam Swick<br>Reid Collins & Tsai LLP<br>1301 S. Capital of Texas Hwy<br>Building C, Suite 300<br>Austin, Texas 78746<br>via CM/ECF | CoinTerra, Inc.<br>c/o counsel of record:<br>Timothy A. Davidson, II<br>Andrews & Kurth L.L.P.<br>600 Travis, Suite 4200<br>Houston, Texas 77002<br>via CM/ECF |
| Office of the U.S. Trustee<br>903 San Jacinto Boulevard, Room 230<br>Austin, Texas 78701<br>via CM/ECF | Automated Circuit Design<br>1250 American Parkway<br>Richardson, Texas 75081<br>via First Class Mail |
| Laurence W. Goldberg<br>Director, Revenue Management<br>BDO USA, LLP<br>4135 Mendenhall Oaks Pkwy, Suite 140<br>High Point, NC 27265<br>via First Class Mail | Kimberly A. Walsh<br>Assistant Attorney General<br>Attorney General's Office<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, Texas 78711-2548<br>via First Class Mail |
| Willard Proctor, Jr.<br>Willard Proctor, Jr., P.A.<br>2100 Wolfe Street<br>Little Rock, AR 72202-6258<br>via First Class Mail | |