IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 15-10109-HCM |
| COINTERRA, INC. | § | |
| | § | CHAPTER 7 |
| DEBTOR | § | |

**NOTICE OF ABANDONMENT OF DEBTOR'S PERSONAL PROPERTY PURSUANT TO BANKRUPTCY RULE 6007(a)**

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within twenty-one (14) days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

COMES NOW Randolph N. Osherow, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Cointerra, Inc., and files his *Notice of Abandonment of Debtor's Personal Property Pursuant To Bankruptcy Rule 6007(a)*, and would show the Court the following:

1. On January 24, 2015, a voluntary petition was filed initiating this case under Chapter 7 of the Bankruptcy Code, at which time Randolph N. Osherow was appointed trustee of Debtor's estate. He continues to act in that capacity.

2. The items of personal property which are the subject of this *Notice of Abandonment* are identified in the Exhibit "A" attached hereto, which is incorporated by reference for any and all purposes. These assets have no value to the estate above the interest of secured creditors.

3. A copy of this Notice of Abandonment has been forwarded to all interested parties in accordance with Local Rule 9014.


Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


By: */s/ Steve Turner*
   Steve Turner
   Texas Bar No. 20341700
   610 West 5th Street, Suite 602
   Austin, Texas 78701
   Phone: (512) 687-2500
   Fax: (512) 477-1112
   stevet@bdfgroup.com

ATTORNEYS FOR RANDOLPH N.
OSHEROW, CHAPTER 7 TRUSTEE

## CERTIFICATE OF MAILING

By my signature below, I hereby certify that on the 25th day of May, 2016, a true and correct copy of the foregoing document was served upon all parties listed on the attached mailing matrix via electronic means as listed on the Court's ECF noticing system or by regular first class mail.

*/s/ Steve Turner*
Steve Turner

ERIC PETERSON
156 PARK DR
EASTCHESTER NY 10709-5109

MICHAEL VICK
C/O WILLARD PROCTOR JR
ATTORNEY LAW LAW
2100 WOLFE ST
LITTLE ROCK AR 72202

FUTURE ELECTRONICS CORP
C/O LYNN SAARINEN
BARRON & NEWBURGER PC
1212 GUADALUPE STE 104
AUSTIN TX 78701

BDO USA LLP
ATTN  LAURENCE W GOLDBERG
DIRECTOR REVENUE MGMT
4135 MENDENHALL OAKS PKWY
STE 140
HIGH POINT NC 27265-8143

WALTER THAMM
ALBRECHTSTRASSE 1
D-88316 ISNY IM ALLGAEU
GERMANY 88316
w.thamm@gmx.net

FORTIS ADVISORS LLC AS CA
C/O E P KEIFFER
WRIGHT GINSBERG BRUSILOW PC
325 N ST PAUL ST STE 4150
DALLAS TX 75201

C7 DATA CENTERS INC
C/O R ADAM SWICK
REID COLLINS & TSAI LLP
1301 S CAPITAL OF TX HWY
BLDG C STE 300
AUSTIN TX 78746

TEXAS COMPTROLLER
C/O KIMBERLY A WALSH AAG
C/O SHERRI K SIMPSON PARALEGAL
BANKRUPTCY & COLLECTIONS DIV
PO BOX 12548
AUSTIN TX 78711-2548

OPEN-SILICON INC
C/O TIMOTHY R CASEY
DRINKER BIDDLE & REATH LLP
191 N WACKER DR STE 3700
CHICAGO IL 60606-1698

BCF LLP
1100 RENE LEVESQUE BLVD W
25TH FL
MONTREAL QUEBEC CA H3B-5C9
martine.samuel@bcf.ca

ZACHARY CULLEN
8268 MAN O WAR RD
PALM BEACH GARDENS FL 33418

MCGRATH RENTCORP
DBA TRS-RENTELCO
PO BOX 619260
DFW AIRPORT TX 75261

SEBASTIAN TARACH
MILA 11
DZIEKANOW LESNY
POLAND 05-092
sebastian.tarach@gmail.com

TEKHNE LLC
21725 SW 187 AVE
MIAMI FL 33170

BRETT HANSMEIER
100 OLD RIVER RD STE 100
ANDOVER MA 01810

FUTURE ELECTRONICS CORP
41 MAIN ST
BOLTON MA 01740

JASON KUSUMA
2315 EASTRIDGE AVE APT 714
MENLO PARK CA 94025

KIT HUI
16912 NE 107TH ST
REDMOND WA 98052

MARK KIM
3427 RIDGE RD
LANSING IL 60438

CHRISTOPHER SNOOK
25457 SE 42ND PL
ISSAQUAH WA 98029

RYAN JAUREGUI
14272 CAMERON LN
SANTA ANA CA 92705

YEWULSEW AMARE
8328 TRIBUTE LN
LAS VEGAS NV 89147

AFZAL AHMED
66A ROBERT FORD RD
WATERTOWN MA 02472

BEN HENNEMAN
1 THE COURTYARD
GAS STREET BIRMINGHAM
WEST MIDLANDS
GREAT BRITAIN B1 2JT
ben@stunn.co.uk

MATTHEW KNIGHT
9 HARRISON CLOSE
BRANSTON STAFFORDSHIRE
GREAT BRITAIN DE14 3EF
mattkn@hotmail.co.uk

JOHN DURCAN
G09 A POWER ROAD STUDIOS
114 POWER ROAD
CHISWICK LONDON
GREAT BRITAIN W4 5PY
john@hotcow.co.uk

ARROW ELECTRONICS INC
C/O NAC RISK RECOVERY
7459 S LIMA ST
ENGLEWOOD CO 80112

VIRITON LLP
15070 E WAGONTRAIL PL
AURORA CO 80015

AUSTIN FOAM PLASTICS INC
ATTN  GRETCHEN SHIPMAN
2933 A W GRIMES BLVD
PFLUGERVILLE TX 78660-5292

JAN TURZA
BEETHOVENOVA 10
NITRA SLOVAK REPUBLIC 94911
jan.turza@gmail.com

BRIAN CHASE
445 AULDON CT SE
SMYRNA GA 30082

ELIRAN ITZHAKI
5 LANDAU APT 7
RAMAT GAN ISRAEL 52282
lalo.tfg@gmail.com

KEVIN SCHMITZ
SALWEIDENBECKE 21
BOCHUM GERMANY 44894
schmitz86@gmail.com

CADENCE DESIGN SYSTEMS INC
C/O COMMERCIAL COLLECTION CON
16830 VENTURA BLVD STE 620
ENCINO CA 91436

ERICK ARGUETA
7601 E TREASURE DR APT 1107
NORTH BAY VILLAGE FL 33141

CHUNLIU SHEN
56 FFORDD DRYDEN KILLAY
SWANSEA WALES
GREAT BRITIAN SA2 8PP
xandsuk@hotmail.com

WILLIAM GASKINS
734 – 15TH ST NW STE 1200
WASHINGTON DC 20005

TOM BELANGER
515 DU PARC INDUSTRIEL
LONGEUIL QC CANADA J4H 3V7
tbelanger@saic.ca

SEAN SADEL-STEVENS
4885 BURDE ST
PORT ALBERNI BC CANADA V9Y 3J7
c6number2@gmail.com

GABRIEL POLITZER
491 ARVIDA PKWY
MIAMI FL 33156

NAMPIL CHOUSEIN
I STAIKOU 2
AGRINIO AITOLOAKARNANIA
GREECE 30100
nabilhussein1@hotmail.com

BILL CHOW
19745 COLIMA RD STE 1-128
ROWLAND HEIGHTS CA 91748

MIQUEL AXEL ESTELRICH RULLAN
C SEBASTIA RUBI 3A
MANACOR PM SPAIN 7500
saucraban@gmail.com

INDIUM CORPORATION OF AMERICA
ATTN   LINDA HILL
34 ROBINSON RD
CLINTON NY 13323

KOURNIKOV ANDREI DAPFOR
18 ALLEE DE LA PAGERIE 92500
RUEIL MALMAISON FRANCE
akournikov@gmail.com

MARTIN NACHEV
DEFENCE CLOSE
FLAT 57 HILL HOUSE
LONDON LONDON
GREAT BRITIAN SE28 0NQ
mnachev1@gmail.com

RAMAKANTH GOURU
12881 DEER PARK LN
ALPHARETTA GA 30004

WILSON SONSINI ET AL
650 PAGE MILL RD
PALO ALTO CA 94304-1050

TEXAS WORKFORCE COMM
REGULATORY INTEGRITY DIV – SAU
101 E 15TH ST RM 556
AUSTIN TX 78778-0001

P R C FERNANDO
VIALE IGNAZIO SILONE 187,35A
ROME ITALY 00143
ruwa777@gmail.com

ERIC NYDEGGER
TORRY 5
GRANGES-PACCOT FR
SWITZERLAND 1763
eric@nydegger.biz

GLYN LEWIS
26320 GRANT AVE
MAPLE RIDGE BC CANADA V2W 1H2
glyn@superlewis.com

STUART CABORN
5 KNIGHTSBRIDGE DR
HEADLEY THATCHAM
HAMPSHIRE GREAT BRITIAN RG19 8JZ
stuart.caborn@gmail.com

COINTERRA INC
MEHDI SOLEIMANKHANI
1249 – 15TH ST
LOS OSOS CA 93402

ERIC CONKLE
915 S DALEY
MESA AZ 85204

MICHAEL VICK
1512 S BATTERY ST
LITTLE ROCK AR 72202

MIKULAS KISS
DURCANSKEHO 1
NITRA SLOVAK REPUBLIC 94901
mikulas.kiss@gmail.com

NATHAN DAVIS
7514 SHERMAN DR
LINCOLN NE 68134

BRENDAN MURRAY
11 BRIDGE ST
HAMILTON NSW AUSTRALIA 2303
ecflux@gmail.com

STANLEY WING HONG LEUNG
448 PRINCE EDWARD RD WEST
PRINCE RITZ 10/F BLOCK C
HONG KONG KOWLOON HONG KONG
stanley.leung@fitflop.com

| | | |
|---|---|---|
| LAUTARO CLINE<br>C/O DANIEL M COYLE<br>ASTIGARRAGA DAVIS ET AL<br>1001 BRICKELL BAY DR 9TH FL<br>MIAMI FL 33131 | JOSHUA JONG<br>6 DUNNOCK PL<br>WIDEOPEN NEWCASTLE UPON TYNE<br>TYNE AND WEAR NE13 6LE<br>UNITED KINGDOM<br>joshuajong@outlook.com | HEIKO JUCH<br>AM ZOLLSTOCK 16<br>OBERSUELZEN GERMANY 67271<br>hjuch@hotmail.com |
| MICHAEL POOLMAN<br>18 HAMPTON CLOSE<br>CADBURY HEATH<br>BRISTOL AVON<br>GREAT BRITAIN BS30 8EY<br>mpoolman@hotmail.com | MR BALBIR<br>AKA BILL CHEPAL<br>8042 COOPERHAWK COURT<br>SURREY BC CANADA V3W 0V1<br>b.d.chepal@shaw.ca | QUAIL ELECTRONICS<br>2171 RESEARCH DR<br>LIVERMORE CA 94550 |
| J NOS RICHTER<br>RAUMERSTR 38<br>BERLIN GERMANY 10437<br>janos.richter@me.com | MIKLOS GAEBLER<br>WAGNERSTRASSE 6666<br>POTSDAM GERMANY 14480<br>miklos.gaebler@gmx.net | DAVID G P ALLAN<br>90 WINCHESTER ST<br>TORONTO ON CANADA M4X 1B2<br>davidgpallan@gmail.com |
| JESSICA IERACI<br>PIAZZA SANT' AMBROGIO 06<br>MISINTO<br>MONZA E BRIANZA ITALY 20826<br>manuel.online1919@gmail.com | DIRAN MARTIN YOUSOUFIAN<br>MORENO 1183<br>4TO "A"  CP 2000<br>ROSARIO SANTA FE ARGENTINA AK 1-1<br>dmy@areacocotrosario.com.ar | SHU DONG<br>120 HAVENUEN BLUFF<br>ALPHARETTA GA 30022 |
| MICHAEL PEACOCK<br>14D PARLIAMENT ST<br>LOWER HUTT<br>NEW ZEALAND 5010<br>michaelnz@msn.com | UNITED PARCEL SERVICE<br>C/O RECEIVABLE MGMT SERVICES<br>PO BOX 4396<br>TIMONIUM MD 21094 | COINTERRA INC<br>11130 JOLLYVILLE RD STE 303<br>AUSTIN TX 78759<br>(RETURNED AS UNDELIVERABLE) |
| TIMOTHY A DAVIDSON II<br>ANDREWS KURTH LLP<br>600 TRAVIS STE 4200<br>HOUSTON TX 77002 | OFFICE OF THE U S TRUSTEE<br>903 SAN JACINTO BLVD STE 230<br>AUSTIN TX 78701 | RANDOLPH N OSHEROW<br>CHAPTER 7 TRUSTEE<br>342 W WOODLAWN STE 100<br>SAN ANTONIO TX 78212 |
| INFINITI INVESTORS LLC<br>ATTN  SHIVA DHANAPAL<br>3050 AUTUMN HILL TR<br>NEW ALBANY IN 47111 | INFINITI INVESTORS LLC<br>C/O ADAM PUGH<br>SLATER PUGH LTD LLP<br>8400 MOPAC EXPY STE 100<br>AUSTIN TX 78759 | CENTURYLINK TECHNOLOGY SOLUTIONS<br>C/O KURT F GWYNNE<br>REED SMITH LLP<br>1201 N MARKET ST STE 1500<br>WILMINGTON DE 19801 |
| CENTURYLINK COMMUNICATIONS LLC<br>C/O DAVID F BROWN<br>EWELL BROWN & BLANKE LLP<br>111 CONGRESS AVE 28TH FL<br>AUSTIN TX 78701 | CENTURYLINK LAW DEPT<br>ATTN  MITCHELL W KATZ<br>1801 CALIFORNIA ST 9TH FL<br>DENVER CO 80202 | KASSITE LIMITED<br>LITTLEMORE PARK ARMSTRONG RD<br>OXFORD OX4 4FY<br>UNITED KINGDOM<br>info@kassite.co |
| KYLE ASKINE<br>13804 CLARKWOOD LN<br>LAUREL MD 20707 | REGAL RESEARCH AND MFG CO LLC<br>C/O ROBERT PALMER<br>FOX ROTHSCHILD LLP<br>5420 LBJ FRWY STE 1200<br>DALLAS TX 75240 | OPEN-SILICON INC<br>ATTN  JAY VYAS SR VP AND CFO<br>490 N MCCARTNEY BLVD STE 220<br>MILPITAS CA 95035 |
| DONALD CROCK<br>204 OVERLOOK DR<br>KENT OH 44240 | GUILHERME CHERMAN PERDIGAO DE OLIVEIRA<br>RUA ALMIRANTE GUILOBEL 110 408<br>RIO DE JANEIRO RJ BRAZIL CEP 22471-150<br>RIO DE JANEIRO RI 22471-150<br>kiko@cherman.com.br | SHARON BOONE<br>37543 ENGLAND WAY 221<br>RED DEER COUNTY AB<br>CANADA T4W 2C3<br>sharonjboone@gmail.com |

MICHAEL DENHAM
PO BOX 420
WEST MILTON PA 17886

LASZLO TUKACS
RIM U 3
BUDAPEST BU HUNGARY 1183
laszlo.tukacs@gmail.com

VLADIMIR ZDOROV
3762 FIRPOINTE ST
SAN RAMON CA 94582

MICHAEL DIEMER
25 W PERRY ST
WILLARD OH 44890

WILLIAM GASKINS
734 – 15TH ST NW STE 1200
WASHINGTON DC 20005

BO YANG
6 VALERIE AVE
JERICHO NY 11753

BOGDAN BIVOLARU
TRAIAN POPOVICI NR 89
BLOCK B10 6TH FL APT 38
BUCHAREST ROMANIA 31422
bogdan.bivolaru@gmail.com

OMNI LOGISTICS
15912 INTERNATIONAL PLAZA DR
HOUSTON TX 77032

QUENTIN GOMEZ JR
4254 DERBY DR
DAVIE FL 33330

IMPALA LTD
ROOM 1617-18 STAR HOUSE
3 SALISBURY RD
TST KOWLOON
HONG KONG
preukschat_alex@hotmail.com

ALI ABDULSATTAR AL BESHRI
C/O EMIR MANSOURI
PO BOX 3459
DOHA QATAR
rula.algazawl@gmail.com

JOHN KELLY
1101 NE 109TH ST
MIAMI FL 33161

B F T J JESPERS
LINUS PAULINGWEG 12
THE NETHERLANDS (HOLLAND)
ROTTERDAM AR 3069-NM
bftj.jespers@gmail.com

PIETRO BRIVIO
VIA IV NOVEMBRE 51 SCALA
AMERATE LOMBARDIA ITALY 23807
pedro.brivio@gmail.com

KELLEY BRITENBAKER
701 BOULDER BLVD
SAN MARCOS TX 78666-8347

FEDEX TECHCONNECT INC
ATTN REVENUE RECOVERY/BKY
3965 AIRWAYS BLVD MODULE G 3RD FL
MEMPHIS TN 38116

VENUGOPAL BADARAVADA
360 BELL ST SOUTH UNIT 515
OTTAWA ON CANADA K1S 5E8
bitcows@gmail.com

ANDREWS KURTH LLP
ATTN TIMOTHY A DAVIDSON II
600 TRAVIS STE 4200
HOUSTON TX 77002

UNITED PARCEL SERVICE INC
C/O ALSTON & BIRD LLP
ATTN BOWEN SHOEMAKER
1201 W PEACHTREE ST
ATLANTA GA 30309-3424

UPS SUPPLY CHAIN SOLUTIONS INC
C/O ALSTON & BIRD LLP
ATTN BOWEN SHOEMAKER
1201 W PEACHTREE ST
ATLANTA GA 30309-3424

GRZEGORZ SAGANSKI
MUCHOBORSKA 8
WROCLAW POLAND 54-424
grzegorz_saganski@fastmail.fm

YIMIN WANG
QINGTIEJIAYUAN QINGLONGCHANG
ROOM 51 UNIT 4 OF BLDG 8
CHENGDU CHENGHUA CN24
CHINA 610066
acsonic@163.com

DOUGLAS WALL
3 ROLLESBY ST HOON HAY
CHRISTCHURCH CT
NEW ZEALAND 8025
flamegrilledmonkey795@gmail.com

WEI CAO
LANE 300 WU NING RD
ROOM 403 NO 21
SHANGHAI CN10 CHINA 200063
15900959911@163.com

JOSTON PINTO
1921 CALIFORNIA ST APT 18
MOUNTAIN VIEW CA 94040

THIJS VAN DEN BERG
JOHANNES WORPSTRAAT 49 III
AMSTERDAM NETHERLANDS 1076BG
t.berg15@chello.nl

TUUR DIRK DEMEESTER
220 N ZAPATA HWY #11
PMB #851A
LAREDO TX 78043-4464
tuurdemeester@gmail.com

MARC DELGADO
C/O JASON M MEDLEY
LECLAIR RYAN PC
1233 WEST LOOP S STE 1000
HOUSTON TX 77027

SYNOPSYS INC
C/O PETRA M REINSCKE
SCHWARTZ & CERA LLP
201 CALIFORNIA ST STE 450
SAN FRANCISCO CA 94111

JAKUB HODAN
VRESKOVICE 78
VRESKOVICE CZECH REPUBLIC 33401
jakubhodan@seznam.cz

HANNACOTT SA
C/O STEVE SKARNULIS
CAIN & SCARNULIS
400 W 15TH ST STE 900
AUSTIN TX 78701

MATTIA BALDINGER
ZUNZGERSTRASSE 24
SISSACH SCHWEIZ
SWITZERLAND 4450
mattia.baldinger@gmail.com

APPLIED CIRCUIT TECHNOLOGY INC
C/O MARK RALSTON
FISHMAN JACKSON PLLC
THREE GALLERIA TOWER
13155 NOEL RD STE 700
DALLAS TX 75240

PANOS SKALTSAS
ALIKARNASSOU 24
NEA SMYRNI ATTICA GREECE 17122
pskalts@gmail.com

CHRISTIAN SPRAJC
NIEDERDONKER STR 34
GERMANY
DSSELDORF AK 40547
sprajc@powerfolder.com

MICHAEL DELGADO
11755 SW 18TH ST APT 407
MIAMI FL 33175

ANDREW WALDORF
6300 E HAMPDEN AVE APT 3230
DENVER CO 80222

# EXHIBIT "A"

| LOCATION OF MATERIALS | | APPROXIMATE # OF DEVICES |
|---|---|---|
| AT1<br>LITHIA SPRINGS, GA | | -Approx. 650 Terraminers<br>-39 switches<br>-130 PDUs<br>- Power chords, 1000+<br>- Ethernet cables |
| AB3<br>ALBUQUERQUE, NM | | -Approx. 520 Terraminers<br>-27 switches<br>-2 firewalls<br>-1 abmx server<br>-200 PDUs<br>-Power chords, 1000+<br>-Ethernet cables |
| DN1<br>HIGHLANDS RANCH, CO | | -Approx. 660 Terraminers<br>-35 switches<br>-2 firewalls<br>-260 PDU<br>-Power chords, 1000+<br>-Ethernet cabling |
| SE4<br>TUKWILA, WA | | -Approx 555 Terraminers<br>-39 switches<br>-120 PDUs<br>-Ethernet cabling |