**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 15-10109-HCM |
| COINTERRA, INC. | § | |
| | § | CHAPTER 7 |
| DEBTOR | § | |

**RESPONSE OF RANDOLPH N. OSHEROW, TRUSTEE, TO APPLICATION OF OPEN-SILICON, INC., FOR ADMINISTRATIVE EXPENSE CLAIM**

TO THE HONORABLE H. CHRISTOPHER MOTT, U. S. BANKRUPTCY JUDGE:

COMES NOW Randolph N. Osherow, Chapter 7 Trustee ("Trustee") and files this Response to *Application of Open-Silicon, Inc., For Administrative Expense Claim* (the "Application") and in support thereof would respectfully show the Court the following:

1. Trustee admits the allegations in Paragraph 1 of the Application.

2. Trustee admits the allegations in Paragraph 2 of the Application.

3. Trustee admits the allegations in Paragraph 3 of the Application.

4. Trustee admits the allegations in Paragraph 4 of the Application.

5. Trustee admits the allegation in Paragraph 5 that OSI filed its Objection to Fortis's Stay Relief Motion and alleged that the Voluntary Petition of Cointerra triggered conversion of Fortis's security interest to common equity.

6. Trustee admits the allegations in Paragraph 6 of the Application.

7. Trustee admits the allegations in Paragraph 7 of the Application.

8. Trustee admits the allegations in Paragraph 8 of the Application.

9. Paragraph 9 of the Application contains allegations of law and not fact as to the existence of the Court's subject matter jurisdiction to which no admission or denial is required.

10. Paragraph 10 of the Application contains an allegation of law and not fact to which no admission or denial is required.

11. Paragraph 11 of the Application contains an allegation of law and not fact to which no admission or denial is required.

12. Paragraph 12 of the Application contains an allegation of law and not fact to which no admission or denial is required.

13. Trustee cannot admit or deny the allegations in Paragraph 13 of the Application but requests the Court determine any reasonable amount to be distributed to applicant.

14. Trustee admits the allegations in Paragraph 14 of the Application.

15. Trustee admits the allegations in Paragraph 15 of the Application.

16. Trustee cannot admit or deny the allegations in Paragraph 16 of the Application but would request that if this Court agrees that any compensation is meritorious, it be reasonable.

      Respectfully submitted,

      BARRETT DAFFIN FRAPPIER
      TURNER & ENGEL, LLP


      By: */s/ Steve Turner*
        Steve Turner
        Texas Bar No. 20341700
        610 West 5th Street, Suite 602
        Austin, Texas 78701
        Phone: (512) 687-2500
        Fax: (512) 477-1112
        stevet@bdfgroup.com

      ATTORNEYS FOR RANDOLPH N. OSHEROW,
      CHAPTER 7 TRUSTEE

CERTIFICATE OF MAILING

      By my signature below, I hereby certify that on the 25th day of May, 2016, a true and correct copy of the foregoing document was served upon the following parties via electronic means as listed on the Court's ECF noticing system or by regular first class mail.

Lynn Saarinen
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, Texas 78701

Adam Swick
Reid Collins & Tsai LLP
1301 South Capitol of Texas Highway
Building C, Suite 300
Austin, Texas 78746

Office of the U. S. Trustee
903 San Jacinto Boulevard, Suite 230
Austin, Texas 78701

Laurence W. Goldberg
Director, Revenue Management
BDO USA, LLP
4135 Mendenhall Oaks Pkwy, Suite 140
High Point, North Carolina 27265

Willard Proctor, Jr.
Willard Proctor, Jr., P.A.
2100 Wolfe Street
Little Rock, Arkansas 72202-6258

E. Paul Keiffer
Coats Rose, PC
Republic Center, Suite 4150
325 North St. Paul Street
Dallas, Texas 75201

Cointerra, Inc.
c/o Timothy A. Davidson, II
Andrews & Kurth LLP
600 Travis, Suite 4200
Houston, Texas 77002

Automated Circuit Design
1250 American Parkway
Richardson, Texas 75081

Kimberly A. Walsh
Assistant Attorney General
Attorney General's Office
Bankruptcy & Collections Division
PO Box 12548
Austin, Texas 78711-2548

 

*/s/ Steve Turner*
Steve Turner