## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109 |
| | § | |
| COINTERRA, INC., | § | (Chapter 7) |
| | § | |
| DEBTOR | § | |

## ORDER GRANTING
## MOTION OF OPEN SILICON, INC. FOR CONTINUANCE
## ON APPLICATION OF OPEN-SILICON, INC. FOR ADMINISTRATIVE EXPENSE CLAIM

On this day came on for consideration the Motion filed by [Movant] "Movant" requesting a continuance on the Application of Open-Silicon, Inc. for Administrative Expense Claim filed on April 19, 2016. The Court finds that the Motion should be granted as set forth below.

IT IS THEREFORE ORDERED that the hearing on the Application of Open-Silicon, Inc. for Administrative Expense Claim is continued to the date and time listed above. Movant shall immediately provide notice of the continued hearing to all interested parties and file a certificate of service reflecting the notice given prior to the date of the hearing.

### End of Order ###

Gardere01 - 8835456v.1