**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| COINTERRA, INC. | § | CASE NO. 15-10109-hcm |
|    Debtor | § | Chapter 7 |

**REQUEST FOR REMOVAL**
**FROM MATRIX AND TO STOP ELECTRONIC NOTICES**

PLEASE TAKE NOTICE that **DUNN, NEAL & GERGER, LLP**, as attorney for Louis Gallardo**,** party in interest, hereby files this, Request for Removal from Matrix and to Stop Electronic Notices, and request the following name, address and email address be removed from the matrix and from the Court's electronic noticing system in this case:

                Alan S. Gerger
           DUNN, NEAL & GERGER, LLP
               3006 Brazos Street
             Houston, Texas 77006
          Telephone: (713) 403-7400
          Facsimile: (713) 583-3002
           asgerger@dnglegal.com
           bkpfilings@dnglegal.com

                                        Respectfully submitted,

                                        DUNN, NEAL & GERGER L.L.P.

       By:    */s/ Alan S. Gerger*_____
                    Alan S. Gerger
                    Texas Bar No. 07816350
                    Federal ID 2646
                    3006 Brazos Street
                    Houston, TX 77006
                    Telephone: (713) 403-7400
                    Facsimile: (713) 583-3002
                    Email: asgerger@dnglegal.com
                              bkpfilings@dnglegal.com

                    ATTORNEYS FOR OMNI LOGISTICS, INC

CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing Request for Removal from Matrix and to Stop Electronic Notices, was served on June 17, 2016 on the following ECF Registrants electronically through the Court's ECF System at the e-mail address registered with the Court:

| | |
|---|---|
| Debtor | Debtor's Counsel |
| Cointerra, Inc. | Timothy A. Davidson, II |
| 11130 Jollyville Rd. | Joseph P. Rovira |
| Suite 303 | Andrews Kurth LLP |
| Austin, TX 78759 | 600 Travis, Suite 4200 |
| | Houston, TX 77002 |
| Trustee | Trustee's Counsel |
| Randolph N. Osherow | Steve Turner |
| 342 W. Woodlawn, Suite 100 | Barrett Daffin Frappier Turner & Engel |
| San Antonio, TX 78212 | 610 West 5th Street, Suite 602 |
| | Austin, TX 78701 |
| Parties Requesting Notice | Parties Requesting Notice |
| Lynn E. Saarinen | E.P. Keiffer |
| Barron & Newburger, P.C. | Wright Ginsburg Brusilow P.C. |
| 1212 Guadalupe, Suite 104 | 325 North St. Paul Street, Suite 4150 |
| Austin, Texas 78701 | Dallas, TX 75201 |
| R. Adam Swick | Kimberly A. Walsh |
| Reid Collins & Tsai LLP | Assistant Attorney General |
| 1301 S. Capital of Texas Hwy | c/o Sherri K. Simpson, Paralegal |
| Building C, Suite 300 | Attorney General's Office |
| Austin, Texas 78746 | Bankruptcy & Collections Division |
| | P.O. Box 12548 |
| | Austin, TX 78711-2548 |
| REED SMITH LLP | EWELL, BROWN & BLANKE LLP |
| Attn: Kurt F. Gwynne, Esq. | Attn: David F. Brown, Esq. |
| 1201 N. Market Street, Suite 1500 | 111 Congress Ave., 28th Floor |
| Wilmington, Delaware 19801 | Austin, Texas 78701 |
| CenturyLink Law Department | Mark H. Ralston, Esq. |
| Attn: Mitchell W. Katz, Esq. | Fishman Jackson PLLC |
| 1801 California Street, 9th Floor | 700 Three Galleria Tower |
| Denver, CO 80202 | 13155 Noel Road |
| | Dallas, Texas 75240 |

                                                              */s/ Alan S. Gerger*_____
                                                                Alan Gerger