**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 08, 2016.**

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109-HCM |
| | § | |
| COINTERRA, INC. | § | (Chapter 7) |
| Debtor. | § | |

**ORDER DENYING APPLICATION OF**
**OPEN-SILICON INC. FOR ADMINISTRATIVE EXPENSE CLAIM**

On July 8, 2016, the Court conducted a hearing on the Application for Administrative Expense Claim (dkt# 84) ("Application") filed by Open-Silicon, Inc. ("OSI"). Counsel for OSI, counsel for Randolph Osherow, as Chapter 7 trustee ("Trustee"), and counsel for the U.S. Trustee ("UST") appeared at the hearing. The Court has considered the Application, the Supplement to the Application filed by OSI (dkt# 90), the Response to the Application filed by the Trustee (dkt# 92), the evidence, the arguments and statements of counsel, and the record in this bankruptcy case.

For the reasons stated by the Court in its oral ruling on the record at the hearing, the Court finds that the Application should be denied and that the following Order should be entered.

1

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that the Application for Administrative Expense Claim (dkt# 84) ("Application") filed by Open-Silicon, Inc. is hereby DENIED.

###