Marcus A. Helt
Texas Bar No. 24052187
mhelt@gardere.com
Stacy R. Obenhaus
Texas Bar No. 15161570
sobenhaus@gardere.com
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, Texas  75201-4761
Tel:  214.999.3000
Fax: 214.999.4667

Counsel for Open-Silicon Inc

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| In re: | § | |
| | § | Chapter 7 |
| COINTERRA INC., | § | |
| | § | No. 15-10109-HCM |
| Debtor. | § | |

## NOTICE OF APPEAL

Open-Silicon Inc. hereby appeals to the U.S. District Court from this court's *Order Denying Application of Open-Silicon Inc. for Administrative Expense Claim* [Doc. 104], which was entered on July 8, 2016. The names of all the parties to this appeal and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Appellant:**                              **Counsel:**

Open-Silicon Inc.                           Marcus A. Helt
                                            mhelt@gardere.com
                                            Stacy R. Obenhaus
                                            sobenhaus@gardere.com
                                            Gardere Wynne Sewell LLP
                                            1601 Elm Street, Suite 3000
                                            Dallas, Texas  75201-4761
                                            Fax:  214.999.3526

| **Appellees:** | **Counsel:** |
|---|---|
| Randolph N Osherow | Steve Turner |
| Chapter 7 Trustee | Barrett Daffin Frappier Turner & Engel |
| 342 W. Woodlawn, Suite 100 | 610 West 5th Street, Suite 602 |
| San Antonio, Texas 78212 | Austin, Texas 78701 |
| | Fax: 512.477.1112 |
| | wdecf@BDFGROUP.com |
| | |
| | Kell C. Mercer |
| | kell.mercer@mercer-law-pc.com |
| | Kell C. Mercer PC |
| | 1602 E. Cesar Chavez Street |
| | Austin, Texas 78702 |
| | Fax: 512.597.0767 |
| | |
| U.S. Trustee | Office of the U.S. Trustee |
| | 903 San Jacinto Boulevard, Room 230 |
| | Austin, Texas 78701 |

Respectfully Submitted,

*/s/ Marcus A. Helt*
Marcus A. Helt
Texas Bar No. 24052187
mhelt@gardere.com
Stacy R. Obenhaus
Texas Bar No. 15161570
sobenhaus@gardere.com
Gardere Wynne Sewell LLP
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Tel:    214.999.3000
Fax:    214.999.4667

ATTORNEYS FOR OPEN-SILICON INC.

## CERTIFICATE OF SERVICE

I certify that on **July 21, 2016**, a copy of this document was served by delivery to the following through the court's ECF system or as otherwise shown:

Lynn Saarinen
Barron & Newburger PC
1212 Guadalupe, Suite 104
Austin, Texas 78701

Automated Circuit Design
1250 American Parkway
Richardson, Texas 75081
**[first class mail]**

Steve Turner
Barrett Daffin Frappier Turner & Engel LLP
610 West 5th Street, Suite 602
Austin, Texas 78701

E. Paul Keiffer
Wright Ginsberg Brusilow P.C.
325 North St. Paul St., Suite 4150
Dallas, Texas 75201

Adam Swick
Reid Collins & Tsai LLP
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746

CoinTerra, Inc.
c/o Timothy A. Davidson II
Andrews & Kurth LLP
600 Travis, Suite 4200
Houston, Texas 77002

Laurence W. Goldberg
BDO USA LLP
4135 Mendenhall Oaks Pkwy, Suite 140
High Point, NC 27265
**[first class mail]**

Steve Turner
Barrett Daffin Frappier Turner & Engel
610 West 5th Street, Suite 602
Austin, Texas 78701
Fax: 512.477.1112
wdecf@BDFGROUP.com

Willard Proctor, Jr.
Willard Proctor Jr. PA
2100 Wolfe Street
Little Rock, AR 72202-6258
**[first class mail]**

Kimberly A. Walsh
Attorney General's Office
P.O. Box 12548
Austin, Texas 78711-2548
**[first class mail]**

Office of the U.S. Trustee
903 San Jacinto Boulevard, Room 230
Austin, Texas 78701
**[first class mail]**

Randolf Osherow
342 W. Woodlawn, Suite 100
San Antonio, Texas 78212

*/s/ Marcus A. Helt*
Marcus A. Helt

# Appendix A

Order Denying Application of Open-Silicon Inc. for Administrative Expense Claim
[Doc. 104]

15-10109-hcm Doc#107 Filed 07/08/16 Entered 07/08/16 12:51:54 Main Document Pg 5 of 6

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 08, 2016.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109-HCM |
| | § | |
| COINTERRA, INC. | § | (Chapter 7) |
| Debtor. | § | |

### ORDER DENYING APPLICATION OF
### OPEN-SILICON INC. FOR ADMINISTRATIVE EXPENSE CLAIM

On July 8, 2016, the Court conducted a hearing on the Application for Administrative Expense Claim (dkt# 84) ("Application") filed by Open-Silicon, Inc. ("OSI"). Counsel for OSI, counsel for Randolph Osherow, as Chapter 7 trustee ("Trustee"), and counsel for the U.S. Trustee ("UST") appeared at the hearing. The Court has considered the Application, the Supplement to the Application filed by OSI (dkt# 90), the Response to the Application filed by the Trustee (dkt# 92), the evidence, the arguments and statements of counsel, and the record in this bankruptcy case.

For the reasons stated by the Court in its oral ruling on the record at the hearing, the Court finds that the Application should be denied and that the following Order should be entered.

1

15-10109-hcm Doc#107 Filed 07/08/16 Entered 07/08/16 12:41:54 Main Document Pg 2 of 2

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that the Application for Administrative Expense Claim (dkt# 84) ("Application") filed by Open-Silicon, Inc. is hereby DENIED.

###
