# UNITED STATES BANKRUPTCY COURT
## *Western District of Texas*
**903 San Jacinto, Suite 322**
**Austin, Texas 78701**

*YVETTE M. TAYLOR*
*CLERK OF COURT*

*(512) 916–5237*

**DATE:    July 22, 2016**

**RE:    Notice of Appeal (or Cross Appeal)**
        Bankruptcy Case No.:    **15–10109–hcm**
             Case Style:    Cointerra, Inc.

Dear    Mr. Felt:

Rule 8006 of the Federal Rules of Bankruptcy Procedure states in pertinent part:

**Any party filing a designation of the items to be included in the record shall provide to the Clerk, a copy of the items designated or, if the party fails to provide the copy, the Clerk shall prepare the copy at the expense of the party.**

District Court Local Rule CV–5 requires that all copies of the record be submitted in duplicate.

If you will be providing copies of the record, they should be submitted to our office within 15 days.  If you want the Clerk's office to make copies at your expense, notify the Clerk's office at the time of filing your designated items.  The cost of copies, when supplied by the Clerk's Office is $.50 per page and there is an additional $30.00 search fee charge **for each paper document** when obtained from the court's manual case file.

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

BY: Estella Benitez Hernandez

cc:    Interested parties per Notice of Appeal

---

**511 E. San Antonio Avenue, Suite 444**
**El Paso, Texas 79901**
**(915) 779–7362**

**615 E. Houston Street, Suite 597**
**San Antonio, Texas 78205**
**(210) 472–6720**

**800 Franklin Avenue, Suite 140**
**Waco, Texas 76701**
**(254) 750–1513**

**[Notice of Appeal Letter]** [Ltrnaplap]

United States Bankruptcy Court
Western District of Texas

In re:                                                          Case No. 15-10109-hcm
Cointerra, Inc.                                                 Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0542-1          User: beniteze          Page 1 of 1          Date Rcvd: Jul 22, 2016
                              Form ID: 197            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2016.
db              +Cointerra, Inc.,   11130 Jollyville Rd.,   Suite 303,   Austin, TX 78759-5593
intp            +Kell Mercer,   Brown McCarroll, L.L.P.,   1602 E. Cesar Chavez Street,   Austin, TX 78702-4456

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2016                    Signature:  /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2016 at the address(es) listed below:
          David F. Brown   on behalf of Creditor   CenturyLink Communications LLC dbrown@ebbr-law.com,
          dj3brown@yahoo.com
          Edwin P. Keiffer   on behalf of Creditor   Fortis Advisors LLC, Collateral Agent
          pkeiffer@coatsrose.com,  bwallace@coatsrose.com
          Joseph P. Rovira   on behalf of Debtor   Cointerra, Inc. josephrovira@andrewskurth.com,
          josephrovira@andrewskurth.com
          Kimberly A. Walsh   on behalf of Creditor   Texas Comptroller of Public Accounts
          bk-kwalsh@texasattorneygeneral.gov,  sherri.simpson@texasattorneygeneral.gov
          Lynn Saarinen   on behalf of Plaintiff   Future Electronics Corp. lsaarinen@bn-lawyers.com,
          ahewes@bn-lawyers.com;spatterson@bn-lawyers.com;kelliott@bn-lawyers.com
          Lynn Saarinen   on behalf of Creditor   Future Electronics Corp. lsaarinen@bn-lawyers.com,
          ahewes@bn-lawyers.com;spatterson@bn-lawyers.com;kelliott@bn-lawyers.com
          Marcus A. Helt   on behalf of Creditor   Open-Silicon, Inc. mhelt@gardere.com,
          acordero@gardere.com;nbowen@gardere.com
          Mark H. Ralston   on behalf of Creditor   Applied Circuit Technology d/b/a Automated Circuit
          Design mralston@fishmanjackson.com,
          amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com
          Mark H. Ralston   on behalf of Defendant   Applied Circuit Technology, Inc. d/b/a Automated
          Circuit Design mralston@fishmanjackson.com,
          amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com
          R. Adam Swick   on behalf of Creditor   C7 Data Centers, Inc. aswick@rctlegal.com,
          mmyers@rctlegal.com;tstone@rctlegal.com;kvomacka@rctlegal.com
          Randolph N Osherow   rosherow@hotmail.com,  rosherow@ecf.epiqsystems.com
          Steve Turner   on behalf of Trustee Randolph N Osherow wdecf@BDFGROUP.com,  marshak@BDFGroup.com
          Timothy A. Davidson, II   on behalf of Debtor   Cointerra, Inc. tdavidson@akllp.com
          Timothy R. Casey   on behalf of Creditor   Open-Silicon, Inc. timothy.casey@dbr.com,
          daniel.northrop@dbr.com
          United States Trustee - AU12   ustpregion07.au.ecf@usdoj.gov
          Willard Proctor, Jr.   on behalf of Creditor Michael  Vick willard@wpjrlaw.com
                                                                                    TOTAL: 16