Marcus A. Helt
Texas Bar No. 24052187
mhelt@gardere.com
Stacy R. Obenhaus
Texas Bar No. 15161570
sobenhaus@gardere.com
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Tel: 214.999.3000
Fax: 214.999.4667

Counsel for Open-Silicon Inc

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 7 |
| COINTERRA INC., | § § | No. 15-10109-HCM |
| Debtor. | § | |

**NOTICE OF APPEAL**

Open-Silicon Inc. hereby appeals to the U.S. District Court from this court's *Order Denying Application of Open-Silicon Inc. for Administrative Expense Claim* [Doc. 104], which was entered on July 8, 2016. The names of all the parties to this appeal and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Appellant:**

Open-Silicon Inc.

**Counsel:**

Marcus A. Helt
mhelt@gardere.com
Stacy R. Obenhaus
sobenhaus@gardere.com
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Fax: 214.999.3526

| **Appellees:** | **Counsel:** |
|---|---|
| Randolph N Osherow<br>Chapter 7 Trustee<br>342 W. Woodlawn, Suite 100<br>San Antonio, Texas 78212 | Steve Turner<br>Barrett Daffin Frappier Turner & Engel<br>610 West 5th Street, Suite 602<br>Austin, Texas 78701<br>Fax: 512.477.1112<br>wdecf@BDFGROUP.com<br><br>Kell C. Mercer<br>kell.mercer@mercer-law-pc.com<br>Kell C. Mercer PC<br>1602 E. Cesar Chavez Street<br>Austin, Texas 78702<br>Fax: 512.597.0767 |
| U.S. Trustee | Office of the U.S. Trustee<br>903 San Jacinto Boulevard, Room 230<br>Austin, Texas 78701 |

Respectfully Submitted,

*/s/ Marcus A. Helt*
Marcus A. Helt
Texas Bar No. 24052187
mhelt@gardere.com
Stacy R. Obenhaus
Texas Bar No. 15161570
sobenhaus@gardere.com
Gardere Wynne Sewell LLP
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Tel:    214.999.3000
Fax:   214.999.4667

ATTORNEYS FOR OPEN-SILICON INC.

# CERTIFICATE OF SERVICE

I certify that on **July 21, 2016**, a copy of this document was served by delivery to the following through the court's ECF system or as otherwise shown:

Lynn Saarinen
Barron & Newburger PC
1212 Guadalupe, Suite 104
Austin, Texas 78701

Automated Circuit Design
1250 American Parkway
Richardson, Texas 75081
[**first class mail**]

Steve Turner
Barrett Daffin Frappier Turner & Engel LLP
610 West 5th Street, Suite 602
Austin, Texas 78701

E. Paul Keiffer
Wright Ginsberg Brusilow P.C.
325 North St. Paul St., Suite 4150
Dallas, Texas 75201

Adam Swick
Reid Collins & Tsai LLP
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746

CoinTerra, Inc.
c/o Timothy A. Davidson II
Andrews & Kurth LLP
600 Travis, Suite 4200
Houston, Texas 77002

Laurence W. Goldberg
BDO USA LLP
4135 Mendenhall Oaks Pkwy, Suite 140
High Point, NC 27265
[**first class mail**]

Steve Turner
Barrett Daffin Frappier Turner & Engel
610 West 5th Street, Suite 602
Austin, Texas 78701
Fax: 512.477.1112
wdecf@BDFGROUP.com

Willard Proctor, Jr.
Willard Proctor Jr. PA
2100 Wolfe Street
Little Rock, AR 72202-6258
[**first class mail**]

Kimberly A. Walsh
Attorney General's Office
P.O. Box 12548
Austin, Texas 78711-2548
[**first class mail**]

Office of the U.S. Trustee
903 San Jacinto Boulevard, Room 230
Austin, Texas 78701
[**first class mail**]

Randolf Osherow
342 W. Woodlawn, Suite 100
San Antonio, Texas 78212

*/s/ Marcus A. Helt*
Marcus A. Helt

# Appendix A

Order Denying Application of Open-Silicon Inc. for Administrative Expense Claim
[Doc. 104]

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 08, 2016.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109-HCM |
| | § | |
| COINTERRA, INC. | § | (Chapter 7) |
| Debtor. | § | |

**ORDER DENYING APPLICATION OF
OPEN-SILICON INC. FOR ADMINISTRATIVE EXPENSE CLAIM**

On July 8, 2016, the Court conducted a hearing on the Application for Administrative Expense Claim (dkt# 84) ("Application") filed by Open-Silicon, Inc. ("OSI"). Counsel for OSI, counsel for Randolph Osherow, as Chapter 7 trustee ("Trustee"), and counsel for the U.S. Trustee ("UST") appeared at the hearing. The Court has considered the Application, the Supplement to the Application filed by OSI (dkt# 90), the Response to the Application filed by the Trustee (dkt# 92), the evidence, the arguments and statements of counsel, and the record in this bankruptcy case.

For the reasons stated by the Court in its oral ruling on the record at the hearing, the Court finds that the Application should be denied and that the following Order should be entered.

1

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that the Application for Administrative Expense Claim (dkt# 84) ("Application") filed by Open-Silicon, Inc. is hereby DENIED.

### 

2

```
                        United States Bankruptcy Court
                          Western District of Texas
In re:                                                    Case No. 15-10109-hcm
Cointerra, Inc.                                           Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0542-1          User: beniteze              Page 1 of 1                   Date Rcvd: Jul 22, 2016
                              Form ID: pdfintp            Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2016.
db             +Cointerra, Inc.,    11130 Jollyville Rd.,    Suite 303,    Austin, TX 78759-5593
intp           +Kell Mercer,   Brown McCarroll, L.L.P.,    1602 E. Cesar Chavez Street,    Austin, TX 78702-4456

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
               +E-mail/Text: ustpregion07.au.ecf@usdoj.gov Jul 22 2016 23:20:09     Office of the US Trustee,
                 903 San Jacinto Blvd., Ste 230,    Austin, TX 78701-2450
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2016 at the address(es) listed below:
              David F. Brown    on behalf of Creditor    CenturyLink Communications LLC dbrown@ebbr-law.com,
               dj3brown@yahoo.com
              Edwin P. Keiffer    on behalf of Creditor    Fortis Advisors LLC, Collateral Agent
               pkeiffer@coatsrose.com, bwallace@coatsrose.com
              Joseph P. Rovira    on behalf of Debtor    Cointerra, Inc. josephrovira@andrewskurth.com,
               josephrovira@andrewskurth.com
              Kimberly A. Walsh    on behalf of Creditor    Texas Comptroller of Public Accounts
               bk-kwalsh@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
              Lynn Saarinen    on behalf of Plaintiff    Future Electronics Corp. lsaarinen@bn-lawyers.com,
               ahewes@bn-lawyers.com;spatterson@bn-lawyers.com;kelliott@bn-lawyers.com
              Lynn Saarinen    on behalf of Creditor    Future Electronics Corp. lsaarinen@bn-lawyers.com,
               ahewes@bn-lawyers.com;spatterson@bn-lawyers.com;kelliott@bn-lawyers.com
              Marcus A. Helt    on behalf of Creditor    Open-Silicon, Inc. mhelt@gardere.com,
               acordero@gardere.com;nbowen@gardere.com
              Mark H. Ralston    on behalf of Creditor    Applied Circuit Technology d/b/a Automated Circuit
               Design mralston@fishmanjackson.com,
               amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com
              Mark H. Ralston    on behalf of Defendant    Applied Circuit Technology, Inc. d/b/a Automated
               Circuit Design mralston@fishmanjackson.com,
               amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com
              R. Adam Swick    on behalf of Creditor    C7 Data Centers, Inc. aswick@rctlegal.com,
               mmyers@rctlegal.com;tstone@rctlegal.com;kvomacka@rctlegal.com
              Randolph N Osherow    rosherow@hotmail.com, rosherow@ecf.epiqsystems.com
              Steve Turner    on behalf of Trustee Randolph N Osherow wdecf@BDFGROUP.com, marshak@BDFGroup.com
              Timothy A. Davidson, II    on behalf of Debtor    Cointerra, Inc. tdavidson@akllp.com
              Timothy R. Casey    on behalf of Creditor    Open-Silicon, Inc. timothy.casey@dbr.com,
               daniel.northrop@dbr.com
              United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
              Willard  Proctor, Jr.    on behalf of Creditor Michael  Vick willard@wpjrlaw.com
                                                                                              TOTAL: 16
```