

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 08, 2016.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | No. 15-10109-HCM |
| COINTERRA, INC., | § | |
| | § | (Chapter 7) |
| Debtor. | § | |

### ORDER GRANTING
### UNOPPOSED MOTION TO EXTEND TIME FOR FILING DESIGNATION OF RECORD/STATEMENT OF ISSUES

This Court rules as follows:

1. This Court hereby grants the Unopposed Motion to Extend Time for Filing Designation of Record/Statement of Issues [Doc.110].

2. The deadline by which Open-Silicon must file a statement of issues for appeal, designate the record on appeal, and request a transcript for appeal—pursuant to Federal Rule of Bankruptcy Procedure 8009—is extended until September 3, 2016.

###END OF ORDER###

Gardere01 - 9261551v.1