Marcus A. Helt
Texas Bar No. 24052187
mhelt@gardere.com
Stacy R. Obenhaus
Texas Bar No. 15161570
sobenhaus@gardere.com
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, Texas  75201-4761
Tel:  214.999.3000
Fax: 214.999.4667

Counsel for Open-Silicon Inc.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: § | | |
| § | | Chapter 7 |
| COINTERRA INC., § | | |
| § | | No. 15-10109-HCM |
| Debtor. § | | |

**UNOPPOSED SECOND MOTION TO EXTEND TIME FOR
FILING DESIGNATION OF RECORD/STATEMENT OF ISSUES**

Open-Silicon Inc. asks this court to extend for 45 days the time for designating the record, requesting the transcript, and stating issues for appeal under Rule 8009.

On July 21, 2016, Open-Silicon filed a timely notice of appeal [Doc. 107]. Under the rules, August 4, 2016, was the deadline for filing the above matters under Rule 8009. *See* Fed. R. Bankr. P. 8009(a)(1), (b)(1). That deadline could be extended, Fed. R. Bankr. P. 9006(b), and based on a prior, unopposed motion, by order entered August 8, 2016, this court extended that deadline to September 3, 2016 [Doc. 111].

Open-Silicon now requests a further 45-day extension of the deadline. All parties to the appeal appear to have an agreement in principle, subject to this court's approval,

to settle the matters that are the subject of the appeal. Therefore, subject to this court's approval, the parties have agreed upon a 45-day stay of the deadlines in the appeal to allow for the settlement papers to be drafted and filed for approval. The new deadline for the above appeal filings would be October 18, 2016.

Wherefore Open-Silicon asks that this court extend until October 18, 2016, the deadline by which Open-Silicon must file a statement of issues for the appeal; designate the record on appeal; and request a transcript for appeal.

Respectfully submitted,

*/s/ Marcus A. Helt*
Marcus A. Helt
Texas Bar No. 24052187
mhelt@gardere.com
Stacy R. Obenhaus
Texas Bar No. 15161570
sobenhaus@gardere.com
Gardere Wynne Sewell LLP
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Tel:   214.999.3000
Fax:   214.999.4667

ATTORNEYS FOR OPEN-SILICON INC.

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Steve Turner, counsel for the Chapter 7 trustee (the sole appellee in the subject appeal) with regard to the relief requested in this motion, and he indicated that the Chapter 7 trustee will **not** oppose this request for relief.

*/s/ Marcus A. Helt*
Marcus A. Helt

## CERTIFICATE OF SERVICE

I certify that on **September 2, 2016**, a copy of this document was served by delivery to the following through the court's ECF system or as otherwise shown:

Lynn Saarinen
Barron & Newburger PC
1212 Guadalupe, Suite 104
Austin, Texas 78701

Steve Turner
Barrett Daffin Frappier Turner & Engel LLP
610 West 5th Street, Suite 602
Austin, Texas 78701

Adam Swick
Reid Collins & Tsai LLP
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746

Laurence W. Goldberg
BDO USA LLP
4135 Mendenhall Oaks Pkwy, Suite 140
High Point, NC 27265
**[first class mail]**

Willard Proctor, Jr.
Willard Proctor Jr. PA
2100 Wolfe Street
Little Rock, AR 72202-6258
**[first class mail]**

Office of the U.S. Trustee
903 San Jacinto Boulevard, Room 230
Austin, Texas 78701
**[first class mail]**

Automated Circuit Design
1250 American Parkway
Richardson, Texas 75081
**[first class mail]**

E. Paul Keiffer
Wright Ginsberg Brusilow P.C.
325 North St. Paul St., Suite 4150
Dallas, Texas 75201

CoinTerra, Inc.
c/o Timothy A. Davidson II
Andrews & Kurth LLP
600 Travis, Suite 4200
Houston, Texas 77002

Steve Turner
Barrett Daffin Frappier Turner & Engel
610 West 5th Street, Suite 602
Austin, Texas 78701
Fax: 512.477.1112
wdecf@BDFGROUP.com

Kimberly A. Walsh
Attorney General's Office
P.O. Box 12548
Austin, Texas 78711-2548
**[first class mail]**

Randolf Osherow
342 W. Woodlawn, Suite 100
San Antonio, Texas 78212

*/s/ Marcus A. Helt*
Marcus A. Helt

4

# Exhibit A

[proposed order]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | No. 15-10109-HCM |
| COINTERRA, INC., | § | |
| | § | (Chapter 7) |
| Debtor. | § | |

**ORDER GRANTING
UNOPPOSED SECOND MOTION TO EXTEND TIME FOR FILING
DESIGNATION OF RECORD/STATEMENT OF ISSUES**

This Court rules as follows:

1. This Court hereby grants the Unopposed Second Motion to Extend Time for Filing Designation of Record/Statement of Issues [Doc. ____].

2. The deadline by which Open-Silicon must file a statement of issues for appeal, designate the record on appeal, and request a transcript for appeal—pursuant to Federal Rule of Bankruptcy Procedure 8009—is extended until October 18, 2016.

Dated September _____, 2016.

_____
United States Bankruptcy Judge