IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | No. 15-10109-HCM |
| COINTERRA, INC., | § | |
| | § | (Chapter 7) |
| Debtor. | § | |

**ORDER GRANTING**
**UNOPPOSED SECOND MOTION TO EXTEND TIME FOR FILING**
**DESIGNATION OF RECORD/STATEMENT OF ISSUES**

This Court rules as follows:

1. This Court hereby grants the Unopposed Second Motion to Extend Time for Filing Designation of Record/Statement of Issues [Doc. ___].

2. The deadline by which Open-Silicon must file a statement of issues for appeal, designate the record on appeal, and request a transcript for appeal—pursuant to Federal Rule of Bankruptcy Procedure 8009—is extended until October 18, 2016.

###END OF ORDER###