**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 02, 2016.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | No. 15-10109-HCM |
| COINTERRA, INC., | § | |
| | § | (Chapter 7) |
| Debtor. | § | |

**ORDER GRANTING**
**UNOPPOSED SECOND MOTION TO EXTEND TIME FOR FILING**
**DESIGNATION OF RECORD/STATEMENT OF ISSUES**

This Court rules as follows:

1. This Court hereby grants the Unopposed Second Motion to Extend Time for Filing Designation of Record/Statement of Issues [Doc. 112].

2. The deadline by which Open-Silicon must file a statement of issues for appeal, designate the record on appeal, and request a transcript for appeal—pursuant to Federal Rule of Bankruptcy Procedure 8009—is extended until October 18, 2016.

###END OF ORDER###

```
                             United States Bankruptcy Court
                              Western District of Texas
In re:                                                            Case No. 15-10109-hcm
Cointerra, Inc.                                                   Chapter 7
         Debtor                  CERTIFICATE OF NOTICE
District/off: 0542-1           User: miillers              Page 1 of 2                  Date Rcvd: Sep 06, 2016
                               Form ID: pdfintp            Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2016.
db            +Cointerra, Inc.,    11130 Jollyville Rd.,    Suite 303,    Austin, TX 78759-5593
aty           +Alan S. Gerger,    The Gerger Law Firm PLLC,    2211 Norfolk,    Suite 517,
                Houston, TX 77098-4051
aty           +Bernard C. Devieux,    Reed Smith LLP,    1201 N. Market St, Ste. 1500,
                Wilmington, DE 19801-1163
cr             C7 Data Centers, Inc.,    c/o R. Adam Swick,    Building C, Suite 300,    Austin, TX   78746
cr            +Fortis Advisors LLC, Collateral Agent,     c/o E. P. Keiffer,    Wright Ginsberg Brusilow PC,
                325 N. St. Paul Street, Suite 4150,     Dallas, TX 75201-3861
cr            +Future Electronics Corp.,     c/o Barron & Newburger, PC,    Attn: Lynn Saarinen,
                1212 Guadalupe, Suite 104,    Austin, TX 78701-1801
intp          +Kell Mercer,   Brown McCarroll, L.L.P.,     1602 E. Cesar Chavez Street,    Austin, TX 78702-4456
cr            +Michael Vick,    1512 S. Battery Street,    Little Rock, AR 72202-5813
cr            +Omni Logistics Inc,    c/o Alan Gerger and Loyd Neal,     3006 Brazos,   Houston, TX 77006-3418
cr             Texas Comptroller of Public Accounts,     Kimberly A. Walsh,    c/o Sherri K. Simpson, Paralegal,
                P.O. Box 12548,    Austin, TX   78711-2548
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: bklaw2@centurylink.com Sep 07 2016 00:08:00      CenturyLink Communications LLC,
                1801 California Street,    Suite 900,   Denver, CO 80202-2609
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Applied Circuit Technology d/b/a Automated Circuit
cr             CenturyLink TS
cr             Open-Silicon, Inc.
                                                                                   TOTALS: 3, * 0, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2016 at the address(es) listed below:
              David F. Brown    on behalf of Creditor    CenturyLink Communications LLC dbrown@ebbr-law.com,
               dj3brown@yahoo.com
              Edwin P. Keiffer    on behalf of Creditor    Fortis Advisors LLC, Collateral Agent
               pkeiffer@coatsrose.com, bwallace@coatsrose.com
              Joseph P. Rovira    on behalf of Debtor    Cointerra, Inc. josephrovira@andrewskurth.com,
               josephrovira@andrewskurth.com
              Kimberly A. Walsh    on behalf of Creditor    Texas Comptroller of Public Accounts
               bk-kwalsh@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
              Lynn Saarinen    on behalf of Plaintiff    Future Electronics Corp. lsaarinen@bn-lawyers.com,
               ahewes@bn-lawyers.com;spatterson@bn-lawyers.com;kelliott@bn-lawyers.com
              Lynn Saarinen    on behalf of Creditor    Future Electronics Corp. lsaarinen@bn-lawyers.com,
               ahewes@bn-lawyers.com;spatterson@bn-lawyers.com;kelliott@bn-lawyers.com
              Marcus A. Helt    on behalf of Creditor    Open-Silicon, Inc. mhelt@gardere.com,
               acordero@gardere.com;nbowen@gardere.com
              Mark H. Ralston    on behalf of Defendant    Applied Circuit Technology, Inc. d/b/a Automated
               Circuit Design mralston@fishmanjackson.com,
               amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com
              Mark H. Ralston    on behalf of Creditor    Applied Circuit Technology d/b/a Automated Circuit
               Design mralston@fishmanjackson.com,
               amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com
              R. Adam Swick    on behalf of Creditor    C7 Data Centers, Inc. aswick@rctlegal.com,
               mmyers@rctlegal.com;tstone@rctlegal.com;kvomacka@rctlegal.com
              Randolph N Osherow    rosherow@hotmail.com, rosherow@ecf.epiqsystems.com
```

```
District/off: 0542-1           User: miillers            Page 2 of 2              Date Rcvd: Sep 06, 2016
                               Form ID: pdfintp          Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Steve Turner    on behalf of Trustee Randolph N Osherow wdecf@BDFGROUP.com, marshak@BDFGroup.com
          Timothy A. Davidson, II    on behalf of Debtor   Cointerra, Inc. tdavidson@akllp.com
          Timothy R. Casey    on behalf of Creditor   Open-Silicon, Inc. timothy.casey@dbr.com, daniel.northrop@dbr.com
          United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
          Willard  Proctor, Jr.    on behalf of Creditor Michael  Vick willard@wpjrlaw.com
                                                                                               TOTAL: 16