Marcus A. Helt
Texas Bar No. 24052187
mhelt@gardere.com
Stacy R. Obenhaus
Texas Bar No. 15161570
sobenhaus@gardere.com
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Tel: 214.999.3000
Fax: 214.999.4667

Counsel for Open-Silicon Inc.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| COINTERRA INC., | § | |
| | § | No. 15-10109-HCM |
| Debtor. | § | |

**UNOPPOSED MOTION TO DISMISS APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8023, Open-Silicon Inc. moves this Court for an order dismissing the appeal filed July 21, 2016 [Doc. 107], with each party to bear their own costs and attorneys' fees. As is indicated in the certificate of conference herein, the motion is unopposed and the parties to the appeal have agreed that each side shall bear its own costs and fees.

Dated: October 19, 2016

Respectfully submitted,

*/s/ Marcus A. Helt*
Marcus A. Helt
Texas Bar No. 24052187
mhelt@gardere.com
Stacy R. Obenhaus
Texas Bar No. 15161570
sobenhaus@gardere.com
Gardere Wynne Sewell LLP
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Tel:   214.999.3000
Fax:   214.999.4667

ATTORNEYS FOR OPEN-SILICON INC.

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Steve Turner, counsel for the Chapter 7 trustee (the sole appellee in the subject appeal) with regard to the relief requested in this motion, and he indicated that the Chapter 7 trustee will **not** oppose this request for relief.

*/s/ Stacy R. Obenhaus*
Stacy R. Obenhaus

# CERTIFICATE OF SERVICE

I certify that on **October 19, 2016**, a copy of this document was served through delivery to the following through the court's ECF system or as otherwise shown:

Lynn Saarinen
Barron & Newburger PC
1212 Guadalupe, Suite 104
Austin, Texas 78701

Steve Turner
Barrett Daffin Frappier Turner & Engel LLP
610 West 5th Street, Suite 602
Austin, Texas 78701

Adam Swick
Reid Collins & Tsai LLP
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746

Laurence W. Goldberg
BDO USA LLP
4135 Mendenhall Oaks Pkwy, Suite 140
High Point, NC 27265
**[first class mail]**

Willard Proctor, Jr.
Willard Proctor Jr. PA
2100 Wolfe Street
Little Rock, AR 72202-6258
**[first class mail]**

Office of the U.S. Trustee
903 San Jacinto Boulevard, Room 230
Austin, Texas 78701
**[first class mail]**

Automated Circuit Design
1250 American Parkway
Richardson, Texas 75081
**[first class mail]**

E. Paul Keiffer
Wright Ginsberg Brusilow P.C.
325 North St. Paul St., Suite 4150
Dallas, Texas 75201

CoinTerra, Inc.
c/o Timothy A. Davidson II
Andrews & Kurth LLP
600 Travis, Suite 4200
Houston, Texas 77002

Steve Turner
Barrett Daffin Frappier Turner & Engel
610 West 5th Street, Suite 602
Austin, Texas 78701
Fax: 512.477.1112
wdecf@BDFGROUP.com

Kimberly A. Walsh
Attorney General's Office
P.O. Box 12548
Austin, Texas 78711-2548
**[first class mail]**

Randolf Osherow
342 W. Woodlawn, Suite 100
San Antonio, Texas 78212

*/s/ Stacy R. Obenhaus*
Stacy R. Obenhaus