IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | No. 15-10109-HCM |
| COINTERRA, INC., | § | |
| | § | (Chapter 7) |
| Debtor. | § | |

**ORDER GRANTING**
**UNOPPOSED MOTION TO DISMISS APPEAL**

This Court rules as follows:

1. This Court hereby grants the Unopposed Motion to Dismiss Appeal filed by Open-Silicon Inc. [Doc. ___].

2. The appeal filed by Open-Silicon Inc. [Doc. 107] is dismissed, with each party to bear their own costs and fees.

Signed this _____ day of October 2016.

_____
United States Bankruptcy Judge