**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 19, 2016.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | No. 15-10109-HCM |
| COINTERRA, INC., | § | |
| | § | (Chapter 7) |
| Debtor. | § | |

**ORDER GRANTING
UNOPPOSED MOTION TO DISMISS APPEAL**

This Court rules as follows:

1. This Court hereby grants the Unopposed Motion to Dismiss Appeal filed by Open-Silicon Inc. [Doc. 115].

**Order Granting Unopposed Motion to Dismiss Appeal**      **Solo Page**

2. The appeal filed by Open-Silicon Inc. [Doc. 107] is dismissed, with each party to bear their own costs and fees.

###