## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| *In re* | § | |
| | § | |
| **COINTERRA. INC.,** | § | **CASE NO. 15-10109-HCM** |
| | § | |
| *Debtor*. | § | **Chapter 7** |

### ORDER
### APPROVING COMPROMISE, PURSUANT TO FED.R.BANKR.P. 9019, BETWEEN CHAPTER 7 TRUSTEE AND ANDREWS KURTH KENYON LLP

On this date came on to be considered the Motion, filed on behalf of Randolph N. Osherow, the duly appointed Chapter 7 trustee in the above-styled and numbered bankruptcy case (the "Trustee"), for Approval, Pursuant to Fed. R. Bankr. P. 9019, of Compromise with Andrews Kurth Kenyon LLP (the "Motion"). The Court, having reviewed the Motion as well as the file and record in this Chapter 7 case as well as Adversary Proceeding No. 16-1052 (the "Avoidance Action"), and considering the arguments of the parties and that no response in opposition to the Motion has been timely filed, finds as follows.

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the standing order of reference in this District. Under 28 U.S.C. § 157(b)(2)(A), (F) and (O), this is a core

proceeding. Notice of the Motion and of the specific terms of the compromise was proper and adequate under the circumstances. The compromise described in the Motion and in the settlement agreement attached to the Motion (the "Settlement Agreement") appears to be fair and equitable, reasonable in light of the risk, cost and delay of litigation, and in the best interests of creditors in this case. The Court therefore finds that it should be approved.

IT IS, THEREFORE, ORDERED that the settlement described in the Motion and in the Settlement Agreement attached thereto, including but not limited to, the Trustee and estate releases of Andrews Kurth Kenyon LLP, shall be, and hereby is, APPROVED and the Trustee is authorized execute and thereafter perform under the Settlement Agreement.

# # #

*Order submitted by:*

Kell C. Mercer
State Bar No. 24007668
KELL C. MERCER, P.C.
1602 E. Cesar Chavez Street
Austin, Texas 78702
(512)627-3512 / (512)597-0767 (fax)
kell.mercer@mercer-law-pc.com

LITIGATION COUNSEL FOR THE TRUSTEE