**Barrett Daffin Frappier Turner & Engel, LLP**
15000 Surveyor Boulevard
Suite 100
Addison, TX 75001

Invoice submitted to:
Randolph N. Osherow, Trustee
342 West Woodlawn, Suite 300
San Antonio, TX 78212

Client Matter Number   00000005114780 - Cointerra

January 31, 2017

In Reference To:   01993 / 15-10109 / 99999999
Invoice #   15900261

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/9/2015 | ST | Receive and review Schedules and Statement of Financial Affairs; | 1.10<br>350.00/hr | 385.00 |
| 2/15/2015 | ST | Conference with Trustee regarding new file; Receive and review Motion for Relief filed by Future Electronics; research background of debtor and Bitcoins. | 3.10<br>350.00/hr | 1,085.00 |
| 2/20/2015 | ST | Receive and review Response to Motion for Relief filed by Fortis Advisors. | 0.20<br>350.00/hr | 70.00 |
| 2/25/2015 | ST | Review list of payments made by Debtor during preference period; conference with Trustee regarding same. Also review accounting records of Debtor; $46 million in sales in 2014 and zero sales in 2015 | 2.40<br>350.00/hr | 840.00 |
| 2/26/2015 | ST | Correspondence among Paul Keiffer, Trustee and me regarding issues to be raised at 341 meeting; review documents from Paul Keiffer, counsel for Fortis. | 1.30<br>350.00/hr | 455.00 |
| 2/27/2015 | ST | Attend 341 meeting; conference with attorneys for creditor and Debtor; receive and review Agreed Order for Motion for Relief filed by Fortis. | 2.10<br>350.00/hr | 735.00 |
| 3/2/2015 | ST | Work with secured creditors on surrender of assets to each. | 1.30<br>350.00/hr | 455.00 |
| 3/5/2015 | ST | Review payments within 90 days; telephone conference with counsel for C7 regarding payments to his client and pre-petition causes of action against Debtor. | 3.10<br>350.00/hr | 1,085.00 |
| 3/9/2015 | ST | Visit offices to take inventory of furniture and other personal property. | 2.10<br>350.00/hr | 735.00 |



Randolph N. Osherow, Trustee                                                                                       Page    2

|            |    |                                                                                                                                                                                                                                                            | Hrs/Rate          | Amount   |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 3/11/2015  | ST | Begin preference analysis to report possible causes of action to Trustee.                                                                                                                                                                                  | 3.10<br>350.00/hr | 1,085.00 |
| 3/16/2015  | ST | Receive and review various documents from Mr. Davidson regarding possible claims against Open-Silicon, Inc.; conference with Trustee regarding same.                                                                                                       | 1.10<br>350.00/hr | 385.00   |
| 3/17/2015  | ST | Research location of various assets of Estate, including terraminers; conference with Trustee regarding terraminers spread across several states and the need to abandon them along with office leases and rental storage units; begin Notices of Abandonment. | 0.90<br>350.00/hr | 315.00   |
| 3/18/2015  | ST | Continue to review accounting (accounts payable) to determine validity of preference actions.                                                                                                                                                              | 2.90<br>350.00/hr | 1,015.00 |
| 3/20/2015  | ST | Work with Paul Keiffer and California counsel regarding suit against Debtor by Open Silicon and waiving attorney client privilege to allow Fortis to obtain its property.                                                                                   | 0.60<br>350.00/hr | 210.00   |
| 3/23/2015  | ST | Research issue on Lease Agreement; draft Motion to Reject Unexpired Lease for commercial leases on Jollyville Road.                                                                                                                                        | 2.80<br>350.00/hr | 980.00   |
|            | MK | Begin working determining names and addresses for preference demand letters.                                                                                                                                                                               | 1.30<br>125.00/hr | 162.50   |
| 3/24/2015  | MK | Edit and finalize Motion to Reject Unexpired Lease with Infiniti Investors.                                                                                                                                                                                | 0.50<br>125.00/hr | 62.50    |
| 3/25/2015  | ST | Negotiate with Fortis and Trustee regarding loan to prosecute preference and avoidance actions.                                                                                                                                                            | 1.10<br>350.00/hr | 385.00   |
| 3/26/2015  | ST | Work with Fortis to get assets sold from within the building rather than move them for auction.                                                                                                                                                            | 0.30<br>350.00/hr | 105.00   |
| 4/6/2015   | ST | Work with secured creditor Fortis, to surrender property in California.                                                                                                                                                                                    | 0.30<br>350.00/hr | 105.00   |
| 4/7/2015   | MK | Prepare Limited Matrix fro NOAs and POC claimants filed of record; email copy to Mr. Osherow.                                                                                                                                                              | 1.90<br>125.00/hr | 237.50   |
|            | MK | Finalize Motion to Reject Unexpired Lease on Jollyville Road; manually efile and serve via US Mail and email, as appropriate.                                                                                                                              | 1.50<br>125.00/hr | 187.50   |
| 4/9/2015   | ST | Receive and review various emails regarding Open Silicon's claim that Fortis' secured claim is equity. Review legal analysis.                                                                                                                              | 1.60<br>350.00/hr | 560.00   |
| 4/10/2015  | ST | Work on settlement of split of proceeds among estate, Fortis and C7; receive and review settlement language from Paul Keiffer.                                                                                                                             | 2.10<br>350.00/hr | 735.00   |

Randolph N. Osherow, Trustee                                                                                    Page    3

|            |    |                                                                                                                                                                                                                                 | Hrs/Rate         | Amount  |
|------------|----|---|---|---|
| 4/22/2015  | ST | Research issue of conversion of Fortis' security interest into equity; emails to and from attorneys for Fortis and C7; | 1.30<br>350.00/hr | 455.00  |
| 4/23/2015  | ST | Work on return of insurance premium from CLS Risk Management. | 0.40<br>350.00/hr | 140.00  |
| 4/24/2015  | ST | Work on terms of 9019 Settlement with Fortis and other parties. | 1.90<br>350.00/hr | 665.00  |
| 4/27/2015  | ST | Continue to negotiate with Fortis and Open Silicon on 9019 Settlement. | 2.10<br>350.00/hr | 735.00  |
| 4/28/2015  | MK | Make requested revision from Paul Keiffer, attorney for Fortis Investors; manually efile Motion and Order. | 0.30<br>125.00/hr | 37.50   |
|            | ST | Work with written settlement agreement among C7, Fortis, Open Silicon & Trustee on secured claim of Fortis. | 2.60<br>350.00/hr | 910.00  |
| 4/29/2015  | MK | Prepare 12 preference letters to creditors of Debtor; forward to Mr. Turner for review, approval and signature. | 1.30<br>125.00/hr | 162.50  |
| 4/30/2015  | ST | Receive and review OSI's comments to Settlement Agreement; legal research into OSI's claim for administrative claim. | 0.90<br>350.00/hr | 315.00  |
| 5/5/2015   | ST | Continued to work out terms of Settlement with Fortis Advisors and C7. | 0.80<br>350.00/hr | 280.00  |
| 5/8/2015   | ST | Receive and review revisions to 9019 Settlement Agreement made by Mr. Keiffer; conference with Trustee regarding same. | 0.60<br>350.00/hr | 210.00  |
| 5/15/2015  | ST | Receive and review response from ACD to Preference Inquiry; forward to Trustee | 0.80<br>350.00/hr | 280.00  |
|            | ST | Discussion among Fortis and ACD regarding release of property of Debtor to Secured Creditors; work on settlement with ACD and surrender of assets in its possession; work with Paul Keiffer on surrender of assets and allowing Fortis to obtain possession. | 2.10<br>350.00/hr | 735.00  |
| 5/17/2015  | ST | Receive and review proposed Rule 9019 Settlement Agreement authored by Paul Keiffer; conference with Trustee regarding forms. | 0.60<br>350.00/hr | 210.00  |
| 5/19/2015  | ST | Work with OSI's attorney regarding Motion for Relief of Fortis and Settlement among OSI, Fortis and other parties; numerous emails to and from counsel for OSI. | 1.60<br>350.00/hr | 560.00  |
| 5/20/2015  | ST | Continue to work on global settlement with OSI, Fortis and others; Rule 9019 Settlement Agreement modified numerous times. | 1.80<br>350.00/hr | 630.00  |
|            | ST | Work with Tod Davidson on obtaining information and documentation on potential preference payment made to Claro Group; conference with Trustee. | 1.60<br>350.00/hr | 560.00  |

Randolph N. Osherow, Trustee                                                                                       Page    4

|            |    |                                                                                                                                                                                                                         | Hrs/Rate        | Amount  |
|------------|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|---------|
| 5/20/2015  | ST | Legal research; discussion with Tad Davidson regarding constructively fraudulent transfer to his firm.                                                                                                                                    | 1.90 350.00/hr  | 665.00  |
| 5/21/2015  | ST | Continue to work on terms of Settlement Agreement among C7, Fortis, and OSI.                                                                                                                                                              | 2.10 350.00/hr  | 735.00  |
| 5/22/2015  | MK | Telephone call from Tuur Demeester inquiring what he needs to do regarding filings and deadlines; send POC form to Tuur Demeester per his request.                                                                                        | 0.20 125.00/hr  | 25.00   |
|            | ST | Receive and review response from Dorsey to preference inquiry; report to Trustee.                                                                                                                                                         | 0.40 350.00/hr  | 140.00  |
|            | ST | Receive and review numerous revisions to 9019 Settlement Agreement with Fortis made by OSI's attorney; respond to each; conference with Trustee regarding OSI's demand for administrative claim for its legal argument against Secured Claim of Fortis. | 1.60 350.00/hr  | 560.00  |
| 5/26/2015  | ST | Telephone conference with counsel for Tierpoint in response to preference inquiry; report to Trustee.                                                                                                                                     | 0.40 350.00/hr  | 140.00  |
|            | ST | Receive and review numerous revisions to 9019 Settlement Agreement; Finalize Settlement Agreement with OSI, C7 and Fortis.                                                                                                                | 0.90 350.00/hr  | 315.00  |
|            | ST | Receive and review documents from Kalara Law Firm in response to preference inquiry; report to Trustee.                                                                                                                                   | 0.30 350.00/hr  | 105.00  |
| 5/28/2015  | MK | Prepare Limited Matrix per terms of order with all parties filing POCs (121) or NOAs; emailed same to Mr. Osherow.                                                                                                                        | 2.30 125.00/hr  | 287.50  |
| 6/1/2015   | ST | Receive and review documents and email response from Reed Smith on behalf of Century Link to preference inquiry; conference with Trustee.                                                                                                 | 0.40 350.00/hr  | 140.00  |
| 6/2/2015   | MK | Confirm Order Allowing Limited Notice entered on docket; email copy of same to Mr. Osherow with instructions to file Limited Matrix within 14 days, per terms of Order.                                                                   | 0.10 125.00/hr  | 12.50   |
|            | ST | Negotiate settlement with Tad Davidson for preference claim against his law firm; conference with Trustee to obtain approval of settlement.                                                                                               | 1.20 350.00/hr  | 420.00  |
| 6/9/2015   | MK | Prepare 9019 Motion, Exhibit A and order for filing; manually efile Motion; serve hard copies to creditors.                                                                                                                               | 2.10 125.00/hr  | 262.50  |
|            | ST | Work with Lynn Saarinen (counsel for secured creditors) to authorize her client to repossess its collateral.                                                                                                                              | 0.40 350.00/hr  | 140.00  |
|            | ST | Work on obtaining unearned insurance premium from Hanover Insurance; draft email demanding return of unearned premium.                                                                                                                    | 0.80 350.00/hr  | 280.00  |

Randolph N. Osherow, Trustee                                                                                            Page    5

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/10/2015 | MK | Create email group for 53 overseas creditors; email copy of file-marked Motion to all. | 1.50<br>125.00/hr | 187.50 |
| 6/15/2015 | ST | Draft preference inquiry to Marshall Olson and Hull. | 0.70<br>350.00/hr | 245.00 |
| 6/25/2015 | MK | Prepare preference letters to Grant Thornton and Marshall Olson & Hull for Mr. Turner's signature. | 0.50<br>125.00/hr | 62.50 |
| 6/29/2015 | ST | Negotiate final numbers in Settlement with Fortis Estate to obtain a maximum of $42,703.00 for the benefit of the estate. | 1.20<br>350.00/hr | 420.00 |
| 7/6/2015 | ST | Receive and review response from Marshall Olson and Hull to preference inquiry; conference with Trustee regarding same. | 0.80<br>350.00/hr | 280.00 |
| 7/7/2015 | ST | Receive and review billing statement and invoices from Marshall Olson of Hull respond to Preferma inquiry; forward same to Trustee. | 0.90<br>350.00/hr | 315.00 |
| 7/9/2015 | ST | Work with Mr. Keiffer, counsel for Fortis, regarding corrections needed in 9019 Motion; receive and review corrections to 9019 Motion; approve same for filing. | 0.70<br>350.00/hr | 245.00 |
| 7/13/2015 | ST | Worth on Creditor Agreement regarding agreement to split assets among C7 and CA estate. | 0.40<br>350.00/hr | 140.00 |
| 12/14/2015 | ST | Receive and review update from Paul Keiffer regarding progress of collection of funds by Fortis via terms of settlement agreement. | 0.20<br>350.00/hr | 70.00 |
| 2/4/2016 | ST | Receive and review another update from Paul Keiffer regarding collection efforts of Fortis. | 0.10<br>350.00/hr | 35.00 |
| 2/15/2016 | ST | Receive and review email from Bennett Lasko regarding discovery issues in California case involving Debtor; resolve issues. | 0.40<br>350.00/hr | 140.00 |
| 3/23/2016 | ST | Email from Bennett Lasko, counsel for Open Silicon, regarding documents needed for discovery and their offer to purchase those documents and attorney client privilege; discussions with Trustee; | 0.70<br>350.00/hr | 245.00 |
| 4/15/2016 | ST | Receive and review Application for Administrative Claim filed by CSI; conference with Trustee regarding same; review previous emails to determine negotiations with CSI. | 0.70<br>350.00/hr | 245.00 |
|  | ST | Work on issues with OSI, Fortis and others regarding Non-Disclosure Agreement; review agreement and execute on behalf of estate. | 0.70<br>350.00/hr | 245.00 |
| 5/10/2016 | ST | Receive and review of Motion by Open Silicon for Administrative Claim for $43,000.00 for raising issue that brought money into estate; conference with U.S. Trustee regarding same. | 0.40<br>350.00/hr | 140.00 |

Randolph N. Osherow, Trustee                                                                           Page    6

|            |    |                                                                 | Hrs/Rate          | Amount      |
|------------|----|-----------------------------------------------------------------|-------------------|-------------|
| 1/20/2017  | ST | Prepare Fee Application.                                        | 2.50<br>350.00/hr | 875.00      |
|            | MK | Finalize Fee Application, file and serve on all parties.        | 1.50<br>125.00/hr | 187.50      |
|            |    | For professional services rendered                              | 88.40             | $27,565.00  |
|            |    | Additional Charges :                                            |                   |             |
| 3/5/2015   | MK | Postage expense for service of Application to Employ to Debtor  |                   | 0.48        |
| 4/7/2015   | MK | Postage expense for mailout of Motion to Reject Lease           |                   | 18.72       |
|            | MK | Photocopy expense for mailout of Motion to Reject Lease         |                   | 54.60       |
| 6/9/2015   | MK | Photocopy expense for mailout of 9019 Motion                    |                   | 340.20      |
|            | MK | Postage expense for mailout of 9019 Motion                      |                   | 43.47       |
|            |    | Total additional charges                                        |                   | $457.47     |
|            |    | Total amount of this bill                                       |                   | $28,022.47  |

### Attorney Summary

| Name           | Hours | Rate   | Amount      |
|----------------|-------|--------|-------------|
| Marsha Kocurek | 15.00 | 125.00 | $1,875.00   |
| Steve Turner   | 73.40 | 350.00 | $25,690.00  |

Remit to:
Barrett Daffin Frappier Turner & Engel, LLP
15000 Surveyor Boulevard
Suite 100
Addison TX 75001