## FEES BY EVENT

1. Handle issues regarding legal research and factual investigations into the matters presented by a cryptocurrency and payment system of Bitcoins. Applicant further was involved in investigating why the debtor lost millions of dollars loaned to the debtor by Fortis Advisors LLC ("Fortis") as secured creditor.

   | | | | |
   |---|---|---|---|
   | Steve Turner | 8.1 hours @ $350.00/hour | = | $2,835.00 |
   | Marsha Kocurek | 0.0 hours @ $125.00/hour | = | 0.00 |
   | Subtotal: | 8.1 | | $2,835.00 |

2. Investigate and negotiate with the various secured creditors' regarding their motions for relief from automatic stay in their attempt to foreclose on the debtor's furniture, fixtures, computers, monitors, numerous terraminers and other intellectual property..

   | | | | |
   |---|---|---|---|
   | Steve Turner | 5.0 hours @ $350.00/hour | = | $1,750.00 |
   | Marsha Kocurek | 0.0 hours @ $125.00/hour | = | 0.00 |
   | Subtotal: | 5.0 | | $1,750.00 |

3. Researching active insurance policies and obtaining a refund of unearned premium payments

   | | | | |
   |---|---|---|---|
   | Steve Turner | 1.2 hours @ $350.00/hour | = | $ 420.00 |
   | Marsha Kocurek | 0.0 hours @ $125.00/hour | = | 0.00 |
   | Subtotal: | 1.2 | | $ 420.00 |

4. Negotiate with Fortis, and other parties, which resulted in the retention of approximately $35,000 of the cash in the trust account plus a percentage of any amount received by Fortis if Fortis is able to find and sell any additional assets of the debtor. To the Trustee's knowledge, Fortis continues to search for assets of the Debtor. Also, negotiate with Open Silicon (a party to the settlement) regarding certain litigation issues the debtor is involved with in California.

   | | | | |
   |---|---|---|---|
   | Steve Turner | 30.7 hours @ $350.00/hour | = | $10,745.00 |
   | Marsha Kocurek | 2.4 hours @ $125.00/hour | = | 300.00 |
   | Subtotal: | 33.1 | | $11,045.00 |

5. Work on rejection of Unexpired Lease. Work on settlement of Chapter 11 and Chapter 7 Administrative Claim of Landlord after rejection.

   | | | | |
   |---|---|---|---|
   | Steve Turner | 2.8 hours @ $350.00/hour | = | $ 980.00 |
   | Marsha Kocurek | 2.0 hours @ $125.00/hour | = | 250.00 |
   | Subtotal: | 4.8 | | $1,230.00 |

BDF 5114780

EXHIBIT B

6. Research chapter 5 causes of action owned by the Estate. Advise Trustee of same. Draft demand letters to potential defendants.

| | | | | |
|---|---|---|---|---|
| Steve Turner | 23.1 | hours @ $350.00/hour | = | $8,085.00 |
| Marsha Kocurek | 3.1 | hours @ $125.00/hour | = | 387.50 |
| Subtotal: | 26.2 | | | $8,472.50 |

7. Work on Miscellaneous matters for the Estate.

| | | | | |
|---|---|---|---|---|
| Steve Turner | 0.0 | hours @ $350.00/hour | = | $ 0.00 |
| Marsha Kocurek | 6.0 | hours @ $125.00/hour | = | 750.00 |
| Subtotal: | 6.0 | | | $ 750.00 |

8. Preparation of Fee Application

| | | | | |
|---|---|---|---|---|
| Steve Turner | 2.50 | hours @ $350.00/hour | = | $875.00 |
| Marsha Kocurek | 1.50 | hours @ $125.00/hour | = | 187.50 |
| Subtotal: | 4.00 | | | $1,062.50 |

**TOTAL FEES:** $27,565.00