**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 15-10109-HCM** |
| COINTERRA, INC. | § | |
| | § | **CHAPTER 7** |
| DEBTOR | § | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 31st day of January, 2017, a true and correct copy of the attached *"First and Final Application for Payment of Fees and Expenses"* filed by Barrett Daffin Frappier Turner & Engel, LLP [Docket No. 121] was served upon the parties on the attached mailing matrix via electronic means as listed on the Court's ECF noticing system, by email, or by regular first class mail.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

By: */s/ Steve Turner*
    Steve Turner
    Texas Bar No. 20341700
    3809 Juniper Trace, Suite 205
    Austin, Texas 78738
    Phone:  (512) 687-2502
    Fax:  (512) 477-1112
    SteveT@BDFGroup.com

ATTORNEYS FOR RANDOLPH N. OSHEROW,
CHAPTER 7 TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE | § | |
| | § | **CASE NO. 15-10109-HCM** |
| COINTERRA, INC. | § | |
| | § | **CHAPTER 7** |
| DEBTOR | § | |

**SUMMARY OF FIRST AND FINAL APPLICATION OF**
**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP,**
**ATTORNEYS FOR THE CHAPTER 7 TRUSTEE,**
**FOR PAYMENT OF FEES AND EXPENSES**

**I.     CLIENT:**                Randolph N. Osherow, Trustee

**II.    APPLICANT:**            Barrett Daffin Frappier Turner & Engel, LLP
                                   3809 Juniper Trace, Suite 205
                                   Austin, Texas 78738
                                   Phone:  (512) 687-2502
                                   Fax:  (512) 477-1112
                                   Email:  SteveT@BDFGroup.com

**III.   TOTAL FEES REQUESTED:**

Applicant is requesting first interim approval of fees of $27,565.00 and expenses of $457.47 for

the period from February 9, 2015, through January 31, 2017.

**IV.    BREAKOUT OF FEES AND EXPENSES FOR FEBRUARY 9, 2015, THROUGH**
**JANUARY 31, 2017:**

| NAME/CAPACITY: | HOURS | RATE/HOUR | TOTAL FEE |
|---|---|---|---|
| Steve Turner, Attorney | 73.40 | $350.00 | $25,690.00 |
| Marsha Kocurek, Paralegal | 15.00 | $125.00 | $1,875.00 |
| TOTAL FEES: | | | $27,565.00 |

MINIMUM FEE INCREMENTS:  The lowest fee increment is 0.10 hour.

EXPENSES:                                        $457.47

FEES ALLOCATED FOR PREPARATION OF THIS FEE APPLICATION:  $1,062.50

V.      **OTHER CO-EQUAL ADMINISTRATIVE CLAIMANTS IN THIS CASE:**

To the best of its knowledge, Applicant is not aware of any co-equal or superior administrative claimants in this case whose fees and expenses have not already been approved by the Court and paid, other than Trustee, special counsel, and Trustee's accountant.  Trustee has informed Applicant that the assets of the Estate are sufficient to pay all administrative claims in this case.

VI.     **RESULTS OBTAINED:** Applicant was required to conduct legal research and factual investigations into the matters presented by the cryptocurrency and payment system of Bitcoins. Applicant further was involved in investigating why the debtor lost millions of dollars loaned to the debtor by Fortis Advisors LLC ("Fortis") as secured creditor.   Further, Applicant was required to investigate and negotiate with the various secured creditors' regarding their motions for relief from automatic stay in their attempt to foreclose on the debtor's furniture, fixtures, computers, monitors, numerous terraminers and other intellectual property.

Applicant was further instrumental in researching active insurance policies and obtaining a refund of unearned premium payments totaling $30,619.00.

Applicant was also involved in negotiating with Fortis, and other parties, which resulted in the retention of approximately $35,000.00 of the cash in the trust account plus a percentage of any amount received by Fortis if Fortis is able to find and sell any additional assets of the debtor.  To the Trustee's knowledge, Fortis continues to search for assets of the Debtor which are strewn across the country.

Lastly, Applicant was instrumental in researching possible chapter 5 causes of action against the debtor's creditors and attorneys.  Demand letters were sent to approximately ten (10) parties whereby Applicant, on behalf of the estate, demanded the return of payments made during the preference period. Applicant negotiated one settlement with the law firm of Andrews & Kurth, LLP, for the sum of $10,000.00.   Thereafter, the Trustee employed Kell Mercer, Esq. as special counsel to resolve the remaining preference matters.

## VII. OTHER FACTS TO BE CONSIDERED:

None.  This Fee Application is not in excess of the rates set out in the Court's suggested rate guidelines.

Respectfully submitted,

BARRETT DAFFIIN FRAPPIER
TURNER & ENGEL, LLP

By: */s/ Steve Turner*
    Steve Turner
    State Bar No. 20341700
    3809 Juniper Trace, Suite 205
    Austin, Texas 78738
    Phone:  (512) 687-2502
    Fax:  (512) 477-1112
    SteveT@BDFGroup.com

ATTORNEYS FOR RANDOLPH N. OSHEROW,
CHAPTER 7 TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CASE NO. 15-10109-HCM |
| COINTERRA, INC. | § | |
| | § | CHAPTER 7 |
| DEBTOR | § | |

FIRST AND FINAL APPLICATION OF
BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP,
ATTORNEYS FOR THE CHAPTER 7 TRUSTEE,
FOR PAYMENT OF FEES AND EXPENSES

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within twenty-one (21) days from the date of service, the relief requested herein may be granted without a hearing being held. A timely filed response is necessary for a hearing to be held.**

TO THE HONORABLE H. CHRISTOPHER MOTT, U. S. BANKRUPTCY JUDGE:

COMES NOW Barrett Daffin Frappier Turner & Engel, LLP ("Applicant"), attorneys for Randolph N. Osherow, Trustee ("Trustee"), the chapter 7 trustee in the above-captioned and numbered bankruptcy case, and files this its *First and Final Application for Payment of Fees and Expenses* ("Fee Application"), requesting approval of fees of $27,565.00 and expenses of $457.47 for the period from February 9, 2015, through January 31, 2017. In support thereof, Applicant would respectfully show the Court the following:

**FACTUAL BACKGROUND**

1.    Cointerra, Inc. ("Debtor") filed a chapter 7 petition on January 24, 2015. On the same day, Randolph N. Osherow was appointed as trustee and continues to act in that capacity.

2.    The Court authorized Applicant to act as general counsel for Trustee by and through its Order Approving Employment of Attorney docketed on March 31, 2015 [Docket No. 33].

3.    This Fee Application seeks approval of fees of $27,565.00 and expenses of $457.47 from February 9, 2015, through January 31, 2017.

4.      Applicant is a limited liability partnership law firm.  Steve Turner is licensed in the State of Texas, in the United States District Courts, and in the United States Bankruptcy Courts in Texas. Applicant's office is located at 3809 Juniper Trace, Suite 205, Austin, Texas 78738.

5.      Applicant has made the required disclosures provided by law.

6.      To the best of its knowledge, Applicant is not aware of any co-equal or superior administrative claimants in this case whose fees and expenses have not already been approved by the Court and paid, other than Trustee, special counsel, and his accountant.  Trustee has informed Applicant that the assets of the Estate are sufficient to pay all administrative claims in this case.

7.      All professional services for which an allowance is requested were performed by Applicant for an on behalf of Trustee and not on behalf of any other entity or any other person.

8.      No agreement or understanding exists between Applicant and any other person with respect to sharing the compensation to be allowed by Applicant for services rendered or to be rendered in connection with this case.

9.      No funds have been received post-petition by Applicant for services rendered in this case.  No promises have been made for the compensation of Applicant, other than to pay reasonable compensation for its services.

10.     The specific services rendered on Trustee's behalf for the period from February 9, 2015, through January 31, 2017, are set forth in detail on the itemized billing statement which is attached hereto as Exhibit "A" and incorporated herein by reference for all purposes.  Also attached to this Fee Application as Exhibit "B" is a breakdown by time of the various matters handled by Applicant. Applicant seeks compensation at the rates shown on the *Summary of First and Final Application of Barrett Daffin Frappier Turner & Engel, LLP, for Payment of Fees and Expenses* ("Summary of Fee Application") filed simultaneously herewith.

## COMPENSATION AND EXPENSES REQUESTED

11.     This Fee Application seeks approval of fees of $27,565.00 and expenses of $457.47 from February 9, 2015, through January 31, 2017.

## JUSTIFICATION OF REQUESTED AMOUNTS

12.     Various standards have been considered by the courts in awarding compensation in bankruptcy cases, including those set forth in *In re First Colonial Corporation of America,* 544 F2d 1291 (5th Cir. 1977), cert. den. 41 U.S. 904 (1977) and *Johnson v. Georgia Highway Express, Inc.*, 488 F2d 714 (5th Cir. 1974). Consideration of these standards follows:

(a)     <u>Time and Labor Required</u>. Applicant has spent a fair amount of time on this case.

(b)     <u>Novelty and Difficulty of the Questions</u>. This case contained several novel issues of law. The Debtor was a telecommunications company providing telecommunications services as a competitive local exchange carrier ("CLEC") which in itself brings novel issues of law.

(c)     <u>Skill Required to Perform the Services Properly</u>. This case required the skill of persons with specialized knowledge of corporate law, bankruptcy law, and basic litigation.

(d)     <u>Preclusion of Other Employment</u>. Representation of the Trustee has precluded legal assistants and attorneys from working on other matters during the pendency of the case.

(e)     <u>Customary Fees</u>. The customary fees for Applicant attorneys and legal assistants are $125.00 – $350.00 for all attorneys and $125.00 per hour for legal assistants. Time billed in this case is $350.00 per hour for attorneys and $125.00 per hour for legal assistants. Applicant believes that the rates billed are just and reasonable.

(f)     <u>Whether Fee is Fixed or Contingent</u>. Applicant's fees are based on fixed hourly rates, but Applicant's ability to receive its fee is contingent upon prevailing in this matter and the availability of funds in the Debtor's estate.

(g)     Time Limitations.    Applicant was not subjected to unusual time limitations. However, Applicant was required to immediately locate and take possession of assets of the estate.

(h)     Amount Involved and Result Obtained.    Applicant was required to conduct legal research and factual investigations into the matters presented by the cryptocurrency and payment system of Bitcoins.    Applicant further was involved in investigating why the debtor lost millions of dollars loaned to the debtor by Fortis Advisors LLC ("Fortis") as secured creditor.    Further, Applicant was required to investigate and negotiate with the various secured creditors regarding their motions for relief from automatic stay in their attempt to foreclose on the debtor's furniture, fixtures, computers, monitors, numerous terraminers, and certain intellectual property.

Applicant was further instrumental in researching active insurance policies and obtaining a refund of unearned premium payments totaling $30,619.00.

Applicant was also involved in negotiating with Fortis and other parties, which resulted in the retention of approximately $35,000.00 of the cash in the trust account plus a percentage of any amount received by Fortis if Fortis were able to find and sell any additional assets of the debtor.    To the Trustee's knowledge, Fortis continues to search for assets of the Debtor which are strewn across the country.

Lastly, Applicant was instrumental in researching possible chapter 5 causes of action against the debtor's creditors and attorneys.    Demand letters were sent to approximately ten (10) parties whereby Applicant, on behalf of the estate, demanded the return of payments made during the preference period.    Applicant negotiated one settlement with the law firm of Andrews & Kurth, LLP, for the sum of $10,000.00.      Thereafter, Trustee employed Kell Mercer, Esq. as special counsel to resolve the remaining preference matters.

(i)     Experience, Reputation and Ability.    The principal attorney for Trustee has had extensive experience in bankruptcy law and has practiced and has published and lectured

extensively in these areas. The firm's bankruptcy legal assistant has a total of over 30 years of bankruptcy experience as a chapter 7 trustee and a legal assistant for Applicant. Applicant believes that the result in this case could not have been obtained but for the experience, skill, and expertise of the attorneys and legal assistants principally involved.

(j) <u>Undesirability of the Case</u>. The undesirability of this case was primarily that this matter was taken on by Applicant on a contingent basis. Therefore, unless Applicant was successful in his representation of the chapter 7 Trustee, there would have been no proceeds from which pay Applicant or the creditors.

(k) <u>Award in Similar Cases.</u> The Court is best qualified to compare this case with similar cases and the awards in those cases. Applicant feels that the compensation sought is lower than awards in similar cases, especially in light of the successful result in this case.

(l) <u>Prior Fee Applications.</u> None.

(m) <u>Source of Compensation.</u> All compensation received or to be received by Applicant will be paid by the Trustee.

(n) <u>Other Administrative Claims.</u> To the best of its knowledge, Applicant is not aware of any co-equal or superior administrative claimants in this case other than the Trustee, special counsel, and his accountant. The Trustee has informed Applicant that the assets of the Estate are sufficient to pay all administrative claims in this case.

(o) <u>Nature and Length of Professional Relationship with Client</u>. Steve Turner, a partner with Applicant, has represented Randolph N. Osherow, the Chapter 7 Trustee, on numerous matters since June 1994.

## OTHER FACTORS

13. None. This Fee Application is not in excess of the rates set out in the Court's suggested guidelines.

14. To the best of its ability, Applicant has identified the professional services provided. All professional fees and expenses incurred were necessary and reasonable costs incident to the performance of Applicant's services for Debtor. Applicant feels the time expended is fair and reasonable in light of its responsibilities as counsel for the Trustee and the legal results achieved. Accordingly, Applicant believes that all of the foregoing factors clearly justify the fees and expenses requested herein.

WHEREFORE, PREMISES CONSIDERED, Applicant, Barrett Daffin Frappier Turner & Engel, LLP, attorneys for the chapter 7 Trustee, prays for allowance of all fees and expenses as set out herein, in the total amount of $27,565.00 in fees and $457.47 in expenses, and for such other relief, both legal and equitable, general or special, to which Applicant may show itself justly entitled.

Respectfully submitted,

BARRETT DAFFIIN FRAPPIER
TURNER & ENGEL, LLP

By: */s/ Steve Turner*_____
    Steve Turner
    Texas Bar No. 20341700
    3809 Juniper Trace, Suite 205
    Austin, Texas 78738
    Phone: (512) 687-2502
    Fax: (512) 477-1112
    SteveT@BDFGroup.com

ATTORNEYS FOR RANDOLPH N. OSHEROW,
CHAPTER 7 TRUSTEE

<u>CERTIFICATE OF SERVICE</u>

By my signature below, I hereby certify that on the 31st day of January, 2017, a true and correct copy of the foregoing document was served upon the parties on the attached mailing matrix via electronic means as listed on the Court's ECF noticing system or by regular first class mail, postage prepaid.

*/s/ Steve Turner*_____
Steve Turner

BDF 5114780                                       6

**Barrett Daffin Frappier Turner & Engel, LLP**
15000 Surveyor Boulevard
Suite 100
Addison, TX 75001

Invoice submitted to:
Randolph N. Osherow, Trustee
342 West Woodlawn, Suite 300
San Antonio, TX 78212

Client Matter Number 00000005114780 - Cointerra

January 31, 2017

In Reference To: 01993 / 15-10109 / 99999999
Invoice # 15900261

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/9/2015 | ST | Receive and review Schedules and Statement of Financial Affairs; | 1.10 350.00/hr | 385.00 |
| 2/15/2015 | ST | Conference with Trustee regarding new file; Receive and review Motion for Relief filed by Future Electronics; research background of debtor and Bitcoins. | 3.10 350.00/hr | 1,085.00 |
| 2/20/2015 | ST | Receive and review Response to Motion for Relief filed by Fortis Advisors. | 0.20 350.00/hr | 70.00 |
| 2/25/2015 | ST | Review list of payments made by Debtor during preference period; conference with Trustee regarding same. Also review accounting records of Debtor; $46 million in sales in 2014 and zero sales in 2015 | 2.40 350.00/hr | 840.00 |
| 2/26/2015 | ST | Correspondence among Paul Keiffer, Trustee and me regarding issues to be raised at 341 meeting; review documents from Paul Keiffer, counsel for Fortis. | 1.30 350.00/hr | 455.00 |
| 2/27/2015 | ST | Attend 341 meeting; conference with attorneys for creditor and Debtor; receive and review Agreed Order for Motion for Relief filed by Fortis. | 2.10 350.00/hr | 735.00 |
| 3/2/2015 | ST | Work with secured creditors on surrender of assets to each. | 1.30 350.00/hr | 455.00 |
| 3/5/2015 | ST | Review payments within 90 days; telephone conference with counsel for C7 regarding payments to his client and pre-petition causes of action against Debtor. | 3.10 350.00/hr | 1,085.00 |
| 3/9/2015 | ST | Visit offices to take inventory of furniture and other personal property. | 2.10 350.00/hr | 735.00 |


EXHIBIT
A

Randolph N. Osherow, Trustee                                                Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/11/2015 | ST | Begin preference analysis to report possible causes of action to Trustee. | 3.10 350.00/hr | 1,085.00 |
| 3/16/2015 | ST | Receive and review various documents from Mr. Davidson regarding possible claims against Open-Silicon, Inc.; conference with Trustee regarding same. | 1.10 350.00/hr | 385.00 |
| 3/17/2015 | ST | Research location of various assets of Estate, including terraminers; conference with Trustee regarding terraminers spread across several states and the need to abandon them along with office leases and rental storage units; begin Notices of Abandonment. | 0.90 350.00/hr | 315.00 |
| 3/18/2015 | ST | Continue to review accounting (accounts payable) to determine validity of preference actions. | 2.90 350.00/hr | 1,015.00 |
| 3/20/2015 | ST | Work with Paul Keiffer and California counsel regarding suit against Debtor by Open Silicon and waiving attorney client privilege to allow Fortis to obtain its property. | 0.60 350.00/hr | 210.00 |
| 3/23/2015 | ST | Research issue on Lease Agreement; draft Motion to Reject Unexpired Lease for commercial leases on Jollyville Road. | 2.80 350.00/hr | 980.00 |
|  | MK | Begin working determining names and addresses for preference demand letters. | 1.30 125.00/hr | 162.50 |
| 3/24/2015 | MK | Edit and finalize Motion to Reject Unexpired Lease with Infiniti Investors. | 0.50 125.00/hr | 62.50 |
| 3/25/2015 | ST | Negotiate with Fortis and Trustee regarding loan to prosecute preference and avoidance actions. | 1.10 350.00/hr | 385.00 |
| 3/26/2015 | ST | Work with Fortis to get assets sold from within the building rather than move them for auction. | 0.30 350.00/hr | 105.00 |
| 4/6/2015 | ST | Work with secured creditor Fortis, to surrender property in California. | 0.30 350.00/hr | 105.00 |
| 4/7/2015 | MK | Prepare Limited Matrix fro NOAs and POC claimants filed of record; email copy to Mr. Osherow. | 1.90 125.00/hr | 237.50 |
|  | MK | Finalize Motion to Reject Unexpired Lease on Jollyville Road; manually efile and serve via US Mail and email, as appropriate. | 1.50 125.00/hr | 187.50 |
| 4/9/2015 | ST | Receive and review various emails regarding Open Silicon's claim that Fortis' secured claim is equity. Review legal analysis. | 1.60 350.00/hr | 560.00 |
| 4/10/2015 | ST | Work on settlement of split of proceeds among estate, Fortis and C7; receive and review settlement language from Paul Keiffer. | 2.10 350.00/hr | 735.00 |

Randolph N. Osherow, Trustee

Page 3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/22/2015 ST | Research issue of conversion of Fortis' security interest into equity; emails to and from attorneys for Fortis and C7; | | 1.30 350.00/hr | 455.00 |
| 4/23/2015 ST | Work on return of insurance premium from CLS Risk Management. | | 0.40 350.00/hr | 140.00 |
| 4/24/2015 ST | Work on terms of 9019 Settlement with Fortis and other parties. | | 1.90 350.00/hr | 665.00 |
| 4/27/2015 ST | Continue to negotiate with Fortis and Open Silicon on 9019 Settlement. | | 2.10 350.00/hr | 735.00 |
| 4/28/2015 MK | Make requested revision from Paul Keiffer, attorney for Fortis Investors; manually efile Motion and Order. | | 0.30 125.00/hr | 37.50 |
| ST | Work with written settlement agreement among C7, Fortis, Open Silicon & Trustee on secured claim of Fortis. | | 2.60 350.00/hr | 910.00 |
| 4/29/2015 MK | Prepare 12 preference letters to creditors of Debtor; forward to Mr. Turner for review, approval and signature. | | 1.30 125.00/hr | 162.50 |
| 4/30/2015 ST | Receive and review OSI's comments to Settlement Agreement; legal research into OSI's claim for administrative claim. | | 0.90 350.00/hr | 315.00 |
| 5/5/2015 ST | Continued to work out terms of Settlement with Fortis Advisors and C7. | | 0.80 350.00/hr | 280.00 |
| 5/8/2015 ST | Receive and review revisions to 9019 Settlement Agreement made by Mr. Keiffer; conference with Trustee regarding same. | | 0.60 350.00/hr | 210.00 |
| 5/15/2015 ST | Receive and review response from ACD to Preference Inquiry; forward to Trustee | | 0.80 350.00/hr | 280.00 |
| ST | Discussion among Fortis and ACD regarding release of property of Debtor to Secured Creditors; work on settlement with ACD and surrender of assets in its possession; work with Paul Keiffer on surrender of assets and allowing Fortis to obtain possession. | | 2.10 350.00/hr | 735.00 |
| 5/17/2015 ST | Receive and review proposed Rule 9019 Settlement Agreement authored by Paul Keiffer; conference with Trustee regarding forms. | | 0.60 350.00/hr | 210.00 |
| 5/19/2015 ST | Work with OSI's attorney regarding Motion for Relief of Fortis and Settlement among OSI, Fortis and other parties; numerous emails to and from counsel for OSI. | | 1.60 350.00/hr | 560.00 |
| 5/20/2015 ST | Continue to work on global settlement with OSI, Fortis and others; Rule 9019 Settlement Agreement modified numerous times. | | 1.80 350.00/hr | 630.00 |
| ST | Work with Tod Davidson on obtaining information and documentation on potential preference payment made to Claro Group; conference with Trustee. | | 1.60 350.00/hr | 560.00 |

Randolph N. Osherow, Trustee

Page    4

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/20/2015 | ST | Legal research; discussion with Tad Davidson regarding constructively fraudulent transfer to his firm. | 1.90 350.00/hr | 665.00 |
| 5/21/2015 | ST | Continue to work on terms of Settlement Agreement among C7, Fortis, and OSI. | 2.10 350.00/hr | 735.00 |
| 5/22/2015 | MK | Telephone call from Tuur Demeester inquiring what he needs to do regarding filings and deadlines; send POC form to Tuur Demeester per his request. | 0.20 125.00/hr | 25.00 |
| | ST | Receive and review response from Dorsey to preference inquiry; report to Trustee. | 0.40 350.00/hr | 140.00 |
| | ST | Receive and review numerous revisions to 9019 Settlement Agreement with Fortis made by OSI's attorney; respond to each; conference with Trustee regarding OSI's demand for administrative claim for its legal argument against Secured Claim of Fortis. | 1.60 350.00/hr | 560.00 |
| 5/26/2015 | ST | Telephone conference with counsel for Tierpoint in response to preference inquiry; report to Trustee. | 0.40 350.00/hr | 140.00 |
| | ST | Receive and review numerous revisions to 9019 Settlement Agreement; Finalize Settlement Agreement with OSI, C7 and Fortis. | 0.90 350.00/hr | 315.00 |
| | ST | Receive and review documents from Kalara Law Firm in response to preference inquiry; report to Trustee. | 0.30 350.00/hr | 105.00 |
| 5/28/2015 | MK | Prepare Limited Matrix per terms of order with all parties filing POCs (121) or NOAs; emailed same to Mr. Osherow. | 2.30 125.00/hr | 287.50 |
| 6/1/2015 | ST | Receive and review documents and email response from Reed Smith on behalf of Century Link to preference inquiry; conference with Trustee. | 0.40 350.00/hr | 140.00 |
| 6/2/2015 | MK | Confirm Order Allowing Limited Notice entered on docket; email copy of same to Mr. Osherow with instructions to file Limited Matrix within 14 days, per terms of Order. | 0.10 125.00/hr | 12.50 |
| | ST | Negotiate settlement with Tad Davidson for preference claim against his law firm; conference with Trustee to obtain approval of settlement. | 1.20 350.00/hr | 420.00 |
| 6/9/2015 | MK | Prepare 9019 Motion, Exhibit A and order for filing; manually efile Motion; serve hard copies to creditors. | 2.10 125.00/hr | 262.50 |
| | ST | Work with Lynn Saarinen (counsel for secured creditors) to authorize her client to repossess its collateral. | 0.40 350.00/hr | 140.00 |
| | ST | Work on obtaining unearned insurance premium from Hanover Insurance; draft email demanding return of unearned premium. | 0.80 350.00/hr | 280.00 |

Randolph N. Osherow, Trustee                                              Page      5

|            |    |                                                                                                                              | Hrs/Rate | Amount |
|------------|----|------------------------------------------------------------------------------------------------------------------------------|----------|--------|
| 6/10/2015  | MK | Create email group for 53 overseas creditors; email copy of file-marked Motion to all.                                       | 1.50 125.00/hr | 187.50 |
| 6/15/2015  | ST | Draft preference inquiry to Marshall Olson and Hull.                                                                          | 0.70 350.00/hr | 245.00 |
| 6/25/2015  | MK | Prepare preference letters to Grant Thornton and Marshall Olson & Hull for Mr. Turner's signature.                           | 0.50 125.00/hr | 62.50 |
| 6/29/2015  | ST | Negotiate final numbers in Settlement with Fortis Estate to obtain a maximum of $42,703.00 for the benefit of the estate.     | 1.20 350.00/hr | 420.00 |
| 7/6/2015   | ST | Receive and review response from Marshall Olson and Hull to preference inquiry; conference with Trustee regarding same.       | 0.80 350.00/hr | 280.00 |
| 7/7/2015   | ST | Receive and review billing statement and invoices from Marshall Olson of Hull respond to Preferma inquiry; forward same to Trustee. | 0.90 350.00/hr | 315.00 |
| 7/9/2015   | ST | Work with Mr. Keiffer, counsel for Fortis, regarding corrections needed in 9019 Motion; receive and review corrections to 9019 Motion; approve same for filing. | 0.70 350.00/hr | 245.00 |
| 7/13/2015  | ST | Worth on Creditor Agreement regarding agreement to split assets among C7 and CA estate.                                      | 0.40 350.00/hr | 140.00 |
| 12/14/2015 | ST | Receive and review update from Paul Keiffer regarding progress of collection of funds by Fortis via terms of settlement agreement. | 0.20 350.00/hr | 70.00 |
| 2/4/2016   | ST | Receive and review another update from Paul Keiffer regarding collection efforts of Fortis.                                  | 0.10 350.00/hr | 35.00 |
| 2/15/2016  | ST | Receive and review email from Bennett Lasko regarding discovery issues in California case involving Debtor; resolve issues.   | 0.40 350.00/hr | 140.00 |
| 3/23/2016  | ST | Email from Bennett Lasko, counsel for Open Silicon, regarding documents needed for discovery and their offer to purchase those documents and attorney client privilege; discussions with Trustee; | 0.70 350.00/hr | 245.00 |
| 4/15/2016  | ST | Receive and review Application for Administrative Claim filed by CSI; conference with Trustee regarding same; review previous emails to determine negotiations with CSI. | 0.70 350.00/hr | 245.00 |
|            | ST | Work on issues with OSI, Fortis and others regarding Non-Disclosure Agreement; review agreement and execute on behalf of estate. | 0.70 350.00/hr | 245.00 |
| 5/10/2016  | ST | Receive and review of Motion by Open Silicon for Administrative Claim for $43,000.00 for raising issue that brought money into estate; conference with U.S. Trustee regarding same. | 0.40 350.00/hr | 140.00 |

Randolph N. Osherow, Trustee                                                    Page      6

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/20/2017 | ST | Prepare Fee Application. | 2.50 350.00/hr | 875.00 |
| | MK | Finalize Fee Application, file and serve on all parties. | 1.50 125.00/hr | 187.50 |
| | | For professional services rendered | 88.40 | $27,565.00 |

Additional Charges :

| | | | |
|---|---|---|---|
| 3/5/2015 | MK | Postage expense for service of Application to Employ to Debtor | 0.48 |
| 4/7/2015 | MK | Postage expense for mailout of Motion to Reject Lease | 18.72 |
| | MK | Photocopy expense for mailout of Motion to Reject Lease | 54.60 |
| 6/9/2015 | MK | Photocopy expense for mailout of 9019 Motion | 340.20 |
| | MK | Postage expense for mailout of 9019 Motion | 43.47 |
| | | Total additional charges | $457.47 |
| | | Total amount of this bill | $28,022.47 |

### Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Marsha Kocurek | 15.00 | 125.00 | $1,875.00 |
| Steve Turner | 73.40 | 350.00 | $25,690.00 |

Remit to:
Barrett Daffin Frappier Turner & Engel, LLP
15000 Surveyor Boulevard
Suite 100
Addison TX 75001

### FEES BY EVENT

1.  Handle issues regarding legal research and factual investigations into the matters presented by a cryptocurrency and payment system of Bitcoins.  Applicant further was involved in investigating why the debtor lost millions of dollars loaned to the debtor by Fortis Advisors LLC ("Fortis") as secured creditor.

    | | | | |
    |---|---|---|---|
    | Steve Turner | 8.1 | hours @ $350.00/hour = | $2,835.00 |
    | Marsha Kocurek | 0.0 | hours @ $125.00/hour = | 0.00 |
    | Subtotal: | 8.1 | | $2,835.00 |

2.  Investigate and negotiate with the various secured creditors' regarding their motions for relief from automatic stay in their attempt to foreclose on the debtor's furniture, fixtures, computers, monitors, numerous terraminers and other intellectual property..

    | | | | |
    |---|---|---|---|
    | Steve Turner | 5.0 | hours @ $350.00/hour = | $1,750.00 |
    | Marsha Kocurek | 0.0 | hours @ $125.00/hour = | 0.00 |
    | Subtotal: | 5.0 | | $1,750.00 |

3.  Researching active insurance policies and obtaining a refund of unearned premium payments

    | | | | |
    |---|---|---|---|
    | Steve Turner | 1.2 | hours @ $350.00/hour = | $ 420.00 |
    | Marsha Kocurek | 0.0 | hours @ $125.00/hour = | 0.00 |
    | Subtotal: | 1.2 | | $ 420.00 |

4.  Negotiate with Fortis, and other parties, which resulted in the retention of approximately $35,000 of the cash in the trust account plus a percentage of any amount received by Fortis if Fortis is able to find and sell any additional assets of the debtor.  To the Trustee's knowledge, Fortis continues to search for assets of the Debtor.  Also, negotiate with Open Silicon (a party to the settlement) regarding certain litigation issues the debtor is involved with in California.

    | | | | |
    |---|---|---|---|
    | Steve Turner | 30.7 | hours @ $350.00/hour = | $10,745.00 |
    | Marsha Kocurek | 2.4 | hours @ $125.00/hour = | 300.00 |
    | Subtotal: | 33.1 | | $11,045.00 |

5.  Work on rejection of Unexpired Lease.  Work on settlement of Chapter 11 and Chapter 7 Administrative Claim of Landlord after rejection.

    | | | | |
    |---|---|---|---|
    | Steve Turner | 2.8 | hours @ $350.00/hour = | $ 980.00 |
    | Marsha Kocurek | 2.0 | hours @ $125.00/hour = | 250.00 |
    | Subtotal: | 4.8 | | $1,230.00 |

EXHIBIT

B

6.    Research chapter 5 causes of action owned by the Estate.  Advise Trustee of same.  Draft demand letters to potential defendants.

| | | | | |
|---|---|---|---|---|
| Steve Turner | 23.1 | hours @ $350.00/hour | = | $8,085.00 |
| Marsha Kocurek | 3.1 | hours @ $125.00/hour | = | 387.50 |
| Subtotal: | 26.2 | | | $8,472.50 |

7.    Work on Miscellaneous matters for the Estate.

| | | | | |
|---|---|---|---|---|
| Steve Turner | 0.0 | hours @ $350.00/hour | = | $ 0.00 |
| Marsha Kocurek | 6.0 | hours @ $125.00/hour | = | 750.00 |
| Subtotal: | 6.0 | | | $ 750.00 |

8.    Preparation of Fee Application

| | | | | |
|---|---|---|---|---|
| Steve Turner | 2.50 | hours @ $350.00/hour | = | $875.00 |
| Marsha Kocurek | 1.50 | hours @ $125.00/hour | = | 187.50 |
| Subtotal: | 4.00 | | | $1,062.50 |

**TOTAL FEES:**        **$27,565.00**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CASE NO. 15-10109-HCM |
| COINTERRA, INC. | § | |
| | § | CHAPTER 7 |
| DEBTOR | § | |

**ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF**
**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP,**
**FOR PAYMENT OF FEES AND EXPENSES**

Pending before the Court is the *First and Final Fee Application for Payment of Fees and Expenses* ("Fee Application") filed by Barrett Daffin Frappier Turner & Engel, LLP, Attorneys for Randolph N. Osherow, Trustee ("Applicant"), in the above captioned and numbered case. Having reviewed said Fee Application, the Court is of the opinion that the Fee Application is meritorious and that payment should be authorized. It is therefore hereby

ORDERED that the relief requested in the Fee Application be, and the same hereby is granted. It is further

ORDERED that Trustee is authorized to pay Applicant the amount of $27,565.00 in fees and $457.47 in expenses, totaling $28,022.47 for the period of February 9, 2015, through January 31, 2017.

###

ORDER PREPARED BY:

Steve Turner
Barrett Daffin Frappier Turner & Engel, LLP
3809 Juniper Trace, Suite 205
Austin, Texas 78738
Phone:  (512) 687-2502
SteveT@BDFGroup.com

ERIC PETERSON
156 PARK DR
EASTCHESTER NY 10709-5109

MICHAEL VICK
C/O WILLARD PROCTOR JR
ATTORNEY LAW LAW
2100 WOLFE ST
LITTLE ROCK AR 72202

FUTURE ELECTRONICS CORP
C/O LYNN SAARINEN
BARRON & NEWBURGER PC
1212 GUADALUPE STE 104
AUSTIN TX 78701

BDO USA LLP
ATTN  LAURENCE W GOLDBERG
DIRECTOR REVENUE MGMT
4135 MENDENHALL OAKS PKWY
STE 140
HIGH POINT NC 27265-8143

WALTER THAMM
ALBRECHTSTRASSE 1
D-88316 ISNY IM ALLGAEU
GERMANY 88316
w.thamm@gmx.net

FORTIS ADVISORS LLC AS CA
C/O E P KEIFFER
WRIGHT GINSBERG BRUSILOW PC
325 N ST PAUL ST STE 4150
DALLAS TX 75201

C7 DATA CENTERS INC
C/O R ADAM SWICK
REID COLLINS & TSAI LLP
1301 S CAPITAL OF TX HWY
BLDG C STE 300
AUSTIN TX 78746

TEXAS COMPTROLLER
C/O KIMBERLY A WALSH AAG
C/O SHERRI K SIMPSON PARALEGAL
BANKRUPTCY & COLLECTIONS DIV
PO BOX 12548
AUSTIN TX 78711-2548

OPEN-SILICON INC
C/O TIMOTHY R CASEY
DRINKER BIDDLE & REATH LLP
191 N WACKER DR STE 3700
CHICAGO IL 60606-1698

BCF LLP
1100 RENE LEVESQUE BLVD W
25TH FL
MONTREAL QUEBEC CA H3B-5C9
martine.samuel@bcf.ca

ZACHARY CULLEN
8268 MAN O WAR RD
PALM BEACH GARDENS FL 33418

MCGRATH RENTCORP
DBA TRS-RENTELCO
PO BOX 619260
DFW AIRPORT TX 75261

SEBASTIAN TARACH
MILA 11
DZIEKANOW LESNY
POLAND 05-092
sebastian.tarach@gmail.com

TEKHNE LLC
21725 SW 187 AVE
MIAMI FL 33170

BRETT HANSMEIER
100 OLD RIVER RD STE 100
ANDOVER MA 01810

FUTURE ELECTRONICS CORP
41 MAIN ST
BOLTON MA 01740

JASON KUSUMA
2315 EASTRIDGE AVE APT 714
MENLO PARK CA 94025

KIT HUI
16912 NE 107TH ST
REDMOND WA 98052

MARK KIM
3427 RIDGE RD
LANSING IL 60438

CHRISTOPHER SNOOK
25457 SE 42ND PL
ISSAQUAH WA 98029

RYAN JAUREGUI
14272 CAMERON LN
SANTA ANA CA 92705

YEWULSEW AMARE
8328 TRIBUTE LN
LAS VEGAS NV 89147

AFZAL AHMED
66A ROBERT FORD RD
WATERTOWN MA 02472

BEN HENNEMAN
1 THE COURTYARD
GAS STREET BIRMINGHAM
WEST MIDLANDS
GREAT BRITAIN B1 2JT
ben@stunn.co.uk

MATTHEW KNIGHT
9 HARRISON CLOSE
BRANSTON STAFFORDSHIRE
GREAT BRITAIN DE14 3EF
mattkn@hotmail.co.uk

JOHN DURCAN
G09 A POWER ROAD STUDIOS
114 POWER ROAD
CHISWICK LONDON
GREAT BRITAIN W4 5PY
john@hotcow.co.uk

ARROW ELECTRONICS INC
C/O NAC RISK RECOVERY
7459 S LIMA ST
ENGLEWOOD CO 80112

VIRITON LLP
15070 E WAGONTRAIL PL
AURORA CO 80015

AUSTIN FOAM PLASTICS INC
ATTN  GRETCHEN SHIPMAN
2933 A W GRIMES BLVD
PFLUGERVILLE TX 78660-5292

JAN TURZA
BEETHOVENOVA 10
NITRA SLOVAK REPUBLIC 94911
jan.turza@gmail.com

BRIAN CHASE
445 AULDON CT SE
SMYRNA GA 30082

ELIRAN ITZHAKI
5 LANDAU APT 7
RAMAT GAN ISRAEL 52282
lalo.tfg@gmail.com

KEVIN SCHMITZ
SALWEIDENBECKE 21
BOCHUM GERMANY 44894
schmitz86@gmail.com

CADENCE DESIGN SYSTEMS INC
C/O COMMERCIAL COLLECTION CON
16830 VENTURA BLVD STE 620
ENCINO CA 91436

ERICK ARGUETA
7601 E TREASURE DR APT 1107
NORTH BAY VILLAGE FL 33141
(RETURNED AS UNDELIVERABLE)

CHUNLIU SHEN
56 FFORDD DRYDEN KILLAY
SWANSEA WALES
GREAT BRITIAN SA2 8PP
xandsuk@hotmail.com

WILLIAM GASKINS
734 – 15TH ST NW STE 1200
WASHINGTON DC 20005

TOM BELANGER
515 DU PARC INDUSTRIEL
LONGEUIL QC CANADA J4H 3V7
tbelanger@saic.ca

SEAN SADEL-STEVENS
4885 BURDE ST
PORT ALBERNI BC CANADA V9Y 3J7
c6number2@gmail.com

GABRIEL POLITZER
491 ARVIDA PKWY
MIAMI FL 33156

NAMPIL CHOUSEIN
I STAIKOU 2
AGRINIO AITOLOAKARNANIA
GREECE 30100
nabilhussein1@hotmail.com

BILL CHOW
19745 COLIMA RD STE 1-128
ROWLAND HEIGHTS CA 91748

MIQUEL AXEL ESTELRICH RULLAN
C SEBASTIA RUBI 3A
MANACOR PM SPAIN 7500
saucraban@gmail.com

INDIUM CORPORATION OF AMERICA
ATTN   LINDA HILL
34 ROBINSON RD
CLINTON NY 13323

KOURNIKOV ANDREI DAPFOR
18 ALLEE DE LA PAGERIE 92500
RUEIL MALMAISON FRANCE
akournikov@gmail.com

MARTIN NACHEV
DEFENCE CLOSE
FLAT 57 HILL HOUSE
LONDON LONDON
GREAT BRITIAN SE28 0NQ
mnachev1@gmail.com

RAMAKANTH GOURU
925 RESERVE POINT PL
SUWANEE GA 30024-1671

WILSON SONSINI ET AL
650 PAGE MILL RD
PALO ALTO CA 94304-1050

TEXAS WORKFORCE COMM
REGULATORY INTEGRITY DIV – SAU
101 E 15TH ST RM 556
AUSTIN TX 78778-0001

P R C FERNANDO
VIALE IGNAZIO SILONE 187,35A
ROME ITALY 00143
ruwa777@gmail.com

ERIC NYDEGGER
TORRY 5
GRANGES-PACCOT FR
SWITZERLAND 1763
eric@nydegger.biz

GLYN LEWIS
26320 GRANT AVE
MAPLE RIDGE BC CANADA V2W 1H2
glyn@superlewis.com

STUART CABORN
5 KNIGHTSBRIDGE DR
HEADLEY THATCHAM
HAMPSHIRE GREAT BRITIAN RG19 8JZ
stuart.caborn@gmail.com

COINTERRA INC
MEHDI SOLEIMANKHANI
1249 – 15TH ST
LOS OSOS CA 93402

ERIC CONKLE
915 S DALEY
MESA AZ 85204

MICHAEL VICK
1512 S BATTERY ST
LITTLE ROCK AR 72202

MIKULAS KISS
DURCANSKEHO 1
NITRA SLOVAK REPUBLIC 94901
mikulas.kiss@gmail.com

NATHAN DAVIS
7514 SHERMAN DR
LINCOLN NE 68134

BRENDAN MURRAY
11 BRIDGE ST
HAMILTON NSW AUSTRALIA 2303
ecflux@gmail.com

STANLEY WING HONG LEUNG
448 PRINCE EDWARD RD WEST
PRINCE RITZ 10/F BLOCK C
HONG KONG KOWLOON HONG KONG
stanley.leung@fitflop.com

LAUTARO CLINE
C/O DANIEL M COYLE
ASTIGARRAGA DAVIS ET AL
1001 BRICKELL BAY DR 9TH FL
MIAMI FL 33131

JOSHUA JONG
6 DUNNOCK PL
WIDEOPEN NEWCASTLE UPON TYNE
TYNE AND WEAR NE13 6LE
UNITED KINGDOM
joshuajong@outlook.com

HEIKO JUCH
AM ZOLLSTOCK 16
OBERSUELZEN GERMANY 67271
hjuch@hotmail.com

MICHAEL POOLMAN
18 HAMPTON CLOSE
CADBURY HEATH
BRISTOL AVON
GREAT BRITAIN BS30 8EY
mpoolman@hotmail.com

MR BALBIR
AKA BILL CHEPAL
8042 COOPERHAWK COURT
SURREY BC CANADA V3W 0V1
b.d.chepal@shaw.ca

QUAIL ELECTRONICS
2171 RESEARCH DR
LIVERMORE CA 94550

J NOS RICHTER
RAUMERSTR 38
BERLIN GERMANY 10437
janos.richter@me.com

MIKLOS GAEBLER
WAGNERSTRASSE 6666
POTSDAM GERMANY 14480
miklos.gaebler@gmx.net

DAVID G P ALLAN
90 WINCHESTER ST
TORONTO ON CANADA M4X 1B2
davidgpallan@gmail.com

JESSICA IERACI
PIAZZA SANT' AMBROGIO 06
MISINTO
MONZA E BRIANZA ITALY 20826
manuel.online1919@gmail.com

DIRAN MARTIN YOUSOUFIAN
MORENO 1183
4TO "A"  CP 2000
ROSARIO SANTA FE ARGENTINA AK 1-1
dmy@areacocotrosario.com.ar

SHU DONG
120 HAVENUEN BLUFF
ALPHARETTA GA 30022

MICHAEL PEACOCK
14D PARLIAMENT ST
LOWER HUTT
NEW ZEALAND 5010
michaelnz@msn.com

UNITED PARCEL SERVICE
C/O RECEIVABLE MGMT SERVICES
PO BOX 4396
TIMONIUM MD 21094

COINTERRA INC
11130 JOLLYVILLE RD STE 303
AUSTIN TX 78759
(RETURNED AS UNDELIVERABLE)

TIMOTHY A DAVIDSON II
ANDREWS KURTH LLP
600 TRAVIS STE 4200
HOUSTON TX 77002

OFFICE OF THE U S TRUSTEE
903 SAN JACINTO BLVD STE 230
AUSTIN TX 78701

RANDOLPH N OSHEROW
CHAPTER 7 TRUSTEE
342 W WOODLAWN STE 100
SAN ANTONIO TX 78212

INFINITI INVESTORS LLC
ATTN  SHIVA DHANAPAL
3050 AUTUMN HILL TR
NEW ALBANY IN 47111

INFINITI INVESTORS LLC
C/O ADAM PUGH
SLATER PUGH LTD LLP
8400 MOPAC EXPY STE 100
AUSTIN TX 78759

CENTURYLINK TECHNOLOGY SOLUTIONS
C/O KURT F GWYNNE
REED SMITH LLP
1201 N MARKET ST STE 1500
WILMINGTON DE 19801

CENTURYLINK COMMUNICATIONS LLC
C/O DAVID F BROWN
EWELL BROWN & BLANKE LLP
111 CONGRESS AVE 28TH FL
AUSTIN TX 78701

CENTURYLINK LAW DEPT
ATTN  MITCHELL W KATZ
1801 CALIFORNIA ST 9TH FL
DENVER CO 80202

KASSITE LIMITED
LITTLEMORE PARK ARMSTRONG RD
OXFORD OX4 4FY
UNITED KINGDOM
info@kassite.co

KYLE ASKINE
13804 CLARKWOOD LN
LAUREL MD 20707

REGAL RESEARCH AND MFG CO LLC
C/O ROBERT PALMER
FOX ROTHSCHILD LLP
5420 LBJ FRWY STE 1200
DALLAS TX 75240

OPEN-SILICON INC
ATTN  JAY VYAS SR VP AND CFO
490 N MCCARTNEY BLVD STE 220
MILPITAS CA 95035

DONALD CROCK
PO BOX 727
MANCOS CO 81328-0727

GUILHERME CHERMAN PERDIGAO DE
OLIVEIRA
RUA ALMIRANTE GUILOBEL 110 408
RIO DE JANEIRO RJ BRAZIL CEP 22471-150
RIO DE JANEIRO RI 22471-150
kiko@cherman.com.br

SHARON BOONE
37543 ENGLAND WAY 221
RED DEER COUNTY AB
CANADA T4W 2C3
sharonjboone@gmail.com

MICHAEL DENHAM
PO BOX 420
WEST MILTON PA 17886

LASZLO TUKACS
RIM U 3
BUDAPEST BU HUNGARY 1183
laszlo.tukacs@gmail.com

VLADIMIR ZDOROV
3762 FIRPOINTE ST
SAN RAMON CA 94582

MICHAEL DIEMER
25 W PERRY ST
WILLARD OH 44890

WILLIAM GASKINS
734 – 15TH ST NW STE 1200
WASHINGTON DC 20005

BO YANG
6 VALERIE AVE
JERICHO NY 11753

BOGDAN BIVOLARU
TRAIAN POPOVICI NR 89
BLOCK B10 6TH FL APT 38
BUCHAREST ROMANIA 31422
bogdan.bivolaru@gmail.com

OMNI LOGISTICS
15912 INTERNATIONAL PLAZA DR
HOUSTON TX 77032

QUENTIN GOMEZ JR
4254 DERBY DR
DAVIE FL 33330

IMPALA LTD
ROOM 1617-18 STAR HOUSE
3 SALISBURY RD
TST KOWLOON
HONG KONG
preukschat_alex@hotmail.com

ALI ABDULSATTAR AL BESHRI
C/O EMIR MANSOURI
PO BOX 3459
DOHA QATAR
rula.algazawl@gmail.com

JOHN KELLY
1101 NE 109TH ST
MIAMI FL 33161

B F T J JESPERS
LINUS PAULINGWEG 12
THE NETHERLANDS (HOLLAND)
ROTTERDAM AR 3069-NM
bftj.jespers@gmail.com

PIETRO BRIVIO
VIA IV NOVEMBRE 51 SCALA
AMERATE LOMBARDIA ITALY 23807
pedro.brivio@gmail.com

KELLEY BRITENBAKER
701 BOULDER BLVD
SAN MARCOS TX 78666-8347

FEDEX TECHCONNECT INC
ATTN  REVENUE RECOVERY/BKY
3965 AIRWAYS BLVD MODULE G 3RD FL
MEMPHIS TN 38116

VENUGOPAL BADARAVADA
360 BELL ST SOUTH UNIT 515
OTTAWA ON CANADA K1S 5E8
bitcows@gmail.com

ANDREWS KURTH LLP
ATTN  TIMOTHY A DAVIDSON II
600 TRAVIS STE 4200
HOUSTON TX 77002

UNITED PARCEL SERVICE INC
C/O ALSTON & BIRD LLP
ATTN  BOWEN SHOEMAKER
1201 W PEACHTREE ST
ATLANTA GA 30309-3424

UPS SUPPLY CHAIN SOLUTIONS INC
C/O ALSTON & BIRD LLP
ATTN  BOWEN SHOEMAKER
1201 W PEACHTREE ST
ATLANTA GA 30309-3424

GRZEGORZ SAGANSKI
MUCHOBORSKA 8
WROCLAW POLAND 54-424
grzegorz_saganski@fastmail.fm

YIMIN WANG
QINGTIEJIAYUAN QINGLONGCHANG
ROOM 51 UNIT 4 OF BLDG 8
CHENGDU CHENGHUA CN24
CHINA 610066
acsonic@163.com

DOUGLAS WALL
3 ROLLESBY ST HOON HAY
CHRISTCHURCH CT
NEW ZEALAND 8025
flamegrilledmonkey795@gmail.com

WEI CAO
LANE 300 WU NING RD
ROOM 403 NO 21
SHANGHAI CN10 CHINA 200063
15900959911@163.com

JOSTON PINTO
1921 CALIFORNIA ST APT 18
MOUNTAIN VIEW CA 94040

THIJS VAN DEN BERG
JOHANNES WORPSTRAAT 49 III
AMSTERDAM NETHERLANDS 1076BG
t.berg15@chello.nl

TUUR DIRK DEMEESTER
220 N ZAPATA HWY #11
PMB #851A
LAREDO TX 78043-4464
tuurdemeester@gmail.com

MARC DELGADO
C/O JASON M MEDLEY
LECLAIR RYAN PC
1233 WEST LOOP S STE 1000
HOUSTON TX 77027

SYNOPSYS INC
C/O PETRA M REINSCKE
SCHWARTZ & CERA LLP
201 CALIFORNIA ST STE 450
SAN FRANCISCO CA 94111

JAKUB HODAN
VRESKOVICE 78
VRESKOVICE CZECH REPUBLIC 33401
jakubhodan@seznam.cz

HANNACOTT SA
C/O STEVE SKARNULIS
CAIN & SCARNULIS
400 W 15TH ST STE 900
AUSTIN TX 78701

MATTIA BALDINGER
ZUNZGERSTRASSE 24
SISSACH SCHWEIZ
SWITZERLAND 4450
mattia.baldinger@gmail.com

APPLIED CIRCUIT TECHNOLOGY INC
C/O MARK RALSTON
FISHMAN JACKSON PLLC
THREE GALLERIA TOWER
13155 NOEL RD STE 700
DALLAS TX 75240

PANOS SKALTSAS
ALIKARNASSOU 24
NEA SMYRNI ATTICA GREECE 17122
pskalts@gmail.com

CHRISTIAN SPRAJC
NIEDERDONKER STR 34
GERMANY
DSSELDORF AK 40547
sprajc@powerfolder.com

MICHAEL DELGADO
11755 SW 18TH ST APT 407
MIAMI FL 33175

ANDREW WALDORF
6300 E HAMPDEN AVE APT 3230
DENVER CO 80222