

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 28, 2017.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CASE NO. 15-10109-HCM |
| COINTERRA, INC. | § | |
| | § | CHAPTER 7 |
| DEBTOR | § | |

**ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF
BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP,
FOR PAYMENT OF FEES AND EXPENSES**

Pending before the Court is the *First and Final Fee Application for Payment of Fees and Expenses* ("Fee Application") filed by Barrett Daffin Frappier Turner & Engel, LLP, Attorneys for Randolph N. Osherow, Trustee ("Applicant"), in the above captioned and numbered case. Having reviewed said Fee Application, the Court is of the opinion that the Fee Application is meritorious and that payment should be authorized. It is therefore hereby

ORDERED that the relief requested in the Fee Application be, and the same hereby is granted. It is further

ORDERED that Trustee is authorized to pay Applicant the amount of $27,565.00 in fees and $457.47 in expenses, totaling $28,022.47 for the period of February 9, 2015, through January 31, 2017.

###

ORDER PREPARED BY:

Steve Turner
Barrett Daffin Frappier Turner & Engel, LLP
3809 Juniper Trace, Suite 205
Austin, Texas 78738
Phone: (512) 687-2502
SteveT@BDFGroup.com