**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 22, 2017.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109-hcm |
| | § | |
| COINTERRA, INC. | § | |
| DEBTOR(S). | § | CHAPTER 7 PROCEEDING |

ORDER AUTHORIZING TRUSTEE TO CLOSE ESTATE RESERVING RIGHT
TO REOPEN CASE IF CONTINGENT ASSET GENERATES CASH FOR ESTATE

On the day this Order was signed, came on for consideration the Application to Allow Trustee to Close Estate Reserving Right to Reopen Case if any funds are realized from the bankruptcy estate's interest in the settlement agreement attached to the Motion to Approve Compromise, Docket Number 68 and Order Docket Number 69 and said Settlement Generates Cash for Estate. The Court, after giving due consideration to the Motion finds that it has merit and should be granted. It is, therefore,

ORDERED, ADJUDGED, and DECREED that the Trustee is authorized to close the estate reserving the right to reopen the case in the event any funds are realized as a result of the

bankruptcy estate's interest in the settlement agreement attached to the Motion to Approve Compromise, Docket Number 68 and Order Docket Number 69. It is further

ORDERED, ADJUDGED, and DECREED that any funds due the bankruptcy estate from the above-described asset, are not abandoned to the Debtors at the closing of the case and will not be deemed abandoned, but shall remain property of the bankruptcy estate and subject to the automatic stay of 11 U.S.C. § 362.

###

RANDOLPH N. OSHEROW, P.C.
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com