IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109-HCM |
| | § | |
| COINTERRA, INC., | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 PROCEEDING |

APPLICATION OF TRUSTEE TO EMPLOY ACCOUNTANT
AND REQUEST FOR RELIEF (WITH 21-DAY LANGUAGE)

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within twenty-one (21) days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

NOW COMES RANDOLPH N. OSHEROW, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of COINTERRA, INC., and files his Application to Employ Accountant. The Trustee would show the Court the following:

1. On January 24, 2015, a voluntary petition was filed initiating this case under Chapter 7 of the Bankruptcy Code. On January 24, 2015, Randolph N. Osherow was appointed Trustee of Debtor's estate and continues to act in that capacity.

2. The Trustee wishes to employ Janet Rakowitz of WYSI WYG Consulting, 11024 Macaway, #2, Adkins, Texas 78101, (210) 738-3001, ext 212, as the authorized accountant for the Trustee, to prepare the 2015, 2016, and 2017 final tax returns for this estate at a flat rate of $375.00 per tax year for a total of $1,125.00.

3. No other Accountants have been hired to assist in preparation of the 2015, 2016, and Final 2017 Form 1120. Trustee has selected Janet Rakowitz of WYSI WYG Consulting, as the Trustee believes that such accountant is well qualified to represent the bankruptcy estate in this proceeding, and

Copy of Order attached as Exhibit A

it is necessary for the Trustee to employ Janet Rakowitz of WYSI WYG Consulting for such professional services to prepare the 2015, 2016, and Final 2017 Form 1120 for the benefit of the estate.

4. To the best of the Trustee's knowledge, Janet Rakowitz of WYSI WYG Consulting has no connection with the Debtor, the creditors, or any other party in interest, their respective attorneys and accountants. A Verified Statement of Accountant of No Interest Adverse to Estate of Debtor and Disclosure Statement signed by Janet Rakowitz of WYSI WYG Consulting are attached hereto.

5. Trustee proposes to pay Janet Rakowitz of WYSI WYG Consulting a flat fee $1,125.00, which compensation is not the subject of any agreement to share funds by Janet Rakowitz of WYSI WYG Consulting and any other entity, except as disclosed in the Disclosure Statement, and will be paid upon approval of this Application of Trustee to Employ Accountant and Request for Relief. The U.S. Trustee's office has reviewed this rate for preparation of 2015, 2016, and 2017 final tax returns and will receive notice of the Application.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that he be authorized to employ Janet Rakowitz of WYSI WYG Consulting as accountant to prepare the 2015, 2016, and Final 2017 Form 1120 at a flat rate of $1,125.00 and that an Order be entered.

Respectfully submitted this 20th day of June 2017.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas State Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109-HCM |
| | § | |
| COINTERRA, INC., | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 PROCEEDING |

## VERIFIED STATEMENT OF ACCOUNTANT
## OF NO INTEREST ADVERSE TO ESTATE OF DEBTOR

I, Janet Rakowitz of WYSI WYG Consulting, hereby state that I have no connection with the Debtor, creditors, or any other party in interest, their respective attorneys and accountants, and I do not hold or represent any interest adverse to the bankruptcy estate, and am a disinterested person within the meaning of 11 U.S.C. § 327(a) of the Bankruptcy Code.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

SIGNED this 20th day of June 2017.

_____
JANET RAKOWITZ of WYSI WYG Consulting
Accountant

SWORN TO AND SUBSCRIBED before me by JANET RAKOWITZ, who states that the above is true and correct, to the best of her knowledge on this 20th day of June 2017.

_____
NOTARY PUBLIC, STATE OF TEXAS

JOCELYN K GESSNER
Notary Public, State of Texas
Comm. Expires 10-14-2018
Notary ID 7336359

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109-HCM |
| | § | |
| COINTERRA, INC., | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 PROCEEDING |

DISCLOSURE OF COMPENSATION
UNDER 11 U.S.C. 330 AND BANKRUPTCY RULE 2016(b)

I certify that I am the applicant for the position of Accountant for the Chapter 7 Trustee, Randolph N. Osherow, in the above-styled and referenced cause. No compensation has been paid to me in connection with the above-referenced case under Title 11 of the United States Code. Application is made herein for a flat rate of $1,125.00 ($375.00 per tax year). The source of the compensation agreed to be paid is from the bankruptcy estate payable upon further order of this Court.

I have not agreed to share this compensation with any other person.

Dated this 20th day of June 2017.

_____
JANET RAKOWITZ of WYSI WYG Consulting
Accountant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109-HCM |
| | § | |
| COINTERRA INC., | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 PROCEEDING |

## ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT AND REQUEST FOR RELIEF

On the day this Order was signed, came for consideration the Application of Trustee to Employ Accountant and Request for Relief. It appearing that such application is proper and should be granted, it is therefore

ORDERED that the employment of Janet Rakowitz of WYSI WYG Consulting, 11024 Macaway, #2, Adkins, Texas 78101, as accountant for the estate is hereby authorized and approved $1,125.00 without further Order of this Court.

### ###

RANDOLPH N. OSHEROW, P.C.
342 W. Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com

EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109-HCM |
| | § | |
| COINTERRA, INC., | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 PROCEEDING |

CERTIFICATE OF MAILING

I certify that copies of the APPLICATION OF TRUSTEE TO EMPLOY ACCOUNTANT AND REQUEST FOR RELIEF were mailed to the below named persons, by first class mail, on this the 20th day of June 2017:

Cointerra, Inc.
C/O Timothy A. Davidson II
Andrews & Kurth LLP
600 Travis, Suite 4200
Houston, Texas 77002
**Debtor**

Timothy A. Davidson II
Andrews & Kurth LLP
600 Travis, Suite 4200
Houston, Texas 77002
**Counsel for Debtor**

U.S. Trustee
903 San Jacinto #230
Austin, Texas 78701

Janet Rakowitz
WYSI WYG Consulting
11024 Macaway, #2
Adkins, Texas 78101
**Accountant**

SEE THE ATTACHED MATRIX FOR A LIST OF PARTIES NOTICED.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
State Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com

Afzal Ahmed
66A Robert Ford Road
Watertown, MA 02472-3011

ALI ABDULSATTAR AL BESHRI
C/O EMIR MANSOURI
PO BOX 3459
DOHA QATAR

Andrew Waldorf
6300 E HAMPDEN AVE APT 3230
DENVER, CO 80222

Andrews Kurth, LLP
ATTN TIMOTHY DAVIDSON, II
600 Travis Street
Suite 4200
Houston, TX 77002-2929

APPLIED CIRCUIT TECH INC
C/ MARK RALSTON
FISHMAN JACKSON, PLLC
THREE GALLERIA TOWER
13155 NOEL RD STE 700
DALLAS, TX 75240

Arrow Electronics, Inc.
C/O NAC Risk Recovery
7459 South Lima St
Englewood, CO 80112-3879

AUSTIN FOAM PLASTICS, INC.
ATTN: GRETCHEN SHIPMAN
2933 A W GRIMES BLVD
PFLUGERVILLE, TX 78660-5292

BCF LLP
1100 RENE LEVESQUE BLVD WEST
25th FLOOR
MONTREAL QUEBEC, CA H3B-5C9

BDO USA LLP
Attn: Laurence W. Goldberg
4135 Mendenhall Oak Pkwy #140
High Point NC 27265-8051

Ben Henneman
1 The Courtyard
Gas Street, Birmingham
WEST MIDLANDS, GREAT BRITAIN B1 2JT

BFTJ JESPERS
LINUS PAULINGWEG 12
THE NETHERLANDS (HOLLAND)
ROTTERDAM, AR 3069-NM

Bill Chow
19745 Colima Road
Ste #1-128
Rowland Heights, CA 91748-3219

Bo Yang
6 Valerie Avenue
Jericho, NY 11753-2412

Bogdan Bivolaru
Traian Popovici, Nr 89
Block B10, 6Th Floor, Apt 38
BUCHAREST, ROMANIA 31422

Boudewijn Jespers
Linus Paulingweg 12
ROTTERDAM, NETHERLANDS 3069NM

Brendan Murray
11 Bridge St
HAMILTON, NSW, AUSTRALIA 2303

Brett Hansmeier
100 Old River Road
Suite 100
Andover, MA 01810-1030

Brian Chase
445 Auldon Court, Se
Smyrna, GA 30082-3103

C7 Data Centers, Inc.
357 South 670 West
Suite 100
Lindon, UT 84042-2094

Cadence Design Systems, INC.
C/O COMMERCIAL COLLECTION
16830 VENTURA BLVD STE 620
ENCINO, CA 91436

CENTURY LINK LAW DEPARTMENT
ATTN: MITCHELL W KATZ
1801 CALIFORNIA ST 9TH FLOOR
DENVER, CO 80202

CENTURY LINK TECHNOLOGY SOLUTIONS
C/O KURT F. GWYNNE
REED SMITH LLP
1201 N MARKET ST STE 1500
WILMINGTON, DE 19801

CenturyLink
C/ DAVID BROWN
EWELL BROWN AND BLANKE, LLP
111 CONGRESS AVE 28TH FL
AUSTIN, TX 78701

CenturyLink Technology Solutions
ATTN MICHAEL KATZ-LAW DEPT
1801 California Street
#900
Denver, CO 80202-2658

Christian Spracjc
NIEDERDONKER Str 34
GERMANY
DSSELDORF, AK 40547

Christopher Snook
25457 Se 42Nd Place
Issaquah, WA 98029-7779

Chunliu Shen
56 Ffordd Dryden, Killay
SWANSEA, WALES, GREAT BRITAIN SA2 8PP

Cointerra, Inc.
MEHDI SOLEIMANKHANI
1249-15TH STREET
LOS OSOS, CA 93402

COINTERRA, INC.
11130 JOLLYVILLE RD STE 303
AUSTIN, TX 78759

David G P Allan
90 Winchester St T
TORONTO, ON, CANADA, M4X 1B2

Diran Yousoufian
Moreno 1183
4To A
ROSARIO, SANTA FE, ARGENTINA 2000

Donald Crock
PO Box 727
Mancos, CO 81328-0727

Douglas Wall
3 Rollesby Street, Hoon Hay
CHRISTCHURCH, CT, NEW ZEALAND 8025

Eliran Itzhaki
5 Landau
Apt. 7
RAMAT GAN, ISRAEL 52282

Eric Conkle
915 S. Daley
Mesa, AZ 85204-4307

Eric Nydegger
Torry 5
GRANGES-PACCOT, FR, SWITZERLAND 1763

Eric Peterson
Eric Peterson
156 Park Drive
East Chester, NY 10709-5109

Erick Argueta
7601 E Treasure Drive
1107
North Bay Village, FL 33141-4362

FEDEX TECHCONNECT, INC.
ATTN REVENUE RECOVERY/BKY
3965 AIRWAYS BOULEVARD MODULE G 3RD FL
MEMPHIS, TN 38116

Fortis Advisors, LLC, Collateral Agent
c/o E. P. Keiffer
WRIGHT GINSBERG BRUSILOW P.C.
325 North St. Paul Street, Suite 4150
Dallas, TX 75201-3861

Future Electronics
41 MAIN STREET
BOLTON, MA 01740

Future Electronics Corp.
c/o Barron & Newburger, PC
Attn: Lynn Saarinen
1212 Guadalupe, Suite 104
Austin, TX 78701-1801

Gabriel Politzer
491 Arvida Parkway
Miami, FL 33156-2318

Glyn Lewis
26320 Grant Ave
MAPLE RIDGE, BC, CANADA V2W 1H2

Grzegorz Saganski
Muchoborska 8
WROCLAW, POLAND 54-424

Guilherme Perdigao De Oliveira
Rua Almirante Guilobel 110 408
RIO DE JANEIRO, RJ, BRAZIL 22471150

Hannacott SA
c/o Steve Skarnulis
Cain & Scarnulis
400 W. 15th St.
Ste 900
Austin, TX 78701-1659

Heiko Juch
Am Zollstock 16
OBERSUELZEN, GERMANY 67271

IMPALA LTD
ROOM 1617-18 STAR HOUSE
3 SALISBURY RD
TST KOWLOON HONG KONG

Indium Corporation
Attn Linda Hill
34 Robinson Rd
Clinton, NY 13323-1419

Infiniti Investor, LLC
ATTN SHIVA DHANAPAL
3050 AUTUMN HILL TR
NEW ALBANY, IN 47111

INFINITI INVESTORS, LLC
C/O ADAM PUGH
SLATER PUGH LTD, LLP
8400 MOPAC EXPY STE 100
AUSTIN, TX 78759

J nos Richter
Raumerstr. 38
BERLIN, GERMANY 10437

Jakub Hodan
Vreskovice 78
VRESKOVICE, CZECH REPUBLIC 33401

Jan Turza
Beethovenova 10
NITRA, SLOVAK REPUBLIC 94911

Jason Kusuma
2315 Eastridge Avenue #714
Menlo Park, CA 94025-6760

Jessica Leraci
Piazza Sant' Ambrogio 6
MISINTO, MISINTO, ITALY 20826

John Durcan
G09.A Power Road Studios
114 Power Road
CHISWICK, LONDON, GREAT BRITAIN W4 5PY

John Kelly
1101 Ne 109 Street
Miami, FL 33161-7320

Joshua Jong
6 Dunnock Place
Widcopen
TYNE AND WEAR, GREAT BRITAIN NE13 6LE

Joston Pinto
1921 California Street
Apt 18
Mountain View, CA 94040-2042

KASSITE LIMITED
LITTLEMORE PARK ARMSTRONG RD
OXFORD OX4 4FY
UNITED KINGDOM

Kelley Britenbaker
701 Boulder Blf
San Marcos, TX 78666-8347

Kevin Schmitz
Salweidenbecke 21
BOCHUM, GERMANY 44894

Kit Hui
16912 Ne 107Th Street
Redmond, WA 98052-2709

KOURNIKOV ANDREI DAPFOR
18 ALLEE DE LA PAGERIE 92500
RUEIL MALMAISON FRANCE

Kyle Askine
13804 Clarkwood Lane
Laurel, MD 20707-9270

Laszlo Tukacs
Rim U 3
BUDAPEST, BU, HUNGARY 1183

LAUTARO CLINE
C/O DANIEL M, COYLE
ASTIGARRAGA DAVIS ET AL
1001 BRICKELL BAY DRIVE 9TH FLOOR
MIAMI, FL 33131

MARC DELGADO
C/O JASON M MEDLEY
LECLAIR RYAN PC
1233 WEST LOOP S STE1000
HOUSTON, TX 77027

Mark Kim
3427 Ridge Road
Lansing, IL 60438-3101

Martin Nachev
Defence Close
Flat 57 Hill House
LONDON, LONDON, GREAT BRITAIN SE28 0NQ

Matthew Knight
9 Harrison Close
Branston
STAFFORDSHIRE, GREAT BRITAIN DE14 3EF

Mattia Baldinger
Zunzgerstrasse 24
SISSACH, SCHWEIZ, SWITZERLAND 4450

McGrath RentCorp dba TRS-RenTelco
POB 619260
DFW Airport, TX 75261-9260

Michael Delgado
11755 Sw 18Th Street
Apt 407
Miami, FL 33175-8735

Michael Denham
402 Highland Avenue
Po Box 420
West Milton, PA 17886-0420

Michael Diemer
25 W Perry Street
Willard, OH 44890-1602

Michael Peacock
14D Parliament St
LOWER HUTT, NEW ZEALAND 5010

Michael Poolman
18 Hampton Close
Cadbury Heath
BRISTOL, AVON, GREAT BRITAIN BS30 8EY

Michael Vick
c/o Willard Proctor, Jr.
Attorney at law
2100 Wolfe Street
Little Rock, AR 72202

MICHAEL VICK
1512 S BATTERY ST
LITTLE ROCK, AR 72202

Miklos Gaebler
Wagnerstrasse 6666
POTSDAM, GERMANY 14480

Mikulas Kiss
Durcanskeho 1
NITRA, SLOVAK REPUBLIC 94901

Miquel Axel Estelrich Rullan
C Sebastia Rubi 3A
MANACOR, PM, SPAIN 7500

MR BALBIR
AKA BILL CHEPAL
8042 COOPERHAWK COURT
SURREY BC CANADA V3W 0V1

Nampil Chousein
I. Staikou 2
AGRINIO, AITOLOAKARNANIA, GREECE 30100

Nathan Davis
7514 Sherman Drive
Lincoln, NE 68506

Omni Logistics
15912 International Plaza Drive
Houston, TX 77032-2439

OPEN SILICON, INC.
C/O TIMOTHY R. CASEY
DRINKER BIDDLE & REATH, LLP
191 N WACKER DRIVE SUITE 3700
CHICAGO, IL 60606-1698

| | | |
|---|---|---|
| Open-Silicon<br>ATTN JAY VYAS SR VP AND CFO<br>490 N. McCarthy Blvd.<br>Suite 220<br>Milpitas, CA 95035-5118 | P R C FERNANDO<br>VIALE IGNACIO SILONE 187,35A<br>ROME, ITALY 00143 | Panos Skaltsas<br>Alikarnassou 24<br>NEA SMYRNI, ATTICA, GREECE 17122 |
| Pietro Brivio<br>Via Iv Novembre, 51 Scala<br>AMERATE, LOMBARDIA, ITALY 23807 | Quail Electronics<br>2171 Research Drive<br>Livermore, CA 94550-3805 | Quentin Gomez Jr.<br>4254 Derby Drive<br>Davie, FL 33330-4336 |
| Ramakanth Gouru<br>12881 Deer Park Lane<br>Alpharetta, GA 30004-8986 | Randolph N Osherow<br>342 W Woodlawn, Suite 100<br>San Antonio, TX 78212-3314 | Regal Research<br>C/O ROBERT PALMER<br>FOX ROTHSCHILD LLP<br>5420 LBJ FREEWAY STE 1200<br>DALLAS, TX 75240 |
| Ryan Jauregui<br>14272 Cameron Lane<br>Santa Ana, CA 92705-3213 | Sean Bradbury<br>105 Hidden Lake Cr<br>CARP, ON, CANADA K0A | Sean Sadel-Stevens<br>4885 Burde St<br>PORT ALBERNI, BC, CANADA V9Y 3J7 |
| Sebastian Tarach<br>Mila 11<br>DZIEKANOW LESNY, POLAND 05-092 | Sharon Boone<br>37543 England Way<br>221<br>RED DEER COUNTY, AB, CANADA T4S 2C3 | Shu Dong<br>120 Havenuen Bluff<br>Alpharetta, GA 30022-6448 |
| Stanley Wing Hong Leung<br>448 Prince Edward Road West<br>Prince Ritz, 10/F, Block C<br>HONG KONG,KOWLOON, HONG KONG | Stuart Caborn<br>5 Knightsbridge Drive<br>Headley, Thatcham<br>HAMPSHIRE, GREAT BRITAIN RG19 8JZ | SYNOPSIS INC<br>C/O PETRA M REINSCHKE<br>SCHWARTZ & CERA LLP<br>201 CALIFORNIA ST STE 450<br>SAN FRANCISCO, CA 94111 |
| Tekhne, LLC<br>21725 SW 187 Ave<br>Miami, FL 33170-1401 | TEXAS COMPTROLLER OF PUBLIC ACCTS<br>c/o KIMBERLY A WALSH & SHERRI<br>K SIMPSON<br>BANKRUPTCY/COLLECTIONS<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 | Texas Workforce Commission<br>TWC Building-Regulatory Integrity Divisi<br>101 East 15th Street<br>Austin, TX 78701-1442 |
| Thijs Van Den Berg<br>Johannes Worpstraat<br>49 III<br>AMSTERDAM, NETHERLANDS 1076BG | Timothy A. Davidson II<br>Andrews & Kurth L.L.P.<br>600 Travis, Suite 4200<br>Houston, TX 77002-2929 | Tom Belanger<br>515 Du Parc Industriel<br>LONGEUIL, QC, CANADA J4H 3V7 |
| Tuur Demester<br>220 N ZAPATA HWY #11<br>PMB #851A<br>LAREDO, TX 78043-4464 | UNITED PARCEL SERVICE, INC.<br>C/O ALSTON & BIRD LLP<br>ATTN BOWEN SHOEMAKER<br>1201 W PEACHTREET ST<br>ATLANTA, GA 30309-3424 | United States Trustee<br>903 San Jacinto<br>Suite 230<br>Austin, TX 78701-2450 |
| UPS -Shipper<br>C/O RECEIVABLE MGT SERVICES<br>PO BOX 4396<br>TIMONIUM, MD 21094 | UPS SUPPLY CHAIN SOLUTIONS<br>C/O ALSTON & BIRD LLP<br>ATTN BOWEN SHOEMAKER<br>1201 W PEACHTREE STREET<br>ATLANTA, GA 30309-3424 | Venugopal Badaravada<br>360 Bell Street South<br>Unit: 515<br>OTTAWA, ON, CANADA K1S 5E8 |

| | | |
|---|---|---|
| VIRITON LLP<br>15070 E WAGONTRAIL PL<br>AURORA, CO 80015 | Vladimir Zdorov<br>3762 Firpointe Street<br>San Ramon, CA 94582-5826 | Walter Thamm<br>Albrechstrasse 1<br>ISNY, GERMANY 88316 |
| Wei Cao<br>Lane 300, Wu Ning Road<br>Room 403, No 21<br>SHANGHAI, CN10, CHINA 200063 | William Gaskins<br>734 15Th Street Nw<br>Suite 1200<br>Washington, DC 20005-1024 | Wilson Sonsini Goodrich and Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050 |
| Yewulsew Amare<br>8328 Tribute Lane<br>Las Vegas, NV 89147-6100 | Yimin Wang<br>Qingtiejiayuan, Qinglongchang<br>Room 51, Unit 4 Of Building 8<br>CHENGDU, CHENGHUA, CN24, CHINA 610066 | Zachary Cullen<br>8268 Man O War Road<br>Palm Beach Gardens, FL 33418-7719 |