

# **INVOICE**

Invoice # 323
Date: 07/02/2017
Due On: 08/01/2017

## Kell C. Mercer, P.C.

1602 E. Cesar Chavez Street
Austin, TX 78702

Randy Osherow, Chapter 7 Trustee

## 00018-Randy Osherow, Chapter 7 Trustee

## Conterra Preference Actions

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 02/02/2016 | Work on retention pleadings (.5); Draft complaint for preference matters (.5). | 1.00 | $400.00 | $400.00 |
| Service | 02/03/2016 | Call to S. Turner regarding engagement documents (.1); edits to engagement documents (.1). | 0.20 | $400.00 | $80.00 |
| Service | 02/08/2016 | Email to Steve Turner regarding engagement. | 0.10 | $400.00 | $40.00 |
| Service | 02/10/2016 | Finalize and file application to employ. | 0.30 | $400.00 | $120.00 |
| Expense | 02/12/2016 | Reimbursable expense: Copy and service charges for Application to Employ. | 1.00 | $114.19 | $114.19 |
| Expense | 02/16/2016 | Reimbursable expense: Image hard drive for chain of control/evidence protection purposes. | 1.00 | $1,263.88 | $1,263.88 |
| Service | 06/17/2016 | Work on preference complaints. | 0.40 | $400.00 | $160.00 |
| Service | 06/24/2016 | Prepare adversary complaints against: Ascendant Engineering (.3); CoolT (.3); Infiniti Investors (.3)[No Charge]; Kalara Law Firm (.3); Massive Networks (.3); NBCN (.3) [No Charge]; Paladuro Investments (.3); Tierpoint (.3). | 1.80 | $400.00 | $720.00 |
| Service | 06/27/2016 | Confirm authority to file suit with Steve Turner. | 0.10 | $400.00 | $40.00 |
| Service | 06/28/2016 | Prepare adversary cover sheets for each preference defendant (.5); prepare adversary complaints for filing (.5); | 1.00 | $400.00 | $400.00 |
| Service | 06/28/2016 | Finalize and file the following lawsuits: CoolIT (.2); Infiniti Investors (.2) [No Charge]; Kalara Law Firm (.2); Massive Networks (.2); NBCN (.2) [No Charge]; Paloduro (.2); Tierpoint (.2); Ascendant (.2); email to Randy and Steve Turner regarding same (.1). | 1.30 | $400.00 | $520.00 |

15-10109-hcm Doc#131-1 Filed 07/03/17 Entered 07/03/17 12:31:21 Exhibit Exhibit 1 - Detail of Fees and Expenses Pg 2 of 7

Invoice # 323 - 07/02/2017

| | | | | | |
|---|---|---|---|---|---|
| Expense | 06/28/2016 | Adversary Filing Fee: Kalara | 1.00 | $350.00 | $350.00 |
| Expense | 06/28/2016 | Adversary Filing Fee: CoolIT | 1.00 | $350.00 | $350.00 |
| Expense | 06/28/2016 | Adversary Filing Fee: Massive Networks | 1.00 | $350.00 | $350.00 |
| Expense | 06/28/2016 | Adversary Filing Fee: Infiniti Investors [No Charge] | 0.00 | $350.00 | $0.00 |
| Expense | 06/28/2016 | Filing Fee: Tierpoint | 1.00 | $350.00 | $350.00 |
| Expense | 06/28/2016 | Filing Fee: Ascendant | 1.00 | $350.00 | $350.00 |
| Expense | 06/28/2016 | Filing Fee: Paloduro | 1.00 | $350.00 | $350.00 |
| Expense | 06/28/2016 | Filing Fee: NBCN [No Charge] | 0.00 | $350.00 | $0.00 |
| Service | 07/12/2016 | Prepare and file Notice of Dismissal against Palodura Investments, LLC. [No Charge] | 0.50 | $0.00 | $0.00 |
| Expense | 07/13/2016 | Reimbursable expense: Filing Fee: Paloduro Investments, Inc. Adversary [No Charge] | 0.00 | $350.00 | $0.00 |
| Service | 07/13/2016 | Revise Paloduro Investments lawsuit (.5); finalize and file same (.3). [No Charge] | 0.00 | $400.00 | $0.00 |
| Service | 07/20/2016 | Settlement discussions with Acendent Engineering. | 0.20 | $400.00 | $80.00 |
| Service | 07/27/2016 | Call with Steve Turner regarding payment by Ascendent Engineering. | 0.10 | $400.00 | $40.00 |
| Service | 08/03/2016 | Receive and review payment of lawsuit claims (.1); forward same to Randy (.1). | 0.20 | $400.00 | $80.00 |
| Service | 08/08/2016 | Call with Doug Powell regarding Infiniti Investments adversary [No Charge]. | 0.00 | $400.00 | $0.00 |
| Service | 08/12/2016 | Call with Marvin Spouse regarding Massive Networks settlement (.1); review settlement agreement (.1). | 0.20 | $400.00 | $80.00 |
| Service | 09/08/2016 | Work on service of process issues in adversary proceedings (.3); email to Marvin Sprouse regarding Massive Network facts and legal issues (.2). | 0.50 | $400.00 | $200.00 |
| Service | 09/13/2016 | Prepare and file Motions to Extend Deadline to Obtain Service (.6); prepare and file Motion to Extend Deadline to Seek Default (.2). | 0.80 | $400.00 | $320.00 |
| Service | 09/15/2016 | Work on Massive Networks Rule 26 disclosures (.5); call to Michael Boldt regarding facts and circumstances of Massive Networks disclosures (.3); serve Rule 26 disclosure on Marvin Sprouse (.1). | 0.90 | $400.00 | $360.00 |
| Service | 09/16/2016 | Emails with Marvin Sprouse regarding Massive Networks preference claim. | 0.30 | $400.00 | $120.00 |
| Service | 09/29/2016 | Review and consider defenses in Massive Network (.2); emails with Marvin Sprouse regarding same (.2); call with Ravi from Cointerra (.2). | 0.60 | $400.00 | $240.00 |

15-10109-hcm Doc#131-1 Filed 07/03/17 Entered 07/03/17 12:31:21 Exhibit Exhibit 1 - Detail of Fees and Expenses Pg 3 of 7

Invoice # 323 - 07/02/2017

| | | | | | |
|---|---|---|---|---|---|
| Service | 10/04/2016 | Prepare and send status report to Randy Osherow and Steve Turner. | 0.70 | $400.00 | $280.00 |
| Service | 10/06/2016 | Call with Tierpoint (.2); email to Cameron Walbert regarding same (.2). | 0.40 | $400.00 | $160.00 |
| Service | 10/14/2016 | Call to counsel for Kalara Law firm. | 0.10 | $400.00 | $40.00 |
| Service | 10/17/2016 | Call with Steve Turner regarding defenses (.2); Call with Marvin Sprouse regarding status (.4). | 0.60 | $400.00 | $240.00 |
| Service | 10/27/2016 | Call with counsel for CoolIT regarding potential settlement. | 0.20 | $400.00 | $80.00 |
| Service | 01/09/2017 | Emails with Sunny Kalara regarding preference demand. | 0.20 | $400.00 | $80.00 |
| Service | 01/11/2017 | Finalize and file CoolIT 9019 Motion (.5); finalize and file TerraPoint 9019 Motion (.5); emails with Marvin Sprouse regarding Massive Networks claims (.2); file stipulation of dismissal for Massive Networks (.2); work on NCNB case (.2); complete Andrews Kurth 9019 (.4); forward same to Tad Davidson (.1). | 2.20 | $400.00 | $880.00 |
| Service | 01/13/2017 | Finalize and file Motion to Compromise with Andrews Kurth; serve same. | 0.60 | $400.00 | $240.00 |
| Service | 02/08/2017 | Assemble fully executed settlement agreements and forward to CoolIT, Tierpoint, and AK. | 0.50 | $400.00 | $200.00 |
| Service | 02/14/2017 | Receive and review checks (.1); send to Randy (.1). | 0.20 | $400.00 | $80.00 |
| Service | 02/28/2017 | Check in on CoolIT payment. | 0.20 | $400.00 | $80.00 |
| Service | 03/03/2017 | Prepare and file request for entry of Default in Kalara Law Corporation adversary (.4); emails with Court regarding same (.1). | 0.50 | $400.00 | $200.00 |
| Service | 03/06/2017 | Review Entry of Default on Kalara (.1); email to Sunny Kalara (.1); email with Court regarding Entry of Default (.1) | 0.30 | $400.00 | $120.00 |
| Service | 03/08/2017 | Prepare Motion for Default Judgment (.8); coordinate with Randy for execution of Declaration (.2); finalize and file same (.3). | 1.30 | $400.00 | $520.00 |
| Service | 03/14/2017 | Negotiations with Kalara Law Group (.1); emails with Randy regarding same (.1). | 0.20 | $400.00 | $80.00 |
| Service | 03/15/2017 | Edits to Kalara Law Corporation settlement agreement (.2); prepare and file 9019 regarding Kalara settlement (.8). | 1.00 | $400.00 | $400.00 |
| Service | 04/12/2017 | Confirm Bankruptcy Court approval of Kalara settlement (.1); communicate same with Kalara (.1); touch base with Randy (.1). | 0.30 | $400.00 | $120.00 |

15-10109-hcm Doc#131-1 Filed 07/03/17 Entered 07/03/17 12:31:21 Exhibit Exhibit 1 - Detail of Fees and Expenses Pg 4 of 7

Invoice # 323 - 07/02/2017

| | | | | | |
|---|---|---|---|---|---|
| Service | 04/17/2017 | Confirm wiring information for Kalara settlement payment. | 0.10 | $400.00 | $40.00 |

| | | |
|---|---|---|
| | Total | $11,318.07 |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 323 | 08/01/2017 | $11,318.07 | $0.00 | $11,318.07 |
| | | | Outstanding Balance | $11,318.07 |
| | | | Total Amount Outstanding | $11,318.07 |

Please make all amounts payable to: Kell C. Mercer, P.C.

Please pay within 30 days.



Remit to:
Advanced Discovery INC
P.O. BOX 102242
Atlanta, GA 30368-2242
877-876-7706

# Invoice

| Date | Invoice # |
|---|---|
| 11/30/2015 | B164646 |
| Tax ID - 47-1377551 | |

Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City
Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC

| Bill To | Ship To |
|---|---|
| Husch Blackwell<br>111 Congress Ave, Suite 1400<br>Austin, TX 78701 | Husch Blackwell<br>111 Congress Ave, Suite 1400<br>Austin, TX 78701 |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|---|---|---|---|---|---|---|
| AUS014111 | Net 30 | 12/30/2015 | *TWDG | Client Development - EXIS... | 0000000-0000023 | John Mullaney |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 0.5 | Forensic Analysis (Per Hour)<br>• Forensic Analysis (Per Hour); Andreas K Mueller; Complete clone creation. Format and prepare exception log for client review; John Mullaney and Kell Mercer; 0.5 Hours | 295.00 | 147.50 |
| 2.5 | Forensic Tech Time (Per Hour)<br>• 11/17/2015; Andreas K Mueller; Create defensible copy of source drive to Logical Image; John Mullaney and Kell Mercer; 2 Hours<br>• Hard Drive - PadLock Encrypted (2TB) - Prepared by Cory Gumminger - Requested by Jimmy Villeda on 11/16/2015 | 295.00 | 737.50 |
| 1 | Hard Drive - PadLock Encrypted (2TB) | 350.00 | 350.00T |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Client has 10 days from receipt of invoice to inspect Advanced Discovery completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

| | |
|---|---|
| **Subtotal** | $1,235.00 |
| **Sales Tax (8.25%)** | $28.88 |
| **Invoice Total** | $1,263.88 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,263.88 |

Monday, July 3, 2017 at 11:02:08 AM Mountain Daylight Time

**Subject:** Pay.gov Payment Confirmation: TX Western CM ECF
**Date:** Tuesday, June 28, 2016 at 11:34:37 AM Mountain Daylight Time
**From:** paygovadmin@mail.doc.twai.gov
**To:** kell.mercer@mercer-law-pc.com

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or wish to cancel this payment, you will need to contact the Pay.gov Support Desk at (800) 624-1373.

Application Name: TX Western CM ECF
Pay.gov Tracking ID: 25SDUGKE
Agency Tracking ID: 17226452

Account Holder Name: Kell Mercer
Transaction Type: ACH Debit
Transaction Amount: $350.00
Payment Date: Jun 29, 2016
Account Type: Business Checking
Routing Number: 113024915
Account Number: ************4446

Transaction Date: Jun 28, 2016 1:34:37 PM
Total Payments Scheduled: 1
Frequency: OneTime


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

Monday, July 3, 2017 at 11:03:16 AM Mountain Daylight Time

**Subject:** Pay.gov Payment Confirmation: TX Western CM ECF
**Date:** Tuesday, June 28, 2016 at 12:17:26 PM Mountain Daylight Time
**From:** paygovadmin@mail.doc.twai.gov
**To:** kell.mercer@mercer-law-pc.com

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or wish to cancel this payment, you will need to contact the Pay.gov Support Desk at (800) 624-1373.

Application Name: TX Western CM ECF
Pay.gov Tracking ID: 25SDUGP1
Agency Tracking ID: 17226735

Account Holder Name: Kell Mercer
Transaction Type: ACH Debit
Transaction Amount: $2,450.00
Payment Date: Jun 29, 2016
Account Type: Business Checking
Routing Number: 113024915
Account Number: ************4446

Transaction Date: Jun 28, 2016 2:17:26 PM
Total Payments Scheduled: 1
Frequency: OneTime


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.