IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| *In re:* | § | |
| | § | |
| **COINTERRA, INC.,** | § | Case No. 15-10109-HCM |
| | § | |
| *Debtor.* | § | Chapter 7 |

**ORDER APPROVING
FIRST AND FINAL APPLICATION OF KELL C. MERCER AND
KELL C. MERCER, P.C., AS LITIGATION COUNSEL FOR
THE CHAPTER 7 TRUSTEE,
FOR ALLOWANCE AND PAYMENT,
<u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

On this date came on to be considered the First and Final Application for Compensation and Reimbursement of Expenses (the "Application"), filed in the above-captioned case by Kell C. Mercer and Kell C. Mercer, P.C. ("Applicant") as counsel for Randolph N. Osherow, Chapter 7 Trustee. Applicant requests $7,840 for legal services rendered during the period February 2, 2016 through April 17, 2017 (the "Applicable Period"), plus reimbursement of $3,478.07 in expenses incurred during that time, plus $115 for expenses incurred in filing and serving the

Application, for a total of $11,433.07. The Court, having reviewed the file and record in the case as well as the Application, finds that notice is proper and adequate under the circumstances and that no timely objections to the Application have been filed. The Court further finds that the Application has merit, the fees requested are reasonable and necessary, and that entry of the following orders is therefore appropriate.

IT IS, THEREFORE, ORDERED that pursuant to 11 U.S.C. § 330 compensation of Kell C. Mercer and Kell C. Mercer, P.C. shall be, and hereby is, ALLOWED as an administrative expense of the bankruptcy estate under 11 U.S.C. § 503(b) on a final basis fees in the amount of $7,840 and reimbursement of expenses of $3,478.07, plus $115 in reimbursement of additional expenses incurred in filing and serving the Application.

IT IS FURTHER ORDERED that the Trustee is authorized to pay the Applicant $11,433.07 upon entry of this Order.

# # #

*Order submitted by:*

Kell C. Mercer
KELL C. MERCER, P.C.
1602 E. Cesar Chavez Street
Austin, Texas 78702
(512) 627-3512 / (512) 597-0767 (Fax)
Email: kell.mercer@mercer-law-pc.com

LITIGATION COUNSEL FOR RANDOLPH N. OSHEROW,
CHAPTER 7 TRUSTEE