| | | |
|---|---|---|
| Afzal Ahmed<br>66A Robert Ford Road<br>Watertown, MA 02472-3011 | ALI ABDULSATTAR AL BESHRI<br>C/O EMIR MANSOURI<br>PO BOX 3459<br>DOHA QATAR | Andrew Waldorf<br>6300 E HAMPDEN AVE APT 3230<br>DENVER, CO 80222 |
| Andrews Kurth, LLP<br>ATTN TIMOTHY DAVIDSON, II<br>600 Travis Street<br>Suite 4200<br>Houston, TX 77002-2929 | APPLIED CIRCUIT TECH INC<br>C/ MARK RALSTON<br>FISHMAN JACKSON, PLLC<br>THREE GALLERIA TOWER<br>13155 NOEL RD STE 700<br>DALLAS, TX 75240 | Arrow Electronics, Inc.<br>C/O NAC Risk Recovery<br>7459 South Lima St<br>Englewood, CO 80112-3879 |
| AUSTIN FOAM PLASTICS, INC.<br>ATTN: GRETCHEN SHIPMAN<br>2933 A W GRIMES BLVD<br>PFLUGERVILLE, TX 78660-5292 | BCF LLP<br>1100 RENE LEVESQUE BLVD WEST<br>25th FLOOR<br>MONTREAL QUEBEC, CA H3B-5C9 | BDO USA LLP<br>Attn: Laurence W. Goldberg<br>4135 Mendenhall Oak Pkwy #140<br>High Point NC 27265-8051 |
| Ben Henneman<br>1 The Courtyard<br>Gas Street, Birmingham<br>WEST MIDLANDS, GREAT BRITAIN B1 2JT | BFTJ JESPERS<br>LINUS PAULINGWEG 12<br>THE NETHERLANDS (HOLLAND)<br>ROTTERDAM, AR 3069-NM | Bill Chow<br>19745 Colima Road<br>Ste #1-128<br>Rowland Heights, CA 91748-3219 |
| Bo Yang<br>6 Valerie Avenue<br>Jericho, NY 11753-2412 | Bogdan Bivolaru<br>Traian Popovici, Nr 89<br>Block B10, 6Th Floor, Apt 38<br>BUCHAREST, ROMANIA 31422 | Boudewijn Jespers<br>Linus Paulingweg 12<br>ROTTERDAM, NETHERLANDS 3069NM |
| Brendan Murray<br>11 Bridge St<br>HAMILTON, NSW, AUSTRALIA 2303 | Brett Hansmeier<br>100 Old River Road<br>Suite 100<br>Andover, MA 01810-1030 | Brian Chase<br>445 Auldon Court, Se<br>Smyrna, GA 30082-3103 |
| C7 Data Centers, Inc.<br>357 South 670 West<br>Suite 100<br>Lindon, UT 84042-2094 | Cadence Design Systems, INC.<br>C/O COMMERCIAL COLLECTION<br>16830 VENTURA BLVD STE 620<br>ENCINO, CA 91436 | CENTURY LINK LAW DEPARTMENT<br>ATTN: MITCHELL W KATZ<br>1801 CALIFORNIA ST 9TH FLOOR<br>DENVER, CO 80202 |
| CENTURY LINK TECHNOLOGY SOLUTIONS<br>C/O KURT F. GWYNNE<br>REED SMITH LLP<br>1201 N MARKET ST STE 1500<br>WILMINGTON, DE 19801 | CenturyLink<br>C/ DAVID BROWN<br>EWELL BROWN AND BLANKE, LLP<br>111 CONGRESS AVE 28TH FL<br>AUSTIN, TX 78701 | CenturyLink Technology Solutions<br>ATTN MICHAEL KATZ-LAW DEPT<br>1801 California Street<br>#900<br>Denver, CO 80202-2658 |
| Christian Spracje<br>NIEDERDONKER Str 34<br>GERMANY<br>DSSELDORF, AK 40547 | Christopher Snook<br>25457 Se 42Nd Place<br>Issaquah, WA 98029-7779 | Chunliu Shen<br>56 Ffordd Dryden, Killay<br>SWANSEA, WALES, GREAT BRITAIN SA2 8PP |
| Cointerra, Inc.<br>MEHDI SOLEIMANKHANI<br>1249-15TH STREET<br>LOS OSOS, CA 93402 | COINTERRA, INC.<br>11130 JOLLYVILLE RD STE 303<br>AUSTIN, TX 78759 | David G P Allan<br>90 Winchester St T<br>TORONTO, ON, CANADA, M4X 1B2 |

Diran Yousoufian
Moreno 1183
4To A
ROSARIO, SANTA FE, ARGENTINA 2000

Donald Crock
PO Box 727
Mancos, CO 81328-0727

Douglas Wall
3 Rollesby Street, Hoon Hay
CHRISTCHURCH, CT, NEW ZEALAND 8025

Eliran Itzhaki
5 Landau
Apt. 7
RAMAT GAN, ISRAEL 52282

Eric Conkle
915 S. Daley
Mesa, AZ 85204-4307

Eric Nydegger
Torry 5
GRANGES-PACCOT, FR, SWITZERLAND 1763

Eric Peterson
Eric Peterson
156 Park Drive
East Chester, NY 10709-5109

Erick Argueta
7601 E Treasure Drive
1107
North Bay Village, FL 33141-4362

FEDEX TECHCONNECT, INC.
ATTN REVENUE RECOVERY/BKY
3965 AIRWAYS BOULEVARD MODULE G 3RD FL
MEMPHIS, TN 38116

Fortis Advisors, LLC, Collateral Agent
c/o E. P. Keiffer
WRIGHT GINSBERG BRUSILOW P.C.
325 North St. Paul Street, Suite 4150
Dallas, TX 75201-3861

Future Electronics
41 MAIN STREET
BOLTON, MA 01740

Future Electronics Corp.
c/o Barron & Newburger, PC
Attn: Lynn Saarinen
1212 Guadalupe, Suite 104
Austin, TX 78701-1801

Gabriel Politzer
491 Arvida Parkway
Miami, FL 33156-2318

Glyn Lewis
26320 Grant Ave
MAPLE RIDGE, BC, CANADA V2W 1H2

Grzegorz Saganski
Muchoborska 8
WROCLAW, POLAND 54-424

Guilherme Perdigao De Oliveira
Rua Almirante Guilobel 110 408
RIO DE JANEIRO, RJ, BRAZIL 22471150

Hannacott SA
c/o Steve Skarnulis
Cain & Scarnulis
400 W. 15th St.
Ste 900
Austin, TX 78701-1659

Heiko Juch
Am Zollstock 16
OBERSUELZEN, GERMANY 67271

IMPALA LTD
ROOM 1617-18 STAR HOUSE
3 SALISBURY RD
TST KOWLOON HONG KONG

Indium Corporation
Attn Linda Hill
34 Robinson Rd
Clinton, NY 13323-1419

Infiniti Investor, LLC
ATTN SHIVA DHANAPAL
3050 AUTUMN HILL TR
NEW ALBANY, IN 47111

INFINITI INVESTORS, LLC
C/O ADAM PUGH
SLATER PUGH LTD, LLP
8400 MOPAC EXPY STE 100
AUSTIN, TX 78759

J nos Richter
Raumerstr. 38
BERLIN, GERMANY 10437

Jakub Hodan
Vreskovice 78
VRESKOVICE, CZECH REPUBLIC 33401

Jan Turza
Beethovenova 10
NITRA, SLOVAK REPUBLIC 94911

Jason Kusuma
2315 Eastridge Avenue #714
Menlo Park, CA 94025-6760

Jessica Leraci
Piazza Sant' Ambrogio 6
MISINTO, MISINTO, ITALY 20826

John Durcan
G09.A Power Road Studios
114 Power Road
CHISWICK, LONDON, GREAT BRITAIN W4 5PY

John Kelly
1101 Ne 109 Street
Miami, FL 33161-7320

Joshua Jong
6 Dunnock Place
Wideopen
TYNE AND WEAR, GREAT BRITAIN NE13 6LE

Joston Pinto
1921 California Street
Apt 18
Mountain View, CA 94040-2042

KASSITE LIMITED
LITTLEMORE PARK ARMSTRONG RD
OXFORD OX4 4FY
UNITED KINGDOM

Kelley Britenbaker
701 Boulder Blf
San Marcos, TX 78666-8347

Kevin Schmitz
Salweidenbecke 21
BOCHUM, GERMANY 44894

Kit Hui
16912 Ne 107Th Street
Redmond, WA 98052-2709

KOURNIKOV ANDREI DAPFOR
18 ALLEE DE LA PAGERIE 92500
RUEIL MALMAISON FRANCE

Kyle Askine
13804 Clarkwood Lane
Laurel, MD 20707-9270

Laszlo Tukacs
Rim U 3
BUDAPEST, BU, HUNGARY 1183

LAUTARO CLINE
C/O DANIEL M. COYLE
ASTIGARRAGA DAVIS ET AL
1001 BRICKELL BAY DRIVE 9TH FLOOR
MIAMI, FL 33131

MARC DELGADO
C/O JASON M MEDLEY
LECLAIR RYAN PC
1233 WEST LOOP S STE1000
HOUSTON, TX 77027

Mark Kim
3427 Ridge Road
Lansing, IL 60438-3101

Martin Nachev
Defence Close
Flat 57 Hill House
LONDON, LONDON, GREAT BRITAIN SE28 0NQ

Matthew Knight
9 Harrison Close
Branston
STAFFORDSHIRE, GREAT BRITAIN DE14 3EF

Mattia Baldinger
Zunzgerstrasse 24
SISSACH, SCHWEIZ, SWITZERLAND 4450

McGrath RentCorp dba TRS-RenTelco
POB 619260
DFW Airport, TX 75261-9260

Michael Delgado
11755 Sw 18Th Street
Apt 407
Miami, FL 33175-8735

Michael Denham
402 Highland Avenue
Po Box 420
West Milton, PA 17886-0420

Michael Diemer
25 W Perry Street
Willard, OH 44890-1602

Michael Peacock
14D Parliament St
LOWER HUTT, NEW ZEALAND 5010

Michael Poolman
18 Hampton Close
Cadbury Heath
BRISTOL, AVON, GREAT BRITAIN BS30 8EY

Michael Vick
c/o Willard Proctor, Jr.
Attorney at law
2100 Wolfe Street
Little Rock, AR 72202

MICHAEL VICK
1512 S BATTERY ST
LITTLE ROCK, AR 72202

Miklos Gaebler
Wagnerstrasse 6666
POTSDAM, GERMANY 14480

Mikulas Kiss
Durcanskeho 1
NITRA, SLOVAK REPUBLIC 94901

Miquel Axel Estelrich Rullan
C Sebastia Rubi 3A
MANACOR, PM, SPAIN 7500

MR BALBIR
AKA BILL CHEPAL
8042 COOPERHAWK COURT
SURREY BC CANADA V3W 0V1

Nampil Chousein
I. Staikou 2
AGRINIO, AITOLOAKARNANIA, GREECE 30100

Nathan Davis
7514 Sherman Drive
Lincoln, NE 68506

Omni Logistics
15912 International Plaza Drive
Houston, TX 77032-2439

OPEN SILICON, INC.
C/O TIMOTHY R. CASEY
DRINKER BIDDLE & REATH, LLP
191 N WACKER DRIVE SUITE 3700
CHICAGO, IL 60606-1698

| | | |
|---|---|---|
| Open-Silicon<br>ATTN JAY VYAS SR VP AND CFO<br>490 N. McCarthy Blvd.<br>Suite 220<br>Milpitas, CA 95035-5118 | P R C FERNANDO<br>VIALE IGNACIO SILONE 187,35A<br>ROME, ITALY 00143 | Panos Skaltsas<br>Alikarnassou 24<br>NEA SMYRNI, ATTICA, GREECE 17122 |
| Pietro Brivio<br>Via Iv Novembre, 51 Scala<br>AMERATE, LOMBARDIA, ITALY 23807 | Quail Electronics<br>2171 Research Drive<br>Livermore, CA 94550-3805 | Quentin Gomez Jr.<br>4254 Derby Drive<br>Davie, FL 33330-4336 |
| Ramakanth Gouru<br>12881 Deer Park Lane<br>Alpharetta, GA 30004-8986 | Randolph N Osherow<br>342 W Woodlawn, Suite 100<br>San Antonio, TX 78212-3314 | Regal Research<br>C/O ROBERT PALMER<br>FOX ROTHSCHILD LLP<br>5420 LBJ FREEWAY STE 1200<br>DALLAS, TX 75240 |
| Ryan Jauregui<br>14272 Cameron Lane<br>Santa Ana, CA 92705-3213 | Sean Bradbury<br>105 Hidden Lake Cr<br>CARP, ON, CANADA K0A | Sean Sadel-Stevens<br>4885 Burde St<br>PORT ALBERNI, BC, CANADA V9Y 3J7 |
| Sebastian Tarach<br>Mila 11<br>DZIEKANOW LESNY, POLAND 05-092 | Sharon Boone<br>37543 England Way<br>221<br>RED DEER COUNTY, AB, CANADA T4S 2C3 | Shu Dong<br>120 Havenuen Bluff<br>Alpharetta, GA 30022-6448 |
| Stanley Wing Hong Leung<br>448 Prince Edward Road West<br>Prince Ritz, 10/F, Block C<br>HONG KONG,KOWLOON, HONG KONG | Stuart Caborn<br>5 Knightsbridge Drive<br>Headley, Thatcham<br>HAMPSHIRE, GREAT BRITAIN RG19 8JZ | SYNOPSIS INC<br>C/O PETRA M REINSCHKE<br>SCHWARTZ & CERA LLP<br>201 CALIFORNIA ST STE 450<br>SAN FRANCISCO, CA 94111 |
| Tekhne, LLC<br>21725 SW 187 Ave<br>Miami, FL 33170-1401 | TEXAS COMPTROLLER OF PUBLIC ACCTS<br>c/o KIMBERLY A WALSH & SHERRI<br>K SIMPSON<br>BANKRUPTCY/COLLECTIONS<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 | Texas Workforce Commission<br>TWC Building-Regulatory Integrity Divisi<br>101 East 15th Street<br>Austin, TX 78701-1442 |
| Thijs Van Den Berg<br>Johannes Worpstraat<br>49 III<br>AMSTERDAM, NETHERLANDS 1076BG | Timothy A. Davidson II<br>Andrews & Kurth L.L.P.<br>600 Travis, Suite 4200<br>Houston, TX 77002-2929 | Tom Belanger<br>515 Du Parc Industriel<br>LONGEUIL, QC, CANADA J4H 3V7 |
| Tuur Demester<br>220 N ZAPATA HWY #11<br>PMB #851A<br>LAREDO, TX 78043-4464 | UNITED PARCEL SERVICE, INC.<br>C/O ALSTON & BIRD LLP<br>ATTN BOWEN SHOEMAKER<br>1201 W PEACHTREET ST<br>ATLANTA, GA 30309-3424 | United States Trustee<br>903 San Jacinto<br>Suite 230<br>Austin, TX 78701-2450 |
| UPS -Shipper<br>C/O RECEIVABLE MGT SERVICES<br>PO BOX 4396<br>TIMONIUM, MD 21094 | UPS SUPPLY CHAIN SOLUTIONS<br>C/O ALSTON & BIRD LLP<br>ATTN BOWEN SHOEMAKER<br>1201 W PEACHTREE STREET<br>ATLANTA, GA 30309-3424 | Venugopal Badaravada<br>360 Bell Street South<br>Unit: 515<br>OTTAWA, ON, CANADA K1S 5E8 |

| | | |
|---|---|---|
| VIRITON LLP<br>15070 E WAGONTRAIL PL<br>AURORA, CO 80015 | Vladimir Zdorov<br>3762 Firpointe Street<br>San Ramon, CA 94582-5826 | Walter Thamm<br>Albrechstrasse 1<br>ISNY, GERMANY 88316 |
| Wei Cao<br>Lane 300, Wu Ning Road<br>Room 403, No 21<br>SHANGHAI, CN10, CHINA 200063 | William Gaskins<br>734 15Th Street Nw<br>Suite 1200<br>Washington, DC 20005-1024 | Wilson Sonsini Goodrich and Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050 |
| Yewulsew Amare<br>8328 Tribute Lane<br>Las Vegas, NV 89147-6100 | Yimin Wang<br>Qingtiejiayuan, Qinglongchang<br>Room 51, Unit 4 Of Building 8<br>CHENGDU, CHENGHUA, CN24, CHINA 610066 | Zachary Cullen<br>8268 Man O War Road<br>Palm Beach Gardens, FL 33418-7719 |