Afzal Ahmed
66A Robert Ford Road
Watertown, MA 02472-3011

ALI ABDULSATTAR AL BESHRI
C/O EMIR MANSOURI
PO BOX 3459
DOHA QATAR

Andrew Waldorf
6300 E HAMPDEN AVE APT 3230
DENVER, CO 80222

Andrews Kurth, LLP
ATTN TIMOTHY DAVIDSON, II
600 Travis Street
Suite 4200
Houston, TX 77002-2929

APPLIED CIRCUIT TECH INC
C/ MARK RALSTON
FISHMAN JACKSON, PLLC
THREE GALLERIA TOWER
13155 NOEL RD STE 700
DALLAS, TX 75240

Arrow Electronics, Inc.
C/O NAC Risk Recovery
7459 South Lima St
Englewood, CO 80112-3879

AUSTIN FOAM PLASTICS, INC.
ATTN: GRETCHEN SHIPMAN
2933 A W GRIMES BLVD
PFLUGERVILLE, TX 78660-5292

BCF LLP
1100 RENE LEVESQUE BLVD WEST
25th FLOOR
MONTREAL QUEBEC, CA H3B-5C9

BDO USA LLP
Attn: Laurence W. Goldberg
4135 Mendenhall Oak Pkwy #140
High Point NC 27265-8051

Ben Henneman
1 The Courtyard
Gas Street, Birmingham
WEST MIDLANDS, GREAT BRITAIN B1 2JT

BFTJ JESPERS
LINUS PAULINGWEG 12
THE NETHERLANDS (HOLLAND)
ROTTERDAM, AR 3069-NM

Bill Chow
19745 Colima Road
Ste #1-128
Rowland Heights, CA 91748-3219

Bo Yang
6 Valerie Avenue
Jericho, NY 11753-2412

Bogdan Bivolaru
Traian Popovici, Nr 89
Block B10, 6Th Floor, Apt 38
BUCHAREST, ROMANIA 31422

Boudewijn Jespers
Linus Paulingweg 12
ROTTERDAM, NETHERLANDS 3069NM

Brendan Murray
11 Bridge St
HAMILTON, NSW, AUSTRALIA 2303

Brett Hansmeier
100 Old River Road
Suite 100
Andover, MA 01810-1030

Brian Chase
445 Auldon Court, Se
Smyrna, GA 30082-3103

C7 Data Centers, Inc.
357 South 670 West
Suite 100
Lindon, UT 84042-2094

Cadence Design Systems, INC.
C/O COMMERCIAL COLLECTION
16830 VENTURA BLVD STE 620
ENCINO, CA 91436

CENTURY LINK LAW DEPARTMENT
ATTN: MITCHELL W KATZ
1801 CALIFORNIA ST 9TH FLOOR
DENVER, CO 80202

CENTURY LINK TECHNOLOGY SOLUTIONS
C/O KURT F. GWYNNE
REED SMITH LLP
1201 N MARKET ST STE 1500
WILMINGTON, DE 19801

CenturyLink
C/ DAVID BROWN
EWELL BROWN AND BLANKE, LLP
111 CONGRESS AVE 28TH FL
AUSTIN, TX 78701

CenturyLink Technology Solutions
ATTN MICHAEL KATZ-LAW DEPT
1801 California Street
#900
Denver, CO 80202-2658

Christian Spraejc
NIEDERDONKER Str 34
GERMANY
DSSELDORF, AK 40547

Christopher Snook
25457 Se 42Nd Place
Issaquah, WA 98029-7779

Chunliu Shen
56 Ffordd Dryden, Killay
SWANSEA, WALES, GREAT BRITAIN SA2 8PP

Cointerra, Inc.
MEHDI SOLEIMANKHANI
1249-15TH STREET
LOS OSOS, CA 93402

COINTERRA, INC.
11130 JOLLYVILLE RD STE 303
AUSTIN, TX 78759

David G P Allan
90 Winchester St T
TORONTO, ON, CANADA, M4X 1B2

Diran Yousoufian
Moreno 1183
4To A
ROSARIO, SANTA FE, ARGENTINA 2000

Donald Crock
PO Box 727
Mancos, CO 81328-0727

Douglas Wall
3 Rollesby Street, Hoon Hay
CHRISTCHURCH, CT, NEW ZEALAND 8025

Eliran Itzhaki
5 Landau
Apt. 7
RAMAT GAN, ISRAEL 52282

Eric Conkle
915 S. Daley
Mesa, AZ 85204-4307

Eric Nydegger
Torry 5
GRANGES-PACCOT, FR, SWITZERLAND 1763

Eric Peterson
Eric Peterson
156 Park Drive
East Chester, NY 10709-5109

Erick Argueta
7601 E Treasure Drive
1107
North Bay Village, FL 33141-4362

FEDEX TECHCONNECT, INC.
ATTN REVENUE RECOVERY/BKY
3965 AIRWAYS BOULEVARD MODULE G 3RD FL
MEMPHIS, TN 38116

Fortis Advisors, LLC, Collateral Agent
c/o E. P. Keiffer
WRIGHT GINSBERG BRUSILOW P.C.
325 North St. Paul Street, Suite 4150
Dallas, TX 75201-3861

Future Electronics
41 MAIN STREET
BOLTON, MA 01740

Future Electronics Corp.
c/o Barron & Newburger, PC
Attn: Lynn Saarinen
1212 Guadalupe, Suite 104
Austin, TX 78701-1801

Gabriel Politzer
491 Arvida Parkway
Miami, FL 33156-2318

Glyn Lewis
26320 Grant Ave
MAPLE RIDGE, BC, CANADA V2W 1H2

Grzegorz Saganski
Muchoborska 8
WROCLAW, POLAND 54-424

Guilherme Perdigao De Oliveira
Rua Almirante Guilobel 110 408
RIO DE JANEIRO, RJ, BRAZIL 22471150

Hannacott SA
c/o Steve Skarnulis
Cain & Scarnulis
400 W. 15th St.
Ste 900
Austin, TX 78701-1659

Heiko Juch
Am Zollstock 16
OBERSUELZEN, GERMANY 67271

IMPALA LTD
ROOM 1617-18 STAR HOUSE
3 SALISBURY RD
TST KOWLOON HONG KONG

Indium Corporation
Attn Linda Hill
34 Robinson Rd
Clinton, NY 13323-1419

Infiniti Investor, LLC
ATTN SHIVA DHANAPAL
3050 AUTUMN HILL TR
NEW ALBANY, IN 47111

INFINITI INVESTORS, LLC
C/O ADAM PUGH
SLATER PUGH LTD, LLP
8400 MOPAC EXPY STE 100
AUSTIN, TX 78759

J nos Richter
Raumerstr. 38
BERLIN, GERMANY 10437

Jakub Hodan
Vreskovice 78
VRESKOVICE, CZECH REPUBLIC 33401

Jan Turza
Beethovenova 10
NITRA, SLOVAK REPUBLIC 94911

Jason Kusuma
2315 Eastridge Avenue #714
Menlo Park, CA 94025-6760

Jessica Leraci
Piazza Sant' Ambrogio 6
MISINTO, MISINTO, ITALY 20826

John Durcan
G09.A Power Road Studios
114 Power Road
CHISWICK, LONDON, GREAT BRITAIN W4 5PY

John Kelly
1101 Ne 109 Street
Miami, FL 33161-7320

Joshua Jong
6 Dunnock Place
Wideopen
TYNE AND WEAR, GREAT BRITAIN NE13 6LE

Joston Pinto
1921 California Street
Apt 18
Mountain View, CA 94040-2042

KASSITE LIMITED
LITTLEMORE PARK ARMSTRONG RD
OXFORD OX4 4FY
UNITED KINGDOM

Kelley Britenbaker
701 Boulder Blf
San Marcos, TX 78666-8347

Kevin Schmitz
Salweidenbecke 21
BOCHUM, GERMANY 44894

Kit Hui
16912 Ne 107Th Street
Redmond, WA 98052-2709

KOURNIKOV ANDREI DAPFOR
18 ALLEE DE LA PAGERIE 92500
RUEIL MALMAISON FRANCE

Kyle Askine
13804 Clarkwood Lane
Laurel, MD 20707-9270

Laszlo Tukacs
Rim U 3
BUDAPEST, BU, HUNGARY 1183

LAUTARO CLINE
C/O DANIEL M, COYLE
ASTIGARRAGA DAVIS ET AL
1001 BRICKELL BAY DRIVE 9TH FLOOR
MIAMI, FL 33131

MARC DELGADO
C/O JASON M MEDLEY
LECLAIR RYAN PC
1233 WEST LOOP S STE1000
HOUSTON, TX 77027

Mark Kim
3427 Ridge Road
Lansing, IL 60438-3101

Martin Nachev
Defence Close
Flat 57 Hill House
LONDON, LONDON, GREAT BRITAIN SE28 0NQ

Matthew Knight
9 Harrison Close
Branston
STAFFORDSHIRE, GREAT BRITAIN DE14 3EF

Mattia Baldinger
Zunzgerstrasse 24
SISSACH, SCHWEIZ, SWITZERLAND 4450

McGrath RentCorp dba TRS-RenTelco
POB 619260
DFW Airport, TX 75261-9260

Michael Delgado
11755 Sw 18Th Street
Apt 407
Miami, FL 33175-8735

Michael Denham
402 Highland Avenue
Po Box 420
West Milton, PA 17886-0420

Michael Diemer
25 W Perry Street
Willard, OH 44890-1602

Michael Peacock
14D Parliament St
LOWER HUTT, NEW ZEALAND 5010

Michael Poolman
18 Hampton Close
Cadbury Heath
BRISTOL, AVON, GREAT BRITAIN BS30 8EY

Michael Vick
c/o Willard Proctor, Jr.
Attorney at law
2100 Wolfe Street
Little Rock, AR 72202

MICHAEL VICK
1512 S BATTERY ST
LITTLE ROCK, AR 72202

Miklos Gaebler
Wagnerstrasse 6666
POTSDAM, GERMANY 14480

Mikulas Kiss
Durcanskeho 1
NITRA, SLOVAK REPUBLIC 94901

Miquel Axel Estelrich Rullan
C Sebastia Rubi 3A
MANACOR, PM, SPAIN 7500

MR BALBIR
AKA BILL CHEPAL
8042 COOPERHAWK COURT
SURREY BC CANADA V3W 0V1

Nampil Chousein
L Staikou 2
AGRINIO, AITOLOAKARNANIA, GREECE 30100

Nathan Davis
7514 Sherman Drive
Lincoln, NE 68506

Omni Logistics
15912 International Plaza Drive
Houston, TX 77032-2439

OPEN SILICON, INC.
C/O TIMOTHY R. CASEY
DRINKER BIDDLE & REATH, LLP
191 N WACKER DRIVE SUITE 3700
CHICAGO, IL 60606-1698

Open-Silicon
ATTN JAY VYAS SR VP AND CFO
490 N. McCarthy Blvd.
Suite 220
Milpitas, CA 95035-5118

P R C FERNANDO
VIALE IGNACIO SILONE 187,35A
ROME, ITALY 00143

Panos Skaltsas
Alikarnassou 24
NEA SMYRNI, ATTICA, GREECE 17122

Pietro Brivio
Via Iv Novembre, 51 Scala
AMERATE, LOMBARDIA, ITALY 23807

Quail Electronics
2171 Research Drive
Livermore, CA 94550-3805

Quentin Gomez Jr.
4254 Derby Drive
Davie, FL 33330-4336

Ramakanth Gouru
12881 Deer Park Lane
Alpharetta, GA 30004-8986

Randolph N Osherow
342 W Woodlawn, Suite 100
San Antonio, TX 78212-3314

Regal Research
C/O ROBERT PALMER
FOX ROTHSCHILD LLP
5420 LBJ FREEWAY STE 1200
DALLAS, TX 75240

Ryan Jauregui
14272 Cameron Lane
Santa Ana, CA 92705-3213

Sean Bradbury
105 Hidden Lake Cr
CARP, ON, CANADA K0A

Sean Sadel-Stevens
4885 Burde St
PORT ALBERNI, BC, CANADA V9Y 3J7

Sebastian Tarach
Mila 11
DZIEKANOW LESNY, POLAND 05-092

Sharon Boone
37543 England Way
221
RED DEER COUNTY, AB, CANADA T4S 2C3

Shu Dong
120 Havenuen Bluff
Alpharetta, GA 30022-6448

Stanley Wing Hong Leung
448 Prince Edward Road West
Prince Ritz, 10/F, Block C
HONG KONG,KOWLOON, HONG KONG

Stuart Caborn
5 Knightsbridge Drive
Headley, Thatcham
HAMPSHIRE, GREAT BRITAIN RG19 8JZ

SYNOPSIS INC
C/O PETRA M REINSCHKE
SCHWARTZ & CERA LLP
201 CALIFORNIA ST STE 450
SAN FRANCISCO, CA 94111

Tekhne, LLC
21725 SW 187 Ave
Miami, FL 33170-1401

TEXAS COMPTROLLER OF PUBLIC ACCTS
c/o KIMBERLY A WALSH & SHERRI
K SIMPSON
BANKRUPTCY/COLLECTIONS
PO BOX 12548
AUSTIN, TX 78711-2548

Texas Workforce Commission
TWC Building-Regulatory Integrity Divisi
101 East 15th Street
Austin, TX 78701-1442

Thijs Van Den Berg
Johannes Worpstraat
49 III
AMSTERDAM, NETHERLANDS 1076BG

Timothy A. Davidson II
Andrews & Kurth L.L.P.
600 Travis, Suite 4200
Houston, TX 77002-2929

Tom Belanger
515 Du Parc Industriel
LONGEUIL, QC, CANADA J4H 3V7

Tuur Demester
220 N ZAPATA HWY #11
PMB #851A
LAREDO, TX 78043-4464

UNITED PARCEL SERVICE, INC.
C/O ALSTON & BIRD LLP
ATTN BOWEN SHOEMAKER
1201 W PEACHTREET ST
ATLANTA, GA 30309-3424

United States Trustee
903 San Jacinto
Suite 230
Austin, TX 78701-2450

UPS -Shipper
C/O RECEIVABLE MGT SERVICES
PO BOX 4396
TIMONIUM, MD 21094

UPS SUPPLY CHAIN SOLUTIONS
C/O ALSTON & BIRD LLP
ATTN BOWEN SHOEMAKER
1201 W PEACHTREET STREET
ATLANTA, GA 30309-3424

Venugopal Badaravada
360 Bell Street South
Unit: 515
OTTAWA, ON, CANADA K1S 5E8

VIRITON LLP
15070 E WAGONTRAIL PL
AURORA, CO 80015

Vladimir Zdorov
3762 Firpointe Street
San Ramon, CA 94582-5826

Walter Thamm
Albrechstrasse 1
ISNY, GERMANY 88316

Wei Cao
Lane 300, Wu Ning Road
Room 403, No 21
SHANGHAI, CN10, CHINA 200063

William Gaskins
734 15Th Street Nw
Suite 1200
Washington, DC 20005-1024

Wilson Sonsini Goodrich and Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Yewulsew Amare
8328 Tribute Lane
Las Vegas, NV 89147-6100

Yimin Wang
Qingtiejiayuan, Qinglongchang
Room 51, Unit 4 Of Building 8
CHENGDU, CHENGHUA, CN24, CHINA 610066

Zachary Cullen
8268 Man O War Road
Palm Beach Gardens, FL 33418-7719