

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**


**Dated: July 18, 2017.**

_____

**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109-HCM |
| | § | |
| COINTERRA INC., | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 PROCEEDING |

<u>ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT AND REQUEST FOR RELIEF</u>

On the day this Order was signed, came for consideration the Application of Trustee to Employ Accountant and Request for Relief. It appearing that such application is proper and should be granted, it is therefore

ORDERED that the employment of Janet Rakowitz of WYSI WYG Consulting, 11024 Macaway, #2, Adkins, Texas 78101, as accountant for the estate is hereby authorized and approved $1,125.00 without further Order of this Court.

### #

RANDOLPH N. OSHEROW, P.C.
342 W. Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com

C:\Users\Tax\Documents\Word Tax Docs\COINTERRA_ELP_Order17.doc