**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 21, 2017.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109-hcm |
| | § | |
| COINTERRA, INC. | § | |
| DEBTOR(S). | § | CHAPTER 7 PROCEEDING |

Order Granting Trustee's Omnibus Objection to Claims
(Claim Dkt. Numbers 7-1, 8-1, 12-1, 15-1, 16-1, 20-1, 31-1, 35-1, 44-1 , 45-1, 48-1, 50-1, 52-1, 63-1, 65-1, 69-1, 71-1, 72-1, 81-1, 84-1, 85-1, 86-1, 91-1, 94-1, 96-2, 97-1, 104-2, 109-1, 118-1, 120-1, & 122-1)

On the day this Order was signed, came to be considered the Trustee's Omnibus Objection to Claims, (Docket No. 133), ("Objection"), which seeks disallowance and reclassification of proofs of claims, as follows:

Claim Dkt. No. 7-1 Brett Hansmeier Reclassed As Unsecured In The Amount Of $6131.76, Claim Dkt. No.8-1 Future Electronics Corp. Reclasssed As Unsecured In The Amount Of $1,961,580.46, Claim Dkt. No. 12-1 Christopher Snook Reclassified As Unsecured In The Amount Of $7999.00, Claim Dkt. No. 15-1 Afzal Ahmed Reclassed As Unsecured In The Amount Of $5000.00, Claim Dkt. No. 16-1 Ben Henneman Reclassed As Unsecured In The Amount Of $5999.00, Claim Dkt. No. 20-1 Viriton, Llp Reclassed As Unsecured In The Amount Of $15,120.00, Claim Dkt. No. 31-1 Sean Sadel-Stevens Reclassed As Unsecured In The

Amount Of $2813.10, Claim Dkt. No. 35-1 Miquel Axel Estelrich Rullan Reclassed As Unsecured In The Amount Of $5999.00, Claim Dkt. No. 44-1 Fortis Advisors, Llc , Reclassed As Unsecured In The Amount Of $4,560,154.66 , Claim Dkt. No. 45-1 Eric Nydegger Reclassed As Unsecured In The Amount Of $99,980.00, Claim Dkt. No. 48-1 Mehdi Soleimankhani Reclassed As Unsecured In The Amount Of $9997.00, Claim Dkt. No. 50-1 Michael Vick Reclassed As Unsecured In The Amount Of $500,359.90, Claim Dkt. No. 52-1 Nathan Davis Reclassed As Unsecured In The Amount Of $10,247.25, Claim Dkt. No. 63-1 J Nos Richter Reclassed As Unsecured In The Amount Of $3900.88, Claim Dkt. No. 65-1 David G.P. Allan Reclassed As Unsecured In The Amount Of $51,250.00, Claim Dkt. No. 69-1 Diran Martin Yousoufian Duplicate Claim Denied Amount $6000.00, Claim Dkt. No. 71-1 Shu Dong Reclassed As Unsecured In The Amount Of $6301.38, Claim Dkt. No. 72-1 Michael Peacock Reclassed As Unsecured In The Amount Of $6817.55, Claim Dkt. No. 81-1 Michael Denham Reclassed As Unsecured In The Amount Of $8598.00, Claim Dkt. No. 84-1 Michael Diemer Reclassed As Unsecured In The Amount Of $6129.56, Claim Dkt. No. 85-1 Michael Diemer Duplicate Claim, Denied In The Amount Of $6129.56, Claim Dkt. No. 86-1 William Gaskins Reclassed As Unsecured In The Amount Of $6127.42, Claim Dkt. No. 91-1 C7 Data Centers, Inc. Reclassed As Unsecured In The Amount Of $5,394,113.92, Claim Dkt. No. 94-1 B.F.T.J. Jespers Reclassed As Unsecured In The Amount Of $6494.21, Claim Dkt. No. 96-2 Pietro Brivio Duplicate Claim Denied Amount $6449.68, Claim Dkt. No. 97-1 Kelly Britenbaker Reclassed As Unsecured In The Amount Of $2804.17, Claim Dkt. No. 104-2 Grzegorz Saganski Reclassed As Unsecured In The Amount Of $15,998.00, Claim Dkt. No. 109-1 Thijs Van Den Berg Reclassed As Unsecured In The Amount Of $15,000.00, Claim Dkt. No. 118-1 Christian Sprajc Reclassed As Unsecured In The Amount Of $5999.00, Claim Dkt. No. 120-1 Impala, Ltd Filed As Equity Claim For $50,000.00, No Dividend At This Time, Claim Dkt. No. 122-1 Jasper Friend, Reclassified As Unsecured In The Amount Of $6287.85. The Court, having reviewed the Objection, finds that no timely responses to the Objection have been filed, the Objection has merit and should be granted. It is, therefore,

ORDERED, ADJUDGED, and DECREED that all terms and conditions set forth in Trustee's Objection be granted by this Order consistent with the relief plead for in the Trustee's Objection to said claims.

It is further, ORDERED, ADJUDGED and DECREED that the following proofs of claim be disallowed and denied, or reclassified as follows:

## DUPLICATE CLAIM CATEGORY

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 96-2 | Pietro Brivio<br>Via iv Novembre, 51 Scala<br>AMERATE, LOMBARDIA,<br>ITALY 23807 | $6449.68- amount denied, duplicate of 95-1 |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 85-1 | Michael Diemer<br>25 W Perry Street<br>Willard, OH 44890 | $6129.56- amount denied, duplicate of 84-1 |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim Dkt. No. -69-1 | Diran Martin Yousoufian<br>Moreno 1183<br>4to "A"<br>DP 2000<br>Rosario, Santa Fe, Argentina<br>Rosario, Santa Fe Cp: 2000, AK-1-1 | $6000- amount denied, duplicate of 68-1 |

## EQUITY CLAIM CATEGORY

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim Dkt. No. -120-1 | Impala, LTD<br>Room 1617-18 Star House<br>3 Salisbury Rd.<br>TST Kowloon<br>Hong Kong<br>Hong Kong, TX 00-00 | $50,000.00$-equity claim, allowed amt. This is an equity claim and will be paid after the unsecured creditors, at this time no dividend is expected |

## UNSECURED CREDITOR CATEGORY

| CLAIM NO. | CREDITOR | AMOUNT |

| Claim- Dkt. No. 15-1 | Afzal Ahmed 66A Robert Ford Road Watertown, MA 02472 | $5000.00-allowed amt. claim is reclassified as unsecured Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 65-1 | David G. P. Allan 90 Winchester Street Toronto, ON, Canada | $51,250.00-allowed amt. claim is reclassified as unsecured Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 109-1 | Thijs Van Den Berg Johannes Worspstraat 49 Iii Amsterdam, Netherlands 1076BG | $15,000.00-allowed amt. claim is reclassified as unsecured Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 97-1 | Kelly Britenbaker 701 Boulder Bluff San Marcos, TX 78666-8347 | $2804.17-allowed amt. claim is reclassified as unsecured Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 91-1 | C7 Data Centers, Inc. c/o R. Adam Swick, Reid Collins | $5,394,113.92-allowed amt. |

|  |  |  |
|---|---|---|
| | & Tsai,LLP<br>1301 S. Capital of Texas Hwy, C-300<br>Austin, TX 78746 | claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 52-1 | Nathan Davis<br>7514 Sherman Drive<br>Lincoln, NE 68134 | $10,247.25-allowed amt. claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 81-1 | Michael Denham<br>402 Highland Avenue<br>PO Box 420<br>West Milton, PA 17886 | $8598.00-allowed amt. claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 84-1 | Michael Diemer<br>25 W Perry Street<br>Willard, OH 44890 | $6129.56- allowed amt. claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 71-1 | Shu Dong<br>120 Havenuen Bluff<br>Alpharetta, GA 30022 | $6301.38-allowed amt. claim is reclassified as unsecured<br>Reason: This claim is |

not a priority, nor secured nor wage claim, it is for goods sold.

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| <u>Claim- Dkt. No. 44-1</u> | Fortis Advisors, LLC c/o E.P. Keiffer 325 N. St. Paul St., suite 4150 Dallas, TX 75201 | $4,560,154.66-allowed amt. claim is reclassified as unsecured Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| <u>Claim- Dkt. No. 122-1</u> | Jasper Friend 18474 Highway 19 Steelville, MO 65565 | $6287.85-allowed amt. claim is reclassified as unsecured Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| <u>Claim- Dkt. No. 8-1</u> | Future Electronics, Corp. 41 Main Street Bolton, MA 01740 | $1,961,580.46-allowed amt. claim is reclassified as unsecured Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| <u>Claim- Dkt. No. 86-1</u> | William Gaskins 734 15th Street NW #1200 Washington D.C. 20005 | $6127.42-allowed amt. claim is reclassified as unsecured Reason: This claim is |

not a priority, nor secured nor wage claim, it is for goods sold.

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 7-1 | Brett Hansmeier<br>100 Old River Road<br>Suite 100<br>Andover, MA 01810 | $ 6131.76-allowed amt. claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 16-1 | Ben Henneman<br>1 The Courtyard<br>Gas Street, Birmingham<br>West Midlands, Great Britain B1 2JT | $5999.00-allowed amt. claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 94-1 | B.F.T.J. Jespers<br>Linus Paulingweg 12<br>The Netherlands (Holland)<br>Rotterdam, AR 3069-NM | $6494.21-allowed amt. claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim Dkt. No. -45-1 | Eric Nydegger<br>Torry 5<br>Granges, Paccot, Fr. | $99,980.00-allowed amt. claim is reclassified as unsecured |

Switzerland 1763

Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold.

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim Dkt. No. -72-1 | Michael Peacock<br>14D Parliament Street<br>Lower Hutt, New Zealand 5010 | $6817.55-allowed amt. claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 63-1 | J nos Richter<br>Raumerstr. 38<br>Berlin, Germany 10437 | $3900.88-allowed amt. claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 35-1 | Miquel Axel Estelrich Rullan<br>C Sebastia Rubi 3A<br>Manacor, PM, Spain 7500 | $5999.00-allowed amt. claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 104-2 | Grzegorz Saganski<br>Muchoborska 8<br>WROCLAW, POLAND 54-424 | $15,998.00-allowed amt. claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor |

secured nor wage claim, it is for goods sold.

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 12-1 | Christopher Snook<br>25457 Se 42Nd Place<br>Issaquah, WA 98029 | $7999.00-allowed amt. claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 48-1 | Mehdi Soleimankhani<br>1249 15th Street<br>Los Osos, CA 93402 | $9997.00-allowed amt. claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 118-1 | Christian Sprajc<br>Niederdonker Str. 34<br>Germany<br>Dsseldorf, AK 40547 | $5999.00-allowed amt. claim is reclassified as unsecured Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 31-1 | Sean Sadel-Stevens<br>4885 Burde St.<br>Port Alberni, BC, Canada V9Y 3J7 | $2813.10-allowed amt. claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor secured nor wage claim, |

it is for goods sold.

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 50-1 | Michael Vick<br>1512 S. Battery Street<br>Little Rock, AR 72202 | $500,359.90<br>-allowed amt.<br>claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |
| CLAIM NO. | CREDITOR | AMOUNT |
| Claim- Dkt. No. 20-1 | Viriton, LLP<br>15070 East Wagontrail Place<br>Aurora, CO 80015 | $15,120.00-allowed amt.<br>claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

It is further

ORDERED, ADJUDGED, and DECREED that the Objection to claim docket numbers 7-1, 8-1, 12-1, 15-1, 16-1, 20-1, 31-1, 35-1, 44-1, 45-1, 48-1, 50-1, 52-1, 63-1, 65-1, 69-1, 71-1, 72-1, 81-1, 84-1, 85-1, 86-1, 91-1, 94-1, 96-2, 97-1, 104-2, 109-1, 118-1, 120-1, & 122-1 is GRANTED, and the claims are classified as follows:

Claim Dkt. No. 7-1 Brett Hansmeier Reclassed As Unsecured In The Amount Of $6131.76, Claim Dkt. No.8-1 Future Electronics Corp. Reclasssed As Unsecured In The Amount Of $1,961,580.46, Claim Dkt. No. 12-1 Christopher Snook Reclassified As Unsecured In The Amount Of $7999.00, Claim Dkt. No. 15-1 Afzal Ahmed Reclassed As Unsecured In The Amount Of $5000.00, Claim Dkt. No. 16-1 Ben Henneman Reclassed As Unsecured In The Amount Of $5999.00, Claim Dkt. No. 20-1 Viriton, Llp Reclassed As Unsecured In The Amount Of $15,120.00, Claim Dkt. No. 31-1 Sean Sadel-Stevens Reclassed As Unsecured In The Amount Of $2813.10, Claim Dkt. No. 35-1 Miquel Axel Estelrich Rullan Reclassed As Unsecured In The Amount Of $5999.00, Claim Dkt. No. 44-1 Fortis Advisors, Llc , Reclassed As Unsecured In The Amount Of $4,560,154.66 , Claim Dkt. No. 45-1 Eric Nydegger Reclassed As Unsecured In The Amount Of $99,980.00, Claim Dkt. No. 48-1 Mehdi Soleimankhani Reclassed As Unsecured In The Amount Of $9997.00, Claim Dkt. No. 50-1 Michael Vick Reclassed As Unsecured In The Amount Of $500,359.90, Claim Dkt. No. 52-1 Nathan Davis Reclassed As Unsecured In The Amount Of $10,247.25, Claim Dkt. No. 63-1 J Nos Richter Reclassed As Unsecured In The Amount Of $3900.88, Claim

Dkt. No. 65-1 David G.P. Allan Reclassed As Unsecured In The Amount Of $51,250.00, Claim Dkt. No. 69-1 Diran Martin Yousoufian Duplicate Claim Denied Amount $6000.00, Claim Dkt. No. 71-1 Shu Dong Reclassed As Unsecured In The Amount Of $6301.38, Claim Dkt. No. 72-1 Michael Peacock Reclassed As Unsecured In The Amount Of $6817.55, Claim Dkt. No. 81-1 Michael Denham Reclassed As Unsecured In The Amount Of $8598.00, Claim Dkt. No. 84-1 Michael Diemer Reclassed As Unsecured In The Amount Of $6129.56, Claim Dkt. No. 85-1 Michael Diemer Duplicate Claim, Denied In The Amount Of $6129.56, Claim Dkt. No. 86-1 William Gaskins Reclassed As Unsecured In The Amount Of $6127.42, Claim Dkt. No. 91-1 C7 Data Centers, Inc. Reclassed As Unsecured In The Amount Of $5,394,113.92, Claim Dkt. No. 94-1 B.F.T.J. Jespers Reclassed As Unsecured In The Amount Of $6494.21, Claim Dkt. No. 96-2 Pietro Brivio Duplicate Claim Denied Amount $6449.68, Claim Dkt. No. 97-1 Kelly Britenbaker Reclassed As Unsecured In The Amount Of $2804.17, Claim Dkt. No. 104-2 Grzegorz Saganski Reclassed As Unsecured In The Amount Of $15,998.00, Claim Dkt. No. 109-1 Thijs Van Den Berg Reclassed As Unsecured In The Amount Of $15,000.00, Claim Dkt. No. 118-1 Christian Sprajc Reclassed As Unsecured In The Amount Of $5999.00, Claim Dkt. No. 120-1 Impala, Ltd Filed As Equity Claim For $50,000.00, No Dividend At This Time, Claim Dkt. No. 122-1 Jasper Friend, Reclassified As Unsecured In The Amount Of $6287.85.

It is hereby ORDERED that a copy of this Order will be served by the Clerk's Office upon the claimant, at the names and addresses attached to this Order.

###

RANDOLPH N. OSHEROW
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
rosherow@hotmail.com

Brett Hansmeier
100 Old River Road
Suite 100
Andover, MA 01810

Michael Vick
1512 S. Battery Street
Little Rock, AR 72202

C7 Data Centers, Inc.
c/o R. Adam Swick, Reid Collins
& Tsai, LLP
1301 S. Capital of Texas Hwy, C-300
Austin, TX 78746

Future Electronics, Corp.
41 Main Street
Bolton, MA 01740

Nathan Davis
7514 Sherman Drive
Lincoln, NE 68134

B.F.T.J. Jespers
Linus Paulingweg 12
The Netherlands (Holland)
Rotterdam, AR 3069-NM

Christopher Snook
25457 Se 42Nd Place
Issaquah, WA 98029

J nos Richter
Raumerstr. 38
Berlin, Germany 10437

Pietro Brivio
Via iv Novembre, 51 Scala
AMERATE, LOMBARDIA,
ITALY 23807

Afzal Ahmed
66A Robert Ford Road
Watertown, MA 02472

David G. P. Allan
90 Winchester Street
Toronto, ON, Canada

Kelly Britenbaker
701 Boulder Bluff
San Marcos, TX 78666-8347

Ben Henneman
1 The Courtyard
Gas Street, Birmingham
West Midlands, Great Britain B1 2JT

Diran Martin Yousoufian
Moreno 1183
4to "A"   DP 2000, Rosario, Santa
Fe, Argentina, Rosario, Santa Fe Cp:
2000, AK-1-1

Grzegorz Saganski
Muchoborska 8
WROCLAW, POLAND 54-424

Viriton, LLP
15070 East Wagontrail Place
Aurora, CO 80015

Shu Dong
120 Havenuen Bluff
Alpharetta, GA 30022

Thijs Van Den Berg
Johannes Worspstraat
49 Iii
Amsterdam, Netherlands 1076BG

*better copy*

Sean Sadel-Stevens
4885 Burde St.
Port Alberni, BC, Canada V9Y 3J7

Michael Peacock
14D Parliament Street
Lower Hutt, New Zealand 5010

Christian Sprajc
Niederdonker Str. 34
Germany
Dsseldorf, AK 40547

Miquel Axel Estelrich Rullan
C Sebastia Rubi 3A
Manacor, PM, Spain 7500

Michael Denham
402 Highland Avenue
PO Box 420
West Milton, PA 17886

Impala, LTD
Room 1617-18 Star House
3 Salisbury Rd., TST Kowloon
Hong Kong
Hong Kong, TX 00-00

Fortis Advisors, LLC
c/o E.P. Keiffer
325 N. St. Paul St., suite 4150
Dallas, TX 75201

Michael Diemer
25 W Perry Street
Willard, OH 44890

Jasper Friend
18474 Highway 19
Steelville, MO 65565

Eric Nydegger
Torry 5
Granges, Paccot, Fr.
Switzerland 1763

William Gaskins
734 15th Street NW #1200
Washington D.C. 20005

*Creditors being objected to.*