IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109-hcm |
| | § | |
| COINTERRA, INC. | § | |
| DEBTOR(S). | § | CHAPTER 7 PROCEEDING |

Chapter 7 Trustee's Objection To Claim Docket 33-1- Nampil Chousein

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within thirty (30) days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

NOW COMES RANDOLPH N. OSHEROW, Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate of COINTERRA, INC., Case No.15-10109-hcm, and files his Trustee's Objection to Claim Docket No. 33-1 filed by Nampil Chousein, on behalf of the Bankruptcy Estate. Trustee would show the Court the following:

1. On 1/24/15 this case was filed as a Chapter 7 Bankruptcy under Chapter 7 of the Bankruptcy Code. On 1/24/15, Randolph N. Osherow was appointed Chapter 7 Trustee of Debtor's bankruptcy estate and continues to act in that capacity. The case was closed and has now been reopened. Randolph N. Osherow is still acting Trustee on the case.

1. By order of the Court , 5/27/15, was established as the bar date for the filing of proofs of claim by creditors with claims against the estate.
   THE FOLLOWING IS THE CLAIMS ANALYSIS ON THE BELOW CLAIM:

The claim amount on the front page of the filed claim, appears to be in excess of the attachments and the petition scheduled claim amount; therefore Trustee is requesting the amount of $657,189.00 be denied and the amount of $6571.89 be allowed as unsecured. See attached Exhibit "B" for copy of scheduled claim , docket no. 15 and copy of court filed claim, docket no. 33-1.

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| | | |

A copy of the proposed Order attached as Exhibit "A".

| | | |
|---|---|---|
| <u>Claim-33-1</u> | Nampil Chousein, I. Staikou 2 Agrinio, Aitoloakarnania, Greece 30100 | Creditor filed in the claim in the front amount of $657,189.00, which is being denied and allowed in the amount of $6571.89 as unsecured.<br>Reason is:<br>The trustee, while in the process of preparing the Final Report was linking the scheduled amount to the claims filed and discovered that the amount on the claim far exceed the scheduled amount on the claim as well as far exceeded the amount on the attachments to the court filed claim, docket no. 33-1. |

WHEREFORE, PREMISES CONSIDERED, the Trustee prays this Court enter an Order Granting Trustee's Objection to Claim Docket No. 33-1 filed by Nampil Chousein, deny the amount on the originally filed claim in the amount of $657,189.00 and allow it in the amount of $6571.89 as an unsecured claim, as set forth above.

Respectfully submitted this 22nd day of, August, 2017.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas State Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
rosherow@hotmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109-hcm |
| | § | |
| COINTERRA, INC. | § | |
| | | |
| DEBTOR(S). | § | CHAPTER 7 PROCEEDING |

Order Granting Trustee's Objection To Claim No. 33-1

On the day this Order was signed, came to be considered the Trustee's Objection to claim docket no. 33-1 which seeks disallowance and allowance of proof of claim as follows:

Claim docket no. 33-1 filed by by Nampil Chousein in the amount of $657,189.00 should be denied and the amount of $6571.89 should be allowed as unsecured. It is further

ORDERED, ADJUDGED & DECREED that the Trustee's Objection to Claim Docket Number 33-1 is GRANTED and the claim is allowed and reclassified as unsecured in the amount of $6571.89. It is further

ORDERED that a copy of the Order will be served by the Clerk's Office upon the claimant, at the name and address on the certificate of mailing.

# EXHIBIT "A"

### #

RANDOLPH N. OSHEROW
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
rosherow@hotmail.com

B6F (Official Form 6F) (12/07) - Cont.

In re  Cointerra, Inc. 
                        Debtor

Case No. 15-10109-hcm

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Mohsien El Hajjaj<br>Zoutlaan 84<br>OUDENBOSCH, NETHERLANDS<br>4731MK | - | | 12/25/2013 | X | X | X | 11,958.00 |
| Account No.<br><br>Mouser<br>1000 North Main Street<br>Mansfield, TX 76063 | - | | 4/25/2014 | X | X | X | 15,571.38 |
| Account No.<br><br>MRI Network<br>1801 Market St, 13th Floor<br>Philadelphia, PA 19103 | - | | 12/10/2014 | X | X | X | 2,120.00 |
| Account No.<br><br>Nampil Chousein<br>I. Staikou 2<br>AGRINIO, AITOLOAKARNANIA,<br>GREECE 30100 | - | | 12/16/2013 | X | X | X | 6,491.89 |
| Account No.<br><br>Naohide Kako<br>4-15 Hanamachi, Atuta-Ku<br>NAGOYA-SHI, JP23, JAPAN 4560011 | - | | 12/19/2014 | X | X | X | Unknown |

Sheet no. 46 of 69 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 36,141.27

Ex "B"

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT Western District of Texas | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: Cointerra, Inc. | Case Number: 15-10109 | **FILED** U.S. Bankruptcy Court Western District of Texas 3/12/2015 Yvette M. Taylor, Clerk COURT USE ONLY |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Nampil Chousein

Name and address where notices should be sent:
Nampil Chousein
I. Staikou 2
AGRINIO, AITOLOAKARNANIA, GREECE 30100

Telephone number: 00306973039664     email: nabilhussein1@hotmail.com

☐ Check this box if this claim amends a previously filed claim.
Court Claim Number: _____ (If known)
Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:    email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $ 657189.00
If all or part of the claim is secured, complete item 4. If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** payment for undelivered goods (See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** 0025

**3a. Debtor may have scheduled account as:**
(See instruction #3a)

**3b. Uniform Claim Identifier (optional):**
(See instruction #3b)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:
Value of Property: $_____
Annual Interest Rate (when case was filed) __% ☐ Fixed or ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$ _____
Basis for perfection: _____
Amount of Secured Claim: $_____
Amount Unsecured:    $ 657189.00

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).

Amount entitled to priority:

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(__).

$_____

*Amounts are subject to adjustment on 4/1/2016 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. (*See instruction #7, and the definition of "redacted".*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8) Check the appropriate box.

☑ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Nampil Chousein
Title: Mr
Company: —
Address and telephone number (if different from notice address above):

/s/ Nampil Chousein         3/12/2015
(Signature)                  (Date)

Telephone number: .   email: .

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Eurobank

Όθωνος 8
10557 Αθήνα
Τηλ.Εξυπ. Πελατών 801 111 1144

## Απόδειξη Συναλλαγής: Μεταφορά πίστωσης σε άλλη τράπεζα

| | |
|---|---|
| Από το λογαριασμό | : 0026.0265.04.0200658301 |
| Με Δικαιούχους | : ΧΟΥΣΕΙΝ ΝΑΜΠΙΛ ΜΩΧΑΜΕΝΤ |
| | : ΧΟΥΣΕΙΝ ΜΩΧΑΜΑΝΤ ΧΟΥΣΕΙΝ |
| Ποσό | : 6.571,89 USD |
| Ενδεικτική Ισοτιμία | : 1,352900 |
| Ισότιμο σε Ευρώ | : 4.857,63 |
| Σύνολο εξόδων | : 27,00 |
| Αυτόματη Δέσμευση Ποσού | : Ναι. Ενδέχεται το τελικό ποσό χρέωσης να διαφέρει από το ποσό δέσμευσης λόγω μεταβολής ισοτιμιών συναλλάγματος. |
| Τρόπος Χρέωσης Εξόδων | : OUR |
| Ανάλυση εξόδων | : 12,00 EUR Προμήθεια Eurobank15,00 EUR Έξοδα τράπεζας δικαιούχου/έξοδα ανταποκριτών/αμοιβή της τράπεζας μας (OUR). |
| Αιτιολογία | : Αγορές αγαθών |
| Χώρα | : United States |
| Κωδικός Τράπεζας (BIC) | : BOFAUS3NXXX |
| Τράπεζα Δικαιούχου | : BANK OF AMERICA, N.A. |
| Διεύθυνση Τράπεζας | : 222, BROADWAY, WAY |
| Πόλη Τράπεζας | : NEW YORK |
| Αρ. Λογαριασμού ή IBAN Δικαιούχου | : 111000025 |
| Ονοματεπώνυμο Δικαιούχου | : CoinTerra |
| Διεύθυνση Δικαιούχου | : 11130 Jollyville Rd Austin, TX78759 |
| Πόλη Δικαιούχου | : Austin, TX78759 USA |
| Πληροφορίες Δικαιούχου | : Order: YH4430 |
| Κωδικός Συστήματος Πληρωμής | : |
| Η συναλλαγή να εκτελεστεί | : Άμεσα |
| Ημερομηνία και Ώρα Εκτέλεσης | : Πέμπτη, 19 Δεκεμβρίου 2013, 11:50 πμ |

Η συναλλαγή σας καταχωρήθηκε. Ενημερωθείτε για την κατάσταση της εντολής σας από την ενότητα "Αποτελέσματα Συναλλαγών".

Αριθμός Συναλλαγής: 484337625

| Eurobank Ergasias A.E. | | Eurobank Ergasias S.A. 8, |
|---|---|---|
| Όθωνος 8 105 57, Αθήνα |  | Othonos Str. 105 57 Athens Greece |
| Τηλ.: 210 33 37 000 | Eurobank | Tel.: 210 33 37 000 |
| Fax. : 210 32 33 866, Tlx.: 210975 | | Fax. : 210 32 33 866, Tlx.: 210975 |
| www.eurobank.gr | Tax Id   94014250   Tax Office | FAE Athens |

DEBIT ADVICE FOR OUTGOING PAYMENT ORDER
ΑΝΑΓΓΕΛΙΑ ΧΡΕΩΣΗΣ ΓΙΑ ΕΞΕΡΧΟΜΕΝΟ ΕΜΒΑΣΜΑ

Παρακαλούμε σημειώστε ότι ενεργήσαμε σήμερα τις παρακάτω εγγραφές στο λ/σμό σας.
Please note that we have passed the following entries to your account.

`0026.0265.04.0200658301`

| DESCRIPTION /ΑΙΤΙΟΛΟΓΙΑ | DEBIT / DEBIT | CREDIT / ΠΙΣΤΩΣΗ |
|---|---|---|
| Reference: 013C190001X07015 | 4,857.63 EUR | |

**Currency/Message Amount:** 4,857.63 EUR
**Exch. Rate:** 1.3529
**Beneficiary:**
CoinTerra 11130 JOLLYVILLE RD AUSTIN, TX78759 AUSTIN, TX78759 USA UNITED STATES
**Beneficiary's Account:**
111000025
**Receiving Bank:**
CITIUS33XXX - CITIBANK N.A.
**Beneficiary's Bank:**
BOFAUS3NXXX - BANK OF AMERICA, N.A. 222, BROADWAY, WAY NEW YORK
**Details of Payment:**
Order: YH4430

Fees: 27.00 EUR

**Details of Charges:** All charges are borne by the sender (OUR)

| TOTAL / ΣΥΝΟΛΟ | 4,884.63 EUR | |
|---|---|---|

IBAN: : GR98 0260 2650 0000 4020 0658 301
BIC: : ERBKGRAA

VALUE DATE
ΤΟΚΟΦΟΡΟΣ ΗΜΕΡΟΜΗΝΙΑ   19/12/2013

TRANSACTION DATE
ΗΜΕΡΟΜΗΝΙΑ ΕΓΓΡΑΦΗΣ   19/12/2013, 11:50:09

TO / ΠΡΟΣ:

CHOUSEIN NAMPIL MOCHAMENTCHOUSEIN MOCHAMANT CHOUSEIN

NO SIGNATURE IS NECESSARY FOR THIS ADVICE, UNLESS IT BEARS MANUAL ALTERATIONS.
Η ΕΙΔΟΠΟΙΗΣΗ ΔΕΝ ΕΙΝΑΙ ΑΠΑΡΑΙΤΗΤΗ ΣΤΗΝ ΕΙΔΟΠΟΙΗΣΗ ΑΥΤΗ, ΕΚΤΟΣ ΑΝ ΕΧΕΙ ΔΙΟΡΘΩΣΕΙΣ ΜΕ ΤΟ ΧΕΡΙ.

ΤΡΑΠΕΖΑ EUROBANK ERGASIAS A.E.
EUROBANK ERGASIAS S.A.

| Eurobank Ergasias A.E. | | Eurobank Ergasias S.A. 8, |
|---|---|---|
| Όθωνος 8 105 57, Αθήνα |  | Othonos Str. 105 57 Athens Greece |
| Tηλ.: 210 33 37 000 | | Tel.: 210 33 37 000 |
| Fax.: 210 32 33 866, Tlx.: 210975 | | Fax.: 210 32 33 866, Tlx.: 210975 |
| www.eurobank.gr  Tax Id  94014250  Tax Office | | FAE Athens |

### DEBIT ADVICE FOR OUTGOING PAYMENT ORDER
### ΑΝΑΓΓΕΛΙΑ ΧΡΕΩΣΗΣ ΓΙΑ ΕΞΕΡΧΟΜΕΝΟ ΕΜΒΑΣΜΑ

Παρακαλούμε σημειώστε ότι ενεργήσαμε σήμερα τις παρακάτω εγγραφές στο λ/σμό σας.
Please note that we have passed the following entries to your account.

0026.0265.04.0200658301

| DESCRIPTION /ΑΙΤΙΟΛΟΓΙΑ | DEBIT / DEBIT | CREDIT / ΠΙΣΤΩΣΗ |
|---|---|---|
| Reference: 013C190001X07015 | 4,857.63 EUR | |
| Currency/Message Amount: 4,857.63 EUR | | |
| Exch. Rate: 1.3529 | | |
| Beneficiary: | | |
| CoinTerra 11130 JOLLYVILLE RD AUSTIN, TX78759 AUSTIN, TX78759 USA UNITED STATES | | |
| Beneficiary's Account: | | |
| 111000025 | | |
| Receiving Bank: | | |
| CITIUS33XXX - CITIBANK N.A. | | |
| Beneficiary's Bank: | | |
| BOFAUS3NXXX - BANK OF AMERICA, N.A. 222, BROADWAY, WAY NEW YORK | | |
| Details of Payment: | | |
| Order: YH4430 | | |
| | Fees: | |
| | 27.00 EUR | |
| Details of Charges: All charges are borne by the sender (OUR) | | |
| TOTAL / ΣΥΝΟΛΟ | 4,884.63 EUR | |

IBAN:  : GR98 0260 2650 0000 4020 0658 301
BIC:  : ERBKGRAA

VALUE DATE
ΤΟΚΟΦΟΡΟΣ ΗΜΕΡΟΜΗΝΙΑ    19/12/2013

TRANSACTION DATE
ΗΜΕΡΟΜΗΝΙΑ ΕΓΓΡΑΦΗΣ    19/12/2013, 11:50:09

TO / ΠΡΟΣ:

CHOUSEIN NAMPIL MOCHAMENTCHOUSEIN MOCHAMANT CHOUSEIN

NO SIGNATURE IS NECESSARY FOR THIS ADVICE, UNLESS IT BEARS MANUAL ALTERATIONS.
Η ΕΙΔΟΠΟΙΗΣΗ ΔΕΝ ΕΙΝΑΙ ΑΠΑΡΑΙΤΗΤΗ ΣΤΗΝ ΕΙΔΟΠΟΙΗΣΗ ΑΥΤΗ, ΕΚΤΟΣ ΑΝ ΕΧΕΙ ΔΙΟΡΘΩΣΕΙΣ ΜΕ ΤΟ ΧΕΡΙ.

ΤΡΑΠΕΖΑ EUROBANK ERGASIAS A.E.
EUROBANK ERGASIAS S.A.

*I certify that this is an accurate copy of the original one, which I validate, according to article 36, §2 of the Greek Lawyer's Code.*

Athens, March 12, 2015

The Lawyer who certified

**CHRYSA P. NTANOU**
*LAWYER AT COURT OF APPEAL*
*MEMBER OF THE ATHENS BAR ASSOCIATION*
*MEMBERSHIP NO: 030115*

*EVELPIDON AV. 37 – 11362 ATHENS*
*TIN:133262474, MOB. 6973054285*
*TEL. : 0030 210 8837789, 8826838*
*FAX: 0030 2108224898*

ΧΡΥΣΑ Π. ΝΤΑΝΟΥ
ΔΙΚΗΓΟΡΟΣ
ΕΥΕΛΠΙΔΩΝ 37 - ΑΘΗΝΑ 113 62
ΤΗΛ.: 210.8826838 - 210.8837789
FAX: 210.8224898 - ΚΙΝ.: 6973054285



**Invoice**

Date: December 16, 2013

Invoice: #4574

**Billing Address:**

Nampil Chousein
Nampil Chousein
I. STAIKOU 2
Agrinio city/municipality of AITOLOAKARNANIA GREECE
30100
GR
nabilhussein1@hotmail.com
00306973039664

**Shipping Address:**

Nampil Chousein
Nampil Chousein
I. STAIKOU 2
Agrinio city/municipality of AITOLOAKARNANIA GREECE
30100
GR

**Payment Method:**

Direct Bank Transfer

**Shipping Method:**

Worldwide Expedited (UPS)

| Product | Qty | Unit Price | Extended Price | Tax | Total |
|---|---|---|---|---|---|
| TerraMiner™ IV - 2TH/s, Networked ASIC Miner (April Batch) | 1 | $5,999 | $5,999 | $0 | $5,999 |

| | |
|---|---|
| Subtotal | $5,999 |
| Shipping | $572.89 |
| Grand Total | $6,571.89 |

**Note:**

TAX REGISTRATION NUMBER (GR120197843)

**Company info:**

CoinTerra
11130 Jollyville Rd
Suite 303
support@cointerra.com
512-270-6050

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109-hcm |
| | § | |
| COINTERRA, INC. | § | |
| DEBTOR(S). | § | CHAPTER 7 PROCEEDING |

## CERTIFICATE OF MAILING

I certify that a true and correct copy of CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIM 33-1 -30 days language was mailed to all of the below-named by U.S. first class mail, postage prepaid this 22nd day of August, 2017.

COINTERRA, INC.
11130 JOLLYVILLE RD.
SUITE 303
AUSTIN, TX 78759
**Debtor(s)**

TIMOTHY A. DAVIDSON II
ANDREWS & KURTH L.L.P.
600 TRAVIS, SUITE 4200
HOUSTON, TX 77002
Counsel for Debtor(s)

Nampil Chousein, I. Staikou 2
Agrinio, Aitoloakarnania,
Greece 30100
**Creditor**

U.S. Trustee
903 San Jacinto Boulevard, Suite 230
Austin, TX 78701

CREDITORS TO BE NOTIFIED, MAILING MATRIX AND CREDITORS BEING OBJECTED TO ARE ATTACHED TO THIS OBJECTION.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
342 West Woodlawn, Avenue, Suite 100
San Antonio, TX 78212; telf (210) 738-3001 x212
rosherow@hotmail.com

| | | |
|---|---|---|
| Afzal Ahmed<br>66A Robert Ford Road<br>Watertown, MA 02472-3011 | ALI ABDULSATTAR AL BESHRI<br>C/O EMIR MANSOURI<br>PO BOX 3459<br>DOHA QATAR | Andrew Waldorf<br>6300 E HAMPDEN AVE APT 3230<br>DENVER, CO 80222 |
| Andrews Kurth, LLP<br>ATTN TIMOTHY DAVIDSON, II<br>600 Travis Street<br>Suite 4200<br>Houston, TX 77002-2929 | APPLIED CIRCUIT TECH INC<br>C/ MARK RALSTON<br>FISHMAN JACKSON, PLLC<br>THREE GALLERIA TOWER<br>13155 NOEL RD STE 700<br>DALLAS, TX 75240 | Arrow Electronics, Inc.<br>C/O NAC Risk Recovery<br>7459 South Lima St<br>Englewood, CO 80112-3879 |
| AUSTIN FOAM PLASTICS, INC.<br>ATTN: GRETCHEN SHIPMAN<br>2933 A W GRIMES BLVD<br>PFLUGERVILLE, TX 78660-5292 | BCF LLP<br>1100 RENE LEVESQUE BLVD WEST<br>25th FLOOR<br>MONTREAL QUEBEC, CA H3B-5C9 | BDO USA LLP<br>Attn: Laurence W. Goldberg<br>4135 Mendenhall Oak Pkwy #140<br>High Point NC 27265-8051 |
| Ben Henneman<br>1 The Courtyard<br>Gas Street, Birmingham<br>WEST MIDLANDS, GREAT BRITAIN B1 2JT | BFTJ JESPERS<br>LINUS PAULINGWEG 12<br>THE NETHERLANDS (HOLLAND)<br>ROTTERDAM, AR 3069-NM | Bill Chow<br>19745 Colima Road<br>Ste #1-128<br>Rowland Heights, CA 91748-3219 |
| Bo Yang<br>6 Valerie Avenue<br>Jericho, NY 11753-2412 | Bogdan Bivolaru<br>Traian Popovici, Nr 89<br>Block B10, 6Th Floor, Apt 38<br>BUCHAREST, ROMANIA 31422 | Boudewijn Jespers<br>Linus Paulingweg 12<br>ROTTERDAM, NETHERLANDS 3069NM |
| Brendan Murray<br>11 Bridge St<br>HAMILTON, NSW, AUSTRALIA 2303 | Brett Hansmeier<br>100 Old River Road<br>Suite 100<br>Andover, MA 01810-1030 | Brian Chase<br>445 Auldon Court, Se<br>Smyrna, GA 30082-3103 |
| C7 Data Centers, Inc.<br>357 South 670 West<br>Suite 100<br>Lindon, UT 84042-2094 | Cadence Design Systems, INC.<br>C/O COMMERCIAL COLLECTION<br>16830 VENTURA BLVD STE 620<br>ENCINO, CA 91436 | CENTURY LINK LAW DEPARTMENT<br>ATTN: MITCHELL W KATZ<br>1801 CALIFORNIA ST 9TH FLOOR<br>DENVER, CO 80202 |
| CENTURY LINK TECHNOLOGY SOLUTIONS<br>C/O KURT F. GWYNNE<br>REED SMITH LLP<br>1201 N MARKET ST STE 1500<br>WILMINGTON, DE 19801 | CenturyLink<br>C/ DAVID BROWN<br>EWELL BROWN AND BLANKE, LLP<br>111 CONGRESS AVE 28TH FL<br>AUSTIN, TX 78701 | CenturyLink Technology Solutions<br>ATTN MICHAEL KATZ-LAW DEPT<br>1801 California Street<br>#900<br>Denver, CO 80202-2658 |
| Christian Spracje<br>NIEDERDONKER Str 34<br>GERMANY<br>DSSELDORF, AK 40547 | Christopher Snook<br>25457 Se 42Nd Place<br>Issaquah, WA 98029-7779 | Chunliu Shen<br>56 Ffordd Dryden, Killay<br>SWANSEA, WALES, GREAT BRITAIN SA2 8PP |
| Cointerra, Inc.<br>MEHDI SOLEIMANKHANI<br>1249-15TH STREET<br>LOS OSOS, CA 93402 | COINTERRA, INC.<br>11130 JOLLYVILLE RD STE 303<br>AUSTIN, TX 78759 | David G P Allan<br>90 Winchester St T<br>TORONTO, ON, CANADA, M4X 1B2 |

| | | |
|---|---|---|
| Diran Yousoufian<br>Moreno 1183<br>4To A<br>ROSARIO, SANTA FE, ARGENTINA 2000 | Donald Crock<br>PO Box 727<br>Mancos, CO 81328-0727 | Douglas Wall<br>3 Rollesby Street, Hoon Hay<br>CHRISTCHURCH, CT, NEW ZEALAND 8025 |
| Eliran Itzhaki<br>5 Landau<br>Apt. 7<br>RAMAT GAN, ISRAEL 52282 | Eric Conkle<br>915 S. Daley<br>Mesa, AZ 85204-4307 | Eric Nydegger<br>Torry 5<br>GRANGES-PACCOT, FR, SWITZERLAND 1763 |
| Eric Peterson<br>Eric Peterson<br>156 Park Drive<br>East Chester, NY 10709-5109 | Erick Argueta<br>7601 E Treasure Drive<br>1107<br>North Bay Village, FL 33141-4362 | FEDEX TECHCONNECT, INC.<br>ATTN REVENUE RECOVERY/BKY<br>3965 AIRWAYS BOULEVARD MODULE G 3RD FL<br>MEMPHIS, TN 38116 |
| Fortis Advisors, LLC, Collateral Agent<br>c/o E. P. Keiffer<br>WRIGHT GINSBERG BRUSILOW P.C.<br>325 North St. Paul Street, Suite 4150<br>Dallas, TX 75201-3861 | Future Electronics<br>41 MAIN STREET<br>BOLTON, MA 01740 | Future Electronics Corp.<br>c/o Barron & Newburger, PC<br>Attn: Lynn Saarinen<br>1212 Guadalupe, Suite 104<br>Austin, TX 78701-1801 |
| Gabriel Politzer<br>491 Arvida Parkway<br>Miami, FL 33156-2318 | Glyn Lewis<br>26320 Grant Ave<br>MAPLE RIDGE, BC, CANADA V2W 1H2 | Grzegorz Saganski<br>Muchoborska 8<br>WROCLAW, POLAND 54-424 |
| Guilherme Perdigao De Oliveira<br>Rua Almirante Guilobel 110 408<br>RIO DE JANEIRO, RJ, BRAZIL 22471150 | Hannacott SA<br>c/o Steve Skarnulis<br>Cain & Scarnulis<br>400 W. 15th St.<br>Ste 900<br>Austin, TX 78701-1659 | Heiko Juch<br>Am Zollstock 16<br>OBERSUELZEN, GERMANY 67271 |
| IMPALA LTD<br>ROOM 1617-18 STAR HOUSE<br>3 SALISBURY RD<br>TST KOWLOON HONG KONG | Indium Corporation<br>Attn Linda Hill<br>34 Robinson Rd<br>Clinton, NY 13323-1419 | Infiniti Investor, LLC<br>ATTN SHIVA DHANAPAL<br>3050 AUTUMN HILL TR<br>NEW ALBANY, IN 47111 |
| INFINITI INVESTORS, LLC<br>C/O ADAM PUGH<br>SLATER PUGH LTD, LLP<br>8400 MOPAC EXPY STE 100<br>AUSTIN, TX 78759 | J nos Richter<br>Raumerstr. 38<br>BERLIN, GERMANY 10437 | Jakub Hodan<br>Vreskovice 78<br>VRESKOVICE, CZECH REPUBLIC 33401 |
| Jan Turza<br>Beethovenova 10<br>NITRA, SLOVAK REPUBLIC 94911 | Jason Kusuma<br>2315 Eastridge Avenue #714<br>Menlo Park, CA 94025-6760 | Jessica Leraci<br>Piazza Sant' Ambrogio 6<br>MISINTO, MISINTO, ITALY 20826 |
| John Durcan<br>G09.A Power Road Studios<br>114 Power Road<br>CHISWICK, LONDON, GREAT BRITAIN W4 5PY | John Kelly<br>1101 Ne 109 Street<br>Miami, FL 33161-7320 | Joshua Jong<br>6 Dunnock Place<br>Wideopen<br>TYNE AND WEAR, GREAT BRITAIN NE13 6LE |

| | | |
|---|---|---|
| Joston Pinto<br>1921 California Street<br>Apt 18<br>Mountain View, CA 94040-2042 | KASSITE LIMITED<br>LITTLEMORE PARK ARMSTRONG RD<br>OXFORD OX4 4FY<br>UNITED KINGDOM | Kelley Britenbaker<br>701 Boulder Blf<br>San Marcos, TX 78666-8347 |
| Kevin Schmitz<br>Salweidenbecke 21<br>BOCHUM, GERMANY 44894 | Kit Hui<br>16912 Ne 107Th Street<br>Redmond, WA 98052-2709 | KOURNIKOV ANDREI DAPFOR<br>18 ALLEE DE LA PAGERIE 92500<br>RUEIL MALMAISON FRANCE |
| Kyle Askine<br>13804 Clarkwood Lane<br>Laurel, MD 20707-9270 | Laszlo Tukacs<br>Rim U 3<br>BUDAPEST, BU, HUNGARY 1183 | LAUTARO CLINE<br>C/O DANIEL M. COYLE<br>ASTIGARRAGA DAVIS ET AL<br>1001 BRICKELL BAY DRIVE 9TH FLOOR<br>MIAMI, FL 33131 |
| MARC DELGADO<br>C/O JASON M MEDLEY<br>LECLAIR RYAN PC<br>1233 WEST LOOP S STE1000<br>HOUSTON, TX 77027 | Mark Kim<br>3427 Ridge Road<br>Lansing, IL 60438-3101 | Martin Nachev<br>Defence Close<br>Flat 57 Hill House<br>LONDON, LONDON, GREAT BRITAIN SE28 0NQ |
| Matthew Knight<br>9 Harrison Close<br>Branston<br>STAFFORDSHIRE, GREAT BRITAIN DE14 3EF | Mattia Baldinger<br>Zunzgerstrasse 24<br>SISSACH, SCHWEIZ, SWITZERLAND 4450 | McGrath RentCorp dba TRS-RenTelco<br>POB 619260<br>DFW Airport, TX 75261-9260 |
| Michael Delgado<br>11755 Sw 18Th Street<br>Apt 407<br>Miami, FL 33175-8735 | Michael Denham<br>402 Highland Avenue<br>Po Box 420<br>West Milton, PA 17886-0420 | Michael Diemer<br>25 W Perry Street<br>Willard, OH 44890-1602 |
| Michael Peacock<br>14D Parliament St<br>LOWER HUTT, NEW ZEALAND 5010 | Michael Poolman<br>18 Hampton Close<br>Cadbury Heath<br>BRISTOL, AVON, GREAT BRITAIN BS30 8EY | Michael Vick<br>c/o Willard Proctor, Jr.<br>Attorney at law<br>2100 Wolfe Street<br>Little Rock, AR 72202 |
| MICHAEL VICK<br>1512 S BATTERY ST<br>LITTLE ROCK, AR 72202 | Miklos Gaebler<br>Wagnerstrasse 6666<br>POTSDAM, GERMANY 14480 | Mikulas Kiss<br>Durcanskeho 1<br>NITRA, SLOVAK REPUBLIC 94901 |
| Miquel Axel Estelrich Rullan<br>C Sebastia Rubi 3A<br>MANACOR, PM, SPAIN 7500 | MR BALBIR<br>AKA BILL CHEPAL<br>8042 COOPERHAWK COURT<br>SURREY BC CANADA V3W 0V1 | Nampil Chousein<br>I. Staikou 2<br>AGRINIO, AITOLOAKARNANIA, GREECE 30100 |
| Nathan Davis<br>7514 Sherman Drive<br>Lincoln, NE 68506 | Omni Logistics<br>15912 International Plaza Drive<br>Houston, TX 77032-2439 | OPEN SILICON, INC.<br>C/O TIMOTHY R. CASEY<br>DRINKER BIDDLE & REATH, LLP<br>191 N WACKER DRIVE SUITE 3700<br>CHICAGO, IL 60606-1698 |

| | | |
|---|---|---|
| Open-Silicon<br>ATTN JAY VYAS SR VP AND CFO<br>490 N. McCarthy Blvd.<br>Suite 220<br>Milpitas, CA 95035-5118 | P R C FERNANDO<br>VIALE IGNACIO SILONE 187,35A<br>ROME, ITALY 00143 | Panos Skaltsas<br>Alikarnassou 24<br>NEA SMYRNI, ATTICA, GREECE 17122 |
| Pietro Brivio<br>Via Iv Novembre, 51 Scala<br>AMERATE, LOMBARDIA, ITALY 23807 | Quail Electronics<br>2171 Research Drive<br>Livermore, CA 94550-3805 | Quentin Gomez Jr.<br>4254 Derby Drive<br>Davie, FL 33330-4336 |
| Ramakanth Gouru<br>12881 Deer Park Lane<br>Alpharetta, GA 30004-8986 | Randolph N Osherow<br>342 W Woodlawn, Suite 100<br>San Antonio, TX 78212-3314 | Regal Research<br>C/O ROBERT PALMER<br>FOX ROTHSCHILD LLP<br>5420 LBJ FREEWAY STE 1200<br>DALLAS, TX 75240 |
| Ryan Jauregui<br>14272 Cameron Lane<br>Santa Ana, CA 92705-3213 | Sean Bradbury<br>105 Hidden Lake Cr<br>CARP, ON, CANADA K0A | Sean Sadel-Stevens<br>4885 Burde St<br>PORT ALBERNI, BC, CANADA V9Y 3J7 |
| Sebastian Tarach<br>Mila 11<br>DZIEKANOW LESNY, POLAND 05-092 | Sharon Boone<br>37543 England Way<br>221<br>RED DEER COUNTY, AB, CANADA T4S 2C3 | Shu Dong<br>120 Havenuen Bluff<br>Alpharetta, GA 30022-6448 |
| Stanley Wing Hong Leung<br>448 Prince Edward Road West<br>Prince Ritz, 10/F, Block C<br>HONG KONG, KOWLOON, HONG KONG | Stuart Caborn<br>5 Knightsbridge Drive<br>Headley, Thatcham<br>HAMPSHIRE, GREAT BRITAIN RG19 8JZ | SYNOPSIS INC<br>C/O PETRA M REINSCHKE<br>SCHWARTZ & CERA LLP<br>201 CALIFORNIA ST STE 450<br>SAN FRANCISCO, CA 94111 |
| Tekhne, LLC<br>21725 SW 187 Ave<br>Miami, FL 33170-1401 | TEXAS COMPTROLLER OF PUBLIC ACCTS<br>c/o KIMBERLY A WALSH & SHERRI<br>K SIMPSON<br>BANKRUPTCY/COLLECTIONS<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 | Texas Workforce Commission<br>TWC Building-Regulatory Integrity Divisi<br>101 East 15th Street<br>Austin, TX 78701-1442 |
| Thijs Van Den Berg<br>Johannes Worpstraat<br>49 III<br>AMSTERDAM, NETHERLANDS 1076BG | Timothy A. Davidson II<br>Andrews & Kurth L.L.P.<br>600 Travis, Suite 4200<br>Houston, TX 77002-2929 | Tom Belanger<br>515 Du Parc Industriel<br>LONGEUIL, QC, CANADA J4H 3V7 |
| Tuur Demester<br>220 N ZAPATA HWY #11<br>PMB #851A<br>LAREDO, TX 78043-4464 | UNITED PARCEL SERVICE, INC.<br>C/O ALSTON & BIRD LLP<br>ATTN BOWEN SHOEMAKER<br>1201 W PEACHTREET ST<br>ATLANTA, GA 30309-3424 | United States Trustee<br>903 San Jacinto<br>Suite 230<br>Austin, TX 78701-2450 |
| UPS -Shipper<br>C/O RECEIVABLE MGT SERVICES<br>PO BOX 4396<br>TIMONIUM, MD 21094 | UPS SUPPLY CHAIN SOLUTIONS<br>C/O ALSTON & BIRD LLP<br>ATTN BOWEN SHOEMAKER<br>1201 W PEACHTREE STREET<br>ATLANTA, GA 30309-3424 | Venugopal Badaravada<br>360 Bell Street South<br>Unit: 515<br>OTTAWA, ON, CANADA K1S 5E8 |

| | | |
|---|---|---|
| VIRITON LLP<br>15070 E WAGONTRAIL PL<br>AURORA, CO 80015 | Vladimir Zdorov<br>3762 Firpointe Street<br>San Ramon, CA 94582-5826 | Walter Thamm<br>Albrechstrasse 1<br>ISNY, GERMANY 88316 |
| Wei Cao<br>Lane 300, Wu Ning Road<br>Room 403, No 21<br>SHANGHAI, CN10, CHINA 200063 | William Gaskins<br>734 15Th Street Nw<br>Suite 1200<br>Washington, DC 20005-1024 | Wilson Sonsini Goodrich and Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050 |
| Yewulsew Amare<br>8328 Tribute Lane<br>Las Vegas, NV 89147-6100 | Yimin Wang<br>Qingtiejiayuan, Qinglongchang<br>Room 51, Unit 4 Of Building 8<br>CHENGDU, CHENGHUA, CN24, CHINA 610066 | Zachary Cullen<br>8268 Man O War Road<br>Palm Beach Gardens, FL 33418-7719 |