**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 21, 2017.**

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109-hcm |
| | § | |
| COINTERRA, INC. | § | |
| DEBTOR(S). | § | CHAPTER 7 PROCEEDING |

Order Granting Trustee's Omnibus Objection to Claims
(Claim Dkt. Numbers 7-1, 8-1, 12-1, 15-1, 16-1, 20-1, 31-1, 35-1, 44-1 , 45-1, 48-1, 50-1, 52-1, 63-1, 65-1, 69-1, 71-1, 72-1, 81-1, 84-1, 85-1, 86-1, 91-1, 94-1, 96-2, 97-1, 104-2, 109-1, 118-1, 120-1, & 122-1)

On the day this Order was signed, came to be considered the Trustee's Omnibus Objection to Claims, (Docket No. 133), ("Objection"), which seeks disallowance and reclassification of proofs of claims, as follows:

Claim Dkt. No. 7-1 Brett Hansmeier Reclassed As Unsecured In The Amount Of $6131.76, Claim Dkt. No.8-1 Future Electronics Corp. Reclasssed As Unsecured In The Amount Of $1,961,580.46, Claim Dkt. No. 12-1 Christopher Snook Reclassified As Unsecured In The Amount Of $7999.00, Claim Dkt. No. 15-1 Afzal Ahmed Reclassed As Unsecured In The Amount Of $5000.00, Claim Dkt. No. 16-1 Ben Henneman Reclassed As Unsecured In The Amount Of $5999.00, Claim Dkt. No. 20-1 Viriton, Llp Reclassed As Unsecured In The Amount Of $15,120.00, Claim Dkt. No. 31-1 Sean Sadel-Stevens Reclassed As Unsecured In The

Amount Of $2813.10, Claim Dkt. No. 35-1 Miquel Axel Estelrich Rullan Reclassed As Unsecured In The Amount Of $5999.00, Claim Dkt. No. 44-1 Fortis Advisors, Llc , Reclassed As Unsecured In The Amount Of $4,560,154.66 , Claim Dkt. No. 45-1 Eric Nydegger Reclassed As Unsecured In The Amount Of $99,980.00, Claim Dkt. No. 48-1 Mehdi Soleimankhani Reclassed As Unsecured In The Amount Of $9997.00, Claim Dkt. No. 50-1 Michael Vick Reclassed As Unsecured In The Amount Of $500,359.90, Claim Dkt. No. 52-1 Nathan Davis Reclassed As Unsecured In The Amount Of $10,247.25, Claim Dkt. No. 63-1 J Nos Richter Reclassed As Unsecured In The Amount Of $3900.88, Claim Dkt. No. 65-1 David G.P. Allan Reclassed As Unsecured In The Amount Of $51,250.00, Claim Dkt. No. 69-1 Diran Martin Yousoufian Duplicate Claim Denied Amount $6000.00, Claim Dkt. No. 71-1 Shu Dong Reclassed As Unsecured In The Amount Of $6301.38, Claim Dkt. No. 72-1 Michael Peacock Reclassed As Unsecured In The Amount Of $6817.55, Claim Dkt. No. 81-1 Michael Denham Reclassed As Unsecured In The Amount Of $8598.00, Claim Dkt. No. 84-1 Michael Diemer Reclassed As Unsecured In The Amount Of $6129.56, Claim Dkt. No. 85-1 Michael Diemer Duplicate Claim, Denied In The Amount Of $6129.56, Claim Dkt. No. 86-1 William Gaskins Reclassed As Unsecured In The Amount Of $6127.42, Claim Dkt. No. 91-1 C7 Data Centers, Inc. Reclassed As Unsecured In The Amount Of $5,394,113.92, Claim Dkt. No. 94-1 B.F.T.J. Jespers Reclassed As Unsecured In The Amount Of $6494.21, Claim Dkt. No. 96-2 Pietro Brivio Duplicate Claim Denied Amount $6449.68, Claim Dkt. No. 97-1 Kelly Britenbaker Reclassed As Unsecured In The Amount Of $2804.17, Claim Dkt. No. 104-2 Grzegorz Saganski Reclassed As Unsecured In The Amount Of $15,998.00, Claim Dkt. No. 109-1 Thijs Van Den Berg Reclassed As Unsecured In The Amount Of $15,000.00, Claim Dkt. No. 118-1 Christian Sprajc Reclassed As Unsecured In The Amount Of $5999.00, Claim Dkt. No. 120-1 Impala, Ltd Filed As Equity Claim For $50,000.00, No Dividend At This Time, Claim Dkt. No. 122-1 Jasper Friend, Reclassified As Unsecured In The Amount Of $6287.85. The Court, having reviewed the Objection, finds that no timely responses to the Objection have been filed, the Objection has merit and should be granted. It is, therefore,

ORDERED, ADJUDGED, and DECREED that all terms and conditions set forth in Trustee's Objection be granted by this Order consistent with the relief plead for in the Trustee's Objection to said claims.

It is further, ORDERED, ADJUDGED and DECREED that the following proofs of claim be disallowed and denied, or reclassified as follows:

## DUPLICATE CLAIM CATEGORY

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 96-2 | Pietro Brivio<br>Via iv Novembre, 51 Scala<br>AMERATE, LOMBARDIA,<br>ITALY 23807 | $6449.68- amount denied, duplicate of 95-1 |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 85-1 | Michael Diemer<br>25 W Perry Street<br>Willard, OH 44890 | $6129.56- amount denied, duplicate of 84-1 |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim Dkt. No. -69-1 | Diran Martin Yousoufian<br>Moreno 1183<br>4to "A"<br>DP 2000<br>Rosario, Santa Fe, Argentina<br>Rosario, Santa Fe Cp: 2000, AK-1-1 | $6000- amount denied, duplicate of 68-1 |

## EQUITY CLAIM CATEGORY

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim Dkt. No. -120-1 | Impala, LTD<br>Room 1617-18 Star House<br>3 Salisbury Rd.<br>TST Kowloon<br>Hong Kong<br>Hong Kong, TX 00-00 | $50,000.00$-equity claim, allowed amt. This is an equity claim and will be paid after the unsecured creditors, at this time no dividend is expected |

## UNSECURED CREDITOR CATEGORY

| CLAIM NO. | CREDITOR | AMOUNT |

| | | |
|---|---|---|
| <u>Claim- Dkt. No. 15-1</u> | Afzal Ahmed<br>66A Robert Ford Road<br>Watertown, MA 02472 | $5000.00-allowed amt. claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| <u>CLAIM NO.</u> | <u>CREDITOR</u> | <u>AMOUNT</u> |
|---|---|---|
| <u>Claim- Dkt. No. 65-1</u> | David G. P. Allan<br>90 Winchester Street<br>Toronto, ON, Canada | $51,250.00-allowed amt. claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| <u>CLAIM NO.</u> | <u>CREDITOR</u> | <u>AMOUNT</u> |
|---|---|---|
| <u>Claim- Dkt. No. 109-1</u> | Thijs Van Den Berg<br>Johannes Worspstraat<br>49 Iii<br>Amsterdam, Netherlands<br>1076BG | $15,000.00-allowed amt. claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| <u>CLAIM NO.</u> | <u>CREDITOR</u> | <u>AMOUNT</u> |
|---|---|---|
| <u>Claim- Dkt. No. 97-1</u> | Kelly Britenbaker<br>701 Boulder Bluff<br>San Marcos, TX 78666-8347 | $2804.17-allowed amt. claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| <u>CLAIM NO.</u> | <u>CREDITOR</u> | <u>AMOUNT</u> |
|---|---|---|
| <u>Claim- Dkt. No. 91-1</u> | C7 Data Centers, Inc.<br>c/o R. Adam Swick, Reid Collins | $5,394,113.92-allowed amt. |

                                                                                                                                                    

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| | & Tsai, LLP<br>1301 S. Capital of Texas Hwy, C-300<br>Austin, TX 78746 | claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |
| Claim- Dkt. No. 52-1 | Nathan Davis<br>7514 Sherman Drive<br>Lincoln, NE 68134 | $10,247.25-allowed amt. claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |
| Claim- Dkt. No. 81-1 | Michael Denham<br>402 Highland Avenue<br>PO Box 420<br>West Milton, PA 17886 | $8598.00-allowed amt. claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |
| Claim- Dkt. No. 84-1 | Michael Diemer<br>25 W Perry Street<br>Willard, OH 44890 | $6129.56- allowed amt. claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |
| Claim- Dkt. No. 71-1 | Shu Dong<br>120 Havenuen Bluff<br>Alpharetta, GA 30022 | $6301.38-allowed amt. claim is reclassified as unsecured<br>Reason: This claim is |

                                                          not a priority, nor secured nor wage claim, it is for goods sold.

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 44-1 | Fortis Advisors, LLC c/o E.P. Keiffer 325 N. St. Paul St., suite 4150 Dallas, TX 75201 | $4,560,154.66-allowed amt. claim is reclassified as unsecured Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |
| Claim- Dkt. No. 122-1 | Jasper Friend 18474 Highway 19 Steelville, MO 65565 | $6287.85-allowed amt. claim is reclassified as unsecured Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |
| Claim- Dkt. No. 8-1 | Future Electronics, Corp. 41 Main Street Bolton, MA 01740 | $1,961,580.46-allowed amt. claim is reclassified as unsecured Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |
| Claim- Dkt. No. 86-1 | William Gaskins 734 15th Street NW #1200 Washington D.C. 20005 | $6127.42-allowed amt. claim is reclassified as unsecured Reason: This claim is |

not a priority, nor
secured nor wage claim,
it is for goods sold.

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 7-1 | Brett Hansmeier<br>100 Old River Road<br>Suite 100<br>Andover, MA 01810 | $ 6131.76-allowed amt.<br>claim is reclassified as<br>unsecured<br>Reason: This claim is<br>not a priority, nor<br>secured nor wage claim,<br>it is for goods sold. |
| CLAIM NO. | CREDITOR | AMOUNT |
| Claim- Dkt. No. 16-1 | Ben Henneman<br>1 The Courtyard<br>Gas Street, Birmingham<br>West Midlands, Great Britain B1 2JT | $5999.00-allowed amt.<br>claim is reclassified as<br>unsecured<br>Reason: This claim is<br>not a priority, nor<br>secured nor wage claim,<br>it is for goods sold. |
| CLAIM NO. | CREDITOR | AMOUNT |
| Claim- Dkt. No. 94-1 | B.F.T.J. Jespers<br>Linus Paulingweg 12<br>The Netherlands (Holland)<br>Rotterdam, AR 3069-NM | $6494.21-allowed amt.<br>claim is reclassified as<br>unsecured<br>Reason: This claim is<br>not a priority, nor<br>secured nor wage claim,<br>it is for goods sold. |
| CLAIM NO. | CREDITOR | AMOUNT |
| Claim Dkt. No. -45-1 | Eric Nydegger<br>Torry 5<br>Granges, Paccot, Fr. | $99,980.00-allowed amt.<br>claim is reclassified as<br>unsecured |

| | Switzerland 1763 | Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim Dkt. No. -72-1 | Michael Peacock<br>14D Parliament Street<br>Lower Hutt, New Zealand 5010 | $6817.55-allowed amt. claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 63-1 | J nos Richter<br>Raumerstr. 38<br>Berlin, Germany 10437 | $3900.88-allowed amt. claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 35-1 | Miquel Axel Estelrich Rullan<br>C Sebastia Rubi 3A<br>Manacor, PM, Spain 7500 | $5999.00-allowed amt. claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 104-2 | Grzegorz Saganski<br>Muchoborska 8<br>WROCLAW, POLAND 54-424 | $15,998.00-allowed amt. claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor |

secured nor wage claim, it is for goods sold.

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 12-1 | Christopher Snook<br>25457 Se 42Nd Place<br>Issaquah, WA 98029 | $7999.00-allowed amt. claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 48-1 | Mehdi Soleimankhani<br>1249 15th Street<br>Los Osos, CA 93402 | $9997.00-allowed amt. claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 118-1 | Christian Sprajc<br>Niederdonker Str. 34<br>Germany<br>Dsseldorf, AK 40547 | $5999.00-allowed amt. claim is reclassified as unsecured Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 31-1 | Sean Sadel-Stevens<br>4885 Burde St.<br>Port Alberni, BC, Canada V9Y 3J7 | $2813.10-allowed amt. claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor secured nor wage claim, |

it is for goods sold.

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 50-1 | Michael Vick<br>1512 S. Battery Street<br>Little Rock, AR 72202 | $500,359.90 -allowed amt. claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim- Dkt. No. 20-1 | Viriton, LLP<br>15070 East Wagontrail Place<br>Aurora, CO 80015 | $15,120.00-allowed amt. claim is reclassified as unsecured<br>Reason: This claim is not a priority, nor secured nor wage claim, it is for goods sold. |

It is further

ORDERED, ADJUDGED, and DECREED that the Objection to claim docket numbers 7-1, 8-1, 12-1, 15-1, 16-1, 20-1, 31-1, 35-1, 44-1, 45-1, 48-1, 50-1, 52-1, 63-1, 65-1, 69-1, 71-1, 72-1, 81-1, 84-1, 85-1, 86-1, 91-1, 94-1, 96-2, 97-1, 104-2, 109-1, 118-1, 120-1, & 122-1 is GRANTED, and the claims are classified as follows:

Claim Dkt. No. 7-1 Brett Hansmeier Reclassed As Unsecured In The Amount Of $6131.76, Claim Dkt. No.8-1 Future Electronics Corp. Reclasssed As Unsecured In The Amount Of $1,961,580.46, Claim Dkt. No. 12-1 Christopher Snook Reclassified As Unsecured In The Amount Of $7999.00, Claim Dkt. No. 15-1 Afzal Ahmed Reclassed As Unsecured In The Amount Of $5000.00, Claim Dkt. No. 16-1 Ben Henneman Reclassed As Unsecured In The Amount Of $5999.00, Claim Dkt. No. 20-1 Viriton, Llp Reclassed As Unsecured In The Amount Of $15,120.00, Claim Dkt. No. 31-1 Sean Sadel-Stevens Reclassed As Unsecured In The Amount Of $2813.10, Claim Dkt. No. 35-1 Miquel Axel Estelrich Rullan Reclassed As Unsecured In The Amount Of $5999.00, Claim Dkt. No. 44-1 Fortis Advisors, Llc , Reclassed As Unsecured In The Amount Of $4,560,154.66 , Claim Dkt. No. 45-1 Eric Nydegger Reclassed As Unsecured In The Amount Of $99,980.00, Claim Dkt. No. 48-1 Mehdi Soleimankhani Reclassed As Unsecured In The Amount Of $9997.00, Claim Dkt. No. 50-1 Michael Vick Reclassed As Unsecured In The Amount Of $500,359.90, Claim Dkt. No. 52-1 Nathan Davis Reclassed As Unsecured In The Amount Of $10,247.25, Claim Dkt. No. 63-1 J Nos Richter Reclassed As Unsecured In The Amount Of $3900.88, Claim

Dkt. No. 65-1 David G.P. Allan Reclassed As Unsecured In The Amount Of $51,250.00, Claim Dkt. No. 69-1 Diran Martin Yousoufian Duplicate Claim Denied Amount $6000.00, Claim Dkt. No. 71-1 Shu Dong Reclassed As Unsecured In The Amount Of $6301.38, Claim Dkt. No. 72-1 Michael Peacock Reclassed As Unsecured In The Amount Of $6817.55, Claim Dkt. No. 81-1 Michael Denham Reclassed As Unsecured In The Amount Of $8598.00, Claim Dkt. No. 84-1 Michael Diemer Reclassed As Unsecured In The Amount Of $6129.56, Claim Dkt. No. 85-1 Michael Diemer Duplicate Claim, Denied In The Amount Of $6129.56, Claim Dkt. No. 86-1 William Gaskins Reclassed As Unsecured In The Amount Of $6127.42, Claim Dkt. No. 91-1 C7 Data Centers, Inc. Reclassed As Unsecured In The Amount Of $5,394,113.92, Claim Dkt. No. 94-1 B.F.T.J. Jespers Reclassed As Unsecured In The Amount Of $6494.21, Claim Dkt. No. 96-2 Pietro Brivio Duplicate Claim Denied Amount $6449.68, Claim Dkt. No. 97-1 Kelly Britenbaker Reclassed As Unsecured In The Amount Of $2804.17, Claim Dkt. No. 104-2 Grzegorz Saganski Reclassed As Unsecured In The Amount Of $15,998.00, Claim Dkt. No. 109-1 Thijs Van Den Berg Reclassed As Unsecured In The Amount Of $15,000.00, Claim Dkt. No. 118-1 Christian Sprajc Reclassed As Unsecured In The Amount Of $5999.00, Claim Dkt. No. 120-1 Impala, Ltd Filed As Equity Claim For $50,000.00, No Dividend At This Time, Claim Dkt. No. 122-1 Jasper Friend, Reclassified As Unsecured In The Amount Of $6287.85.

It is hereby ORDERED that a copy of this Order will be served by the Clerk's Office upon the claimant, at the names and addresses attached to this Order.

###

RANDOLPH N. OSHEROW
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
rosherow@hotmail.com

Brett Hansmeier
100 Old River Road
Suite 100
Andover, MA 01810

Future Electronics, Corp.
41 Main Street
Bolton, MA 01740

Christopher Snook
25457 Se 42Nd Place
Issaquah, WA 98029

Afzal Ahmed
66A Robert Ford Road
Watertown, MA 02472

Ben Henneman
1 The Courtyard
Gas Street, Birmingham
West Midlands, Great Britain B1 2JT

Viriton, LLP
15070 East Wagontrail Place
Aurora, CO 80015

better copy

Sean Sadel-Stevens
4885 Burde St.
Port Alberni, BC, Canada V9Y 3J7

Miquel Axel Estelrich Rullan
C Sebastia Rubi 3A
Manacor, PM, Spain 7500

Fortis Advisors, LLC
c/o E.P. Keiffer
325 N. St. Paul St., suite 4150
Dallas, TX 75201

Eric Nydegger
Torry 5
Granges, Paccot, Fr.
Switzerland 1763

Michael Vick
1512 S. Battery Street
Little Rock, AR 72202

Nathan Davis
7514 Sherman Drive
Lincoln, NE 68134

J nos Richter
Raumerstr. 38
Berlin, Germany 10437

David G. P. Allan
90 Winchester Street
Toronto, ON, Canada

Diran Martin Yousoufian
Moreno 1183
4to "A"    DP 2000, Rosario, Santa
Fe, Argentina, Rosario, Santa Fe Cp:
2000, AK-1-1

Shu Dong
120 Havenuen Bluff
Alpharetta, GA 30022

Michael Peacock
14D Parliament Street
Lower Hutt, New Zealand 5010

Michael Denham
402 Highland Avenue
PO Box 420
West Milton, PA 17886

Michael Diemer
25 W Perry Street
Willard, OH 44890

William Gaskins
734 15th Street NW #1200
Washington D.C. 20005

C7 Data Centers, Inc.
c/o R. Adam Swick, Reid Collins
& Tsai, LLP
1301 S. Capital of Texas Hwy, C-30C
Austin, TX 78746

B.F.T.J. Jespers
Linus Paulingweg 12
The Netherlands (Holland)
Rotterdam, AR 3069-NM

Pietro Brivio
Via iv Novembre, 51 Scala
AMERATE, LOMBARDIA,
ITALY 23807

Kelly Britenbaker
701 Boulder Bluff
San Marcos, TX 78666-8347

Grzegorz Saganski
Muchoborska 8
WROCLAW, POLAND 54-424

Thijs Van Den Berg
Johannes Worspstraat
49 lii
Amsterdam, Netherlands 1076BG

Christian Sprajc
Niederdonker Str. 34
Germany
Dsseldorf, AK 40547

Impala, LTD
Room 1617-18 Star House
3 Salisbury Rd., TST Kowloon
Hong Kong
Hong Kong, TX 00-00

Jasper Friend
18474 Highway 19
Steelville, MO 65565

CReditors being objected to.

```
                         United States Bankruptcy Court
                          Western District of Texas
In re:                                                      Case No. 15-10109-hcm
Cointerra, Inc.                                             Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0542-1          User: boydl              Page 1 of 2              Date Rcvd: Aug 21, 2017
                              Form ID: pdfintp         Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2017.

```
              Afzal Ahmed,    6A Robert Ford Rd,    Watertown MA 02472
              B F T J Jespers,    Linus Paulingweg 12,    The Netherlands (Holland),    Rotterdam AR 3069-NM
              Ben Henneman,    1 The Courtyard,    Gas St Bimingham,    West Midlands, Great Britain B1 2JT
             +Brett Hansmeier,    100 Old River RD #100,    Andover MA 01810-1030
              C7 Data Centers Inc,    c/o R Adam Swick,    Reid Collins & Tsai LLP,
                1301 S Cap of TX Hwy #C-300,    Austin TX 78746
              Christian Sprajc,    Niederdonker Str 34,    Germany,    Dsseldorf AK 40547
             +Christopher Snook,    25457 SE 42nd Place,    Issaquah WA 98029-7779
              David G P Allan,    90 Winchester St,    Toronto ON Canada
              Diran Martin Yousoufian,    Moreno 1183,    4to "A"  DP 2000,    Rosario Santa Fe Argentina,
                Rosario Santa Fe Cp 2000 AK-1-1
              Eric Nydegger,    Torry 5,    Granges Paccot FR,    Switzerland 1763
             +Fortis Advisors LLC,    c/o E P Keiffer,    325 N St Paul St #4150,    Dallas TX 75201-3861
             +Future Electronics Corp,    41 Main St,    Bolton MA 01740-1134
              Gregorz Saganski,    Muchoborska 8,    Wroclaw Poland 54-424
              J nos Richter,    Raumestr 38,    Berlin Germany 10437
             +Jasper Friend,    18474 Hwy 19,    Steelville MO 65565-6020
              Kelly Britenbaker,    701 Boulder Bluff,    San Marcos TX 78666-8347
             +Mehdi Soleimankhani,    1249 15th St,    Los Osos CA 93402-1415
             +Michael Denham,    402 Highland Ave,    PO Box 420,    West Milton PA 17886-0420
             +Michael Diemer,    25 W Perry St,    Willard OH 44890-1602
              Michael Peacock,    14D Parliament St,    Lower Hutt New Zealand 5010
             +Michael Vick,    1512 S Battery St,    Little Rock AR 72202-5813
              Miguel Axel Estelrich Rullan,    C Sebastia Rubi 3A,    Manacor PM Spain 7500
             +Nathan Davis,    7514 Sherman Dr,    Lincoln NE 68506
              Pietro Brivio,    via iv Novembre 51 Scala,    Amerate Lombardia,    Italy 23807
              Sean Sadel-Stevens,    4885 Burde St,    Port Alberni BC Canada V9Y 3J7
             +Shu Dong,    120 Havenuen Bluff,    Alpharetta GA 30022-6448
              Thijs Van Den Berg,    Johannes Worspstraat,    49 lii,    Amsterdam Netherlands 1076BG
            #+Viriton LLP,    15070 E Wagontrail Place,    Aurora CO 80015-2116
             +William Gaskins,    734 15th St NW #1200,    Washington DC 20005-1024
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
              IMPALA LTD,   ROOM 161718 STAR HOUSE,   3 SALISBURY ROAD,   TST KOWLOON,   Hong Kong, TX 0000
                                                                                         TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2017 at the address(es) listed below:

```
              David F. Brown    on behalf of Creditor    CenturyLink Communications LLC dbrown@ebbr-law.com,
               dj3brown@yahoo.com
              Edwin Paul Keiffer    on behalf of Creditor    Fortis Advisors LLC, Collateral Agent
               pkeiffer@romclaw.com, bwallace@romclaw.com
              Joseph P. Rovira    on behalf of Debtor    Cointerra, Inc. josephrovira@andrewskurth.com,
               josephrovira@andrewskurth.com
              Kell C. Mercer    on behalf of Trustee Randolph N Osherow kell.mercer@mercer-law-pc.com
```

```
District/off: 0542-1           User: boydl                 Page 2 of 2                   Date Rcvd: Aug 21, 2017
                               Form ID: pdfintp            Total Noticed: 29


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Kell C. Mercer    on behalf of Plaintiff Randolph N. Osherow kell.mercer@mercer-law-pc.com
              Kell C. Mercer    on behalf of Interested Party Kell   Mercer kell.mercer@mercer-law-pc.com
              Kell C. Mercer    on behalf of Plaintiff Randolph N Osherow kell.mercer@mercer-law-pc.com
              Kell C. Mercer    on behalf of Plaintiff Randolph N. (as Chapter 7 Trustee) Osherow
               kell.mercer@mercer-law-pc.com
              Kimberly A. Walsh    on behalf of Creditor   Texas Comptroller of Public Accounts
               bk-kwalsh@oag.texas.gov,   sherri.simpson@oag.texas.gov
              Lynn   Saarinen    on behalf of Plaintiff   Future Electronics Corp. lynnsaarinen@gmail.com,
               ahewes@bn-lawyers.com;lbagley@bn-lawyers.com;ssather@bn-lawyers.com;kelliott@bn-lawyers.com
              Lynn   Saarinen    on behalf of Creditor    Future Electronics Corp. lynnsaarinen@gmail.com,
               ahewes@bn-lawyers.com;lbagley@bn-lawyers.com;ssather@bn-lawyers.com;kelliott@bn-lawyers.com
              Marcus A. Helt    on behalf of Creditor    Open-Silicon, Inc. mhelt@gardere.com,
               acordero@gardere.com;chernandez@gardere.com
              Mark H. Ralston    on behalf of Defendant    Applied Circuit Technology, Inc. d/b/a Automated
               Circuit Design mralston@fishmanjackson.com,
               amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com
              Mark H. Ralston    on behalf of Creditor    Applied Circuit Technology d/b/a Automated Circuit
               Design mralston@fishmanjackson.com,
               amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com
              R. Adam Swick    on behalf of Creditor    C7 Data Centers, Inc. aswick@rctlegal.com,
               mmyers@rctlegal.com;tstone@rctlegal.com;kvomacka@rctlegal.com
              Randolph N Osherow    on behalf of Trustee Randolph N Osherow rosherow@hotmail.com,
               rosherow@ecf.epiqsystems.com
              Randolph N Osherow    rosherow@hotmail.com,  rosherow@ecf.epiqsystems.com
              Steve   Turner    on behalf of Creditor    Barrett Daffin Frappier Turner & Engel, LLP
               wdecf@BDFGROUP.com,  marshak@BDFGroup.com
              Steve   Turner    on behalf of Trustee Randolph N Osherow wdecf@BDFGROUP.com,  marshak@BDFGroup.com
              Timothy A. Davidson, II    on behalf of Debtor   Cointerra, Inc. tdavidson@akllp.com
              Timothy R. Casey    on behalf of Creditor    Open-Silicon, Inc. timothy.casey@dbr.com,
               daniel.northrop@dbr.com
              United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
              Willard  Proctor, Jr.    on behalf of Creditor Michael  Vick willard@wpjrlaw.com
                                                                                             TOTAL: 23
```