**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 19, 2017.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109-hcm |
| | § | |
| COINTERRA, INC. | § | |
| | | |
| DEBTOR(S). | § | CHAPTER 7 PROCEEDING |

Order Granting Trustee's Objection To Claim No. 33-1 Filed by Nampil Chousein in the Amount of $657,189.00

On the day this Order was signed, came to be considered the Trustee's Objection (Docket No. 138) to claim docket no. 33-1, filed by Nampil Chousein in the amount of $657,189.00, which seeks disallowance and allowance of the proof of claim as follows:

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim-33-1 | Nampil Chousein, I. Staikou 2 Agrinio, Aitoloakarnania, Greece 30100 | Creditor filed the claim in the amount of $657,189.00, which is being denied (it looks like a typo on behalf of creditor) and allowed in the amount of $6571.89 as unsecured. Reason is: The trustee, while in the |

process of preparing the Final Report was linking the scheduled amount to the claims filed and discovered that the amount on the claim far exceed the scheduled amount on the claim as well as far exceeded the amount on the attachments to the court filed claim, docket no. 33-1.

Claim docket no. 33-1 filed by by Nampil Chousein in the amount of $657,189.00 should be denied and the amount of $6571.89 should be allowed as unsecured. It is further

ORDERED, ADJUDGED & DECREED that the Trustee's Objection to Claim Docket Number 33-1 filed by Nampil Chousein, is GRANTED and the claim is denied in the amount of $657,189.00 and allowed as unsecured in the amount of $6571.89. It is further

ORDERED that a copy of the Order will be served by the Clerk's Office upon the claimant, at the name and address on the certificate of mailing:

**Nampil Chousein,** I. Staikou 2
Agrinio, Aitoloakarnania,
Greece 30100

### #

RANDOLPH N. OSHEROW
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
rosherow@hotmail.com