UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COINTERRA, INC. | § | Case No. 15-10109 HCM |
| | § | |
| Debtor | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RANDOLPH N. OSHEROW, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
OFFICE OF THE CLERK
903 SAN JACINTO BOULEVARD, #322
AUSTIN, TEXAS 78701

TO: ALL CREDITORS AND OTHER PARTIES IN INTEREST.

IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THE TRUSTEE'S FINAL REPORT. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF THIS NOTICE, TOGETHER WITH A REQUEST FOR A HEARING AND SERVE A COPY OF BOTH UPON THE TRUSTEE, ANY PARTY WHOSE APPLICATION IS BEING CHALLENGED AND THE UNITED STATES TRUSTEE, AT THE ADDRESSES SHOWN ON THE REVERSE SIDE HEREOF; OTHERWISE THE COURT MAY TREAT THE TRUSTEE'S FINAL REPORT AS UNOPPOSED AND GRANT THE RELIEF.

Date Mailed: 11/15/2017           By: /s/ RN OSHEROW
                                          Chapter 7 Trustee

*RANDOLPH N. OSHEROW*
*342 West Woodlawn, Suite 100*
*San Antonio, TX 78212*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| COINTERRA, INC. | § | Case No. 15-10109 HCM |
| | § | |
| Debtor | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 121,175.36 |
| and approved disbursements of | $ | 51,159.17 |
| leaving a balance on hand of[1] | $ | 70,016.19 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- | --- |
| | WRIGHT GINSBERG BUSILOW, PC | $ 8,313.04 | $ 8,313.04 | $ 8,313.04 | $ 0.00 |
| 000022 | Jan Turza | $ 22,705.56 | $ 22,705.56 | $ 0.00 | $ 22,705.56 |

| | | |
| --- | --- | --- |
| Total to be paid to secured creditors | $ | 22,705.56 |
| Remaining Balance | $ | 47,310.63 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: RANDOLPH N. OSHEROW | $ 9,308.77 | $ 0.00 | $ 9,308.77 |
| Trustee Expenses: RANDOLPH N. OSHEROW | $ 1,928.74 | $ 0.00 | $ 1,928.74 |
| Attorney for Trustee Fees: BARRETT DAFFIN FRAPPIER TURNER & | $ 27,565.00 | $ 27,565.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Expenses: BARRETT DAFFIN FRAPPIER TURNER & | $ 457.47 | $ 457.47 | $ 0.00 |
| Accountant for Trustee Fees: JANET RAKOWITZ | $ 1,125.00 | $ 1,125.00 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 88.76 | $ 88.76 | $ 0.00 |
| Other: KELL C. MERCER | $ 7,840.00 | $ 7,840.00 | $ 0.00 |
| Other: KELL C. MERCER | $ 3,478.07 | $ 3,478.07 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $ 11,237.51

Remaining Balance     $ 36,073.12

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 17,482.76 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000041 | Texas Workforce Commission | $ 1,340.78 | $ 0.00 | $ 1,340.78 |
| 000057 | Comptroller of Public Accounts | $ 16,141.98 | $ 0.00 | $ 16,141.98 |

Total to be paid to priority creditors     $ 17,482.76

Remaining Balance     $ 18,590.36

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,436,665.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | BCF LLP | $ 2,013.49 | $ 0.00 | $ 0.90 |
| 000002 | Zachary Cullen | $ 3,864.00 | $ 0.00 | $ 1.73 |
| 000003 | BDO USA LLP | $ 128,400.00 | $ 0.00 | $ 57.61 |
| 000004 | McGrath RentCorp dba TRS-RenTelco | $ 245.52 | $ 0.00 | $ 0.11 |
| 000005 | Sebastian Tarach | $ 5,273.05 | $ 0.00 | $ 2.37 |
| 000006 | Tekhne, LLC | $ 14,970.92 | $ 0.00 | $ 6.72 |
| 000007 | Brett Hansmeier | $ 6,131.76 | $ 0.00 | $ 2.75 |
| 000008 | Future Electronics Corp. | $ 1,961,580.46 | $ 0.00 | $ 880.05 |
| 000009 | Jason Kusuma | $ 7,999.00 | $ 0.00 | $ 3.59 |
| 000010 | Kit Hui | $ 6,386.42 | $ 0.00 | $ 2.87 |
| 000011 | Mark Kim | $ 25,456.70 | $ 0.00 | $ 11.42 |
| 000012 | Christopher Snook | $ 7,999.00 | $ 0.00 | $ 3.59 |
| 000013 | Ryan Jauregui | $ 2,223.15 | $ 0.00 | $ 1.00 |
| 000014 | Yewulsew Amare | $ 6,122.05 | $ 0.00 | $ 2.74 |
| 000015 | Afzal Ahmed | $ 5,000.00 | $ 0.00 | $ 2.24 |
| 000016 | Ben Henneman | $ 5,999.00 | $ 0.00 | $ 2.69 |
| 000017 | Matthew Knight | $ 5,999.00 | $ 0.00 | $ 2.69 |
| 000018 | John Durcan | $ 23,996.00 | $ 0.00 | $ 10.77 |
| 000019 | Arrow Electronics, Inc. | $ 80,903.84 | $ 0.00 | $ 36.30 |
| 000020 | Viriton, LLP | $ 15,120.00 | $ 0.00 | $ 6.78 |
| 000021 | Austin Foam Plastics, Inc. | $ 31,878.06 | $ 0.00 | $ 14.30 |
| 000023 | Brian Chase | $ 879.53 | $ 0.00 | $ 0.39 |
| 000024 | Eliran Itzhaki | $ 20,000.00 | $ 0.00 | $ 8.97 |
| 000025 | Kevin Schmitz | $ 6,563.82 | $ 0.00 | $ 2.95 |
| 000026 | Cadence Design Systems, Inc. | $ 60,000.00 | $ 0.00 | $ 26.92 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000027 | Erick Argueta | $ 6,000.00 | $ 0.00 | $ 2.69 |
| 000028 | Chunliu Shen | $ 9,998.00 | $ 0.00 | $ 4.49 |
| 000029 | William Gaskins | $ 0.00 | $ 0.00 | $ 0.00 |
| 000030 | Tom Belanger | $ 1,775.40 | $ 0.00 | $ 0.80 |
| 000031 | Sean Sadel-Stevens | $ 2,813.10 | $ 0.00 | $ 1.26 |
| 000032 | Gabriel Politzer | $ 10,000.00 | $ 0.00 | $ 4.49 |
| 000033 | Nampil Chousein | $ 6,571.89 | $ 0.00 | $ 2.95 |
| 000034 | Bill Chow | $ 6,325.70 | $ 0.00 | $ 2.84 |
| 000035 | Miquel Axel Estelrich Rullan | $ 5,999.00 | $ 0.00 | $ 2.69 |
| 000036 | Indium Corporation of America | $ 36,450.00 | $ 0.00 | $ 16.35 |
| 000037 | Kournikov Andrei, Dapfor | $ 5,999.00 | $ 0.00 | $ 2.69 |
| 000038 | Martin Nachev | $ 3,483.50 | $ 0.00 | $ 1.56 |
| 000039 | Ramakanth Gouru | $ 5,999.00 | $ 0.00 | $ 2.69 |
| 000040 | Wilson Sonsini Goodrich and Rosati | $ 2,135,936.83 | $ 0.00 | $ 958.28 |
| 000042 | Walter Thamm | $ 9,998.00 | $ 0.00 | $ 4.49 |
| 000043 | P R C FERNANDO | $ 999.00 | $ 0.00 | $ 0.45 |
| 000044 | Fortis Advisors, LLC, Collateral Agent | $ 4,560,154.66 | $ 0.00 | $ 2,045.89 |
| 000045 | Eric Nydegger | $ 99,980.00 | $ 0.00 | $ 44.86 |
| 000046 | Glyn Lewis | $ 6,406.71 | $ 0.00 | $ 2.87 |
| 000047 | Stuart Caborn | $ 5,183.02 | $ 0.00 | $ 2.33 |
| 000048 | Cointerra, Inc. | $ 9,997.00 | $ 0.00 | $ 4.48 |
| 000049 | Eric Conkle | $ 6,313.71 | $ 0.00 | $ 2.83 |
| 000050 | Michael Vick | $ 500,359.90 | $ 0.00 | $ 224.48 |
| 000051 | Mikulas Kiss | $ 7,999.00 | $ 0.00 | $ 3.59 |
| 000052 | Nathan Davis | $ 10,247.25 | $ 0.00 | $ 4.60 |
| 000053 | Brendan Murray | $ 6,616.26 | $ 0.00 | $ 2.97 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000054 | Stanley Wing Hong Leung | $ 5,999.00 | $ 0.00 | $ 2.69 |
| 000055 | Lautaro Cline | $ 138,229.59 | $ 0.00 | $ 62.02 |
| 000056 | Joshua Jong | $ 6,592.63 | $ 0.00 | $ 2.96 |
| 000058 | Heiko Juch | $ 5,999.00 | $ 0.00 | $ 2.69 |
| 000059 | Michael Poolman | $ 0.00 | $ 0.00 | $ 0.00 |
| 000060 | Mr. Balbir a/k/a Bill Chepal | $ 12,594.85 | $ 0.00 | $ 5.65 |
| 000061 | Quail Electronics | $ 22,215.19 | $ 0.00 | $ 9.97 |
| 000062 | Michael Poolman | $ 3,531.32 | $ 0.00 | $ 1.58 |
| 000063 | J Nos Richter | $ 3,900.88 | $ 0.00 | $ 1.75 |
| 000064 | Miklos Gaebler | $ 7,762.00 | $ 0.00 | $ 3.48 |
| 000065 | David G P Allan | $ 51,250.00 | $ 0.00 | $ 22.99 |
| 000066 | Eric Peterson | $ 12,526.70 | $ 0.00 | $ 5.62 |
| 000067 | Jessica Ieraci | $ 10,471.00 | $ 0.00 | $ 4.70 |
| 000068 | Diran Martin Yousoufian | $ 6,000.00 | $ 0.00 | $ 2.69 |
| 000069 | Diran Martin Yousoufian | $ 0.00 | $ 0.00 | $ 0.00 |
| 000070 | P R C FERNANDO | $ 999.00 | $ 0.00 | $ 0.45 |
| 000071 | Shu Dong | $ 6,301.38 | $ 0.00 | $ 2.83 |
| 000072 | Michael Peacock | $ 6,817.55 | $ 0.00 | $ 3.06 |
| 000073 | United Parcel Service | $ 161,735.38 | $ 0.00 | $ 72.56 |
| 000074 | Kassite Limited | $ 147,464.62 | $ 0.00 | $ 66.16 |
| 000075 | Kyle Askine | $ 500.00 | $ 0.00 | $ 0.22 |
| 000076 | Regal Research and Mfg. Co. LLC | $ 169,437.51 | $ 0.00 | $ 76.02 |
| 000077 | Open-Silicon, Inc. | $ 12,251,141.84 | $ 0.00 | $ 5,496.42 |
| 000078 | Donald Crock | $ 6,124.00 | $ 0.00 | $ 2.74 |
| 000079 | Guilherme Cherman Perdigao de Oliveira | $ 5,999.00 | $ 0.00 | $ 2.69 |
| 000080 | Sharon Boone | $ 6,311.39 | $ 0.00 | $ 2.83 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000081 | Michael Denham | $ 8,598.00 | $ 0.00 | $ 3.86 |
| 000082 | Laszlo Tukacs | $ 11,999.00 | $ 0.00 | $ 5.38 |
| 000083 | Vladimir Zdorov | $ 6,386.42 | $ 0.00 | $ 2.87 |
| 000084 | Michael Diemer | $ 6,129.56 | $ 0.00 | $ 2.75 |
| 000085 | Michael Diemer | $ 0.00 | $ 0.00 | $ 0.00 |
| 000086 | William Gaskins | $ 6,127.42 | $ 0.00 | $ 2.75 |
| 000087 | Bo Yang | $ 4,500.00 | $ 0.00 | $ 2.02 |
| 000088 | Bogdan Bivolaru | $ 5,196.00 | $ 0.00 | $ 2.33 |
| 000089 | Omni Logistics | $ 66,280.16 | $ 0.00 | $ 29.74 |
| 000090 | Quentin Gomez Jr. | $ 4,000.00 | $ 0.00 | $ 1.79 |
| 000091 | C7 Data Centers, Inc. | $ 5,394,113.92 | $ 0.00 | $ 2,420.04 |
| 000092 | Ali Abdulsattar Al Beshri | $ 273,996.00 | $ 0.00 | $ 122.93 |
| 000093 | John Kelly | $ 5,000.00 | $ 0.00 | $ 2.24 |
| 000094 | B.F.T.J JESPERS | $ 6,494.21 | $ 0.00 | $ 2.91 |
| 000095 | Pietro Brivio | $ 6,449.68 | $ 0.00 | $ 2.89 |
| 000096 | Pietro Brivio | $ 0.00 | $ 0.00 | $ 0.00 |
| 000097 | Kelley Britenbaker | $ 2,804.17 | $ 0.00 | $ 1.26 |
| 000098 | FedEx TechConnect, Inc. | $ 1,573.63 | $ 0.00 | $ 0.71 |
| 000099 | Venugopal Badaravada | $ 12,614.00 | $ 0.00 | $ 5.66 |
| 000100 | CenturyLink Communications, LLC | $ 11,420,975.02 | $ 0.00 | $ 5,123.97 |
| 000101 | Andrews Kurth LLP | $ 184,513.27 | $ 0.00 | $ 82.78 |
| 000102 | United Parcel Service Inc. | $ 46,529.92 | $ 0.00 | $ 20.88 |
| 000103 | UPS Supply Chain Solutions, Inc. | $ 113,035.43 | $ 0.00 | $ 50.71 |
| 000104 | Grzegorz Saganski | $ 15,998.00 | $ 0.00 | $ 7.18 |
| 000105 | Yimin Wang | $ 5,999.00 | $ 0.00 | $ 2.69 |
| 000106 | Douglas Wall | $ 6,598.13 | $ 0.00 | $ 2.96 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000107 | Wei Cao | $ 6,485.04 | $ 0.00 | $ 2.91 |
| 000108 | Joston Pinto | $ 6,131.76 | $ 0.00 | $ 2.75 |
| 000109 | Thijs Van Den Berg | $ 15,000.00 | $ 0.00 | $ 6.73 |
| 000110 | Tuur Dirk Demeester | $ 119,400.00 | $ 0.00 | $ 53.57 |
| 000111 | Marc Delgado | $ 6,300.18 | $ 0.00 | $ 2.83 |
| 000112 | Synopsys, Inc. | $ 191,324.52 | $ 0.00 | $ 85.83 |
| 000113 | Jakub Hodan | $ 19,996.00 | $ 0.00 | $ 8.97 |
| 000114 | Hannacott SA | $ 157,460.72 | $ 0.00 | $ 70.64 |
| 000115 | Mattia Baldinger | $ 5,000.00 | $ 0.00 | $ 2.24 |
| 000116 | Applied Circuit Technology, Inc. | $ 308,259.76 | $ 0.00 | $ 138.30 |
| 000117 | Panos Skaltsas | $ 14,477.74 | $ 0.00 | $ 6.50 |
| 000118 | Christian Sprajc | $ 5,999.00 | $ 0.00 | $ 2.69 |
| 000119 | Michael Delgado | $ 6,000.00 | $ 0.00 | $ 2.69 |
| 000121 | Andrew Waldorf | $ 6,117.49 | $ 0.00 | $ 2.74 |
| 000122 | Jasper Friend | $ 6,287.85 | $ 0.00 | $ 2.83 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 18,590.36 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ RN OSHEROW
Chapter 7 Trustee

RANDOLPH N. OSHEROW
342 West Woodlawn, Suite 100
San Antonio, TX 78212

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.