IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109-hcm |
| | § | |
| COINTERRA, INC. | § | |
| DEBTOR(S). | § | CHAPTER 7 PROCEEDING |

Chapter 7 Trustee's Objection To Claim Docket 22-1 Filed by Jan Turza

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within thirty (30) days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

NOW COMES RANDOLPH N. OSHEROW, Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate of COINTERRA, INC., Case No.15-10109-hcm, and files his Trustee's Objection to Claim Docket No. 22-1 Filed by Jan Turza, on behalf of the Bankruptcy Estate. Trustee would show the Court the following:

1. On 1/24/15 this case was filed as a Chapter 7 Bankruptcy under Chapter 7 of the Bankruptcy Code. On 1/24/15, Randolph N. Osherow was appointed Chapter 7 Trustee of Debtor's bankruptcy estate and continues to act in that capacity. The case was closed and has now been reopened. Randolph N. Osherow is still acting Trustee on the case.

1. By order of the Court, 5/27/15, was established as the bar date for the filing of proofs of claim by creditors with claims against the estate.

   THE FOLLOWING IS THE CLAIMS ANALYSIS ON THE BELOW CLAIM:

The claim is unsecured claim in the amount of $22,705.56; therefore Trustee is requesting the claim be reclassified from secured to unsecured in the amount of $22,705.56. See attached Exhibit "B" for copy of the scheduled claim.

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim-22-1 | Jan Turza<br>Beethovenova 10<br>Nitra, Slovak Republic 94911 | Creditor filed the claim in amount of $22,705.56, as a |

A copy of the proposed Order attached as Exhibit "A".

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109-hcm |
| | § | |
| COINTERRA, INC. | § | |
| | § | |
| DEBTOR(S). | § | CHAPTER 7 PROCEEDING |

Order Granting Trustee's Objection To
Claim Docket 22-1 Filed by Jan Turza in the Amount of $22,705.56

On the day this Order was signed, came to be considered the Trustee's Objection to claim docket no. 22-1 Filed by Jan Turza in the amount of $22,705.56, which seeks allowance of the proof of claim as follows:

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim-22-1 | Jan Turza<br>Beethovenova 10<br>Nitra, Slovak Republic 94911 | Creditor filed the claim in the amount of $22,705.56, as a secured claim but is being reclassified as unsecured in the amount of $22,705.56. |

EXHIBIT "A"

Claim docket no. 22-1 Filed by Jan Turza in the amount of $22,705.56 should be allowed as unsecured. It is further

ORDERED, ADJUDGED & DECREED that the Trustee's Objection to Claim Docket . 22-1 Filed by Jan Turza in the amount of $22,705.56, is GRANTED and the claim is allowed in the amount of $22,705.56 as unsecured. It is further

ORDERED that a copy of the Order will be served by the Clerk's Office upon the claimant, at the name and address on the certificate of mailing:

Jan Turza
Beethovenova 10
Nitra, Slovak Republic 94911

# # #

RANDOLPH N. OSHEROW
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
rosherow@hotmail.com

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT Western District of Texas | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor:<br>Cointerra, Inc. | Case Number:<br>15-10109 | **FILED**<br>U.S. Bankruptcy Court<br>Western District of Texas<br>3/7/2015<br>Yvette M. Taylor, Clerk<br>COURT USE ONLY |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Jan Turza

Name and address where notices should be sent:
Jan Turza
Beethovenova 10
NITRA, SLOVAK REPUBLIC 94911

Telephone number: +421904402887     email: jan.turza@gmail.com

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____ (*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:     email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $ __22705.56__

If all or part of the claim is secured, complete item 4. If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** __services performed, goods__ (See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** __7099__

**3a. Debtor may have scheduled account as:** _____ (See instruction #3a)

**3b. Uniform Claim Identifier (optional):** _____ (See instruction #3b)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:
Value of Property: $_____
Annual Interest Rate (when case was filed) __% ☐ Fixed or ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$_____
Basis for perfection: _____
Amount of Secured Claim: $ __22705.56__
Amount Unsecured: $ __0.00__

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).

Amount entitled to priority:
$_____

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(__).

*Amounts are subject to adjustment on 4/1/2016 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

EX "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109-hcm |
| | § | |
| COINTERRA, INC. | § | |
| DEBTOR(S). | § | CHAPTER 7 PROCEEDING |

CERTIFICATE OF MAILING

I certify that a true and correct copy of CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIM 22-1 filed by Jan Turza -30 days language was mailed to all of the below-named by U.S. first class mail, postage prepaid this 20th day of November, 2017.

COINTERRA, INC.
11130 JOLLYVILLE RD.
SUITE 303
AUSTIN, TX  78759
Debtor(s)

Jan Turza
Beethovenova 10
Nitra, Slovak Republic 94911
**Creditor**

TIMOTHY A. DAVIDSON II
ANDREWS & KURTH L.L.P.
600 TRAVIS, SUITE 4200
HOUSTON, TX  77002
Counsel for Debtor(s)

U.S. Trustee
903 San Jacinto Boulevard, Suite 230
Austin, TX 78701

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
342 West Woodlawn, Avenue, Suite 100
San Antonio, TX 78212; telf (210) 738-3001 x212
rosherow@hotmail.com