IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

Dated: December 19, 2017.

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109-HCM |
| COINTERRA, INC. | § | |
| | § | |
| | § | (CHAPTER 7) |
| DEBTORS | § | |

### ORDER APPROVING TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

CAME ON FOR CONSIDERATION, the Application for Trustee's Compensation and Expenses ("Application") in which Randolph N. Osherow, the chapter 7 trustee for the estate requests compensation in the amount of $9,308.77 and reimbursement of expenses in the amount of $1,928.74. The Court having determined that the request for compensation and expenses should be granted, it is

ORDERED that Trustee's Application is granted, it is further

ORDERED that compensation in the amount of $9,308.77 is allowed; it is further

ORDERED that reimbursement of expenses in the amount of $1,928.74 is allowed; and it is further

ORDERED that in the event additional interest income accrues on estate funds prior to the distribution of funds by the chapter 7 trustee, the chapter 7 trustee shall be entitled to compensation on the distribution of the additional interest amounts in accordance with 11 U.S.C. § 326(a), without further Order of the Court.

###