

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 20, 2017.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109-hcm |
| | § | |
| COINTERRA, INC. | § | |
| | | |
| DEBTOR(S). | § | CHAPTER 7 PROCEEDING |

<u>Order Granting Trustee's Objection To
Claim Docket 22-1 Filed by Jan Turza in the Amount of $22,705.56</u>

On the day this Order was signed, came to be considered the Trustee's Objection to claim docket no. 22-1 Filed by Jan Turza in the amount of $22,705.56, which seeks allowance of the proof of claim as follows:

| <u>CLAIM NO.</u> | <u>CREDITOR</u> | <u>AMOUNT</u> |
|---|---|---|
| Claim-22-1 | Jan Turza<br>Beethovenova 10<br>Nitra, Slovak Republic 94911 | Creditor filed the claim in the amount of $22,705.56, as a secured claim but is being reclassified as unsecured in the amount of $22,705.56. |

   Claim docket no. 22-1 Filed by Jan Turza in the amount of $22,705.56 should be allowed as unsecured. It is further

   ORDERED, ADJUDGED & DECREED that the Trustee's Objection to Claim Docket . 22-1 Filed by Jan Turza in the amount of $22,705.56, is GRANTED and the claim is allowed in the amount of $22,705.56 as unsecured. It is further

   ORDERED that a copy of the Order will be served by the Clerk's Office upon the claimant, at the name and address on the certificate of mailing:

Jan Turza
Beethovenova 10
Nitra, Slovak Republic 94911

###

RANDOLPH N. OSHEROW
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
rosherow@hotmail.com