**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

Dated: December 19, 2017.

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109-HCM |
| COINTERRA, INC. | § | |
| | § | |
| | § | (CHAPTER 7) |
| DEBTORS | § | |

### ORDER APPROVING TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

CAME ON FOR CONSIDERATION, the Application for Trustee's Compensation and Expenses ("Application") in which Randolph N. Osherow, the chapter 7 trustee for the estate requests compensation in the amount of $9,308.77 and reimbursement of expenses in the amount of $1,928.74. The Court having determined that the request for compensation and expenses should be granted, it is

ORDERED that Trustee's Application is granted, it is further

ORDERED that compensation in the amount of $9,308.77 is allowed; it is further

ORDERED that reimbursement of expenses in the amount of $1,928.74 is allowed; and it is further

ORDERED that in the event additional interest income accrues on estate funds prior to the distribution of funds by the chapter 7 trustee, the chapter 7 trustee shall be entitled to compensation on the distribution of the additional interest amounts in accordance with 11 U.S.C. § 326(a), without further Order of the Court.

###

United States Bankruptcy Court
Western District of Texas

In re: Case No. 15-10109-hcm
Cointerra, Inc. Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0542-1    User: beniteze    Page 1 of 1    Date Rcvd: Dec 19, 2017
                        Form ID: pdfintp    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2017.
db          +Cointerra, Inc.,    11130 Jollyville Rd.,    Suite 303,    Austin, TX 78759-5593

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2017                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2017 at the address(es) listed below:
         David F. Brown    on behalf of Creditor    CenturyLink Communications LLC dbrown@ebbr-law.com, dj3brown@yahoo.com
         Edwin Paul Keiffer    on behalf of Creditor    Fortis Advisors LLC, Collateral Agent pkeiffer@romclaw.com, bwallace@romclaw.com
         Joseph P. Rovira    on behalf of Debtor    Cointerra, Inc. josephrovira@andrewskurth.com, josephrovira@andrewskurth.com
         Kell C. Mercer    on behalf of Trustee Randolph N Osherow kell.mercer@mercer-law-pc.com
         Kell C. Mercer    on behalf of Plaintiff Randolph N. Osherow kell.mercer@mercer-law-pc.com
         Kell C. Mercer    on behalf of Interested Party Kell  Mercer kell.mercer@mercer-law-pc.com
         Kell C. Mercer    on behalf of Plaintiff Randolph N Osherow kell.mercer@mercer-law-pc.com
         Kell C. Mercer    on behalf of Plaintiff Randolph N. (as Chapter 7 Trustee) Osherow kell.mercer@mercer-law-pc.com
         Kimberly A. Walsh    on behalf of Creditor    Texas Comptroller of Public Accounts bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov
         Lynn Saarinen    on behalf of Plaintiff    Future Electronics Corp. lynnsaarinen@gmail.com, ahewes@bn-lawyers.com;lbagley@bn-lawyers.com;ssather@bn-lawyers.com;kelliott@bn-lawyers.com
         Lynn Saarinen    on behalf of Creditor    Future Electronics Corp. lynnsaarinen@gmail.com, ahewes@bn-lawyers.com;lbagley@bn-lawyers.com;ssather@bn-lawyers.com;kelliott@bn-lawyers.com
         Marcus A. Helt    on behalf of Creditor    Open-Silicon, Inc. mhelt@gardere.com, acordero@gardere.com;chernandez@gardere.com
         Mark H. Ralston    on behalf of Defendant    Applied Circuit Technology, Inc. d/b/a Automated Circuit Design mralston@fishmanjackson.com, amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com
         Mark H. Ralston    on behalf of Creditor    Applied Circuit Technology d/b/a Automated Circuit Design mralston@fishmanjackson.com, amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com
         R. Adam Swick    on behalf of Creditor    C7 Data Centers, Inc. aswick@rctlegal.com, mmyers@rctlegal.com;tstone@rctlegal.com;kvomacka@rctlegal.com
         Randolph N Osherow    on behalf of Trustee Randolph N Osherow rosherow@hotmail.com, rosherow@ecf.epiqsystems.com
         Randolph N Osherow    rosherow@hotmail.com, rosherow@ecf.epiqsystems.com
         Steve Turner    on behalf of Trustee Randolph N Osherow wdecf@BDFGROUP.com, marshak@BDFGroup.com
         Steve Turner    on behalf of Creditor    Barrett Daffin Frappier Turner & Engel, LLP wdecf@BDFGROUP.com, marshak@BDFGroup.com
         Timothy A. Davidson, II    on behalf of Debtor    Cointerra, Inc. tdavidson@akllp.com
         Timothy R. Casey    on behalf of Creditor    Open-Silicon, Inc. timothy.casey@dbr.com, daniel.northrop@dbr.com
         United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
         Willard Proctor, Jr.    on behalf of Creditor Michael  Vick willard@wpjrlaw.com
                                                                                                                                     TOTAL: 23