**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 20, 2017.**

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109-hcm |
| | § | |
| COINTERRA, INC. | § | |
| | | |
| DEBTOR(S). | § | CHAPTER 7 PROCEEDING |

Order Granting Trustee's Objection To
Claim Docket 22-1 Filed by Jan Turza in the Amount of $22,705.56

On the day this Order was signed, came to be considered the Trustee's Objection to claim docket no. 22-1 Filed by Jan Turza in the amount of $22,705.56, which seeks allowance of the proof of claim as follows:

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| Claim-22-1 | Jan Turza<br>Beethovenova 10<br>Nitra, Slovak Republic 94911 | Creditor filed the claim in the amount of $22,705.56, as a secured claim but is being reclassified as unsecured in the amount of $22,705.56. |

        Claim docket no. 22-1 Filed by Jan Turza in the amount of $22,705.56 should be allowed as unsecured. It is further

        ORDERED, ADJUDGED & DECREED that the Trustee's Objection to Claim Docket . 22-1 Filed by Jan Turza in the amount of $22,705.56, is GRANTED and the claim is allowed in the amount of $22,705.56 as unsecured. It is further

        ORDERED that a copy of the Order will be served by the Clerk's Office upon the claimant, at the name and address on the certificate of mailing:

Jan Turza  
Beethovenova 10  
Nitra, Slovak Republic 94911

###

RANDOLPH N. OSHEROW  
342 West Woodlawn, Suite 100  
San Antonio, Texas 78212  
(210) 738-3001 - Telephone  
rosherow@hotmail.com

```
                           United States Bankruptcy Court
                             Western District of Texas
In re:                                                                 Case No. 15-10109-hcm
Cointerra, Inc.                                                        Chapter 7
          Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0542-1          User: boydl                 Page 1 of 1                  Date Rcvd: Dec 20, 2017
                              Form ID: pdfintp            Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2017.
db             +Cointerra, Inc.,    11130 Jollyville Rd.,   Suite 303,    Austin, TX 78759-5593
                Jan Turza,    Beethovenova 10,    Nitra Slovak Republic 94911

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2017 at the address(es) listed below:
              David F. Brown    on behalf of Creditor    CenturyLink Communications LLC dbrown@ebbr-law.com,
               dj3brown@yahoo.com
              Edwin Paul Keiffer    on behalf of Creditor    Fortis Advisors LLC, Collateral Agent
               pkeiffer@romclaw.com,    bwallace@romclaw.com
              Joseph P. Rovira    on behalf of Debtor    Cointerra, Inc. josephrovira@andrewskurth.com,
               josephrovira@andrewskurth.com
              Kell C. Mercer    on behalf of Trustee Randolph N Osherow kell.mercer@mercer-law-pc.com
              Kell C. Mercer    on behalf of Plaintiff Randolph N. Osherow kell.mercer@mercer-law-pc.com
              Kell C. Mercer    on behalf of Interested Party Kell   Mercer kell.mercer@mercer-law-pc.com
              Kell C. Mercer    on behalf of Plaintiff Randolph N Osherow kell.mercer@mercer-law-pc.com
              Kell C. Mercer    on behalf of Plaintiff Randolph N. (as Chapter 7 Trustee) Osherow
               kell.mercer@mercer-law-pc.com
              Kimberly A. Walsh    on behalf of Creditor    Texas Comptroller of Public Accounts
               bk-kwalsh@oag.texas.gov,    sherri.simpson@oag.texas.gov
              Lynn Saarinen    on behalf of Plaintiff    Future Electronics Corp. lynnsaarinen@gmail.com,
               ahewes@bn-lawyers.com;lbagley@bn-lawyers.com;ssather@bn-lawyers.com;kelliott@bn-lawyers.com
              Lynn Saarinen    on behalf of Creditor    Future Electronics Corp. lynnsaarinen@gmail.com,
               ahewes@bn-lawyers.com;lbagley@bn-lawyers.com;ssather@bn-lawyers.com;kelliott@bn-lawyers.com
              Marcus A. Helt    on behalf of Creditor    Open-Silicon, Inc. mhelt@gardere.com,
               acordero@gardere.com;chernandez@gardere.com
              Mark H. Ralston    on behalf of Defendant    Applied Circuit Technology, Inc. d/b/a Automated
               Circuit Design mralston@fishmanjackson.com,
               amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com
              Mark H. Ralston    on behalf of Creditor    Applied Circuit Technology d/b/a Automated Circuit
               Design mralston@fishmanjackson.com,
               amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com
              R. Adam Swick    on behalf of Creditor    C7 Data Centers, Inc. aswick@rctlegal.com,
               mmyers@rctlegal.com;tstone@rctlegal.com;kvomacka@rctlegal.com
              Randolph N Osherow    on behalf of Trustee Randolph N Osherow rosherow@hotmail.com,
               rosherow@ecf.epiqsystems.com
              Randolph N Osherow    rosherow@hotmail.com,    rosherow@ecf.epiqsystems.com
              Steve Turner    on behalf of Trustee Randolph N Osherow wdecf@BDFGROUP.com,   marshak@BDFGroup.com
              Steve Turner    on behalf of Creditor    Barrett Daffin Frappier Turner & Engel, LLP
               wdecf@BDFGROUP.com,    marshak@BDFGROUP.com
              Timothy A. Davidson, II    on behalf of Debtor    Cointerra, Inc. tdavidson@akllp.com
              Timothy R. Casey    on behalf of Creditor    Open-Silicon, Inc. timothy.casey@dbr.com,
               daniel.northrop@dbr.com
              United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
              Willard Proctor, Jr.    on behalf of Creditor Michael   Vick willard@wpjrlaw.com
                                                                                              TOTAL: 23
```