**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 15-10109-HCM** |
| **COINTERRA, INC.** | § | |
| | § | |
| | § | **(CHAPTER 7)** |
| **DEBTORS** | § | |

**ORDER APPROVING TRUSTEE'S APPLICATION**
**FOR COMPENSATION AND EXPENSES- RE: AMENDED TRUSTEE'S FINAL**
**REPORT AND ACCOUNT**

CAME ON FOR CONSIDERATION, the Application for Trustee's Compensation and Expenses ("Application") in which Randolph N. Osherow, the chapter 7 trustee for the estate requests compensation in the amount of $1,356.75 and reimbursement of expenses in the amount of $227.62.  The Court having determined that the request for compensation and expenses should be granted, it is

ORDERED that Trustee's Application is granted, it is further

ORDERED that compensation in the amount of $1,356.75 is allowed; it is further

ORDERED that reimbursement of expenses in the amount of $227.62 is allowed; and it is further

ORDERED that in the event additional interest income accrues on estate funds prior to the distribution of funds by the chapter 7 trustee, the chapter 7 trustee shall be entitled to compensation on the distribution of the additional interest amounts in accordance with 11 U.S.C. § 326(a), without further Order of the Court.

###