**UNITED STATES BANKRUPTCY COURT**
WESTERN **DISTRICT OF** TEXAS
AUSTIN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COINTERRA, INC. | § | Case No. 15-10109 HCM |
| | § | |
| Debtor | § | |

**NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RANDOLPH N. OSHEROW, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

OFFICE OF THE CLERK
903 SAN JACINTO BOULEVARD, #322
AUSTIN, TEXAS 78701

TO: ALL CREDITORS AND OTHER PARTIES IN INTEREST.

IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THE TRUSTEE'S FINAL REPORT. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF THIS NOTICE, TOGETHER WITH A REQUEST FOR A HEARING AND SERVE A COPY OF BOTH UPON THE TRUSTEE, ANY PARTY WHOSE APPLICATION IS BEING CHALLENGED AND THE UNITED STATES TRUSTEE, AT THE ADDRESSES SHOWN ON THE REVERSE SIDE HEREOF; OTHERWISE THE COURT MAY TREAT THE TRUSTEE'S FINAL REPORT AS UNOPPOSED AND GRANT THE RELIEF.

Date Mailed: 04/27/2018 By: /s/ RN OSHEROW
Chapter 7 Trustee

*RANDOLPH N. OSHEROW*
*342 West Woodlawn, Suite 100*
*San Antonio, TX 78212*

**UNITED STATES BANKRUPTCY COURT**
WESTERN **DISTRICT OF** TEXAS
AUSTIN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COINTERRA, INC. | § | Case No. 15-10109 HCM |
| | § | |
| Debtor | § | |

**SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 148,310.36 |
| and approved disbursements of | $ | 62,396.68 |
| leaving a balance on hand of[1] | $ | 85,913.68 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | WRIGHT GINSBERG BUSILOW, PC | $ 8,313.04 | $ 8,313.04 | $ 8,313.04 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 85,913.68 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RANDOLPH N. OSHEROW | $ 10,665.52 | $ 9,308.77 | $ 1,356.75 |
| Trustee Expenses: RANDOLPH N. OSHEROW | $ 2,156.36 | $ 1,928.74 | $ 227.62 |
| Attorney for Trustee Fees: BARRETT DAFFIN FRAPPIER TURNER & | $ 27,565.00 | $ 27,565.00 | $ 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Expenses: BARRETT DAFFIN FRAPPIER TURNER & | $ 457.47 | $ 457.47 | $ 0.00 |
| Accountant for Trustee Fees: JANET RAKOWITZ | $ 1,125.00 | $ 1,125.00 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 88.76 | $ 88.76 | $ 0.00 |
| Other: KELL C. MERCER | $ 7,840.00 | $ 7,840.00 | $ 0.00 |
| Other: KELL C. MERCER | $ 3,478.07 | $ 3,478.07 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 1,584.37

Remaining Balance $ 84,329.31

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 17,482.76 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000041 | Texas Workforce Commission | $ 1,340.78 | $ 0.00 | $ 1,340.78 |
| 000057 | Comptroller of Public Accounts | $ 16,141.98 | $ 0.00 | $ 16,141.98 |

Total to be paid to priority creditors $ 17,482.76

Remaining Balance $ 66,846.55

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,459,371.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | BCF LLP | $ 2,013.49 | $ 0.00 | $ 3.25 |
| 000002 | Zachary Cullen | $ 3,864.00 | $ 0.00 | $ 6.23 |
| 000003 | BDO USA LLP | $ 128,400.00 | $ 0.00 | $ 207.02 |
| 000004 | McGrath RentCorp dba TRS-RenTelco | $ 245.52 | $ 0.00 | $ 0.40 |
| 000005 | Sebastian Tarach | $ 5,273.05 | $ 0.00 | $ 8.50 |
| 000006 | Tekhne, LLC | $ 14,970.92 | $ 0.00 | $ 24.14 |
| 000007 | Brett Hansmeier | $ 6,131.76 | $ 0.00 | $ 9.89 |
| 000008 | Future Electronics Corp. | $ 1,961,580.46 | $ 0.00 | $ 3,162.73 |
| 000009 | Jason Kusuma | $ 7,999.00 | $ 0.00 | $ 12.90 |
| 000010 | Kit Hui | $ 6,386.42 | $ 0.00 | $ 10.29 |
| 000011 | Mark Kim | $ 25,456.70 | $ 0.00 | $ 41.04 |
| 000012 | Christopher Snook | $ 7,999.00 | $ 0.00 | $ 12.90 |
| 000013 | Ryan Jauregui | $ 2,223.15 | $ 0.00 | $ 3.58 |
| 000014 | Yewulsew Amare | $ 6,122.05 | $ 0.00 | $ 9.87 |
| 000015 | Afzal Ahmed | $ 5,000.00 | $ 0.00 | $ 8.06 |
| 000016 | Ben Henneman | $ 5,999.00 | $ 0.00 | $ 9.68 |
| 000017 | Matthew Knight | $ 5,999.00 | $ 0.00 | $ 9.67 |
| 000018 | John Durcan | $ 23,996.00 | $ 0.00 | $ 38.69 |
| 000019 | Arrow Electronics, Inc. | $ 80,903.84 | $ 0.00 | $ 130.44 |
| 000020 | Viriton, LLP | $ 15,120.00 | $ 0.00 | $ 24.38 |
| 000021 | Austin Foam Plastics, Inc. | $ 31,878.06 | $ 0.00 | $ 51.40 |
| 000022 | Jan Turza | $ 22,705.56 | $ 0.00 | $ 36.61 |
| 000023 | Brian Chase | $ 879.53 | $ 0.00 | $ 1.42 |
| 000024 | Eliran Itzhaki | $ 20,000.00 | $ 0.00 | $ 32.25 |
| 000025 | Kevin Schmitz | $ 6,563.82 | $ 0.00 | $ 10.58 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000026 | Cadence Design Systems, Inc. | $ 60,000.00 | $ 0.00 | $ 96.74 |
| 000027 | Erick Argueta | $ 6,000.00 | $ 0.00 | $ 9.67 |
| 000028 | Chunliu Shen | $ 9,998.00 | $ 0.00 | $ 16.12 |
| 000029 | William Gaskins | $ 0.00 | $ 0.00 | $ 0.00 |
| 000030 | Tom Belanger | $ 1,775.40 | $ 0.00 | $ 2.86 |
| 000031 | Sean Sadel-Stevens | $ 2,813.10 | $ 0.00 | $ 4.54 |
| 000032 | Gabriel Politzer | $ 10,000.00 | $ 0.00 | $ 16.12 |
| 000033 | Nampil Chousein | $ 6,571.89 | $ 0.00 | $ 10.60 |
| 000034 | Bill Chow | $ 6,325.70 | $ 0.00 | $ 10.20 |
| 000035 | Miquel Axel Estelrich Rullan | $ 5,999.00 | $ 0.00 | $ 9.67 |
| 000036 | Indium Corporation of America | $ 36,450.00 | $ 0.00 | $ 58.77 |
| 000037 | Kournikov Andrei, Dapfor | $ 5,999.00 | $ 0.00 | $ 9.67 |
| 000038 | Martin Nachev | $ 3,483.50 | $ 0.00 | $ 5.62 |
| 000039 | Ramakanth Gouru | $ 5,999.00 | $ 0.00 | $ 9.67 |
| 000040 | Wilson Sonsini Goodrich and Rosati | $ 2,135,936.83 | $ 0.00 | $ 3,443.85 |
| 000042 | Walter Thamm | $ 9,998.00 | $ 0.00 | $ 16.13 |
| 000043 | P R C FERNANDO | $ 999.00 | $ 0.00 | $ 1.61 |
| 000044 | Fortis Advisors, LLC, Collateral Agent | $ 4,560,154.66 | $ 0.00 | $ 7,352.51 |
| 000045 | Eric Nydegger | $ 99,980.00 | $ 0.00 | $ 161.20 |
| 000046 | Glyn Lewis | $ 6,406.71 | $ 0.00 | $ 10.33 |
| 000047 | Stuart Caborn | $ 5,183.02 | $ 0.00 | $ 8.36 |
| 000048 | Cointerra, Inc. | $ 9,997.00 | $ 0.00 | $ 16.12 |
| 000049 | Eric Conkle | $ 6,313.71 | $ 0.00 | $ 10.18 |
| 000050 | Michael Vick | $ 500,359.90 | $ 0.00 | $ 806.75 |
| 000051 | Mikulas Kiss | $ 7,999.00 | $ 0.00 | $ 12.90 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000052 | Nathan Davis | $ 10,247.25 | $ 0.00 | $ 16.52 |
| 000053 | Brendan Murray | $ 6,616.26 | $ 0.00 | $ 10.67 |
| 000054 | Stanley Wing Hong Leung | $ 5,999.00 | $ 0.00 | $ 9.67 |
| 000055 | Lautaro Cline | $ 138,229.59 | $ 0.00 | $ 222.87 |
| 000056 | Joshua Jong | $ 6,592.63 | $ 0.00 | $ 10.63 |
| 000058 | Heiko Juch | $ 5,999.00 | $ 0.00 | $ 9.67 |
| 000059 | Michael Poolman | $ 0.00 | $ 0.00 | $ 0.00 |
| 000060 | Mr. Balbir a/k/a Bill Chepal | $ 12,594.85 | $ 0.00 | $ 20.31 |
| 000061 | Quail Electronics | $ 22,215.19 | $ 0.00 | $ 35.82 |
| 000062 | Michael Poolman | $ 3,531.32 | $ 0.00 | $ 5.69 |
| 000063 | J Nos Richter | $ 3,900.88 | $ 0.00 | $ 6.29 |
| 000064 | Miklos Gaebler | $ 7,762.00 | $ 0.00 | $ 12.51 |
| 000065 | David G P Allan | $ 51,250.00 | $ 0.00 | $ 82.64 |
| 000066 | Eric Peterson | $ 12,526.70 | $ 0.00 | $ 20.20 |
| 000067 | Jessica Ieraci | $ 10,471.00 | $ 0.00 | $ 16.88 |
| 000068 | Diran Martin Yousoufian | $ 6,000.00 | $ 0.00 | $ 9.67 |
| 000069 | Diran Martin Yousoufian | $ 0.00 | $ 0.00 | $ 0.00 |
| 000070 | P R C FERNANDO | $ 999.00 | $ 0.00 | $ 1.61 |
| 000071 | Shu Dong | $ 6,301.38 | $ 0.00 | $ 10.16 |
| 000072 | Michael Peacock | $ 6,817.55 | $ 0.00 | $ 10.99 |
| 000073 | United Parcel Service | $ 161,735.38 | $ 0.00 | $ 260.78 |
| 000074 | Kassite Limited | $ 147,464.62 | $ 0.00 | $ 237.76 |
| 000075 | Kyle Askine | $ 500.00 | $ 0.00 | $ 0.81 |
| 000076 | Regal Research and Mfg. Co. LLC | $ 169,437.51 | $ 0.00 | $ 273.19 |
| 000077 | Open-Silicon, Inc. | $ 12,251,141.84 | $ 0.00 | $ 19,752.99 |
| 000078 | Donald Crock | $ 6,124.00 | $ 0.00 | $ 9.87 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000079 | Guilherme Cherman Perdigao de Oliveira | $ 5,999.00 | $ 0.00 | $ 9.67 |
| 000080 | Sharon Boone | $ 6,311.39 | $ 0.00 | $ 10.18 |
| 000081 | Michael Denham | $ 8,598.00 | $ 0.00 | $ 13.86 |
| 000082 | Laszlo Tukacs | $ 11,999.00 | $ 0.00 | $ 19.35 |
| 000083 | Vladimir Zdorov | $ 6,386.42 | $ 0.00 | $ 10.30 |
| 000084 | Michael Diemer | $ 6,129.56 | $ 0.00 | $ 9.88 |
| 000085 | Michael Diemer | $ 0.00 | $ 0.00 | $ 0.00 |
| 000086 | William Gaskins | $ 6,127.42 | $ 0.00 | $ 9.88 |
| 000087 | Bo Yang | $ 4,500.00 | $ 0.00 | $ 7.26 |
| 000088 | Bogdan Bivolaru | $ 5,196.00 | $ 0.00 | $ 8.38 |
| 000089 | Omni Logistics | $ 66,280.16 | $ 0.00 | $ 106.87 |
| 000090 | Quentin Gomez Jr. | $ 4,000.00 | $ 0.00 | $ 6.45 |
| 000091 | C7 Data Centers, Inc. | $ 5,394,113.92 | $ 0.00 | $ 8,697.13 |
| 000092 | Ali Abdulsattar Al Beshri | $ 273,996.00 | $ 0.00 | $ 441.77 |
| 000093 | John Kelly | $ 5,000.00 | $ 0.00 | $ 8.06 |
| 000094 | B.F.T.J JESPERS | $ 6,494.21 | $ 0.00 | $ 10.47 |
| 000095 | Pietro Brivio | $ 6,449.68 | $ 0.00 | $ 10.40 |
| 000096 | Pietro Brivio | $ 0.00 | $ 0.00 | $ 0.00 |
| 000097 | Kelley Britenbaker | $ 2,804.17 | $ 0.00 | $ 4.52 |
| 000098 | FedEx TechConnect, Inc. | $ 1,573.63 | $ 0.00 | $ 2.54 |
| 000099 | Venugopal Badaravada | $ 12,614.00 | $ 0.00 | $ 20.34 |
| 000100 | CenturyLink Communications, LLC | $ 11,420,975.02 | $ 0.00 | $ 18,414.48 |
| 000101 | Andrews Kurth LLP | $ 184,513.27 | $ 0.00 | $ 297.50 |
| 000102 | United Parcel Service Inc. | $ 46,529.92 | $ 0.00 | $ 75.02 |
| 000103 | UPS Supply Chain Solutions, Inc. | $ 113,035.43 | $ 0.00 | $ 182.25 |
| 000104 | Grzegorz Saganski | $ 15,998.00 | $ 0.00 | $ 25.79 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000105 | Yimin Wang | $ 5,999.00 | $ 0.00 | $ 9.68 |
| 000106 | Douglas Wall | $ 6,598.13 | $ 0.00 | $ 10.64 |
| 000107 | Wei Cao | $ 6,485.04 | $ 0.00 | $ 10.46 |
| 000108 | Joston Pinto | $ 6,131.76 | $ 0.00 | $ 9.89 |
| 000109 | Thijs Van Den Berg | $ 15,000.00 | $ 0.00 | $ 24.18 |
| 000110 | Tuur Dirk Demeester | $ 119,400.00 | $ 0.00 | $ 192.51 |
| 000111 | Marc Delgado | $ 6,300.18 | $ 0.00 | $ 10.16 |
| 000112 | Synopsys, Inc. | $ 191,324.52 | $ 0.00 | $ 308.48 |
| 000113 | Jakub Hodan | $ 19,996.00 | $ 0.00 | $ 32.24 |
| 000114 | Hannacott SA | $ 157,460.72 | $ 0.00 | $ 253.88 |
| 000115 | Mattia Baldinger | $ 5,000.00 | $ 0.00 | $ 8.06 |
| 000116 | Applied Circuit Technology, Inc. | $ 308,259.76 | $ 0.00 | $ 497.02 |
| 000117 | Panos Skaltsas | $ 14,477.74 | $ 0.00 | $ 23.34 |
| 000118 | Christian Sprajc | $ 5,999.00 | $ 0.00 | $ 9.67 |
| 000119 | Michael Delgado | $ 6,000.00 | $ 0.00 | $ 9.67 |
| 000121 | Andrew Waldorf | $ 6,117.49 | $ 0.00 | $ 9.87 |
| 000122 | Jasper Friend | $ 6,287.85 | $ 0.00 | $ 10.14 |

Total to be paid to timely general unsecured creditors $ 66,846.55

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ RN OSHEROW
Chapter 7 Trustee

*RANDOLPH N. OSHEROW*
*342 West Woodlawn, Suite 100*
*San Antonio, TX 78212*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Western District of Texas

In re:
Cointerra, Inc.
Debtor

Case No. 15-10109-hcm
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0542-1 User: beniteze Page 1 of 9 Date Rcvd: May 17, 2018
Form ID: pdfapac Total Noticed: 431

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2018.

db +Cointerra, Inc., 11130 Jollyville Rd., Suite 303, Austin, TX 78759-5593
aty +Bernard C. Devieux, Reed Smith LLP, 1201 N. Market St, Ste. 1500, Wilmington, DE 19801-1163
cr +Barrett Daffin Frappier Turner & Engel, LLP, 3809 Juniper Trace, Suite 205, Austin, TX 78738-5538
cr C7 Data Centers, Inc., c/o R. Adam Swick, Building C, Suite 300, Austin, TX 78746
cr +Fortis Advisors LLC, Collateral Agent, c/o E. P. Keiffer, Wright Ginsberg Brusilow PC, 325 N. St. Paul Street, Suite 4150, Dallas, TX 75201-3861
intp +Janet Rakowitz, WYSI WYG Consulting, 11024 Macaway, #2, Adkins, TX 78101-9427
intp +Kell Mercer, Brown McCarroll, L.L.P., 1602 E. Cesar Chavez Street, Austin, TX 78702-4456
cr +Omni Logistics Inc, c/o Alan Gerger and Loyd Neal, 3006 Brazos, Houston, TX 77006-3418
cr Texas Comptroller of Public Accounts, Kimberly A. Walsh, c/o Sherri K. Simpson, Paralegal, P.O. Box 12548, Austin, TX 78711-2548
16347275 101049658 SK Ltd., 518 Queen St, SASKATOON, SK , CANADA, S7K 0M5
16347276 2026860 Ontario Inc., 606-77 Avenue Rd, TORONTO, ON , CANADA, M5R 3R8
16347277 682501 Alberta Ltd., 26 Wellington St E, Suite 920, TORONTO, ON, CANADA, M5E 1S2
16347279 +ACD, 1250 American Pkwy, Richardson, TX 75081-2931
16347282 AFP Corrugated, Inc, 933 South A W Grimes Boulevard, Pflugerville, TX 78660
16347278 Abraham Ambar, Christoph Merian-Ring, 29AREINACH, BASEL-LAND, SWITZERLAND 4153
16347280 Adam Atlas, 5585 Monkland Ave., Suite 150, MONTREAL, QUEBEC, CANADA H4A 1E1
16347281 Adam Gobeil, 128 Canso St, AIR RONGE, SK, CANADA S0J 3G0
16347283 +Afzal Ahmed, 66A Robert Ford Road, Watertown, MA 02472-3011
16347284 +Alan Witte, 2432 Acorn Drive, Atco, NJ 08004-1138
16347285 Albert Azzolini, 104 Carl Avn., THUNDER BAY, ON, CANADA P7B 4Z5
16347288 Alexander Niazi, 15 Bordeston Court, The Ham, Brentford, MIDDLESEX, GREAT BRITAIN TW8 8HW
16347289 Alexander Strizhakov, Pr. Prosvescheniya 66, 96, SAINT-PETERSBURG,RUSSIA, RUSSIA 194292
16445722 Ali Abdulsattar Al Beshri, Emir Mansouri, P.O. Box 3459, Doha-Qatar
16347290 Alvaro Alcala, Carrizal #4, QUERETARO, CORREGIDORA, MEXICO 76905
16347291 An Yi Chng, Blk 645 Pasir Ris Drive 10 #12-14, SINGAPORE, SINGAPORE 510645
16347292 Ander Elosegi, Legazpi 10 4A, IRUN, GIPUZKOA, SPAIN 203024
16347293 +Andre Stechert, 375 6th Avenue, Brooklyn, NY 11215-3331
16347294 Andreas Engel, Goethestr. 136, MAINTAL, GERMANY 63477
16347295 Andreas Holzmann, Pfarrle 7C, AUGSBURG, GERMANY 86152
16347296 Andreas Textor, Saarbrucker Strasse 5, COTTBUS, GERMANY 3048
16347297 Andrei Kournikov, 18, Allee De La Pagerie, RUEIL-MALMAISON, FRANCE 92500
16347298 Andrej Andrienko, Ulica Hrunicheva, Dom 27, Kv.2, STAHANOV,LUGANSKAJA OBLAST,UKRAINE 94013
16457430 #+Andrew Waldorf, 6300 E. Hampden Avenue #3230, Denver, CO 80222-7694
16347299 +Andrew Waldorf, 4747 Whitehall Drive, Englewood, CO 80111-1139
16453379 +Andrews Kurth LLP, ATTN: Timothy A. Davidson II, 600 Travis, Suite 4200, Houston, Texas 77002-2929
16347300 +Andrews Kurth, LLP, 600 Travis Street, Suite 4200, Houston, TX 77002-2929
16347301 Andrey Balakirev, Sofii Kovalevskoy St., H.14, Corp.1, Apt.63, ST. PETERSBURG, , RUSSIA 195256
16347302 Anita Berkis, 26 Wellington Street East, Suite 910, TORONTO, ON , CANADA, M5E 1S2
16347303 #+Anthony Santoni, 6220 Murray Drive, Apt 26-E, Hanahan, SC 29410-2140
16347304 Aofa Lan, Beijing Haidianqu Huayuan Road No.35, BEIJING, CN2, CHINA 100191
16456117 +Applied Circuit Technology, Inc., c/o Mark Ralston, Fishman Jackson PLLC, Three Galleria Tower, 13155 Noel Road, Suite 700, Dallas, TX 75240-5030
16347305 +Arelis Duriettz, 11603 State Street, Lynwood, CA 90262-4124
16347306 Arpad Szijgyarto, Bolcsode Utca 2/A, 40563, VERESEGYHAZ, HUNGARY 2112
16347307 Arrow, 7459 S. Lima Street, Englewood, CO 80112-3879
16383670 #+Arrow Electronics, Inc., C/O NAC Risk Recovery, 7459 South Lima St, Englewood, CO 80112-3879
16347308 +Arsen Zyka, 408 Bridgeway Court, Oak Brook, IL 60523-2578
16347309 Artur Kr ger, Weizenweg 6, BARBING, GERMANY 93092
16384518 Austin Foam Plastics, Inc., 2933 A W Grimes Blvd, Attn: Gretchen Shipman, Pflugerville, TX 78660-5292
16347310 Azrul Tebi, No1, Jalan Prima Saujana 1/4D, Taman Prima Saujana, KAJANG, SGR, MALAYSIA 43000
16447564 B.F.T.J JESPERS, Linus Paulingweg 12, THE NETHERLANDS ( HOLLAND ), Rotterdam, AR 3069-NM
16351350 BCF LLP, 1100 RENE LEVESQUE BLVD WEST, 25th FLOOR, MONTREAL QUEBEC, CA H3B-5C9
16347314 +BDO, 330 North Wabash, Suite 3200, Chicago, IL 60611-7610
16353000 +BDO USA LLP, Attn: Laurence W. Goldberg, 4135 Mendenhall Oak Pkwy #140, High Point NC 27265-8051
16347311 Bank of America, Attn Alan Kramer, 515 Congress Ave11th Floor, Austin, TX 78701
16347312 Baris Polatli, 100. Yil Cad., Suleyman Kilit, Apt. No:29/4, ANTALYA, TUR, TURKEY 7050
16347313 +Bart R McDonough, c/o Certifiable Solutions, 201 David L Boren Boulevard, Suite 250, Norman, OK 73072-7338
16347315 Ben Henneman, 1 The Courtyard, Gas Street, Birmingham, WEST MIDLANDS, GREAT BRITAIN B1 2JT
16347316 Benjamin Ambar, Christop-Merian Ring 29A, REINACH, SWITZERLAND 4153
16347317 Bernd Morstedt, Thamsbrucker Landstrasse 15C, BAD LANGENSALZA, GERMANY 99947
16347319 +Bill Chow, 19745 Colima Road, Ste #1-128, Rowland Heights, CA 91748-3219
16347320 +Bo Yang, 6 Valerie Avenue, Jericho, NY 11753-2412

District/off: 0542-1 User: beniteze Page 2 of 9 Date Rcvd: May 17, 2018
Form ID: pdfapac Total Noticed: 431

16347321 Bogdan Bivolaru, Traian Popovici, Nr 89, Block B10, 6Th Floor, Apt 38, BUCHAREST, ROMANIA 31422
16347323 Boudewijn Jespers, Linus Paulingweg 12, ROTTERDAM, NETHERLANDS 3069NM
16347324 Brad White, 3 May St, TORONTO, ON , CANADA, M4W 2X9
16347325 #+Brandon Bohn, 3133 S Acoma Street, Englewood, CO 80110-2411
16347327 Brendan Murray, 11 Bridge St, HAMILTON, NSW, AUSTRALIA 2303
16347328 Brett Green, Braxted, Warren Road,, PURLEY, SURREY, GREAT BRITAIN CR8 1AE
16347329 +Brett Hansmeier, 100 Old River Road, Suite 100, Andover, MA 01810-1030
16347330 +Brian Chase, 445 Auldon Court, Se, Smyrna, GA 30082-3103
16347331 Brian Gibbs, PO BOX 29004 111-1715 Preston Ave N, 111-1715 Preston Ave, SASKATOON, SK , CANADA, S7N 4V2
16347332 +Brian Huddleston, 203 Rock Hound Ln, Liberty Hill, TX 78642-4367
16347333 +Brian Smith, 2511 Scanlan Place, Santa Clara, CA 95050-5540
16347335 Bruce Belanger, 19 Rue De Calais, BLAINVILLE, QC, CANADA J7C 5C4
16347336 Bruno Hatajima, Rua Joaquim Capela Sobrinho, 54, SAO PAULO, SP, BRAZIL 4144090
16347337 +Bryan Wyatt, 4917 NE 8th Street, Renton, WA 98059-7745
16347338 Byron Sin, 3 Shum Wan Road, Flat F, Floor 13, Blk1, South Wave Court, WONG CHUK HANG, HONG KONG
16347339 +C7 Data Centers, 14944 Pony Express Drive, Bluffdale, UT 84065-4801
16373944 +C7 Data Centers, Inc., c/o R. Adam Swick, Reid Collins & Tsai, 1301 S Capital of Texas Hwy, C-300, Austin, TX 78746-6550
16347341 +Cadence Design Systems, 2655 Seely Avenue, San Jose, CA 95134-1931
16394928 +Cadence Design Systems, Inc., c/o Commercial Collection Consultants, 16830 Ventura Blvd., Suite 620, Encino, CA 91436-1727
16347342 +Cameron Iati, 118 17Th Ave North, Jacksonville Beach, FL 32250-7438
16347343 Carlos Alvarez Fernandez, Paseo Del Pintor Rosales 30 5 C, MADRID, M, SPAIN 28008
16347344 Carlos Muelas, Avda Del Camino De Santiago, 45 Portal B 2C, MADRID, M, SPAIN 28050
16422951 +CenturyLink QCC/CenturyLink TS, Reed Smith LLP, Attn: Kurt F. Gwynne, Esq., 1201 N. Market Street, Ste 1500, Wilmington, DE 19801-1163
16422953 +CenturyLink QCC/CenturyLink TS, Century Link Law Dept., Attn: Mitchell W. Katz, Esq., 1801 California, Street, 9th Flr., Denver, CO 80202-2612
16422952 +CenturyLink QCC/CenturyLink TS, Ewell, Brown & Blanke LLP, Attn: David F. Brown, Esq., 111 Congress Ave., 28th Floor, Austin, TX 78701-4050
16347346 +CenturyLink Technology Solutions, 1801 California Street, #900, Denver, CO 80202-2609
16475263 +Centurylink Communications LLC, c/o David F Brown, Ewell Brown & Blanke LLP, 111 Congress Ave 28th Floor, Austin, TX 78701-4050
16475264 +Centurylink Law Dept, Attn Mitchell W Katz, 1801 California St 9th FL, Denver, CO 80202-2658
16475262 +Centurylink Technology Solutions, c/o Kurt F Gwynne, Reed Smith LP, 1201 N Market St Ste 1500, Wilmington, DE 19801-1163
16347347 +Chad Eller, 1910 Lomita Drive, San Leandro, CA 94578-1218
16347348 Chakrit Sakunkrit, 23F M Thai Tower, 87 Wireless Road, BANGKOK, TH-10, THAILAND 10330
16347349 Chris Verdev, Talstr.49, GREVENBROICH, GERMANY 41516
16347350 Christian Speichert, Haabageilen 28, SANDNES, NORWAY 4325
16347351 Christian Spracjc, Niederloericker Str 62, MEERBUSCH, GERMANY 40667
16456431 Christian Sprajc, Niederdonker Str. 34, Germany, Dsseldorf, AK 40547
16347352 +Christopher Snook, 25457 Se 42Nd Place, Issaquah, WA 98029-7779
16347353 Chunliu Shen, 56 Ffordd Dryden, Killay, SWANSEA, WALES, GREAT BRITAIN SA2 8PP
16402191 +Cointerra, Inc., Mehdi Soleimankhani, 1249 15th. street, Los Osos, CA 93402-1415
16403117 +Comptroller of Public Accounts, c/o Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin TX 78711-2548, ( 78711-2548
16347355 CoolIT Systems, 2928 Sunridge Way NE, #10, Calgary, AB CANADA T1Y 7H9
16347356 +Cothrons Safe and Locks, 225 Tech Park Drive, Rochester, NY 14623-2444
16347357 +Cothrons Security Solutions, 8120 Exchange Drive, Ste 100, Austin, TX 78754-5234
16347358 +Dan Seliger, 23403 East Mission Avenue #118, Liberty Lake, WA 99019-7624
16347359 Dana Gilman, c/o Fidelity Clearing Canada, 200-483 Bay St, South Tower, TORONTO, ON, CANADA, M5G 2N7
16347360 Daniel Mester, Allenby 9, HAIFA, ISRAEL 34678
16347361 +Darrell Benjamin, P.O. Box 1546, 8 Dixie Ct, Round Mountain, NV 89045-1546
16347362 Darren Dittmer or Ellen Shong Leong, 308 Hidden Ranch Circle NW, CALGARY, AB, CANADA, T3A 5R2
16347363 #+David Brown, 5 Elston Street, Somerville, MA 02144-3111
16347364 David G P Allan, 90 Winchester St T, TORONTO, ON, CANADA, M4X 1B2
16347365 David Gargaro, 9 Hyland Ave, ETOBICOKE, ON , CANADA, M8X 1P8
16347366 +David Garza, 6016 Windsor Drive, Fairway, KS 66205-3347
16347367 #+David Morris, 539 5Th Avenue, San Francisco, CA 94118-3928
16347368 David Rowe, 42 Arkwright Road, LONDON, GREAT BRITAIN NW3 6BH
16347369 +Dell Jensen, 516 E. Main Street, Nyssa, OR 97913-3564
16347370 Dennis Spreen, Max-Eyth-Str. 55, ERBACH, GERMANY 89155
16347371 +Derek Anderson, 6179 Iris Way, Arvada, CO 80004-5154
16347372 Diego Eskenazi, Camino Centenario Y Diagonal 92, CITY BELL, BS. AS. , ARGENTINA 1896
16347373 Diego Visconti, Suite B.29, Harley Street, LONDON, GREAT BRITAIN W1G 9QR
16410664 Diran Martin Yousoufian, Moreno 1183, 4TO A CP 2000, Rosario, Santa Fe, Argentina AK 1-1
16347374 Diran Yousoufian, Moreno 1183, 4To A, ROSARIO, SANTA FE, ARGENTINA 2000
16347375 Dirk Calles, Gr nstr., 6, HERZOGENRATH, GERMANY 52134
16347376 Dmitry Ermolaev, Volgogradskiy Prospekt, 26A-12, MOSCOW, RUSSIA 109316
16347378 Donald S McFarlane, 26 Wellington Street East, Suite 900, TORONTO, ON , CANADA, M5E 1S2
16347379 Dorothy Platzer, 401 Dalhousie Cres, SASKATOON, SK , CANADA, S7H 3S3
16347380 Douglas Wall, 3 Rollesby Street, Hoon Hay, CHRISTCHURCH, CT, NEW ZEALAND 8025

16347381 Dr. James McHattie Medical Prof. Corp, 1821 Rose Street, REGINA, SK, CANADA S4P 1Z7
16347382 +Ed Buenviaje, 1501 W Horatio Street, 109, Tampa, FL 33606-2109
16347383 Edward M. Mullins, Astigarraga Davis Mullins, 1001 Brickell Drive, 9th Floor, Miami, FL 33131
16347384 Edwin Valentine, 40 Cobbler Cres, TORONTO, ON, CANADA M3N 2Y7
16347385 Eliran Itzhaki, 5 Landau, Apt. 7, RAMAT GAN, ISRAEL 52282
16347386 Emir Mansouri, EM, Al Waab, Salwa Road, DOHA, QATAR, QATAR 3459
16347387 Emmanuel Amamoo-Otchere, Wanke City, Banxuegang Rd,Bantian, Longgang, Dingxiang Apt #623, SHENZHEN, CN20, CHINA 518129
16347388 +Eric Conkle, 915 S. Daley, Mesa, AZ 85204-4307
16347389 Eric Nydegger, Torry 5, GRANGES-PACCOT, FR, SWITZERLAND 1763
16347390 Eric Peterson, 156 Park Dr, Eastchester, NY 10709-5109
16347392 +Erik Olson, Marshall Olson & Hill, Ten Exchange Place, Ste 350, Salt Lake City, UT 84111-2871
16347393 Fabian Ziegler, Herztal 135, OBERKIRCH, GERMANY 77704
16447732 +FedEx TechConnect, Inc., Attn: Revenue Recovery/Bankruptcy, 3965 Airways Blvd. Module G.,3rd Floor, Memphis,TN 38116-5017
16347394 +Fedexoffice, Three Galleria Tower, 13155 Noel Road, Suite 1600, Dallas, TX 75240-5032
16347395 Felcom Capital Corp, 26 Wellington Street East, Suite 910, TORONTO,ON, CANADA, M5E 1S2
16370568 +Fortis Advisors, LLC, Collateral Agent, c/o E. P. Keiffer, WRIGHT GINSBERG BRUSILOW P.C., 325 N St Paul St #4150, Dallas, TX 75201-3861
16347397 +Frank Douglas, Box 580332, Minneapolis, MN 55458-0332
16347398 Freddy El Turk, Armstrong Road, Littlemore Park, LITTLEMORE, OXON, GREAT BRITAIN OX4 4FY
16347399 +Future Electronics, 11451 Katy Freeway, #201, Houston, TX 77079-2009
16358295 +Future Electronics Corp., 41 Main Street, Bolton MA 01740-1134
16347401 #+Gabriel Politzer, 491 Arvida Parkway, Miami, FL 33156-2318
16347404 +German Torres, 925 Hamilton Street, Gold exchange Inc, Allentown, PA 18101-1138
16347405 Gisela Wsaibel, 1385 Crestwell Rd, WEST VANCOUVER, BC, CANADA, V7V 3N6
16347406 Glyn Lewis, 26320 Grant Ave, MAPLE RIDGE, BC, CANADA V2W 1H2
16347407 +Grant Thornton LLP, 700 Milam Street, Ste 300, Houston, TX 77002-2848
16347408 +Gregory Pech, 217 Magellan Drive, Sarasota, FL 34243-1028
16347409 Grzegorz Saganski, Muchoborska 8, WROCLAW, POLAND 54-424
16428240 Guilherme Cherman Perdigao de Oliveira, Rua Almirante Guilobel 110 408, Rio de Janeiro, RJ, Brazil, CEP 22471-15, Rio de Janeiro, RI 22471-150
16347410 Guilherme Perdigao De Oliveira, Rua Almirante Guilobel 110 408, RIO DE JANEIRO, RJ, BRAZIL 22471150
16347411 +Gustavo Perez, 907 Nw 97Th Avenue, 303, Miami, FL 33172-2361
16347412 +Hannacott SA, c/o Steve Skarnulis, Cain & Scarnulis, 400 W. 15th St., Ste 900, Austin, TX 78701-1659
16347413 Hanson Aboagye, Flat 7 St. James Court, Edison Road, LONDON, LONDON, GREAT BRITAIN BR2 0EZ
16347414 Heiko Juch, Am Zollstock 16, OBERSUELZEN, GERMANY 67271
16347415 Helen Dittmer, 78 Sunset Way SE, CALGARY, AB , CANADA, T2X 3C1
16347416 Hendrik Bickel, Suhler Str. 25A, SCHMALKALDEN, GERMANY 98574
16347417 Hendrik Reinhardt, Barfuberstrasse 24, MARBURG, GERMANY 35037
16347419 Hing Chan, No 38 21/F Russell Street, Soundwill Plaza, CAUSEWAY BAY, HONG KONG, HONG KONG 2134
16347420 Hui Songwang, 300 Gongnong Street, Kaida Cell, Unita, Building Eight, Apartement #701, SHIJIAZHUANG, HEBEI, CN4, CHINA 50000
16347421 Hung-Chung Hou, Taishun St., 1F., No.24, Ln. 79, SHULIN DIST, NEW TAIPEI CITY, TAIWAN 238
16347422 Igor D’Alessio, 38, Circular Road, Flat 9, Pricess Court, MANCHESTER, GREAT BRITAIN M20 3LP
16347423 Ilgar Roust, Emirates Golf Club Villa 62, DUBAI,DUBAI, UNITED ARAB EMIRATES 942545
16347424 Ilya Oleynik, Engelsa 25A -4, PETROZAVODSK, RUSSIA, RUSSIA 185035
16347425 Incorp, P.O. Box 94438, Las Vegas, NV 89193-4438
16347426 +Indium Corporation, 34 Robinson Rd, Clinton, NY 13323-1419
16397716 +Indium Corporation of America, Attn: Linda Hill, 34 Robinson Rd, Clinton, NY 13323-1419
16347427 Industrial Alliance Securities, Inc., Attn: John McMahan, 26 Wellington St. E,, Ste 900, TORONTO, ON CANADA MSE 152
16347428 +Infiniti Investor, Shiva Dhnapal, 3050 Autumn Hill Trail, New Albany, IN 47150-9468
16475261 +Infiniti Investors LLC, c/o Adam Pugh, Slater Pugh Ltd LLP, 8400 Mopac Expy Ste 100, Austin, TX 78759-8336
16347430 Irman Ishak, Parit 3 Kampung Baru Mardi Padang Kangar, PARIT, PRK, MALAYSIA 32800
16347431 Irmantas Mikavicius, Naujoji28-84, ALYTUS, ALYTUS, LITHUANIA 63257
16347432 Itay Kidron, Morad Hagay 41/3 P.O.B 11495, KARMIEL, ISRAEL 2181201
16347433 J David Bunston, 46 Bernard Ave, TORONTO, ON , CANADA, M5R 1R2
16347434 J Nos Richter, Raumerstr. 38, BERLIN, GERMANY 10437
16347436 JA Developments, 17 Autumn Way, AURORA, ON, CANADA, L4G 4P2
16347435 JA Developments, 14689 Bathurst St., AURORA, ON , CANADA, L4G 7A4
16347437 Jakub Hodan, Vreskovice 78, VRESKOVICE, CZECH REPUBLIC 33401
16347438 James Cox, 88/367 Narathiswas Road, BANGKOK, TH-10, THAILAND 10120
16347439 James Ward Timothy Witzel, 932 Victoria Street, NORTH KITCHENER,ON , CANADA, N2B 1W4
16347440 Jan Endre Troayen, Haugesgate 88A, 201B, Dallas, TX 75211
16347441 Jan Turza, Beethovenova 10, NITRA, SLOVAK REPUBLIC 94911
16347442 Jane Day, 36 Rosedale Rd, TORONTO, ON , CANADA, M4W 2P6
16347443 +Jane Snyder, 3300 Ne 16Th Court, Fort Lauderdale, FL 33305-3715
16347444 +Jason Boren, Ballard Spahr LLP, 201 S. Main Street, Ste 800, Salt Lake City, UT 84111-2221
16347446 +Jason Kusuma, 2315 Eastridge Avenue #714, Menlo Park, CA 94025-6744
16455541 +Jason M. Medley, LeClair Ryan, P.C., 1233 West Loop South, Ste 1000, Houston, TX 77027-9109

District/off: 0542-1 User: beniteze Page 4 of 9 Date Rcvd: May 17, 2018
Form ID: pdfapac Total Noticed: 431

16347447 Jason Mann, 199 Bay Street Suite 4500, Commerce Court West Box 368, TORONTO, ON, CANADA, M5L 1G2
16347448 +Jason Mcguirk, 3875 Lakeshore Avenue, Oakland, CA 94610-1146
16347449 +Jason Pruett, 4547 E Yale Avenue, 112, Denver, CO 80222-6544
16347450 +Jasper Friend, 18474 Highway 19, Steelville, MO 65565-6020
16347451 +Jeff Leclair, 33032 John Mogg Road, Grayslake, IL 60030-2131
16347452 +Jeffrey Keller, Keller Grover LLP, 1965 Market St., San Francisco, CA 94103-1076
16347453 Jerome Loo, China Jiangsu, CHANGZHOU, CN11, CHINA 213000
16347454 +Jerrod Eoff, 2710 Walsh-Tarlton Lane, Suite 201, Austin, TX 78746-8017
16408948 Jessica Ieraci, Piazza Sant’ Ambrogio 06, Misinto, Monza E Brianza, Italy 20826
16347455 Jessica Leraci, Piazza Sant’ Ambrogio 6, MISINTO, MISINTO, ITALY 20826
16347456 +Jian Lu, 2625 Glengyle Drive, Vienna, VA 22181-5570
16347457 Jianming Yang, King County Metro, Labor Road, Room 3101 1 A,, Tianning, Changzhou, CHANGZHOU, CN12, CHINA 213100
16347458 Jianming Yang, 79 Jiangsu, Changzhou Rose Toothpick Ltd, Wujin District Cross Town, CHANGZHOU, CN11, CHINA 213000
16347459 Jim Johnston, 133 Kennedy Crescent, FORT MCMURRAY, AB, CANADA T9K 1M8
16347460 Jiri Peterka, Tyrsova 5, BRNO, CZECH REPUBLIC 61200
16347461 +Joanna Eyles, 590 S 15Th Street, Apt 408, Arlington, VA 22202-2880
16347462 Joao Cordeiro, 177 Owen Sound St., DUNDALK, ON, CANADA N0C 1B0
16347463 Johan Botha, Lindequeweg 76, Meyersdal, ALBERTON, GP, SOUTH AFRICA 1448
16347464 Johannes Jansen, Asingaborg 4, STADSKANAAL, NETHERLANDS 9502WC
16347465 John Durcan, G09.A Power Road Studios, 114 Power Road, CHISWICK, LONDON, GREAT BRITAIN W4 5PY
16347466 +John Kelly, 1101 Ne 109 Street, Miami, FL 33161-7320
16347467 John McMahan, IA Securities, 26 Wellington St. E,, Ste 900, TORONTO, ON CANADA MSE 152
16347468 John Schubert, Linnaeuskade 2, AMSTERDAM, NETHERLANDS 1098BC
16347470 John Taylor, 1 Postern View,Ashbourne Road, BELPER, GREAT BRITAIN DE56 2LH
16347471 Jorn Topnes, Karl Staaffs Vei 69, Leilighet 40, OSLO, CANADA 665
16347472 Joseph Conway, 49 Nanton Ave, TORONTO, ON, CANADA, M4W 2Y8
16347473 +Josh Hicks, 333 Bush Street, Fl 19, San Francisco, CA 94104-2860
16347474 Joshua Jong, 6 Dunnock Place, Wideopen, Tyne and Wear NE13 6LE, Untied Kingdom
16347475 +Joston Pinto, 1921 California Street, Apt 18, Mountain View, CA 94040-2042
16347476 +Karim Zerhouni, 1112 Pine Street, Apt. 3R, Philadelphia, PA 19107-6011
16347477 Karl Edwards, 8 Wetherby Court, HILLSIDE, VIC, AUSTRALIA 3037
16418669 Kassite Limited, Littlemore Park, Armstrong Road, Oxford, OX4 4FY, United Kingdom
16347478 Kelley Britenbaker, 701 Boulder Blf, San Marcos, TX 78666-8347
16347479 +Ken Clever, 306 Nw D Street, Grants Pass, OR 97526-2044
16347480 +Ken Cox, 11756 Borman Drive, Saint Louis, MO 63146-4133
16347481 +Kenneth Dawson, 6838 E 5Th Street, Scottsdale, AZ 85251-5526
16347482 +Kent Stapleton, 21218 Saint Andrews Blvd, Suite 231, C&K Grocery, Boca Raton, FL 33433-2435
16347483 Kevin Schmitz, Salweidenbecke 21, BOCHUM, GERMANY 44894
16347484 Kevin Thompson, 414 Victor Place, SASKATOON, SK , CANADA, S7T 0E2
16347485 +Kit Hui, 16912 Ne 107Th Street, Redmond, WA 98052-2709
16347486 Kobe Nys, Kortrijksesteenweg 614A, GENT, BELGIUM 9000
16347487 Konstantin Apsalyamov, Bogatkova 230 27, NOVOSIBIRSK, NOVOSIBIRSK, RUSSIA 630089
16347488 Konstantin Frolenko, Institutskays St. 142-52, BRYANSK, BRYANSK, RUSSIA 241012
16347489 Kostin Oleg, Ratnikova Str 18/8, DONETSK, DONETSKAYA, UKRAINE 83003
16397916 Kournikov Andrei, Dapfor, 18, allee de la Pagerie 92500, Rueil-Malmaison, France
16347490 +Kyle Askine, 13804 Clarkwood Lane, Laurel, MD 20707-9270
16347491 Laszlo Tukacs, Rim U 3, BUDAPEST, BU, HUNGARY 1183
16402914 +Lautaro Cline, c/o Daniel M. Coyle, Astigarraga Davis Mullins & Grossman, PA, 1001 Brickell Bay Drive, 9th Floor, Miami, FL 33131-4937
16347492 +Lawrence Caplan, PA, 1375 Gateway Blvd., Ste. 39, Boynton Beach, FL 33426-8304
16347493 Lee Fan, Dadong Distric, Zhulin Road, No. 352, SHENYANG, CN7, CHINA 110043
16347494 Leonardo Colucci, 36 Field Rise, SWINDON,WILTSHIRE,GREAT BRITAIN SN1 4HP
16347495 Leonid Farutin, Astradamskaya, 9B-13, MOSCOW, MOSCOW, RUSSIA 127206
16347496 Lin Cheng Hui, Rm2016 No.1 Tian He Road, GUANGZHOU, CN20, CHINA 510000
16347497 Lorne Waldman, 281 Eglinton Ave E., TORONTO, ON , CANADA, M4P 1L3
16347498 Luca Gissi, 8, Dal Toso Rd, SANDRIGO, VI, ITALY 36066
16347499 Luke Xin Zhao, 4330 53 Road Avenue Ne, Seattle, WA 98105
16347543 +MRI Network, 1801 Market Street, 13th Floor, Philadelphia, PA 19103-1607
16347500 Ma Guoyuan, Freelance,Furongi, 9#, 903 Haidan District, BEIJING, CN2, CHINA 100871
16347501 Maik Oberwittler, Kavalleriestr. 13, BIELEFELD, GERMANY 33602
16347502 Maksym Svistunov, Geroev Stalingrada 43B, App 73, KIEV, UKRAINE, UKRAINE 4210
16347504 Manfred Effelsberg, Grimmgasse 105 B, BONN, GERMANY 53123
16455542 +Marc Delgado, c/o Jason M. Medley, Esq., LeClair Ryan, P.C., 1233 West Loop South, Ste 1000, Houston, TX 77027-9109
16347505 Marcerella Mosies, Zwartsluisstraat 83, DEN HAAG, NETHERLANDS 2541CV
16347507 Marek Stepien, Kraszewskiego, 42, WLOCLAWEK, POLAND 87-800
16347508 +Mark Kim, 3427 Ridge Road, Lansing, IL 60438-3101
16347509 +Mark McGinness, 32818 Walker Road, Ste 248, Avon Lake, OH 44012-1473
16347510 #+Mark Odermann, 15325 Redmond Way, C215, Redmond, WA 98052-4267
16347512 Mark Wayne, 155 Waterloo Dr SW, CALGARY, AB , CANADA, T3C 3G4
16347513 Martin Nachev, Defence Close, Flat 57 Hill House, LONDON, LONDON, GREAT BRITAIN SE28 0NQ
16347514 Masasuke Yasumoto, 406 Chez Louis,, Naka 1-8-13, KUNITACHI, TOKYO, JAPAN 1860004
16347515 Mathias Svensson, Radmandsgade 40C, 1, 81, KOBENHAVN N, DENMARK 2200
16347516 Matthew Knight, 9 Harrison Close, Branston, STAFFORDSHIRE, GREAT BRITAIN DE14 3EF
16347517 +Matthew Lee, 11105 SW 129th Court, Miami, FL 33186-4713

16347519 Mattia Baldinger, Zunzgerstrasse 24, SISSACH, SCHWEIZ, SWITZERLAND 4450
16347520 Maureen Prindle Mollan R. O. Silva, Rua Leme, 81 -Vila Mariana, SAO PAULO, SP, BRAZIL 4007050
16347521 Maxillo-Care Inc, 2891 Ridge Road West, RR # 2 RPO, SHANTY BAY, ON ,CANADA, L0L 2L0
16355206 +McGrath RentCorp dba TRS-RenTelco, POB 619260, DFW Airport, TX 75261-9260
16347524 +Mehdi Soleimankhani, 1249 15Th. Street, Los Osos, CA 93402-1415
16347525 Mel Glickman Architect, 378A Beresford Ave, TORONTO, ON ,CANADA, M6S 3B5
16347526 +Michael Delgado, 11755 Sw 18TH Street, Apt 407, Miami, FL 33175-8735
16347527 +Michael Denham, 402 Highland Avenue, Po Box 420, West Milton, PA 17886-0420
16347528 +Michael Diemer, 25 W Perry Street, Willard, OH 44890-1602
16347529 Michael Peacock, 14D Parliament St, LOWER HUTT, NEW ZEALAND 5010
16347530 Michael Poolman, 18 Hampton Close, Cadbury Heath, BRISTOL, AVON, GREAT BRITAIN BS30 8EY
16347531 +Michael Rauchman, c/o Hedgehod Advisors, 1584 Dawn Court, Long Grover, IL 60047-5137
16347532 Michael Shannon, 2860 Hill Park Rd, MONTREAL, QC , CANADA, H3H 1T1
16347533 +Michael Stortz, Drinken Biddle & Reath, 50 Fremont St.,, 20th Floor, San Francisco, CA 94105-2235
16347534 +Michael Trujillo, 301 6th Street, Fowler, CO 81039-1105
16347535 +Michael Vick, 1512 S. Battery Street, Little Rock, AR 72202-5813
16347538 Miklos Gaebler, Wagnerstrasse 6666, POTSDAM, GERMANY 14480
16347537 +Miklos Gaebler, 9600 Great Hills Trail Suite 150W, Austin, Tx, TX 78759-6303
16347539 Mikulas Kiss, Durcanskeho 1, NITRA, SLOVAK REPUBLIC 94901
16347540 Miquel Axel Estelrich Rullan, C Sebastia Rubi 3A, MANACOR, PM, SPAIN 7500
16347541 Mohsien El Hajjaj, Zoutlaan 84, OUDENBOSCH, NETHERLANDS 4731MK
16347542 +Mouser, 1000 North Main Street, Mansfield, TX 76063-1514
16347318 Mr. Balbir a/k/a Bill Chepal, 8042 Cooperhawk Court, SURREY, BC, CANADA V3W 0V1
16347544 Myran E. Kimball, 43055 Bowen Road, Ste. 141-A, Arlington, TX 76016
16347551 +NCA, 2908 National Dr., Suite 100, Garland, TX 75041-2337
16347545 Nampil Chousein, I. Staikou 2, AGRINIO, AITOLOAKARNANIA, GREECE 30100
16347546 Naohide Kako, 4-15 Hanamachi, Atuta-Ku, NAGOYA-SHI, JP23, JAPAN 4560011
16347547 Natalie Prihodko, Elisabeth-Selbert-Str. 2, FULDA, GERMANY 36041
16347549 +Nathan Davis, 7514 Sherman Drive, Lincoln, NE 68506
16347550 +Navjot Singh, 2 Parkwood Drive, Apt U, South Amboy, NJ 08879-2333
16347552 +Neeraj Narula, 25 Bayshore Boulevard, Goose Creek, SC 29445-4629
16347554 +Nelson Diaz, 3330 Oliphant Street, San Diego, CA 92106-1801
16347555 Nelson Tomas, 38 Muir Ave, TORONTO,ONTARIO, CANADA M6H 1E8
16347557 Normunds Kalnberzins, Avenue Du Lignon 10, LE LIGNON, SWITZERLAND 1219
16347558 Office of the Attorney General, PO Box 12598, Austin, TX 78711
16347559 Oleg Davydov, Moskovskiy Zaulok 38, RYAZAN,RYAZANSKAYA OBLAST, RUSSIA 390020
16347560 Oleg Onufrienko, Academician Koroleva Street 98/1, ODESSA, UKRAINE 65089
16347561 Oleksandr Ieremeev, Bocharov Str., 24/26, Ap. 84, ODESSA, ODESSA, UKRAINE 65111
16347562 #+Omni Logistics, 15912 International Plaza Drive, Houston, TX 77032-2439
16444929 +Omni Logistics, Inc., c/o Alan Gerger and Loyd Neal, 3006 Brazos, Houston, Texas 77006-3418
16347563 +Open-Silicon, 490 N. McCarthy Blvd., Suite 220, Milpitas, CA 95035-5118
16475189 Open-Silicon Inc., c/o Timothy R Casey, Drinker Biddle & Reath LLP, 191 N Wacker Dr. Ste. 3700, Chicago, IL 60606-1698
16422983 +Open-Silicon, Inc., Attn: Jay Vyas, Sr. VP and CFO, 490 N. McCartney Blvd., Suite 220, Milpitas, California 95035-5118
16400280 P R C FERNANDO, VIALE IGNAZIO SILONE 187,35/A, ROME 00143, ITALY, ROME, LA 00143
16347564 Paburuge Ruwan Chandana Fernando, Viale Ignazio Silone 18735A, ROME, RM, ITALY 143
16347565 Paloduro Investments, 1560 -505 Burrard St., VANCOUVER, BC, CANADA, V7X 1M5
16347566 Panos Skaltsas, Alikarnassou 24, NEA SMYRNI, ATTICA, GREECE 17122
16347567 Patricio Grez, Las Golondrinas 1225, Re aca, VINA, VINA, CHILE 2540047
16347568 Paul Kjaer, Gronnegade 33-3, COPENHAGEN, DENMARK 1107
16347570 Per Sundberg, Ekraveien 52B, OSLO, OSLO, NORWAY 756
16347571 Pero Jevtic, Wehlistrasse 55/4/10, Apartment, WIEN, AUSTRIA 1200
16347572 Peter Avery, 146 Bathurst St., AURORA, ON , CANADA, L4G 7A4
16347573 Philip Armstrong, PH77 Avenue Rd, TORONTO, ON , CANADA, M5R 3R8
16347575 Pietro Brivio, Via Iv Novembre, 51 Scala, AMERATE, LOMBARDIA, ITALY 23807
16347576 Poul Holm, 92 Franklin Road, P380, AUCKLAND, NEW ZEALAND 1011
16347577 +Power-One, Inc., 152 North 3rd St., Suite 805, San Jose, CA 95112-5557
16347579 Purling Holdings, 9 Wakefield Cres, SCARBOROUGH, ON , CANADA, M1W 2C1
16347581 +Quentin Gomez Jr., 4254 Derby Drive, Davie, FL 33330-4336
16347583 +RAIN Innovations Partners, LLC, The Corporation Trust Company, Oroporation Trust Center, 1209 Orange Street, Wilmington, DE 19801-1196
16347587 RBC Investor Svcs Trust-Marquest 501, c/o Rebecca Cage 416-955-3191, 155 Wellington St. 2nd FL, TORONTO, ON, CANADA, M5J 2S1
16347582 Radek Maciaszek, 55A Ranelagh Road, LONDON, LONDON, GREAT BRITAIN W5 5RP
16347584 Ralph Weisener, Testorfer Strasse 25, LUETTOW OT SCHADELAND, GERMANY 19246
16475259 +Randolph N. Osherow, Chapter 7 Trustee, 342 W Woodlawn Ste 100, San Antonio, TX 78212-3314
16347586 +Randy Saxton, 4614 S. Los Feliz Drive, Tempe, AZ 85282-7350
16347589 +Regal Research and Mfg. Co. LLC, c/o Robert Palmer, Fox Rothschild LLP, 5420 LBJ Freeway, Ste. 1200, Dallas, TX 75240-6215
16347590 +Richard Chang, 323 Forest Avenue, Glen Ridge, NJ 07028-1818
16347591 +Richard Tsao, 227 Bellevue Way Ne #889, Bellevue, WA 98004-5721
16347592 +Rob Pendley, 2417 Nw 51St Street, Oklahoma City, OK 73112-8051
16347593 Rob Sellick, 5 Lisa Place, GRANGE, SA, AUSTRALIA 5022
16347594 +Robert Allen, 14 Cypress Wood Drive North, Digital EmpirePalm Coast, FL 32137-3360
16347595 +Robert Biles, 1465 Ne 121 Street, #305, North Miami, FL 33161-6550

16347596 Robert Hannah, 26 Wellington St E, Suite 900, TORONTO, ON , CANADA, M5E 1S2
16347597 +Robert Ormond, 2723 N. Maple Grove Road, Mobile Vet Boise Llc, Boise, ID 83704-5667
16347598 Robert Palmer, Fox Rothcild LLP, 5420 LBT Freeway, Ste. 1200, Dallas, TX 75240
16347599 Robin Axelsson, Regnbagsgatan 15B, GAVLE, SWEDEN 80276
16347600 Rodney Koch, PO BOX 151, EDENWOLD, SK, CANADA, S0G 1K0
16347601 Roger Banks, Dry-It-Out Limited, Dingle Cottage, Churchstoke, Montgomery, POWYS, UNITED KINGDOM SY15 6TJ
16347602 Rudra Maharaj, 39 Bexhill Ave, SCARBOROUGH, ON, CANADA M1L 3B5
16347603 +Rupesh Brahmbhatt, 7264 Tara Boulevard, Jonesboro, GA 30236-1902
16347604 +Ryan Jauregui, 14272 Cameron Lane, Santa Ana, CA 92705-3213
16347605 +Samer Boshra, 19409 132Nd Place Ne, Woodinville, WA 98072-8774
16347606 +Sammy Eng, 7265 Village Meadows Drive, Fountain, CO 80817-4027
16347608 +Scott Boynton, 1692 W. University Heights Drive N, Flagstaff, AZ 86005-8916
16347609 Sean Bradbury, 105 Hidden Lake Cr, CARP, ON, CANADA K0A
16347610 Sean Sadel-Stevens, 4885 Burde St, PORT ALBERNI, BC, CANADA V9Y 3J7
16347611 Sebastian Tarach, Mila 11, DZIEKANOW LESNY, POLAND 05-092
16347613 Sergey Khaykov, 75A K. Levitskogo Str, App.#28, LVIV, LVIV, UKRAINE 79017
16347614 +Shane Butler, 1609 Clark Drive, Wenatchee, WA 98801-1484
16347616 Sharon Boone, 37543 England Way, 221, RED DEER COUNTY, AB, CANADA T4S 2C3
16347617 +Shu Dong, 120 Havenuen Bluff, Alpharetta, GA 30022-6448
16347618 Siegfried Katzenmayer, Edlingerstr 13A, SCHEYERN, GERMANY 85298
16347620 Stanley Wing Hong Leung, 448 Prince Edward Road West, Prince Ritz, 10/F, Block C, HONG KONG,KOWLOON, HONG KONG
16347621 Steedco, 796217 Grey Rd, BLUE MOUNTAINS, ON , CANADA, L9Y 0R1
16347622 Stefan Hoermann, Bahnhofweg 23, ALDRANS, AUSTRIA 6071
16347623 Steffen Preis, Gertrud-B umer-Str. 8, MUNCHEN, GERMANY 80637
16347624 Stephen Brown, Avian Crescent 32, LANE COVE NORTH, NSW, AUSTRALIA 2066
16347625 Steve Walker, 2 Willandra Place, KOONAWARRA, NSW, AUSTRALIA 2530
16347626 Stuart Caborn, 5 Knightsbridge Drive, Headley, Thatcham, HAMPSHIRE, GREAT BRITAIN RG19 8JZ
16347628 +Synopsys Tools, 700 East Middlefield Road, Mountain View, CA 94043-4024
16455672 #+Synopsys, Inc., c/o Petra M. Reinecke, Esq., Schwartz & Cera LLP, 201 California Street, Suite 450, San Francisco, CA 94111-5032
16347629 +T&J Building Ltd, 3027 North Lamar Boulevard, Austin, TX 78705-2034
16347630 T.Thiessen M.D.Surgical Prof Corp, 247 Lakeshore Pl, SASKATOON, SK, CANADA S7J 3T7
16347631 +Tekhne, LLC, 21725 SW 187 Ave, Miami, FL 33170-1401
16406347 Texas Comptroller of Public Accounts, Kimberly A. Walsh, Asst. Attorney Gen., c/o Sherri K. Simpson, Paralegal, P.O. Box 12548, Austin, TX 78711-2548
16347634 Theresa Flanagan, 34 Milton Street, PALMERSTON NORTH, MW, NEW ZEALAND 4414
16347635 Thijs Van Den Berg, Johannes Worpstraat 49 III, AMSTERDAM, NETHERLANDS 1076BG
16347636 Thomas J Rice, 342 Country Club Blvd., WINNIPEG, MB , CANADA, R3K 1X6
16347638 +Tierpoint Texas, LLC, 3004 Irving Blvd., Dallas, TX 75247-6213
16475257 +Timothy A Davidson II, Andrews Kurth LLP, 600 Travis Ste 4200, Houston, TX 77002-2929
16347639 Tom Belanger, 515 Du Parc Industriel, LONGEUIL, QC, CANADA J4H 3V7
16347640 Tom Kritsch, 504-10 Bay St, ETHORNBURY, ON, CANADA, N0H 2P0
16347641 Tommy Chen, 168 Meadow Lane, Stateline, NV 89449
16347642 Tony Nagih, 24 El Sakakeny St, El Daher, CAIRO, CA, EGYPT 61111
16347643 Tony Scott7545 S. Eisenman Road, Boise, ID 83716
16347644 Torsten Rathmann, Berliner Str. 17, HERFORD, GERMANY 320052
16347645 Toshiya Matsumoto, Asahi-Cho 5-19-2-2, KANAGAWAATSUGI-CITY,JP14, JAPAN 243-0014
16347647 +Tuur Demester, 110 Bridge Street, Drexel Hill, PA 19026-2747
16455397 Tuur Dirk Demeester, Tuur Demeester, 220 N. Zapata Hway. #11, PMB # 851A, Laredo, TX 78043-4464
16347648 +Tyler Bye, 2466 Stonehaven Loop, Lehi, UT 84043-4894
16347649 +Tyler Tillson, 747 Leland Court, Redding, CA 96001-3369
16347652 +UPS -Shipper, 55 Glenlake Parkway NE, Atlanta, GA 30328-3474
16453405 UPS Supply Chain Solutions, Inc., Alston & Bird L.L.P., Attn: Bowen Shoemaker, 1201 West Peachtree St., Atlanta, GA 30309-3424
16416243 +United Parcel Service, c/o Receivable Management Services (RMS, P.O. Box 4396, Timonium, MD 21094-4396
16453371 United Parcel Service Inc., c/o Alston & Bird L.L.P., Attn: Bowen Shoemaker, 1201 West Peachtree St., Atlanta, GA 30309-3424
16347653 Valentin Denkov, Janne Bouwensstraat, 18 C, ROTTERDAM, NETHERLANDS 3074PM
16347654 Vasiliy Mishura, Lva Yashina 12-59, TOGLIATTY, SAMARA, RUSSIA 445047
16347655 Venugopal Badaravada, 360 Bell Street South, Unit: 515, OTTAWA, ON, CANADA K1S 5E8
16347656 +Via Systems, 101 South Hanley Road, Suite 1800, St. Louis, MO 63105-3488
16347657 Viktor Vaschaev, The Second Town, 14 / A, Flat 2, IRKUTSK,IRKUTSK REGION, RUSSIA 664037
16347658 +Vladimir Zdorov, 3762 Firpointe Street, San Ramon, CA 94582-5826
16347659 Walter Thamm, Albrechstrasse 1, ISNY, GERMANY 88316
16347660 Ward Seymour, 81 Stainway Blvd, ETOBICOKE, ON, CANADA, M9W 6H6
16347661 Wei Cao, Lane 300, Wu Ning Road, Room 403, No 21, SHANGHAI, CN10, CHINA 200063
16347662 +Wells Fargo Bank, Attn Annalea Reegan, 111 Congress Ave, Suite 2200, Austin, TX 78701-4060
16347663 +William Daly, 9 W. Amherst Street, East Brunswick, NJ 08816-2123
16347664 +William Gaskins, 734 15Th Street Nw, Suite 1200, Washington, DC 20005-1024
16347665 Wilson Sonsini Goodrich and Rosati, 650 Page Mill Road, Palo Alto, CA 94304-1050
16347666 Wu Zhiyuan, 3-1011 Zijinshuma Yuan, Zhichun Road, BEIJING, HAIDAN, CN2, CHINA 100190
16347667 +Xianhui Fu, 1711 Cudaback Avenue Pmb 914834, Niagara Falls, NY 14303-1709
16347668 Xiaohong Wu, King County Metro, Labor Road, Room 3101 1 A,, Tianning, CHANGZHOU, CN11, CHINA 213101

16347669 Xiaoming Pu, Gongshu Mingzhengong Community 3-2-502, HANGZHOU, CN12, CHINA 310011
16347670 Yaroslav Yurkov, Balashenkova Elena Vladimirovna St., Flotskaya H. 37 Ap. 42, MOSCOW, MOSCOW, RUSSIA 125413
16347671 +Yewulsew Amare, 8328 Tribute Lane, Las Vegas, NV 89147-6100
16347672 Yimin Wang, Qingtiejiayuan, Qinglongchang, Room 51, Unit 4 Of Building 8, CHENGDU, CHENGHUA, CN24, CHINA 610066
16347673 Yuriy Kilichenko, Filatova Street 52, Flat 39, ODESSA, ODESSKAYA OBL, UKRAINE 65074
16347674 Yuriy KozlovUlitsa, 70 Let Oktyabrya 6-164, TOGLIATTI,SAMARA REGION, RUSSIA 445047
16347675 #+Zachary Cullen, 8268 Man O War Road, Palm Beach Gardens, FL 33418-7719
16347676 +Zachary Wilcox, 5637 Beach Drive Sw, Seattle, WA 98136-1345
16347677 Zheng Junwei, Changchunshichaoyangqu Xikanglu 1188, Chujian Cafe, CHANGCHUN, CN8, CHINA 130000
16347678 Zhenhua Zhang, Yikang Huayuan, Room901 Unit2 Building13, ZHENHUA ZHANG, CHANGZHOU CITY,CN11, CHINA 213000
16347679 Zhenxing Liu, LonghuqiangLonggang, Room 302, No 17, GUANGZHOU,CN20, CHINA 510030
16347680 Zhonghan Li, 19 Xinyin Street, Ganjingzi District, DALIAN,CN7, CHINA 116039
16347681 Zoe Lam, 10H Hoi Sing Mansion, 10 Taikoo Shing Road, TAI KOO SHING, HONG KONG, HONG KONG

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr +E-mail/Text: bmg.bankruptcy@centurylink.com May 17 2018 23:51:51 CenturyLink Communications LLC, 1801 California Street, Suite 900, Denver, CO 80202-2609
16347345 +E-mail/Text: bmg.bankruptcy@centurylink.com May 17 2018 23:51:51 CenturyLink, 220 N 5th St, Bismarck, ND 58501-4027
16453303 +E-mail/Text: bmg.bankruptcy@centurylink.com May 17 2018 23:51:51 CenturyLink Communications, LLC, 1801 California Street, 9th Floor, Attn: Bankruptcy, Denver, CO 80202-2658
16384544 +E-mail/Text: ssather@bn-lawyers.com May 17 2018 23:52:41 Future Electronics Corp., c/o Barron & Newburger, PC, Attn: Lynn Saarinen, 1212 Guadalupe, Suite 104, Austin, TX 78701-1801
16347429 E-mail/Text: cio.bncmail@irs.gov May 17 2018 23:50:51 Internal Revenue Service, Special Procedures Staff-Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346
16475258 +E-mail/Text: ustpregion07.au.ecf@usdoj.gov May 17 2018 23:51:26 Office Of The US Trustee, 903 San Jacinto Blvd Ste 230, Austin, TX 78701-2450
16347578 +E-mail/Text: jay.gerber@prnewswire.com May 17 2018 23:52:18 Pr Newswire Association, 350 Hudson Street, Suite 300, New York, NY 10014-5827
16347580 +E-mail/Text: finance@quail.com May 17 2018 23:51:44 Quail Electronics, 2171 Research Drive, Livermore, CA 94550-3805
16347632 E-mail/Text: pacer@cpa.state.tx.us May 17 2018 23:52:15 Texas Comptroller of Public Accounts, Revenue Accounting Division-Bankruptcy, P.O. Box 13528, Capitol Station, Austin, TX 78711
16399607 E-mail/Text: ridpacer@twc.state.tx.us May 17 2018 23:52:18 Texas Workforce Commission, Regulatory Integrity Division - SAU, Room 556, 101 E. 15th Street, Austin, TX 78778-0001
16347633 +E-mail/Text: ridpacer@twc.state.tx.us May 17 2018 23:52:18 Texas Workforce Commission, TWC Building-Regulatory Integrity Divisi, 101 East 15th Street, Austin, TX 78701-1442
16347637 +E-mail/Text: bankruptcy@tierpoint.com May 17 2018 23:52:55 Tierpoint, 23403 East Mission Avenue, Liberty Lake, WA 99019-7553
16347650 +E-mail/Text: accounts.receivable@uline.com May 17 2018 23:52:08 Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686
16347651 +E-mail/Text: ustpregion07.au.ecf@usdoj.gov May 17 2018 23:51:26 United States Trustee, 903 San Jacinto, Suite 230, Austin, TX 78701-2450

TOTAL: 14

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16347400 Fuxi Xie, 74 Braidwood Drive, AUSTRALIND, WA, AUSTRALIA 6233
16456549 IMPALA LTD, ROOM 1617-18 STAR HOUSE, 3 SALISBURY ROAD, TST KOWLOON, HONG KONG, Hong Kong, TX 00-00
16347511 Mark Roach, 7 Oldbury Close, IGHTHAM, KENT, GREAT BRITAIN TN15 9DJ
16347522 Maximin Techer, 25 Chemin Miel Vert, Ilet Furcy, LA RIVIERE, REUNION 97421
16347523 Medhat Mohammed, Ramallah Main Street, RAMALLAH, WEST BANK, PALESTINE TERR 970
16347536 Miguel Angel Arizmendi, Muelle Viejo 11 Apeam, PALMA DE MALLORCA, PM, SPAIN 7012
16347553 Neil Spenta, 33 Ewing Avenue, BULL CREEK, WA, AUSTRALIA 6149
16347569 Pavel Henrykhsen, Sharangovicha St. 5541, MINSK, MINSK, BELARUS 220019
16347619 Spring Surprise, Ltd., c/o Gail Child, Abnubstrator Suite V, Tower Hill House, P.O. 263 Le Bordage St., PETER PORT, GUERNSEY, GY1 3QT
16347627 Stuart Jeffrey, 4 Priory Way, GREENFIELDS, WA, AUSTRALIA 6210
cr* +Future Electronics Corp., c/o Barron & Newburger, PC, Attn: Lynn Saarinen, 1212 Guadalupe, Suite 104, Austin, TX 78701-1801
cr* +Michael Vick, 1512 S. Battery Street, Little Rock, AR 72202-5813
16475256* +Cointerra Inc., 11130 Jollyville Rd Ste 303, Austin, TX 78759-5593
16431111* +Vladimir Zdorov, 3762 Firpointe St., San Ramon, CA 94582-5826
16347286 ##+Alex Levin, 97 Hmpden Drive1-B, Norwood, MA 02062-5420
16347287 ##+Alexander Fitenko, 601 Surf Avenue, Apt #10N, Brooklyn, NY 11224-3435
16347322 ##+Boris Gurvich, 14005 Se Steele Street, Portland, OR 97236-4046
16347326 ##+Brandon Obrien, 1233 Deer Trail Lane, Solvang, CA 93463-9503
16347334 ##+Brian Wengerter, 66 Orange Street, Apartment 407, New Haven, CT 06510-3143
16347340 ##+C7 Data Centers, Inc., 357 South 670 West, Suite 100, Lindon, UT 84042-2094
16347354 ##+Clarence LP, c/o Wicklow Capital, Inc, 53 W. Jackson Boulevard, Suite 1204, Chicago, IL 60604-3621
16347377 ##+Donald Crock, 204 Overlook Drive, Kent, OH 44240-2828
16347391 ##+Erick Argueta, 7601 E Treasure Drive, 1107, North Bay Village, FL 33141-4362

District/off: 0542-1 User: beniteze Page 8 of 9 Date Rcvd: May 17, 2018
Form ID: pdfapac Total Noticed: 431

***** BYPASSED RECIPIENTS (continued) *****

16347396 ##+Fortis Advisors, Attn Rick Fink, 4225 Executive Square, Ste. 1040, La Jolla, CA 92037-1486
16347402 ##+Garet Anderson, 500 W Middlefield Road, #185, Mountain View, CA 94043-3439
16347403 ##+George Helsby, 601 Tulane Avenue, Melbourne, FL 32901-7714
16347418 ##+Henry Chance, 631 D Street Nw, Apt 334, Washington, DC 20004-2931
16347445 ##+Jason Friedlander, 5721 Babbitt Avenue, Encino, CA 91316-1427
16347469 ##+John Schwarzschild, 3809 Manchaca Road, Apt F, Austin, TX 78704-6727
16347503 ##+Malasha Sharma, 1351 West Bartlett Way, Chandler, AZ 85248-5507
16347506 ##+Marcus Delgado, 1199 Saint Ives Drive, Sevierville, TN 37862-6924
16347518 ##+Matthew Puterio, 15 Newport Avenue, Apt 2, Newport, RI 02840-2115
16347548 ##+Nathan Davis, 8919 Burt Street, Apt 105, Omaha, NE 68114-2771
16347556 ##+Nicholas Kaminski, 1337 17Th Street, Manhattan Beach, CA 90266-4001
16347574 ##+Phillip McDonough, 923 E. Highland Road, Oak Leaf, TX 75154-5829
16347585 ##+Ramakanth Gouru, 12881 Deer Park Lane, Alpharetta, GA 30004-8986
16347607 ##+Sandor Nyako, 218 Village At Vanderbilt, 218, Nashville, TN 37212-3104
16347612 ##+Serenity Investments LLC, 830 North Boulevard, Oak Park, IL 60301-1354
16347615 ##+Shane Ramos, 1030 Robinson Avenue, Unit 210, San Diego, CA 92103-4456
16347646 ##+Travis Webb, 701 Colonial Avenue, Apt 1, Norfolk, VA 23507-1885
16384111 ##+Viriton, LLP, 15070 East Wagontrail Place, Aurora, CO 80015-2116

TOTALS: 10, * 4, ## 27

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2018 at the address(es) listed below:

David F. Brown on behalf of Creditor CenturyLink Communications LLC dbrown@ebbr-law.com, dj3brown@yahoo.com
Edwin Paul Keiffer on behalf of Creditor Fortis Advisors LLC, Collateral Agent pkeiffer@romclaw.com, bwallace@romclaw.com
Joseph P. Rovira on behalf of Debtor Cointerra, Inc. josephrovira@andrewskurth.com, josephrovira@andrewskurth.com
Kell C. Mercer on behalf of Trustee Randolph N Osherow kell.mercer@mercer-law-pc.com
Kell C. Mercer on behalf of Plaintiff Randolph N. Osherow kell.mercer@mercer-law-pc.com
Kell C. Mercer on behalf of Interested Party Kell Mercer kell.mercer@mercer-law-pc.com
Kell C. Mercer on behalf of Plaintiff Randolph N Osherow kell.mercer@mercer-law-pc.com
Kell C. Mercer on behalf of Plaintiff Randolph N. (as Chapter 7 Trustee) Osherow kell.mercer@mercer-law-pc.com
Kimberly A. Walsh on behalf of Creditor Texas Comptroller of Public Accounts bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov
Lynn Saarinen on behalf of Plaintiff Future Electronics Corp. lynnsaarinen@gmail.com, ahewes@bn-lawyers.com;lbagley@bn-lawyers.com;ssather@bn-lawyers.com;kelliott@bn-lawyers.com
Lynn Saarinen on behalf of Creditor Future Electronics Corp. lynnsaarinen@gmail.com, ahewes@bn-lawyers.com;lbagley@bn-lawyers.com;ssather@bn-lawyers.com;kelliott@bn-lawyers.com
Marcus A. Helt on behalf of Creditor Open-Silicon, Inc. mhelt@foley.com, acordero@foley.com;ggattis@foley.com
Mark H. Ralston on behalf of Defendant Applied Circuit Technology, Inc. d/b/a Automated Circuit Design mralston@fishmanjackson.com, amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com
Mark H. Ralston on behalf of Creditor Applied Circuit Technology d/b/a Automated Circuit Design mralston@fishmanjackson.com, amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

R. Adam Swick on behalf of Creditor C7 Data Centers, Inc. aswick@rctlegal.com, mmyers@rctlegal.com;tstone@rctlegal.com;kvomacka@rctlegal.com

Randolph N Osherow on behalf of Trustee Randolph N Osherow rosherow@hotmail.com, rosherow@ecf.epiqsystems.com

Randolph N Osherow rosherow@hotmail.com, rosherow@ecf.epiqsystems.com

Steve Turner on behalf of Creditor Barrett Daffin Frappier Turner & Engel, LLP wdecf@BDFGROUP.com, marshak@BDFGroup.com

Steve Turner on behalf of Trustee Randolph N Osherow wdecf@BDFGROUP.com, marshak@BDFGroup.com

Timothy A. Davidson, II on behalf of Debtor Cointerra, Inc. tdavidson@akllp.com

Timothy R. Casey on behalf of Creditor Open-Silicon, Inc. timothy.casey@dbr.com, daniel.northrop@dbr.com

United States Trustee - AU12 ustpregion07.au.ecf@usdoj.gov

Willard Proctor, Jr. on behalf of Creditor Michael Vick willard@wpjrlaw.com

TOTAL: 23