**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

Dated: June 13, 2018.

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10109-HCM |
|    COINTERRA, INC. | § | |
| | § | |
| | § | (CHAPTER 7) |
| DEBTORS | § | |

### ORDER APPROVING TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES- RE: AMENDED TRUSTEE'S FINAL REPORT AND ACCOUNT

CAME ON FOR CONSIDERATION, the Application for Trustee's Compensation and Expenses ("Application") in which Randolph N. Osherow, the chapter 7 trustee for the estate requests compensation in the amount of $1,356.75 and reimbursement of expenses in the amount of $227.62. The Court having determined that the request for compensation and expenses should be granted, it is

ORDERED that Trustee's Application is granted, it is further

ORDERED that compensation in the amount of $1,356.75 is allowed; it is further

ORDERED that reimbursement of expenses in the amount of $227.62 is allowed; and it is further

ORDERED that in the event additional interest income accrues on estate funds prior to the distribution of funds by the chapter 7 trustee, the chapter 7 trustee shall be entitled to compensation on the distribution of the additional interest amounts in accordance with 11 U.S.C. § 326(a), without further Order of the Court.

###

```
                         United States Bankruptcy Court
                           Western District of Texas
In re:                                                    Case No. 15-10109-hcm
Cointerra, Inc.                                           Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0542-1          User: chapmana            Page 1 of 2             Date Rcvd: Jun 13, 2018
                              Form ID: pdfintp          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2018.
db             +Cointerra, Inc.,    11130 Jollyville Rd.,    Suite 303,   Austin, TX 78759-5593
aty            +Alan S. Gerger,    The Gerger Law Firm PLLC,    2211 Norfolk,   Suite 517,
                 Houston, TX 77098-4051
aty            +Bernard C. Devieux,    Reed Smith LLP,   1201 N. Market St, Ste. 1500,
                 Wilmington, DE 19801-1163
cr             +Barrett Daffin Frappier Turner & Engel, LLP,    3809 Juniper Trace, Suite 205,
                 Austin, TX 78738-5538
cr              C7 Data Centers, Inc.,    c/o R. Adam Swick,   Building C, Suite 300,    Austin, TX 78746
cr             +Fortis Advisors LLC, Collateral Agent,    c/o E. P. Keiffer,   Wright Ginsberg Brusilow PC,
                 325 N. St. Paul Street, Suite 4150,    Dallas, TX 75201-3861
intp           +Janet Rakowitz,    WYSI WYG Consulting,    11024 Macaway, #2,   Adkins, TX 78101-9427
intp           +Kell Mercer,    Brown McCarroll, L.L.P.,    1602 E. Cesar Chavez Street,   Austin, TX 78702-4456
cr             +Michael Vick,    1512 S. Battery Street,   Little Rock, AR 72202-5813
cr             +Omni Logistics Inc,    c/o Alan Gerger and Loyd Neal,    3006 Brazos,   Houston, TX 77006-3418
cr              Texas Comptroller of Public Accounts,    Kimberly A. Walsh,   c/o Sherri K. Simpson, Paralegal,
                 P.O. Box 12548,   Austin, TX  78711-2548

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bmg.bankruptcy@centurylink.com Jun 13 2018 23:29:29
                 CenturyLink Communications LLC,   1801 California Street,    Suite 900,   Denver, CO 80202-2609
cr             +E-mail/Text: ssather@bn-lawyers.com Jun 13 2018 23:29:55     Future Electronics Corp.,
                 c/o Barron & Newburger, PC,   Attn: Lynn Saarinen,   1212 Guadalupe, Suite 104,
                 Austin, TX 78701-1801
                                                                                               TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2018 at the address(es) listed below:
         David F. Brown    on behalf of Creditor    CenturyLink Communications LLC dbrown@ebbr-law.com,
          dj3brown@yahoo.com
         Edwin Paul Keiffer    on behalf of Creditor    Fortis Advisors LLC, Collateral Agent
          pkeiffer@romclaw.com,   bwallace@romclaw.com
         Joseph P. Rovira    on behalf of Debtor    Cointerra, Inc. josephrovira@andrewskurth.com,
          josephrovira@andrewskurth.com
         Kell C. Mercer    on behalf of Trustee Randolph N Osherow kell.mercer@mercer-law-pc.com
         Kell C. Mercer    on behalf of Plaintiff Randolph N. Osherow kell.mercer@mercer-law-pc.com
         Kell C. Mercer    on behalf of Interested Party Kell  Mercer kell.mercer@mercer-law-pc.com
         Kell C. Mercer    on behalf of Plaintiff Randolph N Osherow kell.mercer@mercer-law-pc.com
         Kell C. Mercer    on behalf of Plaintiff Randolph N. (as Chapter 7 Trustee) Osherow
          kell.mercer@mercer-law-pc.com
         Kimberly A. Walsh    on behalf of Creditor    Texas Comptroller of Public Accounts
          bk-kwalsh@oag.texas.gov,   sherri.simpson@oag.texas.gov
         Lynn Saarinen    on behalf of Plaintiff    Future Electronics Corp. lynnsaarinen@gmail.com,
          ahewes@bn-lawyers.com;lbagley@bn-lawyers.com;ssather@bn-lawyers.com;kelliott@bn-lawyers.com
         Lynn Saarinen    on behalf of Creditor    Future Electronics Corp. lynnsaarinen@gmail.com,
          ahewes@bn-lawyers.com;lbagley@bn-lawyers.com;ssather@bn-lawyers.com;kelliott@bn-lawyers.com
         Marcus A. Helt    on behalf of Creditor    Open-Silicon, Inc. mhelt@foley.com,
          acordero@foley.com;ggattis@foley.com
```

```
District/off: 0542-1          User: chapmana              Page 2 of 2                   Date Rcvd: Jun 13, 2018
                              Form ID: pdfintp            Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Mark H. Ralston    on behalf of Defendant    Applied Circuit Technology, Inc. d/b/a Automated Circuit Design mralston@fishmanjackson.com, amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com
          Mark H. Ralston    on behalf of Creditor    Applied Circuit Technology d/b/a Automated Circuit Design mralston@fishmanjackson.com, amonlezun@fishmanjackson.com;sjames@fishmanjackson.com;ralstonlaw@gmail.com
          R. Adam Swick    on behalf of Creditor    C7 Data Centers, Inc. aswick@rctlegal.com, mmyers@rctlegal.com;tstone@rctlegal.com;kvomacka@rctlegal.com
          Randolph N Osherow    on behalf of Trustee Randolph N Osherow rosherow@hotmail.com, rosherow@ecf.epiqsystems.com
          Randolph N Osherow    rosherow@hotmail.com, rosherow@ecf.epiqsystems.com
          Steve Turner    on behalf of Creditor    Barrett Daffin Frappier Turner & Engel, LLP wdecf@BDFGROUP.com, marshak@BDFGroup.com
          Steve Turner    on behalf of Trustee Randolph N Osherow wdecf@BDFGROUP.com, marshak@BDFGroup.com
          Timothy A. Davidson, II    on behalf of Debtor    Cointerra, Inc. tdavidson@akllp.com
          Timothy R. Casey    on behalf of Creditor    Open-Silicon, Inc. timothy.casey@dbr.com, daniel.northrop@dbr.com
          United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
          Willard Proctor, Jr.    on behalf of Creditor Michael Vick willard@wpjrlaw.com

                                                                                 TOTAL: 23