TX-10
(Rev'd 1/92)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| COINTERRA, INC. § | Case No. 15-10109-HCM-7 |
| § | |
| § | |
| § | |
| Debtor(s). § | |

## TRUSTEE'S REPORT OF SMALL DIVIDENDS

The undersigned trustee reports:

The dividends payable to the creditors listed on Exhibit "A" hereto are in an amount less than the amount specified in Bankruptcy Rule 3010.

Pursuant to Bankruptcy 3010 11 U.S.C. 347(a), the undersigned trustee remits herewith his checks in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated: June 22, 2018

/s/ RANDOLPH N. OSHEROW
RANDOLPH N. OSHEROW, Trustee
State Bar No. TX15335500
342 West Woodlawn, Suite 100
San Antonio, TX 78212
(210) 738-3001

TX-10
(Rev'd 1/92)

## EXHIBIT "A" - Small Dividends

| **Name and Address** | **Claim No.** | **Amount** |
|---|---|---|
| BCF LLP<br>1100 RENE LEVESQUE BLVD WEST<br>25th FLOOR<br>MONTREAL QUEBEC, CA H3B-5C9 | 000001 | 03.25 |
| McGrath RentCorp dba TRS-RenTelco<br>P.O. BOX 619260<br>DFW Airport, TX 75261 | 000004 | 00.40 |
| Ryan Jauregui<br>14272 Cameron Lane<br>Santa Ana, CA 92705 | 000013 | 03.58 |
| Brian Chase<br>445 Auldon Court, Se<br>Smyrna, GA 30082 | 000023 | 01.42 |
| Tom Belanger<br>515 Du Parc Industriel<br>LONGEUIL, QC, CANADA J4H 3V7 | 000030 | 02.86 |
| Sean Sadel-Stevens<br>4885 Burde St<br>PORT ALBERNI, BC, CANADA V9Y 3J7 | 000032 | 04.54 |
| P R C FERNANDO<br>VIALE IGNAZIO SILONE 187,35/A<br>ROME 00143<br>ITALY<br>ROME, LA 00143 | 000043 | 01.61 |
| P R C FERNANDO<br>VIALE IGNAZIO SILONE 187,35/A<br>ROME 00143<br>ITALY<br>ROME, LA 00143 | 000070 | 01.61 |
| Kyle Askine<br>13804 Clarkwood Lane<br>Laurel, MD 20707 | 000075 | 00.81 |
| Kelley Britenbaker<br>701 Boulder Blf<br>San Marcos, TX 78666-8347 | 000097 | 04.52 |
| FedEx TechConnect, Inc.<br>Attn: Revenue Recovery/Bankruptcy<br>3965 Airways Blvd. Module G.,3rd Floor<br>Memphis,TN 38116 | 000098 | 02.54 |
| Total: | | 27.14 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re: | § |
| | § |
| **COINTERRA, INC.** | § Case No. 15-10109-HCM-7 |
| | § |
| **Debtor(s).** | § |

## CERTIFICATE OF MAILING

I certify that a copy of: DEPOSIT OF SMALL DIVIDENDS was mailed to the below named persons, by first class mail, on this the 22nd day of June, 2018.

Address(es):

DEBTOR
COINTERRA, INC.
11130 JOLLYVILLE RD.
SUITE 303
AUSTIN, TX 78759

U. S. TRUSTEE
903 SAN JACINTO BLVD., SUITE 230
AUSTIN, TX 78701-2450

ATTORNEY FOR DEBTOR
TIMOTHY A. DAVIDSON II
ANDREWS & KURTH L.L.P.
600 TRAVIS, SUITE 4200
HOUSTON, TX 77002

BCF LLP
1100 RENE LEVESQUE BLVD WEST
25th FLOOR
MONTREAL QUEBEC, CA H3B-5C9

McGrath RentCorp dba TRS-RenTelco
P.O. BOX 619260
DFW Airport, TX 75261

Ryan Jauregui
14272 Cameron Lane
Santa Ana, CA 92705

Brian Chase
445 Auldon Court, Se
Smyrna, GA 30082

Tom Belanger
515 Du Parc Industriel
LONGEUIL, QC, CANADA J4H 3V7

Sean Sadel-Stevens
4885 Burde St
PORT ALBERNI, BC, CANADA V9Y 3J7

P R C FERNANDO
VIALE IGNAZIO SILONE 187,35/A
ROME 00143
ITALY
ROME, LA 00143

Kyle Askine
13804 Clarkwood Lane
Laurel, MD 20707

Kelley Britenbaker
701 Boulder Blf
San Marcos, TX 78666-8347

FedEx TechConnect, Inc.
Attn: Revenue Recovery/Bankruptcy
3965 Airways Blvd. Module G.,3rd Floor
Memphis,TN 38116

Respectfully submitted by:

/s/ RANDOLPH N. OSHEROW
RANDOLPH N. OSHEROW, 7 Trustee
342 West Woodlawn, Suite 100
San Antonio, TX 78212
(210) 738-3001