TX-10
(Rev'd 1/92)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **COINTERRA, INC.** | § | Case No. 15-10109-HCM-7 |
| | § | |
| | § | |
| | § | |
| | § | |
| **Debtor(s).** | § | |

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed. Pursuant to Bankruptcy 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee remits herewith his/her check(s) in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated: November 6, 2018        /s/ RANDOLPH N. OSHEROW
                               RANDOLPH N. OSHEROW, Trustee
                               State Bar No. TX15335500
                               342 West Woodlawn, Suite 100
                               San Antonio, TX  78212
                               (210) 738-3001

TX-10
(Rev'd 1/92)

## EXHIBIT "A"
Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| Sebastian Tarach, Mila 11<br>DZIEKANOW LESNY<br>POLAND 05-092 | 5 | 8.50 |
| Christopher Snook<br>25457 Se 42Nd Place<br>Issaquah, WA 98029 | 12 | 12.90 |
| Yewulsew Amare<br>8328 Tribute Lane<br>Las Vegas, NV 89147 | 14 | 9.87 |
| Afzal Ahmed<br>66A Robert Ford Road<br>Watertown, MA 02472 | 15 | 8.06 |
| Ben Henneman<br>1 The Courtyard, Gas Street<br>Birmingham, WEST MIDLANDS<br>GREAT BRITAIN B1 2JT | 16 | 9.68 |
| Matthew Knight<br>9 Harrison Close<br>Branston, STAFFORDSHIRE<br>GREAT BRITAIN DE14 3EF | 17 | 9.67 |
| John Durcan<br>G09.A Power Road Studios<br>114 Power Road<br>CHISWICK, LONDON<br>GREAT BRITAIN W4 5PY | 18 | 38.69 |
| Jan Turza, Beethovenova<br>10 NITRA<br>SLOVAK REPUBLIC 94911 | 22 | 36.61 |
| Kevin Schmitz<br>Salweidenbecke 21<br>BOCHUM, GERMANY 44894 | 25 | 10.58 |

TX-10
(Rev'd 1/92)

| Name / Address | # | Amount |
|---|---|---|
| Erick Argueta<br>7601 E Treasure Drive, 1107<br>North Bay Village, FL 33141 | 27 | 9.67 |
| Chunliu Shen<br>56 Ffordd Dryden, Killay<br>SWANSEA, WALES<br>GREAT BRITAIN SA2 8PP | 28 | 16.12 |
| Gabriel Politzer<br>491 Arvida Parkway<br>Miami, FL 33156 | 32 | 16.12 |
| Nampil Chousein<br>Staikou 2<br>AGRINIO, AITOLOAKARNANIA<br>GREECE 30100 | 33 | 10.60 |
| Bill Chow<br>19745 Colima Road, Ste #1-128<br>Rowland Heights, CA 91748 | 34 | 10.20 |
| Miquel Axel Estelrich Rullan<br>C Sebastia Rubi 3A<br>MANACOR, PM, SPAIN 7500 | 35 | 9.67 |
| Kournikov Andrei, Dapfor<br>18, allee de la Pagerie 92500<br>Rueil-Malmaison, France | 37 | 9.67 |
| Martin Nachev<br>Defence Close<br>Flat 57 Hill House<br>LONDON, LONDON<br>GREAT BRITAIN SE28 0NQ | 38 | 5.62 |
| Ramakanth Gouru<br>12881 Deer Park Lane<br>Alpharetta, GA 30004 | 39 | 9.67 |
| Walter Thamm<br>Albrechstrasse 1<br>ISNY, GERMANY 88316 | 42 | 16.13 |

TX-10
(Rev'd 1/92)

| | | |
|---|---|---|
| Eric Nydegger<br>Torry 5<br>GRANGES-PACCOT<br>FR, SWITZERLAND 1763 | 45 | 161.20 |
| Stuart Caborn<br>5 Knightsbridge Drive<br>Headley<br>Thatcham, HAMPSHIRE<br>GREAT BRITAIN RG19 8JZ | 47 | 8.36 |
| Mikulas Kiss<br>Durcanskeho 1<br>NITRA, SLOVAK REPUBLIC 94901 | 51 | 12.90 |
| Stanley Wing Hong Leung<br>448 Prince Edward Road West<br>Prince Ritz, 10/F, Block C<br>HONG KONG<br>KOWLOON, HONG KONG | 54 | 9.67 |
| Lautaro Cline<br>c/o Daniel M. Coyle<br>Astigarraga Davis Mullins & Grossman, PA<br>1001 Brickell Bay Drive, 9th Floor<br>Miami, FL 33131 | 55 | 222.87 |
| Joshua Jong<br>6 Dunnock Place<br>Wideopen, Tyne<br>Wear NE13 6LE, United Kingdom | 56 | 10.63 |
| Michael Poolman<br>18 Hampton Close<br>Cadbury Heath<br>BRISTOL, AVON<br>GREAT BRITAIN BS30 8EY | 59 | 5.69 |
| J Nos Richter<br>Raumerstr. 38<br>BERLIN, GERMANY 10437 | 63 | 6.29 |
| Miklos Gaebler<br>Wagnerstrasse 6666<br>POTSDAM, GERMANY 14480 | 64 | 12.51 |

TX-10
(Rev'd 1/92)

| | | |
|---|---|---|
| Jessica Ieraci<br>Piazza Sant' Ambrogio 06, Misinto<br>Monza E Brianza, Italy 20826 | 67 | 16.88 |
| Diran Martin Yousoufian<br>Moreno 1183<br>4TO "A&quot, CP 2000<br>Rosario, Santa Fe, Argentina AK 1-1 | 68 | 9.67 |
| United Parcel Service<br>c/o Receivable Management Services ("RMS)<br>P.O. Box 4396<br>Timonium, MD 21094 | 73 | 260.78 |
| Kassite Limited<br>Littlemore Park<br>Armstrong Road<br>Oxford, OX4 4FY, United Kingdom | 74 | 237.76 |
| Donald Crock<br>204 Overlook Drive<br>Kent, OH 44240 | 78 | 9.87 |
| Guilherme Cherman Perdigao de Oliveira<br>Rua Almirante Guilobel 110 408<br>Rio de Janeiro<br>RJ, Brazil, CEP 22471-150<br>Rio de Janeiro, RI 22471-150 | 79 | 9.67 |
| Laszlo Tukacs<br>Rim U 3<br>BUDAPEST, BU, HUNGARY 1183 | 82 | 19.35 |
| William Gaskins<br>734 15Th Street Nw, Suite 1200<br>Washington, DC 20005 | 86 | 9.88 |
| Bogdan Bivolaru<br>Traian Popovici, Nr 89, Block B10, 6Th<br>    Floor, Apt 38<br>BUCHAREST, ROMANIA 31422 | 88 | 8.38 |
| Quentin Gomez Jr.<br>4254 Derby Drive<br>Davie, FL 33330 | 90 | 6.45 |

TX-10
(Rev'd 1/92)

| Name/Address | | |
|---|---|---|
| Ali Abdulsattar Al Beshri<br>Emir Mansouri<br>P.O. Box 3459, Doha-Qatar | 92 | 441.77 |
| B.F.T.J JESPERS<br>Linus Paulingweg 12<br>THE NETHERLANDS ( HOLLAND )<br>Rotterdam, AR 3069-NM | 94 | 10.47 |
| Pietro Brivio, Via Iv Novembre<br>51 Scala, AMERATE<br>LOMBARDIA, ITALY 23807 | 95 | 10.40 |
| Venugopal Badaravada<br>360 Bell Street South, Unit: 515<br>OTTAWA, ON, CANADA K1S 5E8 | 99 | 20.34 |
| Grzegorz Saganski<br>Muchoborska 8<br>WROCLAW, POLAND 54-424 | 104 | 25.79 |
| Yimin Wang<br>Qingtiejiayuan Qinglongchang, Room 51<br>Unit 4 Of Building 8<br>CHENGDU, CHENGHUA<br>CN24, CHINA 610066 | 105 | 9.68 |
| Wei Cao<br>Lane 300, Wu Ning Road<br>Room 403, No 21<br>SHANGHAI, CN10, CHINA 200063 | 107 | 10.46 |
| Thijs Van Den Berg<br>Johannes Worpstraat 49 III<br>AMSTERDAM<br>NETHERLANDS 1076BG | 109 | 24.18 |
| Tuur Dirk Demeester<br>Tuur Demeester, 220 N. Zapata Hwy. #11,<br>PMB # 851A, Laredo, TX 78043-4464 | 110 | 192.51 |
| Synopsys, Inc.<br>c/o Petra M. Reinecke, Esq.<br>Schwartz & Cera LLP<br>201 California Street, Suite 450<br>San Francisco, CA 94111 | 112 | 308.48 |

TX-10  
(Rev'd 1/92)

| Name / Address | No. | Amount |
|---|---|---|
| Jakub Hodan<br>Vreskovice 78<br>VRESKOVICE<br>CZECH REPUBLIC 33401 | 113 | 32.24 |
| Hannacott SA<br>c/o Steve Skarnulis, Cain & Scarnulis<br>400 W. 15th St., Ste 900<br>Austin, TX 78701 | 114 | 253.88 |
| Mattia Baldinger<br>Zunzgerstrasse 24<br>SISSACH, SCHWEIZ<br>SWITZERLAND 4450 | 115 | 8.06 |
| Applied Circuit Technology, Inc.<br>c/o Mark Ralston, Fishman Jackson PLLC<br>Three Galleria Tower<br>13155 Noel Road, Suite 700<br>Dallas, TX 75240 | 116 | 497.02 |
| Panos Skaltsas<br>Alikarnassou 24<br>NEA SMYRNI<br>ATTICA, GREECE 17122 | 117 | 23.34 |
| Christian Sprajc<br>Niederdonker Str. 34<br>Germany, Dsseldorf, AK 40547 | 118 | 9.67 |
| Andrew Waldorf<br>6300 E. Hampden Avenue #3230<br>Denver, CO 80222 | 121 | 9.87 |
| Jasper Friend<br>18474 Highway 19<br>Steelville, MO 65565 | 122 | 10.14 |
| TOTAL: | | 3,195.14 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

In re: §
§
**COINTERRA, INC.** § Case No. 15-10109-HCM-7
§
§
§
§
Debtor(s). §

## CERTIFICATE OF MAILING

I certify that a copy of: DEPOSIT OF UNCLAIMED DIVIDENDS was mailed to the below named persons, by first class mail, on this the  6th  day of   November   , 2018.

Address(es):

U. S. TRUSTEE
903 SAN JACINTO BLVD., SUITE 230
AUSTIN, TX  78701-2450

DEBTOR
COINTERRA, INC.
11130 JOLLYVILLE RD.
SUITE 303
AUSTIN, TX  78759

Sebastian Tarach, Mila 11
DZIEKANOW LESNY
POLAND 05-092

ATTORNEY FOR DEBTOR
TIMOTHY A. DAVIDSON II
ANDREWS & KURTH L.L.P.
600 TRAVIS, SUITE 4200
HOUSTON, TX  77002

Yewulsew Amare
8328 Tribute Lane
Las Vegas, NV 89147

Christopher Snook
25457 Se 42Nd Place
Issaquah, WA 98029

Afzal Ahmed
66A Robert Ford Road
Watertown, MA 02472

Ben Henneman
1 The Courtyard, Gas Street
Birmingham, WEST MIDLANDS
GREAT BRITAIN B1 2JT

Matthew Knight
9 Harrison Close
Branston, STAFFORDSHIRE
GREAT BRITAIN DE14 3EF

John Durcan
G09.A Power Road Studios
114 Power Road
CHISWICK, LONDON
GREAT BRITAIN W4 5PY

Jan Turza
Beethovenova 10 NITRA
SLOVAK REPUBLIC 94911

Erick Argueta
7601 E Treasure Drive, 1107
North Bay Village, FL 33141

Gabriel Politzer
491 Arvida Parkway
Miami, FL 33156

Bill Chow
19745 Colima Road, Ste #1-128
Rowland Heights, CA 91748

Kournikov Andrei, Dapfor
18, allee de la Pagerie 92500
Rueil-Malmaison, France

Ramakanth Gouru
12881 Deer Park Lane
Alpharetta, GA 30004

Eric Nydegger
Torry 5
GRANGES-PACCOT
FR, SWITZERLAND 1763

Mikulas Kiss
Durcanskeho 1
NITRA, SLOVAK REPUBLIC 94901

Lautaro Cline
c/o Daniel M. Coyle
Astigarraga Davis Mullins & Grossman, PA
1001 Brickell Bay Drive, 9th Floor
Miami, FL 33131

Kevin Schmitz
Salweidenbecke 21
BOCHUM, GERMANY 44894

Chunliu Shen
56 Ffordd Dryden, Killay
SWANSEA, WALES
GREAT BRITAIN SA2 8PP

Nampil Chousein
Staikou 2
AGRINIO, AITOLOAKARNANIA
GREECE 30100

Miquel Axel Estelrich Rullan
C Sebastia Rubi 3A
MANACOR, PM, SPAIN 7500

Martin Nachev
Defence Close
Flat 57 Hill House
LONDON, LONDON
GREAT BRITAIN SE28 0NQ

Walter Thamm
Albrechtstrasse 1
ISNY, GERMANY 88316

Stuart Caborn
5 Knightsbridge Drive
Headley
Thatcham, HAMPSHIRE
GREAT BRITAIN RG19 8JZ

Stanley Wing Hong Leung
448 Prince Edward Road West
Prince Ritz, 10/F, Block C
HONG KONG
KOWLOON, HONG KONG

Joshua Jong
6 Dunnock Place
Wideopen, Tyne
Wear NE13 6LE, United Kingdom

Michael Poolman
18 Hampton Close
Cadbury Heath
BRISTOL, AVON
GREAT BRITAIN BS30 8EY

Miklos Gaebler
Wagnerstrasse 6666
POTSDAM, GERMANY 14480

Diran Martin Yousoufian
Moreno 1183
4TO "A&quot, CP 2000
Rosario, Santa Fe, Argentina AK 1-1

Kassite Limited
Littlemore Park
Armstrong Road
Oxford, OX4 4FY, United Kingdom

Guilherme Cherman Perdigao de Oliveira
Rua Almirante Guilobel 110 408
Rio de Janeiro
RJ, Brazil, CEP 22471-150
Rio de Janeiro, RI 22471-150

William Gaskins
734 15Th Street Nw, Suite 1200
Washington, DC 20005

Quentin Gomez Jr.
4254 Derby Drive
Davie, FL 33330

B.F.T.J JESPERS
Linus Paulingweg 12
THE NETHERLANDS ( HOLLAND )
Rotterdam, AR 3069-NM

Venugopal Badaravada
360 Bell Street South, Unit: 515
OTTAWA, ON, CANADA K1S 5E8

Yimin Wang
Qingtiejiayuan Qinglongchang, Room 51
Unit 4 Of Building 8
CHENGDU, CHENGHUA
CN24, CHINA 610066

J Nos Richter
Raumerstr. 38
BERLIN, GERMANY 10437

Jessica Ieraci
Piazza Sant' Ambrogio 06, Misinto
Monza E Brianza, Italy 20826

United Parcel Service
c/o Receivable Management Services ("RMS)
P.O. Box 4396
Timonium, MD 21094

Donald Crock
204 Overlook Drive
Kent, OH 44240

Laszlo Tukacs
Rim U 3
BUDAPEST, BU, HUNGARY 1183

Bogdan Bivolaru
Traian Popovici, Nr 89, Block B10, 6Th
    Floor, Apt 38
BUCHAREST, ROMANIA 31422

Ali Abdulsattar Al Beshri
Emir Mansouri
P.O. Box 3459, Doha-Qatar

Pietro Brivio, Via Iv Novembre
51 Scala, AMERATE
LOMBARDIA, ITALY 23807

Grzegorz Saganski
Muchoborska 8
WROCLAW, POLAND 54-424

Wei Cao
Lane 300, Wu Ning Road
Room 403, No 21
SHANGHAI, CN10, CHINA 200063

Thijs Van Den Berg
Johannes Worpstraat 49 III
AMSTERDAM
NETHERLANDS 1076BG

Synopsys, Inc.
c/o Petra M. Reinecke, Esq.
Schwartz & Cera LLP
201 California Street, Suite 450
San Francisco, CA 94111

Hannacott SA
c/o Steve Skarnulis, Cain & Scarnulis
400 W. 15th St., Ste 900
Austin, TX 78701

Applied Circuit Technology, Inc.
c/o Mark Ralston, Fishman Jackson PLLC
Three Galleria Tower
13155 Noel Road, Suite 700
Dallas, TX 75240

Christian Sprajc
Niederdonker Str. 34
Germany, Dsseldorf, AK 40547

Jasper Friend
18474 Highway 19
Steelville, MO 65565

Tuur Dirk Demeester
Tuur Demeester, 220 N. Zapata Hwy. #11
PMB # 851A
Laredo, TX 78043-4464

Jakub Hodan
Vreskovice 78
VRESKOVICE
CZECH REPUBLIC 33401

Mattia Baldinger
Zunzgerstrasse 24
SISSACH, SCHWEIZ
SWITZERLAND 4450

Panos Skaltsas
Alikarnassou 24
NEA SMYRNI
ATTICA, GREECE 17122

Andrew Waldorf
6300 E. Hampden Avenue #3230
Denver, CO 80222

Respectfully submitted by:

/s/ RANDOLPH N. OSHEROW
RANDOLPH N. OSHEROW, 7 Trustee
342 West Woodlawn, Suite 100
San Antonio, TX 78212
(210) 738-3001